# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **CASE NO. 21-CR-687 (FYP)** |
| | **:** | |
| **DAVID CHARLES RHINE,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## UNOPPOSED MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e). The United States also requests permission to provide in discovery sealed materials. Finally, the United States requests that any order granting this motion be made applicable to co-defendants who may later be joined. Nothing in this motion should be construed to expand the discovery obligations of the United States beyond those already required by law.

The United States has conferred with counsel for the defendant regarding this motion and said counsel does not oppose the motion.

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.


Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052


By:      */s/ Alison B. Prout*
Alison B. Prout
Assistant United States Attorney
Georgia Bar No. 141666
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
(404) 581-6000
alison.prout@usdoj.gov

**Certificate of Service**

The United States Attorney's Office served this document today by filing it using the

Court's CM/ECF system, which automatically notifies the parties and counsel of record.

November __, 2021

                                        /s/ ALISON B. PROUT
                                        ALISON B. PROUT
                                        *Assistant United States Attorney*