# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Criminal Case No. 21-cr-687 (FYP) |
| **DAVID CHARLES RHINE,** | |
| *Defendant*. | |

## ORDER

Upon consideration of the United States' [14] Motion for Disclosure of Federal Rule of Evidence 6(e) Material and Sealed Material, it is hereby

**ORDERED** that the Motion is **GRANTED**, and it is further

**ORDERED** that the United States may provide in discovery materials protected by Federal Rule of Criminal Procedure 6(e), and it is further

**ORDERED** that the United States may provide in discovery sealed materials, and it is further

**ORDERED** that this Order also applies to the disclosure of the materials described above to any co-defendants who may later be joined. Nothing in this Order should be construed to expand the discovery obligations of the United States beyond those already required by law.

**SO ORDERED.**

_____
Florence Y. Pan
United States District Judge

Date: December 3, 2021