JUDGE FLORENCE Y. PAN

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 21-CR-687 (FYP) |
| Plaintiff, ) | |
| v. ) | (PROPOSED) ORDER GRANTING UNOPPOSED DEFENSE MOTION TO CONTINUE TRIAL STATUS DATE |
| DAVID CHARLES RHINE, ) | |
| Defendant. ) | |

## ORDER

Based upon the representation in the Unopposed Defense Motion to Continue Trial Status Date and Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby:

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled status hearing for February 18, 2022 be continued for good cause to **March 21, 2022 at 2:00 p.m. EST**, via video appearance; and it is further

**ORDERED** that the time between February 18, 2022 and March 21, 2022 shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, and finds that a continuance will provide the parties additional time to continue negotiating a potential pretrial resolution; provide defense additional time to review discovery, and conduct further investigations and legal research.

ORDER TO CONTINUE TRIAL DATE
(*United States v. Rhine*, CR21-0687 (FYP)) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710

1     DONE this ___ day of February, 2022.

2

3

                                                          _____
4                                                           JUDGE FLORENCE Y. PAN
                                                          UNITED STATES DISTRICT JUDGE

5 Presented by:

6

7 *s/ Christian Izaguirre*
Assistant Federal Public Defender
8 Attorney for David Rhine

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER TO CONTINUE TRIAL DATE
(*United States v. Rhine*, CR21-0687 (FYP)) - 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**