JUDGE FLORENCE Y. PAN

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID CHARLES RHINE,<br><br>    Defendant. | No. 21-CR-0687 (FYP)<br><br>WAIVER OF SPEEDY TRIAL |

    I, David Charles Rhine, having been advised by my attorney of my right to a speedy trial under the provisions of the Sixth Amendment, the Federal Speedy Trial Act, 18 U.S.C. § 3161 et seq., and the Plan for the Prompt Disposition of Criminal Cases promulgated by the United States District Court for the District of Columbia pursuant to the Federal Speedy Trial Act; do hereby knowingly, voluntarily and with advice of counsel, waive my right to a speedy trial and I hereby consent to the continuance of my February 18, 2022, trial status hearing to a date on or before March 31, 2022.

    I consent to the requested continuance in order to allow counsel the reasonable time necessary for effective preparation of my case. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

    I have been advised by my attorney of my right to be present at any hearing concerning a continuance of my trial date and exclusion of time for speedy trial

WAIVER OF SPEEDY TRIAL
(*United States v. Rhine*, CR21-0687 (FYP)) - 1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710

purposes pursuant to 18 U.S.C. § 3161, and hereby waive my presence at that hearing. I also agree with my attorney's request for extension of time.

DATED this 14th day of February, 2022.

*s/ David Charles Rhine*
David Charles Rhine

By Attorney Christian Izaguirre
w/telephonic approval 02/14/22

WAIVER OF SPEEDY TRIAL
(*United States v. Rhine*, CR21-0687 (FYP)) - 2

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710