UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DAVID CHARLES RHINE,<br><br>  Defendant. | Criminal No. 21-CR-687 (FYP)<br><br>NOTICE OF ATTORNEY APPEARANCE |

NOTICE IS HEREBY GIVEN that Christopher M. Sanders appears as counsel for David Charles Rhine. It is requested that notice of all filings be served upon the undersigned.

DATED this 23rd day of March, 2022.

Respectfully submitted,

s/ *Christopher M. Sanders*
Assistant Federal Public Defender
Attorney for David Charles Rhine

NOTICE OF APPEARANCE
(*United States v. Rhine*, 21-CR-687) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100