1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 21-CR-687 (FYP) |
| Plaintiff, | ) ) | |
| v. | ) ) | NOTICE OF ATTORNEY APPEARANCE |
| DAVID CHARLES RHINE, | ) ) | |
| Defendant. | ) ) | |

NOTICE IS HEREBY GIVEN that Rebeca Fish appears as counsel for David Charles Rhine. It is requested that notice of all filings be served upon the undersigned.

DATED this 5th day of May, 2022.

Respectfully submitted,

s/ *Rebecca Fish*
Assistant Federal Public Defender
Attorney for David Charles Rhine

NOTICE OF APPEARANCE
(*United States v. Rhine*, 21-CR-687) - 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**