UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID CHARLES RHINE,<br><br>Defendant. | Criminal No. 21-CR-687 (FYP)<br><br>NOTICE OF CHANGE IN COUNSEL FROM THE OFFICE OF THE FEDERAL PUBLIC DEFENDER FOR THE WESTERN DISTRICT OF WASHINGTON |

NOTICE IS HEREBY GIVEN that Assistant Federal Public Defender Rebeca Fish has assumed responsibility for the defense of David Charles Rhine. Ms. Fish is certified to appear in this Court and has entered her Notice of Appearance as counsel for Mr. Rhine (dkt. 27).

As such, Assistant Federal Public Defenders Christian Izaguirre and Christopher Sanders hereby withdraw their appearances and request that notice of all filings be served only upon the remaining attorney, Ms. Fish.

DATED this 9th day of May, 2022.

Respectfully submitted,

s/ *Rebecca Fish* (current)
Assistant Federal Public Defender
Attorney for David Charles Rhine

**s/** *Christian Izaguirre* (withdrawing)
s/ *Christopher Sanders* (withdrawing)
Assistant Federal Public Defenders

NOTICE OF CHANGE IN COUNSEL
(*United States v. Rhine*, 21-CR-687) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710