UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **22-5132**

Case Title: **United States of America** vs. **Aaron Haynes**

List all clients you represent in this appeal:

**United States of America**

- ☐ Appellant
- ☑ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Francesco Valentini**   Signature: s/ **Francesco Valentini**

Firm Name: **United States Department of Justice, Criminal Division, Appellate Section**

Business Address: **950 Pennsylvania Avenue NW, Rm. 1264**

City/State/Zip: **Washington, DC 20530**

Telephone Number (Area Code): **(202) 598-2337**

Email Address: **francesco.valentini@usdoj.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

6ca-68
8/17