UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 1:21-cr-687-FYP |
| v. : | |
| : | |
| DAVID CHARLES RHINE : | |
| : | |
| Defendant. : | |

NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Trial Attorney Francesco Valentini, detailed to the United States Attorney's Office for the District of Columbia. Please remove Alison Prout as counsel of record and from the electronic notification process.

May 25, 2022                                  Respectfully submitted,

                                              MATTHEW M. GRAVES
                                              UNITED STATES ATTORNEY
                                              D.C. Bar No. 481052

                    By:    /s/ Francesco Valentini
                                              Francesco Valentini
                                              D.C. Bar No. 986769
                                              Trial Attorney
                                              United States Department of Justice, Criminal Division
                                              Detailed to the D.C. United States Attorney's Office
                                              601 D Street NW
                                              Washington, D.C. 20530
                                              (202) 598-2337
                                              francesco.valentini@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that, on May 25, 2022, an electronic copy of the foregoing was served on counsel for the defendant via the Court's ECF system.

                                          */s/ Francesco Valentini*
                                          Francesco Valentini