JUDGE FLORENCE Y. PAN

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 21-CR-687 (FYP) |
| Plaintiff, | ) | |
| v. | ) | (PROPOSED) ORDER GRANTING UNOPPOSED DEFENSE MOTION TO CONTINUE TRIAL STATUS DATE |
| DAVID CHARLES RHINE, | ) | |
| Defendant. | ) | |

## ORDER

Based upon the representation in the Unopposed Defense Motion to Continue Trial Status Date and Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby:

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled status hearing for July 15, 2022, be continued for good cause to _____ **, 2022, at 2:00 p.m. EST**, via video appearance; and it is further

**ORDERED** that the time between July 15, 2022, and _____, 2022 shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, and finds that a continuance will provide the parties additional time to continue

ORDER TO CONTINUE TRIAL STATUS DATE
(*United States v. Rhine*, CR21-0687 (FYP)) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710

negotiating a potential pretrial resolution; provide defense additional time to review discovery, and conduct further investigations and legal research.

DONE this ___ day of July, 2022.

_____
JUDGE FLORENCE Y. PAN
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Rebecca Fish*
Assistant Federal Public Defender
Attorney for David Rhine

ORDER TO CONTINUE TRIAL STATUS DATE
(*United States v. Rhine*, CR21-0687 (FYP)) - 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**