Rev: 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.  Criminal No.  21-687  (RC)

DAVID CHARLES RHINE

Category  A

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on 7/18/2022 from Judge Florence Y. Pan to Judge Rudolph Contreras by direction of the Calendar Committee.

(Randomly Reassigned)

JUDGE RUDOLPH CONTRERAS
Chair, Calendar and Case
Management Committee

cc:  Judge Florence Y. Pan  & Courtroom Deputy
Judge Rudolph Contreras  & Courtroom Deputy

U.S. Attorney's Office – Judiciary Square Building, Room 5133

Statistical Clerk