UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID CHARLES RHINE,<br><br>    Defendant. | Criminal No. 21-CR-687 (FYP)<br><br>NOTICE OF ATTORNEY APPEARANCE |

NOTICE IS HEREBY GIVEN that Joanna Martin appears as counsel for David Charles Rhine. It is requested that notice of all filings be served upon the undersigned.

DATED this 17th day of October, 2022.

Respectfully submitted,

s/ *Joanna Martin*
Assistant Federal Public Defender
1331 Broadway, Suite 400
Tacoma, Washington 98402
Phone: (253) 593-6710
Fax: (253)593-6714
Joanna_Martin@fd.org
Attorney for David C. Rhine

NOTICE OF APPEARANCE
(*United States v. Rhine*, 21-CR-687) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710