FD-302 (Rev. 5-8-10)

**UNCLASSIFIED//FOUO**

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    07/19/2021

     ▓▓▓▓ ▓▓▓▓ US CAPITOL POLICE (USCP), HOUSE DIVISION, SECTION 2, Washington DC, telephone ▓▓▓▓▓▓, email ▓▓▓▓▓▓▓▓▓▓▓, was interviewed via telephone. After being advised of the identity of the interviewing Agent and the nature of the interview, ▓▓▓▓ provided the following information:

     On January 6, 2021, ▓▓▓▓ was on duty at the US Capitol Building. He responded to a call for assistance on the third floor of the House-side of the US Capitol building. ▓▓▓▓ asked an unidentified (UI) US Capitol Police officer what assistance he could provide. The ▓ USCP officer asked ▓▓▓▓ to search DAVID RHINE, who was in the hallway ▓ the prone position. ▓▓▓▓ searched RHINE and found three knives and pepper stray in his belongings. ▓▓▓▓ asked the UI USCP officer for guidance on what to do with RHINE. The UI USCP officer said to arrest RHINE. ▓▓▓▓ used flex-cuffs to ▓▓▓▓ RHINE. RHINE was compliant with ▓▓▓▓ commands.

     ▓▓▓▓ escorted RHINE to the US Capitol building 2 Rotunda door on the second floor. At the second floor Rotunda door area, ▓▓▓▓ was confronted by several protestors who demanded ▓ know why RHINE was in flex-cuffs. ▓▓▓▓ realized there was no rhyme or reason on how to handle detained protestors and decided to release RHINE. ▓▓▓▓ told RHINE he was releasing him and for ▓▓▓▓ to exit the US Capitol building. RHINE told ▓▓▓▓ he would leave the building. ▓▓▓▓ left RHINE, still flex-cuffed, in the second floor Rotunda door area and returned to his other duties.

     [Agent Note: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓, SENIOR COUNSEL, OFFICE OF THE GENERAL COUNSEL, GENERAL LAW DIVISION, US CAPITOL POLICE, telephone ▓▓▓▓▓▓, email ▓▓▓▓▓▓▓▓▓▓▓, was part of the telephonic interview.]

**UNCLASSIFIED//FOUO**

| | | | |
|---|---|---|---|
| Investigation on | 07/19/2021 | at | Tacoma, Washington, United States (Phone) |
| File # | 2660-SE-3414305 | | Date drafted   07/19/2021 |
| by | Marty Trevino, DEAVER JOSEPH C | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.