| | |
|---|---|
| **From:** | |
| **To:** | Trevino, Marty (SE) (TFO) |
| **Cc:** | Walters, Lisa N. |
| **Subject:** | [EXTERNAL EMAIL] - Contraband items from the 6th |
| **Date:** | Tuesday, August 24, 2021 2:39:37 PM |

As far as I know the items are all legal in dc and on federal property. They aren't allowed in the Capitol building but believe it's just administrative. If someone is found with them they get escorted out or fill out a contraband for destruction form 103a if you didn't want to leave.

This was the smaller utility like knife, very similar

 Spyderco Tasman Salt 2 Lightweight Folding Knife with 2.91" H-1 Ultra-Corrosion-Resistant Steel Blade and Black FRN Handle - PlainEdge - C106PBK2 https://www.amazon.com/dp/B075V8JD5B/ref=cm_sw_r_em_apa_glt_fabc_WWJQW0TNQ1HP86KXJ2XN?psc=1

This was the bigger karambit style knife

MASALONG kni204 Outdoor Survival Claw Tactical folding knife D2 Steel EDC knives (black stone wash) https://www.amazon.com/dp/B08VWM8491/ref=cm_sw_r_em_apa_glt_fabc_XV51KG3RH641EGSJ5NJS?_encoding=UTF8&psc=1

This is probably the exact type of pepper spray

SABRE Crossfire Pepper Gel, Maximizes Target Acquisition, Deploys At Any Angle, 18 Bursts of Maximum Police Strength OC Spray, 18-Foot Range, Gel is Safer, Belt Clip For Quick Access To Protection https://www.amazon.com/dp/B07GVSHG61/ref=cm_sw_r_em_apa_glt_fabc_A99FJDDQPC7HSBZ5C55Q

Officer

Sent from my iPhone