FD-302 (Rev. 5-8-10)

**UNCLASSIFIED//FOUO**

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry     08/26/2021

███████████, US CAPITOL POLICE (USCP), HOUSE DIVISION, SECTION 2, Washington DC, telephone ███████, email ████████████████, was interviewed via telephone. After being advised of the identity of the interviewing Agent and the nature of the interview, ████ provided the following information:

On January 6, 2021, ██████ confiscated two knives and a pepper spray container from DAVID RHINE. ██████ described the three items as follows:

Pepper Spray - Small Cylinder, Black/Silver, Brand Name - Sabre Red, used for self defense, a little bigger than the key chain type, not bear spray, no indication the pepper spray was used. It did not have any residue on the exterior.

Smaller Knife - Approximately 2 inches long, folding, utility type knife, common knife.

Larger Knife - Approximately 3 inches long, Brand Name - Karambit type, curved, folding blade.

From his training and experience, ██████ uses his fingers to estimate the length of knives he finds during searches in the US Capitol area.

██████ explained all three items were legal in Washington DC and on Federal property. The items were not allowed in the US Capitol building, but ██████ believed the restriction was just administrative. If someone was found with the items, they were escorted out of the US Capitol building or surrendered the items and filled out a contraband for destruction form 103a if they didn't want to leave.

██████ believed the pepper spray was in RHINE's bag and the two knives in his coat. ██████ disposed of the two knives in his office break room

**UNCLASSIFIED//FOUO**

| | |
|---|---|
| Investigation on 08/24/2021 at Tacoma, Washington, United States (Phone) | |
| File # 2660-SE-3414305 | Date drafted 08/26/2021 |
| by Marty Trevino | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

| | (U//FOUO) Second Interview of Jeffrey | | | |
|---|---|---|---|---|
| Continuation of FD-302 of | ▮▮▮ US Capitol Police | , On | 08/24/2021 | , Page 2 of 2 |

trash. He took the pepper spray home, emptied the spray in the woods behind his house, and threw the empty canister into the trash. ▮▮▮ explained January 6, 2021 was very chaotic and felt that was the best way to dispose of the pepper spray and canister.

▮▮▮ sent the writer an email with website links to items similar to the knives and pepper spray he confiscated from RHINE on January 6, 2021. The email is attached to this report.

[Agent Note: Miss LISA NICOLE WALTERS, SENIOR COUNSEL, OFFICE OF THE GENERAL COUNSEL, GENERAL LAW DIVISION, US CAPITOL POLICE, telephone ▮▮▮▮▮▮, email ▮▮▮▮▮▮▮▮▮▮, and Miss ALISON B. PROUT, ASSITANT UNITED STATES ATTORNEY, NORTHERN DISTRICT OF GEORGIA, telephone ▮▮▮▮▮▮ were part of the telephonic interview.]