UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Criminal No. 21-CR-687 (RC) |
| Plaintiff, ) | |
| ) | (PROPOSED) ORDER GRANTING |
| v. ) | MR. RHINE'S MOTIONS *IN LIMINE* |
| ) | |
| DAVID CHARLES RHINE, ) | |
| ) | |
| Defendant. ) | |

The Court has reviewed the defendant's Motions *in Limine* to (A) preclude the government from introducing any evidence regarding the allegation that Mr. Rhine had two pocket knives and a small container of pepper spray; (B) preclude the government from arguing, or presenting evidence in support of, vicarious liability; (C) preclude the use of prejudicial terminology; and (D) preclude the government from introducing in its case in chief evidence not yet produced in discovery or properly noticed as of the date of this filing,

It is hereby ORDERED that Mr. Rhine's Motions *in Limine* are granted.

The government may not introduce evidence that Mr. Rhine possessed knives or pepper spray.

The government may not argue that Mr. Rhine based on vicarious liability for the conduct of others. If the government wishes to introduce evidence of the criminal conduct or wrongdoing of other people, it must first notice such evidence to the Court and defense counsel and demonstrate the relevance of such evidence to Mr. Rhine outside of the presence of the Jury. The Court will then determine whether the government has made the required showing and whether such evidence may be admitted to the Jury at trial.

ORDER GRANTING MOTIONS *IN LIMINE*
(*United States v. Rhine*; CR21-687) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710

Government counsel may not use language that presumes guilt or invites prejudice against Mr. Rhine or others present on January 6 in front of the Jury and must similarly instruct its witnesses not to use such language.

The government may not introduce in its case-in-chief evidence or testimony that was not produced in discovery or properly noticed under the Federal Rules of Criminal Procedure or Rules of Evidence as of October 17, 2022.

IT IS SO ORDERED.

DONE this ___ day of October, 2022.

_____
JUDGE RUDOLPH CONTRERAS
UNITED STATES DISTRICT COURT

Presented by:

s/ *Rebecca Fish*
s/ *Joanna Martin*
Assistant Federal Public Defenders
Attorneys for David Rhine

ORDER GRANTING MOTIONS *IN LIMINE*
(*United States v. Rhine*; CR21-687) - 2

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710