## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 1:21-cr-687 (RC) |
| : | |
| **DAVID CHARLES RHINE,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Upon consideration of the United States' motion to preclude improper defense arguments and evidence, it is hereby ORDERED, that the motion is GRANTED.

It is further ORDERED, that the defendant is precluded from the following: (1) arguing any entrapment by estoppel defense related to law enforcement; (2) offering evidence or argument concerning any claim that by allegedly failing to act, law enforcement made the defendant's entry into the United States Capitol building or grounds or his conduct therein lawful; and (3) arguing or presenting evidence of alleged inaction by law enforcement unless the defendant specifically observed or was otherwise aware of such conduct at the time he committed the offenses charged in the Information.

Date:

_____
THE HONORABLE RUDOLPH CONTRERAS
UNITED STATES DISTRICT JUDGE