# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 1:21-cr-687 (RC) |
| : | |
| **DAVID CHARLES RHINE,** : | |
| : | |
| **Defendant.** : | |

# ORDER

Upon consideration of the United States' motion to restrict the presentation of evidence regarding the specific position of U.S. Capitol Police surveillance cameras, it is hereby ORDERED, that the motion is GRANTED.

It is further ORDERED that the defendant is precluded from questioning witnesses about the exact positions of Capitol Police cameras, introducing such evidence himself, or admitting into evidence Capitol Police maps of camera coverage.

Date:

_____
THE HONORABLE RUDOLPH CONTRERAS
UNITED STATES DISTRICT JUDGE