1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 21-CR-687 (RC) |
| Plaintiff, | ) ) | |
| v. | ) ) | (PROPOSED) ORDER GRANTING MR. RHINE'S MOTION FOR |
| DAVID CHARLES RHINE, | ) ) | CHANGE OF VENUE |
| Defendant. | ) ) ) | |

The Court has reviewed the defendant's Motion for Change of Venue and having considered the arguments, memoranda, and evidence presented both in support of and in opposition to the motion, now, therefore,

It is hereby ORDERED that the venue of Mr. Rhine's trial be transferred to The District of _____.

IT IS SO ORDERED.

DONE this ___ day of _____ 2022.

_____
JUDGE RUDOLPH CONTRERAS
UNITED STATES DISTRICT COURT

Presented by:

*s/ Rebecca Fish*
*s/ Joanna Martin*
Assistant Federal Public Defenders
Attorneys for David Rhine

ORDER GRANTING MOTION FOR CHANGE
OF VENUE
(*United States v. Rhine*; CR21-687) - 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**