11/22/21, 11:16 PM     Submit a request regarding a deceased user's account - Google Account Help

    Describe your issue         Sign in

### Google Account Help

## Submit a request regarding a deceased user's account

People expect Google to keep their information safe, even in the event of their death.

**Make plans for your account**
Inactive Account Manager is the best way for you to let us know who should have access to your information, and whether you want your account to be deleted. Set up Inactive Account Manager for your account.

**Make a request for a deceased person's account**
We recognize that many people pass away without leaving clear instructions about how to manage their online accounts. We can work with immediate family members and representatives to close the account of a deceased person where appropriate. In certain circumstances we may provide content from a deceased user's account. In all of these cases, our primary responsibility is to keep people's information secure, safe, and private. We cannot provide passwords or other login details. Any decision to satisfy a request about a deceased user will be made only after a careful review.

**What would you like to do?**
◯ Close the account of a deceased user
◯ Submit a request for funds from a deceased user's account
◯ Obtain data from a deceased user's account

Share this:

©2018 Google - Privacy Policy - Terms of Service    English

Defene Exhibit F