UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal No. 21-CR-687 (RC) |
| Plaintiff, | ) |
| v. | ) (PROPOSED) ORDER GRANTING |
| | ) MOTION TO SUPPRESS EVIDENCE |
| DAVID CHARLES RHINE, | ) |
| Defendant. | ) |

The Court has reviewed the Mr. Rhine's Motion to Suppress Evidence, and the Court having considered the arguments, memoranda, and evidence presented both in support of and in opposition to the motion, now, therefore,

ORDERS that Google Location History and subscriber information obtained from the geofence warrants and are SUPPRESSED. The Court further orders that all evidence obtained from the subsequent warrants to search Mr. Rhine, his home, and his digital device(s) also is SUPPRESSED as fruits of the geofence warrants. The geofence warrants and their execution violated Mr. Rhine's rights under the Fourth Amendment to the United States Constitution and their fruits are SUPPRESSED.

IT IS SO ORDERED.

DONE this ___ day of October 2022.

_____
JUDGE RUDOLPH CONTRERAS
UNITED STATES DISTRICT COURT

Presented by:

s/ *Rebecca Fish*
s/ *Joanna Martin*
Assistant Federal Public Defenders
Attorneys for David Rhine

ORDER GRANTING MOTION TO SUPPRESS EVIDENCE
(*United States v. Rhine*; CR21-687) - 1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710