UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal No. 21-CR-687 (RC) |
| Plaintiff, | ) |
| v. | ) (PROPOSED) ORDER GRANTING<br>) MR. RHINE'S MOTION TO DISMISS<br>) COUNTS 1 AND 2 |
| DAVID CHARLES RHINE, | ) |
| Defendant. | ) |

The Court has reviewed the defendant's Motion to Dismiss Counts 1 and 2 of the information and having considered the arguments, memoranda, and evidence presented both in support of and in opposition to the motion, now, therefore,

It is hereby ORDERED that Counts 1 and 2 are dismissed.

IT IS SO ORDERED.

DONE this ___ day of _____ 2022.

_____
JUDGE RUDOLPH CONTRERAS
UNITED STATES DISTRICT COURT

Presented by:

*s/ Rebecca Fish*
*s/ Joanna Martin*
Assistant Federal Public Defenders
Attorneys for David Rhine

ORDER GRANTING MOTION TO DISMISS
(*United States v. Rhine*; CR21-687) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710