UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 21-CR-687 (RC) |
| Plaintiff, | ) | |
| v. | ) | (PROPOSED) ORDER GRANTING MR. RHINE'S MOTION TO DISMISS COUNTS 3 AND 4 |
| DAVID CHARLES RHINE, | ) | |
| Defendant. | ) | |

The Court has reviewed the Mr. Rhine's Motion to Dismiss Counts 3 and 4 of the Information and having considered the arguments, memoranda, and evidence presented both in support of and in opposition to the motion, now, therefore,

It is hereby ORDERED that Counts 3 and 4 are dismissed.

IT IS SO ORDERED.

DONE this ___ day of _____, 2022.

_____
JUDGE RUDOLPH CONTRERAS
UNITED STATES DISTRICT COURT

Presented by:

*s/ Rebecca Fish*
*s/ Joanna Martin*
Assistant Federal Public Defenders
Attorneys for David Rhine

ORDER GRANTING MOTION TO DISMISS
(*United States v. Rhine*; CR21-687) - 1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710