# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 1:21-cr-687-RC |
| v. | : | |
| | : | |
| DAVID CHARLES RHINE | : | |
| | : | |
| Defendant. | : | |

## [PROPOSED] ORDER

Upon consideration of the United States' unopposed motion for an extension of time to file its responses to the defendant's pretrial motions, it is hereby ORDERED that the motion is GRANTED.

It is further ORDERED that the government shall file any responses to the defendant's pretrial motions by November 30, 2022.

Dated this _____ day of November 2022.

_____
THE HONORABLE RUDOLPH CONTRERAS
UNITED STATES DISTRICT JUDGE