**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Case No. 1:21-cr-687 (RC)** |
| | : | |
| **DAVID CHARLES RHINE,** | : | |
| | : | |
| Defendant. | : | |

**ORDER**

Upon consideration of the defendant's motion to transfer venue, it is hereby ORDERED that the motion is DENIED.

Date:

_____
THE HONORABLE RUDOLPH CONTRERAS
UNITED STATES DISTRICT JUDGE