# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Case No. 1:21-cr-687 (RC)** |
| : | |
| **DAVID CHARLES RHINE,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Upon consideration of the defendant's motions *in limine* (ECF No. 38), it is hereby ORDERED that the motions are DENIED.

Date:

_____
THE HONORABLE RUDOLPH CONTRERAS
UNITED STATES DISTRICT JUDGE