FD-1057 (Rev. 5-8-10)

**UNCLASSIFIED**

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:** (U) Positive returns from U.S Capital Geo-Fence and Cell Phone tower dump   **Date:** 03/22/2021

**From:** SEATTLE
    **Contact:** ▓▓▓▓▓▓

**Approved By:** ▓▓▓▓▓▓

**Drafted By:** ▓▓▓▓▓▓

**Case ID #:** 176-SE-3382991   (U) Anonymous tip regarding David Rhine's illegal entry into U.S. Captial on January 6, 2021.

**Synopsis:** (U) Positive returns for phone number ▓▓▓▓▓▓ in U.S. Capital Geo-Fence device database

**Enclosure(s):** Enclosed are the following items:
1. (U) Google Geo-Fence raw data and map overlay
2. (U) Google Geo-Fence raw data and map overlay

**Details:**

According to records obtained through a search warrant which was served onVerizon, on January 6, 2021, in and around the time of the incident, the cellphone associated with ▓▓▓▓▓▓, subscribed to by David Rhine, was identified as having utilized a cell site consistent with providing service to a geographic area that included the interior of the United States Capitol building.

According to records obtained through a search warrant which was served on Google, a mobile device associated with phone number ▓▓▓▓▓▓, subscribed to by subject David Rhine, was present at the U.S. Capitol on January 6, 2021. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**UNCLASSIFIED**

**UNCLASSIFIED**

Title: (U) Positive returns from U.S Capital Geo-Fence and Cell Phone tower dump
Re: 176-SE-3382991, 03/22/2021



♦♦