## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 1:21-cr-687 (RC)** |
| | **:** | |
| **DAVID CHARLES RHINE,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## ORDER

Upon consideration of the defendant's motion to suppress, it is hereby ORDERED that the

motion is DENIED.


Date:


_____
THE HONORABLE RUDOLPH CONTRERAS
UNITED STATES DISTRICT JUDGE