1
2
3
4
5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 21-CR-687 (RC) |
| Plaintiff, | ) ) | **\*EMERGENCY MOTION\*** |
| v. | ) ) | MOTION TO STRIKE OR WITHDRAW DEFENDANT'S REPLY TO GOVERNMENT RESPONSE TO MOTIONS IN LIMINE [Dkt. 63] |
| DAVID CHARLES RHINE, | ) ) | |
| Defendant. | ) ) | |

David Rhine, through his attorney, Assistant Federal Public Defender Rebecca Fish, moves to immediately withdraw or strike its Reply to Government Response to Motions in Limine at dkt. 63.

DATED this 7th day of December 2022.

                                                    Respectfully submitted,

                                                    s/ *Rebecca Fish*
                                                    Assistant Federal Public Defender
                                                    Attorney for David Charles Rhine

MOTION TO STRIKE DKT. 63
(*United States v. Rhine*, 21-CR-687) - 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**