JUDGE RUDOLPH CONTRERAS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 21-CR-687 (RC) |
| Plaintiff, | ) | |
| v. | ) | (PROPOSED) ORDER GRANTING DEFENDANT'S MOTION TO STRIKE OR WITHDRAW DEFENDANT'S REPLY TO GOVERNMENT RESPONSE TO MOTIONS IN LIMINE [Dkt. 63] |
| DAVID CHARLES RHINE, | ) | |
| Defendant. | ) | |

## **ORDER**

Based upon the Defendant's emergency motion to strike or withdraw its Reply to Government Response to Motions In Limine at dkt. 63, it is hereby:

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the Reply to Government Response to Motions in Limine at dkt. 63 be immediately withdrawn and removed from the docket.

DONE this ___ day of December 2022.

_____
JUDGE RUDOLPH CONTRERAS
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Rebecca Fish*
Assistant Federal Public Defender
Attorney for David Rhine

ORDER GRANTING MOTION TO
WITHDRAW/STRIKE PLEADING AT DKT. 63
(*United States v. Rhine*, CR21-0687 (RC)) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710