UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID CHARLES RHINE,<br><br>    Defendant. | No. 21-CR-687 (RC)<br><br>MOTION FOR LEAVE TO AMEND PLEADING:<br><br>REPLY TO GOVERNMENT'S RESPONSE IN OPPOSITION TO MR. RHINE'S MOTION TO DISMISS COUNTS 3 AND 4 OF THE INFORMATION [Dkt. 62] |

    David Rhine, through his attorney, Assistant Federal Public Defender Rebecca Fish, respectfully requests leave of the Court, pursuant to LCrR 47(g), to amend its previously filed Reply to Government's Response in Opposition to Mr. Rhine's Motion to Dismiss Counts 3 and 4 of the Information (dkt. 62).

    An incorrect version of the pleading was mistakenly filed prior to counsel's final review. Counsel respectfully requests that the amended reply attached to this motion be filed in place of dkt. 62.

    DATED this 7th day of December 2022.

                                                       Respectfully submitted,

                                                       s/ *Rebecca Fish*
                                                       Assistant Federal Public Defender
                                                       Attorney for David Charles Rhine

MOTION FOR LEAVE TO AMEND DKT. 62
(*United States v. Rhine*, 21-CR-687) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710