JUDGE RUDOLPH CONTRERAS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 21-CR-687 (RC) |
| Plaintiff, | ) | |
| v. | ) | (PROPOSED) ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO AMEND PLEADING |
| DAVID CHARLES RHINE, | ) | |
| Defendant. | ) | |

**ORDER**

Based upon the Defendant's Motion for Leave to file an Amended Reply to Government's Response in Opposition to Mr. Rhine's Motion to Dismiss Counts 3 and 4 of the Information [dkt. 62], it is hereby:

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the Amended Reply be filed as Dkt. 62.

DONE this ___ day of December 2022.

_____
JUDGE RUDOLPH CONTRERAS
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Rebecca Fish*
Assistant Federal Public Defender
Attorney for David Rhine

ORDER GRANTING LEAVE TO AMEND
PLEADING AT DKT. 62
(*United States v. Rhine*, CR21-0687 (RC)) - 1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710