UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

DAVID CHARLES RHINE

No. 1:21-cr-687 (RC)

## GOVERNMENT'S EXHIBIT LIST

| *Ex. No.* | *Description of Exhibit* | *Offered* | *Admitted / Witness* | *Objections* |
|---|---|---|---|---|
| | ***100 Series: Video, Photo, and Audio Evidence*** | | | |
| 100 | Video footage from U.S. Capitol Police (USCP) closed-circuit surveillance camera near Upper House Door (interior) from 2:42 pm to 2:44 pm | | | |
| 100A | Still images from Exhibit 100 | | | |
| 101 | Video footage from USCP closed-circuit surveillance camera near Upper House Door (exterior) from 2:34 pm to 2:42 pm | | | |
| 101A | Still images from Exhibit 101 | | | |
| 102 | Video footage from USCP closed-circuit surveillance camera near Upper House Door (interior) from 2:41 pm to 2:43 pm | | | |
| 102A | Still images from Exhibit 102 | | | |
| 103 | Video footage from USCP closed-circuit surveillance camera of hallway by House Gallery E near H311 from 2:45 pm to 2:47 pm | | | |

**Government's and Mr. Rhine's Exhibit Lists—Page 1**

| _Ex. No._ | _Description of Exhibit_ | _Offered_ | _Admitted / Witness_ | _Objections_ |
|---|---|---|---|---|
| 103A | Still images from Exhibit 103 | | | |
| 104 | Video footage from USCP closed-circuit surveillance camera of hallway by House Gallery NE near H311 from 2:47 pm to 2:59 pm | | | |
| 104A | Still images from Exhibit 104 | | | |
| 105 | Video footage from USCP closed-circuit surveillance camera of hallway by House Gallery NW near H323 from 2:47 pm to 2:59 pm | | | |
| 105A | Still images from Exhibit 105 | | | |
| 106 | Video footage from USCP closed-circuit surveillance camera of East Corridor near H306/H307 from 2:59 pm to 3:01 pm | | | |
| 106A | Still images from Exhibit 106 | | | |
| 107 | Video footage from USCP closed-circuit surveillance camera of Gallery Stairs from 3:00 pm to 3:01 pm | | | |
| 107A | Still images from Exhibit 107 | | | |
| 108 | Video footage from USCP closed-circuit surveillance camera of Rotunda Door Interior (East to West) from 3:00 pm to 3:05 pm | | | |
| 108A | Still images from Exhibit 108 | | | |
| 109 | Video footage from USCP closed-circuit surveillance camera of Rotunda Door Interior | | | |

**Government's and Mr. Rhine's Exhibit Lists—Page 2**

| Ex. No. | Description of Exhibit | Offered | Admitted / Witness | Objections |
|---|---|---|---|---|
|  | (West to East) from 3:04 pm to 3:05 pm |  |  |  |
| 109A | Still images from Exhibit 109 |  |  |  |
| 110 | Video footage from USCP closed-circuit surveillance camera of East Front House from 2:14 pm to 2:26 pm |  |  |  |
| 110A | Still images from Exhibit 110 |  |  |  |
| 111 | Video footage from USCP closed-circuit surveillance camera of East Front House from 2:26 pm to 2:37 pm |  |  |  |
| 111A | Still images from Exhibit 111 |  |  |  |
| 112 | Video footage from USCP closed-circuit surveillance camera of East Plaza (rooftop camera) from 1:45 pm to 1:54 pm |  |  |  |
| 112A | Still images from Exhibit 112 |  |  |  |
| 113 | Video footage from USCP closed-circuit surveillance camera of East Plaza (rooftop camera) from 1:54 pm to 2:02 pm |  |  |  |
| 113A | Still images from Exhibit 113 |  |  |  |
| 114 | USCP compilation video (22 min.) |  |  | Defense objects under FRE 401 and 403, and for reasons briefed in Motions *in Limine* |

**Government's and Mr. Rhine's Exhibit Lists—Page 3**

| Ex. No. | Description of Exhibit | Offered | Admitted / Witness | Objections |
|---|---|---|---|---|
| 114A | Still images from USCP compilation video | | | Defense objects under FRE 401 and 403, and for reasons briefed in Motions *in Limine* |
| 115 | David Rhine Interview (Open Source) (excerpt) | | | Defense objects under FRE 901, 106, 403 (and 401 as to portions not depicting Mr. Rhine) |
| 116 | David Rhine video1 (Open Source) | | | Defense objects under FRE 901 (and 401 as to portions not depicting Mr. Rhine) |
| 117 | David Rhine video2 (Open Source) | | | Defense objects under FRE 901 (and 401 as to portions not depicting Mr. Rhine) |
| 118 | David Rhine video3 (Open Source) | | | Defense objects under FRE 901 (and 401 as to |

