UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 21-CR-687 (RC) |
| Plaintiff, | ORDER GRANTING SUPPLEMENTAL MOTION TO SUPPRESS UNDER *FRANKS V. DELAWARE* |
| v. | |
| DAVID CHARLES RHINE, | |
| Defendant. | |

The Court having reviewed the defendant's Supplemental Motion to Suppress under *Franks v. Delaware* and request for an evidentiary hearing, the response by the government, and the records and files therein

It is hereby ORDERED that a *Franks* evidentiary hearing shall be held on _____ at _____.

It is further ORDERED that subpoenas shall issue commanding Federal agents Douglas Capra, Marty Trevino, and Michael James Kiley, Jr., as well as the tipster, to appear and give testimony at that hearing.

It is further ORDERED that the government shall identify and subpoena all other government agents or employees who communicated with the tipster about this case and shall subpoena those individuals to appear and give testimony at that hearing.

Dated this ____ day of January 2023.

_____
JUDGE RUDOLPH CONTRERAS
UNITED STATES DISTRICT JUDGE

ORDER GRANTING SUPP. MOTION TO
SUPPRESS UNDER *FRANKS*
(*United States v. Rhine*, 21-CR-687) - 1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710

Presented by,

s/ *Rebecca Fish*
s/ *Joanna Martin*
Assistant Federal Public Defenders
Attorneys for Mr. Rhine

ORDER GRANTING SUPP. MOTION TO
SUPPRESS UNDER *FRANKS*
(*United States v. Rhine*, 21-CR-687) - 2

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710