1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,      )   NO. 21-CR-687 (RC)

            Plaintiff,        )   ORDER GRANTING
                          )   SUPPLEMENTAL MOTION TO
        v.             )   SUPPRESS UNDER *FRANKS V.*
                          )   *DELAWARE*

DAVID CHARLES RHINE,        )

            Defendant.      )

_____ )

     The Court having reviewed the defendant's Supplemental Motion to Suppress under *Franks v. Delaware*, the response by the government, and the records and files therein, and having held an evidentiary hearing and taken testimony on the Motion,

     It is hereby ORDERED that Mr. Rhine's Supplemental Motion to Suppress under *Franks v. Delaware* is GRANTED.

     Dated this _____ day of January 2023

                                       _____
                                       JUDGE RUDOLPH CONTRERAS
                                       UNITED STATES DISTRICT JUDGE

Presented by,

s/ *Rebecca Fish*
s/ *Joanna Martin*
Assistant Federal Public Defenders
Attorneys for Mr. Rhine

ORDER GRANTING SUPP. MOTION TO
SUPPRESS UNDER *FRANKS*
(*United States v. Rhine*, 21-CR-687) - 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**