**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 21-0687 (RC) |
| | : | |
| DAVID CHARLES RHINE, | : | Re Document Nos.:   42, 43, 46, 47 |
| | : | |
| Defendant. | : | |
| | : | |

# ORDER

### DENYING DEFENDANT'S MOTION TO TRANSFER VENUE, GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR EXPANDED VOIR DIRE; DENYING DEFENDANT'S MOTIONS TO DISMISS COUNTS 1–4, DENYING DEFENDANT'S MOTION TO SUPPRESS GEOFENCE EVIDENCE

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Defendant's Motion to Transfer Venue (ECF No. 42) is **DENIED**, Defendant's Motion for Expanded Voir Dire (ECF No. 42) is **GRANTED IN PART** and **DENIED IN PART**, Defendant's Motion to Dismiss Counts 1 and 2 (ECF No. 46) is **DENIED**, Defendant's Motion to Dismiss Counts 3 and 4 (ECF No. 47) is **DENIED**, and Defendant's Motion to Suppress (ECF No. 43) is **DENIED**.

**SO ORDERED**.

Dated:  January 24, 2023                                             RUDOLPH CONTRERAS
                                                                                              United States District Judge