**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 21-0687 (RC) |
| | : | |
| DAVID CHARLES RHINE, | : | Re Document Nos.:  38, 39, 40, 41 |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

**GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION IN LIMINE; GRANTING IN PART AND DENYING IN PART THE GOVERNMENT'S MOTIONS IN LIMINE**

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Defendant's Motion in Limine (ECF No. 38) is **GRANTED IN PART AND DENIED IN PART** and the Government's Motions in Limine (ECF Nos. 39, 40, 41) are **GRANTED IN PART AND DENIED IN PART**.

**SO ORDERED**.

Dated:  February 17, 2023                                    RUDOLPH CONTRERAS
                                                                            United States District Judge