# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 21-0687 (RC) |
| | : | |
| DAVID CHARLES RHINE, | : | Re Document No.:   73 |
| | : | |
| Defendant. | : | |
| | : | |

# ORDER

### DENYING DEFENDANT'S MOTION FOR HEARING AND TO SUPPRESS UNDER *FRANKS V. DELAWARE*

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Defendant's Motion for Hearing and to Suppress under *Franks v. Delaware* (ECF No. 73) is **DENIED**.

**SO ORDERED**.

Dated: March 29, 2023                                                               RUDOLPH CONTRERAS
                                                                                                     United States District Judge