UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

No. 1:21-cr-687 (RC)

DAVID CHARLES RHINE

**GOVERNMENT'S TRIAL EXHIBIT LIST (APRIL 15, 2023)**

| *Ex. No.* | *Description of Exhibit* | *Offered* | *Admitted / Witness* |
|---|---|---|---|
| *100 Series: Video, Photo, and Audio Evidence* | | |
| 100 | Video footage from U.S. Capitol Police (USCP) closed-circuit surveillance camera near Upper House Door (interior) from 2:40 pm to 2:45 pm | | |
| 100A | Still images from Exhibit 100 | | |
| 101 | Video footage from USCP closed-circuit surveillance camera near Upper House Door (exterior) from 2:34 pm to 2:44 pm | | |
| 101A | Still images from Exhibit 101 | | |
| 102 | Video footage from USCP closed-circuit surveillance camera near Upper House Door (interior) from 2:41 pm to 2:43 pm | | |
| 102A | Still images from Exhibit 102 | | |
| 103 | Video footage from USCP closed-circuit surveillance camera of hallway by House Gallery E near H311 from 2:45 pm to 2:47 pm | | |
| 103A | Still images from Exhibit 103 | | |
| 104 | Video footage from USCP closed-circuit surveillance camera of hallway by House Gallery NE near H311 from 2:47 pm to 2:59 pm | | |
| 104A | Still images from Exhibit 104 | | |
| 105 | Video footage from USCP closed-circuit | | |

**Government's Trial Exhibit List—Page 1**

| Ex. No. | Description of Exhibit | Offered | Admitted / Witness |
|---|---|---|---|
|  | surveillance camera of hallway by House Gallery NW near H323 from 2:47 pm to 2:58 pm |  |  |
| 105A | Still images from Exhibit 105 |  |  |
| 106 | Video footage from USCP closed-circuit surveillance camera of East Corridor near H306/H307 from 2:59 pm to 3:00 pm |  |  |
| 106A | Still images from Exhibit 106 |  |  |
| 107 | Video footage from USCP closed-circuit surveillance camera of Gallery Stairs from 3:00 pm to 3:01 pm |  |  |
| 107A | Still images from Exhibit 107 |  |  |
| 108 | Video footage from USCP closed-circuit surveillance camera of Rotunda Door Interior (East to West) from 3:00 pm to 3:05 pm |  |  |
| 109 | Video footage from USCP closed-circuit surveillance camera of Rotunda Door Interior (West to East) from 3:04 pm to 3:05 pm |  |  |
| 110 | Video footage from USCP closed-circuit surveillance camera of East Front House from 2:14 pm to 2:44 pm |  |  |
| 110A | Still images from Exhibit 110 |  |  |
| 111 | Video footage from USCP closed-circuit surveillance camera of hallway by House Gallery W near H323 from 2:48 pm to 2:49 pm |  |  |
| 112 | Video footage from USCP closed-circuit surveillance camera of East Plaza (rooftop camera) from 1:45 pm to 2:20 pm |  |  |
| 113.1 | Video Footage from USCP closed-circuit surveillance camera (Elevator Tower South), East Front, from 1:45 to 2:34 pm |  |  |
| 113.2 | Video Footage from USCP closed-circuit surveillance camera (Elevator Tower North), East |  |  |

