**UNITED STATES DISTRICT COURT**
**THE DISTRICT OF COLUMBIA**

United States of America

              Plaintiff,

                                    CRIMINAL NO.    21-687 (RC)

     Vs.

David Charles Rhine

              Defendant.

### COUNSELS' ACKNOWLEDGMENTS CONCERNING TRIAL EXHIBITS

       Counsel acknowledges that they have jointly reviewed the exhibits that were admitted

into evidence with the courtroom deputy and have agreed on the exhibits that shall be submitted

to the jury during deliberations.

April 21, 2023
DATE EXHIBITS WENT TO JURY

COUNSEL FOR PLAINTIFF

COUNSEL FOR DEFENDANT