CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Civil/Criminal No.: 21 CR 687 (RC) |
| | ) | |
| DAVID CHARLES RHINE | ) | |
| | ) | |

### NOTE FROM JURY

1) Does the term "restricted building or grounds" describe the area because the Secret Service was present (because of the presence of VP Pence) OR does the term "restricted building or grounds" describe an area with posted signs describing it is restricted, or cordoned off, or otherwise restricted? This refers to counts 1 and 2.

2) If a person protected by Secret Service was not on-site or planning to be on-site, would the area be considered a "restricted building or grounds" in the context of charges 1 and 2?

3) In Count one, element two, must the defendant "know" that VP Pence was in or will be in the restricted area in order for us to find this particular element met?

4) Can we please review the "stipulations" document?

Date: 4/24/23

Time: 10:10AM

FOREPERSON


Jury Note #1

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Civil/Criminal No.: __21 CR 687 (RC)__ |
| vs. ) | |
| ) | |
| DAVID CHARLES RHINE ) | |
| ) | |

### NOTE FROM JURY

Could you please provide your written responses to our original questions (also in writing)?

Thank you!

Date: 4-24-2023

Time: 12:15 PM ET

FOREPERSON

Jury Note #2

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> vs.    ) <br> ) <br> DAVID CHARLES RHINE ) <br> ) | Civil/Criminal No.: 21 CR 687 (RC) |

### NOTE FROM JURY

The transcript of the answer to Question three references Count two whereas question three referred to count one element two. Can you please clarify that the answer to Question three actually should reference count one element two.

(see attached)

Date: 4/24/23

Time: 1:45 PM

FOREPERSON



Jury Note #3

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| vs. | ) | Civil/Criminal No.: 21 CR 687 (RC) |
| DAVID CHARLES RHINE | ) | |

### NOTE FROM JURY

We have reached a verdict.

Date: 4/24/2023

Time: 2:35 PM

FOREPERSON



Jury Note #4