UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA            :
                                    :
v.                                  :        Criminal Action No.: 21-0687 (RC)
                                    :
DAVID CHARLES RHINE,                :
                                    :
    Defendant.                      :
                                    :

## VERDICT OF THE JURY

We, the members of the jury, find defendant **David Charles Rhine**:

__GUILTY__          of the offense charged in Count 1 of the Information (Entering
"Not Guilty" or "Guilty"     and Remaining in a Restricted Building or Grounds)

__GUILTY__          of the offense charged in Count 2 of the Information (Disorderly
"Not Guilty" or "Guilty"     and Disruptive Conduct in a Restricted Building or Grounds)

__GUILTY__          of the offense charged in Count 3 of the Information (Disorderly
"Not Guilty" or "Guilty"     Conduct in a Capitol Building or Grounds)

__GUILTY__          of the offense charged in Count 4 of the Information (Parading,
"Not Guilty" or "Guilty"     Demonstrating, or Picketing in a Capitol Building)

Signed this 24 day of April, 2023.

███████████████████
Foreperson