# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.                        : | Criminal Action No.: 21-0687 (RC) |
| : | |
| DAVID CHARLES RHINE,       : | |
| : | |
| Defendant.                 : | |

## SENTENCING SCHEDULING ORDER

It is hereby **ORDERED** that the following schedule shall govern the sentencing proceedings in this case:

1. sentencing in this matter is set for **September 11, 2023 at 2:00 p.m.** via video teleconference;

2. the probation officer assigned to this case shall disclose the draft pre-sentence investigation report to the parties no later than **July 24, 2023**;

3. counsel shall submit objections (if any) to the draft pre-sentence investigation report to the probation officer no later than **August 7, 2023**;

4. the probation officer shall disclose to the parties and file with the Court the final pre-sentence investigation report no later than **August 21, 2023** and

5. any party wishing to submit a memorandum in aid of sentencing must do so no later than **August 28, 2023**, with all responses (if any) due by **September 5, 2023**, and all such memoranda and responses thereto must cite to supporting legal authority.

**SO ORDERED**.

Dated: April 25, 2023

RUDOLPH CONTRERAS
United States District Judge