UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID CHARLES RHINE,<br><br>　　　　Defendant. | Criminal No. 21-CR-0687 (RC)<br><br>MR. RHINE'S WAIVER OF PHYSICAL PRESENCE AND REQUEST FOR VIDEOCONFERENCE HEARING FOR SENTENCING |

I, David Charles Rhine, the Defendant in this case, request this Court hold my sentencing hearing on September 11, 2023, 2pm EST, via videoconference. I understand that I have the right to be physically present for this hearing. I also understand that under Federal Rule of Criminal Procedure 43(b)(2), the Court may permit the sentencing hearing to be held via videoconference with my written consent. I hereby knowingly and voluntarily waive my physical presence at my sentencing hearing and consent to this hearing being held via videoconference.

DATED this 9th day of May 2023.

_____
David Charles Rhine, Defendant

(*United States v. Rhine*, 21-CR-687 (RC)) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710