August 17, 2023

Honorable Judge R. Contreras

c/o Ms. Rebecca Fish

Assistant Federal Public Defender

1331 Broadway, Suite 400

Tacoma, WA 98402

Honorable Judge Contreras,

  Please allow me to express my sincerest and humblest apologies for the trauma that I caused others by being present at the Capitol on January 6, 2021. This includes Vice President Pence, Speaker Pelosi, members of Congress and their staff and guests, the Capitol and DC Metro Police, as well as my mother, my wife, Susan, and my son, ▮

  I was shocked and disgusted when I saw the imagery shown on TV from that day. That night, I saw things that I had no idea were transpiring from my vantage point. Those images will be etched in my mind forever. Seeing our beautiful Capitol being disrespected and seeing the violent conflict that occurred left me feeling horrified and broken. I had no violent intentions on that day, and I did not participate in any of the violence that was seen on television, and I stand before God and the court with this statement.

  However, I wish I could go back in time and reverse the decisions that I made on that day. I wish that I could erase all the pain, grief, hurt, fear, and disappointment that everyone felt because of where I was on that dreadful day, and the footsteps that I took. But I cannot erase any of it. All I can do is ask for mercy and forgiveness from those I have harmed and continue the journey of self-reflection I have taken since that day.

  This journey has included accepting the responsibility for my presence that day, taking ownership of it, and recognizing the corrective measures I need to take. My decisions on January 6, 2021, caused many people pain. Admitting this has led me to make changes in my own life, which are, and which will affect the lives of others. This journey has given me a new perspective on my purpose here in this world: It has given me a renewed opportunity to serve others through various acts of public service, charity, and generosity, in my efforts to make the world a better place, one act at a time, one person at a time.

  I present myself before you today, wanting to express that I accept responsibility for my actions, and for my remorse in being any part of that day. I humbly ask for mercy and forgiveness from the court, so I can continue to make an even more significant difference in the lives of people, and I ask you to give me the opportunity to do so.

Respectfully,

*[signature]*

David Rhine

**EXHIBIT A**