| | |
|---|---|
| **From:** | Susan Rhine |
| **To:** | Becky Fish |
| **Subject:** | Letter for David |
| **Date:** | Sunday, August 13, 2023 4:54:39 PM |

EXTERNAL SENDER

August 12, 2023

Dear Honorable Judge Contreras,

My name is Susan Rhine. I am corresponding with you on behalf of my husband David. David and I have been married 28 years this past July.  David has been a loyal, committed, hard working, loving spouse and father to our 15 year old son and myself.  He has worked long hours to grow our business but also when faced with staffing shortages through the COVID pandemic.

David has devoted many hours to our community, serving as Treasurer and CPA for eight years for the USS Turner Joy stationed in Bremerton, WA.  David assisted in numerous grants including a COVID grant funding for non profits. He was valued and appreciated by his fellow board members with the time he served for this historic ship.

David also was a chairperson for the Kitsap Estate Planning Council for a number of years, providing his expertise and insight with other professionals including attorneys. David has been generous over the years with time and resources.  David has sponsored underprivileged children at the Bremerton Yacht Club Sailing Camp.  David has also sponsored and hosted a Santa boat cruise for our Special Needs/ Developmentally Delayed population.

As a business owner and CPA, David has provided  Pro Bono tax services to widows/widowers, single mother's and low-income elderly clients.  During the pandemic David spent many non-billable hours advising tax clients how to apply for stimulus checks for various businesses.  This was an unprecedented time that brought much stress and exhaustion to my husband.  David has continued to be a "sounding board" to many who seek his wisdom, experience and insight with a variety of financial situations. David takes calls on family vacations to assist clients/ friend's with direction and correct steps with making financial decisions.

David has been labeled by family affectionately as a "boy scout" as he is a rule follower and is always prepared as their motto states.  David disavows violence and has never condoned violence as solution in conflict.  We were both horrified and distressed by the violence and loss of life on January 6th. David physiologically had a "broken heart" for one year as this was not the intentions that day for many of the peaceful protestors, including my husband. David was nowhere near the violence that day.

I ask you please show mercy on my husband David.  We have lived "in limbo" the last two years separated as a family in this challenging season. Our family needs to be reunited once again, permanently.   Our son, ▆▆▆ desperately needs his father in these teenage years. I need my husband and best friend reunited with us as a family.

**EXHIBIT B**

Sincerely,

Susan Rhine