---------- Original Message ----------
From: ███████████████████████
To: ███████████████████
Date: 08/22/2023 8:36 PM EDT
Subject:

August 22, 2023

Dear Honorable Judge Contreras.

I'm ███████████ and I am 15 years old. I wanted to write a letter explaining what I know about my father, David Rhine. Firstly, he's a caring person and he's shown this in many attributes and examples like; when he painted my aunts' house out of pure care and generosity, when there was nothing in it for him, because that's who he is. I've also witnessed first-hand how my dad has sacrificed his own time and schedule in order to help his clients. Not only is this his job but he also helps some of them free of charge in order to be kind and compassionate to everyone's own situations. Besides helping many other people outside of family and friends, he's also been there for our own family. In a broad spectrum, he lets many of our family members stay with us, even when it means compromising on his needs, he does this because he genuinely loves and cares for the people around him. But what's affected me the most in my life, is the way that he's always been around for me, any chance when he wasn't working, or thinking about work, he used it as an opportunity to spend time with my mother and I. He was always home to eat dinner with me, and he was always there when I woke up, which to me is what matters more than anything else. That's why

**EXHIBIT C**

the past few years have not just been hard for him, but hard for us as a family. As of 2021 my dad encouraged my mother and I to "temporarily move to Rochester, New York. I didn't realize what temporary would mean at that time, nor did I understand quite how far 3000 miles was until then. Even through this time he works sometimes 7 days a week, or even through the night. Not only to support my mother and I, but to be able to take time away from work to visit us, these trips have been not just blips on the radar but important pieces of my life, that I won't forget, because I really do try to soak up the time that I get with my father. One thing I've noticed is that with every trip here and there where I see him, I notice progress. He has been even more considerate even than before, of my needs and wants, and even just being a listening ear, so for that I'm endlessly grateful. Which is why more than ever before, I wish I could see him as often as I used to, when I went to bed and when I woke up. Because not only was it helpful for me years ago, but that's even more so the case now. Which is why I am writing this letter to you, in order to try and tell you how it's been these past few years, but also to say how I wish it could be in the future, it would be the best gift I could get, to see him again. Thank you for your time and consideration. - ███████.