August 14, 2023

The Honorable Judge Contreras
c/o Rebecca Fish
Assistant Federal Public Defender
1331 Broadway, Suite 400
Tacoma WA  98402

RE:  Letter of Support for David C. Rhine

Dear Judge Contreras,

    I am writing to show support for my youngest brother, David C. Rhine.  He will stand before you on September 11, 2023, for a sentencing hearing.  David is the youngest of nine children, and I was the third oldest.  I was blessed to have him live in our home in a suburb of Rochester, New York, for a couple of years before he signed with the US Navy, which led him to the Pacific Northwest.

    I was thankful for that extra time to connect with my younger brother, David, because when my husband of nearly twenty years left me and my sons in 2006, it was David who provided me with the calm head and advice that I needed during the hardest time in my life.  After both my sons had headed off to college, it was my brother David who invited me to restart my life out in Washington state.

    The move provided me with great purpose, because I began to assist with caring for my little four-year-old nephew, as well as getting assigned immediately to helping David with his "pet" volunteer project, a historic floating ship museum in Bremerton, WA, the USS TURNER JOY--a destroyer involved in the start of the Vietnam War.  David was on board as treasurer of this non-profit, and eager to bring new blood to the long-serving board members, anxious to help them see what a treasure this ship was.  He had great ideas for the ship being the perfect STEM classroom, and it since has become that.  The ship had to raise an exorbitant amount of money for preservation and to dry dock, and the mission was accomplished.  The gift shop needed new computers, and David bought them with his own money and set them up.  He would personally buy items from the gift shop and include admission tickets giving them away at fundraising auctions or as gifts, for the ship to get more exposure.  He would put me to work helping during the Memorial Day parade, or during the Blackberry festival, manning the booth or the gift shop entrance.  He even paid to hold his son's fifth birthday party onboard and asked me to create ideas for a naval scavenger hunt for the children.  David was committed to this unique and historic ship and gave hours and hours of his time to its preservation and its future.

    I also began to work at his accounting firm.  At first, I was tasked with compiling paper tax returns and calling clients to let them know they were ready for pick-up.  Sometimes, David would ask me to hand deliver secured tax packages to people who were unable to get out of their homes, such as the elderly, or for small business owners

**EXHIBIT D**

who couldn't get away from their business during office hours. I was able to meet many clients on the phone and in person in those early days, clients who loved to tell me their stories of how David had helped them out of a difficult situation with his advice, wisdom, and financial expertise.

Where should I start to describe all the clients that sincerely loved my brother for all the assistance he had given them? Let's see ... maybe with the mid-70s self-ascribed "cat lady" who hadn't filed taxes in seven years. Or the career nurse that suffered from depression and kept putting off filing her returns, until David coaxed her into it. Or the multiple mothers who found themselves alone raising children, never having filed taxes before, and needing advice on how to shield the family from financial harm from an alienated spouse. One woman was an occupational therapist, and one an ICU nurse, to name only two of the many. I am reminded of the elderly women who lost their husbands, and came into the office to sit with David, while he gently held their hand, gave them tissues, and helped guide them through the question that most asked: "What do I do now? My husband always took care of all the finances." I remember being a bit shocked to see the invoices for these various tax returns as NO CHARGE or at a very reduced rate, not to mention the time he freely consulted and advised these clients.

Fast forward to the pandemic, and I can see in my mind all the phone calls that were coming in from small business owners, asking the same question: "What can I do to save my business? How am I going to get through this?" I remember David putting aside the business of completing tax returns and working twelve-hour days and weekends to help the dozens and dozens of clients who needed assistance with the state and federal application process to get support to keep their businesses afloat: the Christmas Tree farmer, the oyster shellfish farmer, the small manufacturing families, the transportation business owner, to name only a few. It didn't matter if these people had been in business for years or if they were in the first or second year—David helped them all, no matter how big or small the businesses were, how long they had been his clients, and no matter their economical standing, or financial assets.

I was always impressed how David always elevated women in his accounting firm: how he treated them with equality, generosity, kindness, and with offers to help continue their education in accounting. He loved to share his knowledge, and did it generously, whether they ended up staying in the accounting field, or not. And it didn't matter about their age! He had women straight out of college, and women in their 70s who were hired and respected as peers. He understood the time off that was sometimes needed to be a mom, or the time needed to have a long weekend off with a partner, even if it came during the busy tax season.

David's son is now sixteen years old. He's about the same age my sons were when they lost their father, and I know how devastating it was for my sons to lose their dad. He has sent his wife and son to live with her mom on the East Coast, so they don't have to face any opposition in school or at the workplace. David has given up his board position for the USS Turner Joy so he wouldn't bring any bad publicity to the

group. He has lost clients who have read about him in the news, without David being able to tell "his side of the story." He has had his business devalued because of the negative stories in the local papers. He has had to face the probability of giving up the lovely home in which he, his wife, and son spent so many years. He has suffered a LOT. He has lost a LOT.

Thankfully, he hasn't lost his family, who will always be there for him because of the ways that he has been there for them (like me; see my sons' letter that they sent in), and despite some of us not agreeing with his views. He has kept many, many clients and his staff has stayed fully committed to him. His wife and son still love him dearly.

***And, I am just hoping beyond hope, that all my stories I've shared with you will help you see a different man than the one that was charged with the crimes of January 6. David is a man that deserves mercy and grace and a bit of hope – much like the hope that he has so freely given to others throughout his life.***

Please, Judge Contreras, please give David the opportunity to make a difference in so many more lives than he already has. He has so much more to give. He is so deserving of your leniency.

Sincerely,

*Lois Heffron Howley*

Lois Heffron Howley
Sister to David Rhine