August 14, 2023

The Honorable Judge Contreras
c/o Becky Fish
Asst. Federal Public Defender
1331 Broadway, Suite 400
Tacoma, WA 98402

Dear Judge Contreras,

    I am the nephew of David C. Rhine, and I am writing on behalf of me and my brother. Both of our lives have undoubtedly been changed for the better because of his involvement in our lives. We lost our father to abandonment when we were only fifteen and twelve years old. My uncle stepped in and became like a father figure to us and generously provided us with much needed essentials when we suddenly had to move from Rochester, NY to a Philadelphia suburb in August 2006.

    One by one, the securities in our life began to disappear as my father slowly fell victim to a scam artist. It was my Uncle David who came to our rescue. First, he provided my brother, mother and I with cell phones and phone plan, so that we could stay in touch with one another as we lived our lives in West Chester, PA. We were able to "report in" to each other from soccer events, from our part-time jobs, or from after school and evening school events. This was one less expense that my mom had to worry about given her financial hardships.

    Secondly, my Uncle David shipped us a family computer and gave us internet access which helped us to do our high school homework, write papers and create presentations from home. We would otherwise have been restricted to the hours of the school computer lab or to the local library, which was impossible because we were both high level soccer players whose time commitments were tight. When I went off to university in the city of Philadelphia and while my mom was working long hours, my uncle allowed my younger brother to travel to Washington state to give my mom a break and to give my brother a "normal" family vacation. He also paid for me to visit Washington state when my mom eventually moved out to the Pacific Northwest, so she could be closer to a family member.

    My uncle helped us with emergency funds while we both were at college. Once, I had to take a summer course to keep my eligibility as a D1 athlete at Drexel University which wasn't covered by my scholarship. He cosigned for a small loan so I could take the course which also helped me begin to establish credit. He also provided a small loan for a medical emergency for my brother while he was in college in California, as well as helped with parts and repair for the car my brother needed to get back and forth to work while in college.

    Uncle David also gave me crucial guidance and action recommendations when my college soccer team brought in a new coach, and that coach tried to take away the scholarship monies

**EXHIBIT E**

guaranteed by the former coach. He had some connections and taught me how to face a difficult situation and how to stand up for myself. All of us have also been thankful for my uncle's financial wisdom; he has watched us grow from teens with part-time jobs, to college graduates who are making contributions to the world we live in and to the people we love. We are thankful that he has done our tax returns for us at no charge for all these years, and the advice he gives us each time he gives our yearly tax returns a review.

These may just be simple stories to you, but these are important stories of my uncle and how he helped us through our very difficult teenage and college years and the impact he had on us. Losing a father was not easy, but my Uncle David made it better by stepping in when we needed him most. We knew we could count on him, and he never failed us. He was generous, wise, and we knew he loved us, even when we made the occasional "stupid teen" mistakes.

Judge Contreras, my uncle is a man who deserves your leniency. My brother and I would not be the successful men we are today without his incredible influence and generosity. He has made a terrible mistake and very much so regrets it. We love him and are hopeful that you can show him mercy.

Sincerely,

William R. Heffron III

Philadelphia, PA 19130

Jacob M. Heffron

Aspen, CO 81611