August 13, 2023

Honorable Judge Contreras
C/O Rebecca (Becky) Fish
Assistant Federal Public Defender
1331 Broadway, Suite 400
Tacoma, WA 98402

Your Honor:

    I am writing a letter of support for my brother-in-law, David C. Rhine, who has a sentencing hearing on September 11, 2023, in your courtroom.

    I am a retired hospital administrator and mental health clinician of a large mental hospital in the state of Alabama; prior to that, I was a mental health center director and psychologist of a 310 agency in Alabama, and before that, a mental health diagnostic and evaluation director in the state of Florida.

    I have known David since Thanksgiving of 2021, when his family held a birthday party for me in his 91-year-old mother's cottage. It was the first time I had met him since marrying his sister, Lois. I had known his mother since November of 2021 and she greatly loves her youngest son, David, and has a close and loving relationship with him.

    Since our first meeting, I have visited David's home in the state of Washington three times. The first time, we were snowed/iced in during the Christmas holidays and we couldn't go anywhere. This gave me the opportunity to truly understand who David was and is, because we had long conversations. We talked about family, faith, our great country, his service in the US Navy, and his plans for the future. I learned how dedicated he was to his wife and son, to his mother and siblings, about his volunteer work for a restored Naval Destroyer, and how much he loves his country.

    The second and third time we visited David in Washington State, we traveled there to assist him during the busy tax season. My wife covered his front desk, and I would help around his home and office doing maintenance projects. This additional time allowed me to observe a man who, as a public servant and a highly educated Certified Public Accountant, has served hundreds of clients who admire and respect him. I learned that David is a man who freely gave himself without expecting anything in return.

    I learned of his generous spirit through chance encounters with clients, such as the single mother he has helped over the years who shared her personal difficult journey in life with me. David has been so important to her and to her children. Also, he had been very kind and generous helping elderly clients with their taxes, with no charge. I have also personally benefited from David's help, wisdom, expertise and time, when he helped me through a terrible

**EXHIBIT F**

financial mess after my children had taken most of my retirement funds while I was critically ill. He gave me hours of his precious time as I sorted through this difficult situation in my life.

Through this time at David's home, I was able to see David's love of nature and the environment on his property where he had carefully laid oyster shell beds and told me all about the process, and how the oysters helped to keep the Puget Sound clean. Also, David would hand me binoculars to see the bald eagles, the migrating ducks, the Pacific Loons, and otters and seals passing by in the water. I admired his large garden from which he would share the beans, squash, cucumbers, zucchini and other produce with his neighbors and clients. He loved caring for his two cats, who had become his close companions since his wife and son felt compelled to move to New York State for their safety.

Your honor, one of my most important tasks in my many years of working in the mental health field was to develop community psychiatric and health care facilities and services, halfway houses, and educational and employment opportunities and training programs. I had to make decisions about patients who were to be released from psychiatric hospitals, development centers and hospitals, to determine if they were ready to return to their homes or to be released to society in general. **Based on my experiences in evaluating people, I believe David Rhine to be a gentle soul, to have a good heart and to have a generous spirit. He is not a man who would cause any harm to another person. He is dedicated to his family, his clients, his staff, his work, his community and country.**

I know that if David had the chance to relive his mistakes—knowing now the terrible impact that his choices have had on his family, friends, clients, community and country—he would do things differently. He has expressed this regret to me. I believe him completely when he says that he committed no violence on that day, nor saw any violence that day. David is a good man, a true servant of others. He is cherished and admired by many for his *giving* to others, not for *taking from them*. David will continue to serve and give to others. Please provide him the opportunity to do so and show him leniency.

