DANIEL P. RHINE

Melrose Park, IL 60164   USA

To:   Honorable Judge Contreras                                August 15, 2023
      C/O Rebecca (Becky) Fish
      Assistant Federal Public Defender
      1331 Broadway, Suite 400
      Tacoma, WA 98402

Regarding:   Upcoming sentencing in the case of David C. Rhine, September 2023

Dear Judge Contreras,

I am David C. Rhine's elder brother.  I firmly believe the my youngest brother, David, is a good and generous young man, with the best intentions in all that he says and does.  He is loved for who he is and all he does for his coworkers, his community, his tax filing efforts for clients over many years, and his devoted family.  After facing up to the reality of the serious charges and truths uncovered by Congress and DOJ investigations since the 2020 election, he is a man with real contrition.

Perhaps the court would seek to find a sentence for David with orders which will permit him to inject his soul into the healing and relief of some needy people in our society.  For example, here in Chicago, our religious institutions have open doors for those doing community service as part of sentencing after a conviction.  I have seen adult and youthful offenders contributing in many ways, using their learned skills to make a difference in the lives of others.  They, and we, were changed in a marvelous way as they were helping to build up others, which is a big part of our ministries.  These ministries include "rescue missions", schools, homeless shelters, battered women shelters, summer camps, international welfare and medical missions, prison ministries, all with the goals of saving, restoring, and generation of new hope and opportunities.

Please consider services in these areas to be a large part of the sentence, hopefully in close proximity with his family.  They are far apart now, yet forgiving and loving, now living in New York State. As the "eldest" brother with greatest concern for David, I will continue to be in constant touch with him, willing to aid him and his family.  He needs us.  Thank you for hearing my thoughts, concerns, and questions.  I am always available to contact if the need arises.

Sincerely,

Daniel P. Rhine

Family member, Ministry Volunteer, Business Owner in the State of Illinois

EXHIBIT G