August 13, 2023

Honorable Judge Contreras
C/O Rebecca Fish
Assistant Federal Public Defender
1331 Broadway, Suite 400
Tacoma WA  98402

Dear Your Honor,

    I am writing this letter before the 9/11/23 sentencing of David Rhine. I'm a single mother of boy/girl twins who are Sophomores this yr. I met the Rhine's when our children were in the 2nd grade class together. I want you to know the type of man David is as he's been a special part of our family: David became a father figure over the past 7 yrs to my twins, even helping my son through anger management issues of being abandoned by his father. This past yr my son asked me if we could stop by David's office so they could talk. David gave my son ▮▮▮▮▮ advice not to seek revenge against bullies at school and at soccer. He told my son that violence and hatred wasn't an option. My son followed his words of wisdom! David has been very important to my son, so much so that in my son's 8th grade Graduation Portfolio School Project, he named David Rhine as his father figure.

    David's sister was a single mom, so he has always had a lot of compassion for our situation. So, he took time out of his busy schedule to attend my children's 8th grade graduation, knowing he was the only family member there besides me. Later I realized, it was a double edged sword as it hurt David, as David couldn't attend his own son's graduation due to living apart after the FBI raided their family home. My daughter adores David and always wants to drop by his office to say, "hi" or to introduce her friends, and they all like him. He's a gentleman and fun to be around. Since David's wife and son have relocated to Rochester NY, we have been stopping by his office approx. every other Frid. to once a mo to try to perk up his spirits over pizza. He has been lonely as moving his close knit family out-of-state so they would feel safe, was a true act of love, but a price he paid.

    David is a generous kind man. Around 2016, I shared with David's wife that my checking acct balance was under a dollar, because my children's father was a deadbeat dad at that time. Later that night, I heard a knock on my front door, and surprisingly David was there. I had only met him once, and was just becoming close friends with Sue Rhine. David handed me an unsolicited envelope with $500 in it; and he basically told me, "This is for you to buy food for your kids and to pay your electric bill. You can pay us back when you can, or not worry about paying us back if you cannot." I paid them back several mos later when I sold my hm to downsize, but I have never forgotten David's generosity! David has given me small-term loans for gas as needed too and treated me like a sister. He even brought me gas and put it in my tank, when the kids and I ran out of gas once. He was like Superman to us, as AAA was going to take almost 2 hrs and my kids would have been late to school. As a now disabled 61 yr old mother,

**EXHIBIT H**

he's an invaluable friend to me as I need to bounce ideas off of him about my children, finances, legal stuff, health insurance decisions, house and car repair questions.... He makes sure that I don't get taken advantage of and gives me sound wise advice that I count on. I've tried not to interrupt his work, but David is the type of person who will stop what he's doing to help a friend; unless he's with a client or on a call with a client. He gives me moral support too.

To my kids and I, David has been like those men that volunteer for the Big Brother Organization, who mentor and do fun things with our youth when they don't have a father around. In grammar school my children enjoyed the Bremerton Memorial Day events with him. They have fond childhood memories of going to community parades with David and "Little ███", his son, taking turns riding together in a wagon that David patiently pulled. They would ask to go to see David volunteering at the Historic Floating Ship Museum, during Whaling Days and Halloween. They enjoyed a long night hike at a WA State Park to learn how to star gaze through a telescope -like a BoyScout-with David, Sue and Little ███. For a few yrs in a row, David paid for my twins and his boy to take sailing lessons together, which gave them all fun social summer opportunities and a love for the Pacific NW waters. He and Sue took my children to The Great Wolf Lodge with their family, as their guests. I heard David loved the slides! David took my son with his son to a Tacoma car show too, and we started sharing Thanksgivings and Christmas Eve Dinners at their home, besides celebrating our children's birthdays. Unfortunately, David missed all these types of family gatherings with his own family after his family had to move to NY, and has endured many other natural consequences for his actions on Jan 6th. He's missed so many tween/teen milestones in his son's life and precious time with his loyal wife - who he naturally worried might not wait for him. David can never get back lost time. (Nor can Sue or his son get back his childhood).

Through it all David has lovingly worked long hrs to support his family, as a dedicated accountant and business owner. I had the pleasure of working for him part-time several yrs ago in his Port Orchard office. David's clients and staff love him! He's very cheerful, but very customer service oriented! We had a special free courier for his senior and disabled clients. He worked on a sliding scale for those that couldn't afford his services. He refused to put his clients into collection, when they failed to do the right thing and pay their bill. David taught my twins excellent work ethics by his example! They would willingly do sm jobs around his office, like clean the windows, vacuum, stuff holiday greeting cards, or decorate his office with holiday lights. David and Sue never forgot my children on their birthdays or Christmas either, which was unlike my children's own father. I wondered if David would stop being so kind and generous when Sue wasn't around, but he never missed a beat; despite his financial and legal struggles. It appears to me now though since David has been packing up his office, as his lease is up and lost employees that he potentially could lose Cox & Lucy. He certainly feels that he lost his good name and reputation, since his charges. He couldn't have ever predicted that going to the Capitol to exercise his 1st Amendment Right would turn into this nightmare. He's been put on the National Terrorist List to fly - which I respectfully think is a ridiculous consequence for David, as he's literally a "Gentle Giant". Seattle looters/rioters/criminals aren't on the same terrorist list, yet they actually make our cities unsafe and create fear. So, I'm asking for a fair and equitable sentence as I know that David actually regrets going to the Capital Jan 6th, as several times I've

come by his office unannounced and he's looked like he's been crying. He then expressed his remorse when I asked, "Have you been crying?" I believe David acted in a way that he felt was patriotic, because he's a Veteran. In the video I saw he was carrying an American flag! There was no way he was going to get a fair trial as l it would have been really hard to find venue options or a jury who weren't afraid of the risks of backlash or mobs by someone due to the high political upheaval of Jan 6th.

    I'm praying that my words might reach your heart now as we need David in our lives, and his wife and son especially need him at home in NY. Statistics show that fatherless boys like mine are more likely to end up in prisons themselves, or boys whose father's go to prison end up in prison themselves, so it would be a crime against our boys to sentence David to a prison term for misdemeanors. It would devastate our teens who have already been through so much with COVID. It would be a waste of the taxpayers' dollars to send David Rhine to prison too. I think he should be permitted to leave the state of WA, in order to be with his wife and son, because great father's like David Rhine, who want to be with their families and aren't of any danger to them physically or emotionally, and who want to provide for their children to the best of their abilities shouldn't be locked up for misdemeanors! More importantly to the community, I believe David has already learned his lesson and isn't at risk of reoffending, but can do more good outside of bars. He has served our great country and deserves your grace.

Respectfully Written,

*MReynolds 8/14/23*

Michelle Reynolds