| | |
|---|---|
| **From:** | catherine hanson |
| **To:** | Becky Fish |
| **Subject:** | David Rhine |
| **Date:** | Sunday, August 13, 2023 7:35:01 PM |

**EXTERNAL SENDER**

Dear Ms Fish,

I am writing this letter in support of David Rhine, a friend from when I resided in Bremerton, WA.  I now live in Cleveland , OH, moving here in the summer of 2021.
I first met David approximately 2011 or 2012, at a neighborhood meeting. David was one of our Water District representatives.  My husband John Hanson became more familiar with David and was impressed with his work ethic, intelligence and sense of duty. Both David and my husband had served in the military.
Soon after, John became President of the Board for the non profit USS Turner Joy Museum Ship in Bremerton.  He invited David to apply for the Treasurer position. (All board members are voluntary positions). David was a key partner in bringing the Turner Joy out of very poor financial status, with Board efforts to promote/market the non profit highly exceeding expectations.  David worked numerous volunteer hours over several years, and the Ship became financially sound after months of losses prior to the new Board taking over. It was truly a dramatic turnaround. I also volunteered alongside John and David, so have first hand knowledge of his commitment and enthusiasm.

David, his wife Susan and son ▮▮▮ ▮▮▮ were also neighbors.   Susan and I worked together at Harrison Medical Center many years prior but had not seen each other until a USS Turner Joy event. We became close friends and I visited Susan regularly over the years at the Rhine residence.  I was invited to join them for family meals, movie nights, game nights. I enjoyed my visits and David showed devotion to his family and was always willing to share a listening ear to any stories or  troubles I may have.  I appreciated his quiet support and also his sense of humor.
David would mention at times his pro bono help (as an accountant) to elderly clients on fixed incomes. He also supported the communities not just where he lived but also where he worked by donating time and money; attending parades, fundraisers, and various community events.
In the many public events we attended together in support of USS Turner Joy, David was always polite and friendly to everyone he interacted with.  He appeared to enjoy meeting people and engaging with them regardless of their background.

In all my interactions I have never seen David become angry or show any meanness. He always treated me and others with kindness.
I admire David and Susan's decision to focus on keeping their son's welfare a priority since this legal difficulty started. I can only imagine how hard it has been for the Rhines and  immediate family.
I know David will continue to be a devoted husband and father.  I am confident if given the freedom to resume his role within family and community, he will once again contribute hours of service to his community and clients.

**EXHIBIT I**

Sincerely,
Catherine (Cassie) Hanson
[redacted], Cleveland OH
[redacted]
[redacted]

Sent from Mail for Windows