Honorable Judge Contreras
C/O Rebecca (Becky) Fish
Assistant Federal Public Defender
1331 Broadway, Suite 400
Tacoma, WA 98402

Judge Contreras:

By now I'm certain you have read and/or reviewed several letters concerning the many positive and patriotic aspects of David Rhine. I'll not repeat all that. Instead I'd like to limit my discussion to that of his integrity, the aspect of which I'm most familiar, and the one I feel more than any other defines an individual!

Upon graduating from high school I attended barber college getting my apprentice and master barber licenses in record time. I then spent 14 years behind a barber chair interacting with thousands of folks on an intimate level while paying my way through a private educational institution, Seattle Pacific College. Learned a lot about folks in that time period.

During my 34 years of Naval service, I have had the opportunity of interacting with thousands of individuals as you might imagine. At one point in my career, when in charge of a major naval program, the Naval Aviation Operational Survival Training Program, one which had international reach and was funded in the millions, the ability to quickly access the character and reliability of subordinates was essential. Not all met the bar I set.

While still on active duty (on my own time) I underwent the two year training program to become a Stephen Minister. A big aspect of this lengthy training is that of learning how to listen to what people are saying, not just their words; there is far more to that than most would imagine. I feel rather certain you can identify with such.

I have known David for over a decade starting back in 2012 when he first became my tax advisor/accountant. His knowledge of the tax code and the appropriate application of same was, and still is, impressive. That is to say that David would never try to game the system while at the same time apply everything that could be morally done even to the extent of advising against any area that could be called gray. That kind of integrity is hard to come by these days. But more than just be a reliable tax advisor to me, he also has provided countless hours of advice/tax service - pro bono - to those less able to afford such service, both locally, nationally, and internationally. Not your typical tax guy!

Over the decade in which we have been friends we have spent countless hours discussing an alphabet of topics. Both of us having military backgrounds, it should come as no surprise that among those topics has been one of the state of our nation. Much has been of a philosophical nature as you might imagine, always in terms of how can we turn things around and end this dog eat dog nature so prevalent in our country today. At no time have we ever even ventured into any suggestion of negative behavior of any kind. That is not in David's make up!! Nor mine for that matter.  David's love for our country is unbounded. Any thoughts counter to that can only be the

**EXHIBIT J**

result of not knowing the man. His integrity is beyond challenge in all that he does and has done.

As I have referenced in the 2nd through 4th paragraphs of this letter, I have spent my life interacting with thousands of individuals on several levels. One gets to knows people rather well in such circumstances. In all that time I have never met an individual with greater integrity. I can assure you that I know David well enough to emphatically state that whatever David has told you is the truth, the WHOLE truth, and nothing else. He has more than met the bar! His integrity would not allow for anything else!

Very Respectfully,

*[signature]*

David C. Johanson, Ph.D. FAsMA, FSPU
CAPT, MSC, USN (Ret)
Stephen Minister
Senior Elder, Faith Lutheran Church LCMS
[redacted]