13 August 2023

To The Honorable Judge Contreas:

The Rhine family has been a special part of my life for many years. Our son's met in Kindergarten and we have maintained a relationship since. Throughout the years, I have seen this family work really hard giving back to our community, caring for those around them, and this included myself and my son.

One story about David that stands out is one that may seem simple but will stay with me for always. It shows David's care, understanding, and compassion for others. Early on when I met the Rhine family there were several moms and their children that got together on a regular basis. It was both a great experience and equally challenging. I had a child with special needs and although the group cared for both of us, there were many times that we just felt different-- we were different. One specific time, we were at the Rhine house and my son was playing alone away from everyone and was starting to struggle with being over-stimulated. Those moments were the usual and oftentimes isolating. When these things happened, especially in new locations it would create panic for me as I didn't know how to create a safe space for my son. It was the first time we were over at Rhine's home. David noticed us apart from everyone and came and chatted with me. He asked questions about my son (which people usually didn't), he encouraged me, offered support (as I was also a single mom), and also offered his home and spots where my son could go if he was struggling with the noise. To many that might not seem that big of a deal but to someone who felt like I was over my head in feeling isolated, sad, and worried about my son, his compassion and kindness meant the world to my heart.

David has a quiet and kind way of helping others. It is not overt or off show but it is effective and goes a long way. I believe that his abilities, skills, intelligence, and most of all kindness could be used to make his community a better place. These attributes are important to pass along to those in David's life, so that they too can emulate his kindness and compassion. He can do this by demonstrating these things daily alongside his wife, son, family, friends, and others in his community. Allowing him to do this, will lead to more love and compassion in this world.

Thank you for your thoughtful consideration as you determine his and his families future.

*Lynsee Michel*

**EXHIBIT K**