Charles C Hagadorn Jr
PO BOX 15
Gig Harbor, WA 98336

August 19, 2023

Honorable Judge Contreras
C/O Rebecca (Becky) Fish
Assistant Federal Public Defender
1331 Broadway, Suite 400
Tacoma, WA 98402

Honorable Judge Contreras:

In the USAF I served as a Rescue and Special Operations standardization and evaluation pilot . In the USAFR I was on the staff of a Numbered Air Force where I wrote correspondence for the Two Star, planned and directed major exercises as well as providing assistance to our subordinate units. I retired as a Lieutenant Colonel with 24 years of service. I have been an Adjunct Professor at Embry-Riddle Aeronautical University where I taught a graduate course in Human Factors. I am also a retired airline pilot.

I met David Rhine in 2010. When he realized that I was providing pro bono tax services to active duty and retired military personnel, he immediately volunteered himself to assist in any means possible. His assistance was available every time I requested it.

Over the years I found out that David had the courage to take a stand at his former employer where he saw injustices occurring with treatment of a junior staff member who was experiencing sexual harassment in the workplace. Taking a stand to ensure she was provided all protections appropriate for the circumstances.

I also am aware that as a board member and Treasurer, he aided in getting the USS Turner Joy, a key tourist draw to the Kitsap Peninsula, fiscal situation turned around and filling preservation reserves with hundreds of thousands of dollars via better organization management, fundraising, donors, lobbying efforts. This resulted in the ship being able to be taken into drydock for much needed preservation maintenance as early as possible, and leaving with a several hundred thousand reserve fund head start in savings for next scheduled dry dock.

David supports and advises numerous area charities over the past 20 years, as well as some charities with missions in other states and international beneficiaries of their efforts.  David has provided numerous families, including single moms, military vets and elderly folks, pro bono assistance over the past 20 years, seeking to give back to make our community a better place.  David has also been an outspoken advocate with his

**EXHIBIT L**

clients regarding lifetime charitable giving, and creating living legacies that help make our community a better place to live.  He has helped direct in excess of $1M in charitable giving planning that may not have transpired if it was not for his strategic counsel with his tax clients of how this can be a great solution for the clients' tax situation, but also filling their philanthropic desires now, while they are alive to enjoy the fruits of their life used to benefit others and their favored charitable missions.

David has proactively worked on several environmental protection projects, including helping save and restore our native shellfish, the Olympia oyster, back to populations that will aid in lowering the pollution in the Puget Sound.

David has a long history of providing invaluable services to society, and in particular, to the community in which he lives. He has helped community organizations "right the ship" and to continue as a viable entity. When I had nowhere to turn, David helped me provide essential advice to a Gold Star Family. Our community, our society needs David Rhine.

Charles C Hagadorn Jr LtCol USAF (retired)