

**DEPARTMENT OF THE NAVY**
NUCLEAR FIELD "A" SCHOOL
NAVAL TRAINING CENTER
ORLANDO, FLORIDA 32813-6200

1650
Ser NFAS 40/1492
01 DEC 1992

From: Commanding Officer, Nuclear Field "A" School
To:   FN David C. Rhine, USN, 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

Subj: LETTER OF RECOGNITION

1. I extend my congratulations to you for achieving the highest grade point average upon your graduation from Electrician's Mate Class 9245 Nuclear Field "A" School, Orlando.

2. Your class standing of "Number one" reflects your personal motivation and academic excellence.

3. Well done. Your efforts are noteworthy and serve as an example to your shipmates.

S. G. SLATON



**EXHIBIT M**



COMMANDING OFFICER
NUCLEAR FIELD "A" SCHOOL

8 December 1992

Mr. and Mrs. Donald K. Rhine
6643 Cherry Lane
Sodus, NY  14551

Dear Mr. and Mrs. Rhine,

    You will be pleased to know that your son, David, has been designated honorman for Nuclear Field "A" School's Electrician's Mate Class 9245.

    I can assure you that David's standing of "number one" is the direct result of his hard work and dedication to duty.  He has performed admirably in a difficult and challenging academic curriculum.

    You should be as justifiably proud of his achievement as I am to have had him as a member of my command.

               Sincerely,

               S. G. SLATON
               Captain, U.S. Navy
               Commanding Officer