UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 21-CR-0687 (RC) |
| Plaintiff, | ) ) | NOTICE OF SUPPLEMENTAL SENTENCING EXHIBIT |
| v. | ) ) | |
| DAVID CHARLES RHINE, | ) ) | |
| Defendant. | ) ) | |

NOTICE IS HEREBY GIVEN that Defendant David Rhine, by and through counsel, Rebecca Fish, Assistant Federal Public Defender, submits the attached letter as Exhibit N for the Court's consideration at the Sentencing Hearing scheduled in this matter for September 11, 2023 at 2:00 p.m.

DATED this 5th day of September 2023.

Respectfully submitted,

*s/ Rebecca Fish*
WA State Bar Number: 57488
Assistant Federal Public Defender
1331 Broadway, Suite 400
Tacoma, WA 98402
Phone: (253) 593-6710
Email: Becky_Fish@fd.org

Attorney for David Rhine

NOTICE OF SUPPLEMENTAL SENTENCING EXHIBIT
(*United States v. Rhine;* CR21-0687 (RC) ) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710