**BREMERTON-KITSAP AIRPORTER, INC.**
████████, Port Orchard, WA █████
████████ – ████████
www.kitsapairporter.com

August 25, 2023

Honorable Judge Contreras
c/o Rebecca Fish
Assistant Federal Public Defender
1331 Broadway, Suite 400
Tacoma, WA 98402

Re: In Support of Defendant, David Rhine

Dear Judge Contreras,

I served as the Supply Officer aboard the USS Turner Joy, the historic naval vessel that fired the first and last shots of the Vietnam War. Just over 30 years ago, the US Navy had the foresight to preserve this vessel in perpetuity as a historic museum in order to help educate and inform the public on the nature of war, and the lasting impact it can have on a society.

I had the pleasure of serving on the board of directors for the Bremerton Historic Ships Association that oversaw the operations and preservation of the Turner Joy. I was thankful when David Rhine joined our board several years ago, as he brought a fresh set of eyes and inspiration to enhance the ship's operations and aided us in becoming a far more efficient & effective organization, amplifying our mission.

David brought the mindset of the modern Navy along, based on his own service in the US Navy in the 1990s, and his having been through boot camp with the very first 'company' comprised of integrated male-female recruits. Of course, a lot had changed since I actively served, and David's perspective helped us modernize our museum's approach to how we present our museum displays and programming to be more family oriented, recognizing things from the old era that weren't as appropriate in this era, etc. This resulted museum format being more readily able to be well received by a more diverse audience.

David also worked with our board president, John Hanson, to help build out a STEM program for the area school's students to be trained in all the math, science, art & history lessons for which the floating museum is the perfect teaching platform. David flew to San Diego to study, observe, and bring back the wildly successful version of the USS Midway's existing STEM program, helping to share ideas, and bringing vision to the design, fundraising, and implementation of our program.

David quickly became the ship's go-to guy for helping with the organization's technology needs, directing the implementation of new point-of-sale technology to help modernize our gift shop sales and admissions & philanthropy engagement processes. He paid for brand-new computer workstations out of his own funds, and proceeded to install and set up the equipment and train the staff on its use.

Perhaps one of the most significant achievements David helped facilitate, was going from 'broke' when he first came on board, to aiding in building our capital reserves to be enough to getting the ship into an overdue dry-docking in order to fulfill another key metric- preservation. Between guiding us to annual surpluses that we could bank- something we'd never achieved previously- and fundraising & lobbying efforts, we were able to achieve this monumental task, getting the ship into dry dock in February, 2017.

**EXHIBIT N**

It was incredibly distressing when David requested to withdraw from the board in November, 2021, after his arrest for this January 6th situation, but he did so out of his sincere desire to make sure that the ship's mission would NOT be detracted or impaired by whatever public relations issues his ongoing legal situation would present. He was entirely selfless in his desires. The loss was ours, as he had dedicated hundreds of hours of service and countless other resources he brought with him to aid our cause, not to mention his endless fiscal generosity.

I know David has immersed himself similarly with other not-for-profits as well, something both admirable and inspiring. In fact, he inspired me to start making lifetime giving a priority, well beyond what I'd ever considered previously. I went from making charitable contributions of a few thousand bucks a year, to funding major donations via our community foundation and other charities in excess of $1,000,000 between 2016-2019. David harped on the 'you can't take it with you' concept and educated me on the joy and benefit of giving now, while I'm still alive in order for me to see the fruits of my life's work, playing out from making an impact in the lives of others. I continue to live in the mindset of this new-found spirit that's been instilled in me, and hope to continue to make these larger, impactful gifts, thanks to David having inspiring me to do so.

It may seem odd to mention this last, but perhaps David's most trusted work he's done with me is facilitating my personal and company's financial affairs as my CPA and advisor. His counsel has been incredibly wise, thoughtful, and strategic, and has served me well since 2010. It was early on that I recognized his talent and only regret that I hadn't thought to get him on the Turner Joy board sooner. With David's guidance, my company operates more efficiently and makes sane decisions, that have aided in making us sustainable, both as a reliable employer and as a service provider within our local community.

As a widower, I've had the benefit of more of David's companionship these past two years as he's dined with me every couple of weeks or so, as he's been separated from his family, much to his sadness. He has repeatedly expressed how he wished he could go back and fix what transpired on January 6th, if there was some way to do so, demonstrating great remorse over his visit to Washington, DC.

It would only add to the tragedy of January 6th to take David away from so many he has helped and continues to help, as he is one of the most giving individuals you may ever encounter. He has shared with me in our dinner meetings of his ongoing consulting work with various non-profits, and I know the more he can inject his intellect into their organizations, it will have a significant impact with them, as it has in my life.

I hope that you will please consider this in your deliberations, and seek to permit David to remain free to continue his great efforts that are a blessing to many.

Respectfully,

*Richard E. Asche*

Richard E. Asche, LCDR, SC, USN (Ret)
President & Founder, Bremerton-Kitsap Airporter, Inc.