# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 1:21-cr-687 (RC) |
| : | |
| DAVID CHARLES RHINE, : | |
| : | |
| Defendant. : | |

## UNITED STATES' NOTICE OF SUPPLEMENTAL MATERIALS
## TO BE RELIED UPON AT SENTENCING

In his Response to the Government's Sentencing Memorandum (ECF No. 116), defendant Charles David Rhine, among other things, (i) attempts to distinguish Judge Moss' ruling in *United States v. Vargas*, No. 21-cr-47-RDM (D.D.C. Apr. 21, 2023), that Guideline § 2A2.4 – not § 2B2.3 – governed that January 6 defendant's conviction for knowingly engaging in disorderly or disruptive conduct in a restricted building or grounds, in violation of 18 U.S.C. § 1752(a)(2), *see* ECF No. 116 at 3-4 n.1; and (ii) contends that the government has submitted insufficient evidence in support of its restitution request, *see* ECF No. 116 at 13-14. In response to these claims, at sentencing, the government expects to rely on the following materials, which the government hereby submits to the Court:

1. Exhibit 1: The transcript of the sentencing hearing in *United States v. Vargas*, No. 21-cr-47-RDM (D.D.C. Apr. 21, 2023), which refutes both the defendant's characterization of the ruling in *Vargas* and the defendant's argument for applying Guideline § 2B2.3 to Count Two in this case. *See United States v. Vargas*, No. 21-cr-47-RDM, Sent Tr. 6-24 (D.D.C. Apr. 21, 2023).[1]

---

[1] Access to the *Vargas* transcript is currently restricted on Pacer. Accordingly, the government will provide the transcript to the Court and defense counsel by email.

2. Exhibit 2: Documents supporting the PSR's determination (at ¶ 19) that Congress sustained a loss of approximately $2,923,080.05 as a result of the January 6 attack:

### Damages to the Capitol Building and Grounds

| | |
|---|---|
| Architect of the Capitol | $1,177,254.03 |
| House Chief Administrative Officer | $547,411.27 |
| Secretary of the Senate | $32,075.00 |
| Senate Sargent at Arms | $79,490.05 |
| Total | $1,836,230.35 |

### Damages Incurred by the United States Capitol Police Department

| | |
|---|---|
| Continuation of Pay (COP)/Workers Comp and Medical Treatment; Lost and Damaged Property | $1,086,849.70 |

### Total

| | |
|---|---|
| Total for both groups | $2,923,080.05 |

September 8, 2023

Respectfully submitted,
MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By: /s/ Francesco Valentini
Francesco Valentini
D.C. Bar No. 986769
Trial Attorney
United States Department of Justice, Criminal Division
Detailed to the D.C. United States Attorney's Office
601 D Street NW
Washington, D.C. 20530
(202) 598-2337
francesco.valentini@usdoj.gov

Kelly Moran
Assistant United States Attorney
NY Bar No. 5776471
601 D Street NW
Washington, D.C. 20530
(202) 252-2407
kmoran1@usa.usdoj.gov