# EXHIBIT 1
# (PROVIDED BY EMAIL)