# EXHIBIT 2



**Architect of the Capitol**
U.S. Capitol, Room SB-16
Washington, DC 20515
202.228.1793

www.aoc.gov

October 13, 2022

United States Attorney's Office
601 D Street N.W.
Washington, DC 20530

To Whom It May Concern:

As a result of the the riot that occurred at the United States Capitol on January 6, 2021, the Architect of the Capitol suffered damages in the amount of $1,177,254.03 and is seeking restitution of that sum through the cases being prosecuted by the United States.

The amount listed above does not include costs incurred in other areas of the Capitol complex, to include project delays and installation of temporary security measures.

Sincerely,

███████████████

███████████
Chief Security Officer

Office of the
Chief Administrative Officer
U.S. House of Representatives
Washington, DC 20515-6860

May 25, 2022

To Whom It May Concern:

As a result of the attack on the United States Capitol on January 6, 2021, the Office of the Chief Adminstrative Officer, United States House of Representatives, suffered accountable damages of at least $547,411.27 and is seeking restitution of that sum through the cases being prosecuted by the United States. Our office continues to assess and address fallout from the attack and we would respectfully reserve the right to further adjust this figure in the future.

Sincerely,

U.S. House of Representatives
Chief Administrative Officer

SONCERIA ANN BERRY
SECRETARY

SUITE S-312
THE CAPITOL
WASHINGTON, DC 20510-7100
(202) 224-3622

# United States Senate
OFFICE OF THE SECRETARY

May 25, 2022

United States Attorney's Office
601 D Street, NW
Washington, DC 20530

To Whom It May Concern:

As a result of the riot that occurred at the United States Capitol on January 6, 2021, the Office of the Secretary of the Senate suffered damages in the amount of $32,075.00 and is seeking restitution of that sum through the cases being prosecuted by the United States.

Sincerely,

[redacted]

Collections Manager, Senate Curator
Secretary of the Senate

KAREN H. GIBSON
SERGEANT AT ARMS

SUITE S-151
THE CAPITOL
WASHINGTON, D.C. 20510-7200
(202) 224-2341

# United States Senate
OFFICE OF THE SERGEANT AT ARMS

October 3, 2022

U.S. Attorney's Office
601 D Street N.W.
Washington, D.C. 20530

To Whom it May Concern:

As a result of the riot that occurred at the United States Capitol on January 6, 2021, the U.S. Senate Sergeant at Arms suffered damages in the amount of $79,490.05 and is seeking restitution of that sum through the cases being prosecuted by the United States.

Sincerely,

[signature redacted]

Assistant Sergeant at Arms
for Capitol Operations



PHONE: 202-224-9806

## UNITED STATES CAPITOL POLICE

OFFICE OF THE CHIEF
119 D STREET, NE
WASHINGTON, DC 20510-7218

July 7, 2023

COP 231049

United States Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530

To Whom It May Concern:

As a result of the riot that occurred during the attempted insurrection at the United States Capitol on Wednesday, January 6, 2021, the United States Capitol Police (Department) incurred damages in the amount of $1,086,849.70. The Department is therefore seeking restitution in that amount through the cases being prosecuted by the United States.

The amount listed above includes lost and damaged Department property as well as Worker's Compensation Continuation of Pay expenses.

Sincerely,



Chief of Police