**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **vs.** | : | **Case No.: 21-cr-00687 (RC)** |
| **DAVID CHARLES RHINE** | : | |
| **Defendant.** | : | |

# NOTICE OF APPEAL

**Name and address of appellant:**     David Charles Rhine

**Name and address of appellant's attorney:**     Rebecca Fish
Joanna Martin
Assistant Federal Public Defenders
Federal Public Defender WDWA
1331 Broadway, Suite 400
Tacoma, WA 98402

**Offense:** 18 U.S.C. 1752(a)(1)—Entering And Remaining in a Restricted Building or Grounds (1); 18 U.S.C. § 1752(a)(2)—Disorderly and Disruptive Conduct in a Restricted Building or Grounds (2); 40 U.S.C. § 5104 (e)(2)(D)—Disorderly Conduct in a Capitol Building (3); and 40 U.S.C. § 5104(e)(2)(G)—Parading, Demonstrating or Picketing in a Capitol Building (4).

**Concise statement of judgment or order, giving date, and any sentence:** A sentencing hearing was held on September 11, 2023, and Judgment was entered on September 17, 2023. The District Court sentenced Mr. Rhine to a term of Four (4) Months of Incarceration on Count 1–4, to run concurrently, followed by a term of Twelve (12) Months of Supervised Release on Counts 1 and 2, to run concurrently. The District Court further imposed a fine of $7,276 and special assessments totaling $70.

**Name of institution where now confined, if not on bail:** Personal Recognizance Bond

      **I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.**

| | |
|---|---|
| September 25, 2023 | David Charles Rhine |
| DATE | APPELLANT |
| | |
| CJA, NO FEE _____FPD_____ | Rebecca Fish |
| | Joanna Martin |
| PAID USDC FEE ___NO_____ | ASSISTANT FEDERAL PUBLIC DEFENDERS |
| PAID USCA FEE ___NO_____ | ATTORNEYS FOR APPELLANT |

Does counsel wish to appear on appeal? Yes
Has counsel ordered transcripts? Yes
Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes