APPEAL,CAP,CAT A,CLOSED

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: <u>1:21–cr–00687–RC</u>–1

Case title: USA v. RHINE

Magistrate judge case number: 1:21–mj–00646–GMH

Date Filed: 11/19/2021

Assigned to: Judge Rudolph
Contreras

**<u>Defendant (1)</u>**

| | | |
|---|---|---|
| **DAVID CHARLES RHINE** | represented by | **Christian Enrique Izaguirre** |

FEDERAL PUBLIC DEFENDER OFFICE
1331 Broadway
Suite 400
Tacoma, WA 98402
253–593–6710
Email: christian_izaguirre@fd.org
*TERMINATED: 05/09/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender*
*Appointment*

**Christopher Sanders**
FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue
Suite 700
Seattle, WA 98101
206–553–1100
Email: christopher.sanders@pacificalawgroup.com
*TERMINATED: 05/09/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender*
*Appointment*

**Rebecca C Fish**
FEDERAL PUBLIC DEFENDER
1331 Broadway
Suite 400
Tacoma, WA 98402
253–593–6710
Fax: 253–593–6714
Email: becky_fish@fd.org

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender*
*Appointment*

**Joanna Jisela Martin**
FEDERAL DEFENDER FOR THE WESTERN
DISTRICT OF WASHINGTON
113 Broadway Street
Suite 400
Tacoma, WA 98402
253–593–6710
Email: joanna_martin@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender*
*Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1752(a)(1); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building or Grounds<br>(1) | Defendant sentenced to Four (4) Months of Incarceration (to run concurrent to counts 2, 3, 4), followed by 1 year of supervised release (to run concurrent to count 2, 3, 4). Special Assessment $25.00; Fine: $7376.00 |
| 18:1752(a)(2); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building or Grounds<br>(2) | Defendant sentenced to Four (4) Months of Incarceration (to run concurrent to counts 1, 3, 4), followed by 1 year of supervised release (to run concurrent to count 1, 3, 4). Special Assessment $25.00; Fine; $7376.00 |
| 40:5104(e)(2)(D); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Disorderly Conduct in a Capitol Building<br>(3) | Defendant sentenced to Four (4) Months of Incarceration (to run concurrent to counts 1, 2, 4), followed by 1 year of supervised release (to run concurrent to count 1, 2, 4). Special Assessment $10.00; Fine: $7.376.00 |
| 40:5104(e)(2)(G); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Parading, Demonstrating, or Picketing in a Capitol Building<br>(4) | Defendant sentenced to Four (4) Months of Incarceration (to run concurrent to counts 1, 2, 3), followed by 1 year of supervised release (to run concurrent to count 1, 2, 3). Special Assessment $10.00; Fine $7,376.00. |

**Highest Offense Level
(Opening)**

Misdemeanor

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level
(Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| COMPLAINT in VIOLATION of 18 U.S.C. § 1752(a)(1); 18 U.S.C. § 1752(a)(2); 40 U.S.C. § 5104(e)(2)(D); 40 U.S.C. § 5104(e)(2)(G) | |

---

**Plaintiff**

| **USA** | represented by | **Alison Prout** |
|---|---|---|
| | | DOJ–USAO |
| | | Northern District of Georgia |
| | | Richard B. Russell Federal Building |
| | | 75 Ted Turner Drive, SW |
| | | Atlanta, GA 30303 |
| | | 404–581–6105 |
| | | Email: alison.prout@usdoj.gov |
| | | *TERMINATED: 05/25/2022* |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Assistant U.S. Attorney* |
| | | |
| | | **Francesco Valentini** |
| | | DOJ–CRM |
| | | Criminal Division, Appellate Section |
| | | 950 Pennsylvania Avenue NW |
| | | Washington, DC 20530 |
| | | 202–598–2337 |
| | | Email: francesco.valentini@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Assistant U.S. Attorney* |
| | | |
| | | **Kelly Elizabeth Moran** |
| | | USAO |
| | | 601 D Street NW |
| | | Washington, DC 20503 |
| | | 202–740–4690 |
| | | Email: kelly.moran@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/04/2021 | 1 | SEALED COMPLAINT as to DAVID CHARLES RHINE (1). (Attachments: # 1 Statement of Facts) (zltp) [1:21−mj−00646−GMH] (Entered: 11/04/2021) |
| 11/04/2021 | 3 | MOTION to Seal Case by USA as to DAVID CHARLES RHINE. (Attachments: # 1 Text of Proposed Order)(zltp) [1:21−mj−00646−GMH] (Entered: 11/04/2021) |
| 11/04/2021 | 4 | ORDER granting 3 Motion to Seal Case as to DAVID CHARLES RHINE (1). Signed by Magistrate Judge G. Michael Harvey on 11/4/2021. (zltp) [1:21−mj−00646−GMH] (Entered: 11/04/2021) |
| 11/09/2021 | | MINUTE ORDER as to Defendant: It is hereby ORDERED that Defendant appear for an initial appearance on 11/16/2021 at 1:00 p.m. before Magistrate Judge Robin M. Meriweather. The hearing will be conducted by video teleconference; call−in instructions will be provided to counsel prior to the hearing. Counsel for the United States is directed to ensure that counsel for Defendant has received this Order and will provide the information to Defendant. If Defendant does not have counsel, counsel for the United States is directed to contact the Office of the Federal Public Defender for the District of Columbia and provide their office with the information contained in this Order. If the parties have questions about this Order or the scheduled hearing, please contact the Courtroom Deputy at 202−354−3083. So Ordered by Magistrate Judge Robin M. Meriweather on 11/9/2021. (ztl) [1:21−mj−00646−GMH] (Entered: 11/09/2021) |
| 11/09/2021 | 5 | Arrest Warrant, dated 11/4/2021, Returned Executed on 11/9/2021 as to DAVID CHARLES RHINE. (bb) [1:21−mj−00646−GMH] (Entered: 11/09/2021) |
| 11/09/2021 | | Arrest of DAVID CHARLES RHINE in Washington. (bb) [1:21−mj−00646−GMH] (Entered: 11/09/2021) |
| 11/09/2021 | | Case unsealed as to DAVID CHARLES RHINE (bb) [1:21−mj−00646−GMH] (Entered: 11/09/2021) |
| 11/10/2021 | 7 | Rule 5(c)(3) Documents Received as to DAVID CHARLES RHINE from US District Court for the Western District of Washington Case Number 3:21−mj−5241−DWC (bb) [1:21−mj−00646−GMH] (Entered: 11/16/2021) |
| 11/16/2021 | | ORAL MOTION by Defendant DAVID CHARLES RHINE to Appoint Counsel. (kk) (Entered: 11/21/2021) |
| 11/16/2021 | | ORAL MOTION by USA to Exclude Time Under the Speedy Trial Act from 11/16/2021 to 1/18/2022 as to Defendant DAVID CHARLES RHINE. (kk) (Entered: 11/21/2021) |
| 11/16/2021 | | Minute Entry for Initial Appearance as to DAVID CHARLES RHINE held by video before Magistrate Judge Robin M. Meriweather on 11/16/2021 : The Court advised the Government of its due process obligations under Rule 5(f). The defendant agrees to appear by video. Oral Motion by Defendant to Appoint Counsel. The Court finds the defendant eligible for court−appointed counsel and appoints Western District of Washington Assistant Federal Public Defender Christian Izaguirre to represent DAVID CHARLES RHINE. Preliminary Hearing set for 1/18/2022 at 1:00 PM by telephonic/VTC before Magistrate Judge G. Michael Harvey. Oral Motion by USA to |

