1

2

3

4                        UNITED STATES DISTRICT COURT
                          FOR THE DISTRICT OF COLUMBIA
5

6    UNITED STATES OF AMERICA,          )    Criminal No. 21-CR-687 (RC)
                                        )
7            Plaintiff,                  )
                                        )    (PROPOSED) ORDER GRANTING
8        v.                              )    MR. RHINE'S MOTION FOR BOND
                                        )    PENDING APPEAL
9    DAVID CHARLES RHINE,                )
                                        )
10           Defendant.                  )
                                        )
11
            The Court has reviewed Mr. Rhine's Motion for Bond Pending Appeal. Having
12
     considered the arguments, memoranda, and evidence presented both in support of and
13
     in opposition to the motion,
14
            It is now ORDERED that Mr. Rhine be released on bond pending the result of
15
     his appeal, and that the imposition of his custodial sentence be stayed until that time.
16
     Mr. Rhine shall remain on bond on the conditions already set, or upon further
17
     conditions that may be set by this Court in a new Appearance Bond.
18
            IT IS SO ORDERED.
19
            DONE this ___ day of _____ 2024.
20

21                                      _____

22                                      JUDGE RUDOLPH CONTRERAS
                                        UNITED STATES DISTRICT COURT
23   Presented by:

24   s/ *Rebecca Fish*
     Assistant Federal Public Defender
25   Attorney for David Rhine

26

ORDER GRANTING MOTION
FOR BOND PENDING APPEAL
(*United States v. Rhine*, 21-CR-687 (RC)) - 1