**Government's and Mr. Rhine's Exhibit Lists—Page 4**

| Ex. No. | Description of Exhibit | Offered | Admitted / Witness | Objections |
|---|---|---|---|---|
|  |  |  |  | portions not depicting Mr. Rhine) |
| 119 | USCP radio runs (2:10 p.m.) |  |  | Defense objects under FRE 401, 403, 802 |
| 120 | USCP radio runs (2:26 p.m.) |  |  | Defense objects under FRE 401, 403, 802 |
| 121 | USCP radio runs (2:36 p.m.) |  |  | Defense objects under FRE 401, 403, 802 |
| 122 | USCP radio runs (2:39 p.m.) |  |  | Defense objects under FRE 401, 403, 802 |
| 123 | USCP radio runs (2:44 p.m.) |  |  | Defense objects under FRE 401, 403, 802 |
| 124 | USCP radio runs (3:15 p.m.) |  |  | Defense objects under FRE 401, 403, 802 |
| 125 | Flickr Photograph of David Rhine on the East Front Steps #1 (Open Source) |  |  | Defense objects under FRE 901 |

**Government's and Mr. Rhine's Exhibit Lists—Page 5**

| Ex. No. | Description of Exhibit | Offered | Admitted / Witness | Objections |
|---|---|---|---|---|
| 126 | Flickr Photograph of David Rhine on the East Front Steps #2 (Open Source) | | | Defense objects under FRE 901 |
| | *200 Series:  Cellphone Evidence* | | | |
| 200 | Property receipt for Samsung Galaxy Phone | | | |
| 201 | Cellebrite Summary for Samsung Galaxy Phone | | | Defense objects under FRE 701, 702, 901 |
| 204 | Photograph from Samsung Galaxy Phone (1/6/21) #1 | | | Defense objects under FRE 701, 702, 901 |
| 205 | Photograph from Samsung Galaxy Phone (1/6/21) #2 | | | Defense objects under FRE 701, 702, 901 |
| 206 | Photograph from Samsung Galaxy Phone (1/6/21) #3 | | | Defense objects under FRE 701, 702, 901 |
| 207 | Photograph from Samsung Galaxy Phone (1/6/21) #4 | | | Defense objects under FRE 701, 702, 901 |
| 208 | Photograph from Samsung Galaxy Phone (1/6/21) #5 | | | Defense objects under FRE |

| _Ex. No._ | _Description of Exhibit_ | _Offered_ | _Admitted / Witness_ | _Objections_ |
|---|---|---|---|---|
| | | | | 701, 702, 901 |
| 209 | Photograph from Samsung Galaxy Phone (1/6/21) #6 | | | Defense objects under FRE 701, 702, 901 |
| 210 | Photograph from Samsung Galaxy Phone (1/6/21) #7 | | | Defense objects under FRE 701, 702, 901 |
| 211 | Photograph from Samsung Galaxy Phone (1/6/21) #8 | | | Defense objects under FRE 701, 702, 901 |
| 212 | Photograph from Samsung Galaxy Phone (1/6/21) #9 | | | Defense objects under FRE 701, 702, 901 |
| | ***300 Series:  United States Secret Service Evidence*** | | | |
| 300 | Email - USSS Head of State Notification - Vice President Pence, Mrs. Pence and daughter | | | Defense objects under FRE 801, 802 |
| 301 | Secret Service Head of State Notification Worksheet | | | Defense objects under FRE 801, 802 |
| 302 | Vice President Relocation Video | | | |
| | ***400 Series:  Legal and Congressional Records*** | | | |

**Government's and Mr. Rhine's Exhibit Lists—Page 7**

| _Ex. No._ | _Description of Exhibit_ | _Offered_ | _Admitted / Witness_ | _Objections_ |
|---|---|---|---|---|
| 400 | U.S. Constitution—12th Amendment (Highlighted) | | | |
| 401 | Title 3, United States Code, Sections 15 to 18 | | | |
| 402 | Senate Concurrent Resolution 1 | | | |
| 403 | Video Montage—including Congressional Record and video footage from House and Senate | | | Potential defense objection under FRE 401, 403 |
| 403A | Source References for Video Montage | | | |
| 404 | Screenshots from House Chamber Video | | | |
| 405 | Certificate of Authenticity - Senate Recording Studio (Diego Torres) | | | |
| 406 | Certificate of Authenticity - House Recording Studio (Douglas Massengale) | | | |
| 407 | Congressional Record - Senate (Vol. 167, No. 4, S13, S14, S18) | | | |
| 408 | Congressional Record - House (Vol. 167, No. 4, H75, H76, H84, H85) | | | |
| | _**500 Series:  U.S. Capitol and Other Evidence**_ | | | |
| 500 | Aerial Photo of U.S. Capitol Building | | | |
| 501 | Aerial Photo of U.S. Capitol Building with Perimeter Diagram | | | |