**Government's Trial Exhibit List—Page 2**

| Ex. No. | Description of Exhibit | Offered | Admitted / Witness |
|---|---|---|---|
|  | Front, from 3:00 to 3:10 pm |  |  |
| 114 | USCP compilation video |  |  |
| 115.1 | David Rhine Interview (Open Source) [excerpt from original video] |  |  |
| 115.2 | David Rhine Interview (Open Source) [excerpt from original video] |  |  |
| 115A | Still images from Exhibit 115.1 |  |  |
| 116 | David Rhine video1 (Open Source) [excerpt from original video] |  |  |
| 117 | David Rhine video2 (Open Source) |  |  |
| 118 | David Rhine video3 (Open Source) [excerpt from original video: 1:02:16 to 1:02:39] |  |  |
| 119 | Flickr Photograph of David Rhine on the East Front Steps #1 (Open Source) |  |  |
| 120 | Flickr Photograph of David Rhine on the East Front Steps #2 (Open Source) |  |  |
| 121 | Rhine DMV Photograph |  |  |
| *200 Series:  Cellphone Evidence* | | | |
| 200 | Property receipt for Samsung Galaxy Phone |  |  |
| 201 | Cellebrite Summary for Samsung Galaxy Phone |  |  |
| 202 | Photograph from Samsung Galaxy Phone (1/6/21) [20210106_131600.jpg] |  |  |
| 203 | Photograph from Samsung Galaxy Phone (1/6/21) [20210106_141533.jpg] |  |  |
| 204 | Photograph from Samsung Galaxy Phone (1/6/21) [20210106_141546.jpg] |  |  |
| 205 | Photograph from Samsung Galaxy Phone (1/6/21) [20210106_141552.jpg] |  |  |

**Government's Trial Exhibit List—Page 3**

| Ex. No. | Description of Exhibit | Offered | Admitted / Witness |
|---|---|---|---|
| 206 | Photograph from Samsung Galaxy Phone (1/6/21) [20210106_142049.jpg] | | |
| 207 | Photograph from Samsung Galaxy Phone (1/6/21) [20210106_165753.jpg] | | |
| 208 | Photograph from Samsung Galaxy Phone (1/6/21) [20210106_170745.jpg] | | |
| 209 | Photograph from Samsung Galaxy Phone (1/6/21) [20210106_170750.jpg] | | |
| 210 | Photograph from Samsung Galaxy Phone (1/6/21) [20210106_170754.jpg] | | |
| 211 | Authenticity Certification – Reginald Chapman | | |
| *300 Series:  United States Secret Service Evidence* | | | |
| 300 | Email - USSS Head of State Notification - Vice President Pence, Mrs. Pence and daughter | | |
| 301 | Secret Service Head of State Notification Worksheet | | |
| 302 | Vice President Relocation Video | | |
| *400 Series:  Legal and Congressional Records* | | | |
| 400 | U.S. Constitution—12th Amendment | | |
| 401A | Title 3, United States Code, Section 15 | | |
| 401B | Title 3, United States Code, Section 16 | | |
| 401C | Title 3, United States Code, Section 17 | | |
| 401D | Title 3, United States Code, Section 18 | | |
| 402 | Senate Concurrent Resolution 1 | | |

**Government's Trial Exhibit List—Page 4**

| Ex. No. | Description of Exhibit | Offered | Admitted / Witness |
|---|---|---|---|
| 403 | Video Montage—including Congressional Record and video footage from House and Senate | | |
| 403A | Source References for Video Montage | | |
| 404 | BLANK | | |
| 405 | Certificate of Authenticity - Senate Recording Studio (Diego Torres) | | |
| 406 | Certificate of Authenticity - House Recording Studio (Douglas Massengale) | | |
| 407 | Congressional Record - Senate (Vol. 167, No. 4, S13-S42) | | |
| 408 | Congressional Record - House (Vol. 167, No. 4, H75-H117) | | |
| *500 Series:  U.S. Capitol and Other Evidence* | | | |
| 500 | Aerial Photo of U.S. Capitol Building | | |
| 501 | Aerial Photo of U.S. Capitol Building with Perimeter Diagram | | |
| 502 | Photo of U.S. Capitol with signs on metal barriers | | |
| 503 | Photo of Area Closed sign on metal barrier | | |
| 504 | Photo of Area Closed sign | | |
| 505 | Diagram of Capitol | | |
| 506 | BLANK | | |
| 507 | Map - First Floor of Capitol Building | | |
| 508 | Map - Second Floor of Capitol Building | | |
| 509 | Map - Third Floor of Capitol Building | | |
| 510 | Geofence Return as to David Rhine | | |

**Government's Trial Exhibit List—Page 5**

| Ex. No. | Description of Exhibit | Offered | Admitted / Witness |
|---|---|---|---|
| 511 | Geofence Map Plot as to David Rhine | | |
| **600 Series: Stipulations** | | | |
| 600 | Stipulations | | |

**Government's Trial Exhibit List—Page 6**