Sincerely,

Dr. Patric Howley

Satsuma AL  36572

Patric Howley, PhD
Satsuma, AL 36572                              RESUME
_____

# EDUCATION

| | |
|---|---|
| 1992 | MBA, University of Mobile College, Mobile, AL |
| 1974 | PhD, Florida State University, Tallahassee, FL |
| 1969 | MS, Florida State University, Tallahassee, FL |
| 1968 | BS, University of Florida, Gainesville, FL |
| 1966 | AA, Palm Beach Community College, Lake Worth, FL |

# EMPLOYMENT

2007 - 2021    **Howley Rental Properties**
               **Office Building Owner**
               207 Shelton Beach Road
               Saraland, AL  36572

1978 - 2000    **Searcy Psychiatric Hospital, Mt. Vernon, AL 36560 (Retired in 2000)**
               Director of Special Projects and Services (and Acting Director to fill vacant positions below)
               Director of Information and Community Relations
               Director of Administrative Services
               Director of Special Campaigns and Fund Raising
               Director of Staff Development
               Director of Continuing Medical Education
               Director of Data Processing, Computers, Networks, Training and Repairs
               Director of Employee's Assistance Program
               Chairperson of Hospital Policy and Procedure Committee
               Member of Hospital Executive Committee
               Chairperson of JCAHO Preparation Committee
               Member of Employee Health Committee
               Editor of <u>New Dawn</u> Newsletter
               Advisor, C. Box Nursing Facility
               Secretary and Treasurer, Friends of Searcy Hospital Foundation, Inc.
               Member of Board Directors of Alabama Mental Health Credit Union

1978 - 2000    **Instructor, Mobile County Adult Education, AL (Evenings)**
                    Basic Computers, Printers, Operating Systems, Word Perfect, MS Word, MS Excel,
                    Internet, Networking, Data Bases
               **Adjunct Instructor, S. D. Bishop State Community College, Mobile, AL (Evenings)**
                    Psychology, Sociology, Community Relations, Family Relations
               **Adjunct Professor, University of Mobile, Mobile, AL (Evenings)**
                    Introduction to Psychology

1978 - 1998    **Vocational Rehabilitation Consultant (Comp Time Off, Evenings)**
               Social Security Administration
               550 Government Street, Suite 100
               Mobile, Al. 36602

1978 - 1999    **Annual Loan Officer for United Way from Searcy Hospital. Raised various amounts.**

1

**Secretary, Treasurer and Fund Raiser Planner for Friends of Searcy Hospital Foundation, Inc., Mt. Vernon, AL 36560 (Raised $3,000,000)**

**United Way Approved Fund Raiser for Home of Grace for Women, Inc., Eight Mile, AL (Comp Time Off, Evenings, Time Off, Holidays and Weekends, Raised $1,000,000**

| | |
|---|---|
| 1980 - 2011 | **President/Owner**<br>Comprehensive Business Services, Inc. Sold Cell Phones for T Mobile and Verizon Cellular and designed, built, sold, repaired computers, networks, parts, supplies and furniture. (Evenings and weekends and full time after retirement) |
| 1978 – 1984 | **Publisher and Editor**<br><u>National Visual Commuter Computer Newsletter</u><br>Newsletter for owners of the Visual Notebook Computer and those interested in computers and notebooks. (Evenings and weekends)<br>454 Barcelona Drive<br>Satsuma, AL  36572 |
| 1974 - 1978 | **Adjunct Professor**<br>Taught Introduction to Psychology and Criminology.<br>Troy Maxwell Air Force Base Campus, Montgomery, AL<br>Troy Montogomery Campus, AL<br>Troy State University Campus, Troy, AL<br>Troy, AL 36081 |
| 1974 - 1978 | **Executive Director and Mental Health Center Director**<br>East Central Mental Health Center<br>200 Cherry Street<br>Troy, AL 36081 |
| 1972 - 1974 | **Director of Diagnostic and Evaluation Program and Services, Region IIB**<br>Division of Mental Retardation<br>Tallahassee, FL 32301 |
| 1969 - 1972 | **Vocational Rehabilitation Counselor**<br>Division of Vocational Rehabilitation<br>Tallahassee, FL 32301 |
| 1963 - 1966 | **Engineer's Assistant, Computer Data Management and Entry and Operator**<br>Pratt Whitney (United Technologies)<br>1700 Bee Line Hwy<br>Jupiter. FL 33478 |

## SUMMARY OF EXPERIENCE

Extensive involvement in organization design and development, fund raising, community relations, human resource management, instruction and educational training of adults and marketing of hospitals, mental health facilities, diagnostic and evaluation programs, rehabilitation programs, colleges, and businesses. A more detailed addendum is available on request.