| | | |
|---|---|---|
| | | Exclude Time Under the Speedy Trial Act from 11/16/2021 to 1/18/2022, with no objection by the defense, heard and granted in the interest of justice. Bond Status of Defendant: Defendant placed on Personal Recognizance Bond. Court Reporter: FTR Gold – Ctrm. 7; FTR Time Frames: 1:24:43 – 1:36:27 and 1:49:32 – 2:01:22. Defense Attorney: Christian Izaguirre; U.S. Attorney: Fred Yette for Alison Prout; Pretrial Officer: Da'Shanta' Valentine–Lewis. (kk) (Entered: 11/21/2021) |
| 11/16/2021 | 11 | ORDER Setting Conditions of Bond : Defendant DAVID CHARLES RHINE placed on Personal Recognizance Bond signed by Magistrate Judge Robin M. Meriweather on 11/16/2021. (Attachment: # 1 Appearance Bond) (kk) (Entered: 11/21/2021) |
| 11/19/2021 | 8 | INFORMATION as to DAVID CHARLES RHINE (1) count(s) 1, 2, 3, 4. (bb) (Entered: 11/19/2021) |
| 11/19/2021 | 10 | NOTICE OF ATTORNEY APPEARANCE: Christian Enrique Izaguirre appearing for DAVID CHARLES RHINE (Izaguirre, Christian) (Entered: 11/19/2021) |
| 11/22/2021 | | Set/Reset Hearings as to DAVID CHARLES RHINE: Arraignment set for 12/8/2021 at 1:30 PM via videoconference before Judge Florence Y. Pan. (zacr) (Entered: 11/22/2021) |
| 11/22/2021 | 12 | NOTICE of Filing Discovery Status Memoranda by USA as to DAVID CHARLES RHINE (Attachments: # 1 United States' Memorandum Regarding Status of Discovery as of July 12, 2021, # 2 United States' Memorandum Regarding Status of Discovery as of August 23, 2021, # 3 United States' Memorandum Regarding Status of Discovery as of September 14, 2021, # 4 United States' Memorandum Regarding Status of Discovery as of October 21, 2021, # 5 United States' Memorandum Regarding Status of Discovery as of November 5, 2021)(Prout, Alison) (Entered: 11/22/2021) |
| 11/22/2021 | 13 | STANDING ORDER. Signed by Judge Florence Y. Pan on 11/22/2021. (lcsw) (Entered: 11/22/2021) |
| 11/30/2021 | | Terminate Hearings as to DAVID CHARLES RHINE (1): Preliminary Hearing scheduled for 1/18/2022 at 1:00 PM by telephonic/VTC before Magistrate Judge G. Michael Harvey is hereby VACATED. (zpt) (Entered: 11/30/2021) |
| 12/02/2021 | 14 | Unopposed MOTION for Disclosure of Federal Rule of Evidence 6(e) Material and Sealed Material by USA as to DAVID CHARLES RHINE. (Attachments: # 1 Text of Proposed Order)(Prout, Alison) (Entered: 12/02/2021) |
| 12/03/2021 | 15 | ORDER granting 14 Motion for Disclosure as to DAVID CHARLES RHINE (1). Signed by Judge Florence Y. Pan on 12/3/2021. (lcsw) (Entered: 12/03/2021) |
| 12/08/2021 | | Minute Entry for video proceedings held before Judge Florence Y. Pan: Arraignment as to DAVID CHARLES RHINE on Counts 1,2,3,4 held on 12/8/2021. The defendant agreed to proceed via video for today's hearing. Oral motion from the defendant to defer entry of plea and to set for Status Hearing in (60) days; Heard and Granted. Status Conference set for 2/18/2022 at 2:00 PM via videoconference before Judge Florence Y. Pan. The Defendant agreed to exclude time under the Speedy Trial Act from today 12/08/2021 until the next status hearing date of 02/18/2022. The Court found that time under the Speedy Trial Act shall be excluded (XT) from 12/08/2021 through 02/18/2022, in the best interests of justice and those interests outweigh the interests of the public and the defendant in a speedy trial. Bond Status of Defendant: Remains on PR/Appeared via video; Court Reporter: Nancy Meyer; |

| | | |
|---|---|---|
| | | Defense Attorney: Christian E. Izaguirre; US Attorney: Alison Prout; (zacr) (Entered: 12/08/2021) |
| 12/10/2021 | | MINUTE ORDER as to DAVID CHARLES RHINE: Pursuant to the Due Process Protections Act, the Court ORDERS that all government counsel shall review their disclosure obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, as set forth in Local Criminal Rule 5.1, and comply with those provisions. The failure to comply could result in dismissal of the indictment or information, dismissal of individual charges, exclusion of government evidence or witnesses, continuances, Bar discipline, or any other remedy that is just under the circumstances. So ORDERED by Judge Florence Y. Pan on 12/10/2021. (zacr) (Entered: 12/10/2021) |
| 12/14/2021 | 17 | Unopposed MOTION for Protective Order by USA as to DAVID CHARLES RHINE. (Attachments: # 1 Text of Proposed Order)(Prout, Alison) (Entered: 12/14/2021) |
| 12/14/2021 | 18 | ORDER granting 17 Unopposed Motion for Protective Order as to DAVID CHARLES RHINE (1). Signed by Judge Florence Y. Pan on 12/14/2021. (lcsw) (Entered: 12/14/2021) |
| 01/14/2022 | | Terminate Hearings as to DAVID CHARLES RHINE (1): Preliminary Hearing set for 1/18/2022 at 1:00 PM before Magistrate Judge G. Michael Harvey is hereby VACATED. (zpt) (Entered: 01/14/2022) |
| 02/11/2022 | 19 | NOTICE *of United States' Memorandum Regarding Status of Discovery as of February 9, 2022* by USA as to DAVID CHARLES RHINE (Prout, Alison) (Entered: 02/11/2022) |
| 02/14/2022 | 20 | Unopposed MOTION to Continue *Trial Status Hearing Date* by DAVID CHARLES RHINE. (Attachments: # 1 Proposed Order)(Izaguirre, Christian) (Entered: 02/14/2022) |
| 02/14/2022 | 21 | MOTION for Speedy Trial *WAIVER* of Speedy Trial by DAVID CHARLES RHINE. (Izaguirre, Christian) (Entered: 02/14/2022) |
| 02/15/2022 | | MINUTE ORDER granting Defendants 20 Motion to Continue Trial Status Hearing Date and 21 Motion for Speedy Trial Waiver. Upon consideration of the unopposed Motion to Continue, it is hereby ORDERED that the Status Hearing currently scheduled for February 18, 2022, shall be CONTINUED to March 25, 2022, at 2:00 PM via videoconference. It is FURTHER ORDERED that time under the Speedy Trial Act shall be excluded from February 18, 2022, through March 25, 2022, for the reasons stated in Defendants Motion for Speedy Trial Waiver. SO ORDERED. Signed by Judge Florence Y. Pan on 2/15/2022. (zacr) (Entered: 02/15/2022) |
| 02/15/2022 | | NOTICE OF CONTINUED HEARING as to DAVID CHARLES RHINE: Status Conference originally scheduled for 2/18/2022 at 2:00 PM has been VACATED and CONTINUED to 3/25/2022 at 2:00 PM via videoconference before Judge Florence Y. Pan. (zacr) (Entered: 02/15/2022) |
| 03/23/2022 | 22 | NOTICE OF ATTORNEY APPEARANCE: Christopher Sanders appearing for DAVID CHARLES RHINE (Sanders, Christopher) (Entered: 03/23/2022) |
| 03/25/2022 | | Minute Entry for proceedings held before Judge Florence Y. Pan: Status Conference as to DAVID CHARLES RHINE held via videoconference on 3/25/2022. Defendant's oral motion for continuance; heard and GRANTED. Status Conference set for 5/13/2022 at 2:00 PM via videoconference before Judge Florence Y. Pan. The |