**Government's and Mr. Rhine's Exhibit Lists—Page 8**

| *Ex. No.* | *Description of Exhibit* | *Offered* | *Admitted / Witness* | *Objections* |
|---|---|---|---|---|
| 502 | Photo of U.S. Capitol with signs on metal barriers | | | Defense objection under 901, 401, 403 as to time of photo |
| 503 | Photo of Area Closed sign on metal barrier | | | Defense objection under 901, 401, 403 as to time of photo |
| 504 | Photo of Area Closed sign | | | Defense objection under 901, 401, 403 as to time of photo |
| 505 | Diagram of Capitol | | | |
| 506 | 3D Model of Capitol (digital) | | | |
| 507 | Map - First Floor of Capitol Building | | | |
| 508 | Map - Second Floor of Capitol Building | | | |
| 509 | Map - Third Floor of Capitol Building | | | |
| 510 | Geofence Return as to David Rhine | | | Defense objection under FRE 701, 702, 901 |
| 511 | Geofence Map Plot as to David Rhine | | | Defense objection under FRE |

**Government's and Mr. Rhine's Exhibit Lists—Page 9**

| Ex. No. | Description of Exhibit | Offered | Admitted / Witness | Objections |
|---|---|---|---|---|
| | | | | 701, 702, 901, 403 |
| | **600 Series:  Stipulations** | | | |
| 600 | Stipulations | | | |

## MR. RHINE'S EXHIBIT LIST

| Ex. No. | Description of Exhibit | Offered | Admitted / Witness | Objections |
|---|---|---|---|---|
| | | | | |
| 127 | Video footage from USCP surveillance camera of East Front House Door 2:37 p.m. | | | |
| 128 | Video footage from USCP surveillance camera of East Front House Egg lawn 1:06 p.m. | | | |
| 129 | Video footage from USCP surveillance camera of East Front House Egg lawn 1:06 p.m. | | | |
| 130 | Video footage from USCP surveillance camera of South Barricade Plaza 2:00 p.m. | | | |
| 131 | Video footage from USCP surveillance camera of House Plaza (ext) 1:58 p.m. | | | |
| 132 | Video footage from USCP surveillance camera of House Plaza (ext) 2:18 p.m. | | | |
| 133 | Video footage from USCP surveillance camera of House Plaza (ext) 2:38 p.m. | | | |

| *Ex. No.* | *Description of Exhibit* | *Offered* | *Admitted / Witness* | *Objections* |
|---|---|---|---|---|
| 134 | Video footage from USCP surveillance camera of House Plaza Access Inbound 1:03 p.m. | | | |
| 135 | Video footage from USCP surveillance camera of House Plaza Access Inbound 1:23 p.m. | | | |
| 136 | Video footage from USCP surveillance camera of House Plaza Access Inbound 1:43 p.m. | | | |
| 137 | Video footage from USCP surveillance camera of House Plaza Access Inbound 2:03 p.m. | | | |
| 138 | Video footage from USCP surveillance camera of House Plaza Access Inbound 3:06 p.m. | | | |
| 139 | Video footage from USCP surveillance camera of East House Front Egg Patio 1:57pm | | | |
| 140 | Video footage from USCP surveillance camera of East House Front Egg Patio 2:14pm | | | |
| 141 | Video footage from USCP surveillance camera of East House Front Egg Patio 2:26pm | | | |
| 142 | Video footage from USCP surveillance camera of East House Front Egg Patio 2:36pm | | | |
| 143 | Video footage from USCP surveillance camera of Southeast Roof 2:00pm | | | |
| 144 | Video footage from USCP surveillance camera of Southeast Roof 2:20pm | | | |

**Government's and Mr. Rhine's Exhibit Lists—Page 11**

| Ex. No. | Description of Exhibit | Offered | Admitted / Witness | Objections |
|---|---|---|---|---|
| 145 | Video footage from USCP surveillance camera of Southeast Roof 2:40pm | | | |
| 146 | Video footage from USCP surveillance camera of East Roof 2:00pm | | | |
| 147 | Video footage from USCP surveillance camera of East Roof 2:20pm | | | |
| 213-2XX | *If foundational objections to the government's introduction of certain evidence from phone (above) are overruled*, Additional photographs/media from cell phone | | | |

**Government's and Mr. Rhine's Exhibit Lists—Page 12**