| | | |
|---|---|---|
| | | defendant agreed to exclude time under the Speedy Trial Act from 3/25/2022 until the next status hearing date of 5/13/2022. The Court found that time under the Speedy Trial Act shall be excluded (XT) from 3/25/2022 through 5/13/2022, in the best interests of justice and those interests outweigh the interests of the public and the defendant in a speedy trial in order to allow for the exchange and review of discovery and for the defendant to consider the plea offer that has been extended. Bond Status of Defendant: Remains on PR/Appeared via video; Court Reporter: Bryan Wayne; Defense Attorney: Christian Izaguirre & Christopher Sanders; US Attorney: Alison Prout. (zacr) (Entered: 03/25/2022) |
| 05/05/2022 | 24 | Unopposed MOTION to Continue *Trial Status Hearing Date* by DAVID CHARLES RHINE. (Attachments: # 1 Proposed Order)(Izaguirre, Christian) (Entered: 05/05/2022) |
| 05/05/2022 | 25 | NOTICE *of Waiver of Speedy Trial* by DAVID CHARLES RHINE (Izaguirre, Christian) (Entered: 05/05/2022) |
| 05/05/2022 | | MINUTE ORDER granting Defendants 24 Motion *to Continue Trial Status Hearing Date*. Upon consideration of the unopposed Motion to Continue, it is hereby ORDERED that the Status Hearing currently scheduled for May 13, 2022, shall be CONTINUED to July 15, 2022, at 3:00 PM via videoconference. It is FURTHER ORDERED that time under the Speedy Trial Act shall be excluded from May 13, 2022, through July 15, 2022, for the reasons stated in Defendants Notice *of Waiver of Speedy Trial*. SO ORDERED. Signed by Judge Florence Y. Pan on 5/5/2022. (zacr) (Entered: 05/05/2022) |
| 05/05/2022 | | Set/Reset Hearings as to DAVID CHARLES RHINE: Status Conference set for 7/15/2022 at 3:00 PM in Telephonic/VTC before Judge Florence Y. Pan. (zacr) (Entered: 05/05/2022) |
| 05/05/2022 | 26 | MOTION to Exclude Time under the Speedy Trial Act by DAVID CHARLES RHINE. (See docket entry 24 to view document.)(zltp) (Entered: 05/05/2022) |
| 05/05/2022 | 27 | NOTICE OF ATTORNEY APPEARANCE: Rebecca C Fish appearing for DAVID CHARLES RHINE (Fish, Rebecca) (Entered: 05/05/2022) |
| 05/09/2022 | 28 | NOTICE *of Change in Counsel* by DAVID CHARLES RHINE (Fish, Rebecca) (Entered: 05/09/2022) |
| 05/09/2022 | | Attorney update in case as to DAVID CHARLES RHINE. Attorneys Christian Enrique Izaguirre and Christopher Sanders terminated. (zacr) (Entered: 05/09/2022) |
| 05/25/2022 | 29 | NOTICE OF SUBSTITUTION OF COUNSEL as to USA. Attorney Valentini, Francesco added. Substituting for attorney Alison Prout (Valentini, Francesco) (Entered: 05/25/2022) |
| 05/25/2022 | 30 | NOTICE OF SUBSTITUTION OF COUNSEL as to USA. Attorney Valentini, Francesco added. Substituting for attorney Alison Prout (Valentini, Francesco) (Entered: 05/25/2022) |
| 07/12/2022 | 31 | Unopposed MOTION to Continue *TRIAL STATUS DATE* by DAVID CHARLES RHINE. (Attachments: # 1 Proposed Order)(Fish, Rebecca) (Entered: 07/12/2022) |
| 07/12/2022 | 32 | MOTION to Exclude Time under the Speedy Trial Act by DAVID CHARLES RHINE. (See docket entry 31 to view document.)(zltp) (Entered: 07/12/2022) |

| 07/12/2022 | | MINUTE ORDER granting Defendant's 31 Motion to Continue Trial Status Date and 32 Motion to Exclude Time under the Speedy Trial Act. Upon consideration of the unopposed Motion to Continue, it is hereby ORDERED that the Status Hearing currently scheduled for July 15, 2022, shall be CONTINUED to July 22, 2022, at 3:00 PM via videoconference. It is FURTHER ORDERED that time under the Speedy Trial Act shall be excluded from July 15, 2022, through July 22, 2022, for the reasons stated in Defendants Motion to Exclude Time under the Speedy Trial Act. SO ORDERED. Signed by Judge Florence Y. Pan on 7/12/2022. (smc) (Entered: 07/12/2022) |
|---|---|---|
| 07/18/2022 | 33 | Case as to DAVID CHARLES RHINE randomly reassigned to Judge Rudolph Contreras. Judge Florence Y. Pan is no longer assigned to the case. (rj) (Entered: 07/18/2022) |
| 07/21/2022 | 34 | Joint MOTION to Continue *Status Conference*, Joint MOTION for Speedy Trial *Exclusion of Time* by USA as to DAVID CHARLES RHINE. (Valentini, Francesco) (Entered: 07/21/2022) |
| 07/21/2022 | | MINUTE ORDER as to defendant DAVID CHARLES RHINE: Upon consideration of the joint motion to continue 34 , it is hereby ORDERED that the status hearing currently scheduled for July 22, 2022, shall be CONTINUED to August 10, 2022 at 2:00 PM before Judge Rudolph Contreras via zoom video. It is FURTHER ORDERED that time under the Speedy Trial Act shall be excluded from July 22, 2022 through August 10, 2022 in the interest of justice. (So Ordered Judge Rudolph Contreras on 7/22/2022) (Entered: 07/21/2022) |
| 08/10/2022 | | Minute Entry for proceedings held before Judge Rudolph Contreras:Status Conference as to DAVID CHARLES RHINE held on 8/10/2022. The court sets the following deadlines: Defendant's Motions and Government's Response due by 10/17/2022. Motion Hearing and Pretrial Conference set for 1/23/2023 at 2:00 PM before Judge Rudolph Contreras via Zoom Video. Jury Selection /Trial set for 1/30/2023 at 10:00 AM in Courtroom 23A– In Person before Judge Rudolph Contreras. At the consent of the defendant, speedy trial is excluded (XT) from 8/10/2022 until 10/17/2022 in the interest of justice. Bond Status of Defendant: Personal Recognizance with consent to appear virtually; Court Reporter: Nancy Meyer; Defense Attorney: Rebecca Fish; US Attorney: Francesco Valentini; (tj) (Entered: 08/10/2022) |
| 08/12/2022 | 36 | PRETRIAL ORDER as to DAVID CHARLES RHINE: See document for details. Signed by Judge Rudolph Contreras on 8/12/2022. (lcrc2) (Entered: 08/12/2022) |
| 10/17/2022 | 37 | NOTICE OF ATTORNEY APPEARANCE: Joanna Jisela Martin appearing for DAVID CHARLES RHINE (Martin, Joanna) (Entered: 10/17/2022) |
| 10/17/2022 | 38 | MOTION in Limine by DAVID CHARLES RHINE. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Text of Proposed Order)(Fish, Rebecca) (Entered: 10/17/2022) |
| 10/17/2022 | 39 | MOTION in Limine *Limiting Cross–Examination of Secret Service Witness* by USA as to DAVID CHARLES RHINE. (Attachments: # 1 Text of Proposed Order)(Valentini, Francesco) (Entered: 10/17/2022) |
| 10/17/2022 | 40 | MOTION in Limine *Regarding Impermissible Argument and Evidence* by USA as to DAVID CHARLES RHINE. (Attachments: # 1 Text of Proposed Order)(Valentini, Francesco) (Entered: 10/17/2022) |

| 10/17/2022 | 41 | MOTION in Limine *Regarding USCP Camera Map and Specific Locations* by USA as to DAVID CHARLES RHINE. (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Valentini, Francesco) (Entered: 10/17/2022) |
|---|---|---|
| 10/17/2022 | 42 | MOTION to Change Venue by DAVID CHARLES RHINE. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Fish, Rebecca) (Entered: 10/17/2022) |
| 10/17/2022 | 43 | MOTION to Suppress by DAVID CHARLES RHINE. (Attachments: # 1 Exhibit C, # 2 Exhibit D, # 3 Exhibit E, # 4 Exhibit F, # 5 Exhibit I, # 6 Exhibit J, # 7 Exhibit K, # 8 Text of Proposed Order)(Fish, Rebecca) (Entered: 10/17/2022) |
| 10/17/2022 | 46 | MOTION to Dismiss Count *1 and 2* by DAVID CHARLES RHINE. (Attachments: # 1 Text of Proposed Order)(Fish, Rebecca) (Entered: 10/17/2022) |
| 10/17/2022 | 47 | MOTION to Dismiss Count *3 and 4* by DAVID CHARLES RHINE. (Attachments: # 1 Text of Proposed Order)(Fish, Rebecca) (Entered: 10/17/2022) |
| 11/09/2022 | 48 | Unopposed MOTION for Extension of Time to File *Responses To Defendant's Pretrial Motions* by USA as to DAVID CHARLES RHINE. (Attachments: # 1 Text of Proposed Order)(Valentini, Francesco) (Entered: 11/09/2022) |
| 11/10/2022 | | MINUTE ORDER granting 48 the Government's Unopposed Motion for Extension of Time: It is hereby ORDERED that the Government shall file any responses to Defendant DAVID RHINE's pretrial motions on or before November 30, 2022. SO ORDERED. Signed by Judge Rudolph Contreras on 11/10/22. (lcrc2) (Entered: 11/10/2022) |
| 11/16/2022 | 49 | RESPONSE by DAVID CHARLES RHINE re 39 MOTION in Limine *Limiting Cross−Examination of Secret Service Witness* (Fish, Rebecca) (Entered: 11/16/2022) |
| 11/16/2022 | 50 | RESPONSE by DAVID CHARLES RHINE re 40 MOTION in Limine *Regarding Impermissible Argument and Evidence* (Fish, Rebecca) (Entered: 11/16/2022) |
| 11/16/2022 | 51 | RESPONSE by DAVID CHARLES RHINE re 41 MOTION in Limine *Regarding USCP Camera Map and Specific Locations* (Fish, Rebecca) (Entered: 11/16/2022) |
| 11/23/2022 | 52 | REPLY TO OPPOSITION to Motion by USA as to DAVID CHARLES RHINE re 39 MOTION in Limine *Limiting Cross−Examination of Secret Service Witness* (Valentini, Francesco) (Entered: 11/23/2022) |
| 11/23/2022 | 53 | REPLY TO OPPOSITION to Motion by USA as to DAVID CHARLES RHINE re 40 MOTION in Limine *Regarding Impermissible Argument and Evidence* (Valentini, Francesco) (Entered: 11/23/2022) |
| 11/23/2022 | 54 | REPLY TO OPPOSITION to Motion by USA as to DAVID CHARLES RHINE re 41 MOTION in Limine *Regarding USCP Camera Map and Specific Locations* (Valentini, Francesco) (Entered: 11/23/2022) |
| 11/30/2022 | 55 | RESPONSE by USA as to DAVID CHARLES RHINE re 42 MOTION to Change Venue (Attachments: # 1 Text of Proposed Order)(Valentini, Francesco) (Entered: 11/30/2022) |
| 11/30/2022 | 56 | RESPONSE by USA as to DAVID CHARLES RHINE re 46 MOTION to Dismiss Count *1 and 2* (Attachments: # 1 Text of Proposed Order)(Valentini, Francesco) (Entered: 11/30/2022) |
| 11/30/2022 | 57 | |

| | | |
|---|---|---|
| | | RESPONSE by USA as to DAVID CHARLES RHINE re 47 MOTION to Dismiss Count *3 and 4* (Attachments: # 1 Text of Proposed Order)(Valentini, Francesco) (Entered: 11/30/2022) |
| 11/30/2022 | 58 | RESPONSE by USA as to DAVID CHARLES RHINE re 38 MOTION in Limine (Attachments: # 1 Text of Proposed Order)(Valentini, Francesco) (Entered: 11/30/2022) |
| 11/30/2022 | 59 | RESPONSE by USA as to DAVID CHARLES RHINE re 43 MOTION to Suppress (Attachments: # 1 Exhibit 1, # 2 Text of Proposed Order)(Valentini, Francesco) (Entered: 11/30/2022) |
| 12/07/2022 | 60 | REPLY TO OPPOSITION to Motion by DAVID CHARLES RHINE re 42 MOTION to Change Venue (Fish, Rebecca) (Entered: 12/07/2022) |
| 12/07/2022 | 61 | REPLY TO OPPOSITION to Motion by DAVID CHARLES RHINE re 46 MOTION to Dismiss Count *1 and 2* (Fish, Rebecca) (Entered: 12/07/2022) |
| 12/07/2022 | 62 | REPLY TO OPPOSITION to Motion by DAVID CHARLES RHINE re 47 MOTION to Dismiss Count *3 and 4* (Fish, Rebecca) (Entered: 12/07/2022) |
| 12/07/2022 | 64 | REPLY TO OPPOSITION to Motion by DAVID CHARLES RHINE re 43 MOTION to Suppress (Fish, Rebecca) (Entered: 12/07/2022) |
| 12/07/2022 | 65 | Emergency MOTION to Withdraw Document 63 Reply to opposition to Motion by DAVID CHARLES RHINE. (Attachments: # 1 Proposed Order)(Fish, Rebecca) (Entered: 12/07/2022) |
| 12/07/2022 | 66 | REPLY TO OPPOSITION to Motion by DAVID CHARLES RHINE re 38 MOTION in Limine (Fish, Rebecca) (Entered: 12/07/2022) |
| 12/07/2022 | 67 | MOTION to Amend/Correct 62 Reply to opposition to Motion filed by DAVID CHARLES RHINE by DAVID CHARLES RHINE. (Attachments: # 1 Proposed Order, # 2 Amended Reply)(Fish, Rebecca) (Entered: 12/07/2022) |
| 12/19/2022 | 68 | PRETRIAL MEMORANDUM *(JOINT)* by USA as to DAVID CHARLES RHINE (Attachments: # 1 Exhibit 1 [Proposed Voir Dire], # 2 Exhibit 2 [Proposed Jury Instructions], # 3 Exhibit 3 [Exhibit Lists])(Valentini, Francesco) (Entered: 12/19/2022) |
| 01/04/2023 | 69 | NOTICE OF ATTORNEY APPEARANCE Kelly Elizabeth Moran appearing for USA. (Moran, Kelly) (Entered: 01/04/2023) |
| 01/13/2023 | 71 | NOTICE by USA as to DAVID CHARLES RHINE re 59 Response to motion (Valentini, Francesco) (Entered: 01/13/2023) |
| 01/17/2023 | 72 | NOTICE *of Supplemental Authority* by USA as to DAVID CHARLES RHINE re 59 Response to motion, 43 MOTION to Suppress , 64 Reply to opposition to Motion (Valentini, Francesco) (Entered: 01/17/2023) |
| 01/18/2023 | 73 | Supplemental MOTION to Suppress *Under Franks v. Delaware* by DAVID CHARLES RHINE. (Attachments: # 1 Text of Proposed Order [Re Evidentiary Hearing], # 2 Text of Proposed Order [Re Suppression])(Fish, Rebecca) (Entered: 01/18/2023) |
| 01/23/2023 | | Minute Entry for proceedings held before Judge Rudolph Contreras:Pretrial Conference as to DAVID CHARLES RHINE held on 1/23/2023. Oral argument |

| | | |
|---|---|---|
| | | heard on the pending motions in limine. Jury Trial currently scheduled to commence on 1/30/23 is hereby VACATED, and rescheduled 4/17/2023 at 10:00 AM in Courtroom 23A– In Person before Judge Rudolph Contreras. The court directs that discovery is extended to 4/3/2023. Responses to the motion for a Franks Hearing shall be filed by 1/27/2023, and replies shall be filed by 1/30/2023. Evidentiary Hearing is set for 2/1/2023 at 10:00 AM in Courtroom 23A– In Person before Judge Rudolph Contreras. Bond Status of Defendant: Personal Recognizance; Court Reporter: Nancy Meyer; Defense Attorney: Rebecca Fish and Joanna Martin; US Attorney: Francesco Valentini and Kelly Moran; (tj) (Entered: 01/23/2023) |
| 01/24/2023 | 77 | SUPPLEMENT by DAVID CHARLES RHINE *Supplemental Authority in Support of Motion in Limine (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Fish, Rebecca) (Entered: 01/24/2023) |
| 01/24/2023 | 78 | ORDER as to DAVID CHARLES RHINE denying 42 Defendant's Motion to Transfer Venue; granting in part and denying in part 42 Defendant's Motion for Expanded Voir Dire; denying 46 Defendant's Motion to Dismiss Counts 1 and 2; denying 47 Defendant's Motion to Dismiss Counts 3 and 4; and denying 43 Defendant's Motion to Suppress. See document for details. Signed by Judge Rudolph Contreras on 1/24/2023. (lcrc2) (Entered: 01/24/2023) |
| 01/24/2023 | 79 | MEMORANDUM OPINION as to DAVID CHARLES RHINE denying 42 Defendant's Motion to Transfer Venue; granting in part and denying in part 42 Defendant's Motion for Expanded Voir Dire; denying 46 Defendant's Motion to Dismiss Counts 1 and 2; denying 47 Defendant's Motion to Dismiss Counts 3 and 4; and denying 43 Defendant's Motion to Suppress. See document for details. Signed by Judge Rudolph Contreras on 1/24/23. (lcrc2) (Entered: 01/24/2023) |
| 01/27/2023 | 80 | RESPONSE by USA as to DAVID CHARLES RHINE re 73 Supplemental MOTION to Suppress Under Franks v. Delaware (Attachments: # 1 Text of Proposed Order)(Valentini, Francesco) (Entered: 01/27/2023) |
| 01/30/2023 | 82 | REPLY TO OPPOSITION to Motion by DAVID CHARLES RHINE re 73 Supplemental MOTION to Suppress Under Franks v. Delaware (Attachments: # 1 Exhibit N)(Fish, Rebecca) (Entered: 01/30/2023) |
| 02/01/2023 | | Minute Entry for proceedings held before Judge Rudolph Contreras:Motion Hearing ss to DAVID CHARLES RHINE held on 2/1/2023. Evidence entered, and hearing concluded. Motions taken under advisement.Bond Status of Defendant: Personal Recognizance; Court Reporter: Nancy Meyer; Defense Attorney: Rebecca Fish and Joanna Martin; US Attorney: Francesco Valentini and Kelly E. Moran; Witnesses: Inspector Thomas Loyd (tj) (Entered: 02/01/2023) |
| 02/02/2023 | 84 | ORDER as to the authentication of Government Exhibits re: defendant DAVID CHARLES RHINE. (Signed by Judge Rudolph Contreras on 2/2/23). (lcrc2) (Entered: 02/02/2023) |
| 02/06/2023 | 85 | SUPPLEMENT by USA as to DAVID CHARLES RHINE re 58 Response to motion in Limine −− Supplemental Authority re: Admission of USCP Compilation Video (Valentini, Francesco) (Entered: 02/06/2023) |
| 02/06/2023 | 86 | RESPONSE by USA as to DAVID CHARLES RHINE re 77 Supplement to any document [Defendant's Supplemental Authority re: Testimony about Confiscated Items] (Valentini, Francesco) (Entered: 02/06/2023) |

| 02/17/2023 | 87 | ORDER as to DAVID CHARLES RHINE granting in part and denying in part 38 Defendant's Motion in Limine and granting in part and denying in part 39 40 41 the Government's Motions in Limine. See document for details. Signed by Judge Rudolph Contreras on 2/17/23. (lcrc2) (Entered: 02/17/2023) |
|---|---|---|
| 02/17/2023 | 88 | MEMORANDUM OPINION as to DAVID CHARLES RHINE granting in part and denying in part 38 Defendant's Motion in Limine and granting in part and denying in part 39 40 41 the Government's Motions in Limine. See document for details. Signed by Judge Rudolph Contreras on 2/17/23. (lcrc2) (Entered: 02/17/2023) |
| 03/29/2023 | 91 | ORDER as to DAVID CHARLES RHINE denying 73 Defendant's Motion for Hearing and to Suppress under Franks v. Delaware. See document for details. Signed by Judge Rudolph Contreras on 3/29/23. (lcrc2) (Entered: 03/29/2023) |
| 03/29/2023 | 92 | MEMORANDUM OPINION as to DAVID CHARLES RHINE denying 73 Defendant's Motion for Hearing and to Suppress under Franks v. Delaware. See document for details. Signed by Judge Rudolph Contreras on 3/29/23. (lcrc2) (Entered: 03/29/2023) |
| 04/14/2023 | 93 | TRANSCRIPT OF EVIDENTIARY HEARING in the case as to DAVID CHARLES RHINE before the Honorable Rudolph Contreras held on 02/01/2023. Page Numbers: 1–79. Date of Issuance: 04/14/2023. Stenographic Court Reporter: Nancy J. Meyer. Telephone Number: 202–354–3118. Email: nancymeyercourtreporter@gmail.com. Transcripts may be ordered by going to www.dcd.uscourts.gov (left–hand side under Transcript Requests). For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats (multi–page, condensed, CD, or ASCII) may be purchased from the court reporter. <br><br> **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have 21 days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. <br><br> Redaction Request due 5/5/2023. Redacted Transcript Deadline set for 5/15/2023. Release of Transcript Restriction set for 7/13/2023.(Meyer, Nancy J.) (Entered: 04/14/2023) |
| 04/16/2023 | 95 | WITNESS LIST by USA as to DAVID CHARLES RHINE (Valentini, Francesco) (Entered: 04/16/2023) |
| 04/16/2023 | 96 | EXHIBIT LIST by USA as to DAVID CHARLES RHINE (Valentini, Francesco) (Entered: 04/16/2023) |
| 04/17/2023 | | Minute Entry for proceedings held before Judge Rudolph Contreras: Jury Selection as to DAVID CHARLES RHINE held on 4/17/2023 as to Counts 1,2,3,4. Jury Selection begun and continued to 4/18/2023 at 10:00 AM in Courtroom 23A– In Person before Judge Rudolph Contreras. Bond Status of Defendant: Personal Recognizance; Court Reporter: Nancy Meyer; Defense Attorney: Rebecca Fish; US Attorney: Francesco Velentini and Kelly Moran; (tj) (Entered: 04/17/2023) |
| 04/18/2023 | | |

| | | |
|---|---|---|
| | | Minute Entry for proceedings held before Judge Rudolph Contreras:Jury Selection as to DAVID CHARLES RHINE held on 4/18/2023 as to Counts 1,2,3,4. Jury Selection resumed and continued to 4/19/2023 at 10:00 AM in Courtroom 23A– In Person before Judge Rudolph Contreras. Bond Status of Defendant: Personal Recognizance; Court Reporter: Nancy Meyer; Defense Attorney: Rebecca Fish; US Attorney: Francesco Valentini and Kelly E. Moran; (tj) (Entered: 04/18/2023) |
| 04/19/2023 | | Minute Entry for proceedings held before Judge Rudolph Contreras:Jury Selection resumed and concluded as to DAVID CHARLES RHINE held on 4/19/2023. Jury of 12 and 2 alternates selected and sworn. Jury Trial begun and continued to 4/20/2023 at 10:00 AM in Courtroom 23A– In Person before Judge Rudolph Contreras. Bond Status of Defendant: Personal Recognizance; Court Reporter: Nancy Meyer; Defense Attorney: Rebecca Fish; US Attorney: Francesco Valentini and Kelly E. Moran; Witness: Inspector Thomas Loyd. (tj) (Entered: 04/19/2023) |
| 04/20/2023 | | MINUTE ORDER as to DAVID CHARLES RHINE: The Court having impaneled the jury in this action, it is hereby ORDERED that during trial and deliberations all meals for said jury shall be paid by the Clerk of the Court for the U.S. District Court for the District of Columbia (So Ordered Judge Rudolph Contreras on 4/20/23). (tj) (Entered: 04/20/2023) |
| 04/20/2023 | | Minute Entry for proceedings held before Judge Rudolph Contreras:Jury Trial as to DAVID CHARLES RHINE resumed and held on 4/20/2023. Same jury of 12 and 2 alternates present. Evidence entered, and Jury Trial continued to 4/21/2023 at 9:45 AM in Courtroom 23A– In Person before Judge Rudolph Contreras. Bond Status of Defendant: Personal Recognizance; Court Reporter: Nancy Meyer; Defense Attorney: Rebecca Fish; US Attorney: Francesco Valentini and Kelly E. Moran; Witnesses: Inspector Thomas M. Loyd; Agent Elizabeth Glavey and Officer Jeffrey D. Abott. (tj) (Entered: 04/20/2023) |
| 04/20/2023 | | MINUTE ORDER as to DAVID CHARLES RHINE: It is hereby ORDERED that the Government shall respond to Defendant's motion objecting to admission of evidence extracted from Defendant's cell phone, including a response to Defendant's citation to United States v. Hajbeh, 565 F. Supp. 3d 773 (E.D. Va. 2021), not later than 8:00 AM on April 21, 2023. SO ORDERED. Signed by Judge Rudolph Contreras on 4/20/23. (lcrc2) (Entered: 04/20/2023) |
| 04/21/2023 | 98 | RESPONSE TO ORDER OF THE COURT by USA as to DAVID CHARLES RHINE re Order, *re: Authenticity Certificate under Rule 901/902* (Valentini, Francesco) (Entered: 04/21/2023) |
| 04/21/2023 | 99 | ATTORNEYS' ACKNOWLEDGMENT OF TRIAL EXHIBITS as to DAVID CHARLES RHINE (tj) (Entered: 04/21/2023) |
| 04/21/2023 | | Minute Entry for proceedings held before Judge Rudolph Contreras: Jury Trial as to DAVID CHARLES RHINE resumed and held on 4/21/2023. Same jury 12 and 2 alternates present. Evidence entered and jury trial concluded. Alternates dismissed, and Jury Deliberations begun and continued to 4/24/2023 at 10:00 AM in Courtroom 23A– In Person before Judge Rudolph Contreras. Bond Status of Defendant: Personal Recognizance; Court Reporter: Nancy Meyer; Defense Attorney: Rebecca Fish; US Attorney: Francesco Valentini and Kelly E. Moran; Witnesses: Officer Jeffrey D. Abott; Agent Marty Trevino (tj) (Entered: 04/21/2023) |
| 04/24/2023 | | Minute Entry for proceedings held before Judge Rudolph Contreras:Jury Deliberations resumed and concluded as to DAVID CHARLES RHINE held on |

| | | |
|---|---|---|
| | | 4/24/2023. JURY renders a verdict of GUILTY as to Counts 1,2,3,4 of the information. CASE REFERRED TO PROBATION OFFICE for Presentence Investigation Report. Sentencing is set for 9/11/2023 at 2:00 PM before Judge Rudolph Contreras. Bond Status of Defendant: Personal Recognizance; Court Reporter: Nancy Meyer; Defense Attorney: Rebecca Fish; US Attorney: Francesco Valentini and Kelly E. Moran; (tj) (Entered: 04/24/2023) |
| 04/24/2023 | 100 | Jury Notes 1–4 as to DAVID CHARLES RHINE (tj) (Main Document 100 replaced on 4/24/2023) (ztj). (Entered: 04/24/2023) |
| 04/24/2023 | 101 | **Signature Page of Foreperson** <br><br> as to DAVID CHARLES RHINE in Jury Notes 1, 2, 3 and 4. (Access to the PDF Document is restricted pursuant to the E–Government Act. Access is limited to Counsel of Record and the Court.) (tj) (Entered: 04/24/2023) |
| 04/24/2023 | 102 | VERDICT FORM as to DAVID CHARLES RHINE. (tj) (Entered: 04/24/2023) |
| 04/24/2023 | 103 | **Signature Page of Foreperson** <br><br> as to DAVID CHARLES RHINE in Jury Verdict. (Access to the PDF Document is restricted pursuant to the E–Government Act. Access is limited to Counsel of Record and the Court.) (tj) (Entered: 04/24/2023) |
| 04/24/2023 | 104 | MEMORANDUM as to DAVID CHARLES RHINE memorializing the bases for the Court's responses to jury questions one and three. See document for details. Signed by Judge Rudolph Contreras on 4/24/23. (lcrc2) (Entered: 04/24/2023) |
| 04/24/2023 | 105 | Jury Instructions as to DAVID CHARLES RHINE (with fiat order "let this be filed " Signed by Judge Rudolph Contreras on 4/24/23) (tj) (Entered: 04/25/2023) |
| 04/25/2023 | | MINUTE ORDER as to DAVID CHARLES RHINE: Defendant has indicated a preference to be sentenced remotely. Per Fed. R. Crim. P. 43(b)(2), a defendant convicted of misdemeanor offenses may, by "written consent," elect to conduct sentencing via video teleconference. Should Defendant maintain his preference to be sentenced remotely, it is hereby ORDERED that he shall submit written consent signed by Defendant to proceed via video teleconference to the Court on or before May 9, 2023, consistent with Rule 43(b)(2). SO ORDERED. Signed by Judge Rudolph Contreras on 4/25/23. (lcrc2) (Entered: 04/25/2023) |
| 04/25/2023 | 106 | SENTENCING SCHEDULING ORDER as to DAVID CHARLES RHINE. See document for details. Signed by Judge Rudolph Contreras on 4/25/23. (lcrc2) (Entered: 04/25/2023) |
| 05/09/2023 | 107 | Waiver of Physical Presence by DAVID CHARLES RHINE. (Fish, Rebecca) Modified on 5/10/2023 (zhsj). (Entered: 05/09/2023) |
| 05/09/2023 | 108 | REQUEST for Video Hearing at Sentencing by DAVID CHARLES RHINE. (See Docket Entry 107 to View Document). (zhsj) (Entered: 05/10/2023) |
| 08/28/2023 | 114 | SENTENCING MEMORANDUM by DAVID CHARLES RHINE (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M)(Fish, Rebecca) (Entered: 08/28/2023) |
| 08/28/2023 | 115 | |

| | | |
|---|---|---|
| | | SENTENCING MEMORANDUM by USA as to DAVID CHARLES RHINE (Valentini, Francesco) (Entered: 08/28/2023) |
| 09/05/2023 | 116 | RESPONSE by DAVID CHARLES RHINE *to Government Sentencing Memorandum* (Fish, Rebecca) (Entered: 09/05/2023) |
| 09/05/2023 | 117 | NOTICE *of Supplemental Sentencing Exhibit* by DAVID CHARLES RHINE re 114 Sentencing Memorandum, (Attachments: # 1 Exhibit N)(Fish, Rebecca) (Entered: 09/05/2023) |
| 09/08/2023 | 118 | NOTICE *of Filing of Supplemental Sentencing Documents* by USA as to DAVID CHARLES RHINE re 116 Response to document (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Valentini, Francesco) (Entered: 09/08/2023) |
| 09/11/2023 | | Minute Entry for proceedings held before Judge Rudolph Contreras: Sentencing held on 9/11/2023 as to DAVID CHARLES RHINE (1). Counts: 1, 2, 3, and 4: Defendant is sentenced to Four (4) Months of Incarceration (on each count to run concurrent), followed by 1 year of supervised release (on each count to run concurrent) with conditions; Special Assessment Total: $70.00; Fine: $7376.00; No Restitution imposed. Bond Status of Defendant: Personal Recognizance until self–surrender (with consent to appear virtually); Court Reporter: Nancy Meyer; Defense Attorney: Rebecca Fish; US Attorney: Francesco Valentini and Kelly E. Moran; Prob Officer: Sherry Baker; (tj) (Entered: 09/11/2023) |
| 09/17/2023 | 120 | JUDGMENT as to DAVID CHARLES RHINE. Statement of Reasons Not Included. Signed by Judge Rudolph Contreras on 9/17/2023. (zhsj) (Entered: 09/20/2023) |
| 09/17/2023 | 121 | STATEMENT OF REASONS as to DAVID CHARLES RHINE re 120 Judgment Access to the PDF Document is restricted per Judicial Conference Policy. Access is limited to Counsel of Record and the Court. Signed by Judge Rudolph Contreras on 9/17/2023. (zhsj) (Entered: 09/22/2023) |
| 09/25/2023 | 122 | NOTICE OF APPEAL – Final Judgment by DAVID CHARLES RHINE re 120 Judgment. Fee Status: No Fee Paid. Parties have been notified. (Fish, Rebecca) (Entered: 09/25/2023) |

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **vs.** | : | **Case No.: 21-cr-00687 (RC)** |
| **DAVID CHARLES RHINE** | : | |
| **Defendant.** | : | |

# NOTICE OF APPEAL

**Name and address of appellant:**          David Charles Rhine

**Name and address of appellant's attorney:**          Rebecca Fish
Joanna Martin
Assistant Federal Public Defenders
Federal Public Defender WDWA
1331 Broadway, Suite 400
Tacoma, WA 98402

**Offense:** 18 U.S.C. 1752(a)(1)—Entering And Remaining in a Restricted Building or Grounds (1); 18 U.S.C. § 1752(a)(2)—Disorderly and Disruptive Conduct in a Restricted Building or Grounds (2); 40 U.S.C. § 5104 (e)(2)(D)—Disorderly Conduct in a Capitol Building (3); and 40 U.S.C. § 5104(e)(2)(G)—Parading, Demonstrating or Picketing in a Capitol Building (4).

**Concise statement of judgment or order, giving date, and any sentence:** A sentencing hearing was held on September 11, 2023, and Judgment was entered on September 17, 2023. The District Court sentenced Mr. Rhine to a term of Four (4) Months of Incarceration on Count 1–4, to run concurrently, followed by a term of Twelve (12) Months of Supervised Release on Counts 1 and 2, to run concurrently. The District Court further imposed a fine of $7,276 and special assessments totaling $70.

**Name of institution where now confined, if not on bail:** Personal Recognizance Bond

        I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.

September 25, 2023                    David Charles Rhine
DATE                                                  APPELLANT

CJA, NO FEE _____FPD_____

PAID USDC FEE ___NO_____          Rebecca Fish
PAID USCA FEE ___NO_____          Joanna Martin
                                                          ASSISTANT FEDERAL PUBLIC DEFENDERS
                                                          ATTORNEYS FOR APPELLANT

Does counsel wish to appear on appeal? Yes
Has counsel ordered transcripts? Yes
Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                        Sheet 1

# UNITED STATES DISTRICT COURT

District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>David Charles Rhine | **JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number:  CR 21-687 (RC)<br><br>USM Number:  73674-509<br><br>Rebecca C. Fish<br>Defendant's Attorney |

## THE DEFENDANT:

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☑ was found guilty on count(s)     One (1),  Two (2), Three (3) and Four (4) of the Information filed on 11/19/2021
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC § 1752(a)(1) | Entering and Remaining in a Restricted Building or Grounds | 1/6/2021 | 1 |
| 18 USC § 1752(a)(2) | Disorderly and Disruptive Conduct in a Restricted Building or Grounds | 1/6/2021 | 2 |

     The defendant is sentenced as provided in pages 2 through ___8___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

     It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

9/11/2023
_____
Date of Imposition of Judgment

_____
Signature of Judge

Rudolph Contreras, U.S. District Court Judge
_____
Name and Title of Judge

9/17/2023
_____
Date

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 1A

Judgment—Page ___2___ of ___8___

DEFENDANT:  David Charles Rhine
CASE NUMBER:  CR 21-687 (RC)

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 40 USC § 5104(e)(2)(D) | Disorderly Conduct in a Capitol Building | 1/6/2021 | 3 |
| 40 USC § 5104(e)(2)(G) | Parading, Demonstrating, or Picketing in a Capitol Building | 1/6/2021 | 4 |

AO 245B (Rev. 09/19) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page   3   of   8

DEFENDANT:   David Charles Rhine
CASE NUMBER:   CR 21-687 (RC)

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

Counts 1, 2, 3 and 4:  4 months
(to be served concurrently on each count)

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☑ as notified by the Probation or Pretrial Services Office.  (Self Surrender extended to March 1, 2024)

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page ___4___ of ___8___

DEFENDANT:   David Charles Rhine
CASE NUMBER:   CR 21-687 (RC)

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

Count 1, and 2:  1 year
(to be served concurrently on each count)

# MANDATORY CONDITIONS

1.    You must not commit another federal, state or local crime.
2.    You must not unlawfully possess a controlled substance.
3.    You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   ☑ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4.    ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5.    ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.    ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.    ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 3A — **Supervised Release**

Judgment—Page ___5___ of ___8___

DEFENDANT: David Charles Rhine
CASE NUMBER: CR 21-687 (RC)

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____    Date _____

Case 1:21-cr-00687-RC    Document 123    Filed 09/26/23    Page 22 of 24

Judgment—Page __6__ of __8__

DEFENDANT:  David Charles Rhine
CASE NUMBER:  CR 21-687 (RC)

## SPECIAL CONDITIONS OF SUPERVISION

Financial Information Disclosure - You must provide the probation officer access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the United States Attorney's Office.

Financial Restrictions - You must not incur new credit charges, or open additional lines of credit without the approval of the probation officer.

Jurisdiction and Supervision of your case shall to be transferred after your release from prison (Self-Surrender date extended to March 1, 2024).

Community Service - You must complete 60 hours of community service within 1 year. The probation officer will supervise the participation in the program by approving the program. You must provide written verification of completed hours to the probation officer.

Firearm Restriction: You shall remove firearms, destructive devices, or other dangerous weapons from areas of your residence over which you have access or control until the term of supervision expires.

Discretionary Standard Term of Supervision No. 3 (set forth above) is modified as follows: Advance permission to travel is unnecessary to the extent it involves: 1) visiting mother in Alabama in an emergency situation; and, 2) visiting residence of wife and child while defendant lives apart from them.

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page ___7___ of ___8___

DEFENDANT: David Charles Rhine
CASE NUMBER: CR 21-687 (RC)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| TOTALS | $ 70.00 | $ 0.00 | $ 7,376.00 | $ 0.00 | $ 0.00 |

☐  The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

| TOTALS | $ 0.00 | $ 0.00 | |

☐  Restitution amount ordered pursuant to plea agreement  $ _____

☐  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☐  the interest requirement is waived for the   ☐ fine  ☐ restitution.

   ☑  the interest requirement for the   ☑ fine  ☐ restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/19) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments
Case 1:21-cr-00687-RC   Document 123   Filed 09/26/23   Page 24 of 24

Judgment — Page ___8___ of ___8___

DEFENDANT:  David Charles Rhine
CASE NUMBER:  CR 21-687 (RC)

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☑ Lump sum payment of $ _7,446.00_____ due immediately, balance due

    ☐ not later than _____ , or
    ☑ in accordance with ☐ C, ☑ D, ☐ E, or ☐ F below; or

**B** ☐ Payment to begin immediately (may be combined with ☐C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
    _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D** ☑ Payment in equal _monthly_ *(e.g., weekly, monthly, quarterly)* installments of $ _250.00_ over a period of
    _Months_ *(e.g., months or years)*, to commence _30 Days_ *(e.g., 30 or 60 days)* after release from imprisonment to a
    term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from
    imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☐ Special instructions regarding the payment of criminal monetary penalties:
    The financial obligations ($70.00 Special Assessment, $7376.00 Fine) are immediately payable to the Clerk of the
    Court for the U.S. District Court, 333 Constitution Ave NW, Washington, DC 20001. Within 30 days of any change
    of address, you shall notify the Clerk of the Court of the change until such time as the financial
    obligation is paid in full. If payments are not paid immediately, defendant shall make monthly payments at a rate of
    no less than $250.00 per month until paid in full.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during
the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate
Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>*(including defendant number)* | Total Amount | Joint and Several<br>Amount | Corresponding Payee,<br>if appropriate |
|---|---|---|---|
| | | | |

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment,
(5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of
prosecution and court costs.