**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

———————————————————————

United States of America,      ) Criminal Action
                               ) No. 1:21-cr-00687-RC
              Plaintiff,       )
                               ) **_Jury Voir Dire_**
vs.                            )
                               )
David Charles Rhine,           ) Washington, D.C.
                               ) **April 17, 2023**
              Defendant.       ) Time:  10:00 a.m.

———————————————————————

**Transcript of _Jury Voir Dire_**
**Held Before**
**The Honorable Rudolph Contreras**
**United States District Judge**


A P P E A R A N C E S

For the Government:      **Francesco Valentini**
                        DEPARTMENT OF JUSTICE
                        950 Pennsylvania Avenue, Northwest
                        Washington, D.C. 20530

                        **Kelly E. Moran**
                        UNITED STATES ATTORNEY'S OFFICE
                        FOR THE DISTRICT OF COLUMBIA
                        601 D Street, Northwest
                        Washington, D.C. 20579

For the Defendant:      **Rebecca C. Fish**
                        FEDERAL PUBLIC DEFENDER
                        1331 Broadway, Suite 400
                        Tacoma, Washington 98402

———————————————————————————————————

Stenographic Official Court Reporter:
                        Nancy J. Meyer
                        Registered Diplomate Reporter
                        Certified Realtime Reporter
                        333 Constitution Avenue, Northwest
                        Washington, D.C. 20001
                        202-354-3118

<u>P R O C E E D I N G S</u>

1

2          (Proceedings held out of the presence of the jury

3    venire.)

4          THE COURTROOM DEPUTY:  This is Criminal Action

5    21-687, United States v. David Charles Rhine.

6          Counsel, please step to the podium and state your

7    appearances for the record.

8          MR. VALENTINI:  Good morning.

9          THE COURT:  Good morning.

10         MR. VALENTINI:  I'm Francesco Valentini for the

11   United States.  At counsel table with me today are Assistant

12   United States Attorney Kelly Moran and our paralegal Faith

13   Esene.

14         THE COURT:  Good morning.

15         MS. FISH:  Good morning, Your Honor.  Rebecca Fish on

16   behalf of Mr. Rhine, who is present at counsel table.  Also

17   with me are paralegal Carolynn Cohn, spelled C-o-h-n, and

18   defense investigator Michael Stortini.  My co-counsel,

19   unfortunately, was not able to come to D.C. due to other case

20   obligations in the other Washington.

21         THE COURT:  Okay.

22    All right.  Are we ready to bring the jury in?

23         MS. FISH:  I believe so, Your Honor.  I had one

24   question.  So I did want to inquire whether Mr. Stortini would

25   be allowed to remain at counsel table as a defense

```
 1   investigator.
 2              THE COURT:  Sure.
 3              MS. FISH:  Thank you.
 4              MR. VALENTINI:  And, Your Honor, along the same
 5   lines, our case agent is not with us today but will be here as
 6   trial gets underway tomorrow, and I just want to confirm that
 7   is fine with the Court.
 8              THE COURT:  Yes.  That's fine.
 9         All right.  Let's get the jury.
10              MR. VALENTINI:  In the few minutes that we have
11   before jurors are brought in, I wanted to ask a point of
12   clarification.  Does the Court plan to ask questions that
13   apply -- the general share questions that apply to the entire
14   venire as a group?
15              THE COURT:  Yeah.
16              MR. VALENTINI:  Okay.  And will the Court ask the
17   individual jurors to write down which number are -- which
18   number questions they will answer yes?
19              THE COURT:  Correct.
20              MR. VALENTINI:  And that will provide the basis for
21   follow-up voir dire?
22              THE COURT:  Right.  Each side will have an
23   opportunity to ask individual questions to the individuals.
24              MR. VALENTINI:  Thank you.
25              THE COURT:  And as far as the peremptories, I want to
```

1    make sure everyone is on the same page.  Given this is a

2    misdemeanor case, is it the understanding it's three per side?

3            MS. FISH:  Your Honor, I would ask that we have

4    additional peremptories that are typical in a felony case.  I

5    don't -- you know --

6            THE COURT REPORTER:  Please come to the microphone.

7            MS. FISH:  Your Honor, I would ask that the defense

8    be allowed more peremptories, as is typical with a felony case,

9    with the jury.  We'll abide by the Court's ruling, but I do

10   think that the danger of prejudice remains with a misdemeanor

11   as well.

12           THE COURT:  Go ahead, Mr. Valentini.

13           MR. VALENTINI:  Your Honor, I would -- I've not heard

14   a special -- a particularized explanation why additional

15   peremptories will be needed.

16           THE COURT:  I agree.  So we'll stick with the three

17   per side.  We'll go 12 for the jury, plus 3, plus 3 for the

18   peremptories on each side, plus 2 for alternates, and then

19   we'll stop.  Does that make sense?  So a total of 15, 18 -- 20.

20   Qualify 20.  And then -- and then we can stop.

21           MS. FISH:  I understand the Court to be describing

22   how the jury will be impaneled; is that correct?

23           THE COURT:  Right.  So rather than asking -- we've

24   got, like, 54.  For example, rather than asking questions of

25   all 54 of them, we'll get to 20 that are not objectionable for

 1    cause, and then that will allow adequate room to -- for the two

 2    of you to exercise your peremptories and to get two alternates

 3    as well.

 4         MS. FISH:  That sounds fine, Your Honor,

 5    understanding that there may be challenges for cause as

 6    previously briefed.

 7         THE COURT:  Right.  So do we want to pick what chairs

 8    you want the alternates to be in?

 9         MR. VALENTINI:  The government has no preference as

10    to that.

11         As to the number of qualified jurors, I'm -- I've had

12    instances in which sometimes a couple extra jurors may be

13    qualified because there's further processes, things that may

14    come up between the exercise of the peremptories and the

15    qualification on the jurors.  I'll defer to the Court, of

16    course.

17         And no preference as to the chairs.

18         THE COURT:  Okay.  We'll see how difficult it is to

19    get to 20, so.

20         So let's just make it chairs 7 and 14.  Does that make

21    sense?

22         MS. FISH:  Sure.

23         THE COURT:  So the two on the end.

24         MR. VALENTINI:  Actually, Your Honor, I know I said

25    that 20 will be fine.  I believe that there will be an

1    additional peremptory to account for the two alternates.

2              THE COURT:  Okay.

3              MR. VALENTINI:  So that will get us to at least 22.

4              THE COURT:  Okay.  That's fine.

5              MR. VALENTINI:  That's my understanding.

6              (Proceedings held in the presence of the jury

7    venire.)

8              THE COURTROOM DEPUTY:  Juror No. 0451.  Juror No.

9    2005.  Juror No. 1512.  Juror No. 0215.  Juror No. 1952.  Juror

10    No. 0232.  And Juror No. 1690.

11         Juror No. 0591.  Juror No. 1462.  Juror No. 1854.  Juror

12    No. 0156.  Juror No. 0192.  Juror No. 0077.  And Juror No.

13    0719.

14         Juror No. 0957.  Juror No. 1370.  Juror No. 1285.  Juror

15    No. 1671.  Juror No. 0552.  Juror No. 1448.  Juror No. 0981.

16    Juror No. 0981.  Right here.

17         Juror No. 0426, ma'am.  Juror No. 1366.  Juror No. 0969.

18    Juror No. 1716.  Juror No. 0733.  Juror No. 0591 -- Juror 1590.

19    Juror No. -- I'm sorry.

20         Juror 0245, 1945, 1138, 0447, 1166, 0436, Juror No. 1682

21    and 0776.  Do we have room for one more?  Juror No. 1486, sir.

22              Juror No. 1396.  1944.  0208.  1848, 1572, 1326.

23              0412.  0366.  0091.  0710.  0551.  2179.  And 1076.

24              2029.  1761.  1715.  2165.  And last, but not least,

25    1065.

1          Will each of the jurors please stand.

2                  (Oath administered to the jury venire.)

3                  THE JURY VENIRE:  (Collective affirmation.)

4                  THE COURTROOM DEPUTY:  Thank you.

5                  THE COURT:  So, good morning, everybody.  So thank

6     you for coming today.

7          This is -- I understand that having to come to jury duty

8     can be an inconvenience for folks, but it's a critical part of

9     the criminal justice system, and without your willing

10    participation, the system just simply couldn't work.  So I

11    greatly appreciate you taking time out of your busy lives and

12    coming down to the courthouse, and I will do my part in moving

13    things as quickly as I practically can.

14         So we're going to undergo a process which is referred to

15    as *voir dire* examination, which is I'm going to ask you a

16    series of questions to enable the Court to find out whether any

17    prospective jurors should be excused for cause based on your

18    answers.  And it also allows the counsel for the parties to

19    exercise their individual judgment with respect to what's

20    referred to as peremptory challenges; that is, challenges for

21    which counsel need not give a reason to excuse you.

22         So I'm going to give you a brief description of the

23    case, just so that you have the context in which to answer many

24    of these questions.  This information is simply to provide

25    context to those questions, and please do not use this

 1    information to conduct any independent research.  We've come to

 2    a habit in society that -- where people pull out their

 3    smartphones and Google things and do independent research.

 4    That process is prohibited in this context.  So, please, as we

 5    go through this process of selecting a jury, please do not look

 6    up any of the charges, anything about the charges that are

 7    being brought, anything about the individuals involved, or

 8    anything else about this case.

 9         I would greatly appreciate that.  It is important that

10    the decisions made in the case be made only on the evidence

11    presented in the courtroom, not anything obtained outside of

12    the courtroom.

13         So this is a criminal case.  The government has charged

14    the defendant, David Charles Rhine, with four offenses relating

15    to his alleged conduct in and near the United States Capitol on

16    January 6th, 2021.

17         Count 1 charges Mr. Rhine with entering and remaining in

18    a restricted building or grounds in violation of 18 U.S.C.

19    1752(a)(1).

20         Count 2 charges Mr. Rhine with disorderly or disruptive

21    conduct in a restricted building or grounds in violation of

22    18 U.S.C. 1752(a)(2).

23         Count 3 charges Mr. Rhine with disorderly conduct in a

24    Capitol Building or Grounds in violation of 40 U.S.C.

25    5104(e)(2)(D).

1     And Count 4 charges Mr. Rhine with parading,

2  demonstrating, or picketing in a Capitol Building in violation

3  of 40 U.S.C. § 5104(e)(2)(G).

4     Obviously, if we get to the -- once we get to the point

5  where I give you detailed instructions, I will explain each of

6  those in far greater detail, but this is just to give you some

7  context of what you need to answer the questions I'm about to

8  ask you.

9     Mr. Rhine has pleaded not guilty to all the charges and

10  is presumed to be innocent.

11     I'm going to ask you a number of questions, and for each

12  question to which you have a response, please note the number

13  of the question on the note card that was provided to you.

14  After we have gone through all of the questions, the Court and

15  counsel may ask you further questions to you individually about

16  your answers.

17     Please remember that the questions are all designed to

18  find out how you feel about certain general issues and should

19  not be taken to suggest what the evidence in this case will be.

20     All right.  So Question No. 1:  This case is expected to

21  take four to six days to try.  If this presents a special

22  problem for you, mark down No. 1 on your note card.  Also, we

23  typically go from 10:00 a.m. to 5:30 p.m.  So if that presents

24  a special problem for you, also list -- mark down No. 1 on your

25  card.

1          I'm going to have counsel introduce themselves.

2          Mr. Valentini.

3          MR. VALENTINI:  Good morning.  My name is Francesco

4     Valentini, and I represent the United States.  At counsel table

5     with me today are Assistant United States Attorney Kelly Moran

6     and the government's paralegal, Faith Esene.

7          Good morning.

8          THE COURT:  Ms. Fish.

9          MS. FISH:  Good morning, everyone.  My name is

10    Rebecca Fish.  And I'm the attorney representing Mr. Rhine

11    today.  He's with me at counsel table, along with my paralegal,

12    Carolynn Cohn, and our investigator, Michael Stortini.

13         THE COURT:  Okay.  All right.  So Question No. 2 is

14    if you or your immediate family knows or has had any business

15    dealings with any of these counsel or their employers, the

16    federal public defender's offices or the United States

17    Attorney's Offices, mark down No. 3 -- I'm sorry, mark down

18    No. 2 on your note card.

19         Also, if you or an immediate family member have worked

20    at or sought employment at the public defender offices or the

21    Department of Justice or the United States Attorney's Offices,

22    also mark down No. 2 on your note card.

23         Ms. Fish, if you can introduce your client.

24         MS. FISH:  Yes, Your Honor.

25         My client, David Rhine, is seated here at counsel table

1    with me.

2                THE DEFENDANT:  Good morning.

3                THE COURT:  Okay.  This is Question No. 3:  If you

4    have heard or read anything about this case or the defendant in

5    this case, Mr. David Charles Rhine, or seen anything or heard

6    anything in the news or elsewhere about Mr. Rhine, mark down

7    No. 3 on your note card.

8           Mr. Valentini, if you can name your proposed witnesses.

9                MR. VALENTINI:  Sure.  The government expects to call

10   as witnesses at this trial the following four individuals:

11   United States Capitol Police Inspector Thomas M. Loyd;

12   United States Secret Service Agent Elizabeth Glavey;

13   United States Capitol Police Officer Jeffrey Abbott; and

14   Federal Bureau of Investigation Task Force Officer Marty

15   Trevino.

16          Thank you.

17               THE COURT:  Ms. Fish, do you have any potential

18   witnesses?

19               MS. FISH:  I don't have any names to share at this

20   time that have not already been shared.

21               THE COURT:  Okay.  All right.  Question No. 4:  If

22   you or your immediate familiar knows or has had any business

23   dealings with any of these proposed witnesses, mark down No. 4

24   on your note card.

25               Question No. 5:  If you have ever served as a juror in a

1    criminal or civil case or as a member of a grand jury in either

2    federal or state court, mark down No. 5 on your note card.

3         All right.  I'm going to ask you to take a look at the

4    court personnel, including my court reporter here, and my

5    courtroom deputy here, and my law clerk over there, and myself.

6    And if you recognize any of us or had any business dealings

7    with any of us, mark down No. 6 on your note card.

8         Also, I want you to look around your own fellow

9    jurors -- or potential jurors, and if you know any of the other

10   potential jurors in your group, please also mark down No. 6 on

11   your note card.

12        Question No. 7:  If you are selected to sit on this

13   case, you must be able to render a verdict solely on the

14   evidence presented at the trial and in the context of the law

15   as I will give it to you in my instructions; disregarding any

16   other ideas, notions, or beliefs about the law that you may

17   encounter in reaching your verdict.  If you think you may be

18   unable to do this and follow this instruction, mark down No. 7

19   on your note card.

20        Question No. 8:  If you have a special disability or

21   problem, such as with your sight, hearing, or staying awake, or

22   if you take any medication that would make serving on this jury

23   difficult or impossible or are exceptionally uncomfortable

24   because of the COVID-19 pandemic, mark down No. 8 on your note

25   card.

1     Also, if you have trouble reading, writing, or

2   understanding English or would have difficulty expressing your

3   own opinions and thoughts about this case to your fellow

4   jurors, mark down No. 8 on your note card as well.

5     No. 9:  If you, any member of your immediate family, or

6   your closest friends has received legal training or worked as

7   an attorney, paralegal, legal secretary, or other position at a

8   law office, mark down No. 9 on your note card.

9     Question No. 10:  If you or anyone close to you lives or

10  works at or near the U.S. Capitol Building, mark down No. 10 on

11  your note card.

12    Question No. 11:  If you or someone you know has a

13  direct or indirect connection to the events that occurred at

14  the U.S. Capitol on January 6th, 2021, mark down No. 11 on your

15  note card.

16    Question No. 12:  If you have followed the news about

17  the events that took place at the U.S. Capitol on January 6,

18  2021, mark down No. 12 on your note card.

19    Question No. 13:  If you have ever watched video of

20  Mr. Rhine related to January 6th, 2021, on the news or on the

21  internet, mark down No. 13 on your note card.

22    Question No. 14:  If you have ever seen or heard

23  anything in the news or elsewhere about specific individuals

24  who were present at the U.S. Capitol on January 6th, 2021, mark

25  down No. 14 on your note card.

1       Question No. 15:  I will instruct the jury at the end of

2   the trial that the testimony of a police officer should be

3   treated the same as testimony from any other witness and that

4   the jury should not give either greater or lesser weight to the

5   testimony of a witness simply because the witness is a police

6   officer.  If you have such strong feelings or opinions about

7   police, either positive or negative, that would make it

8   difficult for you to follow this instruction, mark down No. 15

9   on your note card.

10      Question No. 16:  The burden of proof, as in all

11  criminal cases, is proof beyond a reasonable doubt, and this

12  burden rests on the government and never shifts to the

13  defendant.  While it is a strict and heavy burden, it is not an

14  impossible burden.  The government, for example, is not

15  required to prove guilt beyond all doubt.  If you would hold

16  the government to a higher burden than beyond a reasonable

17  doubt, mark down No. 16 on your note card.

18      Question No. 17:  All people charged with a crime have

19  the constitutional right not to testify at trial, and if

20  Mr. Rhine decides not to testify, I will instruct you that you

21  cannot hold his silence against him in any way.  If you would

22  have any difficulty following that instruction, mark down

23  No. 17 on your note card.

24      Question No. 18:  Jurors are the sole judges.

25          THE COURTROOM DEPUTY:  Ma'am --

1          THE COURT:  Jurors are -- this is Question No. 18.

2    Jurors are the sole judges of the facts, but they must follow

3    the principles of law as I instruct.  The jury may not choose

4    to follow some rules of law and ignore others.  And even if the

5    jury disagrees with or dislikes a rule of law or does not

6    understand the reasons for some of the rules, it is the jury's

7    duty to follow these rules.  If you would have any difficulty

8    following my legal instructions, whatever they may be, mark

9    down No. 18 on your note card.

10         Question No. 19:  If you are selected as a juror in this

11   case, I will instruct you to avoid all media coverage relating

12   to this case, including radio, television, podcasts, social

13   media, and other internet sources.  That is, you will be

14   forbidden from reading any newspaper articles about this case,

15   listening to any radio or podcast stories about this case, or

16   watching any TV news about this case.  You will also be

17   forbidden from Googling this case, blogging, tweeting, reading,

18   or posting comments about this case on social media sites or

19   anywhere else on the internet.

20         If you have any reservations or concerns about your

21   ability or your willingness to follow this instruction, mark

22   down No. 19 on your note card.

23         Question No. 20:  If you, members of your immediate

24   family, or any close personal friends work for or have

25   previously worked for any law enforcement agency, mark down

1    No. 20 on your note card.

2           And by law enforcement agency, I am including any local

3    police or sheriff's department in or outside the District.  And

4    it includes federal law enforcement agencies like the FBI, the

5    Secret Service, the Department of Homeland Security, and the

6    U.S. Capitol Police.  It also includes any prosecutors'

7    offices, such as the U.S. Attorney's Office, a state attorney's

8    office, or district attorney's office.

9           So if you have -- so if you, a member of your immediate

10   family, or any close friend work for or have previously worked

11   for any law enforcement agency, mark down No. 20 on your note

12   card.

13          Question No. 21:  If you, members of your immediate

14   family, or close personal friends have ever been arrested for,

15   charged with, or convicted of a crime, other than traffic

16   violations, mark down No. 21 on your note card.

17          Question No. 22:  If you, members of your immediate

18   family, or close personal friends have ever been the victim of

19   or witness to a crime, mark down No. 22 on your note card.

20          Question No. 23:  If after considering all of the

21   evidence and my instructions on the law you find the defendant

22   guilty of one or more counts in the information, it will be my

23   job as the judge, and my job alone, to determine the

24   punishment.  The law does not permit you to consider the issue

25   of punishment because there are factors having nothing to do

1    with the trial which will help me determine the appropriate

2    sentence, if any.

3        If you would have difficulty or would be uncomfortable

4    serving as a juror knowing that you will not have any say in

5    any fine, restitution, or jail sentence that I may impose if a

6    guilty verdict is returned, mark down No. 23 on your note card.

7        Question No. 24:  If you have any personal beliefs,

8    whether religious, philosophical, or otherwise, such that you

9    could not after hearing all the evidence and law in this case

10   pass judgment on another person in a criminal case by returning

11   a verdict of guilty, mark down No. 24 on your note card.

12       Question No. 25:  If you have such strong personal

13   feelings, beliefs, or opinions about the events that took place

14   at the U.S. Capitol on January 6th, 2021, that would make it

15   difficult for you to consider this case fairly, mark down

16   No. 25 on your note card.

17       Question No. 26:  If you have such strong personal

18   feelings, beliefs, or opinions about the outcome of the

19   2020 presidential election that would make it difficult for you

20   to consider this case fairly, mark down No. 26 on your note

21   card.

22       Question No. 27:  Some news reports have indicated that

23   certain extremist groups with white nationalists and racist

24   views were present on the Capitol on January 6th, 2021.  If

25   you believe that all or most civilians present at the Capitol

1    that day shared these views, mark down No. 27 on your note

2    card.

3         Question No. 28:  If you believe that all or most

4    civilians present at the Capitol on January 6th, 2021, engaged

5    in violence or intended to engage in violence, mark down No. 28

6    on your note card.

7         Question No. 29:  If you would have difficulty voting

8    not guilty if Mr. Rhine does not testify or if he does not call

9    any witnesses to testify on his behalf, mark down No. 29 on

10   your note card.

11        And then the last question, No. 30, is kind of a

12   catchall question, which is:  Having heard the questions posed

13   to you by the Court, if there is any other reason why you could

14   not sit on this jury and render a fair verdict based on the

15   evidence presented to you and in the context of the Court's

16   instructions to you on the law, whether based on your

17   political, moral, religious, philosophical beliefs, or any

18   other reason, mark down No. 30 on your note card.

19        Mr. Valentini and Ms. Fish, if you could come up to the

20   bench.

21             (Bench conference on the record.)

22             THE COURT:  Any other questions that you feel that

23   need to be made?

24             MR. VALENTINI:  No, Your Honor, not from the

25   government.

1          MS. FISH:  The only one I would request, we had

2     proposed a question about feelings about weapons, given what I

3     believe the government intends to introduce.  If the Court

4     could ask a question about if anyone has strong feelings about

5     weapons.

6          THE COURT:  About weapons?

7          MS. FISH:  About weapons.

8          THE COURT:  What context?

9          MS. FISH:  Pepper spray, that kind of thing.

10          THE COURT:  I'm not going to do it.  It's not

11     particularly relevant in this context.

12          All right.  Thank you.

13          (Proceedings held in open court.)

14          THE COURT:  So we've asked all the questions that you

15     have to put a number on your note card.  And then we'll bring

16     folks back individually to -- so that the attorneys and the

17     Court can ask follow-up questions to you individually.  So if

18     you can just follow Ms. Johnson and follow her instructions.

19          THE COURTROOM DEPUTY:  Everyone, please pass the note

20     cards to the end of the row, as well as your pencils.

21          First two rows, remain seated.  Everyone else, please

22     follow me.

23          (Proceedings held out of the presence of all but

24     14 potential jurors.)

25          THE COURT:  Counsel can be seated.

```
1            We'll wait for Ms. Johnson to return, and the rest of
2    the jurors will be put in the jury room, and we'll bring them
3    in one by one.
4            THE COURTROOM DEPUTY:  Okay.  The rest of you can
5    follow me.
6            Judge, who is the first juror?
7            THE COURT:  Juror 0451.
8            THE COURTROOM DEPUTY:  Okay.
9            (Proceedings held out of the presence of all the jury
10   venire.)
11           (REPORTER'S NOTE:  Juror 0415 enters.)
12           THE COURTROOM DEPUTY:  This is Juror No. 0451.
13           THE COURT:  Good morning.
14           THE PROSPECTIVE JUROR:  I can take a seat?
15           THE COURT:  So this is Juror No. 0451.  Ms. ███████;
16   is that correct?
17           THE PROSPECTIVE JUROR:  Correct.
18           THE COURT:  Okay.  So you answered affirmatively to
19   Question No. 12, which is that you have followed the news about
20   the events that took place at the Capitol on January 6th.
21           THE PROSPECTIVE JUROR:  Yes, I've seen the news.
22           THE COURT:  Okay.  Tell us -- obviously, most people
23   have seen something about that day.  But tell us how closely
24   you followed it.
25           THE PROSPECTIVE JUROR:  So I saw about the 6th,
```

1    living in D.C., and I've also seen, like, just some news stuff.

2    I didn't watch the sentencing [sic] hearing, watch any of that

3    content.  I just watched mainly in the beginning.  And then

4    learning about how there would be a hearing in -- that's the

5    depth of my knowledge.

6              THE COURT:  Okay.  Did you watch the -- Congress had

7    some hearings.  Did you watch any of that?

8              THE PROSPECTIVE JUROR:  No, I didn't watch any of

9    that.

10             THE COURT:  Okay.  And there's been a few

11   documentaries about January 6th.  Have you watched any of

12   those?

13             THE PROSPECTIVE JUROR:  No.

14             THE COURT:  All right.  You've also answered yes to

15   Question No. 20, which is the one about you, immediate family,

16   or close friend having worked in law enforcement.

17             THE PROSPECTIVE JUROR:  My stepfather, he doesn't

18   reside in this region, but he is a U.S. marshal.

19             THE COURT:  He is a U.S. marshal.  And you say he's

20   your stepfather.  Did you ever live with him?

21             THE PROSPECTIVE JUROR:  No.

22             THE COURT:  No.  Okay.  Do you ever talk to him about

23   his work?

24             THE PROSPECTIVE JUROR:  No.

25             THE COURT:  No.  Okay.  Do you think that would

```
 1    impact your ability to hear this case fairly?

 2              THE PROSPECTIVE JUROR:  No.

 3              THE COURT:  Okay.  You answered yes to

 4    Question No. 22, which is you, a member of your family, or

 5    close friend has ever been the victim of or a witness to a

 6    crime.

 7              THE PROSPECTIVE JUROR:  I was robbed --

 8              THE COURT:  Okay.

 9              THE PROSPECTIVE JUROR:  -- personally, so.

10              THE COURT:  How long ago was that?

11              THE PROSPECTIVE JUROR:  2021.

12              THE COURT:  2021.  In D.C.?

13              THE PROSPECTIVE JUROR:  Yes.

14              THE COURT:  Okay.

15              THE PROSPECTIVE JUROR:  It was a car robbery.

16              THE COURT:  Okay.  And -- meaning someone stole your

17    car?

18              THE PROSPECTIVE JUROR:  Yes.

19              THE COURT:  But not a carjacking?  Were you in the

20    car when they took it?

21              THE PROSPECTIVE JUROR:  Yes.  It would be a

22    carjacking, yes.

23              THE COURT:  All right.  And was the person

24    apprehended?

25              THE PROSPECTIVE JUROR:  No.
```

1          THE COURT:  No.  Okay.  So there wasn't a trial or

2     anything like that?

3          THE PROSPECTIVE JUROR:  No.

4          THE COURT:  Okay.  Do you think your experience in

5     that process that's part of the criminal justice process would

6     impact your ability to judge this case fairly?

7          THE PROSPECTIVE JUROR:  No.

8          THE COURT:  No.  Okay.  All right.

9       Ms. Fish, do you have follow-up questions?

10         MS. FISH:  Briefly, Your Honor.

11         THE COURT:  Sure.

12         MS. FISH:  Good morning, Ms. ███████.

13         THE PROSPECTIVE JUROR:  Hello.

14         MS. FISH:  I wanted to follow up with the news

15     coverage you've watched.  Can you describe what you've seen on

16     the news; what kind of videos or images you've seen in the

17     coverage of January 6th.

18         THE PROSPECTIVE JUROR:  Sure.  So I would say some of

19     the stuff I saw were, like, the time where they were inside of

20     the building and some people, like, jumping over fences.  Some

21     images of people in certain -- in certain rooms and just --

22     that was the crux of the information.

23         MS. FISH:  Did you have a personal or emotional

24     reaction to seeing that footage?

25         THE PROSPECTIVE JUROR:  I thought it was pretty

1    intense to see, in general.  That would be -- like, the

2    highlight of, kind of, my feeling is, like, wow.

3            MS. FISH:  Do you still feel that way about events,

4    as you understand them, from January 6th?

5            THE PROSPECTIVE JUROR:  So from my perspective, I've

6    seen that this has taken place in other places as well around

7    the world.  So as wild as that is, it's not the only place --

8    not the only people that are prone to this.  And there's, I

9    would say, a multitude of reasons why people might have felt

10   the need, if that makes sense.

11           MS. FISH:  And do you feel like you have an

12   understanding of what most people who were present at that

13   event were up to or intended or --

14           THE PROSPECTIVE JUROR:  I can't read people's minds.

15           MS. FISH:  Okay.  And is that news coverage something

16   you still follow to this day?

17           THE PROSPECTIVE JUROR:  No.

18           MS. FISH:  You did mention -- and I'm not sure if

19   this is just me mishearing it.  But I thought you mentioned you

20   didn't watching a sentencing hearing but did watch something

21   else.  Can you tell me what you mean by that.

22           THE PROSPECTIVE JUROR:  Oh, no.  I was trying to say

23   I've watched the news.  But once it got to, like, the

24   committee -- is it the -- that hearing, I did not watch any of

25   those.

```
 1                    MS. FISH:  Okay.  Thank you, Ms. ███████.

 2                    THE COURT:  Okay.  Mr. Valentini?

 3                    MR. VALENTINI:  Good morning, Ms. ██████.

 4                    THE PROSPECTIVE JUROR:  Good morning.

 5                    MR. VALENTINI:  I just wanted to follow up on your

 6       answer to Question 22.  You mentioned that you were a victim of

 7       a carjacking recently.

 8                    THE PROSPECTIVE JUROR:  Yes.

 9                    MR. VALENTINI:  I'm sorry to hear that.

10              You also mentioned that the -- no one was apprehended in

11       connection with that.

12                    THE PROSPECTIVE JUROR:  Yes.  So the person had,

13       like, a mask.  They had a hoodie.  They had gloves.  They,

14       like, knocked on my window with a gun.  So there wasn't much to

15       go off of.  And carjackings, unfortunately, in D.C. have gone

16       up, from what I've been informed.  And so my car was stolen,

17       but I wasn't hurt so -- so a silver lining, I guess.

18                    MR. VALENTINI:  I'm glad you were not hurt.

19              Did you have -- did you interact with the police as part

20       of the investigation into the carjacking?

21                    THE PROSPECTIVE JUROR:  Oh, yeah.

22                    MR. VALENTINI:  And how would you describe your

23       interaction with the police?

24                    THE PROSPECTIVE JUROR:  They asked a series of

25       questions to try to find out.  They informed me this has been
```

1   happening in areas, especially in D.C., more frequently; that

2   they will do the best that they can, of course, like, looking

3   into it.  I believe they even had a detective that looked into

4   it, but there was no individual that was apprehended.  So that

5   was the crux of everything.

6          MR. VALENTINI:  And do you feel you're satisfied with

7   what the police did or tried to do to apprehend the culprit in

8   this circumstance?

9          THE PROSPECTIVE JUROR:  Yeah, I believe they did the

10  best they could.  There wasn't much for them to go off of, and

11  I didn't have much.  I was in shock.  So that was -- yeah,

12  I'm -- it's also a physical item.  So it'll be okay.

13         MR. VALENTINI:  Understood.  Thank you very much.

14  And, again, sorry to hear about your experience.

15         THE PROSPECTIVE JUROR:  Thank you.

16         THE COURT:  Let me ask you one follow-up question

17  about what videos you've seen about January 6th.  For example,

18  you said you've seen videos of people jumping over fences and

19  that sort of thing.  Obviously, there were thousands of people

20  there, and everyone behaves somewhat differently.  So would you

21  be able to decide this case based on the facts presented in

22  this courtroom about Mr. Rhine and -- and the law as I present

23  it to you rather than anything you've seen in the past?

24         THE PROSPECTIVE JUROR:  Yeah, I believe I can be --

25  is impartial the term?

```
 1                    THE COURT:  Yes.

 2                    THE PROSPECTIVE JUROR:  I believe I can be impartial

 3      in this case.

 4                    THE COURT:  All right.  Thank you.  Ms. Johnson.

 5                    THE COURTROOM DEPUTY:  Do you want her to step down

 6      or --

 7                    THE COURT:  Yeah, take her back.

 8                    (REPORTER'S NOTE:  Juror 0451 left.)

 9                    THE COURT:  Any strikes for cause for her?

10                    MR. VALENTINI:  Not from the government.

11                    MS. FISH:  No, Your Honor.

12                    THE COURT:  Okay.

13               Next one, 2005.

14                    (REPORTER'S NOTE:  Juror 2005 enters.)

15                    THE COURTROOM DEPUTY:  Juror 2005.  Sir, you can

16      please have a seat.

17                    THE COURT:  Good morning.

18                    THE PROSPECTIVE JUROR:  Good morning.

19                    THE COURT:  So this is Juror 2005.  Mr. ████; is

20      that correct?

21                    THE PROSPECTIVE JUROR:  Correct.

22                    THE COURT:  Okay.  You answered yes to the question

23      about whether you, any member of your immediate family, or

24      close friend has received legal training or worked as an

25      attorney.
```

```
 1                THE PROSPECTIVE JUROR:  I work with a law firm.  I'm

 2      not an attorney, but I work for a law firm.

 3                THE COURT:  Okay.  Tell us what you do there.

 4                THE PROSPECTIVE JUROR:  I'm a senior document

 5      specialist with Blank Rome, and I work mainly with intellectual

 6      property; patents, trademarks, and copyrights.

 7                THE COURT:  Okay.  Do you work in litigation at all?

 8                THE PROSPECTIVE JUROR:  No litigation.  Only the

 9      process side, yeah.

10                THE COURT:  Okay.  Ever worked in any capacity on

11      criminal law matters?

12                THE PROSPECTIVE JUROR:  No.

13                THE COURT:  No.  Okay.

14           You answered yes to Question No. 10, which is you or

15      someone close to you lives or works at or near the U.S. Capitol

16      Building.

17                THE PROSPECTIVE JUROR:  Yeah.  I have several friends

18      who live in the Capitol -- on the Capitol Hill neighborhood.

19                THE COURT:  Okay.  Were any of them directly affected

20      by the events of January 6th?

21                THE PROSPECTIVE JUROR:  No.

22                THE COURT:  No.

23                THE PROSPECTIVE JUROR:  No.

24                THE COURT:  Okay.  So would you say you had -- based

25      on their experiences, did you have an emotional reaction to
```

1      what happened on that day?

2                  THE PROSPECTIVE JUROR:  No.

3                  THE COURT:  Okay.  You answered Question No. 12 yes,

4      which is you have followed the news about the events that took

5      place at the U.S. Capitol on January 6th.

6                  THE PROSPECTIVE JUROR:  I just watch the news in the

7      morning.  So, yeah, whatever they're talking about, I usually

8      kind of tune in to.

9                  THE COURT:  How closely would you say you would

10     follow the events?

11                 THE PROSPECTIVE JUROR:  I usually -- usually listen

12     to the news at least every day in the mornings.

13                 THE COURT:  Okay.  So what news do you watch?

14                 THE PROSPECTIVE JUROR:  Usually, like, in the

15     mornings it's 7:00.

16                 THE COURT:  On one of the television stations or

17     radio or?

18                 THE PROSPECTIVE JUROR:  Usually on television.

19                 THE COURT:  Okay.

20                 THE PROSPECTIVE JUROR:  Yes.

21                 THE COURT:  And what station do you normally watch?

22                 THE PROSPECTIVE JUROR:  I usually flip between

23     different ones.  But usually CBS is usually the one I watch,

24     yeah.

25                 THE COURT:  Have you ever watched any documentaries

1    on January 6th?

2              THE PROSPECTIVE JUROR:  No, I have not.

3              THE COURT:  When the House of Representatives had

4    their committee investigating January 6th, did you watch any of

5    those hearings?

6              THE PROSPECTIVE JUROR:  I watched some of them, not

7    all of them.

8              THE COURT:  Okay.  Did you watch -- the ones you did

9    watch, did you watch them all the way through or just parts of

10   it?

11             THE PROSPECTIVE JUROR:  The ones I did watch, I did

12   watch it through to completion.

13             THE COURT:  And how many of them would you say you

14   watched?

15             THE PROSPECTIVE JUROR:  Maybe four or five of them.

16             THE COURT:  Okay.  All right.  And you think -- both

17   with the media and the hearings that you watched, you think you

18   would be able to listen to the evidence presented in this

19   courtroom and base your decisions on that, rather than what you

20   have seen in the media?

21             THE PROSPECTIVE JUROR:  I do.

22             THE COURT:  Okay.

23             THE PROSPECTIVE JUROR:  Yes.

24             THE COURT:  All right.  If you -- you've answered yes

25   to Question No. 22, which is whether you, close friend, or

1     family member has been the victim of or witness to a crime.

2              THE PROSPECTIVE JUROR:  I have been a victim of a

3     crime.

4              THE COURT:  Okay.  What was the crime and how long

5     ago was that?

6              THE PROSPECTIVE JUROR:  I was stabbed 25 times, and

7     that was back in 1989.

8              THE COURT:  Okay.  And was the person apprehended?

9              THE PROSPECTIVE JUROR:  Not to my knowledge.

10             THE COURT:  Okay.  Was that in D.C. or someplace

11    else?

12             THE PROSPECTIVE JUROR:  That was in D.C., yes.

13             THE COURT:  Okay.  Did you -- as a result of that

14    crime, I assume you had interactions with the police?

15             THE PROSPECTIVE JUROR:  Yes.

16             THE COURT:  Okay.  Did you feel that they treated you

17    fairly?

18             THE PROSPECTIVE JUROR:  Yes.

19             THE COURT:  Okay.  But, obviously, the person was

20    never apprehended; so there was never a trial or anything like

21    that?

22             THE PROSPECTIVE JUROR:  Correct.

23             THE COURT:  Okay.  All right.  You also answered yes

24    to Question No. 21, which is if you, a member of your immediate

25    family, a close friend has ever been arrested for or charged

1    with or convicted of a crime other than traffic violations.

2                THE PROSPECTIVE JUROR:  Yes.

3                THE COURT:  Tell us about that.

4                THE PROSPECTIVE JUROR:  I've had cousins that have

5    been arrested for criminal charges before.

6                THE COURT:  Okay.  In D.C.?

7                THE PROSPECTIVE JUROR:  I think some have been in

8    D.C., but not all.

9                THE COURT:  Okay.  Did you have a sense as to whether

10    you've -- they were treated fairly in those processes?

11                THE PROSPECTIVE JUROR:  From what I knew and was

12    exposed to knowledge of, I feel that they were.

13                THE COURT:  All right.  Ms. Fish?

14                MS. FISH:  Thank you.

15           Good morning, Mr. ██████.

16                THE PROSPECTIVE JUROR:  Good morning.

17                MS. FISH:  I just wanted to follow up with you a

18    little bit about the hearings, the media that you've watched

19    or listened to regarding January 6th.  Can you tell me a

20    little bit about what videos or images you saw in the news

21    coverage.

22                THE PROSPECTIVE JUROR:  I mean, the people that were

23    testifying, I watched them.  Of course, they did play some of

24    the recordings from January 6th, from the videos.

25                MS. FISH:  Can you tell us what you saw on those

 1    videos.

 2              THE PROSPECTIVE JUROR:  I mean, I saw some of the

 3    video where Donald Trump was giving a speech and some of the

 4    follow-up video footage where the people were at the

 5    Capitol Building, and some of the fighting back and forth I've

 6    seen.

 7              MS. FISH:  And when you say "the fighting," do

 8    you mean, like, protesters and police, or who did you see

 9    fighting?

10              THE PROSPECTIVE JUROR:  Both protesters and police.

11              MS. FISH:  What was your emotional or personal

12    reaction to seeing that?

13              THE PROSPECTIVE JUROR:  It was surprising and

14    shocking to see that that was actually happening, actually.

15              MS. FISH:  Did it cause you to be fearful at all?

16              THE PROSPECTIVE JUROR:  I guess a little bit, I would

17    suppose.  But it was very, very shocking.  Very, very

18    unbelievable.

19              MS. FISH:  And you indicate you still watch the news

20    every morning or listen to the news every morning.

21              THE PROSPECTIVE JUROR:  Usually, yeah.

22              MS. FISH:  Do you still hear or see coverage about

23    what happened on January 6th?

24              THE PROSPECTIVE JUROR:  If it's the subject that

25    they're covering during that time, yes.

```
1              MS. FISH:  What are your feelings today about what
2     happened on January 6th?
3              THE PROSPECTIVE JUROR:  I mean, I still --
4     unbelievable and hard to believe it actually happened.  Other
5     than that, I don't know what more to say about it.
6              MS. FISH:  Do you feel you have a good understanding
7     of what happened that day from all that you've watched?
8              THE PROSPECTIVE JUROR:  I believe so, yes.
9              MS. FISH:  Do you feel that you have a good
10    understanding of what the majority of people present at that
11    protest were doing?
12             THE PROSPECTIVE JUROR:  I believe so.
13             MS. FISH:  And that's -- you know, you've been
14    watching this news coverage since 2021; is that right?
15             THE PROSPECTIVE JUROR:  Correct.
16             MS. FISH:  For a couple years now?
17             THE PROSPECTIVE JUROR:  Yes.
18             MS. FISH:  Is your understanding of what happened on
19    January 6th likely to change in the next week?
20             THE PROSPECTIVE JUROR:  I don't believe so, but I
21    guess it all depends on whatever information comes forth.
22             MS. FISH:  Thank you, Mr. ██████.
23             THE PROSPECTIVE JUROR:  You're welcome.
24             MR. VALENTINI:  Good morning, Mr. ██████.
25             THE PROSPECTIVE JUROR:  Good morning.
```

1          MR. VALENTINI:  You said a moment ago that you felt

2     surprised and you felt it was unbelievable when you watched

3     some of the coverage of January 6th.

4          THE PROSPECTIVE JUROR:  Uh-huh.

5          MR. VALENTINI:  My question for you is, as the

6     Court mentioned before, if you're selected as a juror, the

7     Court would instruct you that you have to base your decision in

8     this case based only on the evidence that you hear and you

9     watch in this courtroom.  Do you believe that you'd be able to

10    do that?

11         THE PROSPECTIVE JUROR:  I do believe I would be able

12    to do that, yes.

13         MR. VALENTINI:  No further questions.

14         THE COURT:  All right.  So you talked about watching

15    some videos about individuals fighting with police.  Obviously,

16    there were thousands of people there.  Not everyone fought with

17    police.

18         THE PROSPECTIVE JUROR:  Yes.

19         THE COURT:  So would you be able to listen to the

20    testimony in this case about what Mr. Rhine is alleged to have

21    done and base your decisions on that regardless of what you've

22    seen involving others that day?

23         THE PROSPECTIVE JUROR:  Yes.

24         THE COURT:  Okay.  All right.  Thank you.

25         (REPORTER'S NOTE:  Juror 2005 left.)

1          THE COURT:  Any motions to strike for cause?

2          MS. FISH:  Yes, Your Honor.  I would move to strike

3  Mr. ████ for cause.  He stated that he's watched quite a lot

4  of coverage, daily news, as well as four or five full

5  congressional hearings that included testimony, videos,

6  et cetera.  He saw some significant violence.

7          He indicated he does believe he knows what the majority

8  of people at the protest were doing.  He indicated he does

9  believe he knows what happened that day and that is not likely

10 to change during the course of this trial.  So I do think,

11 despite his best efforts -- and I believe he's sincere in his

12 efforts -- but that he knows so much about the subject matter

13 and has followed it so intensely that his -- his beliefs are

14 likely to come into the jury room and make it difficult for him

15 to be impartial.

16          THE COURT:  All right.  Mr. Valentini.

17          MR. VALENTINI:  Your Honor, the government opposes

18 striking Mr. ████ for cause.  Mr. ████ has had some

19 exposure, has watched some videos.  He has some understanding

20 of the events of January 6th.  That is not surprising.  But it

21 is also not the standard for striking a juror for cause.

22          It was crystal clear, when asked, that he would be able

23 to put aside whatever information he has coming into the

24 courtroom with today, if selected as a juror, and base his

25 decision in the jury room based exclusively on the evidence

1  that he will hear and watch in this courtroom.  So we oppose

2  striking Mr. ████ for cause.

3          THE COURT:  All right.  The motion is denied.  So he

4  will not be struck for cause.

5          The person is not automatically rendered unqualified to

6  serve as a juror merely because he has been exposed to media

7  coverage of the charged crime.  The issue becomes whether

8  exposure to media publicity will preclude the individual from

9  returning a verdict based solely on the person's application of

10  the law as stated to the evidence presented.  And the defendant

11  was clear that he could do that.

12          All right.

13          THE COURTROOM DEPUTY:  Ready for the next?

14          THE COURT:  Yes.

15          (REPORTER'S NOTE:  Juror 1512 enters.)

16          THE COURTROOM DEPUTY:  This is Juror No. 1512.

17          THE COURT:  Good morning.

18          THE PROSPECTIVE JUROR:  Hello.

19          THE COURT:  So this is Juror 1512.  Ms. ████; is

20  that correct?

21          THE PROSPECTIVE JUROR:  Yes.

22          THE COURT:  Okay.  So you answered yes to the

23  question about whether you follow the news about the events

24  that took place at the U.S. Capitol on January 6th.

25          THE PROSPECTIVE JUROR:  Yes.

1      THE COURT:  Tell us what you have watched in that

2  respect.

3      THE PROSPECTIVE JUROR:  I watched it live, the day it

4  was happening on TV, and then I saw news articles and just

5  stuff posted, like, on my Facebook feed or Instagram.  I

6  wouldn't say I actively looked for them.  They just showed up

7  from other people posting on stuff like that.

8      THE COURT:  Okay.  So when you say you watched it

9  on the day of January 6th, were you, like, glued to the

10  television set or did you just occasionally check on what was

11  going on?

12      THE PROSPECTIVE JUROR:  I turned the TV on, and I was

13  working at the same time.

14      THE COURT:  So you just looked up when -- whenever

15  something seemed to be happening?

16      THE PROSPECTIVE JUROR:  Yeah.

17      THE COURT:  Okay.  Okay.  Did you watch the -- the

18  U.S. House of Representatives had committee hearings on

19  January 6th.  Did you watch any of those hearings?

20      THE PROSPECTIVE JUROR:  No.

21      THE COURT:  There's been a handful of documentaries

22  made about that day.  Have you watched any of those?

23      THE PROSPECTIVE JUROR:  No.

24      THE COURT:  No.  Okay.  Do you think that based on

25  what you've seen in the media -- both on that day and what

1    you've seen since, do you think it would prohibit you from

2    being able to judge this case based on the evidence presented

3    in this courtroom and following the legal instructions I

4    provide?

5            THE PROSPECTIVE JUROR:  No, I don't think so.

6            THE COURT:  Okay.  All right.  Ms. Fish.

7            MS. FISH:  Thank you.

8        Ms. ██████, I wanted to follow up a little bit about the

9    news coverage you've watched.  So you indicated on January 6th

10   you watched live.

11           THE PROSPECTIVE JUROR:  Uh-huh.

12           MS. FISH:  You said you watched while you were

13   working?

14           THE PROSPECTIVE JUROR:  Yes.

15           MS. FISH:  Do you typically watch TV while working?

16           THE PROSPECTIVE JUROR:  No.

17           MS. FISH:  Why did you want to keep that on that day?

18           THE PROSPECTIVE JUROR:  I heard that something was

19   happening at the Capitol.  I wanted to see what was going on

20   and what everyone was seeing.

21           MS. FISH:  And do you live and work here in

22   Washington, D.C.?

23           THE PROSPECTIVE JUROR:  Yes.

24           MS. FISH:  Do you remember what emotions you felt

25   while watching that coverage on January 6th?

1          THE PROSPECTIVE JUROR:  I was a bit shocked.  I've

2    never seen something like that happen before.  Intrigued.

3          MS. FISH:  Can you tell us some of the things you saw

4    on the news.

5          THE PROSPECTIVE JUROR:  I think when I first turned

6    it on, I -- there wasn't much action happening.  It was just

7    showing people on the streets near the Capitol.  But then I do

8    remember watching the scenes of people climbing up the Capitol

9    walls and stuff like that.

10         MS. FISH:  Did you witness any violence in the videos

11   you watched?

12         THE PROSPECTIVE JUROR:  No, I don't think I saw any

13   violence.

14         MS. FISH:  And you said you were shocked that was

15   happening?

16         THE PROSPECTIVE JUROR:  Yeah.

17         MS. FISH:  Did you have any feelings of fear?

18         THE PROSPECTIVE JUROR:  No.  I wasn't there.

19         MS. FISH:  And you also mentioned that you see this

20   come up in Facebook or Instagram.  Can you share just an

21   example or description of the type of thing you see come up.

22         THE PROSPECTIVE JUROR:  Just other people posting

23   articles on Facebook.  I typically read the headline, don't

24   typically click on them to read them.  Maybe I've read one

25   article at most about what happened.  But, yeah, I typically

1    just see headlines scrolling through Facebook or Instagram,

2    something like that.

3            MS. FISH:  Do you feel, particularly from watching

4    footage on the day of, you have a good understanding of what

5    happened on January 6th?

6            THE PROSPECTIVE JUROR:  I have some understanding of.

7    I wouldn't say a great understanding.

8            MS. FISH:  Do you feel that you know what most people

9    who attended that protest were -- were doing that day?

10           THE PROSPECTIVE JUROR:  Do I feel like I know what

11   most people were doing?  Vaguely.

12           MS. FISH:  Thank you.

13           THE PROSPECTIVE JUROR:  Yep.

14           MR. VALENTINI:  No questions from the government,

15   Your Honor.

16           THE COURT:  Okay.  So you had mentioned that you had

17   seen videos of people, like, scaling walls and that sort of

18   thing.  Obviously, there were thousands of people there that

19   day and not everyone did the same thing.  Do you think you

20   would be able to judge this case based on the facts presented

21   in this courtroom, no matter what Mr. Rhine was alleged to have

22   done?

23           THE PROSPECTIVE JUROR:  Yes.

24           THE COURT:  Okay.  Thank you.

25           (REPORTER'S NOTE:  Juror 1512 left.)

```
 1              THE COURT:  Anyone move to strike her for cause?

 2              MS. FISH:  No, Your Honor.

 3              MR. VALENTINI:  No, Your Honor.

 4              THE COURT:  All right.  Thank you.

 5         So this next juror is one that has put down yes to

 6    Question 1, which is the inconvenience or special problem.  So

 7    if, as we're going through, the two of you make eye contact

 8    with each other and decide that, yes, we can save some time,

 9    if you guys could cut it off.

10              MS. FISH:  Certainly, Your Honor.

11              THE COURT:  Okay.

12              MR. VALENTINI:  Harder with masks.  We'll try.

13              THE COURT:  Okay.

14              (REPORTER'S NOTE:  Juror 0215 enters.)

15              THE COURTROOM DEPUTY:  This is Juror 0215.

16              THE COURT:  Good morning.

17              THE PROSPECTIVE JUROR:  Good morning.

18              THE COURT:  So this is Juror 0215.  Ms. ████████; is

19    that correct?

20              THE PROSPECTIVE JUROR:  Yes.  Yes.

21              THE COURT:  Okay.  So you answered yes to

22    Question No. 1, which is the -- a case going four to six days

23    or going from 10:00 to 5:30 would create a special problem for

24    you.

25              THE PROSPECTIVE JUROR:  Only because I have a
```

1    daughter that goes -- that gets out of school at 3:30 and her

2    aftercare ends at 6:00.  So I have to be there at 6:00 on the

3    dot.

4              THE COURT:  Okay.  And how much time would it take if

5    we were -- you were released from here at 5:30?  How much time

6    would it take you to get there?

7              THE PROSPECTIVE JUROR:  I'm not familiar with --

8              THE COURT:  If you're released here at 5:30, do you

9    think you could get there by 6:00?

10             THE PROSPECTIVE JUROR:  At 5:30, I'm not sure.  This

11   is my first time coming into downtown earlier.  But she's in

12   D.C. over off of South Capitol Street.  So I'm not sure the

13   distance with that, but -- and then I have to take

14   transportation to get there.

15             THE COURT:  Uh-huh.

16             THE PROSPECTIVE JUROR:  Yeah.  Metro.  I'm not sure

17   what -- that part right there.

18             THE COURT:  Okay.  All right.  You also answered yes

19   to Question No. 8, which is if you have a special disability or

20   problem, such as with your sight, hearing, or staying awake --

21             THE PROSPECTIVE JUROR:  Yeah.

22             THE COURT:  -- or medication.

23             THE PROSPECTIVE JUROR:  Yes.  So right now I just --

24   I'm in recovery.  I'm having retina dis- -- detachment with my

25   right eye.  So I'm still going through the healing process with

1    that, which -- like, I have a contact in the left eye.  But I

2    still can't put nothing in this eye yet, which hinders with me

3    with seeing sharpness with this eye.  And distance too.  So

4    the -- I'm on medication for it.  It's a journey with this.

5                 THE COURT:  Okay.

6                 THE PROSPECTIVE JUROR:  It's a process.

7                 THE COURT:  So some of the evidence in this case is

8    going to be video evidence.  Do you -- do you think you might

9    have a problem with seeing that?

10               THE PROSPECTIVE JUROR:  So the -- depending on, like,

11   how close it would be to me.  Like, where I was sitting at over

12   there, it was kind of hard to make out everybody.  Like, I can

13   see you-all, but the sharpness and clearness was kind of hard

14   to make out.  Even with, like, words -- even with, like, words,

15   like reading and stuff, it would have to be, like, up on me for

16   me to -- until this is completely healed, yeah.

17               THE COURT:  All right.  Thank you.

18               THE PROSPECTIVE JUROR:  Yeah.

19               THE COURT:  Thank you.

20         Tanya.

21         (REPORTER'S NOTE:  Juror 0215 left.)

22               THE COURT:  I take it from your body movements that

23   everyone is in agreement that she should be excused for cause?

24               MS. FISH:  Yes, Your Honor, I think particularly

25   given the evidence in this case, that would be appropriate.

```
1              MR. VALENTINI:  Yes.  I agree, Your Honor.

2              THE COURT:  All right.  So we'll strike her for

3    cause.

4              THE COURTROOM DEPUTY:  I can release her at this

5    point?

6              THE COURT:  Does anyone have any opposition to

7    releasing her at this point?

8              MS. FISH:  No, Your Honor.

9              MR. VALENTINI:  No, Your Honor.

10             (REPORTER'S NOTE:  Juror 1952 enters.)

11             THE COURTROOM DEPUTY:  Juror No. 1952.

12             THE COURT:  Good morning.

13             THE PROSPECTIVE JUROR:  Good morning.

14             THE COURT:  So this is Juror 1952, Ms. ███.  Is that

15   how you say it?

16             THE PROSPECTIVE JUROR:  Yeah.

17             THE COURT:  You answered yes to the question about

18   previous jury service.

19             THE PROSPECTIVE JUROR:  Yes.

20             THE COURT:  Tell us about that.

21             THE PROSPECTIVE JUROR:  I served as a juror in a

22   criminal case about a few years ago.

23             THE COURT:  Over in Superior Court or in this court?

24             THE PROSPECTIVE JUROR:  Not this court.

25             THE COURT:  Okay.  So across the street, probably?
```

1           THE PROSPECTIVE JUROR:  Yeah.

2           THE COURT:  In D.C.?

3           THE PROSPECTIVE JUROR:  Yes, in D.C.

4           THE COURT:  Okay.  What kind of case was it?

5           THE PROSPECTIVE JUROR:  The defendant had -- it was a

6   case where he, like, assaulted a police officer.

7           THE COURT:  Okay.

8           THE PROSPECTIVE JUROR:  And had, like, a concealed

9   weapon.

10          THE COURT:  Okay.

11          THE PROSPECTIVE JUROR:  Those were the charges, I

12  believe.

13          THE COURT:  Okay.  And was the jury able to reach a

14  verdict in that case?

15          THE PROSPECTIVE JUROR:  Yes.

16          THE COURT:  Okay.  And anything about your

17  experiences with that case or the criminal justice process that

18  took place there, do you think, would impact how you view this

19  case?

20          THE PROSPECTIVE JUROR:  No.

21          THE COURT:  No.  Okay.

22      You answered yes to Question 12, which is the one about

23  following the news about the events that took place at the

24  Capitol on January 6th.

25          THE PROSPECTIVE JUROR:  Correct.

1          THE COURT:  Tell us the extent of how closely

2    you've -- you've followed it.

3          THE PROSPECTIVE JUROR:  I mean, for my job, I

4    regularly have to just keep abreast of just news and CNN.  So

5    like any other day, I was just watching the coverage and just

6    updates that would come in as I was just keeping up with the

7    news.

8          THE COURT:  On that particular day or since then

9    or --

10         THE PROSPECTIVE JUROR:  On the day mostly.  And then

11   following -- you know, just updates from seeing on social media

12   and whatnot, I would keep up to date on just general

13   happenings.

14         THE COURT:  Okay.  So you indicated on your card,

15   which is the response to another question, that you work at the

16   Department of Homeland Security.

17         THE PROSPECTIVE JUROR:  I do.

18         THE COURT:  What is your role there?

19         THE PROSPECTIVE JUROR:  I'm a social media director.

20         THE COURT:  Social media director.  So were you

21   putting out information on behalf of DHS on that -- on

22   January 6th?

23         THE PROSPECTIVE JUROR:  No, not at that time.  I

24   didn't work there at that time.  It was a previous job that I

25   was just keeping up to date with things.

1          THE COURT:  Okay.  Yeah.  And what was that previous

2     job?

3          THE PROSPECTIVE JUROR:  I worked at a think tank

4     called the German Marshall Fund.

5          THE COURT:  And what does that think tank focus on?

6          THE PROSPECTIVE JUROR:  U.S. and European relations.

7          THE COURT:  Okay.  All right.  And when did you start

8     at DHS?

9          THE PROSPECTIVE JUROR:  August of 2022.

10          THE COURT:  Okay.  And as part of the -- the group

11     that deals with social media for DHS, have you been part of

12     putting out information on behalf of DHS concerning

13     January 6th?

14          THE PROSPECTIVE JUROR:  No, I have not.

15          THE COURT:  Okay.  So as far as the media, you have

16     watched about DHS -- I mean, about January 6th.  Have you --

17     you said you watched it on the day of January 6th?

18          THE PROSPECTIVE JUROR:  Yes.

19          THE COURT:  Okay.  Were you working on that day?

20          THE PROSPECTIVE JUROR:  I was working from home.  So

21     just hearing things going on, I turned on my television and was

22     just watching everything that was happening.  I was just

23     working from home that day, so I had access to my television.

24     So I was just watching.

25          THE COURT:  Okay.  And were -- did you -- I mean,

```
1    would you categorize yourself as being glued to the TV, or did

2    you also do your work?

3              THE PROSPECTIVE JUROR:  Doing work and watching here

4    and there.  Like, I had it on in the background.

5              THE COURT:  Okay.  And since that day, how closely

6    would you say you have followed the news concerning

7    January 6th?

8              THE PROSPECTIVE JUROR:  I wouldn't say closely.

9              THE COURT:  Okay.

10             THE PROSPECTIVE JUROR:  I think when -- when things

11   are widely reported, I hear about them, just based on my news

12   consumption.

13             THE COURT:  Okay.  But you don't seek out

14   information?

15             THE PROSPECTIVE JUROR:  No.

16             THE COURT:  Okay.  When the House had its committee

17   hearings on January 6th, did you watch any of those?

18             THE PROSPECTIVE JUROR:  Here and there.

19             THE COURT:  Okay.

20             THE PROSPECTIVE JUROR:  Kind of the same thing.  On

21   in the background while I'm working.  That's generally how I

22   work.  I just have news in the background when I work from

23   home.

24             THE COURT:  So you're talking about the ones that

25   took place during the day?
```

1          THE PROSPECTIVE JUROR:  Yeah.

2          THE COURT:  Did you watch any of the ones that took

3     place at night?

4          THE PROSPECTIVE JUROR:  Not that I recall, no.

5          THE COURT:  And you said you would watch them, but in

6     the background while you did work?

7          THE PROSPECTIVE JUROR:  Yeah.

8          THE COURT:  Okay.  There's been a handful of

9     documentaries on January 6th.  Have you watched any of those?

10          THE PROSPECTIVE JUROR:  No.

11          THE COURT:  No.  Okay.  So you answered yes to

12     Question 20 about the -- you or close friends or family members

13     being in law enforcement.  And we've already talked a little

14     bit about your work at DHS.  Do you think the work you do --

15     well, first, let me ask you this question:  Is that the only

16     reason you answered yes to this question?

17          THE PROSPECTIVE JUROR:  Yes.

18          THE COURT:  Okay.  Do you think that the work you do

19     at DHS would impact one way or the other the way you view the

20     facts as presented in this courtroom?

21          THE PROSPECTIVE JUROR:  No, I don't think so.

22          THE COURT:  Okay.  All right.  Ms. Fish?

23          MS. FISH:  Good morning, Ms. ███.

24          THE PROSPECTIVE JUROR:  Good morning.

25          MS. FISH:  I wanted to follow up a little bit about

1      your work.

2                  THE PROSPECTIVE JUROR:  Sure.

3                  MS. FISH:  Am I correct that the Secret Service is

4      part of -- is under the DHS umbrella?

5                  THE PROSPECTIVE JUROR:  That's -- that's correct.

6                  MS. FISH:  And the National Guard as well?

7                  THE PROSPECTIVE JUROR:  No.

8                  MS. FISH:  No.  They're part of the Department of

9      Defense?

10                 THE PROSPECTIVE JUROR:  Yeah.  I believe the

11     Coast Guard, maybe, is what you're --

12                 MS. FISH:  And you said you're the social media

13     director?

14                 THE PROSPECTIVE JUROR:  Correct.

15                 MS. FISH:  So is part of your job making sure that

16     the full department has a good public image?

17                 THE PROSPECTIVE JUROR:  Correct.

18                 MS. FISH:  And there's been some criticism of law

19     enforcement and how they responded on January 6th.  Would you

20     agree with that?

21                 THE PROSPECTIVE JUROR:  Criticism by?

22                 MS. FISH:  Of how law enforcement responded.

23                 THE PROSPECTIVE JUROR:  Sure, I would agree with

24     that.

25                 MS. FISH:  Did part of your job involve trying to

1   improve the department's -- the Secret Service's image after

2   that?

3           THE PROSPECTIVE JUROR:  No.  I wasn't working there

4   at that time.

5           MS. FISH:  Okay.  And you said you previously worked

6   for a think tank --

7           THE PROSPECTIVE JUROR:  Correct.

8           MS. FISH:  -- that discusses European and U.S.

9   relations?

10          THE PROSPECTIVE JUROR:  Correct.

11          MS. FISH:  And as part of that job you needed to be

12  up to date on what was happening on January 6th?

13          THE PROSPECTIVE JUROR:  Not directly, but just

14  being aware of news events because I'm working for public

15  affairs.  It's just kind of the nature of the beast.  Like, I

16  just have to be in tune with what's happening, just because I

17  have to be, and I'm always on social media because that's kind

18  of my role.

19          MS. FISH:  Is it fair to say that you're probably

20  more caught up on the news than most of your friends and

21  family?

22          THE PROSPECTIVE JUROR:  No, I wouldn't say so.

23          MS. FISH:  Even though it's part of your job?

24          THE PROSPECTIVE JUROR:  I have very active friends

25  that --

1      MS. FISH:  How about the rest of this courtroom.

2      THE PROSPECTIVE JUROR:  I don't know you-all so I

3    wouldn't be able to --

4      MS. FISH:  Could you describe a little bit what you

5    actually watched on the news when you watched those

6    congressional hearings.  And when you watched the news on

7    January 6th, what kind of videos or images did you see?

8      THE PROSPECTIVE JUROR:  I believe I was watching CNN

9    and just -- just general screaming of what was happening and

10   just people getting into the Capitol and just general footage

11   of what was -- what was happening on the ground.  I saw mostly

12   all of that.

13     MS. FISH:  Did you see any violence on that footage?

14     THE PROSPECTIVE JUROR:  Probably, like, tear gas and

15   pushing, things of that nature, yeah.

16     MS. FISH:  Do you remember what your kind of personal

17   or emotional reaction was to that?

18     THE PROSPECTIVE JUROR:  Shocked, I guess.

19     MS. FISH:  Yeah.  Did you remember feeling any fear?

20     THE PROSPECTIVE JUROR:  Fear?  No, not exactly.

21     MS. FISH:  Do you feel like you have a good

22   understanding of what happened on January 6th?

23     THE PROSPECTIVE JUROR:  Could you, like, expound on

24   that.  What do you mean by that?

25     MS. FISH:  Sure.  Sure.  Do you feel like you

1   understand, for example, what the majority of the people that

2   attended that protest were doing?

3           THE PROSPECTIVE JUROR:  I guess so, yeah.

4           MS. FISH:  And that's from your, kind of, having been

5   watching this for two years?

6           THE PROSPECTIVE JUROR:  Uh-huh.  Yeah.

7           MS. FISH:  Do you feel like your understanding is

8   going to change in the next week?

9           THE PROSPECTIVE JUROR:  I mean, just being that we're

10   in a court of law, I would listen to evidence and decide from

11   there, as I would with --

12           MS. FISH:  Sure.  I guess I'm asking your

13   understanding of what happened.  Do you think that's going to

14   change in the next week?

15           THE PROSPECTIVE JUROR:  I guess I just -- I don't --

16   I don't know.  I guess it depends on what I hear.  It's hard to

17   know if I haven't heard what's being presented, so.

18           MS. FISH:  And I want to follow up a tiny bit more

19   about your job.  At the Department of Homeland Security,

20   there's other law enforcement agencies under that umbrella; is

21   that correct?

22           THE PROSPECTIVE JUROR:  Yeah.

23           MS. FISH:  Including, for example, border patrol?

24           THE PROSPECTIVE JUROR:  Yes.

25           MS. FISH:  ICE?

```
 1                THE PROSPECTIVE JUROR:  Yes.
 2                MS. FISH:  Do you work with people who would identify
 3        as law enforcement?
 4                THE PROSPECTIVE JUROR:  Not directly.  I mean, I
 5        mostly work with other public affairs professionals.  I
 6        don't work directly in the field with, like, officers, for
 7        example.
 8                MS. FISH:  But do you help put out stories about some
 9        things the officers do?
10                THE PROSPECTIVE JUROR:  Yeah.
11                MS. FISH:  Or to help, you know, share positive news
12        from these law enforcement departments?
13                THE PROSPECTIVE JUROR:  Yeah.
14                MS. FISH:  And that's part of your daily job?
15                THE PROSPECTIVE JUROR:  Yeah.
16                MS. FISH:  Thank you.
17                THE COURT:  Before he asks you questions, something
18        that's a little bit unclear to me.  Obviously, DHS is an
19        enormously big agency.  Do you have a specific portfolio that
20        you do social media for, or is it just DHS in general?
21                THE PROSPECTIVE JUROR:  I work at our headquarters;
22        so responsible for various rollouts, depending on what we have
23        going on, different messages that we're trying to put out.  And
24        I also liaise with our various components and uplifting stories
25        that they may have, rollouts they have going on.
```

```
1           It's -- it's a communications job.  So I kind of touch
2    everything in the various components that we have under DHS.
3    So I wouldn't say I have a specific portfolio because it's
4    public affairs.  It's just what falls on my lap and what needs
5    to get out there.
6           THE COURT:  Okay.  Thank you.
7       Mr. Valentini.
8           MR. VALENTINI:  Good morning, Ms. ████.
9           THE PROSPECTIVE JUROR:  Good morning.
10          MR. VALENTINI:  As part of your job at DHS, have you
11   been involved in responding to anything relating to
12   January 6th?
13          THE PROSPECTIVE JUROR:  No.
14          MR. VALENTINI:  And if you're selected as a juror in
15   this -- for this trial, I expect that the Court will instruct
16   you to decide the matter as the question's presented to you as
17   a juror based only on the evidence that you have heard in this
18   case.  And I expect you will also be instructed that you will
19   have to apply the law as directed by the Court.
20          Do you believe you will have any difficulty abiding by
21   those directions?
22          THE PROSPECTIVE JUROR:  No.
23          MR. VALENTINI:  And I also wanted to ask you with
24   respect to your prior jury service, you said that you served as
25   a juror in a criminal case.
```

```
1              THE PROSPECTIVE JUROR:  Uh-huh.

2              MR. VALENTINI:  Here in Superior Court?

3              THE PROSPECTIVE JUROR:  I can't recall which court

4    exactly.  I know it was a criminal case.

5              MR. VALENTINI:  You said a different court.  It's not

6    this court?

7              THE PROSPECTIVE JUROR:  It's a few years ago.  Sorry.

8    I don't have those specifics.

9              MR. VALENTINI:  And you mentioned that the case

10   involved an assault on a police officer and maybe a concealed

11   weapon?

12             THE PROSPECTIVE JUROR:  Yes.  Those are the -- the

13   alleged charge was the assault, but I don't think we ultimately

14   found that that person was guilty of the assault.

15             MR. VALENTINI:  I was going to ask you, you said the

16   jury was able to reach a unanimous verdict?

17             THE PROSPECTIVE JUROR:  Yes.  Correct.

18             MR. VALENTINI:  And what was that verdict?

19             THE PROSPECTIVE JUROR:  So the verdict was on the

20   concealed weapon.  So we agreed and found the person guilty of

21   the concealed weapon but not of the assault of the officer.

22             MR. VALENTINI:  Okay.  So you found him guilty of

23   possessing a concealed weapon?

24             THE PROSPECTIVE JUROR:  Yes.

25             MR. VALENTINI:  But not of assaulting the police
```

1    officer?

2              THE PROSPECTIVE JUROR:  Yes.  Yeah.  There was, like,

3    a struggle, I guess, to get the gun concealed.  I don't recall

4    exactly, yeah.

5              MR. VALENTINI:  Thank you very much.  No further

6    questions.

7              THE COURT:  Thank you.  All right.  Thank you.

8              THE PROSPECTIVE JUROR:  Thank you.

9              (REPORTER'S NOTE:  Juror 1952 left.)

10             THE COURT:  Any motions for cause?

11             MS. FISH:  Yes, Your Honor.  I do believe that

12   Ms. ████ job -- you know, she works in the same department as

13   witnesses who -- at least a witness who will appear in this

14   case for the government.  She works to message positively for

15   law enforcement agencies, including the Secret Service.

16             She indicated a very high level of media consumption.

17   So I do think that even with her best efforts, her -- her

18   personal work and experience would make it very difficult for

19   her to be impartial in this case.

20             MR. VALENTINI:  Your Honor, the government opposes

21   the motion.  Ms. ████ did not work at DHS as of January 6th.

22   She has not been involved in anything related to DHS.  DHS is,

23   of course, an enormous agency, as the Court noted just a minute

24   ago.  To grant a motion to strike based on the prospective

25   juror's current employment at DHS would amount to a de facto or

1    strike of anyone employed by DHS.

2              THE COURT:  Ms. Fish.

3              MS. FISH:  And, Your Honor, I will say I don't know

4    that that would be unreasonable, particularly given her job

5    title.  It's not as though she is in a role where she doesn't

6    need to, kind of, take the side of the law enforcement agencies

7    that she works with.  Her entire job is to present them in a

8    positive light, and I think it's very hard to turn that off.

9    And that's her job right now.  It's been her job for -- for at

10   least half a year.

11        So I do think, additionally, you know, some of her

12   literal co-workers are people who might been have at the

13   Capitol on January 6th.  One of the witnesses will be working

14   for the same agency.  I think, you know, equally, were I on a

15   case where one of the witnesses was a federal public defender,

16   a member of the judiciary, which is the department my office is

17   under, I probably would have a hard time being impartial no

18   matter what effort I made.  So I do think that it's appropriate

19   to strike her for cause.

20             THE COURT:  All right.  This is a close one, but I'm

21   going to give Ms. Fish the benefit of the doubt.  I think her

22   role is somewhat of advocacy, and that, in my mind, puts her

23   over the edge.  I don't think every -- I don't think every DHS

24   employee fits into that category.  But I'll go ahead and strike

25   her, and especially in light of the more limited strikes given

```
 1     that it's -- more limited peremptory strikes given that it's a

 2     misdemeanor.

 3                  THE COURTROOM DEPUTY:  So we're releasing her as

 4     well, Judge?

 5                  THE COURT:  Sure.

 6                  (REPORTER'S NOTE:  Juror 0232 enters.)

 7                  THE COURTROOM DEPUTY:  This is Juror No. 0232.

 8                  THE COURT:  Good morning.

 9                  THE PROSPECTIVE JUROR:  Good morning.

10                  THE COURT:  So this is Juror 0232.  Ms. ███████; is

11     that correct?

12                  THE PROSPECTIVE JUROR:  Correct.

13                  THE COURT:  Okay.  So you answered yes to

14     Question No. 1 about a possible inconvenience due to the trial.

15     And you wrote that your daughter's bar mitzvah --

16     bat mitzvah -- I'm sorry -- is April 29th.

17                  THE PROSPECTIVE JUROR:  Yeah.  It's in two weeks.

18     It's -- timing is not perfect, but it would have been better if

19     they picked me last week.

20                  THE COURT:  Okay.  But is there anything specifically

21     going on this week that --

22                  THE PROSPECTIVE JUROR:  Not this week, no.  Next week

23     things will be happening, but.

24                  THE COURT:  What will be happening?

25                  THE PROSPECTIVE JUROR:  People will be coming into
```

1    town and things like that.  But, really, it's not until closer

2    to the end of next week that I'll be really crazy busy.

3              THE COURT:  Okay.  So we don't expect this case to go

4    into the end of next week.  So would that be a problem?

5              THE PROSPECTIVE JUROR:  No.

6              THE COURT:  Okay.  All right.  You also answered yes

7    to the -- Question No. 5, if you have served as a juror in a

8    criminal or civil case in the past or grand jury.  You said you

9    served on a jury a few years ago.  Tell us about that.

10             THE PROSPECTIVE JUROR:  I was an alternate.  It was a

11   criminal case, and I -- it was a very short case.  It was like

12   a day trial, but I didn't get to deliberate at all because it

13   turned out I was an alternate, but.

14             THE COURT:  Do you recall what the nature of the

15   charges were?

16             THE PROSPECTIVE JUROR:  I think it was a gun charge,

17   but I don't remember exactly.

18             THE COURT:  Was it in this court or in

19   Superior Court?

20             THE PROSPECTIVE JUROR:  No, it was in the other

21   court.

22             THE COURT:  Okay.

23             THE PROSPECTIVE JUROR:  The one you usually go when

24   you get a jury summons.

25             THE COURT:  So you answered yes to the question about

1    following the news about the events on January 6th.

2              THE PROSPECTIVE JUROR:  Yes.

3              THE COURT:  Okay.  Tell us about that.

4              THE PROSPECTIVE JUROR:  I watched the committee

5    meetings on TV and followed it pretty closely during that time.

6    I haven't really followed it much since then, but.

7              THE COURT:  Okay.  So did you watch it on TV on the

8    day of?

9              THE PROSPECTIVE JUROR:  Oh, man.  I don't even

10   remember the answer to that question.  I'm not sure.

11             THE COURT:  All right.  So, obviously, you didn't see

12   anything on that day that really stuck with you?

13             THE PROSPECTIVE JUROR:  No.

14             THE COURT:  No.  Okay.

15        And then as far as the committee hearings, would you say

16   you've watched all of them?

17             THE PROSPECTIVE JUROR:  I think I watched most of

18   them.  And I definitely, when they were first happening, made a

19   note to watch them because I was curious to see what the

20   committee had found.

21             THE COURT:  Okay.  And outside of those committee

22   hearings, what have you -- what -- how closely have you

23   followed it in the media?

24             THE PROSPECTIVE JUROR:  Not very closely.

25             THE COURT:  Okay.  There's been a handful of

1    documentaries made about that day.  Have you watched any of

2    those?

3                THE PROSPECTIVE JUROR:  No.

4                THE COURT:  No.  Okay.

5         And so the committee -- some of the committee hearings

6    were during the day, and some of them were in the evening.  Did

7    you watch them both?

8                THE PROSPECTIVE JUROR:  I think I just watched the

9    ones that were during the day.

10               THE COURT:  Okay.  And did you -- were you working at

11   the time?  Were they --

12               THE PROSPECTIVE JUROR:  I was not working at the

13   time.  I think I was on vacation, at least for some of it,

14   because I remember watching it with my mom who lives in

15   Florida, but -- and she was also very interested.  So that

16   might have influenced why I was watching it as well.  If she

17   wasn't there saying let's turn this on, I probably wouldn't

18   have turned this on.

19               THE COURT:  So you just watched the ones that came on

20   during that week that you were on vacation?

21               THE PROSPECTIVE JUROR:  Yes.

22               THE COURT:  Okay.  And do you remember what the

23   specific topic -- because some of the hearings had specific

24   topics.  Do you remember what the specific topic was of the one

25   or more that you watched?

1           THE PROSPECTIVE JUROR:  No.

2           THE COURT:  No.  Okay.

3       All right.  Ms. Fish.

4           MS. FISH:  Good morning, Ms. ███████.

5           THE PROSPECTIVE JUROR:  Good morning.

6           MS. FISH:  So I want to follow up a little bit about

7   the media that you watched.  So you said you made a note to

8   watch those hearings; is that right?

9           THE PROSPECTIVE JUROR:  Well, I mentally was, like,

10  I'd like to see those when they come on this afternoon.

11          MS. FISH:  You noted what time they'd be on?

12          THE PROSPECTIVE JUROR:  Yes.

13          MS. FISH:  And you made sure you were watching?

14          THE PROSPECTIVE JUROR:  Yes.  But, again, I think it

15  might have been more because I was with my mom and she was

16  interested in watching.

17          MS. FISH:  And do you have a pretty good relationship

18  with your mom?

19          THE PROSPECTIVE JUROR:  Uh-huh.

20          MS. FISH:  Do you two discuss politics?

21          THE PROSPECTIVE JUROR:  Sometimes.

22          MS. FISH:  Did you discuss what happened on

23  January 6th with her?

24          THE PROSPECTIVE JUROR:  I don't remember specifically

25  having any conversations about it or even really making

1      comments about what we were watching.  I just remember sort of

2      hearing what the committee was saying, listening to what they

3      had found, that kind of thing.

4              MS. FISH:  And then in either of those committee

5      hearings or other news, did you hear or see testimony about

6      violence that happened that day?

7              THE PROSPECTIVE JUROR:  I did, yeah.

8              MS. FISH:  Can you tell us what you remember.

9              THE PROSPECTIVE JUROR:  You know, I know that there

10     were some police officers that were assaulted.  I know, you

11     know, that there was a police officer that died after being

12     assaulted.  And I know there was several other people that lost

13     their life that day that worked for the Capitol Police.

14             MS. FISH:  And what impact did that news have on you?

15             THE PROSPECTIVE JUROR:  I mean, for some reason when

16     we talk about January 6th, I still don't feel like that's the

17     thing that people really think about still.  But that is

18     certainly what I think about.

19             MS. FISH:  Yeah.  And does it make you feel -- how

20     does it make you feel?

21             THE PROSPECTIVE JUROR:  I mean, you know, it's

22     terrible.

23             MS. FISH:  Yeah.  Does it make you feel fearful?

24             THE PROSPECTIVE JUROR:  Doesn't make me fearful.  It

25     makes me feel sad.

1          MS. FISH:  Sad.  And is that how you still feel

2     today?

3          THE PROSPECTIVE JUROR:  Yeah, I would say that's how

4     I feel today.

5          MS. FISH:  Do you feel from, kind of, watching all of

6     that you have a good understanding of what happened on

7     January 6th?

8          THE PROSPECTIVE JUROR:  I think so.

9          MS. FISH:  And of what the majority of people who

10    were there at that protest were doing?

11         THE PROSPECTIVE JUROR:  I think so, yes.

12         MS. FISH:  And do you think that your understanding

13    of what happened is going to change in the next week?

14         THE PROSPECTIVE JUROR:  Probably.  There's a lot

15    of -- I'm sure if there's evidence presented being contrary to.

16         MS. FISH:  And you mentioned that you've noticed as

17    time goes on, people don't talk about the -- the officers that

18    were badly hurt or lost their lives after January 6th.  Is that

19    something that frustrates you?

20         THE PROSPECTIVE JUROR:  It does frustrate me, yeah,

21    because I think that got lost in the -- in the bigger story --

22    or what was -- what was perceived to be the bigger story.

23         MS. FISH:  But that should be a bigger focus?

24         THE PROSPECTIVE JUROR:  I think so.

25         MS. FISH:  Thank you, Ms. ███████.

1          THE PROSPECTIVE JUROR:  You're welcome.

2          MR. VALENTINI:  Good morning, Ms. ████████.

3          THE PROSPECTIVE JUROR:  Good morning.

4          MR. VALENTINI:  I just have a quick question for you.

5    I wanted to ask you, if you're selected as a juror -- juror in

6    this case, you -- I expect that you'll be instructed by the

7    Court that you have to rely exclusively on the facts presented

8    during this trial and on the instructions as to the law that

9    the Court will give you in deciding this case.  Do you expect

10   having any difficulty in doing that?

11         THE PROSPECTIVE JUROR:  No.

12         MR. VALENTINI:  Thank you very much.

13         THE PROSPECTIVE JUROR:  You're welcome.

14         THE COURT:  All right.  Ms. ██████, so I want to

15   talk a little bit about -- more about the videos and the like

16   you've seen or the testimony you heard during the hearings.

17   You talked about violence and assaults on officers and that

18   sort of thing.  Obviously, there were thousands of people there

19   that day and not, you know, all of them acted the same.  And,

20   in fact, there are no charges against Mr. Rhine that he

21   assaulted anyone.

22         So do you think that -- despite some of the sadness you

23   have about some of the things that happened that day, do you

24   think you would still be able to judge this case based on the

25   evidence presented in this courtroom about what Mr. Rhine may

1    or may not have done?

2                THE PROSPECTIVE JUROR:  I do.

3                THE COURT:  All right.  Thank you.

4                MS. FISH:  Your Honor, I apologize.  I have one very

5    quick follow-up.

6                THE COURT:  Sure.

7                MS. FISH:  Ms. ████████, you referred previously to

8    being on vacation.  I just wanted to check because we don't

9    have it from the questionnaire.

10               THE PROSPECTIVE JUROR:  Sure.  I'm a teacher by

11   trade, but after the pandemic, my kids were -- like, I just

12   haven't gotten back to teaching yet.

13               MS. FISH:  That's an extremely hard job, especially

14   over Zoom.

15               THE PROSPECTIVE JUROR:  You can see why I'm not

16   running back there.

17               MS. FISH:  Certainly.  I just wanted to clarify.

18   Thank you.

19               THE PROSPECTIVE JUROR:  Sure.

20               THE COURT:  Okay.  Thank you.  Thank you.

21               THE PROSPECTIVE JUROR:  Thank you.

22               (REPORTER'S NOTE:  Juror 0232 left.)

23               THE COURT:  Any motions for cause?

24               MS. FISH:  Yes, Your Honor.  I move to strike

25   Ms. ██████ for cause.  I would note that she did watch

1    multiple of the hearings.  She -- she didn't watch them by

2    accident or happenstance.  It was something she deliberately

3    wanted to watch.

4        She did indicate she did feel she had a good

5    understanding of what happened, what the majority of people

6    were up to, and what she focused on were really the worst

7    crimes and the most horrible outcomes from January 6th.  And,

8    you know, she said they made her feel very sad.  She was

9    emotional speaking about it.  She said she was frustrated that

10   they're not receiving more coverage, and that's still what she

11   thinks about today.  I don't believe it would be possible for

12   her to be impartial in this case.

13       MR. VALENTINI:  Your Honor, the government opposes

14   the motion to strike Ms. ███████ as a juror.  Ms. ███████ has

15   had some exposure.  However, she did not even follow the

16   events of January 6th on January 6th.  It appears that the

17   driver of her interest in watching some of the hearings was the

18   fact that her mom that day was going to follow some of the

19   hearings.

20       I would not characterize her response in court today in

21   any way as emotional, and she was crystal clear she would be

22   able to put aside whatever beliefs she has formed based on the

23   exposure that she has had and judge this case based exclusively

24   on the facts presented in this courtroom and the law as

25   instructed by Your Honor.

1          THE COURT:  All right.  I agree with that.  It

2     doesn't sound like she followed it particularly closely.  She

3     watched it because she was on vacation, and I think there may

4     have been one week where there was more than one hearing.  But

5     other than that, nothing really jumped out at her.  So I don't

6     think -- and she, obviously, specifically, said she can be

7     impartial so I'm not going to strike her.

8          (REPORTER'S NOTE:  Juror 1690 enters.)

9          THE COURTROOM DEPUTY:  This is Juror No. 1690.

10          THE COURT:  Good morning.

11          THE PROSPECTIVE JUROR:  Good morning.

12          THE COURT:  I guess it's afternoon now.

13     So this is Juror 1690.  Mr. ████; is that correct?

14          THE PROSPECTIVE JUROR:  Yes, sir.

15          THE COURT:  Okay.  So you answered yes to the

16     question, No. 1, about a four- to six-day trial potentially

17     being a problem.  And you indicated that a week from this

18     Thursday you have a trip to New York City; is that correct?

19          THE PROSPECTIVE JUROR:  That's correct.  Our daughter

20     is in a performance at Carnegie Hall, and I'd like to be able

21     to see that.

22          THE COURT:  Obviously.  We don't expect the trial to

23     still be going on a week from Thursday.  If it finishes early

24     next week or even before, that would not present a problem?

25          THE PROSPECTIVE JUROR:  That would be fine.

1          THE COURT:  Okay.

2          THE PROSPECTIVE JUROR:  Yes, sir.

3          THE COURT:  All right.  So you answered yes to

4    Question No. 5, which is the one about prior jury service.

5          THE PROSPECTIVE JUROR:  Yes.

6          THE COURT:  Tell us about that.

7          THE PROSPECTIVE JUROR:  I've been on two different

8    juries here in D.C.  I don't remember the years exactly.  But

9    was an armed robbery case in Georgetown.  I think the accused

10   was -- was convicted.

11        And then most recently, served on a case a few years

12   back -- actually served as the foreperson -- high-speed chase

13   with police officers.  Defendant -- I don't remember the exact

14   outcome.  I think there may have been a conviction, but it was

15   a lesser -- you know, lesser conviction.

16         THE COURT:  Okay.  Anything about your experiences

17   with either of those trials and the criminal justice system

18   that you think would impact the way that you view this case,

19   either negatively or positively?

20         THE PROSPECTIVE JUROR:  No, sir.

21         THE COURT:  All right.  You answered yes to

22   Question No. 9, which is whether you, a close friend, or family

23   member has legal training.

24         THE PROSPECTIVE JUROR:  I'm an attorney by trade.

25         THE COURT:  Okay.  And what kind of practice do you

1    have?

2            THE PROSPECTIVE JUROR:  I'm not -- I work for a trade

3    association.  I serve as their general counsel.

4            THE COURT:  Okay.  Have you ever worked in the

5    criminal law arena?

6            THE PROSPECTIVE JUROR:  I have not.

7            THE COURT:  Okay.  All right.  Anyone else in your

8    family or close friends lawyers?

9            THE PROSPECTIVE JUROR:  Well, I guess some friends in

10    D.C. that are attorneys.  I have an uncle who works in

11    Tallahassee who does trusts and estate work.

12            THE COURT:  Any of your close friends do criminal

13    law?

14            THE PROSPECTIVE JUROR:  No.

15            THE COURT:  No.  Okay.

16        You answered yes to Question No. 10, which is if you or

17    someone close to you lives or works at or near the U.S. Capitol

18    Building.

19            THE PROSPECTIVE JUROR:  So our office is right by

20    the -- by Union Station, a couple blocks away from the Capitol.

21            THE COURT:  Okay.  So, like, is one of those office

22    buildings now on First Street, is it, or --

23            THE PROSPECTIVE JUROR:  On -- actually on F Street,

24    if you know where the Dubliner is.

25            THE COURT:  And were you at work that day?

```
 1                THE PROSPECTIVE JUROR:  I was not.

 2                THE COURT:  Okay.  And was -- was your -- were you

 3     out that day, or was your whole office out that day?

 4                THE PROSPECTIVE JUROR:  Whole office was out.  We

 5     were working remotely.

 6                THE COURT:  Because -- because of the events of that

 7     day or --

 8                THE PROSPECTIVE JUROR:  Actually, I think it was more

 9     COVID related at the time.

10                THE COURT:  Okay.  All right.  So any -- anyone

11     directly affected by the events of that day?

12                THE PROSPECTIVE JUROR:  In our office?

13                THE COURT:  Yeah.

14                THE PROSPECTIVE JUROR:  No.

15                THE COURT:  No.  Okay.

16                THE PROSPECTIVE JUROR:  Not to my knowledge.

17                THE COURT:  And you answered yes to the next

18     question, which is if you know someone who had direct or

19     indirect connection to the events of that day.

20                THE PROSPECTIVE JUROR:  So before I became general

21     counsel, I was a lobbyist for the trade association I work at.

22     So I guess, indirectly, I probably know some members of

23     Congress that could have been impacted, but I haven't had any

24     conversation with them.

25                THE COURT:  Yes.  So you haven't had any conversation
```

1    with either any member or their staff about what happened on

2    that day?

3              THE PROSPECTIVE JUROR:  I have not.

4              THE COURT:  Okay.  Have -- any of the people that you

5    directly lobbied or worked with, have you seen interviews on TV

6    about them on that day?

7              THE PROSPECTIVE JUROR:  Not to my knowledge.

8              THE COURT:  Okay.  And then you answered yes to the

9    question about following the news of that day.  Tell us the --

10   about how extensively or inextensively you follow the news

11   about what happened on January 6th.

12             THE PROSPECTIVE JUROR:  I guess just in the normal

13   work with the trade association, you know, we're supposed to

14   keep an eye on all things Washington.  So just -- you know, it

15   was part of the normal news flow, but I haven't done anything

16   beyond that.

17             THE COURT:  Sure.  Did you watch it live on

18   January 6th?

19             THE PROSPECTIVE JUROR:  I did see some of the

20   coverage, yes.

21             THE COURT:  Okay.  Anything stand out in your mind

22   about what you saw that day?

23             THE PROSPECTIVE JUROR:  I mean, I haven't seen

24   anything like that before.  I guess it was -- in general,

25   living in Washington a long time, I certainly think highly of

1    the Capitol and, you know -- I guess my general thought was it

2    was a little disturbing.

3          THE COURT:  Uh-huh.  Okay.  And since January 6th,

4    there's been a handful of documentaries made on that day.  Have

5    you watched any of them?

6          THE PROSPECTIVE JUROR:  I have not.

7          THE COURT:  And the House had hearings on

8    January 6th.  Did you watch any of those?

9          THE PROSPECTIVE JUROR:  I did not.

10          THE COURT:  Okay.  And then on a day-to-day basis,

11    how closely would you say you followed the events or the cases

12    that emanated from there?

13          THE PROSPECTIVE JUROR:  I mean, beyond a headline

14    that I may get on my email, that's as far as it --

15          THE COURT:  Okay.

16          THE PROSPECTIVE JUROR:  -- as far as it goes.

17          THE COURT:  Okay.  All right.  Ms. Fish.

18          MS. FISH:  Good morning.  How are you doing -- or

19    good afternoon, I guess.

20          THE PROSPECTIVE JUROR:  Yes.  Good afternoon to you.

21          MS. FISH:  I wanted to follow up, first, a little

22    about your job.  What is the name of the trade association you

23    work for?

24          THE PROSPECTIVE JUROR:  Sure.  It's called Farm

25    Credit Council, and we represent lenders to rural communities

1    in agriculture.  So most of our members are farm banks.

2              MS. FISH:  And you said prior to working as an

3    attorney there, you worked as a lobbyist?

4              THE PROSPECTIVE JUROR:  That's correct.

5              MS. FISH:  About how long were you a lobbyist?

6              THE PROSPECTIVE JUROR:  About a decade.

7              MS. FISH:  And in that time, your job was to speak

8    with members of Congress?

9              THE PROSPECTIVE JUROR:  That's correct.  And their

10   staff --

11             MS. FISH:  And their staff.

12             THE PROSPECTIVE JUROR:  -- on issues that may impact

13   our issues.

14             MS. FISH:  And it was valuable to build relationships

15   with those members of Congress or staff who might be

16   supportive?

17             THE PROSPECTIVE JUROR:  Sure.  Yes.

18             MS. FISH:  Would it be fair to say you built some

19   positive relationships with people who work at the Capitol?

20             THE PROSPECTIVE JUROR:  Hope so, yes.

21             MS. FISH:  And you wish well for those people?

22             THE PROSPECTIVE JUROR:  Sure.

23             MS. FISH:  When -- you said that when you saw events

24   on January 6th it was disturbing.

25             THE PROSPECTIVE JUROR:  Yeah.

1          MS. FISH:  Can you tell us a little more what

2     emotions you felt.

3          THE PROSPECTIVE JUROR:  I guess, in general, just --

4     you know, I guess having been up there, it's a place of work,

5     but it's also the nation's capital.  And there was a lot of --

6     the news coverage was chaotic, you know.  There was a lot of

7     things going on.  So that was just kind of just general

8     feelings of what's happening.

9          MS. FISH:  Were you concerned for the members of

10    Congress and staff that you knew who might still be working

11    there?

12         THE PROSPECTIVE JUROR:  Not -- I really didn't know

13    what was going on at the time.  So I guess my impression from

14    what I was seeing on TV, it looked kind of chaotic.  So -- but,

15    I guess, general -- no one specific, sort of, came to mind.

16    But just general feelings of hope folks are okay.

17         MS. FISH:  Yeah.  Of hope folks are okay?

18         THE PROSPECTIVE JUROR:  Right.

19         MS. FISH:  Like concern for the safety of people who

20    were there?

21         THE PROSPECTIVE JUROR:  Sure.

22         MS. FISH:  Did you feel any fear yourself?

23         THE PROSPECTIVE JUROR:  Personal safe- -- I did not.

24         MS. FISH:  Did you feel any sadness or other

25    emotions?

1          THE PROSPECTIVE JUROR:  I guess probably general

2     sadness that something like that was happening.

3          MS. FISH:  And can you share with us a little bit

4     more what you've seen or heard testimony about about

5     January 6th.  You know, at any point, have you seen or heard

6     testimony about any violence that occurred that day?

7          THE PROSPECTIVE JUROR:  I have -- I mean, I have

8     general awareness that that's been going on, but it's not

9     really consistent -- or it's not really -- it's more contextual

10    to sort of how I would spend my time with my work.  So there's

11    nothing really specific that I've followed or been interested

12    in.

13         MS. FISH:  Sure.  I guess what I'm just trying to

14    understand is you said you've watched coverage.  What did you

15    see from the coverage you watched?  What do you understand

16    happened?

17         THE PROSPECTIVE JUROR:  So, you know, there was a --

18    a -- certainly from the TV coverage, there was a large influx

19    of people that were trying to get into the Capitol at one time.

20    I mean, that's -- that's sort of where --

21         MS. FISH:  Did you see any parts of violence or

22    assaults on police officers, anything like that?

23         THE PROSPECTIVE JUROR:  Just -- if there was --

24    again, I can't point to specifics.  Certainly there was

25    coverage, I guess, of cameras that showed activity.

1          MS. FISH:  And you indicated for your current job you

2     still keep up with the news?

3          THE PROSPECTIVE JUROR:  Yes.

4          MS. FISH:  With all things Washington?

5          THE PROSPECTIVE JUROR:  Right.

6          MS. FISH:  Do you feel like you have a good

7     understanding of what happened on January 6th?

8          THE PROSPECTIVE JUROR:  Again, not -- not having

9     spent a lot of time and know the facts of this case are very

10     specific to what was going on for one individual, I -- I don't

11     know that I do.

12          MS. FISH:  So it's fair to say that you don't feel

13     like you know what the majority of people there were doing on

14     that day?

15          THE PROSPECTIVE JUROR:  No -- well, I wouldn't say --

16     well, I wouldn't -- that's -- I think that's fair to say.

17     There were a lot of people there, and there certainly have been

18     some individuals that have been highlighted in terms of

19     activities that took place in the Capitol.  But in terms of

20     broad statements about what everyone was doing, to each his

21     own.

22          MS. FISH:  And are there other -- any other kind of

23     large protests or rallies that you've kept close -- a close eye

24     on that have gone on in Washington, D.C., in the past few

25     years?

1          THE PROSPECTIVE JUROR:  No.  Just other than those

2     things happen here.

3          MS. FISH:  Thank you.

4          MR. VALENTINI:  Good afternoon, Mr. ████.

5          THE PROSPECTIVE JUROR:  How are you?

6          MR. VALENTINI:  Good.  How are you?

7          THE PROSPECTIVE JUROR:  Good.  Thank you.

8          MR. VALENTINI:  Is there anything about the coverage

9     you've watched about the events of January 6th that would

10    prevent you from deciding this case if you're selected as a

11    juror based on the facts and evidence that you hear?

12         THE PROSPECTIVE JUROR:  I don't think so.

13         MR. VALENTINI:  And you also mentioned that you

14    worked for some time as a lobbyist.

15         THE PROSPECTIVE JUROR:  Correct.

16         MR. VALENTINI:  As part of that, you developed some

17    relationships on the Hill?

18         THE PROSPECTIVE JUROR:  Yes.

19         MR. VALENTINI:  And is there anything about those

20    relationships that would prevent you from deciding this case --

21    again, if you're selected as a juror -- based on the facts of

22    this case?

23         THE PROSPECTIVE JUROR:  I don't -- I don't think so.

24    I haven't had recent contact on the Hill for a number of years

25    in the capacity that I'm in now.

 1                MR. VALENTINI:  Thank you very much.

 2                THE PROSPECTIVE JUROR:  You're welcome.

 3                THE COURT:  All right.  Thank you.

 4                THE PROSPECTIVE JUROR:  Thank you.

 5                (REPORTER'S NOTE:  Juror 1690 left.)

 6                THE COURT:  Tanya, we're going to take a restroom

 7       break after this.

 8                Any motions for cause?

 9                MS. FISH:  Yes, Your Honor.  I would move to strike

10       Mr. ████ for cause given his -- his decade-long work as a

11       lobbyist.  He did indicate he developed positive relationships

12       with people who worked at the Capitol.  He was concerned for

13       their safety.

14                He had immediate negative feelings about events when he

15       heard news coverage.  He was disturbed.  He said he felt

16       concerned and, you know, that it -- he talked about it not just

17       in terms of safety, but in terms of an attack on the nation's

18       capital and that that had some impact on him.

19                I also think that, you know, it does appear that he's

20       followed this -- the -- the news coverage of January 6th more

21       closely than potential -- other news events; so I do think he

22       would not be able to be impartial.

23                MR. VALENTINI:  Your Honor, the government opposes

24       the motion to strike Mr. ████ as a juror.  He has had some

25       exposure to the events of January 6th, which is not at all

 1    uncommon and is to be expected.  I would -- the government

 2    disputes the characterization of that exposure as any greater

 3    an extent than possibly the average person, if the average

 4    person exists.

 5           Mr. ███ was very clear about his -- that he doesn't

 6    have -- didn't have any particularized concern about any

 7    specific person with whom he had developed previously a

 8    relationship.  So we see no basis for a motion to strike

 9    Mr. ███ as a juror.

10           THE COURT:  I agree.  So I'm going to deny the motion

11    to strike.  He didn't seem out of the ordinary in any respect

12    with his media viewing or his concerns about what happened on

13    that day.

14           All right.  We'll take a ten-minute break for the

15    restroom.

16           MR. VALENTINI:  Your Honor, before we break, may I

17    ask a logistical question?

18           THE COURT:  Sure.

19           MR. VALENTINI:  We had expected to have the testimony

20    and the witnesses start coming in tomorrow.  We did have one

21    witness on call to be available for today in case things moved

22    faster than we had expected, if you will.  I think we're

23    making good progress.  But I wanted to see what the Court's

24    view is as to releasing that witness in terms of availability

25    for today.

```
1              THE COURT:  Ms. Fish?

2              MS. FISH:  I have no objection.  Whatever the Court

3     prefers.

4              THE COURT:  Why don't you ask me again after -- after

5     lunch.

6              MR. VALENTINI:  Thank you, Your Honor.

7              THE COURT:  Thank you.

8          We'll take a ten-minute break.

9              (Recess taken.)

10             THE COURT:  Hold on, Tanya.

11             MS. FISH:  Your Honor, I believe my client may still

12    be using the restroom.  So Mr. Stortini has gone to get him.

13         Thank you, Your Honor.

14             THE COURT:  All right.  We're ready to continue?

15             MR. VALENTINI:  We are, Your Honor.

16             THE COURT:  Okay.  Let's go.

17             (REPORTER'S NOTE:  Juror 0591 enters.)

18             THE COURTROOM DEPUTY:  This is Juror No. 0591.

19             THE COURT:  Good afternoon.

20             THE PROSPECTIVE JUROR:  Good afternoon.

21             THE COURT:  You can have a seat.  Thank you.

22             THE PROSPECTIVE JUROR:  Thank you.

23             THE COURT:  So this is Juror 0591.  Ms. ████; is that

24    correct?

25             THE PROSPECTIVE JUROR:  Yes.
```

1          THE COURT:  Okay.  So I'm looking at the card.  It

2     looks like you might have written down and maybe erased

3     something, but I want to make sure.

4          THE PROSPECTIVE JUROR:  Yeah.

5          THE COURT:  Okay.  So Question No. 1, which was the

6     question about whether a four- to six-day trial might present a

7     problem, did you need to respond to it.

8          THE PROSPECTIVE JUROR:  I was just writing -- I was

9     taking notes and you said just write it if it was a problem.

10    So I erased it.

11         THE COURT:  Okay.  And I think that's the same for

12    Question No. 2 as well, about whether you -- you knew any of

13    the attorneys in the case.

14         THE PROSPECTIVE JUROR:  Right.

15         THE COURT:  All right.  So for No. 3, which is the

16    one about the -- the client, Mr. Rhine, you wrote down that

17    you've heard about the January 6th incident on the news and

18    newspaper but not about Mr. Rhine in particular; is that right?

19         THE PROSPECTIVE JUROR:  Yes.  Yeah, I don't really

20    follow, but I read the -- I mean, I read the paper.  I get the

21    paper.

22         THE COURT:  Okay.  All right.  So let's ask -- since

23    we're on that topic, let's ask about what specifically -- what

24    media or news have you heard about what happened on

25    January 6th?

1        THE PROSPECTIVE JUROR:  NBC News.  Just the riots and

2    then just reading the paper about certain individuals that had

3    the -- I guess not go to court, but certain individuals that

4    were, maybe, inside the building and what they done.  I don't

5    remember names or --

6        THE COURT:  Okay.  All right.  And there's been a

7    handful of documentaries on January 6th.  Have you watched any

8    of those?

9        THE PROSPECTIVE JUROR:  No.  No.  No, I have not.

10        THE COURT:  And the House of Representatives had a

11    committee that -- that investigated January 6th and had

12    hearings on TV.  Did you watch any of those?

13        THE PROSPECTIVE JUROR:  With Nancy Pelosi?  I don't

14    know.  If it was some excerpt on the news, maybe.

15        THE COURT:  But you didn't --

16        THE PROSPECTIVE JUROR:  Not following, like, taking

17    notes or --

18        THE COURT:  Okay.

19        THE PROSPECTIVE JUROR:  No.

20        THE COURT:  All right.  You answered yes to

21    Question No. 5 about prior jury service.  Tell us about that.

22        THE PROSPECTIVE JUROR:  Yes.  My first time serving

23    was in 2017.  I served five weeks, the other courthouse down

24    there.  I don't know if it was --

25        THE COURT:  Superior Court.

1    THE PROSPECTIVE JUROR:  First time ever.  First time

2    ever.  I think it was Judge Morin, and he scared me so much.

3    He said, you know, if you -- if I ever hear you talk about the

4    case or anything and you come in my court, that's over.  And I

5    just realized how important this was.  Also --

6    THE COURT:  What kind of case was that?

7    THE PROSPECTIVE JUROR:  It was sex -- sex crimes and

8    there was one murder.  And I just excused myself from there

9    because it was close to my home where it was -- where I was

10   raised.  So I couldn't handle that.  So it was two cases I

11   couldn't really handle.  They said you can excuse yourself.  So

12   it was a small child, sex offense.  And then it was a murder of

13   a young lady and I said no, I can't do that.

14   THE COURT:  Okay.

15   THE PROSPECTIVE JUROR:  Other than that, it was a --

16   it was just -- I don't want to say delightful, but I just

17   appreciate the process.  That was my first time serving.

18   THE COURT:  So you did get on a jury?

19   THE PROSPECTIVE JUROR:  It was that we heard the

20   cases, like 51 cases, and --

21   THE COURT:  So like a grand jury?

22   THE PROSPECTIVE JUROR:  Okay.

23   THE COURT:  Okay.

24   THE PROSPECTIVE JUROR:  You probably know better than

25   I.

```
1              THE COURT:  So it wasn't a trial in which --

2              THE PROSPECTIVE JUROR:  Oh, no.

3              THE COURT:  Go ahead.  Go ahead.

4              THE PROSPECTIVE JUROR:  It wasn't a trial.  We just

5    heard cases.  Like the witnesses would come, and we would

6    decide if it would go to trial.

7              THE COURT:  If someone would be indicted?

8              THE PROSPECTIVE JUROR:  Yes, sir.

9              THE COURT:  Okay.

10             THE PROSPECTIVE JUROR:  Thank you.

11             THE COURT:  All right.  All right.  And how long ago

12   was that?

13             THE PROSPECTIVE JUROR:  That was 2017, from

14   November to January.

15             THE COURT:  Okay.  Anything about that experience

16   that you think would impact your ability to serve on this case,

17   either positively or negatively?

18             THE PROSPECTIVE JUROR:  No.  I think it just gave me

19   an awareness of the court system.  And, you know, also I heard

20   what you were saying and -- just be careful.  We weren't

21   supposed to look at the news.  We weren't supposed to comment.

22   So I'm -- like I said, Judge Morin just scared me.  I know

23   that's -- keep my mouth shut.  Don't look at anything.  Don't

24   say anything.  So no.

25             THE COURT:  Okay.  So you answered yes to
```

1    Question No. 10, and you indicated that you sometimes work near

2    the Capitol.

3                THE PROSPECTIVE JUROR:  Yes.

4                THE COURT:  Tell us about that.

5                THE PROSPECTIVE JUROR:  I work at the Kaiser

6    Permanente Capitol Hill sometimes, yes.

7                THE COURT:  And how close to the Capitol Building is

8    that?

9                THE PROSPECTIVE JUROR:  It's less than 2 miles,

10   maybe.  A mile and a half.  I can walk there.

11               THE COURT:  Okay.

12               THE PROSPECTIVE JUROR:  Yeah.

13               THE COURT:  And were you there on January 6th?

14               THE PROSPECTIVE JUROR:  No.

15               THE COURT:  No.  Okay.  So the events of January 6th

16   didn't impact --

17               THE PROSPECTIVE JUROR:  No, sir.

18               THE COURT:  Okay.  All right.  And then you answered

19   yes to Question No. 20, which is the one about -- about you or

20   close friend or family being in law enforcement.

21               THE PROSPECTIVE JUROR:  My late brother served on the

22   Metropolitan Police Department, Fourth District, a long time

23   ago, in the '90s.  He's been deceased several years, but, yes,

24   he served.

25               THE COURT:  Okay.  And when he was on the

1    Metropolitan Police Department, did you talk to him about his

2    work very much or --

3              THE PROSPECTIVE JUROR:  He would -- yes.  It was

4    pretty exciting to have one of the family members on the police

5    force.  I was very proud of him.  He's -- he did very well.

6    But he died very tragically, a heart attack.  So, yeah, he

7    would tell of one case that he was involved in.  I don't know

8    if he was supposed to do that, but he did share with the

9    family.

10             THE COURT:  Okay.  And do you think -- many, if not

11   all, of the witnesses here will be police officers or law

12   enforcement officers.

13             THE PROSPECTIVE JUROR:  I'm sorry?

14             THE COURT:  I'm sorry?

15             THE PROSPECTIVE JUROR:  I'm sorry.  I didn't hear

16   you.

17             THE COURT:  Of the witnesses, some of the witnesses

18   will be police officers or law enforcement officers.  Do you

19   think you would -- given your relationship with your -- your

20   deceased brother, do you think you would be more likely to

21   believe them because they are officers or would you judge them

22   based on them individually?

23             THE PROSPECTIVE JUROR:  I think I would be objective

24   because my brother was a police officer, you know.  It gave me

25   some insight to what he had to deal with and -- you know, I

1    don't know how to say it, but there's always one side and

2    another side and the truth.  So yeah.  I'm just kind of

3    sentimental that he served.  I'm sorry.  Yeah.

4         THE COURT:  No, no.  I understand.  But you don't

5    think that because of that closeness you had with him and how

6    proud you were that he was an officer that you would tend to

7    credit more the testimony of a police officer other than

8    someone else?

9         THE PROSPECTIVE JUROR:  That's a good question.  I

10   didn't before when I served 2017, you know.  They asked me the

11   same question.  But I know this case is different.  So

12   that's -- that's a very valid question.  I don't -- I don't

13   think so.  But that's a valid question.  It might come up.  I

14   don't know.

15        THE COURT:  Okay.  And Question No. 27, which is the

16   one about some news reports about extremist groups and white

17   nationalists and the like being out at the Capitol on

18   January 6th, you put a question mark by that number.  Why?

19        THE PROSPECTIVE JUROR:  You said act of violence.

20   And I don't know if everyone that was involved thought that

21   the -- that the incident would be an act of violence.  They

22   might have thought I'm just protesting.

23        THE COURT:  Uh-huh.

24        THE PROSPECTIVE JUROR:  So that's why I put a

25   question mark.

1              THE COURT:  Okay.

2              THE PROSPECTIVE JUROR:  But, you know, the media

3     portrayed -- you just saw the violence there.  But there were

4     so many people there.  So that's why I put the question mark,

5     you know.

6              THE COURT:  Okay.  So that -- that was actually the

7     question about the violence was actually Question 28.

8     Question 27 --

9              THE PROSPECTIVE JUROR:  Oh, I'm sorry.

10             THE COURT:  No, no, no.  I just want to make clear.

11    So Question 27, which is the one about potentially racist

12    groups at the Capitol that day, did you have any issues with

13    that?

14             THE PROSPECTIVE JUROR:  Them being racists or --

15             THE COURT:  Well, let me repeat the question for you,

16    and then you can give us your answer now.  So it says --

17    Question No. 27 was some news reports have indicated that

18    certain extremist groups with white nationalists and racist

19    views were present at the U.S. Capitol on January 6th, 2021.

20    If you believe that all or most civilians present at the

21    Capitol that day shared these views, mark down No. 27.  And you

22    wrote down 27 with a question mark.

23             THE PROSPECTIVE JUROR:  Yeah.  I don't know.

24             THE COURT:  Okay.

25             THE PROSPECTIVE JUROR:  Yeah.

1          THE COURT:  So you were trying to -- you were

2     referencing Question 28, which is the one about whether you

3     think everyone there was engaged in violence?

4          THE PROSPECTIVE JUROR:  Yes.

5          THE COURT:  Okay.

6          THE PROSPECTIVE JUROR:  I'm sorry.  I got that --

7          THE COURT:  No.  That's fine.  That's fine.  I just

8     want to make the record clear.

9          All right.  Ms. Fish.

10         MS. FISH:  Thank you.

11     Good afternoon, Ms. ████.

12         THE PROSPECTIVE JUROR:  Good afternoon, Ms. Fish.

13         MS. FISH:  Thank you.

14     So I wanted to follow up a little bit about the question

15     about how you might treat law enforcement testimony.  So you

16     indicated your brother was with the Metropolitan Police

17     Department.

18         THE PROSPECTIVE JUROR:  Yes.

19         MS. FISH:  And did you ever meet any of his

20     co-workers when he worked there?

21         THE PROSPECTIVE JUROR:  Actually, I had two.  I had a

22     sister-in-law, now that you mention it, that served, and she

23     passed away two years ago.  So at the funeral, I saw -- I saw

24     police officers there that also knew my brother, because both

25     my sister-in-law -- I'm sorry.  I didn't remember.  My

1    sister-in-law and brother served the same time, the same --

2    Fourth District.

3              MS. FISH:  I see.

4              THE PROSPECTIVE JUROR:  So when she passed away and

5    we went to the funeral, I saw them for the first time.  Oh,

6    yeah, we knew him and everything, and it was -- yeah.  So what

7    was the question?  I'm sorry.

8              MS. FISH:  I'm sorry for your loss.

9         My -- my question was just about, you know, kind of if

10   you were familiar with other folks who are still serving as

11   Metropolitan Police Department -- on the Metropolitan Police

12   Department.

13             THE PROSPECTIVE JUROR:  So I didn't know the ones

14   that were still serving.  They were all retired.

15             MS. FISH:  Okay.  And -- and I apologize for asking

16   the question, but did either your brother or sister-in-law pass

17   away in the line of service?

18             THE PROSPECTIVE JUROR:  No.

19             MS. FISH:  Okay.  And you had indicated that the

20   judge's question was a good one as to whether or not you could

21   treat testimony by law enforcement officers the same as anyone.

22             THE PROSPECTIVE JUROR:  Yes.

23             MS. FISH:  You indicated you learned from your

24   brother some of what he had to deal with in his job.

25             THE PROSPECTIVE JUROR:  Yes.  Yes.

```
 1              MS. FISH:  Can you share with us what that --
 2              THE PROSPECTIVE JUROR:  His -- his commanding officer
 3    gave him a hard time, and he had a hard time with that.  But I
 4    also know my brother too.  So you have to weigh it out.
 5    Because my brother can be headstrong and cocky; right?  And so
 6    when he said that about the -- and I know him through school
 7    and everything, very -- my brother was very bright but very
 8    opinionated and didn't always follow what he was supposed to
 9    follow.  So that's -- yeah, that's -- yeah.
10              MS. FISH:  And do you think -- you know, recognizing
11    that the judge's question was a good one --
12              THE PROSPECTIVE JUROR:  Uh-huh.
13              MS. FISH:  -- do you have some doubts yourself as to
14    whether or not you would actually treat law enforcement
15    testimony the same as any civilian who might testify?
16              THE PROSPECTIVE JUROR:  I might hear more.  I know I
17    kind of -- even my own practice.  I'm in healthcare.  So when
18    an officer comes, I just give them that respect because I
19    respect what they done for the country; right?  So -- or for
20    our city or whatever.  But I just felt like it was a valid
21    point.  I just -- since I had two family members that served, I
22    might hear more.  I might want to hear more.
23         Does that make sense?  I don't know if I'm explaining
24    myself.
25              MS. FISH:  I want to make sure I understand you
```

1    correctly; that if you see a law enforcement officer

2    testifying, you might kind of automatically afford them some

3    respect?

4              THE PROSPECTIVE JUROR:  Yes.

5              MS. FISH:  And you'd be interested in what they have

6    to say?

7              THE PROSPECTIVE JUROR:  Yes.

8              MS. FISH:  Whereas if it's a civilian, you don't know

9    anything about them, you might want to learn more before you

10   gave them that, say, deference?

11             THE PROSPECTIVE JUROR:  It would be the same, but

12   it's a -- if they say officer -- because I have family members,

13   it would just be something I would be, like, stand-up

14   attention.  But I also hear everyone else, but it would be just

15   because I had two family members.

16             MS. FISH:  Sure.  You'll do your best, but your

17   immediate emotional reaction --

18             THE PROSPECTIVE JUROR:  If it's an officer, let me

19   hear what they have to say, yes.  I can honestly say that, yes.

20             MS. FISH:  More so than what -- other types of

21   witnesses?

22             THE PROSPECTIVE JUROR:  I wouldn't say more so, no.

23   I wouldn't say more so.  It's just that let me hear what they

24   have to say, and maybe it sounds like it's more.  But in terms

25   of endearment, that was an officer.  My brother was an officer.

1    It would just be that kind of attachment.  That's all.

2              MS. FISH:  And I want to follow up a little bit about

3    the news coverage.  One moment.  I want to follow up a little

4    bit about, kind of, your answer on Question No. 28 about the --

5    the --

6              THE PROSPECTIVE JUROR:  Violence.

7              MS. FISH: -- violence.

8              THE PROSPECTIVE JUROR:  Yes.

9              MS. FISH:  So you indicated that the media just shows

10   the violence.  Can you tell us what you've seen in the media

11   that was violent.

12             THE PROSPECTIVE JUROR:  I kept seeing the -- the

13   protesters going up the Capitol, that -- all the time.  The --

14   the gentlemans that were in the -- Nancy Pelosi's office

15   putting their feet on the table.  I just remember -- I don't

16   know if it was the -- the hallway or whatever.  I just saw

17   officers with -- I don't know.  It just seemed like it was

18   just -- just force, like back and forth.  I -- that's what I

19   remember, and that's what stays in my mind during this whole

20   thing is seeing that.

21             MS. FISH:  And what was your emotional reaction to

22   seeing that?

23             THE PROSPECTIVE JUROR:  What's happening to America?

24   We can protest, but this is the Capitol.  And I just felt like

25   what was going on, what is really going on in our world today,

1    you know.  This is America.  I kept saying this is America.

2    This cannot be happening to us in America.  That's all I can

3    say, you know.

4              MS. FISH:  Are you getting a little emotional talking

5    about it now?

6              THE PROSPECTIVE JUROR:  You know, I'm American.  And

7    it's just like you -- you just -- there are certain things that

8    are sacred.  So the Capitol, the buildings, law documents.  I

9    just feel like, you know, what's going on with America?  We

10    really are -- what's happening here?

11              MS. FISH:  Did you feel sadness?

12              THE PROSPECTIVE JUROR:  Yes, I felt -- I felt sad.  I

13    felt like it was not the best time for America, yes.  Yes.

14              MS. FISH:  Did you feel concern for the Metropolitan

15    Police officers or other police officers who were there that

16    day?

17              THE PROSPECTIVE JUROR:  I only felt concerned about

18    America.  Like, what is happening to us now?

19              MS. FISH:  Yeah.  What's going on?

20              THE PROSPECTIVE JUROR:  Yes.

21              MS. FISH:  Did you feel any fear?

22              THE PROSPECTIVE JUROR:  I didn't really feel fear.

23    I felt sadness.  I felt sadness that this is the Capitol.

24    It's just certain things we don't do.  That's the way I felt,

25    yeah.

1          MS. FISH:  Is it fair to say you felt like it was a

2    violation of a place that is sacred, or is that -- or it's very

3    important?

4          THE PROSPECTIVE JUROR:  Yes, I felt that way.

5          MS. FISH:  And do you still feel that way today?

6          THE PROSPECTIVE JUROR:  After the COVID and all the

7    loss of lives?  It's not the number one thing, but at that

8    time, yes.  But now it's -- I think we trying to regroup, so

9    many loss of lives besides that incident, yeah.

10          MS. FISH:  When you do think about January 6th, do

11    you still feel that sadness today?

12          THE PROSPECTIVE JUROR:  It's not as great.

13          MS. FISH:  Do you think that that's likely to go away

14    in the next week or so?

15          THE PROSPECTIVE JUROR:  I think it is -- I mean, so

16    many things have taken precedent now, so many other things, you

17    know.  That's a good question.  I do think we need to address

18    it so it never happens again.

19          MS. FISH:  Thank you.

20          THE PROSPECTIVE JUROR:  That's the way I feel about

21    it.

22          MS. FISH:  Thank you, Ms. ████.

23          THE PROSPECTIVE JUROR:  Yes.  Thank you.

24          MR. VALENTINI:  Good afternoon.

25          THE PROSPECTIVE JUROR:  Good afternoon, sir.

1           MR. VALENTINI:  You -- you've been asked some

2    questions, and you spoke a little bit about your brother's

3    service in --

4           THE PROSPECTIVE JUROR:  Yes.

5           MR. VALENTINI:  -- the Metropolitan Police

6    Department.

7           THE PROSPECTIVE JUROR:  Yes.

8           MR. VALENTINI:  And you were asked some questions

9    about your ability to consider the testimony on par, just like

10   any other testimony.

11          THE PROSPECTIVE JUROR:  Yes.

12          MR. VALENTINI:  And if you're selected as a juror in

13   this case, I expect that the Court will instruct you that

14   you're required to treat the testimony of law enforcement

15   officers the same.

16          THE PROSPECTIVE JUROR:  Yes.

17          MR. VALENTINI:  Give it the same -- treat it the

18   same, the same credit as -- assess it on the same basis as the

19   testimony of other witnesses.

20          THE PROSPECTIVE JUROR:  Yes.

21          MR. VALENTINI:  And if you hear that instruction from

22   the Court and if you are selected as a juror in this case,

23   would you be able to do that?

24          THE PROSPECTIVE JUROR:  Oh, yes, I will.

25          MR. VALENTINI:  Okay.  So the emotional --

1          THE PROSPECTIVE JUROR:  Ask me.  That's me, yes.

2          MR. VALENTINI:  To be clear, it's something you would

3    bring -- that may resonate with you, but it's something you're

4    able to put aside if asked to, if you have to serve as a juror

5    for the purpose of this case?

6          THE PROSPECTIVE JUROR:  Yes.  Yes.  I understand

7    completely.  Definitely.

8          MR. VALENTINI:  I have a similar question with

9    respect to January 6th.  You have learned through public

10   coverage a little bit about the events of January 6th of the

11   Capitol?

12         THE PROSPECTIVE JUROR:  Yes.

13         MR. VALENTINI:  And if you're selected as a juror in

14   this case, I expect that the Court will instruct -- instruct

15   you that you have to decide this case based exclusively on the

16   evidence presented in this trial and exclusively based on the

17   law as the Court tells you it is.  Do you think you'd be able

18   to do that?

19         THE PROSPECTIVE JUROR:  Yes.

20         MR. VALENTINI:  Okay.  Thank you.  No further

21   questions.

22         THE COURT:  Thank you.

23      Thank you.

24         THE PROSPECTIVE JUROR:  Thank you.

25         (REPORTER'S NOTE:  Juror 0591 left.)

1          MS. FISH:  Your Honor, I would move to strike

2     Ms. ███ primarily based on her responses regarding the

3     testimony of law enforcement officers.  She stated she'd hear

4     the word officer and feel endearment.  Based on her

5     relationship with her brother, that she felt she would hear

6     more.  She would hear what their testimony was more than she

7     would other witnesses.  She would perk up and want to hear what

8     they had to say immediately.  And she would have a deeper

9     understanding of it based on her own experience with her -- her

10    brother and sister-in-law.

11         I think those mean that she cannot be impartial given

12    that the government's witnesses are, I believe, entirely law

13    enforcement officers in this case.  And knowing that her family

14    also worked for the Metro PD, they were, obviously, officers

15    who responded and we'll see on videos in this case.  So I do

16    think that she should be struck for cause.

17         MR. VALENTINI:  Your Honor, the government opposes

18    the motion to strike Ms. ███ as a juror -- potential juror in

19    this case.

20         She told us today that her brother served in the

21    Metropolitan Police Department until some point in the 1990s.

22    She stated that she doesn't have an ongoing relationship with

23    any officers from the police department.  She did say at some

24    point that she would -- she would have a term -- an initial

25    emotional reaction hearing the word officers.  But she was also

1    very clear that she can put that aside and that she'd be able

2    to do so if asked and instructed, as I expect the Court would

3    instruct her to do in this case.

4         So the government opposes the motion to strike.

5         THE COURT:  All right.  I'm going to grant the motion

6    and strike her based on both -- on the two things.  Maybe

7    either one individually wouldn't have gotten her there, but

8    together her questions about giving more credit to law

9    enforcement were as unequivocal, as government counsel would

10   indicate, and the fact that she had a very strong emotional

11   reaction to the Capitol being a sacred place that was violated

12   on that day that may prevent her from looking at the nuances

13   presented by this case.

14        So I'll go ahead and strike her.

15             (REPORTER'S NOTE:  Juror 1462 enters.)

16             THE COURTROOM DEPUTY:  This is Juror 1462.

17             THE PROSPECTIVE JUROR:  Hello.

18             THE COURT:  This is Juror 1462.  Mr. ███████; is that

19   right?

20             THE PROSPECTIVE JUROR:  That's correct.

21             THE COURT:  Okay.  So you answered yes to

22   Question No. 1, which is a four- to six-day trial or 10:00 a.m.

23   to 5:30 trial might present a special problem for you.  Tell us

24   about that.

25             THE PROSPECTIVE JUROR:  Yes.  So I have an

1      8-month-old, and I'm the primary caretaker.  So I usually am

2      with him during the day.  So that would be quite challenging.

3              But I'm also -- I mean, in addition to that, I'm a

4      beekeeper as well, and it's swarm season.  And my bees have

5      been swarming, which is -- I had one yesterday and two the day

6      before and three the day before that.  And so that's both an

7      economic hardship -- the bees, like, divide in two, and the

8      beekeeper has to go catch them.  So it's both an economic

9      hardship and then also, kind of, a neighborhood concern because

10     they're on my roof.  So I've met a lot of neighbors in the past

11     week.

12             But mostly it's my -- my son.

13             THE COURT:  Uh-huh.  Okay.  And so you have no

14     day-care arrangement?  You just watch him at home?

15             THE PROSPECTIVE JUROR:  Well, he goes -- so he'll

16     usually go to day care for half a day, but this week it's --

17     D.C. Public Schools are out and, therefore, our day care is

18     closed.  So this week is particularly challenging.

19             THE COURT:  Okay.

20             THE PROSPECTIVE JUROR:  But, otherwise, I would still

21     care for him up until about 11:00 or 12:00.  I drop him off at

22     11:00 or 12:00 and pick him up at 4:00.

23             THE COURT:  Okay.

24             MS. FISH:  Your Honor, I have no objection to

25     excusing the juror for cause.

```
 1                    MR. VALENTINI:  The government doesn't either.

 2                    THE COURT:  Okay.  All right.  Thank you.  You're

 3      excused.

 4                    THE PROSPECTIVE JUROR:  Okay.

 5                    THE COURT:  And you can release him.  Then we'll

 6      break for lunch.

 7                    THE COURTROOM DEPUTY:  Break for lunch now?

 8                    THE COURT:  Yes.

 9                    (REPORTER'S NOTE:  Juror 1462 left.)

10                    THE COURT:  So it's, essentially, 1:00.  Come back at

11      2:00 and we'll continue.

12                    MR. VALENTINI:  Thank you, Your Honor.

13               And to renew the inquiry about what -- what, if

14      anything, we can tell our witness about the rest of the day

15      until after lunch; correct?

16                    THE COURT:  So I gather you still don't have an

17      objection to releasing him?

18                    MS. FISH:  Correct, Your Honor.

19                    THE COURT:  Okay.  You can release him.

20                    MR. VALENTINI:  Okay.  Thank you very much,

21      Your Honor.

22                    MS. FISH:  Thank you.

23                    (Recess taken.)

24                    THE COURT:  Ms. Johnson seems to be on the way here.

25      Are we ready to bring in the next juror?
```

1          MR. VALENTINI:  Yes, Your Honor.

2          THE COURT:  Okay.

3          (REPORTER'S NOTE:  Juror 1854 enters.)

4          THE COURTROOM DEPUTY:  This is Juror No. 1854.

5          THE COURT:  Good afternoon.

6          THE PROSPECTIVE JUROR:  Good afternoon.

7          THE COURT:  This is Juror 1854.  Ms. ███████; is

8    that correct?

9          THE PROSPECTIVE JUROR:  Yes.

10         THE COURT:  So you answered yes to a question about

11   perhaps you or your family knowing some of the attorneys in the

12   case or -- Question No. 2.  No?

13         THE PROSPECTIVE JUROR:  No.

14         THE COURT:  Or having something to do with the

15   federal public defender office or the United States Attorney's

16   Office.

17         THE PROSPECTIVE JUROR:  I had a family member that

18   was represented by the --

19         THE COURT:  Federal public defender service?

20         THE PROSPECTIVE JUROR:  Yeah.

21         THE COURT:  Do you think that that would impact your

22   ability to hear this case fairly?

23         THE PROSPECTIVE JUROR:  No.

24         THE COURT:  No.  Okay.  You also answered yes to

25   Question No. 5, which is the one about prior jury service.

```
 1              THE PROSPECTIVE JUROR:  Yes.

 2              THE COURT:  Tell us about that.

 3              THE PROSPECTIVE JUROR:  For the Superior Court.  I

 4    was on a criminal jury for the Superior Court.

 5              THE COURT:  How long ago was that?

 6              THE PROSPECTIVE JUROR:  Oh, man.  It's been years.

 7    It's been over ten years.

 8              THE COURT:  Okay.  What kind of case was it?

 9              THE PROSPECTIVE JUROR:  It was a murder case.

10              THE COURT:  And was the jury able to reach a verdict

11    in that case?

12              THE PROSPECTIVE JUROR:  No, we did not.

13              THE COURT:  Okay.  And what -- was there some sort of

14    dispute amongst the jury that prevented it from reaching a

15    verdict?

16              THE PROSPECTIVE JUROR:  They -- we couldn't agree.

17    It was some -- there was just a, like, strictly holdout that

18    the person was guilty, and she didn't want to hear any other

19    concerns or any other viewpoint but that.  So we could not

20    reach a verdict.

21              THE COURT:  Okay.  All right.  And was there anything

22    about that experience that you think.

23    A.  That would impact you either negative or positively with

24    respect to hearing this case.

25              THE PROSPECTIVE JUROR:  No, I do not.
```

```
1                THE COURT:  No.  Okay.

2           You answered yes to Question No. 1, which is about

3      following the news about January 6th.

4                THE PROSPECTIVE JUROR:  Yes.

5                THE COURT:  All right.  Tell us a little bit about

6      how closely you follow it and how often and what you've seen,

7      that sort of thing.

8                THE PROSPECTIVE JUROR:  Not often.  I watch the news

9      every day so, of course, I did hear some media stories and

10     online as well.  But, no, not to watch it closely, like to know

11     who the defendants were or even -- I know people got hurt, but

12     I don't recall the names of those individuals.  So, no, not --

13     I've seen it and I've listened to it on the radio.  But to know

14     personal knowledge, no, I don't have that.

15               THE COURT:  Okay.  Do you -- there's been a few

16     documentaries on that day.  Have you watched any of those?

17               THE PROSPECTIVE JUROR:  No.

18               THE COURT:  No.  And the -- the House of

19     Representatives had a committee that had hearings.  Did you

20     watch any of those hearings?

21               THE PROSPECTIVE JUROR:  No, none of the hearings.

22               THE COURT:  Okay.  And have you seen videos of any

23     violence on that day?

24               THE PROSPECTIVE JUROR:  I don't believe I have, no.

25               THE COURT:  Okay.  Anything about the media that
```

1    you've watched since that day that you think would impact your

2    ability to hear this case fairly?

3                   THE PROSPECTIVE JUROR:  No.

4                   THE COURT:  No.  Okay.

5            All right.  So you answered yes to Question No. 20,

6    which is the one about immediate family or close personal

7    friends or you working in law enforcement.

8                   THE PROSPECTIVE JUROR:  I have family members that

9    work in law enforcement.

10                   THE COURT:  Tell us about that.

11                   THE PROSPECTIVE JUROR:  I have a cousin that works

12    for D.C. police.

13                   THE COURT:  Okay.

14                   THE PROSPECTIVE JUROR:  I have another cousin that

15    works for the Marshals Service in -- at the courthouse in

16    Upper Marlboro, and I have another cousin that works in the

17    Superior Court Marshals Service in the Superior Court here in

18    D.C.

19                   THE COURT:  Okay.  All right.  So the person who

20    works for D.C. police is, you said, a cousin?

21                   THE PROSPECTIVE JUROR:  Yes.

22                   THE COURT:  Is he still a member of the D.C. police?

23                   THE PROSPECTIVE JUROR:  Yes, he is.

24                   THE COURT:  Okay.  Do you know if he responded to the

25    Capitol on January 6th?

1           THE PROSPECTIVE JUROR:  No, I do not.

2           THE COURT:  You -- he did not or you don't know?

3           THE PROSPECTIVE JUROR:  I don't know.

4           THE COURT:  Okay.  How often do you see him?

5           THE PROSPECTIVE JUROR:  Not -- not that often.  And

6    only at, like, family gatherings.  I didn't even see him for

7    our Christmas gathering.  He was working.  So not that often.

8    He's like a cousin through marriage.

9           THE COURT:  Okay.  And when -- when you see him, do

10   you talk about his work?

11          THE PROSPECTIVE JUROR:  No.  Never.

12          THE COURT:  Okay.  And the person that works for the

13   Marshals Service in Maryland, that was a cousin as well?

14          THE PROSPECTIVE JUROR:  Yes.  A female, yes.

15          THE COURT:  Okay.  And how often do you see that

16   person?

17          THE PROSPECTIVE JUROR:  Maybe once a year.

18          THE COURT:  Okay.  And do you talk to him or her

19   about their work?

20          THE PROSPECTIVE JUROR:  No -- no.

21          THE COURT:  Okay.  And how about the person that

22   works for the Marshals Service in D.C.?  Is that a cousin as

23   well?

24          THE PROSPECTIVE JUROR:  Yes.  It's another male

25   cousin.  I don't see him -- I haven't seen him for years.

1          THE COURT:  Okay.

2          THE PROSPECTIVE JUROR:  But I know he works there.

3          THE COURT:  But you don't talk to him about his work?

4          THE PROSPECTIVE JUROR:  No.  No.

5          THE COURT:  Okay.  Anything about having family

6    members in law enforcement that would have you grant more

7    credibility to a witness that's in law enforcement?

8          THE PROSPECTIVE JUROR:  No.

9          THE COURT:  No.  Okay.

10         You'd be able to judge each witness based on what they

11   say in court?

12         THE PROSPECTIVE JUROR:  Yes.

13         THE COURT:  All right.  So you also answered yes to

14   the question about you or members of your immediate family,

15   close friends ever been arrested for, charged with, or

16   convicted of a crime other than traffic violations.

17         THE PROSPECTIVE JUROR:  Yes.

18         THE COURT:  Tell us about that.

19         THE PROSPECTIVE JUROR:  A boyfriend was charged

20   with -- I think it's assault with a deadly weapon, gun.  Maybe

21   about 11 years ago.  And he was convicted of that.

22         THE COURT:  Okay.  And were you involved?

23         THE PROSPECTIVE JUROR:  No.

24         THE COURT:  Okay.  So did you -- did you think he was

25   treated fairly by -- in the criminal justice system?

1          THE PROSPECTIVE JUROR:  Yes.

2          THE COURT:  Okay.  Anything about his experience

3     in the criminal justice system that you think would impact

4     you, either positively or negatively, to -- about hearing this

5     case?

6          THE PROSPECTIVE JUROR:  No, I don't.

7          THE COURT:  Okay.  All right.  So you answered yes

8     also to Question 22, which is whether you, a member of your

9     immediate family, or close friends have ever been the victim of

10    or a witness to a crime.

11         THE PROSPECTIVE JUROR:  Yes.

12         THE COURT:  Tell us about that.

13         THE PROSPECTIVE JUROR:  I was a witness to a

14    gentleman that got beat up, and he was stabbed.  It was --

15    actually, like, several people attacked him.  We were waiting

16    at the bus stop.  So I did witness that.

17         THE COURT:  Okay.  And how long ago was that?

18         THE PROSPECTIVE JUROR:  I want to say four years ago.

19         THE COURT:  Okay.  And do you know if the -- the

20    persons that committed that crime were caught?

21         THE PROSPECTIVE JUROR:  I believe two of them were.

22         THE COURT:  Okay.  And did you have to serve as a

23    witness either in the grand jury or at trial or anything like

24    that?

25         THE PROSPECTIVE JUROR:  No.  I just spoke to the

1  detectives investigating, and they took my statement and my

2  information.  But, no, I was never called to court or anything

3  like that.

4          THE COURT:  Okay.  Anything about your experience in

5  that process that would impact your ability to hear this case

6  fairly?

7          THE PROSPECTIVE JUROR:  No.

8          THE COURT:  No.  All right.

9      And then you answered yes to Question No. 28, which is

10  if you believe that all or most civilians present at the

11  Capitol on January 6th engaged in violence or intended to

12  engage in violence.

13          THE PROSPECTIVE JUROR:  Yes.

14          THE COURT:  Tell us about what you believe and why

15  you believe that.

16          THE PROSPECTIVE JUROR:  Just -- of course, I wasn't

17  there.  But just from the footage that I saw on the news, just

18  showing them going in -- in the Capitol and, like, the tussle

19  between -- I don't know if it was the people outside trying to

20  get in or people trying to keep them out.  So it looked like a

21  violent situation to me.

22          THE COURT:  Okay.  So there were -- there were

23  thousands.  Obviously, there was some violence that occurred at

24  the Capitol, but there were thousands of people there.

25          THE PROSPECTIVE JUROR:  Uh-huh.

```
 1              THE COURT:  And -- and Mr. Rhine, who's the defendant

 2      in this case, is not accused of or charged with any violence.

 3      So do you think -- the violence you've seen on videos and the

 4      like, do you think that you would be able to judge Mr. Rhine

 5      fairly based on the evidence presented in this court and under

 6      the legal instructions I give you?

 7              THE PROSPECTIVE JUROR:  Yes.

 8              THE COURT:  Okay.  All right.

 9          Ms. Fish.

10          MS. FISH:  Good afternoon, Ms. ██████████.

11          THE PROSPECTIVE JUROR:  Hi.

12          MS. FISH:  I wanted to follow up a moment on what the

13      judge was just talking about.

14          THE PROSPECTIVE JUROR:  Uh-huh.

15          MS. FISH:  So you indicated you're aware from the

16      news that some people got hurt on January 6th.

17          THE PROSPECTIVE JUROR:  Yes.

18          MS. FISH:  And that you saw some of the -- the

19      struggle or the fight outside the building --

20          THE PROSPECTIVE JUROR:  Yes.

21          MS. FISH:  -- and people going in?

22          What kinds of emotional reaction did you have to that

23      information?

24          THE PROSPECTIVE JUROR:  Mostly shock and disbelief.

25          MS. FISH:  Did you feel any fear?
```

```
1              THE PROSPECTIVE JUROR:  Me feel -- no.

2              THE COURT:  Or concern for people at the Capitol?

3              THE PROSPECTIVE JUROR:  Oh, yes.

4         MS. FISH:  How about any sadness or disappointment?

5              THE PROSPECTIVE JUROR:  No, I wasn't sad,

6    disappointed.  No.

7              THE COURT:  And, you know, on Question 28, do you

8    believe that most people who attended that rally, whether or

9    not they engaged in violence, intended to be part of a violent

10   event?

11             THE PROSPECTIVE JUROR:  Did you say I believe most of

12   them?

13             MS. FISH:  Yeah.

14             THE PROSPECTIVE JUROR:  No.  No.

15             MS. FISH:  And I did also want to follow up briefly

16   about your job.  I saw you work for the Office of Personnel

17   Management.

18             THE PROSPECTIVE JUROR:  Yes.

19             MS. FISH:  Do you work with any federal offices

20   particularly that you manage, or are you in kind of a position

21   where you're removed from the day-to-day life of federal

22   employees?  I think almost everyone in this room is a federal

23   employee so --

24             THE PROSPECTIVE JUROR:  No.  I work in an office that

25   is, like, far removed from other federal employees.
```

1        MS. FISH:  And this is probably my mis- -- or lack of

2    knowledge, I should say, about all of the many things that go

3    into OPM's work.  Can you describe a little bit the type of

4    work you do.

5        THE PROSPECTIVE JUROR:  Answer congressional

6    inquiries.  So if -- it's mainly dealing with retirees, if they

7    didn't get their pension payment for that month or they're

8    having issues getting their retirement finalized or if their

9    disability application was not approved.  So then they will

10   write into their congressperson or senator.  And then they

11   will, in turn, contact us, and we will reach out to the other

12   program offices that you speak of that deal directly with

13   the -- the different agencies.

14        MS. FISH:  And did -- have you developed any close

15   relationships with people who work in Congress through that

16   job?

17        THE PROSPECTIVE JUROR:  No.

18        MS. FISH:  No.  Okay.

19    And then I did just want to follow up on your

20   cousin who's with the -- is he with the Metropolitan D.C.

21   police?

22        THE PROSPECTIVE JUROR:  Yes.

23        MS. FISH:  So you indicated -- I just want to make

24   sure I understood.  You did not know whether or not he

25   responded on January 6th?

```
1              THE PROSPECTIVE JUROR:  I do not know.

2              MS. FISH:  Were you aware that some Metropolitan

3    Police Department officers did respond?

4              THE PROSPECTIVE JUROR:  Yes, I heard that on the

5    news.

6              MS. FISH:  Did that cause you to have any significant

7    feelings about what was going on that day?

8              THE PROSPECTIVE JUROR:  No.

9              MS. FISH:  Okay.  Thank you.

10             THE COURT:  Thank you.

11          Mr. Valentini.

12             MR. VALENTINI:  Good afternoon.

13             THE PROSPECTIVE JUROR:  Hi.

14             MR. VALENTINI:  I wanted to follow up very briefly.

15   You answered some questions about your prior jury service --

16             THE PROSPECTIVE JUROR:  Yes.

17             MR. VALENTINI:  -- in Superior Court.

18             THE PROSPECTIVE JUROR:  Yes.

19             MR. VALENTINI:  And you indicated that in that

20   instance, the jury was not able to reach a verdict.

21             THE PROSPECTIVE JUROR:  Uh-huh.

22             MR. VALENTINI:  Is there anything about what the

23   prosecution or the defense did in that case that stands out

24   with you, either in a positive way or negative way?

25             THE PROSPECTIVE JUROR:  No, it wasn't anything that
```

1    they did.  I think the main concern for some of the jurors was

2    it was like a videotape that was submitted.  But it was not

3    necessarily clear.  You can see, you know, figures, but you

4    couldn't really distinguish one person from another.  You knew

5    it was a person there.  And I think some people just couldn't

6    say -- you know, agree that, yes, that was that guy.  So it

7    wasn't anything particular that the defense or the prosecution

8    did that stood out to me.

9            MR. VALENTINI:  Thank you.

10        I'm going to ask you a similar question about -- I

11   believe you indicated that an acquaintance of yours or maybe a

12   former boyfriend was charged with an assault offense at some

13   point --

14           THE PROSPECTIVE JUROR:  Yes.

15           MR. VALENTINI:  -- which resulted in an acquittal.

16        I'm going to ask you the same question I just asked you

17   before, about your jury service.  Is there something --

18   anything about that experience that stands out in your mind

19   that left you with a positive or negative impression of either

20   the prosecution or the defense in that case?

21           THE COURT:  Did you say he was acquitted or

22   convicted, your boyfriend?

23           THE PROSPECTIVE JUROR:  Yes, he was convicted.

24           THE COURT:  He was convicted.

25           MR. VALENTINI:  Convicted.  Okay.  Thank you for the

1    clarification.

2              THE PROSPECTIVE JUROR:  He was convicted.

3              MR. VALENTINI:  I misunderstood you before.

4              THE PROSPECTIVE JUROR:  Actually, the -- to me the

5    prosecutor for that case was -- how do I say it?  More in tune

6    to being helpful and understanding of the circumstances, and

7    not just exactly what he did.  But more of the

8    behind-the-scenes of why it got to what it did.  And that stood

9    out to me.

10             As well as his defense attorney, they were successful in

11   putting out extenuating circumstances, like I said, that led to

12   it.  So I think that -- like I said, he was convicted, but

13   he -- I wouldn't necessarily say he got a break, but the

14   circumstances behind it was -- played a big part in his

15   sentencing.  So both sides.

16             MR. VALENTINI:  A fair process?

17             THE PROSPECTIVE JUROR:  Yes.

18             MR. VALENTINI:  Thank you.

19             And I'm also going to follow up on your answers with the

20   events of January 6th in particular.  In -- and I'm just going

21   to ask you, is there anything based on what you learned about

22   the events of January 6th that would prevent you from deciding

23   this case, if you are selected as a juror, based only on the

24   facts presented in evidence and the law as the Court tells you

25   you have to apply?

```
1              THE PROSPECTIVE JUROR:  No, I don't think so.

2              MR. VALENTINI:  Thank you very much.

3              THE PROSPECTIVE JUROR:  Uh-huh.

4              THE COURT:  All right.  Thank you.

5         Thank you.

6              (REPORTER'S NOTE:  Juror 1854 left.)

7              THE COURT:  Any motions?

8              MR. VALENTINI:  Not from the government.

9              MS. FISH:  No, Your Honor.

10             THE COURT:  Thank you.

11             (REPORTER'S NOTE:  Juror 0156 enters.)

12             THE COURTROOM DEPUTY:  Juror No. 0156.

13             THE COURT:  Good afternoon.

14             THE PROSPECTIVE JUROR:  Hi.

15             THE COURT:  So this is Juror 0156.  Ms. ████; is

16   that correct?

17             THE PROSPECTIVE JUROR:  ████, yes.

18             THE COURT:  ████.

19        You answered yes to the question about prior jury

20   service.

21             THE PROSPECTIVE JUROR:  Yeah.  I mean, I get called

22   all the time, so.

23             THE COURT:  All right.  Tell us about any time you've

24   actually been selected.

25             THE PROSPECTIVE JUROR:  The last time I was selected
```

1    I ended up being an alternate so I sat through the trial but

2    then didn't -- wasn't part of the actual.

3              THE COURT:  All right.  Do you recall what kind of

4    case it was?

5              THE PROSPECTIVE JUROR:  It was -- it was just in the

6    regular D.C. court system.  So it was something about police

7    going to somebody's home to look for firearms.

8              THE COURT:  Okay.  And was someone being prosecuted

9    to be sent to jail, or was it the person bringing the suit?

10             THE PROSPECTIVE JUROR:  No.  It was somebody being

11   prosecuted because they had -- I think it was against -- I

12   think they had already been to jail and they weren't supposed

13   to have firearms, if I remember correctly.

14             THE COURT:  And you said you did not deliberate?

15             THE PROSPECTIVE JUROR:  No.  I just listened

16   throughout the trial and found out I was an alternate.

17             THE COURT:  And has there been any instance in which

18   you were selected to be on a jury and deliberated?

19             THE PROSPECTIVE JUROR:  Yeah.  But I think that was,

20   like, four or five years ago.

21             THE COURT:  Okay.  Tell us about that.

22             THE PROSPECTIVE JUROR:  I honestly don't remember it.

23   It was more of, like -- that one was more of a -- somebody --

24   like, people arguing about property or something like that.

25             THE COURT:  So it was a civil case?

1           THE PROSPECTIVE JUROR:  Yes.

2           THE COURT:  Okay.  All right.  And the jury was able

3     to reach a verdict in that case?

4           THE PROSPECTIVE JUROR:  Yes, but I don't remember

5     what it was.

6           THE COURT:  Okay.  Any other case in which you did

7     end up deliberating on?

8           THE PROSPECTIVE JUROR:  A longer, longer time ago

9     when I lived in Georgia.

10          THE COURT:  Okay.  And tell us about that.

11          THE PROSPECTIVE JUROR:  Again, I don't really

12    remember much about it.  It was about theft.

13          THE COURT:  Okay.

14          THE PROSPECTIVE JUROR:  Is all I really remember.

15          THE COURT:  Criminal case?

16          THE PROSPECTIVE JUROR:  I guess.

17          THE COURT:  Okay.

18          THE PROSPECTIVE JUROR:  I was in my 20s then, so.

19          THE COURT:  Sure.  Do you remember if the jury was

20    able to reach a verdict?

21          THE PROSPECTIVE JUROR:  We were, but I don't remember

22    what it was.

23          THE COURT:  Okay.  You answered yes to the question,

24    No. 12, which is the one about following the news about

25    January 6th.

1          THE PROSPECTIVE JUROR:  I mean, we live in D.C.  So I

2     didn't mean, like, I vigorously -- I mean --

3          THE COURT:  Sure.

4          THE PROSPECTIVE JUROR:  I was watching TV when

5     everything kind of happened, but it's -- yeah, so.  I think on

6     a normal level of following it.

7          THE COURT:  Sure.  On January 6th, you were at home?

8          THE PROSPECTIVE JUROR:  I was at home.

9          THE COURT:  Okay.  And were you -- would you

10    character -- categorize your day, that day, as being glued to

11    the TV and watching what happened or having it on in the

12    background or where in between?

13         THE PROSPECTIVE JUROR:  We watched a little bit of

14    it.  But I have children so we turned it off because we didn't

15    want to have them be upset by not understanding what was

16    happening.

17         THE COURT:  Sure.  Sure.  And since then, have you

18    gone out of your way to get more information about that day,

19    or just read what appears in your feed or on your newspaper

20    or --

21         THE PROSPECTIVE JUROR:  Yeah.  Basically, whatever

22    might be on the news if we're watching or -- yeah, just, again,

23    I think normal for living in D.C.

24         THE COURT:  Okay.  But sounds like you would say it's

25    more passive obtaining of that information rather than you

1    seeking it out?

2            THE PROSPECTIVE JUROR:  Correct.

3            THE COURT:  Okay.  And there's been a few

4    documentaries about that day.  Have you watched any of those?

5            THE PROSPECTIVE JUROR:  I did not know there was

6    documentaries about it.  So no.

7            THE COURT:  Okay.  And the -- the U.S. House of

8    Representatives had a committee that held some hearings.  Did

9    you watch any of those?

10           THE PROSPECTIVE JUROR:  I did not watch them, but I

11   would hear bits and pieces of it, you know, on the news or the

12   radio and things like that.

13           THE COURT:  Okay.  All right.

14        Ms. Fish.

15        MS. FISH:  Thank you.

16        Good afternoon, Ms. ███████.

17        THE PROSPECTIVE JUROR:  Hi.

18        MS. FISH:  So I just wanted to follow up on a couple

19   of things.  One, I noted that you were self-employed.  What

20   kind of work do you do?

21           THE PROSPECTIVE JUROR:  I own a dog-walking and

22   pet-sitting business.

23        MS. FISH:  Fantastic.  I have a dog.

24           THE PROSPECTIVE JUROR:  Most people -- a lot of

25   people do.

1          MS. FISH:  And then I wanted to follow up a little

2    bit about the media that you saw.

3          THE PROSPECTIVE JUROR:  Uh-huh.

4          MS. FISH:  Do you recall seeing any violence or

5    hearing testimony about violence in what you've read, listened

6    to, or watched?

7          THE PROSPECTIVE JUROR:  I mean, yeah.  I can't

8    imagine anybody who didn't hear about that in some way, form,

9    or nother.

10          MS. FISH:  And you mentioned you turned the TV off on

11    the day of because you didn't want to upset your children.

12          THE PROSPECTIVE JUROR:  Uh-huh.

13          MS. FISH:  What was your own emotional reaction to

14    what you were seeing?

15          THE PROSPECTIVE JUROR:  I guess, you know, confusion

16    and disbelief, I guess.

17          MS. FISH:  Did you have any feelings of fear?

18          THE PROSPECTIVE JUROR:  I mean, we live in D.C. so

19    a -- I mean, it's -- I live far enough -- I don't live on the

20    Hill or anything like that, so I -- no, I didn't have any

21    specific fear of, like, something happening outside of my house

22    or anything like that.  No.

23          MS. FISH:  Kind of a generalized --

24          THE PROSPECTIVE JUROR:  I mean, just worry, I guess,

25    about what's going on in the world, basically.

1          MS. FISH:  Did you have any feelings of sadness or

2     any other emotions you remember that day?

3          THE PROSPECTIVE JUROR:  No.  I mean, like I said, I

4     guess just, kind of, like a general disbelief and mostly, you

5     know, just like worry.  I didn't want my kids to be stressed

6     out, basically.

7          MS. FISH:  Do you have any feelings about January 6th

8     today?

9          THE PROSPECTIVE JUROR:  Like?

10         MS. FISH:  If you think about it or speak about it,

11    is there any emotion about what happened?

12         THE PROSPECTIVE JUROR:  I guess -- I mean, again, it

13    would be the same thing.  Just, you know, I think maybe wishing

14    that it hadn't have happened.

15         MS. FISH:  Do you have a good idea what happened at

16    the Capitol that day?

17         THE PROSPECTIVE JUROR:  Do I feel like -- I mean, I

18    just have -- I mean, I wasn't there.  So no, I guess.  But, you

19    know, again, just the general knowledge of -- of the basics of

20    what's been in the news and things like that.

21         MS. FISH:  Do you feel that you have a sense of what

22    the majority of people there did or intended to do?

23         THE PROSPECTIVE JUROR:  I don't know how I could

24    answer that.  I don't even know how people exactly were there.

25    So I don't know how I would know if a majority of them had done

1    so.

2              MS. FISH:  Thank you.

3              THE COURT:  All right.  Thank you.

4         Mr. Valentini.

5              MR. VALENTINI:  No questions, Your Honor.

6              THE COURT:  All right.  So I'm not sure I

7    specifically asked this question, but given the media that you

8    have watched -- and, obviously, there were a lot of people

9    there on that day.  And Mr. Rhine is an individual and is being

10   charged with specific offenses.  Do you think the media that

11   you have watched would impact your ability to judge him fairly

12   based on the evidence presented in this courtroom and the law

13   as I instruct you?

14             THE PROSPECTIVE JUROR:  No.  I mean, I think that --

15   I know what it takes to be on a jury.  So, I mean, I would be

16   able to handle that.

17             THE COURT:  Okay.

18             THE PROSPECTIVE JUROR:  I did -- I think there was

19   one other question I should have maybe said yes to.  I didn't

20   think about it until we were in the jury room.  I have a friend

21   who works in conjunction with Homeland Security, but she works

22   with the EPA, so nothing to do with anything that happened.

23             THE COURT:  With the EPA?

24             THE PROSPECTIVE JUROR:  Yeah.

25             THE COURT:  Okay.  So on environmental issues?

```
 1              THE PROSPECTIVE JUROR:  Right.  But with Homeland
 2      Security, if that matters or not.
 3              THE COURT:  Because she's at Homeland Security and
 4      deals with EPA, or do you think --
 5              THE PROSPECTIVE JUROR:  She's, like, the EPA liaison.
 6      Again, it just occurred to me that was a question you had
 7      asked.
 8              THE COURT:  Okay.  Any follow-up questions about
 9      that?
10              MS. FISH:  No, Your Honor.
11              MR. VALENTINI:  No, Your Honor.
12              THE COURT:  Okay.  All right.  Thank you.
13              THE PROSPECTIVE JUROR:  All right.  Thanks.
14              (REPORTER'S NOTE:  Juror 0156 left.)
15              THE COURT:  Any motions with respect to her?
16              MS. FISH:  No, Your Honor.
17              MR. VALENTINI:  No, Your Honor.
18              THE COURT:  Okay.
19              (REPORTER'S NOTE:  Juror 0192 enters.)
20              THE COURTROOM DEPUTY:  Juror No. 0192.
21              THE COURT:  Good afternoon.
22              THE PROSPECTIVE JUROR:  Hi.
23              THE COURT:  This is Juror 0192.  Mr. ███████; is that
24      correct?
25              THE PROSPECTIVE JUROR:  Yes.
```

1          THE COURT:  Okay.  You answered yes to the question

2     about you, close friend, or family member having legal

3     training.  And you indicated that your spouse is a patent law

4     attorney; is that correct?

5          THE PROSPECTIVE JUROR:  Correct.

6          THE COURT:  Has she ever practiced criminal law?

7          THE PROSPECTIVE JUROR:  No.  I think when she was a

8     law student she did, like, an internship or something --

9          THE COURT:  Okay.

10          THE PROSPECTIVE JUROR:  -- in family court.

11          THE COURT:  All right.  And then you answered yes to

12     the question about following the news about January 6th.  Can

13     you tell us about that -- the extent and how often and whether

14     you watched it on that day.

15          THE PROSPECTIVE JUROR:  Well, I -- I was alerted that

16     day with, you know, texts and phone calls from family asking me

17     if I was okay.  So that was the first thing that kind of

18     alerted me to it.  I spent a little time over the next

19     two weeks kind of following what was going on, but just

20     generally.

21          THE COURT:  Okay.  Did you -- there's a handful of

22     documentaries on that day.  Have you watched any of those?

23          THE PROSPECTIVE JUROR:  No.

24          THE COURT:  No.

25          And the House had a committee that investigated

1    January 6th and held hearings.  Did you watch any of those?

2              THE PROSPECTIVE JUROR:  Nope.

3              THE COURT:  No.  Okay.

4         Any of the media that you have seen, do you think, would

5    impact your ability to judge this case fairly based on the

6    facts presented in this courtroom?

7              THE PROSPECTIVE JUROR:  No.

8              THE COURT:  No.  Okay.

9         Ms. Fish.

10             MS. FISH:  Good afternoon, Mr. ███████.

11             THE PROSPECTIVE JUROR:  Hi.

12             MS. FISH:  And I'd just like to follow up a little

13   bit more about the media you saw.  Did you see any images or

14   hear descriptions of violence in the media you saw?

15             THE PROSPECTIVE JUROR:  Yes.

16             MS. FISH:  Can you tell us what you remember from

17   that.

18             THE PROSPECTIVE JUROR:  Generally, there was, you

19   know, struggles between Capitol Police trying to keep people

20   out of the Capitol and behind barricades and saw different

21   instances of either people, you know, using the riot shields

22   to attack someone or throw a bunch or random things like that.

23             MS. FISH:  Do you remember what your personal or

24   emotional reaction was to that?

25             THE PROSPECTIVE JUROR:  Yeah.  You know, it was -- it

1     was upsetting.

2              MS. FISH:  When you think about it now, do you still

3     feel upset?

4              THE PROSPECTIVE JUROR:  No.  I mean, I think it's --

5     you know, all running its course, and the process is, you know,

6     taking its place.

7              MS. FISH:  Do you continue to see news media or news

8     coverage about what happened on January 6th?

9              THE PROSPECTIVE JUROR:  Not regularly, no.

10             MS. FISH:  Do you feel you have a good understanding

11    of what happened that day?

12             THE PROSPECTIVE JUROR:  Yes.

13             MS. FISH:  And do you feel that you know what most

14    people did or intended to do who were at the rally that day?

15             THE PROSPECTIVE JUROR:  I -- I can't speak to their

16    motives, but no.

17             MS. FISH:  And you did also mention that you were

18    alerted because family members were texting or calling you?

19             THE PROSPECTIVE JUROR:  Yes.

20             MS. FISH:  Can you tell us, did that -- what your

21    reaction was getting these concerned texts?

22             THE PROSPECTIVE JUROR:  I've lived in D.C. for over

23    20 years so it's not the first time that somebody sent me

24    something like that.  It's just kind of like, oh, I've got to

25    turn on the news or find out what people had actually -- I had

1    no idea what was going on at the time.  And I turned on the

2    news and -- and started seeing some of it.

3              MS. FISH:  But it wasn't because you live or work

4    near the Capitol?

5              THE PROSPECTIVE JUROR:  No.  But it was friends on

6    the West Coast or, like, hey, are you okay?  Because they don't

7    know how close my house is to what's going on, or something

8    like that.

9              MS. FISH:  Thank you, Mr. ███████.

10             THE PROSPECTIVE JUROR:  Sure.

11             MR. VALENTINI:  Good afternoon, Mr. ███████.

12             THE PROSPECTIVE JUROR:  Hi.

13             MR. VALENTINI:  You told us a little bit ago that you

14   have had some exposure to news about January 6th.

15             THE PROSPECTIVE JUROR:  Uh-huh, yes.

16             MR. VALENTINI:  Mostly on January 6th?

17             THE PROSPECTIVE JUROR:  Yes.

18             MR. VALENTINI:  Is there anything about what you

19   learned as part of that exposure that would prevent you from

20   deciding this case based exclusively on the facts presented in

21   evidence in this case if that's what the judge says that you're

22   supposed to do?

23             THE PROSPECTIVE JUROR:  I don't -- I don't see any

24   issues with that.

25             MR. VALENTINI:  Thank you very much.

```
 1              THE PROSPECTIVE JUROR:  Thanks.
 2              THE COURT:  So you specifically mentioned that you
 3    have seen some video footage of violence and clashes on that
 4    day.  Obviously, there were thousands of people there that day
 5    and everyone behaved, you know, differently, to a certain
 6    extent.  So in this case there are no charges against Mr. Rhine
 7    that he committed any acts of violence or assaulted anyone.  So
 8    do you think that your viewing of those -- that violent footage
 9    would impact your ability to judge Mr. Rhine fairly based on
10    the evidence presented in this case?
11              THE PROSPECTIVE JUROR:  No, I don't think so.
12              THE COURT:  Okay.  All right.  Thank you.  You're
13    excused.
14              (REPORTER'S NOTE:  Juror 0192 left.)
15              THE COURT:  Any motions with respect to him?
16              MS. FISH:  No, Your Honor.
17              MR. VALENTINI:  No, Your Honor.
18              THE COURT:  All right.  Thank you.
19         So this next potential juror did answer yes to
20    Question No. 1 about the inconvenience and to about 20 others.
21    So if you think one is dispositive, please let me know.
22              MS. FISH:  Will do, Your Honor.
23              MR. VALENTINI:  Thank you.
24              (REPORTER'S NOTE:  Juror 0077 enters.)
25              THE COURTROOM DEPUTY:  This is Juror No. 0077.
```

1     THE COURT:  Good afternoon.

2     THE PROSPECTIVE JUROR:  Good afternoon.

3     THE COURT:  This is Juror 0077.  Ms. ████; is that

4 correct?

5     THE PROSPECTIVE JUROR:  Yes.

6     THE COURT:  Okay.  So you answered yes to

7 Question No. 1, which is that a case that takes four to

8 six days to try or goes from 10:00 to 5:30 might create a

9 special problem.

10     THE PROSPECTIVE JUROR:  I guess you'd say it -- work

11 doesn't matter.  I do have one doctor's appointment.  And I am

12 processing payroll at my job.  So that's the only means for

13 that -- that question.

14     THE COURT:  Okay.  So when is the doctor's

15 appointment?

16     THE PROSPECTIVE JUROR:  On the 19th.

17     THE COURT:  On the 19th, which is --

18     THE PROSPECTIVE JUROR:  Wednesday.

19     THE COURT:  This Wednesday.  At what time?

20     THE PROSPECTIVE JUROR:  I think it's 9:30, actually.

21 It's not something I can reschedule, which is the only reason

22 why I bring it up.  Yeah, at 9:30.

23     THE COURT:  Okay.  And do you think that -- how long

24 that appointment will go to?

25     THE PROSPECTIVE JUROR:  It's the first time I'm

1    seeing this doctor.  I mean, maybe a couple hours.

2              THE COURT:  Okay.  All right.  And you said you're

3    processing payroll at your work as well?

4              THE PROSPECTIVE JUROR:  Uh-huh.

5              THE COURT:  And if you're on a jury, who -- who would

6    do that processing?

7              THE PROSPECTIVE JUROR:  It might go to my manager,

8    perhaps.

9              THE COURT:  Okay.  So --

10             THE PROSPECTIVE JUROR:  Normally, I do it.  I

11   always try to work my schedule around it so no one else has to

12   do it.

13             THE COURT:  But you think that could be worked

14   around?

15             THE PROSPECTIVE JUROR:  I will find a way to work

16   around it.

17             THE COURT:  Okay.  You answered yes to Question

18   No. -- yes to Question No. 7, which is if you are selected to

19   sit on this case, you have to be able to render a verdict

20   solely on the evidence presented at the trial and in the

21   context of the law as I will give it to you in my instructions.

22   And you thought that you might have a hard time doing that.

23             THE PROSPECTIVE JUROR:  I did.  But then the question

24   that you asked later on kind of answered that question.  So if

25   you want to move past that one and get to another one, you'll

 1    hit it eventually.

 2            THE COURT:  Okay.  So just tell us, while we're in

 3    the context of this question, what was the issue that you were

 4    struggling with?

 5            THE PROSPECTIVE JUROR:  Well, you asked if I had a

 6    family member that was -- that worked for the -- law

 7    enforcement.

 8            THE COURT:  Oh, okay.  All right.

 9            THE PROSPECTIVE JUROR:  And that's why I -- and then

10    there's another question that was on there too.

11            THE COURT:  Okay.  So you answered yes to

12    Question No. 11, which is if you or someone you know has a

13    direct or indirect connection to the events that occurred at

14    the Capitol on January 6th.

15            THE PROSPECTIVE JUROR:  Yes.

16            THE COURT:  Tell us about that.

17            THE PROSPECTIVE JUROR:  I have a cousin that is --

18    well, actually, two cousins that are a member of the police

19    department.  And one of them worked on the day of January 6th

20    and had a broken leg during the process.

21            THE COURT:  Okay.

22            THE PROSPECTIVE JUROR:  And that's very close to me,

23    and this is a very personal situation for me.

24            THE COURT:  Okay.

25            MS. FISH:  Your Honor, I would ask that Ms. ███ be

```
 1    excused, respectfully, Your Honor.
 2              MR. VALENTINI:  Without objection.
 3              THE COURT:  Okay.  All right.  Thank you.
 4              THE PROSPECTIVE JUROR:  Okay.  Thank you.
 5              (REPORTER'S NOTE:  Juror 0077 left.)
 6              (REPORTER'S NOTE:  Juror 0719 enters.)
 7              THE COURTROOM DEPUTY:  This is Juror No. 0719.
 8              THE COURT:  Good afternoon.
 9              THE PROSPECTIVE JUROR:  Hi.  How are you?
10              THE COURT:  Good.
11         So this is Juror 0719.  Ms. ███; is that correct?
12              THE PROSPECTIVE JUROR:  Uh-huh.
13              THE COURT:  Okay.
14              THE PROSPECTIVE JUROR:  Yes.
15              THE COURT:  All right.  You answered yes to the
16    question about whether you heard or read anything about this
17    case or the defendant in this case.
18              THE PROSPECTIVE JUROR:  Yes.
19              THE COURT:  Tell us about that.
20              THE PROSPECTIVE JUROR:  My mother sent me some
21    articles and some of the court papers that were filed.
22              THE COURT:  In this case?
23              THE PROSPECTIVE JUROR:  Correct.
24              THE COURT:  Okay.  And when did she do that?
25              THE PROSPECTIVE JUROR:  Oh, I don't know.  Like,
```

1     maybe within the last couple weeks.

2               THE COURT:  Okay.

3               THE PROSPECTIVE JUROR:  Pretty much when I told her I

4     had jury duty.

5               THE COURT:  Okay.

6               THE PROSPECTIVE JUROR:  She got excited.

7               THE COURT:  Okay.  And what did you learn from those

8     papers?

9               THE PROSPECTIVE JUROR:  I read the indictment and

10    some of -- like, some of the complaint, just some of the

11    random -- whatever she wanted to talk about.

12              THE COURT:  Okay.

13              THE PROSPECTIVE JUROR:  I don't know.

14              THE COURT:  All right.  And did you draw any

15    conclusions from what you read?

16              THE PROSPECTIVE JUROR:  No.  Just took them for what

17    they said.

18              THE COURT:  Okay.  You answered yes to the question

19    on No. 9, which is whether you, a member of your immediate

20    family, or close friends have received legal training.

21              THE PROSPECTIVE JUROR:  I work in a law firm.

22              THE COURT:  Okay.  What do you do there?

23              THE PROSPECTIVE JUROR:  I'm an intellectual property

24    specialist.

25              THE COURT:  Okay.  Have you ever worked on criminal

 1    law matters?

 2            THE PROSPECTIVE JUROR:  Just pro bono.

 3            THE COURT:  Just pro bono.  What kind of pro bono

 4    case was that?

 5            THE PROSPECTIVE JUROR:  It was to overturn a wrongful

 6    conviction.

 7            THE COURT:  Okay.  And where -- where was that

 8    wrongful conviction?

 9            THE PROSPECTIVE JUROR:  I believe it was in

10    North Carolina.

11            THE COURT:  Okay.  And what were your specific duties

12    with respect to that case?

13            THE PROSPECTIVE JUROR:  Mostly administrative.

14            THE COURT:  Administrative.  Okay.

15        And your experience on that case, do you think it

16    would impact your ability to fairly judge this case on its

17    facts?

18            THE PROSPECTIVE JUROR:  No.

19            THE COURT:  No.  All right.

20        All right.  You answered yes to Question No. 10, which

21    is if you or someone else close to you lives or works at or

22    near the U.S. Capitol Building.

23            THE PROSPECTIVE JUROR:  Yeah.  When everything

24    happened, I worked at Sixth and Mass, and my building was

25    partially raided.

```
 1                THE COURT:  Partially?

 2                THE PROSPECTIVE JUROR:  Raided.

 3                THE COURT:  Raided.

 4                THE PROSPECTIVE JUROR:  Yeah, during the chaos.

 5                THE COURT:  Okay.  And so you -- were you evacuated?

 6                THE PROSPECTIVE JUROR:  Well, I was not working in

 7      the building that day, but the building was evacuated and shut

 8      down.

 9                THE COURT:  Okay.  Were any of your co-workers

10      harmed?

11                THE PROSPECTIVE JUROR:  Not that I know of.

12                THE COURT:  Okay.  Does any of your co-workers'

13      experience on that day particularly stand out in your mind?

14                THE PROSPECTIVE JUROR:  Just my immediate group and

15      us talking about it.

16                THE COURT:  And what was the general sense of the

17      discussion?

18                THE PROSPECTIVE JUROR:  Shock and anger.

19                THE COURT:  Okay.  At -- about what?

20                THE PROSPECTIVE JUROR:  The entire event.

21                THE COURT:  Okay.  And do you think what you -- what

22      you -- the emotions you felt on that day, do you think it would

23      impact your ability to judge this case fairly based on the

24      facts presented in court?

25                THE PROSPECTIVE JUROR:  I don't think so.
```

1          THE COURT:  Okay.  All right.  You answered yes about

2     following the news about the events that took place on that

3     day.

4          THE PROSPECTIVE JUROR:  Oh, yeah.  I stood in front

5     of my television watching.

6          THE COURT:  On January 6th?

7          THE PROSPECTIVE JUROR:  On that day, uh-huh.

8          THE COURT:  And -- and were you working from home

9     that day?

10         THE PROSPECTIVE JUROR:  Yes.

11         THE COURT:  Okay.  And did you have it on in the

12    background as you worked?

13         THE PROSPECTIVE JUROR:  No.

14         THE COURT:  You focused on it?

15         THE PROSPECTIVE JUROR:  Oh, yeah.  We -- the firm

16    kind of shut everything down so people could figure out what

17    was happening and take a minute.

18         THE COURT:  Okay.  And since then, how closely have

19    you followed the news?

20         THE PROSPECTIVE JUROR:  Just whatever is on, like

21    random news during the day.

22         THE COURT:  Sure.  And there's been a handful of

23    documentaries on that day.  Have you watched any of those?

24         THE PROSPECTIVE JUROR:  No.

25         THE COURT:  And the House of Representatives had a

1    committee that investigated and held hearings.  Did you watch

2    any of those hearings?

3                THE PROSPECTIVE JUROR:  Very minimally, but yes.

4                THE COURT:  Okay.  Did you see any -- either on -- as

5    part of the hearings or part of the coverage you've seen, did

6    you see any videos concerning violence?

7                THE PROSPECTIVE JUROR:  Yeah.

8                THE COURT:  Okay.  And would you think that the

9    things you've seen -- in this case there's no allegations of

10   violence or assaults by the defendant.  So do you think that

11   what you've seen with respect to others committing violence

12   would impact your ability to judge Mr. Rhine fairly in this

13   case based on the facts presented in this courtroom?

14               THE PROSPECTIVE JUROR:  No.  No.

15               THE COURT:  Okay.  Okay.  You answered yes to

16   Question 14, which is if you have seen or heard anything in the

17   news or elsewhere about specific individuals who were present

18   at the U.S. Capitol on January 6th.  What was that?

19               THE PROSPECTIVE JUROR:  Just whatever the news is --

20   and I know -- I have friends from my home state who know people

21   that were there, and they -- we've talked about that and --

22   whatever news was just on the news, just --

23               THE COURT:  Sure.

24               THE PROSPECTIVE JUROR:  Just talking about it with

25   friends and family.

```
1              THE COURT:  And what is your home state?

2              THE PROSPECTIVE JUROR:  Arizona.

3              THE COURT:  Arizona.  And what has been the general

4    discussion amongst your friends about the people they know that

5    were there?

6              THE PROSPECTIVE JUROR:  Anger and disgust.

7              THE COURT:  Uh-huh.  Okay.  You answered yes to

8    Question No. 20, which is whether you, close friends, or family

9    members are in law enforcement.

10             THE PROSPECTIVE JUROR:  Uh-huh.

11             THE COURT:  Okay.  Tell us about that.

12             THE PROSPECTIVE JUROR:  I'm currently dating someone

13   who is a federal officer.

14             THE COURT:  Okay.  In what agency?

15             THE PROSPECTIVE JUROR:  I actually do not know the

16   answer to that.

17             THE COURT:  And does this person work in D.C.?

18             THE PROSPECTIVE JUROR:  Yes.

19             THE COURT:  And what is the nature of his or her

20   duties?

21             THE PROSPECTIVE JUROR:  I -- I don't know.  I know

22   he's currently on assignment.  So that's all I know.

23             THE COURT:  Okay.  Do you know if he responded at all

24   on January 6th?

25             THE PROSPECTIVE JUROR:  No.  We don't talk about his
```

1    job.

2              THE COURT:  Okay.  All right.  And do you think that

3    your dating this law enforcement person would lead you to tend

4    to credit the testimony of a law enforcement officer more than

5    that of an ordinary person?

6              THE PROSPECTIVE JUROR:  No.

7              THE COURT:  All right.  Ms. Fish.

8              MS. FISH:  Yes, Your Honor.  May I have one moment.

9         Your Honor, I think we can move on to the next one.

10             THE COURT:  All right.  Thank you.  You're excused.

11             (REPORTER'S NOTE:  Juror 0719 left.)

12             MS. FISH:  Your Honor, I would move to strike this

13   juror for cause, and I believe there's no objection.

14             MR. VALENTINI:  Yeah.  We do not oppose the motion.

15             THE COURT:  Okay.  I will strike her.

16             (REPORTER'S NOTE:  Juror 0957 enters.)

17             THE COURTROOM DEPUTY:  This is Juror No. 0957.

18             THE COURT:  Good afternoon.

19             THE PROSPECTIVE JUROR:  Hello.

20             THE COURT:  This is Juror 0957.  Mr. ███████; is

21   that correct?

22             THE PROSPECTIVE JUROR:  ██████.

23             THE COURT:  ██████.  All right.

24        You answered yes to the first question, which is the one

25   about a four- to six-day trial or -- or the evidence being

1    presented between 10:00 and 5:30 creating a special problem for

2    you.

3              THE PROSPECTIVE JUROR:  I just -- I didn't hear the

4    specific dates, but next Friday I'm heading out of town, and I

5    put that on my --

6              THE COURT:  Not this Friday.  The following Friday?

7              THE PROSPECTIVE JUROR:  Yeah.  Exactly.

8              THE COURT:  Okay.  So if the case finishes before

9    then, which is likely, that wouldn't present a problem?

10             THE PROSPECTIVE JUROR:  No.  Just if it got extended

11   for some reason.

12             THE COURT:  Okay.  All right.  So you answered yes to

13   Question No. 12, which is the one about following the news

14   pertaining to January 6th.

15             THE PROSPECTIVE JUROR:  Yeah.  I mean --

16             THE COURT:  Tell us a little bit about -- about how

17   closely you followed it and what you've learned and whether you

18   watched on that day.

19             THE PROSPECTIVE JUROR:  I did see it on that day

20   occurring.  I was working from home.  In fact, we had a big

21   company-wide meeting.  Just whether it's reading the *New York*

22   *Times*, *Washington Post*, watching various news outlets.  Just

23   kind of hearing different sides of reporting from that day.

24             THE COURT:  When you had a company-wide meeting,

25   that's what you were doing?  Or there was a meeting about

1    January 6th?

2            THE PROSPECTIVE JUROR:  No, we -- it wasn't about

3    January 6th.

4            THE COURT:  Okay.

5            THE PROSPECTIVE JUROR:  It was just company-wide.

6            THE COURT:  Okay.  So the events that you watched on

7    that day was in the background while you attended to your --

8    otherwise attended to your work?

9            THE PROSPECTIVE JUROR:  Oh, yeah.  It shut down for a

10   period of time.

11           THE COURT:  It shut down your work?

12           THE PROSPECTIVE JUROR:  Yeah.  Yeah.

13           THE COURT:  So the company-wide meeting was in D.C.?

14           THE PROSPECTIVE JUROR:  Or -- our headquarters is

15   here, but it was virtual.

16           THE COURT:  It was virtual?

17           THE PROSPECTIVE JUROR:  Yeah.

18           THE COURT:  Okay.  All right.  And you were working

19   from home that day?

20           THE PROSPECTIVE JUROR:  I was.

21           THE COURT:  Okay.  All right.  There's -- since that

22   day, how often -- other than what you see in -- that's reported

23   in the *Post* or the like, how closely do you follow this story?

24           THE PROSPECTIVE JUROR:  I wouldn't say that I study

25   it.  I'm just trying to stay up to speed on what's going on

1    generally, not just specific to January 6th.

2              THE COURT:  Okay.  And there's been a handful of

3    documentaries about January 6th.  Have you watched any of

4    those?

5              THE PROSPECTIVE JUROR:  No, nothing specific to

6    January 6th.

7              THE COURT:  Okay.  And the -- the House committee

8    investigated January 6th and had some hearings.  Did you watch

9    any of those hearings?

10             THE PROSPECTIVE JUROR:  I did see some of them, yeah.

11   Or, you know, not the hearing, but the news.

12             THE COURT:  The news about the hearings?

13             THE PROSPECTIVE JUROR:  Right.

14             THE COURT:  Yeah.  So you didn't watch any of the

15   hearings gavel to gavel?

16             THE PROSPECTIVE JUROR:  No.

17             THE COURT:  No.  Okay.

18         Did you see any images of violence, either video or that

19   sort of thing?

20             THE PROSPECTIVE JUROR:  Yeah.

21             THE COURT:  Yeah.  Okay.

22         What did you see?

23             THE PROSPECTIVE JUROR:  People, you know, hitting

24   police officers, breaking -- breaking doors, getting into the

25   Capitol Building, sort of -- that -- that type of stuff.

```
1              THE COURT:  Now, obviously, there were thousands of
2   people there that day and not everyone engaged in violence.
3   And, in fact, in this case Mr. Rhine is not alleged to have
4   assaulted anyone or -- or committed any acts of vandalism.
5              Do you -- do you think that the images of violence that
6   you've seen in the media would impact your ability to judge
7   Mr. Rhine fairly based on the evidence presented in this
8   courtroom?
9              THE PROSPECTIVE JUROR:  I don't believe so.
10             MR. VALENTINI:  You don't believe it would -- it
11  would -- you don't believe that you could judge him fairly, or
12  you don't believe it would impact?
13             THE PROSPECTIVE JUROR:  No, I don't believe it would
14  impact me.
15             THE COURT:  Okay.
16             THE PROSPECTIVE JUROR:  What impacted me more was
17  derailing my morning jogs through that area, not being able to
18  do that for a period of time.
19             THE COURT:  So this is when -- when the fencing went
20  up?
21             THE PROSPECTIVE JUROR:  Oh, yeah.
22             THE COURT:  Okay.  So how far out of your way would
23  you have to go?
24             THE PROSPECTIVE JUROR:  I mean, it's not
25  necessarily -- I mean, handful of blocks out of the way, but,
```

1    you know, just not being able to experience the run.

2                THE COURT:  Okay.  Now, do you live on the Hill?

3                THE PROSPECTIVE JUROR:  I live on H Street.  So

4    basically.  Pretty close.  Adjacent.

5                THE COURT:  Okay.  All right.  So you answered yes to

6    Question 14, which is similar, which is whether you've heard or

7    seen any news or elsewhere about specific individuals who were

8    present at the Capitol on that day.

9                THE PROSPECTIVE JUROR:  Yeah.  I mean, I couldn't

10   name people by name, but there's certainly been features on

11   various folks who broke into the Capitol, so.

12               THE COURT:  Okay.  But none of them jump out in

13   particular at you?

14               THE PROSPECTIVE JUROR:  No.

15               THE COURT:  Okay.  And certainly nothing about this

16   defendant?

17               THE PROSPECTIVE JUROR:  Not that I can recall.

18               THE COURT:  Okay.  All right.  And you answered yes

19   to Question No. 20, which is whether you, an immediate family

20   member, or close personal friends work for or have previously

21   worked for law enforcement.

22               THE PROSPECTIVE JUROR:  Uh-huh.

23               THE COURT:  Tell us about that.

24               THE PROSPECTIVE JUROR:  Mentor wrestling coach

25   growing up was pretty high up with the DEA in New Jersey, would

```
 1    take us around.  So I became very close with -- with him over
 2    the years.  And -- and then one of my neighbors is
 3    Secret Service.
 4              THE COURT:  One of your neighbors currently?
 5              THE PROSPECTIVE JUROR:  He just moved, but yeah.
 6              THE COURT:  So let's --
 7              THE PROSPECTIVE JUROR:  For several years.
 8              THE COURT:  Let's take those in order.  The wrestling
 9    mentor you had that worked for the DEA, are you still in touch
10    with him?
11              THE PROSPECTIVE JUROR:  He's deceased.
12              THE COURT:  He's deceased.  Okay.
13         Do you think your relationship to him would -- would
14    tend to have you give more credit to a law enforcement witness
15    than an ordinary person?
16              THE PROSPECTIVE JUROR:  I mean, I would try to be
17    objective.
18              THE COURT:  But do you think you -- because you had a
19    special relationship with him, that you would tend to view all
20    law enforcement folks positively?
21              THE PROSPECTIVE JUROR:  I would.  I was a Navy
22    officer myself.
23              THE COURT:  A what officer?
24              THE PROSPECTIVE JUROR:  Naval officer.
25              THE COURT:  Naval officer.  Meaning what?  That you
```

1    would tend to --

2              THE PROSPECTIVE JUROR:  Well, I mean, I have a

3    certain opinion of folks who serve the country in various

4    ways.

5              THE COURT:  Okay.  But, you know, there's good

6    officers; there's bad officers.  And do you think that you

7    would automatically give a police officer more credit to their

8    testimony or you would base it on what they had to say?

9              THE PROSPECTIVE JUROR:  I would base it on what they

10   had to say.

11             THE COURT:  Okay.  And their demeanor?

12             THE PROSPECTIVE JUROR:  Yes.  Sure.

13             THE COURT:  All right.  So let's talk about your

14   neighbor or former neighbor that's -- that worked for the

15   Secret Service.  Do you know whether he or she was -- was at

16   the Capitol that day?

17             THE PROSPECTIVE JUROR:  He was not.

18             THE COURT:  He was not.

19        Did you talk to him at all about what happened on

20   January 6th?

21             THE PROSPECTIVE JUROR:  Just a little bit about the

22   chaos and that sort of thing.  But nothing in, like, extreme

23   detail.

24             THE COURT:  Okay.  Anything he said to you that you

25   think would influence your ability to judge this case based

1    upon the evidence presented in the courtroom?

2              THE PROSPECTIVE JUROR:  No.

3              THE COURT:  No.  Okay.

4         All right.  Ms. Fish.

5              MS. FISH:  Good afternoon, Mr. ████████.

6              THE PROSPECTIVE JUROR:  Good afternoon.

7              MS. FISH:  I wanted to follow up a little bit about

8    your personal experience with January 6th.  So I understand you

9    live on H Street, somewhat close to the Capitol.

10             THE PROSPECTIVE JUROR:  Yes.

11             MS. FISH:  And you used to run around the Capitol, is

12   that --

13             THE PROSPECTIVE JUROR:  Almost every morning.

14             MS. FISH:  Almost every morning.  So are you pretty

15   familiar with the area around the Capitol?

16             THE PROSPECTIVE JUROR:  Yeah, I'm fairly familiar

17   with it.

18             MS. FISH:  And you indicated, it sounds like, your

19   work was disrupted that day; is that right?

20             THE PROSPECTIVE JUROR:  Yes.

21             MS. FISH:  Can you talk with us a little bit about

22   what you felt that day watching what was happening at the

23   Capitol Building.

24             THE PROSPECTIVE JUROR:  I felt that it was

25   disturbing, to a degree.  And, you know, I -- even though I

1    live -- I didn't feel that I was in any danger or that sort of

2    thing, but -- disturbed and a little embarrassed and -- it

3    disrupted our meeting.  So I was also frustrated about that.

4              MS. FISH:  Yeah.  And about -- and after that, it

5    sounds like, they put up fencing that --

6              THE PROSPECTIVE JUROR:  Yes.

7              MS. FISH:  -- prevented you from doing your usual

8    run.

9         You said you were a naval officer.  How long were you in

10   that role?

11             THE PROSPECTIVE JUROR:  Active duty for four years

12   after college.

13             MS. FISH:  Were you ever deployed, or were you --

14             THE PROSPECTIVE JUROR:  I had two deployments to the

15   Persian Gulf.

16             MS. FISH:  And did you -- and in terms of both your

17   former mentor and your neighbor, did you speak with them about

18   what their work was like?

19             THE PROSPECTIVE JUROR:  Oh, yeah.  Brian Collier, who

20   was the couch of mine growing up, and friends with his son, I

21   mean, he would take us out into the field with him on occasion

22   and show us around.

23             MS. FISH:  Did you do a ride-along?

24             THE PROSPECTIVE JUROR:  Yep.

25             MS. FISH:  Did -- from both your own work as an

1   officer and your relationships with other people serving in law

2   enforcement, what kind of feelings do you have about law

3   enforcement officers?

4          THE PROSPECTIVE JUROR:  Generally positive.

5          MS. FISH:  And when things were happening on

6   January 6th, the violence that you described seeing, were you

7   concerned about the law enforcement officers who were there

8   that day?

9          THE PROSPECTIVE JUROR:  Absolutely.

10         MS. FISH:  Are you still concerned about that, what

11  they went through?

12         THE PROSPECTIVE JUROR:  I mean, am I concerned

13  about -- yeah, I think -- I think I'm concerned about what they

14  went through and making sure that nothing like that gets

15  repeated again.

16         MS. FISH:  And in terms of the media you watched, you

17  mentioned you didn't watch a documentary specific to

18  January 6th.  Did you watch other documentaries that touched on

19  January 6th?

20         THE PROSPECTIVE JUROR:  I'm sure I have.  I don't

21  remember everything I've watched through COVID.  It's a lot of

22  content.

23         MS. FISH:  Going through the Netflix Rolodex.

24         THE PROSPECTIVE JUROR:  Exactly.

25         MS. FISH:  Did you watch -- for example, I believe

1    there was a documentary put out by Nancy Pelosi's daughter that

2    followed her work that included some coverage of January 6th.

3    Did you watch that?

4         THE PROSPECTIVE JUROR:  I did not.

5         MS. FISH:  Did you watch anything similar to that

6    that included, as part of it, coverage of January 6th?

7         THE PROSPECTIVE JUROR:  I'm not -- nothing comes to

8    the top of my mind.

9         MS. FISH:  And I apologize.  I must have had a hard

10    time hearing.  Did you say you did watch the congressional

11    hearings?

12         THE PROSPECTIVE JUROR:  I watched the news so I would

13    see clips.  I didn't watch the hearings as they were actually

14    going -- taking place.

15         MS. FISH:  And you said you did see violence.  Was

16    that, like, assaults on police officers?  What kind of things

17    were you seeing?

18         THE PROSPECTIVE JUROR:  Yeah, various clips.  Police

19    officers being -- you know, with the riot gear and getting

20    shoved and pushed back and -- and people, basically, not

21    respecting whatever authority was in place at that time.

22         MS. FISH:  And how did that make you feel?

23         THE PROSPECTIVE JUROR:  Disturbed.

24         MS. FISH:  And do you feel from, kind of, all the

25    things you've seen and read and talked with people about you

1    have a good understanding of what happened on January 6th?

2              THE PROSPECTIVE JUROR:  I think I have an idea.  I

3    don't know that I would call it a great understanding.

4              MS. FISH:  Do you feel like you have a good idea of

5    what the majority of people who showed up at that rally were --

6    were there to do or what they did?

7              THE PROSPECTIVE JUROR:  Not exactly.

8              MS. FISH:  And when you think about January 6th

9    today, what kind of emotions do you feel?

10             THE PROSPECTIVE JUROR:  Again, I always come back to

11   disturbed.

12             MS. FISH:  Thank you.

13             MR. VALENTINI:  Good afternoon, Mr. ████████.

14             THE PROSPECTIVE JUROR:  Good afternoon.

15             MR. VALENTINI:  And I'm sorry.  I wasn't able to hear

16   everything that you said at the beginning.  So I'm sorry some

17   of my questions will not track what you said before.

18             THE PROSPECTIVE JUROR:  No problem.

19             MR. VALENTINI:  Feel free to correct me.

20        Did you -- you did watch some of the coverage of the

21   events of January 6th on January 6th?

22             THE PROSPECTIVE JUROR:  Yes.

23             MR. VALENTINI:  And if I heard you correctly, I think

24   you said that you tried to get different -- all the different

25   angles on what happened on January 6th?

1           THE PROSPECTIVE JUROR:  Well, I'd read from different

2    news sources or watched different news sources.  So yeah.

3           MR. VALENTINI:  And so what news sources did you

4    watch, if you recall?

5           THE PROSPECTIVE JUROR:  I mean, I'm reading the

6    *Times*, *Washington Post*, *Wall Street Journal*, and I'll watch

7    everything from CNN to Fox News.

8           MR. VALENTINI:  Okay.  And if I heard you correctly,

9    I believe you said that at some point when fencing went up in

10   the Capitol Hill area, that's something that you noticed?

11          THE PROSPECTIVE JUROR:  Oh, absolutely.

12          MR. VALENTINI:  And is that something that you said

13   affected -- did you say you were -- you had a habit to run in

14   that area?

15          THE PROSPECTIVE JUROR:  Yeah.  I enjoy morning jogs

16   through that area.

17          MR. VALENTINI:  Other than your morning jogs, did the

18   fact -- did the fencing interfere with your daily life in any

19   other way?

20          THE PROSPECTIVE JUROR:  No, it just changed the

21   dynamic of the city I'm used to living in and enjoying.

22          MR. VALENTINI:  And based on that, anything about

23   that experience prevent you from deciding this case if you are

24   selected as a juror based exclusively on the facts that you

25   hear through the evidence and the instructions that the Court

1    will give you about the law?

2              THE PROSPECTIVE JUROR:  I don't believe so.

3              MR. VALENTINI:  Thank you very much.

4              THE COURT:  Let me ask you a follow-up question

5    about -- about your morning jog.  So I just want to understand.

6    The -- when they put up -- when Congress put up the fencing

7    around the Capitol, it inconvenienced you in the morning and it

8    disrupted your morning jog; right?

9              THE PROSPECTIVE JUROR:  Yes.

10             THE COURT:  Okay.  Did you -- as a result of that

11   inconvenience, did you feel any anger towards the people that

12   participated on -- on January 6th?

13             THE PROSPECTIVE JUROR:  I mean, anger is a strong

14   word.  But disappointment and maybe some disgust, sure.  I

15   think that's somewhat natural.

16             THE COURT:  Okay.  And that disgust was directed at

17   the people that took part on January 6th rather than the people

18   that put up the fence?

19             THE PROSPECTIVE JUROR:  I don't think the fence would

20   be up if the -- if the January 6th incident didn't occur,

21   but --

22             THE COURT:  Okay.  And there's, obviously, a lot of

23   beautiful places to jog in Washington, D.C.  So how much of a

24   disruption was it to your day?

25             THE PROSPECTIVE JUROR:  Again, I still got my morning

1     jog in.  It was a different experience, really.  That's it.

2              THE COURT:  Okay.  And did your morning jog normally

3     take you down the Mall?  Is that what your jog was?

4              THE PROSPECTIVE JUROR:  Past the Capitol, down the

5     Mall, and then how much time and how I'm feeling, how far I

6     got.

7              THE COURT:  Sure.  And did you continue to go around

8     the fencing and onto the Mall, or did you take a completely

9     different route?

10             THE PROSPECTIVE JUROR:  It varies.  Various routes.

11    Sometimes I would not go that way.

12             THE COURT:  Okay.  All right.  Any follow-up

13    questions?

14             MS. FISH:  No, Your Honor.

15             THE COURT:  No.

16             MR. VALENTINI:  No follow-up.

17             THE COURT:  All right.  Thank you.

18             THE PROSPECTIVE JUROR:  Thank you.

19             (REPORTER'S NOTE:  Juror 0957 left.)

20             MS. FISH:  And, Your Honor, I would move to strike

21    Mr. ██████████ for cause.

22             There are primarily three reasons that somewhat overlap.

23    The first being the -- his preference for law enforcement.  He

24    served as an officer.  He has close relationships with officers

25    who he admires.  He has, you know, understandable reverence

1    for law enforcement officers, including a close relationship

2    with a Secret Service officer who discussed events that day,

3    and he described the feelings as anger and frustration that

4    they discussed.

5        Additionally, he has personal -- it seems like pretty

6    close familiarity with some of the spaces and events relevant

7    in this case.  And I think it would be hard to set aside some

8    of that, to look only objectively at the evidence presented.

9        And, finally, I think his own -- the way that

10   January 6th impacted him personally, both in terms of

11   inconveniencing his daily routine, disrupting his work in a

12   lot of ways that were very frustrating for him and that he

13   blames the people who were present protesting or disturbing

14   the -- the -- the peace that day.  And, you know, he's seen

15   quite a bit of media, seen violence, and has been consistently

16   disturbed by it, which is a very clearly negative emotion.  So

17   I do think the combination of factors cannot be impartial in

18   this case.

19       MR. VALENTINI:  This is a close call, Your Honor.  I

20   think under the totality of the circumstances, we would not

21   oppose the defense motion to strike in this particular case.

22       THE COURT:  Okay.  I was ready to strike him anyway.

23   That combination of both the personal inconvenience, the

24   fencing imposed on his personal life, as well as his tendency

25   to credit law enforcement folks, and -- and also his

1     description of disgust as a result of his inconvenience.

2                    (REPORTER'S NOTE:  Juror 1370 enters.)

3                    THE COURTROOM DEPUTY:  Juror No. 1370.

4                    THE PROSPECTIVE JUROR:  Good afternoon.

5                    THE COURT:  So this is Juror 1370.  Ms. ███████; is

6     that correct?

7                    THE PROSPECTIVE JUROR:  Correct.

8                    THE COURT:  Okay.  You answered yes to the question

9     about the prior jury service.

10                    THE PROSPECTIVE JUROR:  Yes.

11                    THE COURT:  Tell us about that.

12                    THE PROSPECTIVE JUROR:  So I think it's been

13    ten years.  When I lived in Maryland, I served on a federal

14    grand jury for 18 months, but I moved back to D.C. before the

15    full 18 months.

16                    THE COURT:  All right.  And anything about that

17    experience, do you think, would impact you either positively or

18    negatively concerning this case?

19                    THE PROSPECTIVE JUROR:  No.  I just -- I can say my

20    jurors were glad that I was gone because I was the one that

21    would make them deliberate and not just hold their hands up to,

22    you know, let the case go through.  So -- because I explained

23    to them, we're dealing with someone's life.  So, you know, some

24    of those cases required us to, actually, really deliberate.  So

25    I was one of the few that would make them deliberate.

1           THE COURT:  Okay.  And you answered yes to Question 9

2      about you, a close friend, or family member having legal

3      training.

4           THE PROSPECTIVE JUROR:  I worked in a law firm.

5           THE COURT:  Okay.  And what did you do at the law

6      firm?

7           THE PROSPECTIVE JUROR:  I was in the IT department

8      for two -- three law firms.

9           THE COURT:  Okay.  And did any of those law firms do

10     criminal work?

11          THE PROSPECTIVE JUROR:  No.

12          THE COURT:  No.  Okay.

13        You answered yes to Question No. 12 about following the

14     news concerning January 6th.

15          THE PROSPECTIVE JUROR:  Yes.

16          THE COURT:  Tell us about how closely you followed

17     it, what you saw, and how often.

18          THE PROSPECTIVE JUROR:  The actual day that it

19     happened, I happened to be watching TV when it occurred.  So I

20     watched the whole process.  And over time, because it kept

21     being so much in the news, I just stopped really paying that

22     much attention to it.

23          THE COURT:  Okay.  And there's -- so you were home

24     the day of the event?

25          THE PROSPECTIVE JUROR:  Correct.

```
1              THE COURT:  Okay.

2              THE PROSPECTIVE JUROR:  Working from home.

3              THE COURT:  Were you working from home that day?

4              THE PROSPECTIVE JUROR:  I was working from home that

5     day.

6              THE COURT:  So did you have it on in the background,

7     or would you say you were glued to the television?

8              THE PROSPECTIVE JUROR:  No, it was on in the

9     background.

10             THE COURT:  Okay.  And there's been a handful of

11    documentaries about that day.  Have you watched any of those?

12             THE PROSPECTIVE JUROR:  No.

13             THE COURT:  No.  And the House committee that

14    investigated January 6th had hearings.  Did you watch any of

15    those?

16             THE PROSPECTIVE JUROR:  It was on in the background,

17    but I didn't pay, like, a lot of attention to it.  Just on in

18    the background.

19             THE COURT:  Okay.  Anything that you've seen in the

20    media about January 6th that you think would impact your

21    ability to judge this case fairly based upon the evidence

22    presented in the courtroom?

23             THE PROSPECTIVE JUROR:  No.

24             THE COURT:  No.  Okay.

25        You also answered yes to the similar question, No. 14,
```

1    which is have you seen or heard anything in the news or

2    elsewhere about specific individuals who were present in the

3    Capitol on January 6th.  Tell us about that.

4              THE PROSPECTIVE JUROR:  Just the individual that was

5    actually in Nancy Pelosi's office.  There were a lot of -- a

6    few people in there, and I paid a little bit of attention to

7    that, but not a whole lot.

8              THE COURT:  And what did you learn about those

9    people?

10             THE PROSPECTIVE JUROR:  Just that they took a few

11   things from her office.  They were sitting in her chair with

12   their feet up on the desk.

13             THE COURT:  And can you remember anyone's name?

14             THE PROSPECTIVE JUROR:  No.

15             THE COURT:  No.  Okay.

16        And did there -- in this case, there's no allegation

17   that Mr. Rhine was in that office.  So do you think that what

18   you learned about those people in Nancy Pelosi's office would

19   impact one way or the other your ability to judge Mr. Rhine

20   about -- concerning the facts alleged against him?

21             THE PROSPECTIVE JUROR:  No.

22             THE COURT:  No.  Okay.

23        Ms. Fish.

24             MS. FISH:  Good afternoon, Ms. ███████.

25             THE PROSPECTIVE JUROR:  Hello.

1          MS. FISH:  I just wanted to follow up a little bit

2    about the news coverage you've seen.

3          THE PROSPECTIVE JUROR:  Uh-huh.

4          MS. FISH:  In any of the news coverage you have seen,

5    did you ever see or hear about violence that occurred that day?

6          THE PROSPECTIVE JUROR:  Yes.

7          MS. FISH:  Can you tell me what you heard about.

8          THE PROSPECTIVE JUROR:  Just, like, clips where they

9    were using a blunt object to bang in the window.  The noose

10   that they had, because, of course, that would bring that to my

11   attention.

12         MS. FISH:  Yeah.

13         THE PROSPECTIVE JUROR:  I'm trying to think.  Oh.

14   Clips that they showed of Nancy Pelosi and Chuck Schumer

15   talking.  I think that was it, because it was just on in the

16   background.  And sometimes I was paying attention to it.

17   Sometimes I turned it down because I had to take a call for

18   work.

19         MS. FISH:  Yeah.  And what was your emotional or

20   personal reaction to seeing that?

21         THE PROSPECTIVE JUROR:  Taken aback.

22         MS. FISH:  Did you feel any fear?

23         THE PROSPECTIVE JUROR:  No.

24         MS. FISH:  Did you feel any kind of sadness or anger?

25         THE PROSPECTIVE JUROR:  Maybe sad, but not anger, the

 1    way things are these days.

 2         MS. FISH:  Did you feel any concern for people who

 3    were at the Capitol?

 4         THE PROSPECTIVE JUROR:  Yes.

 5         MS. FISH:  In terms of when you think about

 6    January 6th today, what emotions come up?

 7         THE PROSPECTIVE JUROR:  Really, it's -- I mean, no

 8    real emotions because we've been so inundated with it.  And

 9    it's sad, but it's just become part of the -- it's just part of

10    what goes on every day, it seems like.

11         MS. FISH:  Do you feel a good understanding of what

12    happened that day?

13         THE PROSPECTIVE JUROR:  I do.

14         MS. FISH:  Do you feel like you have an understanding

15    of what the majority of people who came to that rally meant to

16    do or actually did?

17         THE PROSPECTIVE JUROR:  I do.

18         MS. FISH:  Do you think that's going to change in the

19    next week or so?

20         THE PROSPECTIVE JUROR:  No.

21         MS. FISH:  And then just from your work in a law

22    firm, do you have -- you know, I know -- I know I ask our IT

23    folks for a lot of help myself.  Do you have any negative

24    feelings about lawyers or any concerns about lawyers from your

25    work in the law firm?

```
1              THE PROSPECTIVE JUROR:  No.

2              MS. FISH:  Thank you.

3              THE PROSPECTIVE JUROR:  You're welcome.

4              THE COURT:  So when you said you have ideas of what

5      people intended to do on that day, what are they?

6              THE PROSPECTIVE JUROR:  That they wanted to stop the

7      count for the -- to ratify the election.

8              THE COURT:  And do you think that was everyone's

9      intention that day?

10             THE PROSPECTIVE JUROR:  No.

11             THE COURT:  No.  Why not?

12             THE PROSPECTIVE JUROR:  I think some people are just

13     going along with the crowd because it was something to do and,

14     you know, they got swept up in it.  Maybe some people went just

15     for the protest and then ended up getting swept up into

16     activities that maybe they would not have participated in, or

17     just in the area at the time but didn't really do anything.

18             THE COURT:  Okay.

19             THE PROSPECTIVE JUROR:  Hello.

20             MR. VALENTINI:  Hello, Ms. ███████.

21             THE PROSPECTIVE JUROR:  Hi.

22             MR. VALENTINI:  I just want to follow up on some of

23     the questions you were just asked.  You were asked if you feel

24     like you have a good idea of what people intended who went into

25     the Capitol on January 6th.
```

1          THE PROSPECTIVE JUROR:  Yes.

2          MR. VALENTINI:  If you are selected as a juror in

3   this case, I expect that the Court will instruct you that in

4   making a decision in this case you have to rely exclusively on

5   the facts that are presented in evidence in this case --

6          THE PROSPECTIVE JUROR:  Right.

7          MR. VALENTINI:  -- and the instructions as the Court

8   gives them to you.  Do you think that any ideas that you may

9   have or any impressions that you may have today would prevent

10  you from doing that?

11         THE PROSPECTIVE JUROR:  No.  It's part of when I was

12  on federal grand jury.  You know, you have to look at just the

13  evidence and take it for what's presented to you and not bring

14  in outside forces or outside influences to that because, again,

15  you're dealing with someone's life.

16         MR. VALENTINI:  And you think you'll be able to do

17  that today?

18         THE PROSPECTIVE JUROR:  Yes.

19         MR. VALENTINI:  Thank you very much.

20         THE PROSPECTIVE JUROR:  You're welcome.

21         THE COURT:  Thank you.

22         THE PROSPECTIVE JUROR:  Thank you.

23         (REPORTER'S NOTE:  Juror 1370 left.)

24         THE COURT:  Any motions with respect to her?

25         MS. FISH:  No, Your Honor.

```
 1                    MR. VALENTINI:  No, not from the government.

 2                    (REPORTER'S NOTE:  Juror 1285 enters.)

 3               THE COURTROOM DEPUTY:  This is Juror No. 1285.

 4               THE COURT:  Good afternoon.

 5               THE PROSPECTIVE JUROR:  Hello.

 6               THE COURT:  So this is Juror 1285.  Mr. ███████; is

 7     that correct?

 8               THE PROSPECTIVE JUROR:  Correct.

 9               THE COURT:  Okay.  So you answered yes to the first

10     question, which is that a four- to six-day trial or one that

11     goes from 10:00 to 5:30 could -- would create a special problem

12     for you.

13               THE PROSPECTIVE JUROR:  Only next Monday, if it goes

14     that far.  And I just have to change -- I have a root canal

15     scheduled for next Monday.

16               THE COURT:  But you think that appointment could be

17     rescheduled?

18               THE PROSPECTIVE JUROR:  Uh-huh.

19               THE COURT:  That's yes?

20               THE PROSPECTIVE JUROR:  Yes.

21               THE COURT:  Okay.  All right.  Are you in pain?

22               THE PROSPECTIVE JUROR:  Not bad.

23               THE COURT:  Okay.  You answered yes to

24     Question No. 9, which is whether you, a member of your

25     immediate family, or close friend has received legal training.
```

```
1              THE PROSPECTIVE JUROR:  Yes.

2              THE COURT:  Tell us about that.

3              THE PROSPECTIVE JUROR:  My brother is -- had law

4    training.  My sister-in-law is a lawyer and a judge.

5              THE COURT:  Okay.  And are they married to each

6    other?

7              THE PROSPECTIVE JUROR:  Yes.

8              THE COURT:  Okay.  So what -- you said -- you

9    described your brother as having legal training but not being a

10   practicing attorney.

11             THE PROSPECTIVE JUROR:  Not a practicing attorney,

12   no.  He was in law enforcement and got a law degree while he

13   was in law enforcement.

14             THE COURT:  Okay.  And what did he do in law

15   enforcement?

16             THE PROSPECTIVE JUROR:  He worked for the park police

17   for a number of years, and then he went over to the

18   U.S. Attorney's Office as an investigator.

19             THE COURT:  Okay.  And is that in D.C.?

20             THE PROSPECTIVE JUROR:  D.C., yeah.

21             THE COURT:  Okay.  And you said your sister-in-law is

22   an attorney and a judge.

23             THE PROSPECTIVE JUROR:  She's a judge at -- is it

24   circuit court over here?

25             THE COURT:  So over in Superior Court or the
```

```
 1    circuit -- Court of Appeals or --
 2              THE PROSPECTIVE JUROR:  I think over in
 3    Superior Court.  The local court.
 4              THE COURT:  Okay.  And she hears criminal cases in
 5    that capacity?
 6              THE PROSPECTIVE JUROR:  Currently she's in the --
 7    what the -- divorce court.
 8              THE COURT:  Okay.
 9              THE PROSPECTIVE JUROR:  Yes.
10              THE COURT:  But has heard criminal cases in the past?
11              THE PROSPECTIVE JUROR:  Well, she's been on -- I
12    believe so, yes.
13              THE COURT:  Okay.  How long has -- roughly has she
14    been on the court?
15              THE PROSPECTIVE JUROR:  I can't remember.  About
16    four, five years.  I know she talked about the housing cases
17    that she was dealing with --
18              THE COURT:  Okay.
19              THE PROSPECTIVE JUROR:  -- at one point.
20              THE COURT:  Do any of your law-related conversations
21    with either your brother or your sister-in-law, you think,
22    impact the way you look at this case?
23              THE PROSPECTIVE JUROR:  No.
24              THE COURT:  No.  All right.
25          You answered yes to Question 12, which is you have
```

1    followed the news about the events that took place on -- at the

2    Capitol on January 6th.

3            THE PROSPECTIVE JUROR:  You know, I'm a regular

4    consumer of the news, and so I try to stay up to date.  I did

5    not delve in-depth on any particular case.

6            THE COURT:  Okay.  So let's talk a little bit about,

7    starting with the day, of January 6th.  Did you watch the news

8    that day as it unfolded?

9            THE PROSPECTIVE JUROR:  I -- not as it unfolded

10   because I was working.  So -- but I was coming home at the time

11   when the helicopters were coming into the Capitol.

12           THE COURT:  So roughly what time of day was that?

13           THE PROSPECTIVE JUROR:  What -- when I was -- when

14   I -- that was about -- I would say about 4:30, 5 o'clock at

15   night --

16           THE COURT:  Okay.

17           THE PROSPECTIVE JUROR:  -- in the afternoon.

18           THE COURT:  And then you watched the news when you

19   got home?

20           THE PROSPECTIVE JUROR:  Yeah.

21           THE COURT:  Okay.  Do you recall anything

22   specifically you saw?

23           THE PROSPECTIVE JUROR:  You know, just -- I recall,

24   specifically, the gentleman who was sitting in Nancy Pelosi's

25   seat in the thing.  You know, that was one of the things that I

1    can still remember.  I wouldn't recognize him if I saw him,

2    but.

3                THE COURT:  Okay.  All right.  There's been a handful

4    of documentaries made about that day.  Have you watched any of

5    those?

6                THE PROSPECTIVE JUROR:  No.

7                THE COURT:  No.

8                THE PROSPECTIVE JUROR:  Hold on.  I did see the one

9    that followed -- Nancy Pelosi's daughter did.  I saw that.

10               THE COURT:  Okay.

11               THE PROSPECTIVE JUROR:  That she made.

12               THE COURT:  And what do you recall about that, that

13   documentary?

14               THE PROSPECTIVE JUROR:  It was interesting to me that

15   her daughter had made that and followed it -- followed her

16   around.  So that's -- you know, I couldn't -- my reaction, if

17   it wasn't her daughter, it probably wouldn't have been made.

18               THE COURT:  So the House committee that investigated

19   January 6th also had some hearings.  Did you watch any of

20   those?

21               THE PROSPECTIVE JUROR:  I listened to some of them as

22   I could --

23               THE COURT:  Okay.

24               THE PROSPECTIVE JUROR:  -- while I was working.

25               THE COURT:  Do you recall how many of them you might

 1    have listened to all or part of?

 2              THE PROSPECTIVE JUROR:  No.  No, I don't.

 3              THE COURT:  No.

 4         Anything about those hearings jump out in your mind?

 5              THE PROSPECTIVE JUROR:  No.

 6              THE COURT:  No.  Okay.

 7         So of all the media you've seen on January 6th, have you

 8    seen any images of violence?

 9              THE PROSPECTIVE JUROR:  Yeah.  I remember seeing the

10    pictures of the -- of the boards going through, breaking the

11    glass on the windows and doors.  I remember that for sure.  And

12    the people trying to get into the House Chamber.  Whether it

13    was the House or Senate, I've forgotten.  I don't remember.

14              THE COURT:  Obviously, there were thousands of -- of

15    people that day and only some engaged in violence.  Do you

16    think that the images you've seen of violence would impact your

17    ability to judge this case fairly based on the evidence

18    presented in this courtroom?

19              THE PROSPECTIVE JUROR:  No.

20              THE COURT:  No.  Okay.

21         You answered yes to a similar question, which is have

22    you seen or heard anything in the news or elsewhere about

23    specific individuals who were present in the Capitol.  Why did

24    you answer yes to that question?

25              THE PROSPECTIVE JUROR:  Well, again, I remember

1    seeing specifically the faces of a person who sat in

2    Nancy Pelosi's chair.  And I can remember the -- I think I

3    remember the fences being thrown at some of the police officers

4    and the police officers having to battle that.

5            THE COURT:  Okay.  So you answered yes to

6    Question 20, which is you, a close friend, or family member

7    being in law enforcement.  Is this with respect to your

8    brother?

9            THE PROSPECTIVE JUROR:  Yeah.

10           THE COURT:  Any others?

11           THE PROSPECTIVE JUROR:  No.

12           THE COURT:  No.  Okay.  So tell me a little bit more

13   about your brother's work at the park police and now -- he's

14   still at the U.S. Attorney's Office?

15           THE PROSPECTIVE JUROR:  He's retired.

16           THE COURT:  He's retired?

17           THE PROSPECTIVE JUROR:  Yeah.

18           THE COURT:  Okay.  And how long was he an

19   investigator with the U.S. Attorney's Office?

20           THE PROSPECTIVE JUROR:  Oh, I'm terrible with

21   numbers.  I would say maybe ten years, I guess.

22           THE COURT:  Okay.  And by investigator, did he work

23   on criminal matters for the U.S. Attorney's Office?

24           THE PROSPECTIVE JUROR:  In that -- in the position

25   that he was in, he was interfacing with the D.C. police to help

1    facilitate cases where information needed to be further

2    developed or -- or improved.  And he ended up improving the

3    skills in working primarily in the digital recovery from

4    phone -- phones and computers, getting information out of that

5    for the courts.

6            THE COURT:  Do you know how long ago it was that he

7    retired?

8            THE PROSPECTIVE JUROR:  Three years maybe, something

9    like that.

10           THE COURT:  Before January 6th?

11           THE PROSPECTIVE JUROR:  Yes.

12           THE COURT:  Okay.  All right.  And did you --

13   neither -- his time at the park police or -- or his time at the

14   U.S. Attorney's Office, did you talk to him much about his

15   cases?

16           THE PROSPECTIVE JUROR:  The only cases that I

17   remember hearing detail was one that he was involved in where

18   he was tracking down a pedophile that -- that was -- not a

19   pedophile -- a person who was involved in sex trafficking.

20           THE COURT:  Okay.

21           THE PROSPECTIVE JUROR:  A john.

22           THE COURT:  All right.  So in this case, there's

23   going to be a number of witnesses that are law enforcement

24   officers as well.  Do you think -- given your relationship to

25   your brother, do you think that you would be more likely to

1    credit their testimony than if they were ordinary citizens?

2              THE PROSPECTIVE JUROR:  No.  I mean --

3              THE COURT:  Okay.  You answered yes to

4    Question No. 22, which is whether you, a member of your

5    immediate family, or close friend has ever been the victim of

6    or witness to a crime.  Can you tell us about that.

7              THE PROSPECTIVE JUROR:  Attempted robbery of myself a

8    couple times.

9              THE COURT:  Okay.  How long ago was that?

10             THE PROSPECTIVE JUROR:  Early '90s.

11             THE COURT:  In D.C.?

12             THE PROSPECTIVE JUROR:  D.C., yeah.

13             THE COURT:  Okay.  And in either case was the person

14   apprehended?

15             THE PROSPECTIVE JUROR:  No.

16             THE COURT:  No.  Okay.  So you didn't have to

17   participate in a trial or anything like that?

18             THE PROSPECTIVE JUROR:  No.

19             THE COURT:  Did you have -- was -- both cases

20   investigated by MPD?

21             THE PROSPECTIVE JUROR:  No.  The one, the officer --

22   where I got beat up, I just didn't pursue it because I didn't

23   want to lose the property that I had; that they wanted to take

24   me to the hospital and I -- if I left the truck there with all

25   my tools in it, that would have been -- it wouldn't have been

1    there when I came back.

2              THE COURT:  But the other case was investigated by

3    MPD?

4              THE PROSPECTIVE JUROR:  No.  No.  It was -- you know,

5    it was, again, on a construction site, and I, you know, deal

6    with it and move on.

7              THE COURT:  Okay.  Anything about those two

8    experiences that would impact your ability to judge this case

9    fairly?

10             THE PROSPECTIVE JUROR:  No.

11             THE COURT:  That was a no?

12             THE PROSPECTIVE JUROR:  No.

13             THE COURT:  Okay.  Ms. Fish.

14             MS. FISH:  Thank you.

15         Good afternoon, Mr. ███████.

16             THE PROSPECTIVE JUROR:  Good afternoon.

17             MS. FISH:  I wanted to follow up on a few things.

18   You indicated you were working on January 6th.  Where did you

19   work at that time?

20             THE PROSPECTIVE JUROR:  I was building some houses

21   over in Anacostia.

22             MS. FISH:  Was -- is your trade construction?

23             THE PROSPECTIVE JUROR:  Yes.

24             MS. FISH:  How long have you worked in that trade?

25             THE PROSPECTIVE JUROR:  My whole life.

1          MS. FISH:  Are you still in that trade?

2          THE PROSPECTIVE JUROR:  I have been -- the company

3     didn't have work available.  So I've been -- we've been laid

4     off now at this point.

5          MS. FISH:  Okay.  And then in terms of your brother's

6     work, it sounds like he was specifically working at the

7     D.C. U.S. Attorney's Office for ten years --

8          THE PROSPECTIVE JUROR:  Yeah.

9          MS. FISH:  -- is that right?

10          And prior to that, the parks department was here in D.C.

11     as well?

12          THE PROSPECTIVE JUROR:  U.S. Park Police.

13          MS. FISH:  Okay.  So for all the various parks and

14     monuments in the area?

15          THE PROSPECTIVE JUROR:  Yeah.

16          MS. FISH:  And your sister-in-law, who is a judge,

17     was she a practicing attorney before that?

18          THE PROSPECTIVE JUROR:  She was in the

19     U.S. Attorney's Office and was a -- a section chief over there.

20          THE COURT:  I'm sorry?

21          THE PROSPECTIVE JUROR:  A section chief.

22          MS. FISH:  A section chief.  Do you know what

23     section?

24          THE PROSPECTIVE JUROR:  I believe in domestic

25     violence or -- yeah.

1          MS. FISH:  But she worked -- she prosecuted criminal

2    cases when she worked there?

3          THE PROSPECTIVE JUROR:  Yes.

4          MS. FISH:  Do you know how long she worked there?

5          THE PROSPECTIVE JUROR:  I don't know years.  Probably

6    15 or 20.

7          MS. FISH:  And are you fairly close with your brother

8    and sister-in-law?

9          THE PROSPECTIVE JUROR:  I have brunch with them every

10   Sunday.

11         MS. FISH:  And I wanted to speak a little bit more as

12   well about -- just to make sure because I'm not sure if I heard

13   you entirely.  So I apologize for making you relive these.  But

14   the two times that you were a victim of attempted robbery, am I

15   correct that you never reported those to law enforcement?

16         THE PROSPECTIVE JUROR:  First time I reported it, and

17   the police responded to it.  But it was in the period in D.C.

18   when they were really stretched and -- and I was not -- I was

19   probably not the most credible witness.  I think they thought

20   maybe I was -- it was dismissed almost.

21         MS. FISH:  Okay.  So you reported one and they didn't

22   fully investigate?

23         THE PROSPECTIVE JUROR:  Nobody -- yeah, nobody -- we

24   didn't follow up on it.  They didn't follow up on it.

25         MS. FISH:  And the second one, was it -- am I correct

1    in hearing you didn't report that?  I apologize.  I think I

2    just couldn't hear.

3              THE PROSPECTIVE JUROR:  Yeah, I didn't report it.  My

4    vehicle was broken into and tools stolen out of the house --

5    well, I did call.  I called the police.  And the police came a

6    considerable time later at that time.

7              MS. FISH:  Okay.  And you mentioned your brother has

8    significant expertise in, like, phones and --

9              THE PROSPECTIVE JUROR:  Forensics.

10             THE COURT:  Forensics.  What do you know about that?

11             THE PROSPECTIVE JUROR:  Nothing.

12             MS. FISH:  You just know he has expertise?

13             THE PROSPECTIVE JUROR:  You know, I -- I'm a computer

14   novice that didn't have to use it in my work, and I don't -- so

15   I'm -- I'm old, and I don't -- didn't grow up with the stuff so

16   I don't use it.

17             MS. FISH:  So you don't feel like he's taught you

18   what he uses in his work?

19             THE PROSPECTIVE JUROR:  I haven't gotten into that,

20   no.  He's the car and computer guy.  I'm the house guy.

21             MS. FISH:  Okay.  And, finally, I wanted to speak

22   with you a little bit more about the media that you watched of

23   January 6th.

24             THE PROSPECTIVE JUROR:  Yeah.

25             MS. FISH:  You mentioned a very memorable image, the

1    person who was sitting in Nancy Pelosi's chair.  What was your

2    reaction to seeing that?

3              THE PROSPECTIVE JUROR:  I mean, it was sad -- I

4    feel -- it was sad.  The whole experience was sad.  I felt sad

5    that day.

6              MS. FISH:  And on -- I think you mentioned, actually,

7    seeing helicopters flying overhead as you were getting home

8    that day.

9              THE PROSPECTIVE JUROR:  Uh-huh.

10              MS. FISH:  Do you live fairly close to the Capitol?

11              THE PROSPECTIVE JUROR:  I live in Mount Pleasant,

12    which is up the Hill, but I drive right by here.  So, you know,

13    from -- going from Anacostia down the park, you can see the

14    helicopters coming in.

15              MS. FISH:  Did you have any feelings upon seeing

16    those helicopters coming in?

17              THE PROSPECTIVE JUROR:  Cried.

18              MS. FISH:  You cried?

19              THE PROSPECTIVE JUROR:  Yeah.

20              MS. FISH:  What was that from?

21              THE PROSPECTIVE JUROR:  Just -- it was -- because it

22    was a sad experience and sad to see that happening or hear that

23    happening.

24              MS. FISH:  Did you feel any fear for yourself or your

25    loved ones?

1          THE PROSPECTIVE JUROR:  No.  No.  Not fear.  You

2     know, I mean, I -- no, not fear.  No.

3          MS. FISH:  Did you feel concern or -- or anger?

4          THE PROSPECTIVE JUROR:  Concern for the country,

5     yeah.  Yeah.

6          MS. FISH:  In terms of the images of violence that

7     you've seen, can you describe a little bit more what those

8     were.

9          THE PROSPECTIVE JUROR:  Let's see.  I saw -- I saw

10    the folks climbing up, scaling the -- I remember seeing that.

11    You know, I remember the glass being broken, windows.  Beyond

12    that, I don't -- nothing stands out.

13         MS. FISH:  Did you see any of the violence between

14    people in the crowd and law enforcement?

15         THE PROSPECTIVE JUROR:  Well, shoving and -- yeah.

16         MS. FISH:  Do you feel like you have a pretty good

17    idea of what happened on January 6th?

18         THE PROSPECTIVE JUROR:  You know, what's been

19    presented in the media, I've listened to that or heard that,

20    yeah.

21         MS. FISH:  And do you feel like you have a sense of

22    what the majority of people that went to that rally intended to

23    do?

24         THE PROSPECTIVE JUROR:  I think they were -- you

25    know, different people came with different ideas on what was

1    happening there, and I think some people got caught up in

2    things that were beyond their control.

3                MS. FISH:  And when you think about January 6th

4    today, do you feel any emotions?

5                THE PROSPECTIVE JUROR:  Not particularly, no.

6                MS. FISH:  Thank you.

7                MR. VALENTINI:  Good afternoon, Mr. ███████.

8                THE PROSPECTIVE JUROR:  Hi.

9                MR. VALENTINI:  I just wanted to follow up with a

10   couple of questions about -- you mentioned in the early '90s

11   there were a couple of incidents in which your property was

12   stolen.

13               THE PROSPECTIVE JUROR:  Uh-huh.

14               MR. VALENTINI:  And I think you -- I apologize if I

15   didn't hear correctly.  Maybe you characterized those a little

16   bit as robberies.

17               THE PROSPECTIVE JUROR:  Yeah.  I guess that's the

18   wrong -- one -- one was a gas station -- when I was filling up

19   gas -- and the person tried to steal my wallet.  The two people

20   tried to steal my wallet and started throwing punches at me.

21   And I retreated into the gas station to get away from it -- on

22   it.  So that was the one incident.

23          The other one was when somebody physically -- so that

24   wouldn't be robbery -- physically broke into my truck and stole

25   tools out of it overnight.

1          MR. VALENTINI:  And you mentioned the first one of

2     those two you -- you certainly reported -- well, in both cases

3     you called.

4          THE PROSPECTIVE JUROR:  Yeah.

5          MR. VALENTINI:  I think you said in the first

6     instance, it happened at a time where you recall that in

7     D.C. -- I think you said the police was stretched thin.  I

8     believe you also said that maybe they wouldn't consider -- I

9     don't want to put words in your mouth, but I think you said

10     they wouldn't consider me very credible.  Is that --

11          THE PROSPECTIVE JUROR:  Well, my brother said to me I

12     should pursue it and get them to look at -- at, you know,

13     possible suspects or whatever.  My reaction to that is I don't

14     have good facial recognition of people.  I don't remember --

15     remember people's faces well.  I have to be around people a

16     long time before I remember names and recognize people.  Just

17     one of my failures in life.

18          And so, you know, if -- if that person -- the two guys

19     that beat the crap out of my face, if I saw them again, I

20     might -- very likely would not recognize them.

21          MR. VALENTINI:  Gotcha.  Is there something more

22     generally about the two experiences that left you with a

23     particularly favorable or unfavorable -- unfavorable view of

24     the police?

25          THE PROSPECTIVE JUROR:  No.  I mean, it was a hard

1    time for -- there were -- budgets in the toilet.

2              MR. VALENTINI:  Nothing that would prevent you from

3    deciding this case based on the evidence presented and the

4    instructions that you hear from the Court?

5              THE PROSPECTIVE JUROR:  No.

6              MR. VALENTINI:  And I'm going to ask you the same

7    thing about January 6th.  You mentioned a few minutes ago that

8    you had an emotional reaction when you saw helicopters flying

9    overhead in Washington, D.C., that day.

10             THE PROSPECTIVE JUROR:  Uh-huh.

11             MR. VALENTINI:  Is that something that would prevent

12   you from deciding this case based only on the facts that are

13   presented in evidence to you?

14             THE PROSPECTIVE JUROR:  Huh-uh.

15             MR. VALENTINI:  Thank you very much.

16             THE COURT:  Thank you.

17             (REPORTER'S NOTE:  Juror 1285 left.)

18             MS. FISH:  Your Honor, I would move to strike

19   Mr. ████  for cause.

20        First and foremost, his two very close family members

21   have each worked at the U.S. Attorney's Office in the criminal

22   division for over a decade.  I'll argue more, if the Court

23   needs me, but that's the first and foremost reason, I think, he

24   should be struck for cause.

25             MR. VALENTINI:  We do not oppose the motion to

1    strike.

2            THE COURT:  Okay.  I will strike him.  I believe his

3    brother has testified in this court, so.  And certainly his

4    sister-in-law is -- I've known for many, many years and spent a

5    lot of time in that office.

6        I believe that sex trafficking case he referred to is

7    my case.  Although that's -- that case pled, but he -- he also

8    did the phone work on a -- on a child porn case that went to

9    trial.

10           MS. FISH:  I believe I was once in a trial where a

11   CRD who worked elsewhere in the courthouse was one of our

12   venire members and sadly had to be struck because --

13           THE COURT:  Yeah.  We'll take this up at some other

14   point.  But I actually ran into the two of them.  I didn't

15   know -- I knew both of them, but I didn't know they were

16   married to one another.  I ran into them just taking a walk in

17   Rock Creek Park.

18           (REPORTER'S NOTE:  Juror 1671 enters.)

19           THE COURTROOM DEPUTY:  This is Juror No. 1671.

20           THE COURT:  This is Juror 1671.  Ms. ███████; is that

21   correct?

22           THE PROSPECTIVE JUROR:  That's correct, Judge.

23           THE COURT:  Okay.  You answered yes to the question

24   about prior jury service.

25           THE PROSPECTIVE JUROR:  Yes.

```
 1                THE COURT:  Tell us about that.

 2                THE PROSPECTIVE JUROR:  I was a juror at the

 3     D.C. Superior courts some time ago.  Maybe about, I would say,

 4     four years ago.  The case was about a person who possessed a

 5     firearm.  And -- and it lasted a few days.  And as a juror --

 6     all of us, we determined that he was not guilty because

 7     the government failed to convince us that this person was

 8     guilty.

 9                THE COURT:  Okay.  Anything about that experience you

10     think would impact your -- you either positively or negatively

11     in hearing this case?

12                THE PROSPECTIVE JUROR:  Well, I'm very civic-minded.

13     So I believe it's my duty to stand before -- any time I'm

14     called to do my civic duty.

15                THE COURT:  I appreciate that.

16           You also answered yes to the question about following

17     the news about the events that took place at the Capitol on

18     January 6th.

19                THE PROSPECTIVE JUROR:  Well, I do watch the news.

20                THE COURT:  Okay.  So tell us a little bit about, you

21     know, how closely you followed the story and how often you

22     have, and whether you watched the news that day as it unfolded,

23     and those sorts of things.

24                THE PROSPECTIVE JUROR:  It's like you're watching the

25     news.  It comes on.  I didn't do any in-depth research or
```

1    anything.  You know, you just look at the news.  This is the

2    story.  Here's another story.  That kind of thing.

3              THE COURT:  Okay.  And there's been a few

4    documentaries about that day.  Have you watched any of those?

5              THE PROSPECTIVE JUROR:  No.

6              THE COURT:  No.

7         And the House committee that investigated January 6th

8    had some hearings, did you watch any of those?

9              THE PROSPECTIVE JUROR:  I did.

10             THE COURT:  Okay.  There were a number of them.  Do

11   you remember roughly how many you watched?

12             THE PROSPECTIVE JUROR:  I watched a lot of them, I

13   think.

14             THE COURT:  Okay.  Did you -- so you watched -- you

15   watched the whole hearing?  You didn't just watch news coverage

16   of the hearings?

17             THE PROSPECTIVE JUROR:  I did watch the hearings.

18             THE COURT:  Okay.  And what do you recall about

19   learning from the hearings?

20             THE PROSPECTIVE JUROR:  It was interesting to see how

21   the government puts -- well, in this case, how the Congress put

22   on a case.

23             THE COURT:  Okay.  And in the news media you've

24   watched, as well as the clips shown at the hearings, do

25   you recall seeing images of any violence that took place that

1    day?

2                    THE PROSPECTIVE JUROR:  Yes.

3                    THE COURT:  What do you recall seeing?

4                    THE PROSPECTIVE JUROR:  Lots of people converged on

5    the Capitol.  There were instances where they went into the

6    chambers of different congresspeople, destroyed rooms, and

7    people got hurt.  People died.

8                    THE COURT:  Okay.  And, obviously, there were

9    thousands of people there that day, and not everyone engaged in

10    violence.  In fact, there are no allegations that Mr. Rhine,

11    the defendant, engaged in violence or committed any acts of

12    vandalism.

13        So do you think that what you've seen as far as the

14    images in the media would prohibit you from judging this

15    case fairly based upon the facts that are presented in this

16    court?

17                    THE PROSPECTIVE JUROR:  No, because everyone didn't

18    engage in illegal behavior.

19                    THE COURT:  Okay.

20                    THE PROSPECTIVE JUROR:  I believe most -- I don't

21    know that it was most.  But there was a lot of people that came

22    there to voice their political stance, and that was it.  Then

23    you had another group that went beyond just saying this is my

24    political stance.  Went into something else.

25                    THE COURT:  Okay.  All right.  Ms. Fish.

```
1              MS. FISH:  Good afternoon, Ms. ███.

2              THE PROSPECTIVE JUROR:  Good afternoon.

3              MS. FISH:  I wanted to follow up quickly.  I saw on

4      the questionnaire that you work with the fire and EMS

5      department.

6              THE PROSPECTIVE JUROR:  Yes.

7              MS. FISH:  Can you tell us a little bit about your

8      role in that job.

9              THE PROSPECTIVE JUROR:  Yes.  I'm the assistant to

10     the fire chief and -- which means I do a lot of administrative

11     work.

12             MS. FISH:  Do you work with a lot of paramedics

13     and -- and active duty firefighters?

14             THE PROSPECTIVE JUROR:  I do the support work, but

15     I'm in headquarters.  So I'm not in operations.

16             MS. FISH:  Okay.  Was your work impacted by

17     January 6th?

18             THE PROSPECTIVE JUROR:  How -- can you rephrase the

19     question for me.

20             MS. FISH:  Were there employees of your -- of your

21     office who had to respond and offer medical assistance?

22             THE PROSPECTIVE JUROR:  Yes.

23             MS. FISH:  Can you tell us what your, kind of,

24     interactions with those employees or understanding of what

25     happened was.
```

1          THE PROSPECTIVE JUROR:  I did not have any

2     interaction with them.  I just knew that there were members

3     that was called to render aid on that day.

4          MS. FISH:  And did that cause you any concern for

5     those employees?

6          THE PROSPECTIVE JUROR:  Of course.

7          MS. FISH:  Can you tell us about those feelings.

8          THE PROSPECTIVE JUROR:  Well, nobody wants to be

9     hurt.  I didn't know any of them, but nobody wants to see

10    people that they work with hurt.

11         MS. FISH:  You know, you've described a lot of things

12    that you saw in the media coverage of January 6th, and you said

13    you listened to -- or watched a lot of the congressional

14    hearings.

15         THE PROSPECTIVE JUROR:  Uh-huh.

16         MS. FISH:  What personal reactions did you have to

17    seeing that?

18         THE PROSPECTIVE JUROR:  Well, I was dismayed to see

19    it because nobody wants to see acts of violence.  That was

20    pretty much it.  I mean, I wasn't happy seeing it.

21         MS. FISH:  And when you think about what happened

22    that day now, how do you feel?

23         THE PROSPECTIVE JUROR:  Well, it's a part of history.

24    I guess I don't really have --

25         MS. FISH:  I guess, do you still feel dismayed or

1    saddened?  Are there any emotions that come up when you think

2    about January 6th today?

3              THE PROSPECTIVE JUROR:  No.

4              MS. FISH:  And you spoke a little bit about your

5    understanding of different people's intent in going to the

6    Capitol that day.  Do you feel like from all of the hearings

7    you've watched, the news coverage, that you have a pretty

8    complete understanding of what happened on January 6th?

9              THE PROSPECTIVE JUROR:  I think I have a good

10   understanding.  I wouldn't say it's complete.  I mean, there's

11   so much I really don't know about, but.

12             MS. FISH:  Thank you.

13             THE PROSPECTIVE JUROR:  You're welcome.

14             MR. VALENTINI:  Good afternoon, Ms. ███████.

15             THE PROSPECTIVE JUROR:  Good afternoon.

16             MR. VALENTINI:  I wanted to follow up on your answers

17   with respect to your past jury service.

18             THE PROSPECTIVE JUROR:  Uh-huh.

19             MR. VALENTINI:  You said that you recently were on a

20   jury -- or some years ago you were on a jury in a criminal case

21   involving the possession of a firearm.

22             THE PROSPECTIVE JUROR:  That's correct.

23             MR. VALENTINI:  And in that case the jury found that

24   the defendant was not guilty?

25             THE PROSPECTIVE JUROR:  That's correct.

1      MR. VALENTINI:  And do you recall -- do you remember
2  what -- what -- what issue the jury concluded -- found that the
3  government had not proved in that case?  Was it --
4      THE PROSPECTIVE JUROR:  Well, there was no
5  fingerprints on the gun that belonged to the defendant.  Then
6  the gun was found on the ground, but the police officer
7  testified that he didn't see the gun fall from the defendant.
8  That kind of stuff.
9      MR. VALENTINI:  So the jury wasn't sure whether
10  the -- the firearm actually belonged to that person who was
11  being tried?
12      THE PROSPECTIVE JUROR:  We weren't sure, and it was
13  circumstantial evidence pretty much.
14      MR. VALENTINI:  And I think you also said that it was
15  interesting to see how -- with respect to -- shifting to the --
16  the documentaries -- actually, the -- the congressional hearing
17  about January 6th, that -- I understand you watched most of
18  them, if not all of them.
19      THE PROSPECTIVE JUROR:  Uh-huh.
20      MR. VALENTINI:  You said -- I believe you said
21  something like it was interesting to see how the Congress put
22  on their case; right?  Could you elaborate a little bit on
23  that.
24      THE PROSPECTIVE JUROR:  Sure.  It was interesting to
25  watch the -- how the different congresspeople presented a case.

1    It's always different ideology and positions and -- this person

2    said this and this person.  And they had, like, the evidence

3    to -- you know in play.  So that was pretty interesting to

4    watch, how they would do that.

5            MR. VALENTINI:  Thank you.  Thank you for that

6    answer.

7         And I want to go back a second to a comment you just

8    made about circumstantial evidence as part of your jury

9    service.

10            THE PROSPECTIVE JUROR:  Uh-huh.

11            MR. VALENTINI:  And I wanted to ask you, if in this

12   case the -- the judge were to instruct you that circumstantial

13   evidence is valid evidence and that a verdict can be based on

14   circumstantial evidence, would you be able to apply that --

15   that instruction?

16            THE PROSPECTIVE JUROR:  Yes.

17            MR. VALENTINI:  Thank you.

18            THE PROSPECTIVE JUROR:  You're welcome.

19            THE COURT:  Thank you.

20            THE PROSPECTIVE JUROR:  Thank you.

21            (REPORTER'S NOTE:  Juror 1671 left.)

22            THE COURT:  Any motions?

23            MS. FISH:  No, Your Honor.

24            MR. VALENTINI:  No.

25            (REPORTER'S NOTE:  Juror 0552 enters.)

```
 1              THE COURTROOM DEPUTY:  This is Juror No. 0552.
 2              THE COURT:  This is Juror 0552.  Mr. ████, is it?
 3              THE PROSPECTIVE JUROR:  Yes.
 4              THE COURT:  Okay.  You answered yes to the first
 5      question, which is the one about a four- to six-day trial or
 6      going from 10:00 to 5:30 would create a special problem for
 7      you.
 8              THE PROSPECTIVE JUROR:  Yeah.
 9              THE COURT:  Tell us about that.
10              THE PROSPECTIVE JUROR:  I just bought a landscaping
11      company and have just a lot going on right now.  So, yeah, I
12      have two employees that were supposed to start today.  But I
13      had to push them back.  Four to six days would be just really
14      tough to manage the business right now with me not being
15      physically present.
16              THE COURT:  Okay.  And if you weren't physically
17      present, how would that impact what went on?
18              THE PROSPECTIVE JUROR:  It -- I -- I'm not sure.  I
19      mean, right now I'm, like, working 12 hours a day.
20              THE COURT:  Okay.
21              THE PROSPECTIVE JUROR:  And if I wasn't there, it
22      would just be really tough to try -- try to do everything, you
23      know:  Invoicing, scheduling, meeting the guys on site, kind of
24      making the whole operation happen.
25              THE COURT:  Okay.  All right.  And since it's
```

1    your business, if you don't work, you don't get paid; is that

2    right?

3              THE PROSPECTIVE JUROR:  Yeah.  That's -- that's

4    correct.

5              THE COURT:  All right.  All right.  So you answered

6    yes to Question No. 9, which is you, a member of your immediate

7    family, or close friend has received legal training.

8              THE PROSPECTIVE JUROR:  Has received legal training?

9              THE COURT:  Or worked as an attorney, paralegal, or

10   legal secretary at a law office.

11             THE PROSPECTIVE JUROR:  Yeah.  One of my good friends

12   is an attorney.

13             THE COURT:  And do you know what kind of law they

14   practice?

15             THE PROSPECTIVE JUROR:  He's -- no, I'm not a hundred

16   percent sure.  I think he's a public defender.

17             THE COURT:  In Washington, D.C.?

18             THE PROSPECTIVE JUROR:  In D.C.

19             THE COURT:  Do you talk to him about his work at all?

20             THE PROSPECTIVE JUROR:  Not a whole lot.  A little

21   bit.  He was giving me advice on how to help some people in the

22   landscaping space get approved for, like, a work permit and get

23   their licenses, but that's about all we've talked about.

24             THE COURT:  Okay.  So both sides are in agreement

25   about excusing this witness -- I mean, this juror?

```
 1                  MS. FISH:  For the hardship, yes, Your Honor.

 2                  MR. VALENTINI:  Yes, for the hardship.

 3                  THE COURT:  Okay.  Thank you.

 4                  THE PROSPECTIVE JUROR:  Yep.  Thank you.

 5                  (REPORTER'S NOTE:  Juror 0552 left.)

 6                  (REPORTER'S NOTE:  Juror 1448 enters.)

 7                  THE COURTROOM DEPUTY:  Juror No. 1448.

 8                  THE COURT:  This is Juror 1448.  Ms. ████; is that

 9      correct?

10                  THE PROSPECTIVE JUROR:  Yes.

11                  THE COURT:  Okay.  You answered yes to

12      Question No. 2, which is that you or immediate family members

13      may have had business dealings with the federal public

14      defender's office or the United States Attorney's Office.

15                  THE PROSPECTIVE JUROR:  Well, I'm not sure if it was

16      the United States Attorney's Office or not.  My nephew was

17      assaulted, and the case went to court.  And the young man was

18      found guilty and went to jail.

19                  THE COURT:  Okay.  So the -- the relationship to the

20      U.S. Attorney's Office was that they were the prosecutors in

21      his case?

22                  THE PROSPECTIVE JUROR:  Yes.

23                  THE COURT:  Okay.  Any -- did you attend any of that

24      trial?

25                  THE PROSPECTIVE JUROR:  No.
```

```
1              THE COURT:  No.  Okay.

2         You answered yes to Question No. 5, which is the one

3    about prior jury service.

4              THE PROSPECTIVE JUROR:  Yes.

5              THE COURT:  Tell us about that.  If you could get

6    closer to the microphone a little bit.

7              THE PROSPECTIVE JUROR:  I served on two cases in

8    D.C. Superior Court.

9              THE COURT:  Okay.  Tell us about that.

10             THE PROSPECTIVE JUROR:  One was a theft.  A man had

11   picked up some clothes that were on the outside rack and jumped

12   on the bus and absconded with them.  And the other was a civil

13   case.  It was about 20 years ago, but I don't remember the

14   details of -- but it was a civil case.

15             THE COURT:  Okay.  With respect to the criminal case,

16   how long ago was that?

17             THE PROSPECTIVE JUROR:  Twenty-five years ago.

18             THE COURT:  Okay.  Do you recall if the jury was able

19   to reach a verdict?

20             THE PROSPECTIVE JUROR:  No, we weren't.  The

21   defendant didn't come back after lunch.

22             THE COURT:  Okay.  All right.  So anything about

23   either of those experiences as jurors you think would impact

24   either positively or negatively your ability to sit as a juror

25   in this case?
```

1          THE PROSPECTIVE JUROR:  No.

2          THE COURT:  No.  Okay.

3      You answered yes to the question about whether you, a

4  family member, or close friend has received legal training or

5  worked at a law office.

6          THE PROSPECTIVE JUROR:  I was trained as a paralegal.

7          THE COURT:  Okay.  And did you ever work as a

8  paralegal?

9          THE PROSPECTIVE JUROR:  Yes.

10         THE COURT:  Okay.  For -- are you currently still a

11 paralegal?

12         THE PROSPECTIVE JUROR:  No.  I haven't for 12 years.

13         THE COURT:  Okay.  And so how many years were you a

14 paralegal?

15         THE PROSPECTIVE JUROR:  About 20.

16         THE COURT:  Okay.  And did you work at law firms or

17 for the government or --

18         THE PROSPECTIVE JUROR:  For -- contracted with the

19 federal government for the Department of Justice and also for

20 FBI and DEA.

21         THE COURT:  Okay.  And what kind of paralegal work

22 did you do for each of those organizations?

23         THE PROSPECTIVE JUROR:  It was legislative work.

24 Legislative.

25         THE COURT:  Legislative work.  Meaning what?

1          THE PROSPECTIVE JUROR:  They would have different

2     laws -- well, it -- initially, it started out with the asset

3     forfeiture program.  And they were preparing documentation that

4     they would send out to the field offices.  And that was new

5     legislation that was coming out, and they had to update and

6     train the field officers about the new ways they could seize

7     property.

8          THE COURT:  Okay.  And do you think that your

9     association with those law enforcement agencies would tend to

10    make you favor the government in a case like this?

11         THE PROSPECTIVE JUROR:  No.

12         THE COURT:  No.

13    Do you think that because you worked with law

14    enforcement there that if the witnesses are members of law

15    enforcement, that you would tend to believe them more than if

16    they were ordinary citizens?

17         THE PROSPECTIVE JUROR:  No.

18         THE COURT:  No.  Okay.

19    You answered yes to Question 20, which is the one about

20    you, family member, close friend being in law enforcement.

21         THE PROSPECTIVE JUROR:  Yes.  That was just my

22    association with DOJ, FBI, DEA.

23         THE COURT:  Okay.  You also answered Question 22,

24    which is whether you, a member of your immediate family, or

25    close friend has ever been the victim of or witness of a crime.

1      THE PROSPECTIVE JUROR:  Yes.  And that was my nephew

2  who was assaulted.

3      THE COURT:  Okay.  The one that you said that went to

4  trial?

5      THE PROSPECTIVE JUROR:  Yes.

6      THE COURT:  Okay.  All right.

7    Ms. Fish.

8    MS. FISH:  Good afternoon, Ms. ███.

9      THE PROSPECTIVE JUROR:  Good afternoon.

10     MS. FISH:  And I apologize.  I just might not have

11  been able to hear very well.  You said you have been retired

12  for 12 years?

13     THE PROSPECTIVE JUROR:  I haven't worked as a

14  paralegal for 12 years.

15     MS. FISH:  Do you work in another field?

16     THE PROSPECTIVE JUROR:  I'm semi-retired right now.

17     MS. FISH:  Is it still in the paralegal field?

18     THE PROSPECTIVE JUROR:  No.

19     MS. FISH:  And what field do you work in?

20     THE PROSPECTIVE JUROR:  Well, initially, I was taking

21  care of my mother who had gotten sick.  So I was, essentially,

22  a home care worker.

23     MS. FISH:  Yeah.

24     THE PROSPECTIVE JUROR:  And I've done some work with

25  local farmers markets.

1          MS. FISH:  Okay.  So caretaking and, kind of,

2     community building --

3          THE PROSPECTIVE JUROR:  Right.

4          MS. FISH:  -- with the farmers markets.

5          THE PROSPECTIVE JUROR:  Right.

6          MS. FISH:  In terms of your time when you worked with

7     the DOJ, FBI, and DEA, did you learn about investigative

8     techniques that they use or -- or, you know, kind of, some of

9     the inner workings of those offices?

10         THE PROSPECTIVE JUROR:  Yes, I did.

11         MS. FISH:  And is that knowledge you still hold?

12         THE PROSPECTIVE JUROR:  Not really.

13         MS. FISH:  Did you develop, you know, good

14     relationships with your co-workers at those offices?

15         THE PROSPECTIVE JUROR:  Yes, but most of co-workers

16     were also contractors.  They weren't the actual agents who were

17     doing the work.  We were in the background doing the support.

18         MS. FISH:  And did I hear correctly that you were

19     working largely in asset forfeiture?

20         THE PROSPECTIVE JUROR:  Yes, I worked asset

21     forfeiture with both DEA and FBI.

22         MS. FISH:  And with the DOJ, what area were you

23     working in?

24         THE PROSPECTIVE JUROR:  That was a -- it was Winstar,

25     which was the savings and loan situation that we had that

1    started -- I think it was 2008 or so.  And those cases kept

2    going and going and going.

3                THE COURT:  And that was a civil case?

4                THE PROSPECTIVE JUROR:  Yes.

5                MS. FISH:  And do you -- you live in the Washington,

6    D.C., area?

7                THE PROSPECTIVE JUROR:  Yes.

8                MS. FISH:  And is it correct that you haven't seen

9    news coverage of January 6th?

10               THE PROSPECTIVE JUROR:  I've seen it, but I didn't --

11   when it would come on, I would change the channel.

12               MS. FISH:  Okay.  Do you have anything that sticks

13   out to you that was covered in the news on January 6th?

14               THE PROSPECTIVE JUROR:  The guy with the -- the head,

15   with the horns.

16               MS. FISH:  The animal headpiece.  I'm not sure what

17   else to call that.

18               THE PROSPECTIVE JUROR:  Yeah.

19               MS. FISH:  What did that image -- what sticks in your

20   mind about that image?

21               THE PROSPECTIVE JUROR:  I didn't think he was quite

22   sane.

23               MS. FISH:  Okay.  Do you feel like you have a sense

24   of what happened on January 6th?

25               THE PROSPECTIVE JUROR:  Yes.

1          MS. FISH:  And do you feel like you understand, you

2     know, what most people who went to that rally intended to do?

3          THE PROSPECTIVE JUROR:  Yes, I do.

4          MS. FISH:  And is that from some of the news coverage

5     you've seen of events?

6          THE PROSPECTIVE JUROR:  From news coverage and also

7     conversations with family and friends.

8          MS. FISH:  And do you have family and friends who

9     have any personal experiences, you know, or were you -- were

10    impacted by what happened that day?

11         THE PROSPECTIVE JUROR:  No.

12         MS. FISH:  But they've kind of discussed what their

13    impressions are?

14         THE PROSPECTIVE JUROR:  Yes.

15         MS. FISH:  And do you think that your understanding

16    of what happened that day is likely to change in the next

17    week?

18         THE PROSPECTIVE JUROR:  Depending on what evidence is

19    presented, it may change.  I don't know.

20         MS. FISH:  So you feel like you have a pretty good

21    sense, but maybe not a complete sense?

22         THE PROSPECTIVE JUROR:  Yes.

23         MS. FISH:  Okay.  And then I did want to just follow

24    up briefly.  You mentioned -- I think you said it was 21 years

25    ago.  But when you did serve on that jury in the criminal theft

1    case, you mentioned that the person charged left mid-trial.

2            THE PROSPECTIVE JUROR:  Yes.

3            MS. FISH:  Did that leave any impressions or feelings

4    on you about people who might even just face charges for a

5    crime?

6            THE PROSPECTIVE JUROR:  No.  It -- he didn't seem to

7    take it seriously.  We could tell.  And then after we came

8    back, and they just said he didn't show up.  And we're like,

9    okay.  He didn't take it seriously, but he was rearrested

10   anyway, so.

11           MS. FISH:  But it didn't give you a big-picture

12   feeling about people who are charged with crimes?

13           THE PROSPECTIVE JUROR:  No.

14           MS. FISH:  Thank you.

15           MR. VALENTINI:  Good afternoon, Ms. ███████.

16           THE PROSPECTIVE JUROR:  Good afternoon.

17           MR. VALENTINI:  I want to follow up on the answer

18   that you just gave in response to my colleague's question just

19   now.  I think you said that you may have a pretty good sense of

20   what happened on January 6th.

21           THE PROSPECTIVE JUROR:  Yes.

22           MR. VALENTINI:  And I think you said you may have a

23   pretty good sense of what -- at least some of the people on

24   January 6th intended to do?

25           THE PROSPECTIVE JUROR:  Well, I know what the initial

1    news reports said; that it was going to be a rally.  And then,

2    of course, things spiraled out of control.  But I know what

3    they said it was supposed to be, and then things got difficult

4    afterwards.

5              MR. VALENTINI:  And if you were selected as a juror

6    in this case, would you take that responsibility -- would you

7    come to that responsibility with an open mind?

8              THE PROSPECTIVE JUROR:  Yes.

9              MR. VALENTINI:  And ready to hear the evidence in

10   this case?

11             THE PROSPECTIVE JUROR:  Yes.  That's one of the

12   things that they kind of hounded into us as paralegals.  Make

13   sure you have all your facts right and pull it together before

14   you even take it to your attorney.  Because if they find a flaw

15   in it, you've got to start all over.

16             MR. VALENTINI:  And so if Judge Contreras instructs

17   you that you have to base your decision in this case only based

18   on the evidence that you hear in this trial, you will follow

19   that direction?

20             THE PROSPECTIVE JUROR:  That's correct.

21             MR. VALENTINI:  You have no problem following that

22   direction?

23             THE PROSPECTIVE JUROR:  No, I do not.

24             MR. VALENTINI:  Thank you very much.

25             THE COURT:  Thank you.

```
1              (REPORTER'S NOTE:  Juror 1448 left.)
2              THE COURT:  Any motions?
3              MS. FISH:  No, Your Honor.  I did have concerns about
4    her past work, but it seems more removed than some of the other
5    folks who have come before us.
6              THE COURT:  I agree with that.
7              MR. VALENTINI:  No, Your Honor.
8              (REPORTER'S NOTE:  Juror 0981 enters.)
9              THE COURTROOM DEPUTY:  This is Juror No. 0981.
10         Your Honor, I'll be right back.
11             THE COURT:  This is Juror 0981.  Ms. ███████; is that
12   correct?
13             THE PROSPECTIVE JUROR:  That's correct.
14             THE COURT:  Okay.  So you answered yes to the
15   question about whether you followed the news about the events
16   that took place at the Capitol on January 6th?
17             THE PROSPECTIVE JUROR:  Yes.
18             THE COURT:  So can you tell us about how closely you
19   followed and what sorts of things you've seen and whether you
20   watched it unfold on the day itself.
21             THE PROSPECTIVE JUROR:  I watch news a lot.  I just
22   generally watch news a lot.  I read the *Post* every day.  I did
23   just happen to turn on the television on January 6th, just by
24   mistake.  So I did watch it then.  I don't know what else to
25   say.
```

```
1              THE COURT:  Sure.  There's been a handful of

2    documentaries about that day.  Have you watched any of those?

3              THE PROSPECTIVE JUROR:  I suspect I have, but I don't

4    remember specifically.

5              THE COURT:  Okay.  And then the House committee

6    investigating January 6th had some hearings.  Did you watch any

7    of those?

8              THE PROSPECTIVE JUROR:  I did watch some of those.

9              THE COURT:  About how many of them, would you say?

10             THE PROSPECTIVE JUROR:  About half.

11             THE COURT:  Half.  Okay.  And did you watch them as

12   they occurred, gavel to gavel, or just in the background or

13   somewhere in between?

14             THE PROSPECTIVE JUROR:  Somewhere in between.  I -- I

15   did watch -- I did -- they were -- well, I can't remember.

16   Yeah, I did watch some, but not --

17             THE COURT:  Okay.  And what -- what are the

18   recollections or things that stood out for you as -- on some of

19   the media that you've watched on January 6th?

20             THE PROSPECTIVE JUROR:  Well, you know, in truth, the

21   things that -- one of the pictures that sticks in my mind is

22   the picture of Officer Good [sic], the one that attracted

23   people away from the room where the senators or congressmen

24   were, was -- I just thought he did such a great job.

25             What else stood out to me?  I -- I -- I guess -- I do
```

1    remember seeing the contrast between the shots -- early on

2    when I was actually watching it, that it did appear that people

3    were just wandering through, like tourists, and the shots of

4    people breaking windows, and the contrast between those two

5    activities.

6            THE COURT:  Sure.  So, obviously, there were

7    thousands of people there that day, and not everyone engaged in

8    violence.  And, in fact, there are no allegations that

9    Mr. Rhine has participated in violence or vandalism.

10           So do you think that the media you've been exposed to

11   showing violence or things of that nature would impact you in a

12   way that you couldn't be fair based on the evidence you heard

13   in this courtroom and the legal instructions as I provide them

14   to you?

15           THE PROSPECTIVE JUROR:  I think I'm answering this

16   correctly.  I don't think I would be swayed.  Does that --

17           THE COURT:  Would you be fair and impartial?

18           THE PROSPECTIVE JUROR:  I think -- I think I would

19   be.

20           THE COURT:  Okay.  All right.  And you answered yes

21   to -- to a similar question, which is Question 14, about

22   whether you heard or saw anything in the news or elsewhere

23   about specific individuals who were present in the Capitol.

24           THE PROSPECTIVE JUROR:  Sometimes it's hard to know

25   exactly what to say.  I do remember the name of

1    Officer Good [sic].  The name of Officer -- I don't remember

2    his name.  The one that died from a heart attack

3    Sputinick [sic] -- Sputs- --

4                THE COURT:  I don't know how to pronounce it either.

5                THE PROSPECTIVE JUROR:  So -- and the woman Babbitt

6    was shot.  I think those are the -- of the names that I

7    remember.

8                THE COURT:  Okay.  And do you think what you know

9    about any of those three individuals would sway you in an

10   unfair way to hear the evidence in this case?

11               THE PROSPECTIVE JUROR:  No.  I -- I think I'm really

12   dedicated to the concept of innocent until proven guilty.  I

13   have seen too many situations where people have been falsely

14   accused.

15               THE COURT:  Okay.  And you've never served on a jury

16   before?

17               THE PROSPECTIVE JUROR:  I think I misunderstood that

18   question.  I was on a jury maybe 20 years ago in Montgomery

19   County.

20               THE COURT:  And what kind of case was it?

21               THE PROSPECTIVE JUROR:  It was petty theft.

22               THE COURT:  Okay.  And was the jury able to reach a

23   verdict?

24               THE PROSPECTIVE JUROR:  Yes.  It was a really

25   interesting jury.  It was a very simple case, but it took us a

1    long time to persuade one juror, but we did get there.

2            THE COURT:  Anything else about that experience with

3    the criminal justice system that you think would impact you

4    negatively or positively in this case?

5            THE PROSPECTIVE JUROR:  Positively, that -- in that

6    the system really worked there.  It made me feel good.  Yeah.

7            THE COURT:  Okay.  All right.  Ms. Fish.

8            MS. FISH:  Good afternoon, Ms. ████.

9        I want to actually just follow up on what you were just

10    speaking about.  You said your prior jury service made you feel

11    like the system worked and made you feel good.  Can you tell us

12    a little bit more about that.

13            THE PROSPECTIVE JUROR:  In this case, I think it was

14    a pretty simple case.  It was pretty evident that in this case

15    the defendant was guilty, some really petty theft thing, you

16    know.

17        One juror was swayed by -- it was right at the time of

18    Rodney King, and he was swayed by the prospect of prejudice,

19    racial prejudice, and the defendant was African American.  And

20    I felt that together the jury was able to deal with the facts

21    and all the things that were influencing anybody on the jury

22    and to come to the right decision, even though it was

23    difficult.

24            MS. FISH:  I want to speak a little bit more about

25    some of the things you've seen in the media about January 6th.

1    So you said you watched, I think, about half of the

2    congressional hearings.  And you described a few things you

3    saw.  Did you see any or hear testimony about any violence that

4    occurred that day?

5         THE PROSPECTIVE JUROR:  Well, I'm -- I'm curious

6    about the word testimony.  But I did see reports about

7    violence, yes.  Certainly.

8         MS. FISH:  And I apologize.  You said that you saw

9    reports of?

10         THE PROSPECTIVE JUROR:  Reports of violence.

11         MS. FISH:  Of violence.  I know you spoke about

12    Officer Good [sic] sort of luring people way from senators.

13    You described how impressed you were about that.  Can you tell

14    us a little bit more about that feeling and why.

15         THE PROSPECTIVE JUROR:  Just maybe unrelated to

16    really what was going on, except for the fact that he was an

17    officer who was putting his own life at risk for the safety of

18    members of our government.

19         MS. FISH:  And watching this on January 6th and

20    after, what emotions did you feel seeing this footage?

21         THE PROSPECTIVE JUROR:  Well, speaking specifically

22    about my emotions, worried about my government, just -- just

23    distress that -- trauma in my government.

24         MS. FISH:  When you think about it today, do you

25    still feel those emotions?

1          THE PROSPECTIVE JUROR:  I -- I'm concerned about our

2    government.  I'm concerned about -- I'm going beyond really

3    your question.  But, really, when I think about it, it's --

4    it's -- it's the entire country.  It's -- it's what is causing

5    our problem -- there are people who are feeling unheard.  I --

6    I'm distressed about how we become a whole country, become more

7    unified, become more functional.

8          MS. FISH:  Thank you for sharing that.

9         In terms of the -- you know, it sounds like you did

10   watch several of these congressional hearings and potentially

11   also one of the documentaries about January 6th.

12         THE PROSPECTIVE JUROR:  I'm not sure I can remember

13   documentaries.  I don't remember what was specifically a

14   documentary.  But I've seen stuff, yeah.

15         MS. FISH:  And you said you're kind of generally a

16   news junkie?

17         THE PROSPECTIVE JUROR:  Yeah.

18         MS. FISH:  Following everything.  Read the *Post* every

19   day.  Do you feel like you have a pretty complete understanding

20   of what happened on January 6th?

21         THE PROSPECTIVE JUROR:  I'm not sure anybody can.

22   Just to make it clear how much news I do watch, but the 46,000

23   hours of tapes that was referred to when some was given to

24   Fox News, you know, if there's that much recorded, how from

25   watching the evening news can you really have a good sense?

1    So, you know, I have -- I -- because I watched the news so

2    much, I knew a lot about what did happen.  But I don't know how

3    you can know whether you got everything or not.

4          MS. FISH:  Do you feel you've sought out news to get

5    as complete an understanding as you can?

6          THE PROSPECTIVE JUROR:  Well -- well, yes, in that --

7    in that I -- I always -- because I'm a news junkie, I keep

8    seeking out news, yeah.

9          MS. FISH:  And do you feel like you understand why

10   the majority of people, you know, attended that rally that day,

11   what their intentions were?

12         THE PROSPECTIVE JUROR:  Well, in this particular

13   setting, I would be concerned about responding that I know what

14   the majority was.  I -- I know that some, I feel, had some

15   intentions of violence or some intentions to disturb the

16   government process.  But to say what the majority was, I -- I

17   don't know that I -- in this particular setting that I would

18   want to say that because I don't --

19         MS. FISH:  And, you know, if someone is in a group

20   where some people intend violence or intend to do harm, do

21   you hold -- do you believe everyone in that group is

22   responsible?

23         THE PROSPECTIVE JUROR:  No.  No.  I -- I participated

24   actively in some demonstrations in 1969.  And there was some

25   violence going on there, and it wasn't what I was doing.

1          MS. FISH:  And then I just wanted to follow up on one

2     more item.  On the questionnaire you indicated you're retired.

3     What did you do before you retired?

4          THE PROSPECTIVE JUROR:  I -- I worked in the area of

5     subsidized housing for low-income families.

6          MS. FISH:  Here in Washington, D.C.?

7          THE PROSPECTIVE JUROR:  Well, most of my career I

8     worked for a management consulting firm that did contracts with

9     HUD.

10          MS. FISH:  Okay.  And what -- when did you retire?

11          THE PROSPECTIVE JUROR:  I didn't fully retire until

12     2017.

13          MS. FISH:  But now that would be, gosh, ten-plus --

14     eight years ago?  No.  Six years ago; is that right?

15          THE PROSPECTIVE JUROR:  Yep.

16          MS. FISH:  Okay.  Thank you so much.

17          THE COURT:  And let me just ask you a question so

18     it's clear.  You talked about serving on a jury in Montgomery

19     County.  You do live in the District now?

20          THE PROSPECTIVE JUROR:  I sold my house and moved to

21     a condo.

22          THE COURT:  Okay.  I just want to make sure.

23          THE PROSPECTIVE JUROR:  Yeah, I do live in the

24     District now.

25          THE COURT:  Okay.

```
1              MR. VALENTINI:  Good afternoon, Ms. ███████.

2              THE PROSPECTIVE JUROR:  Good afternoon.

3              MR. VALENTINI:  I wanted to follow up on a couple

4     of answers that you gave just a few minutes ago.  You

5     expressed some concern about -- I don't mean to put words in

6     your mouth -- but political decisiveness.  And my question for

7     you is, if selected to be on a jury on this trial, would you

8     come to that responsibility with an open mind about the facts

9     of this case?

10             THE PROSPECTIVE JUROR:  Very adamantly, yes.  As I

11    indicated, my response to -- to my experience on another jury,

12    it made me so proud that it worked.  And, yes, adamantly, I

13    would find that -- I would expect that of myself.

14             MR. VALENTINI:  Thank you.

15         And I also wanted to follow up on another statement that

16    I think I heard -- heard you make a few minutes ago.

17         You expressed some concern about individuals --

18    individuals that you have seen -- I think you said wrongfully

19    convicted.  And could you sort of elaborate on that concern a

20    little bit and what kind of cases you were referencing.

21             THE PROSPECTIVE JUROR:  Well, the thing that comes to

22    mind most quickly is the guy in Alabama, Bryan, who runs the

23    nonprofit that goes after people who have been wrongly

24    convicted of murder.

25             MR. VALENTINI:  Yeah.  Stevenson.
```

1          THE PROSPECTIVE JUROR:  Stevenson.  Yeah.  *Just*

2    *Mercy*.  That to me is, you know, a real problem and something

3    that we have to do something about -- and he did -- and, you

4    know, something that worries me.  I have adopted a son who

5    is biracial.  And he has been in situations where he -- he

6    was wrongfully suspected or -- and I'm very sensitive about

7    that.

8          MR. VALENTINI:  And these concerns that you just

9    voiced are completely understandable and very real.  Those --

10   just to ask you, sort of, the flip side of the question to ask

11   you before, would those concerns prevent you from judging this

12   case or finding the facts in this case based on the facts and

13   evidence prevented -- presented at trial?

14         THE PROSPECTIVE JUROR:  No, not at all.  I think I

15   may have indicated in the previous jury, I thought that the

16   facts were very clear and that despite that somebody was

17   really -- on the jury was really concerned about there being

18   prejudice and that that was moving the jury in the wrong

19   direction, I felt in that case it was clear that the defendant

20   was guilty.  And I didn't feel that prejudice was -- was

21   prejudice -- prejudicing anybody.

22         MR. VALENTINI:  Thank you, Ms. ███████.

23         And one last question.  I -- I believe you indicated

24   before that based on your understanding of the news coverage of

25   January 6th, there were some individuals who were engaged in

1    violence and then there's other individuals -- and I believe

2    you said -- you characterized them as, sort of, walking through

3    like tourists; right?  And I guess my question for you is, if

4    selected as a juror in this case, would you keep an open mind

5    that even individuals who did not engage in violence on

6    January 6th may have committed criminal offenses?

7              THE PROSPECTIVE JUROR:  Based on what -- as the law

8    is explained to me, yes, I would be open to that.

9              MR. VALENTINI:  All right.  Thank you very much.

10             THE COURT:  All right.  Thank you.  You're excused.

11             THE PROSPECTIVE JUROR:  Thank you.

12             (REPORTER'S NOTE:  Juror 0981 left.)

13             THE COURT:  Any motions with respect to her?

14             MS. FISH:  Your Honor, I would move to strike

15   Juror ███████.  The extent of her media exposure is pretty

16   profound compared to many of the people we've spoken with

17   today.  She sought out news.  She's watched many of the

18   hearings.  She's watched -- she's watched other coverage.  And

19   the items that she remembers are incidents of violence or

20   threatened violence.  And I do think that would weigh on her,

21   despite her best efforts.  So I do have concerns.

22             MR. VALENTINI:  Your Honor, I -- I believe the juror

23   did characterize herself, of course, as a news junkie.  Of

24   course, that's very much in the eye of the beholder how one

25   characterizes or holds themselves out as a news consumer or

1    what kind of news consumer.  But when it came down to it,

2    the -- the potential juror said time and again that she would

3    have -- keep an open mind and that she would carry out --

4    discharge those duties as a juror precisely as she was supposed

5    to.  And I would also note that I believe despite identifying a

6    couple of names, I believe at least one of those names she got

7    wrong.

8              THE COURT:  Yeah.  Officer Goodman's name was wrong.

9              MR. VALENTINI:  That's correct.

10              THE COURT:  So I agree.  I -- despite describing

11    herself as consuming a lot of media, she actually didn't know

12    that much compared to the average educated person in the

13    District of Columbia.  So she's -- she is good to go.

14              (REPORTER'S NOTE:  Juror 0426 enters.)

15              THE COURTROOM DEPUTY:  Juror No. 0426.

16              THE COURT:  Good afternoon.

17              THE PROSPECTIVE JUROR:  Good afternoon.

18              THE COURT:  So this is Juror 0426.  Ms. ███████; is

19    that correct?

20              THE PROSPECTIVE JUROR:  Yes.

21              THE COURT:  Okay.  So you answered yes to

22    Question No. 3, which is about hearing or reading anything

23    about the defendant in this case, Mr. Rhine.

24              THE PROSPECTIVE JUROR:  Yes.

25              THE COURT:  Tell us about that.

1          THE PROSPECTIVE JUROR:  Who I was -- or when I was

2     called for jury duty last week, I looked at the court calendar

3     to see what cases might be up for jury selection, just out of

4     curiosity.

5          THE COURT:  And other than the individual's name, did

6     you read any of the papers in the case?

7          THE PROSPECTIVE JUROR:  No.  I just read, like, the

8     names.  And -- and I did Google the names and the -- the cases

9     and then just saw that there were -- that most of the

10    defendants were at the Capitol on January 6th.  But I didn't

11    see any, like, specific charges or anything like that.

12         THE COURT:  Okay.  What in particular when you

13    Googled did defendant -- did you learn?

14         THE PROSPECTIVE JUROR:  About this defendant

15    specifically, I don't know.  There were, I think, three or four

16    cases at the time that said that they were up for jury

17    selection over the next two weeks.  And so I just saw that, I

18    think, all of them were at the Capitol on January 6th.  That's

19    what I saw.

20         THE COURT:  Okay.  And then you answered yes, also,

21    to the question about covering -- following the news about the

22    events that took place at the Capitol on -- on January 6th.

23    Tell us about that.

24         THE PROSPECTIVE JUROR:  I mean, I'm from D.C.  I

25    live, you know, not too far from the Capitol.  It's impossible,

1    I think, to avoid it entirely.  And, of course, I wanted to

2    see -- and I followed the -- sorry.  I'm -- this is surprising.

3    I followed the Congress's --

4                THE COURT:  The January 6th committee hearings?

5                THE PROSPECTIVE JUROR:  Yeah.  The committee, yes.

6    Not, like, super closely.  But, obviously, I want to stay

7    abreast of the general part.

8                THE COURT:  Let's start with the day of January 6th.

9    Did you watch it as it unfolded that day?

10               THE PROSPECTIVE JUROR:  Yes.

11               THE COURT:  Okay.  Were you home that day or in the

12   office or --

13               THE PROSPECTIVE JUROR:  I was home, yeah.  I was

14   home.  And I watched -- I watched it on the news.

15               THE COURT:  Okay.  Were you working from home?

16               THE PROSPECTIVE JUROR:  Yes.

17               THE COURT:  Okay.  So did you watch it -- would you

18   characterize yourself as being glued to the TV or had it in the

19   background or somewhere in between?

20               THE PROSPECTIVE JUROR:  I was actively watching it,

21   yes.

22               THE COURT:  Okay.  So you stopped the work you were

23   doing and started watching it?

24               THE PROSPECTIVE JUROR:  I did, yes.

25               THE COURT:  Okay.  What do you recall of having seen

1     that day?

2              THE PROSPECTIVE JUROR:  I recall seeing protests

3     outside of the Capitol, things sort of escalating, and seeing

4     smoke and other incendiary stuff; people, like, breaking down

5     guardrails and getting past police and entering the actual

6     Capitol, standing on balconies and stuff.

7              THE COURT:  Do you recall witnessing any violence as

8     it happened?

9              THE PROSPECTIVE JUROR:  Not -- no.  I don't recall

10    seeing any violence on January 6th.  I saw violence in news

11    stories post the actual date.

12             THE COURT:  Okay.  So you also mentioned that you

13    followed the hearings of the committee.

14             THE PROSPECTIVE JUROR:  Yes.

15             THE COURT:  Okay.  How many of those hearings would

16    you say you watched?

17             THE PROSPECTIVE JUROR:  Live, one and a half.  Not

18    the whole thing.  But I only turned them on live twice, but I

19    certainly read about them afterwards.

20             THE COURT:  Okay.  And what stands out to you from

21    what you learned from those committee hearings?

22             THE PROSPECTIVE JUROR:  I think the lack of response

23    from reinforcement from the -- the government, in general, is

24    sort of what stands out to me in general about the -- the time

25    line of the protest on January 6th.

1          THE COURT:  Okay.  And there's been a handful of

2     documentaries about January 6th.  Have you watched any of

3     those?

4          THE PROSPECTIVE JUROR:  I have not.

5          THE COURT:  Okay.  And on -- you know, on -- in the

6     last couple years on a day-to-day basis, how much January 6th

7     information do you -- do you -- you know, have you been exposed

8     to?

9          THE PROSPECTIVE JUROR:  I mean, on a day-to-day

10     basis, I would say, like, none.  I watch CNN sometimes and it

11     gets brought up.  Or I've watched news and it occasionally gets

12     brought up.  But it's not something that I'm actively following

13     at this point.

14          THE COURT:  Okay.  And then you -- you answered a

15     very similar question about news about specific individuals on

16     that day.  So tell us about that.

17          THE PROSPECTIVE JUROR:  I mean, honestly, I couldn't

18     name any names now.  But I recall when, you know -- in days

19     following, especially watching some of the videos that happened

20     within the Capitol, seeing, you know, faces of particular

21     people, especially in the death of the U.S. Capitol cop, seeing

22     some of that video.  So I think it's, like, if names were said,

23     I would recall them, but I don't -- like you, I couldn't name

24     any specific people at this time.

25          THE COURT:  Okay.  Ms. Fish.

1          MS. FISH:  Good afternoon, Ms. ████████.  You

2   mentioned you live near the Capitol.  About how close do you

3   live?

4          THE PROSPECTIVE JUROR:  I live in Shaw.  So I'm a

5   mile and a half.  Not super close.  I don't live on the Hill.

6          MS. FISH:  Do you typically work from home, or do you

7   go to an office?

8          THE PROSPECTIVE JUROR:  I work from home typically.

9          MS. FISH:  Do you -- in your, kind of, normal daily

10  life, do you pass by the Capitol?

11         THE PROSPECTIVE JUROR:  No.

12         MS. FISH:  And I want to talk a little bit more about

13  the media around January 6th you've watched.  You mentioned

14  watching it on the day of pretty actively and seeing things

15  escalate.  What kind of feelings or emotions did you have

16  watching that?

17         THE PROSPECTIVE JUROR:  I found it upsetting.  I

18  thought it was, you know, disrespectful to an institution that

19  I -- holds value to our country.  I thought it was a little

20  scary.  It did look pretty actively destructive.  I think those

21  were the two most.

22         MS. FISH:  And you continued to watch, kind of, the

23  hearings and other coverage for a while.  In those hearings,

24  you mentioned that it was -- you noticed there was kind of a

25  lack of response.  Can you tell us what you understood happened

1    that needed a greater response.

2           THE PROSPECTIVE JUROR:  Yeah.  I -- from my

3    understanding, that there were calls from the U.S. Capitol

4    Police for reinforcements and neither the D.C. government nor

5    the federal government responded in -- in as timely as a manner

6    as they could have to provide that reinforcement.

7           MS. FISH:  And you mentioned the police officer who

8    passed away.  Were you aware of other serious violence or

9    consequences that came out of January 6th?

10          THE PROSPECTIVE JUROR:  I am not.

11          MS. FISH:  From what you've seen and, you know,

12   spoken with your friends or family about, do you feel like you

13   have a good understanding of what happened on January 6th?

14          THE PROSPECTIVE JUROR:  I would say I have an okay

15   understanding.  But I -- like, I'm certainly not an expert.

16   I'm not going say that everything I've said is a hundred

17   percent factually true.  I follow the news, but I'm certainly

18   not going to say that I'm an expert.

19          MS. FISH:  And do you feel you have an understanding

20   why the majority of people went to that rally or what their

21   intentions were?

22          THE PROSPECTIVE JUROR:  I would say that my

23   understanding is that they were protesting the election.

24          MS. FISH:  And, you know, does that kind of opinion,

25   you know, focus -- protesting or disputing the accuracy of that

1  2020 election, cause any reaction for you or any strong

2  emotions?

3          THE PROSPECTIVE JUROR:  I mean, I think everybody has

4  a right to protest.  I think what causes reaction is violence

5  and physical destruction of property.

6          MS. FISH:  And when you think about the events of

7  January 6th today, what feelings come up?

8          THE PROSPECTIVE JUROR:  I still find it upsetting.  I

9  think it was -- it -- it escalated to a point that I think is

10  bad.  Criminal, I guess I would say.  I -- I think -- I mean,

11  yeah, I think it was a protest that went too far.  And the

12  destruction -- the destruction and, like, you know, the

13  physical destruction of the Capitol is upsetting.

14          MS. FISH:  And when you think about that, that it's a

15  protest that escalated too far and became criminal, that's kind

16  of the whole crowd that -- that --

17          THE PROSPECTIVE JUROR:  No.

18          MS. FISH:  -- escalated too far?

19          THE PROSPECTIVE JUROR:  No.  I mean, I've been in

20  protests where I think there has been, you know, some --

21  there's been violence or physicality somewhere else and not

22  everybody that was there was involved in that.

23          MS. FISH:  And in terms of -- do you feel that -- you

24  mentioned a feeling that it was very disrespectful to an

25  important institution and one you care a lot about.  Do you

1    feel like, you know, anyone who might have gone into the

2    building that day disrespected that institution?

3              THE PROSPECTIVE JUROR:  I think if they entered the

4    building unlawfully, yeah.

5              MS. FISH:  Thank you.

6              THE PROSPECTIVE JUROR:  Uh-huh.

7              MR. VALENTINI:  No questions, Your Honor.

8              THE COURT:  All right.  So in this case, you know,

9    you've talked a little bit about the violence and the vandalism

10   that took place.  In this case, there's no allegation that

11   Mr. Rhine engaged in violence or vandalism.  Do you think that

12   media exposure you've had to violence and vandalism would

13   impact you in a way that you couldn't judge Mr. Rhine fairly

14   based on the evidence presented in this courtroom?

15             THE PROSPECTIVE JUROR:  No, I don't.

16             THE COURT:  Okay.  All right.  Thank you.

17             THE PROSPECTIVE JUROR:  Thank you.

18             (REPORTER'S NOTE:  Juror 0426 left.)

19             MS. FISH:  Your Honor, I would move to strike

20   Juror ███████.  I believe based both on her actions of

21   researching people whose jury she might be on; trying to Google

22   them, find out information about them, including the

23   information that, you know, Mr. Rhine was in the Capitol; and

24   her statement, among others, that she thought anyone who went

25   into the Capitol unlawfully was disrespectful to an important

1    institution.

2        Additionally, she does have -- she has followed media

3    fairly extensively, you know, watching two hearings live,

4    reading the others after they happened; and, you know, the

5    emotions she felt that she was upset. She felt it was

6    disrespectful and it was scary. And I think all of those are

7    likely to carry over into her service.

8        MR. VALENTINI: Your Honor, with respect to the

9    searching of the -- of the names, I understand that

10   Ms. ████████ did do some searching before receiving

11   Your Honor's instructions today. My understanding is that she

12   did not have any memory of any facts specific to this

13   particular defendant.

14       And with respect to the other concerns, I think we've

15   seen them with respect to other jurors that we have discussed

16   before today. And we actually think this particular juror

17   seemed to -- to -- for the -- particularly bring an open mind

18   to her role as a juror.

19       THE COURT: All right. I'm going to deny the motion.

20       You know, obviously, I'm not crazy about the fact that

21   she did some research, but all she was able to determine from

22   that research is that there were several January 6th cases

23   being tried in this courthouse, which is what we do these days,

24   and that's not necessarily newsworthy. So nothing particular

25   to this case she really learned or about this defendant. And

1    what the other stuff she's -- it was clearly to me that she

2    could be impartial.  So she's on.

3                (REPORTER'S NOTE:  Juror 1366 enters.)

4        Juror 0969 enters.)

5                THE COURTROOM DEPUTY:  This is Juror No. 1366.

6                THE COURT:  Good afternoon.

7                THE PROSPECTIVE JUROR:  Hi.

8                THE COURT:  So this is Juror 1366.  Ms. ████; is

9    that correct?

10                THE PROSPECTIVE JUROR:  Correct.

11                THE COURT:  Okay.  So you answered yes to the first

12    question, which is that a trial that goes four to six days

13    or goes from 10:00 to 5:30 would create a special problem for

14    you.

15                THE PROSPECTIVE JUROR:  Yeah.  I'm going out of the

16    country next week.  I just didn't know.

17                THE COURT:  Yeah.  At what point next week?

18                THE PROSPECTIVE JUROR:  Tuesday.

19                THE COURT:  Tuesday.  Okay.  And, obviously, you

20    have -- since it's out of the country, you have reservations?

21                THE PROSPECTIVE JUROR:  Yeah, I can show you that.

22                THE COURT:  Okay.

23                THE PROSPECTIVE JUROR:  For two weeks.

24                THE COURT:  For two weeks.  All right.  And it's a

25    trip that can't easily be rescheduled?

```
1              THE PROSPECTIVE JUROR:  It's for a wedding.

2              THE COURT:  Okay.

3              MR. VALENTINI:  Your Honor, we're inclined to excuse.

4              MS. FISH:  Your Honor, I think that neither of us

5    have an objection to excusing her for a hardship.

6              THE PROSPECTIVE JUROR:  Thank you.

7              (REPORTER'S NOTE:  Juror 1366 left.)

8              THE COURTROOM DEPUTY:  This is Juror No. 0969.

9              THE COURT:  This is Juror 0969.  Ms. ██████; is that

10   correct?

11             THE PROSPECTIVE JUROR:  Yes.

12             THE COURT:  Okay.  You answered yes to the first

13   question, which is that a four- to six-day trial or one that

14   goes from 10:00 to 5:30 might create a special problem for

15   you.

16             THE PROSPECTIVE JUROR:  Yes.

17             THE COURT:  Tell us about that.

18             THE PROSPECTIVE JUROR:  I'm a dentist.  And I have

19   patients that travel from all over to kind of come and see me

20   and -- as well as patients that live in the area that come and

21   see me.  So they operate their schedules based off of -- you

22   know, months in advance of scheduling time.  So multiple days

23   out of the office is very challenging.

24             THE COURT:  Okay.  And you have patients scheduled

25   all week?
```

```
1            THE PROSPECTIVE JUROR:  I have patients -- I have

2       full stacks.  And everybody got rescheduled from today --

3            THE COURT:  Okay.

4            THE PROSPECTIVE JUROR:  -- into this week, next week,

5       coming weeks.

6            THE COURT:  Okay.

7            MS. FISH:  Your Honor, I have no objection to

8       excusing this juror.

9            MR. VALENTINI:  No objections, Your Honor.

10           THE COURT:  All right.  You're excused.  Thank you.

11           THE PROSPECTIVE JUROR:  Thank you.

12           (REPORTER'S NOTE:  Juror 0969 left.)

13           (REPORTER'S NOTE:  Juror 1716 enters.)

14           THE COURTROOM DEPUTY:  This is Juror No. 1716.

15           THE COURT:  Good afternoon.  This is Juror 1716.

16      Ms. ██████; is that correct?

17           THE PROSPECTIVE JUROR:  Yes, Your Honor.

18           THE COURT:  Okay.  You answered yes to the question,

19      No. 9, about you, an immediate family member, close friend

20      having received legal training or working in a law office.

21           THE PROSPECTIVE JUROR:  (Nods head.)

22           THE COURT:  Tell us about that.

23           THE PROSPECTIVE JUROR:  I'm an attorney in the

24      District of Columbia.

25           THE COURT:  Okay.  What kind of law do you practice?
```

1    THE PROSPECTIVE JUROR:  Civil litigation.

2    THE COURT:  Okay.  And what kind of civil litigation?

3    THE PROSPECTIVE JUROR:  I'm a contract attorney,

4  and at the moment I'm doing environmental litigation cases.

5    THE COURT:  Okay.  And other than what you're doing

6  now, did you ever practice in criminal law?

7    THE PROSPECTIVE JUROR:  I've never practiced in

8  criminal law, no.

9    THE COURT:  Okay.  So that was the only question you

10  had an answer to.  Thinking back, do you have any positive

11  responses to any of the other questions?

12    THE PROSPECTIVE JUROR:  Not that I can think of, no.

13  Maybe the only other thing that I could -- that comes to mind

14  that I should point out is I have a hard cut-off on Thursday --

15  next Thursday -- not this Thursday.  I have to be in Richmond

16  for a legal training.

17    THE COURT:  Okay.  I don't think that will be a

18  problem.  So -- all right.  Ms. Fish.

19    MS. FISH:  I did want to check whether -- one of the

20  questions was if you've seen any news media coverage of events

21  on January 6th.  Have you seen any news or media coverage of

22  those events?

23    THE PROSPECTIVE JUROR:  Nothing recently.  The only

24  thing I saw was right when it occurred, watching CNN, while

25  living in the District, but nothing -- I don't -- this probably

1    sounds off.  I don't really watch the news that much.

2            MS. FISH:  Right.  But did you watch media coverage

3    on January 6th or immediately thereafter?

4            THE PROSPECTIVE JUROR:  Yes.

5            MS. FISH:  Do you recall what you saw on that media

6    coverage?

7            THE PROSPECTIVE JUROR:  In a vague sense, yes.

8    People going into the Capitol and -- I remember, I think,

9    somebody dressed up -- wearing like a fur thing, but --

10           MS. FISH:  Do you recall seeing any violence or, you

11   know --

12           THE PROSPECTIVE JUROR:  Yes.

13           MS. FISH:  Can you tell me what you recall seeing.

14           THE PROSPECTIVE JUROR:  I remember some of the

15   windows being smashed in.  And I think they were, like, picking

16   up some of the barricades outside the Capitol, things like

17   that.

18           MS. FISH:  And what was your reaction to seeing that?

19           THE PROSPECTIVE JUROR:  Surprise.  I think a little

20   bit of worry living in the District.  And then I think, like,

21   it -- it turned to more ease at the end of the day when things

22   calmed down a little bit, but.

23           MS. FISH:  And when you do think about those events

24   now, what feelings do you have?

25           THE PROSPECTIVE JUROR:  I guess concern maybe it

1    could happen again, but in a more general sense, not like, you

2    know, tomorrow or anything like that.

3        MS. FISH:  And was your concern, you know, kind of at

4    the whole crowd and events that happened with -- you know, just

5    everyone who went inside the building, or was it more specific

6    people that you saw on the news?

7        THE PROSPECTIVE JUROR:  Hard to tell.  I think just

8    kind of concern in general.

9        MS. FISH:  And you mentioned part of that is because

10   you live in the District.  Does it cause you to have concern

11   for yourself?  Your city?  Your family?

12       THE PROSPECTIVE JUROR:  Currently, no.  I've walked

13   all around the city.

14       MS. FISH:  And you mentioned you work in civil

15   litigation.  I saw on the questionnaire, you said you work with

16   CACI International.

17       THE PROSPECTIVE JUROR:  That's correct.  Yes.

18       MS. FISH:  Can you tell us a little bit about

19   whether -- the focus or mission of your office.

20       THE PROSPECTIVE JUROR:  So I'm -- I'm employed by

21   CACI International, and they are, like, a large contracting

22   firm.  And right now I'm contracted to the environment and

23   litigation department of the Department of Justice.  So I do,

24   like, discrete cases with them.  Right now we're doing civil

25   litigation cases in Houston, Texas.

```
1              THE COURT:  So some of your work is contract work
2       for, like, the DOJ?
3              THE PROSPECTIVE JUROR:  Correct.
4              MS. FISH:  To do environmental protection cases?
5              THE PROSPECTIVE JUROR:  Correct.  Exactly.
6              MS. FISH:  So some of your income is from the DOJ; is
7       that correct --
8              THE PROSPECTIVE JUROR:  Yes.  You could say that,
9       yes.  Indirectly, yes.
10             MS. FISH:  Do you work with, you know, members of the
11      DOJ in that capacity?
12             THE PROSPECTIVE JUROR:  Yes.
13             MS. FISH:  Do you have good relationships with them?
14             THE PROSPECTIVE JUROR:  Yes.
15             MS. FISH:  And is that, you know, potentially a
16      source of future cases for you and your firm?
17             THE PROSPECTIVE JUROR:  Yes.
18             MS. FISH:  And I think that's all my questions,
19      Your Honor.  Thank you.
20             MR. VALENTINI:  Good afternoon, Ms. ███████.
21             THE PROSPECTIVE JUROR:  Thank you.
22         Good afternoon.
23             MR. VALENTINI:  You just said in response to my
24      colleague's question that you're currently on a contract to the
25      Department of Justice?
```

```
 1              THE PROSPECTIVE JUROR:  That's correct.

 2              MR. VALENTINI:  But you are employed by -- is it CACI

 3     or --

 4              THE PROSPECTIVE JUROR:  CACI, C-A-C-I.  We

 5     interchangeably use the term.

 6              MR. VALENTINI:  And in response to my colleague's

 7     question, I believe you said that in some indirect way, maybe,

 8     your income is derived from the Department of Justice.

 9              THE PROSPECTIVE JUROR:  They pay CACI International.

10     We're in what's called, like, a Mega 4 contract.  And so DOJ, I

11     guess, agrees to the contract terms.  They pay my company and

12     then my company pays me.

13              MR. VALENTINI:  But all of your paychecks and all

14     your income comes from the company you're employed by?

15              THE PROSPECTIVE JUROR:  Correct.

16              MR. VALENTINI:  With respect to this particular

17     contract, how long have you been working on this particular

18     contract?

19              THE PROSPECTIVE JUROR:  Since 2019.  Our first trial

20     was in 2019, so.  And it's predicted to go to the end of the

21     year, at least.

22              MR. VALENTINI:  And this is just a contract not just

23     with CACI?  Is this a contract with --

24              THE PROSPECTIVE JUROR:  It's the case.  The one case

25     that we're working on.  So my contract with CACI will go on
```

1    until -- I don't know 20 years, I guess, but --

2              MR. VALENTINI:  Thank you.  No further questions.

3              THE COURT:  So the -- I gather that you do work for

4    the environment and natural resources division?

5              THE PROSPECTIVE JUROR:  Yes, sir.

6              THE COURT:  Okay.  And they do affirmative cases, and

7    they also do defensive cases.  Do you know the nature of the

8    case you're working on?

9              THE PROSPECTIVE JUROR:  We're doing defense cases.

10             THE COURT:  Okay.  So people are bringing suits

11   against the United States for environmental issues?

12             THE PROSPECTIVE JUROR:  That's correct.

13             THE COURT:  Okay.  And as a contract attorney, what

14   is the nature of the work you do?  Like document review and

15   that sort of thing or --

16             THE PROSPECTIVE JUROR:  Document review, litigation

17   support.  I'm not trying the case in front of a court.

18             THE COURT:  Okay.  And by litigation support, can you

19   be a little bit more specific.

20             THE PROSPECTIVE JUROR:  Briefing work, support during

21   depositions, support during pretrial, during trial, post-trial

22   cleanup.

23             THE COURT:  Okay.  All right.  Any follow-up

24   questions?

25             MS. FISH:  No, Your Honor.

1          MR. VALENTINI:  No, Your Honor.

2          THE COURT:  All right.  Thank you.

3          THE PROSPECTIVE JUROR:  Thank you, Your Honor.

4          (REPORTER'S NOTE:  Juror 0969 left.)

5          MS. FISH:  Your Honor, I do move to strike

6    Ms. ███████.  There's a couple of reasons.

7          First and foremost, you know, she has a financial

8    relationship with my opponent, with the Department of Justice,

9    and depends on them for income and future income.

10          And, secondly, I'm a bit concerned about her following

11   the Court's directions, as there were two questions she had

12   positive answers to that she did not report on the card.  So I

13   do, you know -- and it can be oversight.  You know, I'm not

14   trying to impugn a malicious motive there, but I do have

15   concerns about her ability to serve as a juror.

16          THE COURT:  Okay.

17          MR. VALENTINI:  Your Honor, this is going to be a

18   close case.  We will not oppose the motion to strike under this

19   particular combination of unique circumstances.

20          THE COURT:  All right.  We'll strike her.

21          So the next person is another person that answered yes

22   to a number of questions, but also to No. 10.  So listen

23   closely to what they say about No. 1, in case that's

24   dispositive.

25          MS. FISH:  Will do, Your Honor.

```
1              (REPORTER'S NOTE:  Juror 0733 enters.)

2              THE COURTROOM DEPUTY:  This is Juror No. 0733.

3              THE COURT:  You can have a seat.  Good afternoon.

4              THE PROSPECTIVE JUROR:  Good afternoon, Your Honor.

5              THE COURT:  This is Juror 0733.  Ms. ████; is that

6    correct?

7              THE PROSPECTIVE JUROR:  Yes, Your Honor.

8              THE COURT:  So you answered yes to Question No. 1,

9    which is the one about a four- to six-day trial or going from

10   10:00 to 5:30 might create a special problem for you.

11             THE PROSPECTIVE JUROR:  Because I have ongoing

12   appointments.  I just retired from the military after 20-some

13   years, so.

14             THE COURT:  And what sorts of appointments do you

15   have, and when are they?

16             THE PROSPECTIVE JUROR:  Well, I have one Thursday at

17   12:00.

18             THE COURT:  Okay.  And that's not something that can

19   be rescheduled?

20             THE PROSPECTIVE JUROR:  I guess it could be, but.

21             THE COURT:  Okay.  Any other appointments you have in

22   the next week and a half?

23             THE PROSPECTIVE JUROR:  It's -- it's ongoing

24   appointments.

25             THE COURT:  Uh-huh.
```

```
1              THE PROSPECTIVE JUROR:  So.

2              THE COURT:  But if you reschedule this one on

3      Thursday, would you have any others in the next week and a

4      half?

5              THE PROSPECTIVE JUROR:  I don't know.  I'm still

6      working on my VA rating as well, so.

7              THE COURT:  Okay.  All right.  So can -- if we --

8              THE PROSPECTIVE JUROR:  I mean, if I feel like I'm

9      not up to coming in -- because I have sleep apnea and a whole

10     lot of other stuff -- I'll just go to the emergency room.  Is

11     that okay?

12             THE COURT:  Yeah, it's okay.

13             MS. FISH:  Your Honor, it sounds like Ms. ████

14     potentially has -- I'm not sure if the appointments are

15     medical.  But if they're medical, that are difficult to

16     reschedule with the VA, I have no objection to excusing

17     Ms. ████.

18             MR. VALENTINI:  No objection under the circumstances.

19             THE COURT:  All right.  You're excused.

20             THE PROSPECTIVE JUROR:  Okay.  Thank you.

21             (REPORTER'S NOTE:  Juror 0733 left.)

22             THE COURT:  She really did not want to be here, so.

23         This next one also put down No. 1.

24             THE COURTROOM DEPUTY:  I assume she's dismissed.

25             THE COURT:  She really did not want to be here.
```

1          THE COURTROOM DEPUTY:  I thought about warning you,

2     but I said, no, it would be a highlight of the day.

3          (REPORTER'S NOTE:  Juror 1590 enters.)

4          THE COURTROOM DEPUTY:  This is Juror No. 1590.

5          THE COURT:  This is Juror No. 1590.  Mr. ████████?

6          THE PROSPECTIVE JUROR:  Correct.

7          THE COURT:  All right.  So you answered yes to the

8     first question, which is the one about a four- to six-day trial

9     or one that goes from 10:00 to 5:30 creating a special problem

10    for you.

11         THE PROSPECTIVE JUROR:  I have an executive briefing

12    for my company scheduled on Friday.  It's -- it's -- it would

13    be very difficult to get out of, but that's, basically, why I

14    answered 1.

15         THE COURT:  Sure.  And what exactly is an executive

16    briefing?

17         THE PROSPECTIVE JUROR:  I would be briefing the heads

18    of Comcast on my work.

19         THE COURT:  Okay.  And that's not something that

20    could be rescheduled?

21         THE PROSPECTIVE JUROR:  I doubt it.

22         THE COURT:  Okay.

23         THE PROSPECTIVE JUROR:  But -- yeah.

24         THE COURT:  All right.

25         MS. FISH:  I have no objection to excusing for

1    hardship.

2            THE COURT:  All right.  You're excused.  Thank you.

3            THE PROSPECTIVE JUROR:  Thank you.

4            (REPORTER'S NOTE:  Juror 1590 left.)

5            THE COURT:  So he had also answered affirmatively to

6    25 and 26, which is the strong feelings about January 6th

7    and -- and the presidential election.  I was curious to hear

8    what he had to say, but.

9            MS. FISH:  His job, Your Honor, also appears to

10   potentially involve being part of the media covering events,

11   so.

12           THE COURT:  All right.  So we got through 27, which

13   is exactly half of how many jurors they sent us.  And by count,

14   we have 13 qualified.  Is that what everyone has?

15           MR. VALENTINI:  That's our count, Your Honor.

16           MS. FISH:  Yes, Your Honor.

17           THE COURT:  All right.  We'll start up tomorrow at

18   10:00 a.m. and continue.

19        Is there anything else we need to resolve today before

20   we break?

21           MS. FISH:  Your Honor, if the Court is willing to

22   just indulge a couple trial questions just so --

23           THE COURT:  Sure.

24           MS. FISH:  I don't normally practice in this

25   district.  Are we allowed to move in the well in opening and

1    closing?

2              THE COURT:  Depending on how far into the well you

3    plan on going.  What are you thinking?

4              MS. FISH:  Just to be able to face the jury,

5    Your Honor.

6              THE COURT:  Yeah, you can face the jury.  But,

7    obviously, don't get up close to them.

8              MS. FISH:  Certainly, Your Honor.

9         And I think there may be one dispute we have about an

10    opening slide, Your Honor, that can be resolved quickly.

11              MR. VALENTINI:  Yes, Your Honor.  To avoid

12    unnecessary delays or interruptions, frankly, during open

13    statements, we have -- the government has shared our draft

14    PowerPoint presentation with the defense to see if they have

15    any objections.

16         They have raised one potential objection to one of the

17    slides, and that is because the evidence that is captured and

18    reflected on that one slide is an exhibit to which the defense

19    would -- I believe is inclined to object at trial.  We can

20    present the exhibit.  We can -- we are ready to argue the issue

21    now.

22              (REPORTER'S NOTE:  Juror 0245 enters.)

23              THE COURTROOM DEPUTY:  This is Juror No. 0245.

24              THE COURT:  I was going to stop for the day.  It's

25    already 5:30.

1          THE COURTROOM DEPUTY:  He's the last juror.

2          MS. FISH:  Sure.

3          THE COURT:  All right.  So this is 0245.

4   Mr. ▮▮▮▮▮▮; is that correct?

5          THE PROSPECTIVE JUROR:  Yes, sir.

6          THE COURT:  Okay.  So you answered yes to

7   Question No. 5, which is the one about prior jury service.

8          THE PROSPECTIVE JUROR:  Yes.

9          THE COURT:  Tell us about that.

10          THE PROSPECTIVE JUROR:  I was on a jury -- I was the

11   juror for an arson case.

12          THE COURT:  What type of case?

13          THE PROSPECTIVE JUROR:  Arson.

14          THE COURT:  Arson in D.C.?

15          THE PROSPECTIVE JUROR:  Yes.

16          THE COURT:  Okay.  How long ago was that?

17          THE PROSPECTIVE JUROR:  I think it was 2019.

18          THE COURT:  Okay.  And was --

19          THE PROSPECTIVE JUROR:  It was before COVID.

20          THE COURT:  And it was -- it was over in

21   Superior Court or in this court?

22          THE PROSPECTIVE JUROR:  It was in Superior Court.

23          THE COURT:  Okay.  And was the jury able to reach a

24   verdict?

25          THE PROSPECTIVE JUROR:  We did.

1           THE COURT:  Okay.  Anything about that experience

2   with the criminal justice system that you think would impact

3   you either positively or negatively concerning this case?

4           THE PROSPECTIVE JUROR:  No, sir.

5           THE COURT:  Okay.  And then you answered yes to the

6   question about following the news coverage of the U.S. Capitol

7   on January 6th.  Tell us a little bit about what you've been

8   exposed to, whether you watched it on that day, and -- and that

9   sort of thing.

10          THE PROSPECTIVE JUROR:  Sure.  It's -- I guess it

11  started on that day.  I was working from home and had the news

12  on, just knew it was going to be a day of activity.  Saw the --

13  the attack happen live on TV.  And just being a D.C. resident,

14  I follow the news and -- honestly, I haven't paid a tremendous

15  amount of attention to it, but aware of what happened.

16          THE COURT:  Okay.  So on that day, on January 6th,

17  you were working from home?

18          THE PROSPECTIVE JUROR:  Yes, sir.

19          THE COURT:  Okay.  So when you say you watched it,

20  did you stop what you were doing workwise and watch the TV?

21          THE PROSPECTIVE JUROR:  Yes.

22          THE COURT:  Okay.  So you watched it pretty

23  attentively at that time?

24          THE PROSPECTIVE JUROR:  Yeah.  It kind of stopped me

25  in my tracks.

1          THE COURT:  Okay.  And what are your recollections of

2     what you saw that day?

3          THE PROSPECTIVE JUROR:  I saw people break into the

4     Capitol.  I saw a gentleman hanging from the balcony and

5     just -- those are kind of the two things that really kind of

6     stick out.

7          THE COURT:  Okay.  And, obviously, there were

8     thousands of people there that day and not everyone engaged in

9     violence or -- or -- or vandalism.  So do you think what you

10    saw on that day through the media would impact your ability to

11    listen to the evidence presented in this case involving this

12    particular defendant?

13         THE PROSPECTIVE JUROR:  No.  I think I can -- I'm

14    open-minded.

15         THE COURT:  Okay.  So since January 6th, what other

16    kinds of media concerning January 6th have you seen?

17         THE PROSPECTIVE JUROR:  Not a lot.  I'm aware that

18    there's a lot of cases presented and they are aired to the

19    public and the country.  I didn't -- I didn't watch them.  I

20    just didn't feel like I would learn a lot from it.

21         THE COURT:  Okay.  So there's been a handful of

22    documentaries about that day.  Have you watched any of those?

23         THE PROSPECTIVE JUROR:  No, sir.

24         THE COURT:  Okay.  And the House committee had

25    hearings about January 6th.  Did you watch any of those

1    hearings?

2              THE PROSPECTIVE JUROR:  No, sir.

3              THE COURT:  Okay.  So did you -- have you been

4    exposed to any videos of violence that took place on that day?

5              THE PROSPECTIVE JUROR:  I've seen them, yes.  Yes.

6              THE COURT:  What sorts of things?

7              THE PROSPECTIVE JUROR:  I've seen a lot of the

8    crowds, you know, pushing up on the gates against the police

9    officers.  I'm -- I saw the video of the woman getting shot

10   coming through the glass.  I've seen people break -- breaking

11   down doors and glass to get into the Capitol.

12             THE COURT:  Okay.  So like I said earlier, there were

13   thousands of people that day.  And there's actually -- in this

14   case, there's no allegations that this defendant, Mr. Rhine,

15   either participated in violence or vandalism.  Do you think the

16   fact that you've been exposed to those images of violence and

17   vandalism would inhibit your ability to judge Mr. Rhine fairly

18   based on the evidence presented in this courtroom?

19             THE PROSPECTIVE JUROR:  No, sir.

20             THE COURT:  Okay.  Ms. Fish.

21             MS. FISH:  Good afternoon, Mr. ███████.

22             THE PROSPECTIVE JUROR:  Good afternoon.

23             MS. FISH:  I want to follow up a little bit about

24   your experience watching news about January 6th.  When you saw

25   those images of, you know, people pushing against police

1    officers, people breaking things, people getting shot, what

2    emotions did you have?

3                 THE PROSPECTIVE JUROR:  It was kind of terrifying,

4    honestly.  It -- people talk about their -- their 9/11 moments.

5    I was in college when that happened and it, kind of, brought me

6    to that -- that type of feeling.

7                 MS. FISH:  Yeah.  And you said you live here in

8    Washington, D.C.?

9                 THE PROSPECTIVE JUROR:  Yes, ma'am.

10               MS. FISH:  Do you live fairly close to the Capitol?

11               THE PROSPECTIVE JUROR:  No, ma'am.

12               MS. FISH:  When you think about events on January 6th

13   today, how do you feel?

14               THE PROSPECTIVE JUROR:  Sad.

15               MS. FISH:  Yeah.  You spoke a little bit on -- about

16   seeing some images of the crowd breaking into the Capitol or

17   pushing police.  Do you feel like you have a pretty good

18   understanding of what happened on that day?

19               THE PROSPECTIVE JUROR:  I think so.

20               MS. FISH:  And do you feel like you have a pretty

21   good understanding of why most people attended that rally that

22   day?

23               THE PROSPECTIVE JUROR:  I think so.

24               MS. FISH:  And do you think that's likely to change

25   in the next week?

1    THE PROSPECTIVE JUROR:  Probably not.

2    MS. FISH:  Thank you, Mr. ███████.

3    THE COURT:  Why -- you said you have a good

4    understanding of why people were there that day.  What is your

5    understanding?

6    THE PROSPECTIVE JUROR:  I think people went to the

7    Capitol after a rally at the White House or just off the

8    White House to -- I don't know if it's to -- to cause trouble,

9    but to have an impact on the election for that year.

10   THE COURT:  Okay.  And do you think that given there

11   were thousands of people there that everyone had the same

12   intent?

13   THE PROSPECTIVE JUROR:  No.  I -- I don't think

14   everyone had the same intent.

15   THE COURT:  Okay.  Go ahead, Mr. Valentini.

16   MR. VALENTINI:  Good afternoon, Mr. ███████.

17   THE PROSPECTIVE JUROR:  Good afternoon.

18   MR. VALENTINI:  I'd like to follow up on some of the

19   questions that Judge Contreras was just asking you.  You said

20   that you have a pretty good understanding of what happened on

21   January 6th, and you said you have a pretty good understanding

22   of -- what you characterize as a pretty good understanding of

23   what the motivations of the some of the people who went the

24   Capitol on January 6th were.

25   But if you were selected as a juror -- juror in

1    this case, would you come to that responsibility with an open

2    mind?

3                THE PROSPECTIVE JUROR:  Absolutely.

4                MR. VALENTINI:  So that means, for instance, if the

5    evidence did not convince you that the defendant had a

6    particular intent of that case, would you -- would you be able

7    to render a decision based only on that evidence?

8                THE PROSPECTIVE JUROR:  Yes, sir.

9                MR. VALENTINI:  And you would also be ready to follow

10   the judge's instruction as to what the law requires?

11               THE PROSPECTIVE JUROR:  Yes, sir.

12               MR. VALENTINI:  Thank you.

13         I have one more question.  And I wanted to ask you -- I

14   believe you stated that you said that in 2019 you served on a

15   jury?

16               THE PROSPECTIVE JUROR:  Yes.

17               MR. VALENTINI:  Was that in this court?

18               THE PROSPECTIVE JUROR:  No, sir.  It was across the

19   street.  I'm sorry.  I don't -- the one off of Indiana Avenue.

20               MR. VALENTINI:  Understood.  And I understand that

21   was an arson case, you said.

22               THE PROSPECTIVE JUROR:  That's right.

23               MR. VALENTINI:  And my understanding is that the jury

24   in that case was able to reach a verdict.

25               THE PROSPECTIVE JUROR:  We did.

1          MR. VALENTINI:  And just to be clear, was that

2     verdict a verdict of guilty or not guilty?

3          THE PROSPECTIVE JUROR:  It was a verdict of guilty.

4          MR. VALENTINI:  Thank you very much.

5          THE PROSPECTIVE JUROR:  Thank you.

6          THE COURT:  All right.

7          MS. FISH:  May I ask one?

8     Thank you, Mr. ████.

9     I just wanted to clarify.  I heard in terms of your

10    understanding of why people attended that rally, that some were

11    to cause trouble but certainly to have an -- I think you said

12    an impact on the 2020 election.  Can you explain a little more

13    what you mean by that.

14         THE PROSPECTIVE JUROR:  Sure.  I think marching from

15    the White House to the Capitol on the day that Congress was to

16    certify the election, I think if you go through those actions

17    to show up where that certification was to occur, actually did

18    occur, you -- you were going to -- to do something, to be a

19    part of it.

20         MS. FISH:  And you had mentioned additionally,

21    earlier, that you were working from home and turned the news on

22    because you expected something to happen that day.  Can you

23    talk a little bit more about that.

24         THE PROSPECTIVE JUROR:  Sure.  So as a D.C. resident,

25    we were -- I'm not saying ordered to stay home, but told there

1    could be potential riots and violence in -- in the city so

2    working from home would be the best.  So just knowing those

3    things, I had the TV on while working.  And when the -- the

4    attack happened, it's -- like I said, stopped me in any tracks.

5            MS. FISH:  And when you indicated that, you know,

6    people marching from the White House to the Capitol on the day

7    the certification was set to happen, wanted to have an impact,

8    do you mean like to intimidate or disrupt?  Is that your

9    understanding of the impact they wanted to have?

10           THE PROSPECTIVE JUROR:  It's possible.

11           MS. FISH:  Was there any other impact you thought

12   that people might want to have?

13           THE PROSPECTIVE JUROR:  I -- I guess since the

14   election had been, you know, completed, finished, I'm not sure

15   the -- the purpose of going to the Capitol, other than to do

16   something different than what was announced as the election.

17           MS. FISH:  Thank you.

18           MR. VALENTINI:  No further questions, Your Honor.

19           THE COURT:  All right.  Thank you.

20           THE PROSPECTIVE JUROR:  Thank you.

21           (REPORTER'S NOTE:  Juror 0245 left.)

22           MS. FISH:  And, Your Honor, I would move to strike

23   Juror ██████.  He described the events that he witnessed in

24   the media of January 6th as -- as impactful as 9/11,

25   Your Honor, which is a pretty big impact, as he indicated, on

1    his own life and certainly an analogy that I think impresses

2    upon everyone a very significant impact in his life.  And that

3    his feelings were that he was terrified and now saddened.

4         He also attributed an intent or *mens rea*, that I think

5    would apply to some of the charges here, essentially, to

6    everyone who marched and said he didn't know why else they

7    would be there but for those reasons.  And I offered him an

8    opportunity to give other reasons.  He did not.  He said I

9    don't know why else they would have gone there.  So I just

10   don't know despite his best efforts he could be impartial in

11   this case.

12        MR. VALENTINI:  Your Honor, the government opposes

13   the motion.  Although the prospective juror has some views

14   about what happened on January 6th at the Capitol, that is to

15   be expected and is not in and of itself a disqualifying

16   criteria.  That is not the standard.  The standard is whether

17   he can be a fair and impartial juror.  And he has stated time

18   and again and he has -- and his substantive answers confirm

19   that he will be able to be a fair and impartial juror.

20        THE COURT:  So remind me of the exact charges here

21   and whether one of them, the element, is disrupting the

22   process.

23        MR. VALENTINI:  So the charges in this case is -- in

24   this case are the unlawful entry on Capitol Grounds, disorderly

25   or disruptive conduct in -- on Capitol Grounds -- on -- in a

1    restricted area.  That's Count 2.  Count 3 is disorderly or

2    disruptive conduct on Capitol Grounds.  And Count 4 is

3    parading, demonstrating, or picketing, on -- in a

4    Capitol Building.  Now, Count 2 and Count 3 do have an intent

5    to disrupt a government function or a session of Congress as

6    part of the required elements of proof.

7         Again, the juror was clear that he would keep an open

8    mind.  And the fact that he has some idea of what some people

9    may have had in mind as they went from the Ellipse to the

10   Capitol doesn't mean he's not qualified to serve as an

11   impartial juror in this case.

12        MS. FISH:  Your Honor, my concern is he, obviously,

13   has information about events generally.  They were very

14   impactful to him.  And he could think of no reason but the

15   required *mens rea* why someone would have been there, have made

16   that march.  So I don't believe that even with his best efforts

17   he could be impartial.

18        THE COURT:  Okay.  It's a close one, but I'm going to

19   strike him.  That's as close to having predecided one of the

20   elements of a couple of the charges as I've heard anyone else

21   say today.

22        So, Mr. Valentini --

23        MS. FISH:  And, Your Honor, it might be possible -- I

24   know it's already in the trial exhibit, the exhibit in

25   question.  So we -- I'm happy to come a little early tomorrow,

1    if that would be helpful.

2                THE COURT:  Okay.  Can -- do you have it?  Can I look

3    at it?

4                MR. VALENTINI:  Sure.  I can put it on the screen

5    or --

6                THE COURT:  You don't have a paper copy --

7                MR. VALENTINI:  We do have --

8                THE COURT:  -- an exhibit book or --

9                MR. VALENTINI:  Yes.  The challenge is the paralegal

10    already left with the binder back to the offices.

11                THE COURT:  Okay.  We're going to do it tomorrow.

12                MR. VALENTINI:  It can be arranged quickly.

13                THE COURT:  Well, just -- email it to me with a cc to

14    opposing counsel.

15                MR. VALENTINI:  Absolutely.  Thank you.

16                THE COURT:  All right.  You're excused.  Have a good

17    night.

18                (Proceedings were concluded at 5:47 p.m.)

19

20

21

22

23

24

25

1          CERTIFICATE OF STENOGRAPHIC OFFICIAL COURT REPORTER

2

3              I, Nancy J. Meyer, Registered Diplomate Reporter,

4     Certified Realtime Reporter, do hereby certify that the above

5     and foregoing constitutes a true and accurate transcript of my

6     stenograph notes and is a full, true, and complete transcript

7     of the proceedings to the best of my ability.

8

9                        Dated this 28th day of August, 2023.

10

11                   /s/ Nancy J. Meyer
                     Nancy J. Meyer
12                   Official Court Reporter
                     Registered Diplomate Reporter
13                   Certified Realtime Reporter
                     333 Constitution Avenue Northwest
14                   Washington, D.C. 20001

15

16

17

18

19

20

21

22

23

24

25

**'**

**'90s** [3] - 88:23, 176:10, 183:10

**0**

**0077** [5] - 6:12, 132:24, 132:25, 133:3, 136:5
**0091** [1] - 6:23
**0156** [5] - 6:12, 119:11, 119:12, 119:15, 127:14
**0192** [5] - 6:12, 127:19, 127:20, 127:23, 132:14
**0208** [1] - 6:22
**0215** [5] - 6:9, 42:14, 42:15, 42:18, 44:21
**0232** [5] - 6:10, 60:6, 60:7, 60:10, 68:22
**0245** [5] - 6:20, 243:22, 243:23, 244:3, 252:21
**0366** [1] - 6:23
**0412** [1] - 6:23
**0415** [1] - 20:11
**0426** [5] - 6:17, 219:14, 219:15, 219:18, 227:18
**0436** [1] - 6:20
**0447** [1] - 6:20
**0451** [5] - 6:8, 20:7, 20:12, 20:15, 27:8
**0551** [1] - 6:23
**0552** [5] - 6:15, 194:25, 195:1, 195:2, 197:5
**0591** [6] - 6:11, 6:18, 83:17, 83:18, 83:23, 100:25
**0710** [1] - 6:23
**0719** [5] - 6:13, 136:6, 136:7, 136:11, 143:11
**0733** [5] - 6:18, 239:1, 239:2, 239:5, 240:21
**0776** [1] - 6:21
**0957** [5] - 6:14, 143:16, 143:17, 143:20, 158:19
**0969** [6] - 6:17, 229:4, 230:8, 230:9, 231:12, 238:4
**0981** [6] - 6:15, 6:16, 207:8, 207:9, 207:11, 218:12

**1**

**1** [17] - 8:17, 9:20, 9:22, 9:24, 42:6, 42:22, 60:14, 70:16, 84:5, 102:22, 107:2, 132:20, 133:7, 238:23, 239:8, 240:23, 241:14
**10** [7] - 13:9, 13:10, 28:14, 72:16, 88:1, 138:20, 238:22
**1065** [1] - 6:25
**1076** [1] - 6:23
**10:00** [12] - 9:23, 42:23, 102:22, 133:8, 144:1, 168:11, 195:6, 229:13, 230:14, 239:10, 241:9, 242:18
**11** [4] - 13:12, 13:14, 110:21, 135:12
**1138** [1] - 6:20
**1166** [1] - 6:20
**11:00** [2] - 103:21, 103:22
**12** [14] - 4:17, 13:16, 13:18, 20:19, 29:3, 46:22, 121:24, 144:13, 161:13, 170:25, 195:19, 199:12, 201:12, 201:14
**1285** [5] - 6:14, 168:2, 168:3, 168:6, 185:17
**12:00** [3] - 103:21, 103:22, 239:17
**13** [3] - 13:19, 13:21, 242:14
**1326** [1] - 6:22
**1366** [5] - 6:17, 229:3, 229:5, 229:8, 230:7
**1370** [5] - 6:14, 160:2, 160:3, 160:5, 167:23
**1396** [1] - 6:22
**14** [8] - 5:20, 13:22, 13:25, 19:24, 141:16, 148:6, 162:25, 209:21
**1448** [5] - 6:15, 197:6, 197:7, 197:8, 207:1
**1462** [5] - 6:11, 102:15, 102:16, 102:18, 104:9
**1486** [1] - 6:21
**15** [4] - 4:19, 14:1, 14:8, 179:6
**1512** [5] - 6:9, 37:15, 37:16, 37:19, 41:25

**1572** [1] - 6:22
**1590** [5] - 6:18, 241:3, 241:4, 241:5, 242:4
**16** [2] - 14:10, 14:17
**1671** [5] - 6:15, 186:18, 186:19, 186:20, 194:21
**1682** [1] - 6:20
**1690** [5] - 6:10, 70:8, 70:9, 70:13, 81:5
**17** [2] - 14:18, 14:23
**1715** [1] - 6:24
**1716** [4] - 6:18, 231:13, 231:14, 231:15
**1752(a)(1)** [1] - 8:19
**1752(a)(2)** [1] - 8:22
**1761** [1] - 6:24
**18** [4] - 4:19, 8:18, 8:22, 14:24, 15:1, 15:9, 160:14, 160:15
**1848** [1] - 6:22
**1854** [5] - 6:11, 105:3, 105:4, 105:7, 119:6
**19** [2] - 15:10, 15:22
**1944** [1] - 6:22
**1945** [1] - 6:20
**1952** [5] - 6:9, 45:10, 45:11, 45:14, 58:9
**1969** [1] - 214:24
**1989** [1] - 31:7
**1990s** [1] - 101:21
**19th** [2] - 133:16, 133:17
**1:00** [1] - 104:10

**2**

**2** [11] - 4:18, 8:20, 10:13, 10:18, 10:22, 84:12, 88:9, 105:12, 197:12, 254:1, 254:4
**20** [23] - 4:19, 4:20, 4:25, 5:19, 5:25, 15:23, 16:1, 16:11, 21:15, 50:12, 88:19, 108:5, 130:23, 132:20, 142:8, 148:19, 174:6, 179:6, 198:13, 199:15, 200:19, 210:18, 237:1
**20-some** [1] - 239:12
**2005** [5] - 6:9, 27:13, 27:14, 27:15, 27:19, 35:25
**2008** [1] - 203:1
**2017** [4] - 85:23, 87:13, 90:10, 215:12
**2019** [4] - 236:19,

236:20, 244:17, 250:14
**2020** [3] - 17:19, 226:1, 251:12
**2021** [12] - 8:16, 13:14, 13:18, 13:20, 13:24, 17:14, 17:24, 18:4, 22:11, 22:12, 34:14, 91:19
**2022** [1] - 48:9
**2029** [1] - 6:24
**20s** [1] - 121:18
**21** [4] - 16:13, 16:16, 31:24, 204:24
**2165** [1] - 6:24
**2179** [1] - 6:23
**22** [9] - 6:3, 16:17, 16:19, 22:4, 25:6, 30:25, 111:8, 176:4, 200:23
**23** [2] - 16:20, 17:6
**24** [2] - 17:7, 17:11
**25** [4] - 17:12, 17:16, 31:6, 242:6
**26** [3] - 17:17, 17:20, 242:6
**27** [9] - 17:22, 18:1, 90:15, 91:8, 91:11, 91:17, 91:21, 91:22, 242:12
**28** [7] - 18:3, 18:5, 91:7, 92:2, 96:4, 112:9, 114:7
**29** [2] - 18:7, 18:9
**29th** [1] - 60:16
**2:00** [1] - 104:11

**3**

**3** [10] - 4:17, 8:23, 10:17, 11:3, 11:7, 84:15, 219:22, 254:1, 254:4
**30** [2] - 18:11, 18:18
**3:30** [1] - 43:1

**4**

**4** [5] - 9:1, 11:21, 11:23, 236:10, 254:2
**40** [2] - 8:24, 9:3
**46,000** [1] - 213:22
**4:00** [1] - 103:22
**4:30** [1] - 171:14

**5**

**5** [9] - 11:25, 12:2, 61:7, 71:4, 85:21, 105:25, 171:14, 198:2, 244:7

**51** [1] - 86:20
**5104(e)(2)(D)** [1] - 8:25
**5104(e)(2)(G)** [1] - 9:3
**54** [2] - 4:24, 4:25
**5:30** [15] - 9:23, 42:23, 43:5, 43:8, 43:10, 102:23, 133:8, 144:1, 168:11, 195:6, 229:13, 230:14, 239:10, 241:9, 243:25
**5:47** [1] - 255:18

**6**

**6** [3] - 12:7, 12:10, 13:17
**6:00** [3] - 43:2, 43:9
**6th** [183] - 8:16, 13:14, 13:20, 13:24, 17:14, 17:24, 18:4, 20:20, 20:25, 21:11, 23:17, 24:4, 26:17, 28:20, 29:5, 30:1, 30:4, 32:19, 32:24, 33:23, 34:2, 34:19, 35:3, 36:20, 37:24, 38:9, 38:19, 39:9, 39:25, 41:5, 46:24, 47:22, 48:13, 48:16, 48:17, 49:7, 49:17, 50:9, 51:19, 52:12, 53:7, 53:22, 56:12, 58:21, 59:13, 62:1, 64:23, 65:16, 66:7, 66:18, 69:7, 69:16, 74:11, 74:18, 75:3, 75:8, 80:9, 81:20, 81:25, 84:17, 84:25, 85:7, 85:11, 88:13, 88:15, 90:18, 91:19, 98:10, 100:9, 100:10, 107:3, 108:25, 112:11, 113:16, 115:25, 118:20, 118:22, 121:25, 122:7, 125:7, 128:12, 129:1, 130:8, 131:14, 131:16, 135:14, 135:19, 140:6, 141:18, 142:24, 144:14, 145:1, 145:3, 146:1, 146:3, 146:6, 146:8, 150:20, 151:8, 153:6, 153:18, 153:19, 154:2, 154:6, 155:1, 155:8,

155:21, 155:25, 157:12, 157:17, 157:20, 159:10, 161:14, 162:14, 162:20, 163:3, 165:6, 166:25, 171:2, 171:7, 172:19, 173:7, 175:10, 177:18, 180:23, 182:17, 183:3, 185:7, 187:18, 188:7, 190:17, 191:12, 192:2, 192:8, 193:17, 203:9, 203:13, 203:24, 205:20, 205:24, 207:16, 207:23, 208:6, 208:19, 211:25, 212:19, 213:11, 213:20, 217:25, 218:6, 220:10, 220:18, 220:22, 221:4, 221:8, 222:10, 222:25, 223:2, 223:6, 224:13, 225:9, 225:13, 226:7, 228:22, 232:21, 233:3, 242:6, 245:7, 245:16, 246:15, 246:16, 246:25, 247:24, 248:12, 249:21, 249:24, 252:24, 253:14

## 7

**7** [4] - 5:20, 12:12, 12:18, 134:18
**7:00** [1] - 29:15

## 8

**8** [4] - 12:20, 12:24, 13:4, 43:19
**8-month-old** [1] - 103:1

## 9

**9** [8] - 13:5, 13:8, 71:22, 137:19, 161:1, 168:24, 196:6, 231:19
**9/11** [2] - 248:4, 252:24
**9:30** [2] - 133:20, 133:22

## A

**a.m** [3] - 9:23, 102:22, 242:18
**aback** [1] - 164:21
**Abbott** [1] - 11:13
**abide** [1] - 4:9
**abiding** [1] - 56:20
**ability** [24] - 15:21, 22:1, 23:6, 87:16, 99:9, 105:22, 108:2, 112:5, 126:11, 129:5, 132:9, 138:16, 139:23, 141:12, 147:6, 150:25, 162:21, 163:19, 173:17, 177:8, 198:24, 238:15, 246:10, 247:17
**able** [43] - 12:13, 26:21, 30:18, 35:9, 35:11, 35:19, 36:22, 39:2, 41:20, 46:13, 53:3, 57:16, 67:24, 69:22, 70:20, 81:22, 99:23, 100:4, 100:17, 102:1, 106:10, 110:10, 113:4, 116:20, 121:2, 121:20, 126:16, 134:19, 147:17, 148:1, 155:15, 167:16, 194:14, 198:18, 201:11, 210:22, 211:20, 228:21, 243:4, 244:23, 250:6, 250:24, 253:19
**abreast** [2] - 47:4, 221:7
**absconded** [1] - 198:12
**absolutely** [4] - 153:9, 156:11, 250:3, 255:15
**access** [1] - 48:23
**accident** [1] - 69:2
**account** [1] - 6:1
**accuracy** [1] - 225:25
**accused** [3] - 71:9, 113:2, 210:14
**acquaintance** [1] - 117:11
**acquittal** [1] - 117:15
**acquitted** [1] - 117:21
**act** [2] - 90:19, 90:21
**acted** [1] - 67:19
**action** [1] - 40:6

**actions** [2] - 227:20, 251:16
**active** [3] - 52:24, 152:11, 190:13
**actively** [6] - 38:6, 214:24, 221:20, 223:12, 224:14, 224:20
**activities** [3] - 79:19, 166:16, 209:5
**activity** [2] - 78:25, 245:12
**acts** [4] - 132:7, 147:4, 189:11, 191:19
**actual** [5] - 120:2, 161:18, 202:16, 222:5, 222:11
**adamantly** [2] - 216:10, 216:12
**addition** [1] - 103:3
**additional** [3] - 4:4, 4:14, 6:1
**additionally** [4] - 59:11, 159:5, 228:2, 251:20
**address** [1] - 98:17
**adequate** [1] - 5:1
**adjacent** [1] - 148:4
**administered** [1] - 7:2
**administrative** [3] - 138:13, 138:14, 190:10
**admires** [1] - 158:25
**adopted** [1] - 217:4
**advance** [1] - 230:22
**advice** [1] - 196:21
**advocacy** [1] - 59:22
**affairs** [3] - 52:15, 55:5, 56:4
**affected** [3] - 28:19, 73:11, 156:13
**affirmation** [1] - 7:3
**affirmatively** [2] - 20:18, 242:5
**afford** [1] - 95:2
**African** [1] - 211:19
**aftercare** [1] - 43:2
**afternoon** [59] - 64:10, 70:12, 75:19, 75:20, 80:4, 83:19, 83:20, 92:11, 92:12, 98:24, 98:25, 105:5, 105:6, 113:10, 116:12, 119:13, 123:16, 127:21, 129:10, 131:11, 133:1, 133:2, 136:8, 143:18, 151:5, 151:6, 155:13, 155:14, 160:4,

163:24, 168:4, 171:17, 177:15, 177:16, 183:7, 190:1, 190:2, 192:14, 192:15, 201:8, 201:9, 205:15, 205:16, 211:8, 216:1, 216:2, 219:16, 219:17, 224:1, 229:6, 231:15, 235:20, 235:22, 239:3, 239:4, 247:21, 247:22, 249:16, 249:17
**afterwards** [2] - 206:4, 222:19
**agencies** [6] - 16:4, 54:20, 58:15, 59:6, 115:13, 200:9
**agency** [7] - 15:25, 16:2, 16:11, 55:19, 58:23, 59:14, 142:14
**Agent** [1] - 11:12
**agent** [1] - 3:5
**agents** [1] - 202:16
**ago** [33] - 22:10, 31:5, 35:1, 45:22, 57:7, 58:24, 61:9, 87:11, 88:23, 92:23, 106:5, 110:21, 111:17, 111:18, 120:20, 121:8, 131:13, 175:6, 176:9, 185:7, 187:3, 187:4, 192:20, 198:13, 198:16, 198:17, 204:25, 210:18, 215:14, 216:4, 216:16, 244:16
**agree** [10] - 4:16, 45:1, 51:20, 51:23, 70:1, 82:10, 106:16, 117:6, 207:6, 219:10
**agreed** [1] - 57:20
**agreement** [2] - 44:23, 196:24
**agrees** [1] - 236:11
**agriculture** [1] - 76:1
**ahead** [6] - 4:12, 59:24, 87:3, 102:14, 249:15
**aid** [1] - 191:3
**aired** [1] - 246:18
**Alabama** [1] - 216:22
**alerted** [3] - 128:15, 128:18, 130:18
**allegation** [2] - 163:16, 227:10
**allegations** [4] -

141:9, 189:10, 209:8, 247:14
**alleged** [6] - 8:15, 35:20, 41:21, 57:13, 147:3, 163:20
**allow** [1] - 5:1
**allowed** [2] - 4:8, 242:25
**allows** [1] - 7:18
**almost** [4] - 114:22, 151:13, 151:14, 179:20
**alone** [1] - 16:23
**alternate** [4] - 61:10, 61:13, 120:1, 120:16
**alternates** [4] - 4:18, 5:2, 5:8, 6:1
**America** [9] - 96:23, 97:1, 97:2, 97:9, 97:13, 97:18
**American** [2] - 97:6, 211:19
**amount** [2] - 58:25, 245:15
**Anacostia** [2] - 177:21, 181:13
**analogy** [1] - 253:1
**anger** [8] - 139:18, 142:6, 157:11, 157:13, 159:3, 164:24, 164:25, 182:3
**angles** [1] - 155:25
**animal** [1] - 203:16
**announced** [1] - 252:16
**answer** [15] - 3:18, 7:23, 9:7, 25:6, 62:10, 91:16, 96:4, 115:5, 125:24, 132:19, 142:16, 173:24, 194:6, 205:17, 232:10
**answered** [88] - 20:18, 21:14, 22:3, 27:22, 28:14, 29:3, 30:24, 31:23, 37:22, 42:21, 43:18, 45:17, 46:22, 50:11, 50:16, 60:13, 61:6, 61:25, 70:15, 71:3, 71:21, 72:16, 73:17, 74:8, 85:20, 87:25, 88:18, 102:21, 105:10, 105:24, 107:2, 108:5, 110:13, 111:7, 112:9, 116:15, 119:19, 121:23, 128:1, 128:11, 133:6,

134:17, 134:24, 135:11, 136:15, 137:18, 138:20, 140:1, 141:15, 142:7, 143:24, 144:12, 148:5, 148:18, 160:8, 161:1, 161:13, 162:25, 168:9, 168:23, 170:25, 173:21, 174:5, 176:3, 186:23, 187:16, 195:4, 196:5, 197:11, 198:2, 199:3, 200:19, 200:23, 207:14, 209:20, 219:21, 220:20, 223:14, 229:11, 230:12, 231:18, 238:21, 239:8, 241:7, 241:14, 242:5, 244:6, 245:5

**answering** [1] - 209:15

**answers** [7] - 7:18, 9:16, 118:19, 192:16, 216:4, 238:12, 253:18

**anyway** [2] - 159:22, 205:10

**apnea** [1] - 240:9

**apologize** [8] - 68:4, 93:15, 154:9, 179:13, 180:1, 183:14, 201:10, 212:8

**Appeals** [1] - 170:1

**appear** [3] - 58:13, 81:19, 209:2

**application** [2] - 37:9, 115:9

**apply** [6] - 3:13, 56:19, 118:25, 194:14, 253:5

**appointment** [4] - 133:11, 133:15, 133:24, 168:16

**appointments** [5] - 239:12, 239:14, 239:21, 239:24, 240:14

**appreciate** [4] - 7:11, 8:9, 86:17, 187:15

**apprehend** [1] - 26:7

**apprehended** [6] - 22:24, 25:10, 26:4, 31:8, 31:20, 176:14

**appropriate** [3] - 17:1, 44:25, 59:18

**approved** [2] - 115:9, 196:22

**April** [1] - 60:16

**area** [12] - 147:17, 151:15, 156:10, 156:14, 156:16, 166:17, 178:14, 202:22, 203:6, 215:4, 230:20, 254:1

**areas** [1] - 26:1

**arena** [1] - 72:5

**argue** [2] - 185:22, 243:20

**arguing** [1] - 120:24

**Arizona** [2] - 142:2, 142:3

**armed** [1] - 71:9

**arranged** [1] - 255:12

**arrangement** [1] - 103:14

**arrested** [4] - 16:14, 31:25, 32:5, 110:15

**arson** [4] - 244:11, 244:13, 244:14, 250:21

**article** [1] - 40:25

**articles** [4] - 15:14, 38:4, 40:23, 136:21

**aside** [5] - 36:23, 69:22, 100:4, 102:1, 159:7

**assault** [6] - 57:10, 57:13, 57:14, 57:21, 110:20, 117:12

**assaulted** [8] - 46:6, 65:10, 65:12, 67:21, 132:7, 147:4, 197:17, 201:2

**assaulting** [1] - 57:25

**assaults** [4] - 67:17, 78:22, 141:10, 154:16

**assess** [1] - 99:18

**asset** [3] - 200:2, 202:19, 202:20

**assignment** [1] - 142:22

**assistance** [1] - 190:21

**Assistant** [1] - 10:5

**assistant** [1] - 190:9

**association** [6] - 72:3, 73:21, 74:13, 75:22, 200:9, 200:22

**assume** [2] - 31:14, 240:24

**attachment** [1] - 96:1

**attack** [8] - 81:17, 89:6, 129:22, 210:2, 245:13, 252:4

**attacked** [1] - 111:15

**attempted** [2] - 176:7, 179:14

**attend** [1] - 197:23

**attended** [8] - 41:9, 54:2, 114:8, 145:7, 145:8, 214:10, 248:21, 251:10

**attention** [7] - 95:14, 161:22, 162:17, 163:6, 164:11, 164:16, 245:15

**attentively** [1] - 245:23

**Attorney** [1] - 10:5

**attorney** [18] - 10:10, 13:7, 27:25, 28:2, 71:24, 76:3, 118:10, 128:4, 169:10, 169:11, 169:22, 178:17, 196:9, 196:12, 206:14, 231:23, 232:3, 237:13

**attorney's** [2] - 16:7, 16:8

**Attorney's** [15] - 10:17, 10:21, 16:7, 105:15, 169:18, 174:14, 174:19, 174:23, 175:14, 178:7, 178:19, 185:21, 197:14, 197:16, 197:20

**attorneys** [4] - 19:16, 72:10, 84:13, 105:11

**attracted** [1] - 208:22

**attributed** [1] - 253:4

**August** [1] - 48:9

**authority** [1] - 154:21

**automatically** [3] - 37:5, 95:2, 150:7

**availability** [1] - 82:24

**available** [2] - 82:21, 178:3

**Avenue** [1] - 250:19

**average** [3] - 82:3, 219:12

**avoid** [3] - 15:11, 221:1, 243:11

**awake** [2] - 12:21, 43:20

**aware** [6] - 52:14, 113:15, 116:2, 225:8, 245:15, 246:17

**awareness** [2] - 78:8, 87:19

**attacked** [1] - 111:15

**B**

**Babbitt** [1] - 210:5

**background** [15] - 49:4, 49:21, 49:22, 50:6, 122:12, 140:12, 145:7, 162:6, 162:9, 162:16, 162:18, 164:16, 202:17, 208:12, 221:19

**bad** [3] - 150:6, 168:22, 226:10

**badly** [1] - 66:18

**balconies** [1] - 222:6

**balcony** [1] - 246:4

**bang** [1] - 164:9

**banks** [1] - 76:1

**bar** [1] - 60:15

**barricades** [2] - 129:20, 233:16

**base** [7] - 30:19, 35:7, 35:21, 36:24, 150:8, 150:9, 206:17

**based** [56] - 7:17, 18:14, 18:16, 26:21, 28:24, 35:8, 36:25, 37:9, 38:24, 39:2, 41:20, 49:11, 56:17, 58:24, 67:24, 69:22, 69:23, 80:11, 80:21, 89:22, 100:15, 100:16, 101:2, 101:4, 101:9, 102:6, 110:10, 113:5, 118:21, 118:23, 126:12, 129:5, 131:20, 132:9, 139:23, 141:13, 147:7, 150:25, 156:22, 156:24, 162:21, 173:17, 185:3, 185:12, 189:15, 194:13, 206:17, 209:12, 217:12, 217:24, 218:7, 227:14, 227:20, 230:21, 247:18, 250:7

**basics** [1] - 125:19

**basis** [6] - 3:20, 75:10, 82:8, 99:18, 223:6, 223:10

**bat** [1] - 60:16

**battle** [1] - 174:4

**beast** [1] - 52:15

**beat** [3] - 111:14, 176:22, 184:19

**beautiful** [1] - 157:23

**became** [3] - 73:20,

149:1, 226:15

**become** [4] - 165:9, 213:6, 213:7

**becomes** [1] - 37:7

**beekeeper** [2] - 103:4, 103:8

**bees** [2] - 103:4, 103:7

**beginning** [2] - 21:3, 155:16

**behalf** [3] - 18:9, 47:21, 48:12

**behaved** [1] - 132:5

**behaves** [1] - 26:20

**behavior** [1] - 189:18

**behind** [3] - 118:8, 118:14, 129:20

**behind-the-scenes** [1] - 118:8

**beholder** [1] - 218:24

**beliefs** [7] - 12:16, 17:7, 17:13, 17:18, 18:17, 36:13, 69:22

**belonged** [2] - 193:5, 193:10

**bench** [1] - 18:20

**Bench** [1] - 18:21

**benefit** [1] - 59:21

**best** [10] - 26:2, 26:10, 36:11, 58:17, 95:16, 97:13, 218:21, 252:2, 253:10, 254:16

**better** [2] - 60:18, 86:24

**between** [12] - 5:14, 29:22, 112:19, 122:12, 129:19, 144:1, 182:13, 208:13, 208:14, 209:1, 209:4, 221:19

**beyond** [9] - 14:11, 14:15, 14:16, 74:16, 75:13, 182:11, 183:2, 189:23, 213:2

**big** [5] - 55:19, 118:14, 144:20, 205:11, 252:25

**big-picture** [1] - 205:11

**bigger** [3] - 66:21, 66:22, 66:23

**binder** [1] - 255:10

**biracial** [1] - 217:5

**bit** [58] - 32:18, 32:20, 33:16, 39:8, 40:1, 50:14, 50:25, 53:4, 54:18, 55:18, 64:6, 67:15, 78:3, 92:14, 96:2, 96:4, 99:2, 100:10, 107:5,

115:3, 122:13, 124:2, 129:13, 131:13, 144:16, 150:21, 151:7, 151:21, 159:15, 163:6, 164:1, 171:6, 174:12, 179:11, 180:22, 182:7, 183:16, 187:20, 190:7, 192:4, 193:22, 196:21, 198:6, 211:12, 211:24, 212:14, 216:20, 224:12, 227:9, 233:20, 233:22, 234:18, 237:19, 238:10, 245:7, 247:23, 248:15, 251:23
**bits** [1] - 123:11
**blames** [1] - 159:13
**Blank** [1] - 28:5
**blocks** [2] - 72:20, 147:25
**blogging** [1] - 15:17
**blunt** [1] - 164:9
**boards** [1] - 173:10
**body** [1] - 44:22
**bono** [3] - 138:2, 138:3
**book** [1] - 255:8
**border** [1] - 54:23
**bought** [1] - 195:10
**boyfriend** [3] - 110:19, 117:12, 117:22
**break** [10] - 81:7, 82:14, 82:16, 83:8, 104:6, 104:7, 118:13, 242:20, 246:3, 247:10
**breaking** [8] - 146:24, 173:10, 209:4, 222:4, 247:10, 248:1, 248:16
**Brian** [1] - 152:19
**brief** [1] - 7:22
**briefed** [1] - 5:6
**briefing** [4] - 237:20, 241:11, 241:16, 241:17
**briefly** [4] - 23:10, 114:15, 116:14, 204:24
**bright** [1] - 94:7
**bring** [8] - 19:15, 20:2, 100:3, 104:25, 133:22, 164:10, 167:13, 228:17
**bringing** [2] - 120:9, 237:10

**broad** [1] - 79:20
**broke** [2] - 148:11, 183:24
**broken** [3] - 135:20, 180:4, 182:11
**brother** [24] - 88:21, 89:20, 89:24, 92:16, 92:24, 93:1, 93:16, 93:24, 94:4, 94:5, 94:7, 95:25, 101:5, 101:10, 101:20, 169:3, 169:9, 170:21, 174:8, 175:25, 179:7, 180:7, 184:11, 186:3
**brother's** [3] - 99:2, 174:13, 178:5
**brought** [5] - 3:11, 8:7, 223:11, 223:12, 248:5
**brunch** [1] - 179:9
**Bryan** [1] - 216:22
**budgets** [1] - 185:1
**build** [1] - 76:14
**building** [13] - 8:18, 8:21, 23:20, 85:4, 113:19, 138:24, 139:7, 177:20, 202:2, 227:2, 227:4, 234:5
**Building** [11] - 8:24, 9:2, 13:10, 28:16, 33:5, 72:18, 88:7, 138:22, 146:25, 151:23, 254:4
**buildings** [2] - 72:22, 97:8
**built** [1] - 76:18
**bunch** [1] - 129:22
**burden** [5] - 14:10, 14:12, 14:13, 14:14, 14:16
**Bureau** [1] - 11:14
**bus** [2] - 111:16, 198:12
**business** [7] - 10:14, 11:22, 12:6, 123:22, 195:14, 196:1, 197:13
**busy** [2] - 7:11, 61:2

**C**

**C-A-C-I** [1] - 236:4
**CACI** [7] - 234:16, 234:21, 236:2, 236:4, 236:9, 236:23, 236:25
**calendar** [1] - 220:2
**calmed** [1] - 233:22

**cameras** [1] - 78:25
**canal** [1] - 168:14
**cannot** [4] - 14:21, 97:2, 101:11, 159:17
**capacity** [4] - 28:10, 80:25, 170:5, 235:11
**capital** [2] - 77:5, 81:18
**Capitol** [116] - 8:15, 8:24, 9:2, 11:11, 11:13, 13:10, 13:14, 13:17, 13:24, 16:6, 17:14, 17:24, 17:25, 18:4, 20:20, 28:15, 28:18, 29:5, 33:5, 37:24, 39:19, 40:7, 40:8, 43:12, 46:24, 53:10, 59:13, 65:13, 72:17, 72:20, 75:1, 76:19, 78:19, 79:19, 81:12, 88:2, 88:6, 88:7, 90:17, 91:12, 91:19, 91:21, 96:13, 96:24, 97:8, 97:23, 100:11, 102:11, 108:25, 112:11, 112:18, 112:24, 114:2, 125:16, 129:19, 129:20, 131:4, 135:14, 138:22, 141:18, 146:25, 148:8, 148:11, 150:16, 151:9, 151:11, 151:15, 151:23, 156:10, 157:7, 158:4, 163:3, 165:3, 166:25, 171:2, 171:11, 173:23, 181:10, 187:17, 189:5, 192:6, 207:16, 209:23, 220:10, 220:18, 220:22, 220:25, 222:3, 222:6, 223:20, 223:21, 224:2, 224:10, 225:3, 226:13, 227:23, 227:25, 233:8, 233:16, 245:6, 246:4, 247:11, 248:10, 248:16, 249:7, 249:24, 251:15, 252:6, 252:15, 253:14, 253:24, 253:25, 254:2, 254:4, 254:10
**captured** [1] - 243:17
**car** [5] - 22:15, 22:17,

22:20, 25:16, 180:20
**card** [40] - 9:13, 9:22, 9:25, 10:18, 10:22, 11:7, 11:24, 12:2, 12:7, 12:11, 12:19, 12:25, 13:4, 13:8, 13:11, 13:15, 13:18, 13:21, 13:25, 14:9, 14:17, 14:23, 15:9, 15:22, 16:1, 16:12, 16:16, 16:19, 17:6, 17:11, 17:16, 17:21, 18:2, 18:6, 18:10, 18:18, 19:15, 47:14, 84:1, 238:12
**cards** [1] - 19:20
**care** [7] - 103:14, 103:16, 103:17, 103:21, 201:21, 201:22, 226:25
**career** [1] - 215:7
**careful** [1] - 87:20
**caretaker** [1] - 103:1
**caretaking** [1] - 202:1
**carjacking** [4] - 22:19, 22:22, 25:7, 25:20
**carjackings** [1] - 25:15
**Carnegie** [1] - 70:20
**Carolina** [1] - 138:10
**Carolynn** [1] - 10:12
**carry** [2] - 219:3, 228:7
**case** [205] - 3:5, 4:2, 4:4, 4:8, 7:23, 8:8, 8:10, 8:13, 9:19, 9:20, 11:4, 11:5, 12:1, 12:13, 13:3, 15:11, 15:12, 15:14, 15:15, 15:16, 15:17, 15:18, 17:9, 17:10, 17:15, 17:20, 22:1, 23:6, 26:21, 27:3, 35:8, 35:20, 39:2, 41:20, 42:22, 44:7, 44:25, 45:22, 46:4, 46:6, 46:14, 46:17, 46:19, 56:18, 56:25, 57:4, 57:9, 58:14, 58:19, 59:15, 61:3, 61:8, 61:11, 67:6, 67:9, 67:24, 69:12, 69:23, 71:9, 71:11, 71:18, 79:9, 80:10, 80:20, 80:22, 82:21, 84:13, 86:4, 86:6, 87:16, 89:7, 90:11, 99:13, 99:22, 100:5, 100:14, 100:15, 101:13, 101:15,

101:19, 102:3, 102:13, 105:12, 105:22, 106:8, 106:9, 106:11, 106:24, 108:2, 111:5, 112:5, 113:2, 116:23, 117:20, 118:5, 118:23, 120:4, 120:25, 121:3, 121:6, 121:15, 129:5, 131:20, 131:21, 132:6, 132:10, 133:7, 134:19, 136:17, 136:22, 138:4, 138:12, 138:15, 138:16, 139:23, 141:9, 141:13, 144:8, 147:3, 150:25, 156:23, 159:7, 159:18, 159:21, 160:18, 160:22, 162:21, 163:16, 167:3, 167:4, 167:5, 170:22, 171:5, 173:17, 175:22, 176:13, 177:2, 177:8, 185:3, 185:12, 186:6, 186:7, 186:8, 187:4, 187:11, 188:21, 188:22, 189:15, 192:20, 192:23, 193:3, 193:22, 193:25, 194:12, 197:17, 197:21, 198:13, 198:14, 198:15, 198:25, 200:10, 203:3, 205:1, 206:6, 206:10, 206:17, 210:10, 210:20, 210:25, 211:4, 211:13, 211:14, 216:9, 217:12, 217:19, 218:4, 219:23, 220:6, 227:8, 227:10, 228:25, 236:24, 237:8, 237:17, 238:18, 238:23, 244:11, 244:12, 245:3, 246:11, 247:14, 250:1, 250:6, 250:21, 250:24, 253:11, 253:23, 253:24, 254:11
**cases** [32] - 14:11, 75:11, 86:10, 86:20,

87:5, 160:24, 170:4, 170:10, 170:16, 175:1, 175:15, 175:16, 176:19, 179:2, 184:2, 198:7, 203:1, 216:20, 220:3, 220:8, 220:16, 228:22, 232:4, 234:24, 234:25, 235:4, 235:16, 237:6, 237:7, 237:9, 246:18
**catch** [1] - 103:8
**catchall** [1] - 18:12
**categorize** [2] - 49:1, 122:10
**category** [1] - 59:24
**caught** [3] - 52:20, 111:20, 183:1
**causes** [1] - 226:4
**causing** [1] - 213:4
**CBS** [1] - 29:23
**cc** [1] - 255:13
**certain** [11] - 9:18, 17:23, 23:21, 85:2, 85:3, 91:18, 97:7, 97:24, 132:5, 150:3
**certainly** [18] - 42:10, 65:18, 68:17, 74:25, 78:18, 78:24, 79:17, 148:10, 148:15, 184:2, 186:3, 212:7, 222:19, 225:15, 225:17, 243:8, 251:11, 253:1
**certification** [2] - 251:17, 252:7
**certify** [1] - 251:16
**cetera** [1] - 36:6
**chair** [3] - 163:11, 174:2, 181:1
**chairs** [3] - 5:7, 5:17, 5:20
**challenge** [1] - 255:9
**challenges** [3] - 5:5, 7:20
**challenging** [3] - 103:2, 103:18, 230:23
**Chamber** [1] - 173:12
**chambers** [1] - 189:6
**change** [11] - 34:19, 36:10, 54:8, 54:14, 66:13, 165:18, 168:14, 203:11, 204:16, 204:19, 248:24
**changed** [1] - 156:20
**channel** [1] - 203:11
**chaos** [2] - 139:4,

150:22
**chaotic** [2] - 77:6, 77:14
**character** [1] - 122:10
**characterization** [1] - 82:2
**characterize** [4] - 69:20, 218:23, 221:18, 249:22
**characterized** [2] - 183:15, 218:2
**characterizes** [1] - 218:25
**charge** [2] - 57:13, 61:16
**charged** [12] - 8:13, 14:18, 16:15, 31:25, 37:7, 110:15, 110:19, 113:2, 117:12, 126:10, 205:1, 205:12
**charges** [18] - 8:6, 8:17, 8:20, 8:23, 9:1, 9:9, 32:5, 46:11, 61:15, 67:20, 132:6, 205:4, 220:11, 253:5, 253:20, 253:23, 254:20
**Charles** [2] - 8:14, 11:5
**chase** [1] - 71:12
**check** [3] - 38:10, 68:8, 232:19
**chief** [4] - 178:19, 178:21, 178:22, 190:10
**child** [2] - 86:12, 186:8
**children** [2] - 122:14, 124:11
**choose** [1] - 15:3
**Christmas** [1] - 109:7
**Chuck** [1] - 164:14
**circuit** [2] - 169:24, 170:1
**circumstance** [1] - 26:8
**circumstances** [6] - 118:6, 118:11, 118:14, 159:20, 238:19, 240:18
**circumstantial** [4] - 193:13, 194:8, 194:12, 194:14
**citizens** [2] - 176:1, 200:16
**City** [1] - 70:18
**city** [5] - 94:20, 156:21, 234:11, 234:13, 252:1
**civic** [1] - 187:12,

187:14
**civic-minded** [1] - 187:12
**civil** [10] - 12:1, 61:8, 120:25, 198:12, 198:14, 203:3, 232:1, 232:2, 234:14, 234:24
**civilian** [2] - 94:15, 95:8
**civilians** [4] - 17:25, 18:4, 91:20, 112:10
**clarification** [2] - 3:12, 118:1
**clarify** [2] - 68:17, 251:9
**clashes** [1] - 132:3
**cleanup** [1] - 237:22
**clear** [15] - 36:22, 37:11, 69:21, 82:5, 91:10, 92:8, 100:2, 102:1, 117:3, 213:22, 215:18, 217:16, 217:19, 251:1, 254:7
**clearly** [2] - 159:16, 229:1
**clearness** [1] - 44:13
**clerk** [1] - 12:5
**click** [1] - 40:24
**client** [4] - 10:23, 10:25, 83:11, 84:16
**climbing** [2] - 40:8, 182:10
**clips** [5] - 154:13, 154:18, 164:8, 164:14, 188:24
**close** [60] - 13:9, 15:24, 16:10, 16:14, 16:18, 21:16, 22:5, 27:24, 28:15, 30:25, 31:25, 44:11, 50:12, 59:20, 71:22, 72:8, 72:12, 72:17, 79:23, 86:9, 88:7, 88:20, 108:6, 110:15, 111:9, 115:14, 128:2, 131:7, 135:22, 137:20, 138:21, 142:8, 148:4, 148:20, 149:1, 151:9, 158:24, 159:1, 159:6, 159:19, 161:2, 168:25, 174:6, 176:5, 179:7, 181:10, 185:20, 196:7, 199:4, 200:20, 200:25, 224:2, 224:5,

231:19, 238:18, 243:7, 248:10, 254:18, 254:19
**closed** [1] - 103:18
**closely** [21] - 20:23, 29:9, 47:1, 49:5, 49:8, 62:5, 62:22, 62:24, 70:2, 75:11, 81:21, 107:6, 107:10, 140:18, 144:17, 145:23, 161:16, 187:21, 207:18, 221:6, 238:23
**closeness** [1] - 90:5
**closer** [2] - 61:1, 198:6
**closest** [1] - 13:6
**closing** [1] - 243:1
**clothes** [1] - 198:11
**CNN** [5] - 47:4, 53:8, 156:7, 223:10, 232:24
**co** [6] - 59:12, 92:20, 139:9, 139:12, 202:14, 202:15
**co-workers** [5] - 59:12, 92:20, 139:9, 202:14, 202:15
**co-workers'** [1] - 139:12
**coach** [1] - 148:24
**Coast** [2] - 51:11, 131:6
**cocky** [1] - 94:5
**Cohn** [1] - 10:12
**colleague's** [3] - 205:18, 235:24, 236:6
**Collective** [1] - 7:3
**college** [2] - 152:12, 248:5
**Collier** [1] - 152:19
**Columbia** [2] - 219:13, 231:24
**combination** [3] - 159:17, 159:23, 238:19
**Comcast** [1] - 241:18
**coming** [14] - 7:6, 7:12, 36:23, 43:11, 60:25, 82:20, 171:10, 171:11, 181:14, 181:16, 200:5, 231:5, 240:9, 247:10
**commanding** [1] - 94:2
**comment** [2] - 87:21, 194:7

**comments** [2] - 15:18, 65:1
**committed** [5] - 111:20, 132:7, 147:4, 189:11, 218:6
**committee** [27] - 24:24, 30:4, 38:18, 49:16, 62:4, 62:15, 62:20, 62:21, 63:5, 65:2, 65:4, 85:11, 107:19, 123:8, 128:25, 141:1, 146:7, 162:13, 172:18, 188:7, 208:5, 221:4, 221:5, 222:13, 222:21, 246:24
**committing** [1] - 141:11
**communications** [1] - 56:1
**communities** [1] - 75:25
**community** [1] - 202:2
**company** [10] - 144:21, 144:24, 145:5, 145:13, 178:2, 195:11, 236:11, 236:12, 236:14, 241:12
**company-wide** [4] - 144:21, 144:24, 145:5, 145:13
**compared** [2] - 218:16, 219:12
**complaint** [1] - 137:10
**complete** [5] - 192:8, 192:10, 204:21, 213:19, 214:5
**completed** [1] - 252:14
**completely** [4] - 44:16, 100:7, 158:8, 217:9
**completion** [1] - 30:12
**components** [2] - 55:24, 56:2
**computer** [2] - 180:13, 180:20
**computers** [1] - 175:4
**concealed** [6] - 46:8, 57:10, 57:20, 57:21, 57:23, 58:3
**concept** [1] - 210:12
**concern** [18] - 77:19, 82:6, 97:14, 103:9, 114:2, 117:1, 165:2, 182:3, 182:4, 191:4, 216:5, 216:17, 216:19, 233:25,

234:3, 234:8, 234:10, 254:12

concerned [14] - 77:9, 81:12, 81:16, 97:17, 130:21, 153:7, 153:10, 153:12, 153:13, 213:1, 213:2, 214:13, 217:17, 238:10

concerning [8] - 48:12, 49:6, 141:6, 160:18, 161:14, 163:20, 245:3, 246:16

concerns [10] - 15:20, 82:12, 106:19, 165:24, 207:3, 217:8, 217:11, 218:21, 228:14, 238:15

concluded [2] - 193:2, 255:18

conclusions [1] - 137:15

condo [1] - 215:21

conduct [6] - 8:1, 8:15, 8:21, 8:23, 253:25, 254:2

conference [1] - 18:21

confirm [2] - 3:6, 253:18

confusion [1] - 124:15

Congress [11] - 21:6, 73:23, 76:8, 76:15, 77:10, 115:15, 157:6, 188:21, 193:21, 251:15, 254:5

Congress's [1] - 221:3

congressional [8] - 36:5, 53:6, 115:5, 154:10, 191:13, 193:16, 212:2, 213:10

congressmen [1] - 208:23

congresspeople [2] - 189:6, 193:25

congressperson [1] - 115:10

conjunction [1] - 126:21

connection [4] - 13:13, 25:11, 73:19, 135:13

consequences [1] - 225:9

consider [6] - 16:24, 17:15, 17:20, 99:9, 184:8, 184:10

considerable [1] - 180:6

considering [1] - 16:20

consistent [1] - 78:9

consistently [1] - 159:15

constitutional [1] - 14:19

construction [2] - 177:5, 177:22

consulting [1] - 215:8

consumer [3] - 171:4, 218:25, 219:1

consuming [1] - 219:11

consumption [2] - 49:12, 58:16

contact [4] - 42:7, 44:1, 80:24, 115:11

content [2] - 21:3, 153:22

context [10] - 7:23, 7:25, 8:4, 9:7, 12:14, 18:15, 19:8, 19:11, 134:21, 135:3

contextual [1] - 78:9

continue [5] - 83:14, 104:11, 130:7, 158:7, 242:18

continued [1] - 224:22

contract [11] - 232:3, 235:1, 235:24, 236:10, 236:11, 236:17, 236:18, 236:22, 236:23, 236:25, 237:13

contracted [2] - 199:18, 234:22

contracting [1] - 234:21

contractors [1] - 202:16

contracts [1] - 215:8

contrary [1] - 66:15

contrast [2] - 209:1, 209:4

Contreras [2] - 206:16, 249:19

control [2] - 183:2, 206:2

converged [1] - 189:4

conversation [2] - 73:24, 73:25

conversations [3] - 64:25, 170:20, 204:7

convicted [3] - 16:15, 32:1, 71:10, 110:16, 110:21, 117:22, 117:23, 117:24,

117:25, 118:2, 118:12, 216:19, 216:24

conviction [4] - 71:14, 71:15, 138:6, 138:8

convince [2] - 187:7, 250:5

cop [1] - 223:21

copy [1] - 255:6

copyrights [1] - 28:6

correct [75] - 3:19, 4:22, 20:16, 20:17, 27:20, 27:21, 31:22, 34:15, 37:20, 42:19, 46:25, 51:3, 51:5, 51:14, 51:17, 52:7, 52:10, 54:21, 57:17, 60:11, 60:12, 70:13, 70:18, 70:19, 76:4, 76:9, 80:15, 83:24, 102:20, 104:15, 104:18, 105:8, 119:16, 123:2, 127:24, 128:4, 128:5, 133:4, 136:11, 136:23, 143:21, 155:19, 160:6, 160:7, 161:25, 168:7, 168:8, 179:15, 179:25, 186:21, 186:22, 192:22, 192:25, 196:4, 197:9, 203:8, 206:20, 207:12, 207:13, 219:9, 219:19, 229:9, 229:10, 230:10, 231:16, 234:17, 235:3, 235:5, 235:7, 236:1, 236:15, 237:12, 239:6, 241:6, 244:4

correctly [7] - 95:1, 120:13, 155:23, 156:8, 183:15, 202:18, 209:16

couch [1] - 152:20

Council [1] - 75:25

counsel [13] - 7:18, 7:21, 9:15, 10:1, 10:4, 10:11, 10:15, 10:25, 19:25, 72:3, 73:21, 102:9, 255:14

count [3] - 166:7, 242:13, 242:15

Count [9] - 8:17, 8:20, 8:23, 9:1, 254:1, 254:2, 254:4

country [9] - 94:19,

150:3, 182:4, 213:4, 213:6, 224:19, 229:16, 229:20, 246:19

counts [1] - 16:22

County [2] - 210:19, 215:19

couple [15] - 5:12, 34:16, 72:20, 123:18, 134:1, 137:1, 176:8, 183:10, 183:11, 216:3, 219:6, 223:6, 238:6, 242:22, 254:20

course [14] - 5:16, 26:2, 32:23, 36:10, 58:23, 107:9, 112:16, 130:5, 164:10, 191:6, 206:2, 218:23, 218:24, 221:1

COURT [835] - 3:2, 3:8, 3:15, 3:19, 3:22, 3:25, 4:6, 4:12, 4:16, 4:23, 5:7, 5:18, 5:23, 6:2, 6:4, 7:5, 10:8, 10:13, 11:3, 11:17, 11:21, 15:1, 18:22, 19:6, 19:8, 19:10, 19:14, 19:25, 20:7, 20:13, 20:15, 20:18, 20:22, 21:6, 21:10, 21:14, 21:19, 21:22, 21:25, 22:3, 22:8, 22:10, 22:12, 22:14, 22:16, 22:19, 22:23, 23:1, 23:4, 23:8, 23:11, 25:2, 26:16, 27:1, 27:4, 27:7, 27:9, 27:12, 27:17, 27:19, 27:22, 28:3, 28:7, 28:10, 28:13, 28:19, 28:22, 28:24, 29:3, 29:9, 29:13, 29:16, 29:19, 29:21, 29:25, 30:3, 30:8, 30:13, 30:16, 30:22, 30:24, 31:4, 31:8, 31:10, 31:13, 31:16, 31:19, 31:23, 32:3, 32:6, 32:9, 32:13, 35:14, 35:19, 35:24, 36:1, 36:16, 37:3, 37:14, 37:17, 37:19, 37:22, 38:1, 38:8, 38:14, 38:17, 38:21, 38:24, 39:6, 41:16, 41:24, 42:1, 42:4, 42:11, 42:13, 42:16,

42:18, 42:21, 43:4, 43:8, 43:15, 43:18, 43:22, 44:5, 44:7, 44:17, 44:19, 44:22, 45:2, 45:6, 45:12, 45:14, 45:17, 45:20, 45:23, 45:25, 46:2, 46:4, 46:7, 46:10, 46:13, 46:16, 46:21, 47:1, 47:8, 47:14, 47:18, 47:20, 48:1, 48:5, 48:7, 48:10, 48:15, 48:19, 48:25, 49:5, 49:9, 49:13, 49:16, 49:19, 49:24, 50:2, 50:5, 50:8, 50:11, 50:18, 50:22, 55:17, 56:6, 58:7, 58:10, 59:2, 59:20, 60:5, 60:8, 60:10, 60:13, 60:20, 60:24, 61:3, 61:6, 61:14, 61:18, 61:22, 61:25, 62:3, 62:7, 62:11, 62:14, 62:21, 62:25, 63:4, 63:10, 63:19, 63:22, 64:2, 67:14, 68:3, 68:6, 68:20, 68:23, 70:1, 70:10, 70:12, 70:15, 70:22, 71:1, 71:3, 71:6, 71:16, 71:21, 71:25, 72:4, 72:7, 72:12, 72:15, 72:21, 72:25, 73:2, 73:6, 73:10, 73:13, 73:15, 73:17, 73:25, 74:4, 74:8, 74:17, 74:21, 75:3, 75:7, 75:10, 75:15, 75:17, 81:3, 81:6, 82:10, 82:18, 83:1, 83:4, 83:7, 83:10, 83:14, 83:16, 83:19, 83:21, 83:23, 84:1, 84:5, 84:11, 84:15, 84:22, 85:6, 85:10, 85:15, 85:18, 85:20, 85:25, 86:6, 86:14, 86:18, 86:21, 86:23, 87:1, 87:3, 87:7, 87:9, 87:11, 87:15, 87:25, 88:4, 88:7, 88:11, 88:13, 88:15, 88:18, 88:25, 89:10, 89:14, 89:17, 90:4, 90:15, 90:23, 91:1, 91:6, 91:10, 91:15, 91:24, 92:1, 92:5, 92:7, 100:22, 102:5, 102:18, 102:21, 103:13, 103:19,

103:23, 104:2,
104:5, 104:8,
104:10, 104:16,
104:19, 104:24,
105:2, 105:5, 105:7,
105:10, 105:14,
105:19, 105:21,
105:24, 106:2,
106:5, 106:8,
106:10, 106:13,
106:21, 107:1,
107:5, 107:15,
107:18, 107:22,
107:25, 108:4,
108:10, 108:13,
108:19, 108:22,
108:24, 109:2,
109:4, 109:9,
109:12, 109:15,
109:18, 109:21,
110:1, 110:3, 110:5,
110:9, 110:13,
110:18, 110:22,
110:24, 111:2,
111:7, 111:12,
111:17, 111:19,
111:22, 112:4,
112:8, 112:14,
112:22, 113:1,
113:8, 114:2, 114:7,
116:10, 117:21,
117:24, 119:4,
119:7, 119:10,
119:13, 119:15,
119:18, 119:23,
120:3, 120:8,
120:14, 120:17,
120:21, 120:25,
121:2, 121:6,
121:10, 121:13,
121:15, 121:17,
121:19, 121:23,
122:3, 122:7, 122:9,
122:17, 122:24,
123:3, 123:7,
123:13, 126:3,
126:6, 126:17,
126:23, 126:25,
127:3, 127:8,
127:12, 127:15,
127:18, 127:21,
127:23, 128:1,
128:6, 128:9,
128:11, 128:21,
128:24, 129:3,
129:8, 132:2,
132:12, 132:15,
132:18, 133:1,
133:3, 133:6,
133:14, 133:17,
133:19, 133:23,

134:2, 134:5, 134:9,
134:13, 134:17,
135:2, 135:8,
135:11, 135:16,
135:21, 135:24,
136:3, 136:8,
136:10, 136:13,
136:15, 136:19,
136:22, 136:24,
137:2, 137:5, 137:7,
137:12, 137:14,
137:18, 137:22,
137:25, 138:3,
138:7, 138:11,
138:14, 138:19,
139:1, 139:3, 139:5,
139:9, 139:12,
139:16, 139:19,
139:21, 140:1,
140:6, 140:8,
140:11, 140:14,
140:18, 140:22,
140:25, 141:4,
141:8, 141:15,
141:23, 142:1,
142:3, 142:7,
142:11, 142:14,
142:17, 142:19,
142:23, 143:2,
143:7, 143:10,
143:15, 143:18,
143:20, 143:23,
144:6, 144:8,
144:12, 144:16,
144:24, 145:4,
145:6, 145:11,
145:13, 145:16,
145:18, 145:21,
146:2, 146:7,
146:12, 146:14,
146:17, 146:21,
147:1, 147:15,
147:19, 147:22,
148:2, 148:5,
148:12, 148:15,
148:18, 148:23,
149:4, 149:6, 149:8,
149:12, 149:18,
149:23, 149:25,
150:5, 150:11,
150:13, 150:18,
150:24, 151:3,
157:4, 157:10,
157:16, 157:22,
158:2, 158:7,
158:12, 158:15,
158:17, 159:22,
160:5, 160:8,
160:11, 160:16,
161:1, 161:5, 161:9,
161:12, 161:16,

161:23, 162:1,
162:3, 162:6,
162:10, 162:13,
162:19, 162:24,
163:8, 163:13,
163:15, 163:22,
166:4, 166:8,
166:11, 166:18,
167:21, 167:24,
168:4, 168:6, 168:9,
168:16, 168:19,
168:21, 168:23,
169:2, 169:5, 169:8,
169:14, 169:19,
169:21, 169:25,
170:4, 170:8,
170:10, 170:13,
170:18, 170:20,
170:24, 171:6,
171:12, 171:16,
171:18, 171:21,
172:3, 172:7,
172:10, 172:12,
172:18, 172:23,
172:25, 173:3,
173:6, 173:14,
173:20, 174:5,
174:10, 174:12,
174:16, 174:18,
174:22, 175:6,
175:10, 175:12,
175:20, 175:22,
176:3, 176:9,
176:11, 176:13,
176:16, 176:19,
177:2, 177:7,
177:11, 177:13,
178:20, 180:10,
185:16, 186:2,
186:13, 186:20,
186:23, 187:1,
187:9, 187:15,
187:20, 188:3,
188:6, 188:10,
188:14, 188:18,
188:23, 189:3,
189:8, 189:19,
189:25, 194:19,
194:22, 195:2,
195:4, 195:9,
195:16, 195:20,
195:25, 196:5,
196:9, 196:13,
196:17, 196:19,
196:24, 197:3,
197:8, 197:11,
197:19, 197:23,
198:1, 198:5, 198:9,
198:15, 198:18,
198:22, 199:2,
199:7, 199:10,

199:13, 199:16,
199:21, 199:25,
200:8, 200:12,
200:18, 200:23,
201:3, 201:6, 203:3,
206:25, 207:2,
207:6, 207:11,
207:14, 207:18,
208:1, 208:5, 208:9,
208:11, 208:17,
209:6, 209:17,
209:20, 210:4,
210:8, 210:15,
210:20, 210:22,
211:2, 211:7,
215:17, 215:22,
215:25, 218:10,
218:13, 219:8,
219:10, 219:16,
219:18, 219:21,
219:25, 220:5,
220:12, 220:20,
221:4, 221:8,
221:11, 221:15,
221:17, 221:22,
221:25, 222:7,
222:12, 222:15,
222:20, 223:1,
223:5, 223:14,
223:25, 227:8,
227:16, 228:19,
229:6, 229:8,
229:11, 229:17,
229:19, 229:22,
229:24, 230:2,
230:9, 230:12,
230:17, 230:24,
231:3, 231:6,
231:10, 231:15,
231:18, 231:22,
231:25, 232:2,
232:5, 232:9,
232:17, 235:1,
237:3, 237:6,
237:10, 237:13,
237:18, 237:23,
238:2, 238:16,
238:20, 239:3,
239:5, 239:8,
239:14, 239:18,
239:21, 239:25,
240:2, 240:7,
240:12, 240:19,
240:22, 240:25,
241:5, 241:7,
241:15, 241:19,
241:22, 241:24,
242:2, 242:5,
242:12, 242:17,
242:23, 243:2,
243:6, 243:24,

244:3, 244:6, 244:9,
244:12, 244:14,
244:16, 244:18,
244:20, 244:23,
245:1, 245:5,
245:16, 245:19,
245:22, 246:1,
246:7, 246:15,
246:21, 246:24,
247:3, 247:6,
247:12, 247:20,
249:3, 249:10,
249:15, 251:6,
252:19, 253:20,
254:18, 255:2,
255:6, 255:8,
255:11, 255:13,
255:16

**court** [34] - 12:2, 12:4,
19:13, 45:23, 45:24,
54:10, 57:3, 57:5,
57:6, 61:18, 61:21,
69:20, 85:3, 86:4,
87:19, 110:11,
112:2, 113:5, 120:6,
128:10, 136:21,
139:24, 169:24,
170:3, 170:7,
170:14, 186:3,
189:16, 197:17,
220:2, 237:17,
244:21, 250:17

**Court** [45] - 3:7, 3:12,
3:16, 4:21, 5:15,
7:16, 9:14, 18:13,
19:3, 19:17, 35:6,
35:7, 45:23, 56:15,
56:19, 57:2, 58:23,
61:19, 67:7, 67:9,
83:2, 85:25, 99:13,
99:22, 100:14,
100:17, 102:2,
106:3, 106:4,
108:17, 116:17,
118:24, 156:25,
167:3, 167:7,
169:25, 170:1,
170:3, 185:4,
185:22, 198:8,
242:21, 244:21,
244:22

**Court's** [4] - 4:9,
18:15, 82:23, 238:11

**courthouse** [5] - 7:12,
85:23, 108:15,
186:11, 228:23

**courtroom** [24] - 8:11,
8:12, 12:5, 26:22,
30:19, 35:9, 36:24,
37:1, 39:3, 41:21,

50:20, 53:1, 67:25,
69:24, 126:12,
129:6, 141:13,
147:8, 151:1,
162:22, 173:18,
209:13, 227:14,
247:18
**COURTROOM** [42] -
6:8, 7:4, 14:25,
19:19, 20:4, 20:8,
20:12, 27:5, 27:15,
37:13, 37:16, 42:15,
45:4, 45:11, 60:3,
60:7, 70:9, 83:18,
102:16, 104:7,
105:4, 119:12,
127:20, 132:25,
136:7, 143:17,
160:3, 168:3,
186:19, 195:1,
197:7, 207:9,
219:15, 229:5,
230:8, 231:14,
239:2, 240:24,
241:1, 241:4,
243:23, 244:1
**courts** [2] - 175:5,
187:3
**cousin** [10] - 108:11,
108:14, 108:16,
108:20, 109:8,
109:13, 109:22,
109:25, 115:20,
135:17
**cousins** [2] - 32:4,
135:18
**coverage** [46] - 15:11,
23:15, 23:17, 24:15,
32:21, 33:22, 34:14,
35:3, 36:4, 37:7,
39:9, 39:25, 47:5,
69:10, 74:20, 77:6,
78:14, 78:15, 78:18,
78:25, 80:8, 81:15,
81:20, 96:3, 100:10,
130:8, 141:5, 154:2,
154:6, 155:20,
164:2, 164:4,
188:15, 191:12,
192:7, 203:9, 204:4,
204:6, 217:24,
218:18, 224:23,
232:20, 232:21,
233:2, 233:6, 245:6
**covered** [1] - 203:13
**covering** [3] - 33:25,
220:21, 242:10
**COVID** [4] - 73:9, 98:6,
153:21, 244:19
**COVID-19** [1] - 12:24

**crap** [1] - 184:19
**crazy** [2] - 61:2,
228:20
**CRD** [1] - 186:11
**create** [7] - 42:23,
133:8, 168:11,
195:6, 229:13,
230:14, 239:10
**creating** [2] - 144:1,
241:9
**credibility** [1] - 110:7
**credible** [2] - 179:19,
184:10
**credit** [8] - 90:7,
99:18, 102:8, 143:4,
149:14, 150:7,
159:25, 176:1
**Credit** [1] - 75:25
**Creek** [1] - 186:17
**cried** [2] - 181:17,
181:18
**crime** [16] - 14:18,
16:15, 16:19, 22:6,
31:1, 31:3, 31:4,
31:14, 32:1, 37:7,
110:16, 111:10,
111:20, 176:6,
200:25, 205:5
**crimes** [3] - 69:7,
86:7, 205:12
**criminal** [39] - 7:9,
8:13, 12:1, 14:11,
17:10, 23:5, 28:11,
32:5, 45:22, 46:17,
56:25, 57:4, 61:8,
61:11, 71:17, 72:5,
72:12, 106:4,
110:25, 111:3,
121:15, 128:6,
137:25, 161:10,
170:4, 170:10,
174:23, 179:1,
185:21, 192:20,
198:15, 204:25,
211:3, 218:6,
226:10, 226:15,
232:6, 232:8, 245:2
**criteria** [1] - 253:16
**critical** [1] - 7:8
**criticism** [2] - 51:18,
51:21
**crowd** [5] - 166:13,
182:14, 226:16,
234:4, 248:16
**crowds** [1] - 247:8
**crux** [2] - 23:22, 26:5
**crystal** [2] - 36:22,
170:25
**culprit** [1] - 26:7
**curiosity** [1] - 220:4

**curious** [3] - 62:19,
212:5, 242:7
**current** [2] - 58:25,
79:1
**cut** [2] - 42:9, 232:14
**cut-off** [1] - 232:14

# D

**D.C** [53] - 21:1, 22:12,
25:15, 26:1, 31:10,
31:12, 32:6, 32:8,
39:22, 43:12, 46:2,
46:3, 71:8, 72:10,
79:24, 103:17,
108:12, 108:18,
108:20, 108:22,
109:22, 115:20,
120:6, 122:1,
122:23, 124:18,
130:22, 142:17,
145:13, 157:23,
160:14, 169:19,
169:20, 174:25,
176:11, 176:12,
178:7, 178:10,
179:17, 184:7,
185:9, 187:3,
196:17, 196:18,
198:8, 203:6, 215:6,
220:24, 225:4,
244:14, 245:13,
248:8, 251:24
**daily** [5] - 36:4, 55:14,
156:18, 159:11,
224:9
**danger** [2] - 4:10,
152:1
**date** [5] - 47:12, 47:25,
52:12, 171:4, 222:11
**dates** [1] - 144:4
**dating** [2] - 142:12,
143:3
**daughter** [6] - 43:1,
70:19, 154:1, 172:9,
172:15, 172:17
**daughter's** [1] - 60:15
**David** [3] - 8:14,
10:25, 11:5
**day-care** [1] - 103:14
**day-to-day** [4] - 75:10,
114:21, 223:6, 223:9
**days** [10] - 9:21,
42:22, 133:8, 165:1,
187:5, 195:13,
223:18, 228:23,
229:12, 230:22
**de** [1] - 58:25
**DEA** [6] - 148:25,
149:9, 199:20,

200:22, 202:7,
202:21
**deadly** [1] - 110:20
**deal** [5] - 89:25, 93:24,
115:12, 177:5,
211:20
**dealing** [4] - 115:6,
160:23, 167:15,
170:17
**dealings** [4] - 10:15,
11:23, 12:6, 197:13
**deals** [2] - 48:11,
127:4
**death** [1] - 223:21
**decade** [3] - 76:6,
81:10, 185:22
**decade-long** [1] -
81:10
**deceased** [4] - 88:23,
89:20, 149:11,
149:12
**decide** [6] - 26:21,
42:8, 54:10, 56:16,
87:6, 100:15
**decides** [1] - 14:20
**deciding** [8] - 67:9,
80:10, 80:20,
118:22, 131:20,
156:23, 185:3,
185:12
**decision** [6] - 35:7,
36:25, 167:4,
206:17, 211:22,
250:7
**decisions** [3] - 8:10,
30:19, 35:21
**decisiveness** [1] -
216:6
**dedicated** [1] - 210:12
**deeper** [1] - 101:8
**defendant** [27] - 8:14,
11:4, 14:13, 16:21,
37:10, 46:5, 71:13,
113:1, 136:17,
141:10, 148:16,
189:11, 192:24,
193:5, 193:7,
198:21, 211:15,
211:19, 217:19,
219:23, 220:13,
220:14, 228:13,
228:25, 246:12,
247:14, 250:5
**DEFENDANT** [1] -
11:2
**defendants** [2] -
107:11, 220:10
**defender** [5] - 10:20,
59:15, 105:15,
105:19, 196:16

**defender's** [2] - 10:16,
197:14
**Defense** [1] - 51:9
**defense** [9] - 4:7,
116:23, 117:7,
117:20, 118:10,
159:21, 237:9,
243:14, 243:18
**defensive** [1] - 237:7
**defer** [1] - 5:15
**deference** [1] - 95:10
**definitely** [2] - 62:18,
100:7
**degree** [2] - 151:25,
169:12
**delays** [1] - 243:12
**deliberate** [5] - 61:12,
120:14, 160:21,
160:24, 160:25
**deliberated** [1] -
120:18
**deliberately** [1] - 69:2
**deliberating** [1] -
121:7
**delightful** [1] - 86:16
**delve** [1] - 171:5
**demeanor** [1] - 150:11
**demonstrating** [2] -
9:2, 254:3
**demonstrations** [1] -
214:24
**denied** [1] - 37:3
**dentist** [1] - 230:18
**deny** [2] - 82:10,
228:19
**Department** [18] -
10:21, 16:5, 47:16,
51:8, 54:19, 88:22,
89:1, 92:17, 93:11,
93:12, 99:6, 101:21,
116:3, 199:19,
234:23, 235:25,
236:8, 238:8
**department** [10] -
16:3, 51:16, 58:12,
59:16, 101:23,
135:19, 161:7,
178:10, 190:5,
234:23
**department's** [1] -
52:1
**departments** [1] -
55:12
**deployed** [1] - 152:13
**deployments** [1] -
152:14
**depositions** [1] -
237:21
**depth** [3] - 21:5,
171:5, 187:25

**DEPUTY** [42] - 6:8, 7:4, 14:25, 19:19, 20:4, 20:8, 20:12, 27:5, 27:15, 37:13, 37:16, 42:15, 45:4, 45:11, 60:3, 60:7, 70:9, 83:18, 102:16, 104:7, 105:4, 119:12, 127:20, 132:25, 136:7, 143:17, 160:3, 168:3, 186:19, 195:1, 197:7, 207:9, 219:15, 229:5, 230:8, 231:14, 239:2, 240:24, 241:1, 241:4, 243:23, 244:1
**deputy** [1] - 12:5
**derailing** [1] - 147:17
**derived** [1] - 236:8
**describe** [5] - 23:15, 25:22, 53:4, 115:3, 182:7
**described** [7] - 153:6, 159:3, 169:9, 191:11, 212:2, 212:13, 252:23
**describing** [2] - 4:21, 219:10
**description** [3] - 7:22, 40:21, 160:1
**descriptions** [1] - 129:14
**designed** [1] - 9:17
**desk** [1] - 163:12
**despite** [7] - 36:11, 67:22, 217:16, 218:21, 219:5, 219:10, 253:10
**destroyed** [1] - 189:6
**destruction** [4] - 226:5, 226:12, 226:13
**destructive** [1] - 224:20
**detachment** [1] - 43:24
**detail** [3] - 9:6, 150:23, 175:17
**detailed** [1] - 9:5
**details** [1] - 198:14
**detective** [1] - 26:3
**detectives** [1] - 112:1
**determine** [3] - 16:23, 17:1, 228:21
**determined** [1] - 187:6
**develop** [1] - 202:13
**developed** [5] - 80:16, 81:11, 82:7, 115:14,

175:2
**DHS** [18] - 47:21, 48:8, 48:11, 48:12, 48:16, 50:14, 50:19, 51:4, 55:18, 55:20, 56:2, 56:10, 58:21, 58:22, 58:25, 59:1, 59:23
**died** [4] - 65:11, 89:6, 189:7, 210:2
**different** [22] - 29:23, 55:23, 57:5, 71:7, 90:11, 115:13, 129:20, 144:23, 155:24, 156:1, 156:2, 158:1, 158:9, 182:25, 189:6, 192:5, 193:25, 194:1, 200:1, 252:16
**differently** [2] - 26:20, 132:5
**difficult** [11] - 5:18, 12:23, 14:8, 17:15, 17:19, 36:14, 58:18, 206:3, 211:23, 240:15, 241:13
**difficulty** [7] - 13:2, 14:22, 15:7, 17:3, 17:8, 56:20, 67:10
**digital** [1] - 175:3
**dire** [2] - 3:21, 7:15
**direct** [3] - 13:13, 73:18, 135:13
**directed** [2] - 56:19, 157:16
**direction** [3] - 206:19, 206:22, 217:19
**directions** [2] - 56:21, 238:11
**directly** [7] - 28:19, 52:13, 55:4, 55:6, 73:11, 74:5, 115:12
**director** [3] - 47:19, 47:20, 51:13
**dis** [1] - 43:24
**disability** [3] - 12:20, 43:19, 115:9
**disagrees** [1] - 15:5
**disappointed** [1] - 114:6
**disappointment** [2] - 114:4, 157:14
**disbelief** [3] - 113:24, 124:16, 125:4
**discharge** [1] - 219:4
**discrete** [1] - 234:24
**discuss** [2] - 64:20, 64:22
**discussed** [4] - 159:2, 159:4, 204:12, 228:15

**discusses** [1] - 52:8
**discussion** [2] - 139:17, 142:4
**disgust** [4] - 142:6, 157:14, 157:16, 160:1
**dislikes** [1] - 15:5
**dismayed** [2] - 191:18, 191:25
**dismissed** [2] - 179:20, 240:24
**disorderly** [4] - 8:20, 8:23, 253:24, 254:1
**dispositive** [2] - 132:21, 238:24
**dispute** [2] - 106:14, 243:9
**disputes** [1] - 82:2
**disputing** [1] - 225:25
**disqualifying** [1] - 253:15
**disregarding** [1] - 12:15
**disrespected** [1] - 227:2
**disrespectful** [4] - 224:18, 226:24, 227:25, 228:6
**disrupt** [2] - 252:8, 254:5
**disrupted** [3] - 151:19, 152:3, 157:8
**disrupting** [2] - 159:11, 253:21
**disruption** [1] - 157:24
**disruptive** [3] - 8:20, 253:25, 254:2
**distance** [2] - 43:13, 44:3
**distinguish** [1] - 117:4
**distress** [1] - 212:23
**distressed** [1] - 213:6
**district** [2] - 16:8, 242:25
**District** [10] - 16:3, 88:22, 93:2, 215:19, 215:24, 219:13, 231:24, 232:25, 233:20, 234:10
**disturb** [1] - 214:15
**disturbed** [5] - 81:15, 152:2, 154:23, 155:11, 159:16
**disturbing** [4] - 75:2, 76:24, 151:25, 159:13
**divide** [1] - 103:7
**division** [2] - 185:22, 237:4

**divorce** [1] - 170:7
**doctor** [1] - 134:1
**doctor's** [2] - 133:11, 133:14
**document** [3] - 28:4, 237:14, 237:16
**documentaries** [23] - 21:11, 29:25, 38:21, 50:9, 63:1, 75:4, 85:7, 107:16, 123:4, 123:6, 128:22, 140:23, 146:3, 153:18, 162:11, 172:4, 188:4, 193:16, 208:2, 213:11, 213:13, 223:2, 246:22
**documentary** [4] - 153:17, 154:1, 172:13, 213:14
**documentation** [1] - 200:3
**documents** [1] - 97:8
**dog** [2] - 123:21, 123:23
**dog-walking** [1] - 123:21
**DOJ** [7] - 200:22, 202:7, 202:22, 235:2, 235:6, 235:11, 236:10
**domestic** [1] - 178:24
**Donald** [1] - 33:3
**done** [8] - 35:21, 41:22, 68:1, 74:15, 85:4, 94:19, 125:25, 201:24
**doors** [3] - 146:24, 173:11, 247:11
**dot** [1] - 43:3
**doubt** [5] - 14:11, 14:15, 14:17, 59:21, 241:21
**doubts** [1] - 94:13
**down** [59] - 3:17, 7:12, 9:22, 9:24, 10:17, 10:22, 11:6, 11:23, 12:2, 12:7, 12:10, 12:18, 12:24, 13:4, 13:8, 13:10, 13:14, 13:18, 13:21, 13:25, 14:8, 14:17, 14:22, 15:9, 15:22, 15:25, 16:11, 16:16, 16:19, 17:6, 17:11, 17:15, 17:20, 18:1, 18:5, 18:9, 18:18, 27:5, 42:5, 84:2, 84:16, 85:23, 91:21, 91:22, 139:8, 140:16,

145:9, 145:11, 158:3, 158:4, 164:17, 175:18, 181:13, 219:1, 222:4, 233:22, 240:23, 247:11
**downtown** [1] - 43:11
**draft** [1] - 243:13
**draw** [1] - 137:14
**dressed** [1] - 233:9
**drive** [1] - 181:12
**driver** [1] - 69:17
**drop** [1] - 103:21
**Dubliner** [1] - 72:24
**due** [1] - 60:14
**during** [18] - 33:25, 36:10, 49:25, 62:5, 63:6, 63:9, 63:20, 67:8, 67:16, 96:19, 103:2, 135:20, 139:4, 140:21, 237:20, 237:21, 243:12
**duties** [3] - 138:11, 142:20, 219:4
**duty** [8] - 7:7, 15:7, 137:4, 152:11, 187:13, 187:14, 190:13, 220:2
**dynamic** [1] - 156:21

## E

**Early** [1] - 176:10
**early** [4] - 70:23, 183:10, 209:1, 254:25
**ease** [1] - 233:21
**easily** [1] - 229:25
**economic** [2] - 103:7, 103:8
**edge** [1] - 59:23
**educated** [1] - 219:12
**effort** [1] - 59:18
**efforts** [6] - 36:11, 36:12, 58:17, 218:21, 253:10, 254:16
**eight** [1] - 215:14
**either** [28] - 12:1, 14:4, 14:7, 65:4, 71:17, 71:19, 74:1, 87:17, 93:16, 102:7, 104:1, 106:23, 111:4, 111:23, 116:24, 117:19, 129:21, 141:4, 146:18, 160:17, 170:21, 176:13, 187:10, 198:23, 198:24,

210:4, 245:3, 247:15
**elaborate** [2] - 193:22,
216:19
**election** [10] - 17:19,
166:7, 225:23,
226:1, 242:7, 249:9,
251:12, 251:16,
252:14, 252:16
**element** [1] - 253:21
**elements** [2] - 254:6,
254:20
**Elizabeth** [1] - 11:12
**Ellipse** [1] - 254:9
**elsewhere** [8] - 11:6,
13:23, 141:17,
148:7, 163:2,
173:22, 186:11,
209:22
**email** [2] - 75:14,
255:13
**emanated** [1] - 75:12
**embarrassed** [1] -
152:2
**emergency** [1] -
240:10
**emotion** [2] - 125:11,
159:16
**emotional** [17] - 23:23,
28:25, 33:11, 53:17,
69:9, 69:21, 95:17,
96:21, 97:4, 99:25,
101:25, 102:10,
113:22, 124:13,
129:24, 164:19,
185:8
**emotions** [17] - 39:24,
77:2, 77:25, 125:2,
139:22, 155:9,
165:6, 165:8, 183:4,
192:1, 212:20,
212:22, 212:25,
224:15, 226:2,
228:5, 248:2
**employed** [5] - 59:1,
123:19, 234:20,
236:2, 236:14
**employee** [2] - 59:24,
114:23
**employees** [6] -
114:22, 114:25,
190:20, 190:24,
191:5, 195:12
**employers** [1] - 10:15
**employment** [2] -
10:20, 58:25
**EMS** [1] - 190:4
**enable** [1] - 7:16
**encounter** [1] - 12:17
**end** [8] - 5:23, 14:1,
19:20, 61:2, 61:4,

121:7, 233:21,
236:20
**endearment** [2] -
95:25, 101:4
**ended** [3] - 120:1,
166:15, 175:2
**ends** [1] - 43:2
**enforcement** [52] -
15:25, 16:2, 16:4,
16:11, 21:16, 50:13,
51:19, 51:22, 54:20,
55:3, 55:12, 58:15,
59:6, 88:20, 89:12,
89:18, 92:15, 93:21,
94:14, 95:1, 99:14,
101:3, 101:13,
102:9, 108:7, 108:9,
110:6, 110:7, 135:7,
142:9, 143:3, 143:4,
148:21, 149:14,
149:20, 153:2,
153:3, 153:7,
158:23, 159:1,
159:25, 169:12,
169:13, 169:15,
174:7, 175:23,
179:15, 182:14,
200:9, 200:14,
200:15, 200:20
**engage** [4] - 18:5,
112:12, 189:18,
218:5
**engaged** [12] - 18:4,
92:3, 112:11, 114:9,
147:2, 173:15,
189:9, 189:11,
209:7, 217:25,
227:11, 246:8
**English** [1] - 13:2
**enjoy** [1] - 156:15
**enjoying** [1] - 156:21
**enormous** [1] - 58:23
**enormously** [1] -
55:19
**entered** [1] - 227:3
**entering** [2] - 8:17,
222:5
**enters** [28] - 20:11,
27:14, 37:15, 42:14,
45:10, 60:6, 70:8,
83:17, 102:15,
105:3, 119:11,
127:19, 132:24,
136:6, 143:16,
160:2, 168:2,
186:18, 194:25,
197:6, 207:8,
219:14, 229:3,
229:4, 231:13,
239:1, 241:3, 243:22

**entire** [4] - 3:13, 59:7,
139:20, 213:4
**entirely** [3] - 101:12,
179:13, 221:1
**entry** [1] - 253:24
**environment** [2] -
234:22, 237:4
**environmental** [4] -
126:25, 232:4,
235:4, 237:11
**EPA** [4] - 126:22,
126:23, 127:4, 127:5
**equally** [1] - 59:14
**erased** [2] - 84:2,
84:10
**escalate** [1] - 224:15
**escalated** [3] - 226:9,
226:15, 226:18
**escalating** [1] - 222:3
**Esene** [1] - 10:6
**especially** [5] - 26:1,
59:25, 68:13,
223:19, 223:21
**essentially** [3] -
104:10, 201:21,
253:5
**estate** [1] - 72:11
**et** [1] - 36:6
**European** [2] - 48:6,
52:8
**evacuated** [2] - 139:5,
139:7
**evening** [2] - 63:6,
213:25
**event** [4] - 24:13,
114:10, 139:20,
161:24
**events** [47] - 13:13,
13:17, 17:13, 20:20,
24:3, 28:20, 29:4,
29:10, 36:20, 37:23,
46:23, 52:14, 62:1,
69:16, 73:6, 73:11,
73:19, 75:11, 76:23,
80:9, 81:14, 81:21,
81:25, 88:15,
100:10, 118:20,
118:22, 135:13,
140:2, 145:6,
155:21, 159:2,
159:6, 171:1,
187:17, 204:5,
207:15, 220:22,
226:6, 232:20,
232:22, 233:23,
234:4, 242:10,
248:12, 252:23,
254:13
**eventually** [1] - 135:1
**evidence** [55] - 8:10,

9:19, 12:14, 16:21,
17:9, 18:15, 30:18,
35:8, 36:25, 37:10,
39:2, 44:7, 44:8,
44:25, 54:10, 56:17,
66:15, 67:25, 80:11,
100:16, 113:5,
118:24, 126:12,
131:21, 132:10,
134:20, 143:25,
147:7, 151:1,
156:25, 159:8,
162:21, 167:5,
167:13, 173:17,
185:3, 185:13,
193:13, 194:2,
194:8, 194:13,
194:14, 204:18,
206:9, 206:18,
209:12, 210:10,
217:13, 227:14,
243:17, 246:11,
247:18, 250:5, 250:7
**evident** [1] - 211:14
**exact** [2] - 71:13,
253:20
**exactly** [14] - 53:20,
57:4, 58:4, 61:17,
71:8, 118:7, 125:24,
144:7, 153:24,
155:7, 209:25,
235:5, 241:15,
242:13
**examination** [1] - 7:15
**example** [8] - 4:24,
14:14, 26:17, 40:21,
54:1, 54:23, 55:7,
153:25
**except** [1] - 212:16
**exceptionally** [1] -
12:23
**excerpt** [1] - 85:14
**excited** [1] - 137:6
**exciting** [1] - 89:4
**exclusively** [8] -
36:25, 67:7, 69:23,
100:15, 100:16,
131:20, 156:24,
167:4
**excuse** [3] - 7:21,
86:11, 230:3
**excused** [12] - 7:17,
44:23, 86:8, 104:3,
132:13, 136:1,
143:10, 218:10,
231:10, 240:19,
242:2, 255:16
**excusing** [6] - 103:25,
196:25, 230:5,
231:8, 240:16,

241:25
**executive** [2] - 241:11,
241:15
**exercise** [3] - 5:2,
5:14, 7:19
**exhibit** [5] - 243:18,
243:20, 254:24,
255:8
**exists** [1] - 82:4
**expect** [11] - 56:15,
56:18, 61:3, 67:6,
67:9, 70:22, 99:13,
100:14, 102:2,
167:3, 216:13
**expected** [6] - 9:20,
82:1, 82:19, 82:22,
251:22, 253:15
**expects** [1] - 11:9
**experience** [23] - 23:4,
26:14, 58:18, 87:15,
101:9, 106:22,
111:2, 112:4,
117:18, 138:15,
139:13, 148:1,
151:8, 156:23,
158:1, 160:17,
181:4, 181:22,
187:9, 211:2,
216:11, 245:1,
247:24
**experiences** [7] -
28:25, 46:17, 71:16,
177:8, 184:22,
198:23, 204:9
**expert** [2] - 225:15,
225:18
**expertise** [2] - 180:8,
180:12
**explain** [2] - 9:5,
251:12
**explained** [2] -
160:22, 218:8
**explaining** [1] - 94:23
**explanation** [1] - 4:14
**exposed** [7] - 32:12,
37:6, 209:10, 223:7,
245:8, 247:4, 247:16
**exposure** [10] - 36:19,
37:8, 69:15, 69:23,
81:25, 82:2, 131:14,
131:19, 218:15,
227:12
**expound** [1] - 53:23
**expressed** [2] - 216:5,
216:17
**expressing** [1] - 13:2
**extended** [1] - 144:10
**extensively** [2] -
74:10, 228:3
**extent** [5] - 47:1, 82:3,

128:13, 132:6,
218:15
**extenuating** [1] -
118:11
**extra** [1] - 5:12
**extreme** [1] - 150:22
**extremely** [1] - 68:13
**extremist** [3] - 17:23,
90:16, 91:18
**eye** [8] - 42:7, 43:25,
44:1, 44:2, 44:3,
74:14, 79:23, 218:24

## F

**face** [4] - 184:19,
205:4, 243:4, 243:6
**Facebook** [4] - 38:5,
40:20, 40:23, 41:1
**faces** [3] - 174:1,
184:15, 223:20
**facial** [1] - 184:14
**facilitate** [1] - 175:1
**fact** [12] - 67:20,
69:18, 102:10,
144:20, 147:3,
156:18, 189:10,
209:8, 212:16,
228:20, 247:16,
254:8
**facto** [1] - 58:25
**factors** [2] - 16:25,
159:17
**facts** [27] - 15:2,
26:21, 41:20, 50:20,
67:7, 69:24, 79:9,
80:11, 80:21,
118:24, 129:6,
131:20, 138:17,
139:24, 141:13,
156:24, 163:20,
167:5, 185:12,
189:15, 206:13,
211:20, 216:8,
217:12, 217:16,
228:12
**factually** [1] - 225:17
**failed** [1] - 187:7
**failures** [1] - 184:19
**fair** [11] - 18:14, 52:19,
76:18, 79:12, 79:16,
98:1, 118:16,
209:12, 209:17,
253:17, 253:19
**fairly** [30] - 17:15,
17:20, 22:1, 23:6,
31:17, 32:10,
105:22, 108:2,
110:25, 112:6,
113:5, 126:11,

129:5, 132:9,
138:16, 139:23,
141:12, 147:7,
147:11, 151:16,
162:21, 173:17,
177:9, 179:7,
181:10, 189:15,
227:13, 228:3,
247:17, 248:10
**Faith** [1] - 10:6
**fall** [1] - 193:7
**falls** [1] - 56:4
**falsely** [1] - 210:13
**familiar** [5] - 11:22,
43:7, 93:10, 151:15,
151:16
**familiarity** [1] - 159:6
**families** [1] - 215:5
**family** [55] - 10:14,
10:19, 13:5, 15:24,
16:10, 16:14, 16:18,
21:15, 22:4, 27:23,
31:1, 31:25, 50:12,
52:21, 71:22, 72:8,
88:20, 89:4, 89:9,
94:21, 95:12, 95:15,
101:13, 105:11,
105:17, 108:6,
108:8, 109:6, 110:5,
110:14, 111:9,
128:2, 128:10,
128:16, 130:18,
135:6, 137:20,
141:25, 142:8,
148:19, 161:2,
168:25, 174:6,
176:5, 185:20,
196:7, 197:12,
199:4, 200:20,
200:24, 204:7,
204:8, 225:12,
231:19, 234:11
**fantastic** [1] - 123:23
**far** [17] - 3:25, 9:6,
48:15, 62:15, 75:14,
75:16, 114:25,
124:19, 147:22,
158:5, 168:14,
189:13, 220:25,
226:11, 226:15,
226:18, 243:2
**Farm** [1] - 75:24
**farm** [1] - 76:1
**farmers** [2] - 201:25,
202:4
**faster** [1] - 82:22
**favor** [1] - 200:10
**favorable** [1] - 184:23
**FBI** [5] - 16:4, 199:20,
200:22, 202:7,

202:21
**fear** [13] - 40:17,
53:19, 53:20, 77:22,
97:21, 97:22,
113:25, 124:17,
124:21, 164:22,
181:24, 182:1, 182:2
**fearful** [3] - 33:15,
65:23, 65:24
**features** [1] - 148:10
**Federal** [1] - 11:14
**federal** [16] - 10:16,
12:2, 16:4, 59:15,
105:15, 105:19,
114:19, 114:21,
114:22, 114:25,
142:13, 160:13,
167:12, 197:13,
199:19, 225:5
**feed** [2] - 38:5, 122:19
**feelings** [25] - 14:6,
17:13, 17:18, 19:2,
19:4, 34:1, 40:17,
77:8, 77:16, 81:14,
116:7, 124:17,
125:1, 125:7, 153:2,
159:3, 165:24,
181:15, 191:7,
205:3, 224:15,
226:7, 233:24,
242:6, 253:3
**feet** [2] - 96:15, 163:12
**fellow** [2] - 12:8, 13:3
**felony** [2] - 4:4, 4:8
**felt** [26] - 24:9, 35:1,
35:2, 39:24, 77:2,
81:15, 94:20, 96:24,
97:12, 97:13, 97:17,
97:23, 97:24, 98:1,
98:4, 101:5, 139:22,
151:22, 151:24,
181:4, 211:20,
217:19, 228:5
**female** [1] - 109:14
**fence** [2] - 157:18,
157:19
**fences** [3] - 23:20,
26:18, 174:3
**fencing** [7] - 147:19,
152:5, 156:9,
156:18, 157:6,
158:8, 159:24
**few** [19] - 3:10, 21:10,
45:22, 57:7, 61:9,
71:11, 79:24,
107:15, 123:3,
160:25, 163:6,
163:10, 177:17,
185:7, 187:5, 188:3,
212:2, 216:4, 216:16

**field** [7] - 55:6, 152:21,
200:4, 200:6,
201:15, 201:17,
201:19
**fight** [1] - 113:19
**fighting** [4] - 33:5,
33:7, 33:9, 35:15
**figure** [1] - 140:16
**figures** [1] - 117:3
**filed** [1] - 136:21
**filling** [1] - 183:18
**finalized** [1] - 115:8
**finally** [2] - 159:9,
180:21
**financial** [1] - 238:7
**fine** [9] - 3:7, 3:8, 5:4,
5:25, 6:4, 17:5,
70:25, 92:7
**fingerprints** [1] -
193:5
**finished** [1] - 252:14
**finishes** [2] - 70:23,
144:8
**fire** [2] - 190:4, 190:10
**firearm** [3] - 187:5,
192:21, 193:10
**firearms** [2] - 120:7,
120:13
**firefighters** [1] -
190:13
**firm** [11] - 28:1, 28:2,
137:21, 140:15,
161:4, 161:6,
165:22, 165:25,
215:8, 234:22,
235:16
**firms** [3] - 161:8,
161:9, 199:16
**first** [29] - 19:21, 20:6,
40:5, 43:11, 50:15,
62:18, 75:21, 85:22,
86:1, 86:17, 93:5,
128:17, 130:23,
133:25, 143:24,
158:23, 168:9,
179:16, 184:1,
184:5, 185:20,
185:23, 195:4,
229:11, 230:12,
236:19, 238:7, 241:8
**First** [1] - 72:22
**Fish** [3] - 10:8, 10:10,
59:2
**FISH** [437] - 3:3, 4:3,
4:7, 4:21, 5:4, 5:22,
10:9, 10:24, 11:19,
19:1, 19:7, 19:9,
23:10, 23:12, 23:14,
23:23, 24:3, 24:11,
24:15, 24:18, 25:1,

27:11, 32:14, 32:17,
32:25, 33:7, 33:11,
33:15, 33:19, 33:22,
34:1, 34:6, 34:9,
34:13, 34:16, 34:18,
34:22, 36:2, 39:7,
39:12, 39:15, 39:17,
39:21, 39:24, 40:3,
40:10, 40:14, 40:17,
40:19, 41:3, 41:8,
41:12, 42:2, 42:10,
44:24, 45:8, 50:23,
50:25, 51:3, 51:6,
51:8, 51:12, 51:15,
51:18, 51:22, 51:25,
52:5, 52:8, 52:11,
52:19, 52:23, 53:1,
53:4, 53:13, 53:16,
53:19, 53:21, 53:25,
54:4, 54:7, 54:12,
54:18, 54:23, 54:25,
55:2, 55:8, 55:11,
55:14, 55:16, 58:11,
59:3, 64:4, 64:6,
64:11, 64:13, 64:17,
64:20, 64:22, 65:4,
65:8, 65:14, 65:19,
65:23, 66:1, 66:5,
66:9, 66:12, 66:16,
66:23, 66:25, 68:4,
68:7, 68:13, 68:17,
68:24, 75:18, 75:21,
76:2, 76:5, 76:7,
76:11, 76:14, 76:18,
76:21, 76:23, 77:1,
77:9, 77:17, 77:19,
77:22, 77:24, 78:3,
78:13, 78:21, 79:1,
79:4, 79:6, 79:12,
79:22, 80:3, 81:9,
83:2, 83:11, 92:10,
92:13, 92:19, 93:3,
93:8, 93:15, 93:19,
93:23, 94:1, 94:10,
94:13, 94:25, 95:5,
95:8, 95:16, 95:20,
96:2, 96:7, 96:9,
96:21, 97:4, 97:11,
97:14, 97:19, 97:21,
98:1, 98:5, 98:10,
98:13, 98:19, 98:22,
101:1, 103:24,
104:18, 104:22,
113:10, 113:12,
113:15, 113:18,
113:21, 113:25,
114:4, 114:13,
114:15, 114:19,
115:1, 115:14,
115:18, 115:23,
116:2, 116:6, 116:9,

119:9, 123:15, 123:18, 123:23, 124:1, 124:4, 124:10, 124:13, 124:17, 124:23, 125:1, 125:7, 125:10, 125:15, 125:21, 126:2, 127:10, 127:16, 129:10, 129:12, 129:16, 129:23, 130:2, 130:7, 130:10, 130:13, 130:17, 130:20, 131:3, 131:9, 132:16, 132:22, 135:25, 143:8, 143:12, 151:5, 151:7, 151:11, 151:14, 151:18, 151:21, 152:4, 152:7, 152:13, 152:16, 152:23, 152:25, 153:5, 153:10, 153:16, 153:23, 153:25, 154:5, 154:9, 154:15, 154:22, 154:24, 155:4, 155:8, 155:12, 158:14, 158:20, 163:24, 164:1, 164:4, 164:7, 164:12, 164:19, 164:22, 164:24, 165:2, 165:5, 165:11, 165:14, 165:18, 165:21, 166:2, 167:25, 177:14, 177:17, 177:22, 177:24, 178:1, 178:5, 178:9, 178:13, 178:16, 178:22, 179:1, 179:4, 179:7, 179:11, 179:21, 179:25, 180:7, 180:12, 180:17, 180:21, 180:25, 181:6, 181:10, 181:15, 181:18, 181:20, 181:24, 182:3, 182:6, 182:13, 182:16, 182:21, 183:3, 183:6, 185:18, 186:10, 190:1, 190:3, 190:7, 190:12, 190:16, 190:20, 190:23, 191:4, 191:7,

191:11, 191:16, 191:21, 191:25, 192:4, 192:12, 194:23, 197:1, 201:8, 201:10, 201:15, 201:17, 201:19, 201:23, 202:1, 202:4, 202:6, 202:11, 202:13, 202:18, 202:22, 203:5, 203:8, 203:12, 203:16, 203:19, 203:23, 204:1, 204:4, 204:8, 204:12, 204:15, 204:20, 204:23, 205:3, 205:11, 205:14, 207:3, 211:8, 211:24, 212:8, 212:11, 212:19, 212:24, 213:8, 213:15, 213:18, 214:4, 214:9, 214:19, 215:1, 215:6, 215:10, 215:13, 215:16, 218:14, 224:1, 224:6, 224:9, 224:12, 224:22, 225:7, 225:11, 225:19, 225:24, 226:6, 226:14, 226:18, 226:23, 227:5, 227:19, 230:4, 231:7, 232:19, 233:2, 233:5, 233:10, 233:13, 233:18, 233:23, 234:3, 234:9, 234:14, 234:18, 235:4, 235:6, 235:10, 235:13, 235:15, 235:18, 237:25, 238:5, 238:25, 240:13, 241:25, 242:9, 242:16, 242:21, 242:24, 243:4, 243:8, 244:2, 247:21, 247:23, 248:7, 248:10, 248:12, 248:15, 248:20, 248:24, 249:2, 251:7, 251:20, 252:5, 252:11, 252:17, 252:22, 254:12, 254:23

**fish** [26] - 10:23, 11:17, 18:19, 23:9, 32:13, 39:6, 50:22,

59:21, 64:3, 75:17, 83:1, 92:9, 92:12, 113:9, 123:14, 129:9, 143:7, 151:4, 163:23, 177:13, 189:25, 201:7, 211:7, 223:25, 232:18, 247:20
**fits** [1] - 59:24
**five** [6] - 30:15, 36:4, 85:23, 120:20, 170:16, 198:17
**flaw** [1] - 206:14
**flip** [2] - 29:22, 217:10
**Florida** [1] - 63:15
**flow** [1] - 74:15
**flying** [2] - 181:7, 185:8
**focus** [4] - 48:5, 66:23, 225:25, 234:19
**focused** [2] - 69:6, 140:14
**folks** [12] - 7:8, 19:16, 77:16, 77:17, 93:10, 148:11, 149:20, 150:3, 159:25, 165:23, 182:10, 207:5
**follow** [72] - 3:21, 12:18, 14:8, 15:2, 15:4, 15:7, 15:21, 19:17, 19:18, 19:22, 20:5, 23:9, 23:14, 24:16, 25:5, 26:16, 29:10, 32:17, 33:4, 37:23, 39:8, 50:25, 54:18, 64:6, 68:5, 69:15, 69:18, 74:10, 75:21, 84:20, 92:14, 94:8, 94:9, 96:2, 96:3, 107:6, 113:12, 114:15, 115:19, 116:14, 118:19, 123:18, 124:1, 127:8, 129:12, 145:23, 151:7, 157:4, 158:12, 158:16, 164:1, 166:22, 177:17, 179:24, 183:9, 190:3, 192:16, 204:23, 205:17, 206:18, 211:9, 215:1, 216:3, 216:15, 225:17, 237:23, 245:14, 247:23, 249:18, 250:9
**follow-up** [11] - 3:21,

19:17, 23:9, 26:16, 33:4, 68:5, 127:8, 157:4, 158:12, 158:16, 237:23
**followed** [29] - 13:16, 20:19, 20:24, 29:4, 36:13, 47:2, 49:6, 62:5, 62:6, 62:23, 70:2, 75:11, 78:11, 81:20, 140:19, 144:17, 154:2, 161:16, 171:1, 172:9, 172:15, 187:21, 207:15, 207:19, 221:2, 221:3, 222:13, 228:2
**following** [26] - 11:10, 14:22, 15:8, 39:3, 46:23, 47:11, 62:1, 74:9, 85:16, 107:3, 121:24, 122:6, 128:12, 128:19, 140:2, 144:6, 144:13, 161:13, 187:16, 206:21, 213:18, 220:21, 223:12, 223:19, 238:10, 245:6
**footage** [9] - 23:24, 33:4, 41:4, 53:10, 53:13, 112:17, 132:3, 132:8, 212:20
**forbidden** [2] - 15:14, 15:17
**force** [2] - 89:5, 96:18
**Force** [1] - 11:14
**forces** [1] - 167:14
**foremost** [3] - 180:20, 185:23, 238:7
**forensics** [2] - 180:9, 180:10
**foreperson** [1] - 71:12
**forfeiture** [3] - 200:3, 202:19, 202:21
**forgotten** [1] - 173:13
**form** [1] - 124:8
**formed** [1] - 69:22
**former** [3] - 117:12, 150:14, 152:17
**forth** [3] - 33:5, 34:21, 96:18
**fought** [1] - 35:16
**four** [24] - 8:14, 9:21, 11:10, 30:15, 36:4, 42:22, 70:16, 84:6, 102:22, 111:18, 120:20, 133:7, 143:25, 152:11, 168:10, 170:16, 187:4, 195:5,

195:13, 220:15, 229:12, 230:13, 239:9, 241:8
**Fourth** [2] - 88:22, 93:2
**Fox** [2] - 156:7, 213:24
**Francesco** [1] - 10:3
**frankly** [1] - 243:12
**free** [1] - 155:19
**frequently** [1] - 26:1
**Friday** [4] - 144:4, 144:6, 241:12
**friend** [19] - 16:10, 21:16, 22:5, 27:24, 30:25, 31:25, 71:22, 88:20, 126:20, 128:2, 161:2, 168:25, 174:6, 176:5, 196:7, 199:4, 200:20, 200:25, 231:19
**friends** [28] - 13:6, 15:24, 16:14, 18:8, 28:17, 50:12, 52:20, 52:24, 72:8, 72:9, 72:12, 108:7, 110:15, 111:9, 131:5, 137:20, 141:20, 141:25, 142:4, 142:8, 148:20, 152:20, 196:11, 204:7, 204:8, 225:12
**front** [2] - 140:4, 237:17
**frustrate** [1] - 66:20
**frustrated** [2] - 69:9, 152:3
**frustrates** [1] - 66:19
**frustrating** [1] - 159:12
**frustration** [1] - 159:3
**full** [4] - 36:4, 51:16, 160:15, 231:2
**fully** [2] - 179:22, 215:11
**function** [1] - 254:5
**functional** [1] - 213:7
**Fund** [1] - 48:4
**funeral** [2] - 92:23, 93:5
**fur** [1] - 233:9
**future** [2] - 235:16, 238:9

## G

**gas** [4] - 53:14, 183:18, 183:19, 183:21

**gates** [1] - 247:8
**gather** [2] - 104:16, 237:3
**gathering** [1] - 109:7
**gatherings** [1] - 109:6
**gavel** [4] - 146:15, 208:12
**gear** [1] - 154:19
**general** [26] - 3:13, 9:18, 24:1, 47:12, 53:9, 53:10, 55:20, 72:3, 73:20, 74:24, 75:1, 77:3, 77:7, 77:15, 77:16, 78:1, 78:8, 125:4, 125:19, 139:16, 142:3, 221:7, 222:23, 222:24, 234:1, 234:8
**generalized** [1] - 124:23
**generally** [9] - 49:21, 128:20, 129:18, 146:1, 153:4, 184:22, 207:22, 213:15, 254:13
**gentleman** [3] - 111:14, 171:24, 246:4
**gentlemans** [1] - 96:14
**Georgetown** [1] - 71:9
**Georgia** [1] - 121:9
**German** [1] - 48:4
**given** [13] - 4:1, 19:2, 44:25, 59:4, 59:25, 60:1, 81:10, 89:19, 101:11, 126:7, 175:24, 213:23, 249:10
**glad** [2] - 25:18, 160:20
**glass** [4] - 173:11, 182:11, 247:10, 247:11
**Glavey** [1] - 11:12
**gloves** [1] - 25:13
**glued** [5] - 38:9, 49:1, 122:10, 162:7, 221:18
**Goodman's** [1] - 219:8
**Google** [3] - 8:3, 220:8, 227:21
**Googled** [1] - 220:13
**Googling** [1] - 15:17
**gosh** [1] - 215:13
**gotcha** [1] - 184:21
**government** [39] - 5:9, 8:13, 11:9, 14:12, 14:14, 14:16, 18:25,

19:3, 27:10, 36:17, 41:14, 58:14, 58:20, 69:13, 81:23, 82:1, 101:17, 102:4, 102:9, 104:1, 119:8, 168:1, 187:7, 188:21, 193:3, 199:17, 199:19, 200:10, 212:18, 212:22, 212:23, 213:2, 214:16, 222:23, 225:4, 225:5, 243:13, 253:12, 254:5
**government's** [2] - 10:6, 101:12
**grand** [6] - 12:1, 61:8, 86:21, 111:23, 160:14, 167:12
**grant** [3] - 58:24, 102:5, 110:6
**great** [4] - 41:7, 98:12, 155:3, 208:24
**greater** [4] - 9:6, 14:4, 82:2, 225:1
**greatly** [2] - 7:11, 8:9
**ground** [2] - 53:11, 193:6
**grounds** [2] - 8:18, 8:21
**Grounds** [4] - 8:24, 253:24, 253:25, 254:2
**group** [7] - 3:14, 12:10, 48:10, 139:14, 189:23, 214:19, 214:21
**groups** [4] - 17:23, 90:16, 91:12, 91:18
**grow** [1] - 180:15
**growing** [2] - 148:25, 152:20
**Guard** [2] - 51:6, 51:11
**guardrails** [1] - 222:5
**guess** [45] - 25:17, 33:16, 34:21, 53:18, 54:3, 54:12, 54:15, 54:16, 58:3, 70:12, 72:9, 73:22, 74:12, 74:24, 75:1, 75:19, 77:3, 77:4, 77:13, 77:15, 78:1, 78:13, 78:25, 85:3, 121:16, 124:15, 124:16, 124:24, 125:4, 125:12, 125:18, 133:10, 174:21, 183:17, 191:24, 191:25, 208:25,

218:3, 226:10, 233:25, 236:11, 237:1, 239:20, 245:10, 252:13
**guilt** [1] - 14:15
**guilty** [19] - 9:9, 16:22, 17:6, 17:11, 18:8, 57:14, 57:20, 57:22, 106:18, 187:6, 187:8, 192:24, 197:18, 210:12, 211:15, 217:20, 251:2, 251:3
**Gulf** [1] - 152:15
**gun** [7] - 25:14, 58:3, 61:16, 110:20, 193:5, 193:6, 193:7
**guy** [5] - 117:6, 180:20, 203:14, 216:22
**guys** [3] - 42:9, 184:18, 195:23

## H

**habit** [2] - 8:2, 156:13
**half** [11] - 59:10, 88:10, 103:16, 208:10, 208:11, 212:1, 222:17, 224:5, 239:22, 240:4, 242:13
**Hall** [1] - 70:20
**hallway** [1] - 96:16
**handful** [14] - 38:21, 50:8, 62:25, 75:4, 85:7, 128:21, 140:22, 146:2, 147:25, 162:10, 172:3, 208:1, 223:1, 246:21
**handle** [3] - 86:10, 86:11, 126:16
**hands** [1] - 160:21
**hanging** [1] - 246:4
**happenings** [1] - 47:13
**happenstance** [1] - 69:2
**happy** [2] - 191:20, 254:25
**hard** [16] - 34:4, 44:12, 44:13, 54:16, 59:8, 59:17, 68:13, 94:3, 134:22, 154:9, 159:7, 184:25, 209:24, 232:14, 234:7
**harder** [1] - 42:12
**hardship** [6] - 103:7,

103:9, 197:1, 197:2, 230:5, 242:1
**harm** [1] - 214:20
**harmed** [1] - 139:10
**head** [2] - 203:14, 231:21
**heading** [1] - 144:4
**headline** [2] - 40:23, 75:13
**headlines** [1] - 41:1
**headpiece** [1] - 203:16
**headquarters** [3] - 55:21, 145:14, 190:15
**heads** [1] - 241:17
**headstrong** [1] - 94:5
**healed** [1] - 44:16
**healing** [1] - 43:25
**healthcare** [1] - 94:17
**hear** [46] - 22:1, 25:9, 26:14, 33:22, 35:8, 37:1, 49:11, 54:16, 65:5, 80:11, 86:3, 89:15, 94:16, 94:22, 95:14, 95:19, 95:23, 99:21, 101:3, 101:5, 101:6, 101:7, 105:22, 106:18, 107:9, 108:2, 112:5, 123:11, 124:8, 129:14, 144:3, 155:15, 156:25, 164:5, 180:2, 181:22, 183:15, 185:4, 201:11, 202:18, 206:9, 206:18, 210:10, 212:3, 242:7
**heard** [35] - 4:13, 11:4, 11:5, 13:22, 18:12, 39:18, 54:17, 56:17, 67:16, 78:4, 78:5, 81:15, 84:17, 84:24, 86:19, 87:5, 87:19, 116:4, 136:16, 141:16, 148:6, 155:23, 156:8, 163:1, 164:7, 170:10, 173:22, 179:12, 182:19, 209:12, 209:22, 216:16, 251:9, 254:20
**hearing** [23] - 12:21, 17:9, 21:2, 21:4, 24:20, 24:24, 43:20, 48:21, 65:2, 70:4, 101:25, 106:24, 111:4, 124:5,

144:23, 146:11, 154:10, 175:17, 180:1, 187:11, 188:15, 193:16, 219:22
**hearings** [58] - 21:7, 30:5, 30:17, 32:18, 36:5, 38:18, 38:19, 49:17, 53:6, 62:15, 62:22, 63:5, 63:23, 64:8, 65:5, 67:16, 69:1, 69:17, 69:19, 75:7, 85:12, 107:19, 107:20, 107:21, 123:8, 129:1, 141:1, 141:2, 141:5, 146:8, 146:9, 146:12, 146:15, 154:11, 154:13, 162:14, 172:19, 173:4, 188:8, 188:16, 188:17, 188:19, 188:24, 191:14, 192:6, 208:6, 212:2, 213:10, 218:18, 221:4, 222:13, 222:15, 222:21, 224:23, 228:3, 246:25, 247:1
**hears** [1] - 170:4
**heart** [2] - 89:6, 210:2
**heavy** [1] - 14:13
**held** [7] - 6:6, 19:13, 19:23, 20:9, 123:8, 129:1, 141:1
**helicopters** [5] - 171:11, 181:7, 181:14, 181:16, 185:8
**hello** [8] - 23:13, 37:18, 102:17, 143:19, 163:25, 166:19, 166:20, 168:5
**help** [6] - 17:1, 55:8, 55:11, 165:23, 174:25, 196:21
**helpful** [2] - 118:6, 255:1
**herself** [2] - 218:23, 219:11
**hi** [11] - 113:11, 116:13, 119:14, 123:17, 127:22, 129:11, 131:12, 136:9, 166:21, 183:8, 229:7
**high** [3] - 58:16, 71:12, 148:25
**high-speed** [1] - 71:12

**higher** [1] - 14:16
**highlight** [2] - 24:2, 241:2
**highlighted** [1] - 79:18
**highly** [1] - 74:25
**Hill** [9] - 28:18, 80:17, 80:24, 88:6, 124:20, 148:2, 156:10, 181:12, 224:5
**hinders** [1] - 44:2
**history** [1] - 191:23
**hit** [1] - 135:1
**hitting** [1] - 146:23
**Hold** [1] - 83:10
**hold** [6] - 14:15, 14:21, 160:21, 172:8, 202:11, 214:21
**holdout** [1] - 106:17
**holds** [2] - 218:25, 224:19
**home** [32] - 48:20, 48:23, 49:23, 86:9, 103:14, 120:7, 122:7, 122:8, 140:8, 141:20, 142:1, 144:20, 145:19, 161:23, 162:2, 162:3, 162:4, 171:10, 171:19, 181:7, 201:22, 221:11, 221:13, 221:14, 221:15, 224:6, 224:8, 245:11, 245:17, 251:21, 251:25, 252:2
**Homeland** [6] - 16:5, 47:16, 54:19, 126:21, 127:1, 127:3
**honestly** [5] - 95:19, 120:22, 223:17, 245:14, 248:4
**Honor** [99] - 3:4, 4:3, 4:7, 4:13, 5:4, 5:24, 10:24, 18:24, 23:10, 27:11, 36:2, 36:17, 41:15, 42:2, 42:3, 42:10, 44:24, 45:1, 45:8, 45:9, 58:11, 58:20, 59:3, 68:4, 68:24, 69:13, 69:25, 81:9, 81:23, 82:16, 83:6, 83:11, 83:13, 83:15, 101:1, 101:17, 103:24, 104:12, 104:18, 104:21, 105:1, 119:9, 126:5, 127:10, 127:11,

127:16, 127:17, 132:16, 132:17, 132:22, 135:25, 136:1, 143:8, 143:9, 143:12, 158:14, 158:20, 159:19, 167:25, 185:18, 194:23, 197:1, 207:3, 207:7, 207:10, 218:14, 218:22, 227:7, 227:19, 228:8, 230:3, 230:4, 231:7, 231:9, 231:17, 235:19, 237:25, 238:1, 238:3, 238:5, 238:17, 238:25, 239:4, 239:7, 240:13, 242:9, 242:15, 242:16, 242:21, 243:5, 243:8, 243:10, 243:11, 252:18, 252:22, 252:25, 253:12, 254:12, 254:23
**Honor's** [1] - 228:11
**hoodie** [1] - 25:13
**hope** [3] - 76:20, 77:16, 77:17
**horns** [1] - 203:15
**horrible** [1] - 69:7
**hospital** [1] - 176:24
**hounded** [1] - 206:12
**hours** [3] - 134:1, 195:19, 213:23
**House** [21] - 30:3, 38:18, 49:16, 75:7, 85:10, 107:18, 123:7, 128:25, 140:25, 146:7, 162:13, 172:18, 173:12, 173:13, 188:7, 208:5, 246:24, 249:7, 249:8, 251:15, 252:6
**house** [5] - 124:21, 131:7, 180:4, 180:20, 215:20
**houses** [1] - 177:20
**housing** [2] - 170:16, 215:5
**Houston** [1] - 234:25
**HUD** [1] - 215:9
**hundred** [2] - 196:15, 225:16
**hurt** [8] - 25:17, 25:18, 66:18, 107:11, 113:16, 189:7, 191:9, 191:10

**I**

**ICE** [1] - 54:25
**idea** [7] - 125:15, 131:1, 155:2, 155:4, 166:24, 182:17, 254:8
**ideas** [4] - 12:16, 166:4, 167:8, 182:25
**identify** [1] - 55:2
**identifying** [1] - 219:5
**ideology** [1] - 194:1
**ignore** [1] - 15:4
**illegal** [1] - 189:18
**image** [5] - 51:16, 52:1, 180:25, 203:19, 203:20
**images** [15] - 23:16, 23:21, 32:20, 53:7, 129:13, 146:18, 147:5, 173:8, 173:16, 182:6, 188:25, 189:14, 247:16, 247:25, 248:16
**imagine** [1] - 124:8
**immediate** [25] - 10:14, 10:19, 11:22, 13:5, 15:23, 16:9, 16:13, 16:17, 21:15, 27:23, 31:24, 81:14, 95:17, 108:6, 110:14, 111:9, 137:19, 139:14, 148:19, 168:25, 176:5, 196:6, 197:12, 200:24, 231:19
**immediately** [2] - 101:8, 233:3
**impact** [45] - 22:1, 23:6, 46:18, 50:19, 65:14, 71:18, 76:12, 81:18, 87:16, 88:16, 105:21, 106:23, 108:1, 111:3, 112:5, 126:11, 129:5, 132:9, 138:16, 139:23, 141:12, 147:6, 147:12, 147:14, 160:17, 162:20, 163:19, 170:22, 173:16, 177:8, 187:10, 195:17, 198:23, 209:11, 211:3, 227:13, 245:2, 246:10, 249:9, 251:12, 252:7, 252:9, 252:11,

252:25, 253:2
**impacted** [5] - 73:23, 147:16, 159:10, 190:16, 204:10
**impactful** [2] - 252:24, 254:14
**impaneled** [1] - 4:22
**impartial** [17] - 26:25, 27:2, 36:15, 58:19, 59:17, 69:12, 70:7, 81:22, 101:11, 159:17, 209:17, 229:2, 253:10, 253:17, 253:19, 254:11, 254:17
**important** [5] - 8:9, 86:5, 98:3, 226:25, 227:25
**impose** [1] - 17:5
**imposed** [1] - 159:24
**impossible** [3] - 12:23, 14:14, 220:25
**impressed** [1] - 212:13
**impresses** [1] - 253:1
**impression** [2] - 77:13, 117:19
**impressions** [3] - 167:9, 204:13, 205:3
**improve** [1] - 52:1
**improved** [1] - 175:2
**improving** [1] - 175:2
**impugn** [1] - 238:14
**in-depth** [2] - 171:5, 187:25
**incendiary** [1] - 222:4
**incident** [5] - 84:17, 90:21, 98:9, 157:20, 183:22
**incidents** [2] - 183:11, 218:19
**inclined** [2] - 230:3, 243:19
**included** [3] - 36:5, 154:2, 154:6
**includes** [2] - 16:4, 16:6
**including** [7] - 12:4, 15:12, 16:2, 54:23, 58:15, 159:1, 227:22
**income** [6] - 215:5, 235:6, 236:8, 236:14, 238:9
**inconvenience** [7] - 7:8, 42:6, 60:14, 132:20, 157:11, 159:23, 160:1
**inconvenienced** [1] - 157:7
**inconveniencing** [1] -

159:11
**independent** [2] - 8:1, 8:3
**Indiana** [1] - 250:19
**indicate** [4] - 33:19, 69:4, 81:11, 102:10
**indicated** [27] - 17:22, 36:7, 36:8, 39:9, 47:14, 58:16, 70:17, 79:1, 88:1, 91:17, 92:16, 93:19, 93:23, 96:9, 113:15, 115:23, 116:19, 117:11, 128:3, 151:18, 177:18, 215:2, 216:11, 217:15, 217:23, 252:5, 252:25
**indicted** [1] - 87:7
**indictment** [1] - 137:9
**indirect** [4] - 13:13, 73:19, 135:13, 236:7
**indirectly** [2] - 73:22, 235:9
**individual** [8] - 3:17, 3:23, 7:19, 26:4, 37:8, 79:10, 126:9, 163:4
**individual's** [1] - 220:5
**individually** [5] - 9:15, 19:16, 19:17, 89:22, 102:7
**individuals** [21] - 3:23, 8:7, 11:10, 13:23, 35:15, 79:18, 85:2, 85:3, 107:12, 141:17, 148:7, 163:2, 173:23, 209:23, 210:9, 216:17, 216:18, 217:25, 218:1, 218:5, 223:15
**indulge** [1] - 242:22
**inextensively** [1] - 74:10
**influence** [1] - 150:25
**influenced** [1] - 63:16
**influences** [1] - 167:14
**influencing** [1] - 211:21
**influx** [1] - 78:18
**information** [19] - 7:24, 8:1, 16:22, 23:22, 34:21, 36:23, 47:21, 48:12, 49:14, 112:2, 113:23, 122:18, 122:25, 175:1, 175:4, 223:7,

227:22, 227:23, 254:13
**informed** [2] - 25:16, 25:25
**inhibit** [1] - 247:17
**initial** [1] - 101:24, 205:25
**inner** [1] - 202:9
**innocent** [2] - 9:10, 210:12
**inquiries** [1] - 115:6
**inquiry** [1] - 104:13
**inside** [3] - 23:19, 85:4, 234:5
**insight** [1] - 89:25
**Inspector** [1] - 11:11
**Instagram** [3] - 38:5, 40:20, 41:1
**instance** [4] - 116:20, 120:17, 184:6, 250:4
**instances** [3] - 5:12, 129:21, 189:5
**institution** [4] - 224:18, 226:25, 227:2, 228:1
**instruct** [13] - 14:1, 14:20, 15:3, 15:11, 35:7, 56:15, 99:13, 100:14, 102:3, 126:13, 167:3, 194:12
**instructed** [4] - 56:18, 67:6, 69:25, 102:2
**instruction** [7] - 12:18, 14:8, 14:22, 15:21, 99:21, 194:15, 250:10
**instructions** [15] - 9:5, 12:15, 15:8, 16:21, 18:16, 19:18, 39:3, 67:8, 113:6, 134:21, 156:25, 167:7, 185:4, 209:13, 228:11
**instructs** [1] - 206:16
**intellectual** [2] - 28:5, 137:23
**intend** [2] - 214:20
**intended** [11] - 18:5, 24:13, 112:11, 114:9, 125:22, 130:14, 166:5, 166:24, 182:22, 204:2, 205:24
**intends** [1] - 19:3
**intense** [1] - 24:1
**intensely** [1] - 36:13
**intent** [6] - 192:5, 249:12, 249:14, 250:6, 253:4, 254:4

**intention** [1] - 166:9
**intentions** [4] - 214:11, 214:15, 225:21
**interact** [1] - 25:19
**interaction** [2] - 25:23, 191:2
**interactions** [2] - 31:14, 190:24
**interchangeably** [1] - 236:5
**interest** [1] - 69:17
**interested** [4] - 63:15, 64:16, 78:11, 95:5
**interesting** [7] - 172:14, 188:20, 193:15, 193:21, 193:24, 194:3, 210:25
**interfacing** [1] - 174:25
**interfere** [1] - 156:18
**International** [3] - 234:16, 234:21, 236:9
**internet** [3] - 13:21, 15:13, 15:19
**internship** [1] - 128:8
**interruptions** [1] - 243:12
**interviews** [1] - 74:5
**intimidate** [1] - 252:8
**intrigued** [1] - 40:2
**introduce** [3] - 10:1, 10:23, 19:3
**inundated** [1] - 165:8
**investigate** [1] - 179:22
**investigated** [9] - 85:11, 128:25, 141:1, 146:8, 162:14, 172:18, 176:20, 177:2, 188:7
**investigating** [3] - 30:4, 112:1, 208:6
**investigation** [1] - 25:20
**Investigation** [1] - 11:14
**investigative** [1] - 202:7
**investigator** [5] - 3:1, 10:12, 169:18, 174:19, 174:22
**invoicing** [1] - 195:23
**involve** [2] - 51:25, 242:10
**involved** [10] - 8:7, 56:11, 57:10, 58:22, 89:7, 90:20, 110:22,

175:17, 175:19, 226:22
**involving** [3] - 35:22, 192:21, 246:11
**issue** [5] - 16:24, 37:7, 135:3, 193:2, 243:20
**issues** [8] - 9:18, 76:12, 76:13, 91:12, 115:8, 126:25, 131:24, 237:11
**IT** [2] - 161:7, 165:22
**it'll** [1] - 26:12
**item** [2] - 26:12, 215:2
**items** [1] - 218:19
**itself** [2] - 207:20, 253:15

---

## J

**jail** [4] - 17:5, 120:9, 120:12, 197:18
**January** [184] - 8:16, 13:14, 13:17, 13:20, 13:24, 17:14, 17:24, 18:4, 20:20, 21:11, 23:17, 24:4, 26:17, 28:20, 29:5, 30:1, 30:4, 32:19, 32:24, 33:23, 34:2, 34:19, 35:3, 36:20, 37:24, 38:9, 38:19, 39:9, 39:25, 41:5, 46:24, 47:22, 48:13, 48:16, 48:17, 49:7, 49:17, 50:9, 51:19, 52:12, 53:7, 53:22, 56:12, 58:21, 59:13, 62:1, 64:23, 65:16, 66:7, 66:18, 69:7, 69:16, 74:11, 74:18, 75:3, 75:8, 76:24, 78:5, 79:7, 80:9, 81:20, 81:25, 84:17, 84:25, 85:7, 85:11, 87:14, 88:13, 88:15, 90:18, 91:19, 98:10, 100:9, 100:10, 107:3, 108:25, 112:11, 113:16, 115:25, 118:20, 118:22, 121:25, 122:7, 125:7, 128:12, 129:1, 130:8, 131:14, 131:16, 135:14, 135:19, 140:6, 141:18, 142:24, 144:14, 145:1, 145:3, 146:1, 146:3, 146:6, 146:8, 150:20, 151:8, 153:6, 153:18,

153:19, 154:2, 154:6, 155:1, 155:8, 155:21, 155:25, 157:12, 157:17, 157:20, 159:10, 161:14, 162:14, 162:20, 163:3, 165:6, 166:25, 171:2, 171:7, 172:19, 173:7, 175:10, 177:18, 180:23, 182:17, 183:3, 185:7, 187:18, 188:7, 190:17, 191:12, 192:2, 192:8, 193:17, 203:9, 203:13, 203:24, 205:20, 205:24, 207:16, 207:23, 208:6, 208:19, 211:25, 212:19, 213:11, 213:20, 217:25, 218:6, 220:10, 220:18, 220:22, 221:4, 221:8, 222:10, 222:25, 223:2, 223:6, 224:13, 225:9, 225:13, 226:7, 228:22, 232:21, 233:3, 242:6, 245:7, 245:16, 246:15, 246:16, 246:25, 247:24, 248:12, 249:21, 249:24, 252:24, 253:14
**Jeffrey** [1] - 11:13
**Jersey** [1] - 148:25
**job** [30] - 16:23, 47:3, 47:24, 48:2, 51:15, 51:25, 52:11, 52:23, 54:19, 55:14, 56:1, 56:10, 58:12, 59:4, 59:7, 59:9, 68:13, 75:22, 76:7, 79:1, 93:24, 114:16, 115:16, 133:12, 143:1, 190:8, 208:24, 242:9
**jog** [6] - 157:5, 157:8, 157:23, 158:1, 158:2, 158:3
**jogs** [3] - 147:17, 156:15, 156:17
**john** [1] - 175:21
**Johnson** [4] - 19:18, 20:1, 27:4, 104:24
**Journal** [1] - 156:6

**journey** [1] - 44:4
**Judge** [7] - 20:6, 60:4, 86:2, 87:22, 186:22, 206:16, 249:19
**judge** [31] - 16:23, 23:6, 39:2, 41:20, 67:24, 69:23, 89:21, 110:10, 113:4, 113:13, 126:11, 129:5, 131:21, 132:9, 138:16, 139:23, 141:12, 147:6, 147:11, 150:25, 162:21, 163:19, 169:4, 169:22, 169:23, 173:17, 177:8, 178:16, 194:12, 227:13, 247:17
**judge's** [3] - 93:20, 94:11, 250:10
**judges** [2] - 14:24, 15:2
**judging** [2] - 189:14, 217:11
**judgment** [2] - 7:19, 17:10
**judiciary** [1] - 59:16
**jump** [2] - 148:12, 173:4
**jumped** [2] - 70:5, 198:11
**jumping** [2] - 23:20, 26:18
**junkie** [3] - 213:16, 214:7, 218:23
**juries** [1] - 71:8
**Juror** [146] - 6:8, 6:9, 6:10, 6:11, 6:12, 6:14, 6:15, 6:16, 6:17, 6:18, 6:20, 6:21, 6:22, 20:7, 20:11, 20:12, 20:15, 27:8, 27:14, 27:15, 27:19, 35:25, 37:15, 37:16, 37:19, 41:25, 42:14, 42:15, 42:18, 44:21, 45:10, 45:11, 45:14, 58:9, 60:6, 60:7, 60:10, 68:22, 70:8, 70:9, 70:13, 81:5, 83:17, 83:18, 83:23, 100:25, 102:15, 102:16, 102:18, 104:9, 105:3, 105:4, 105:7, 119:6, 119:11, 119:15, 127:14, 127:19, 127:20, 127:23, 132:14,

132:24, 132:25,
133:3, 136:5, 136:6,
136:7, 136:11,
143:11, 143:16,
143:17, 143:20,
158:19, 160:2,
160:3, 160:5,
167:23, 168:2,
168:3, 168:6,
185:17, 186:18,
186:19, 186:20,
194:21, 194:25,
195:1, 195:2, 197:5,
197:6, 197:7, 197:8,
207:1, 207:8, 207:9,
207:11, 218:12,
218:15, 219:14,
219:15, 219:18,
227:18, 227:20,
229:3, 229:4, 229:5,
229:8, 230:7, 230:8,
230:9, 231:12,
231:13, 231:14,
231:15, 238:4,
239:1, 239:2, 239:5,
240:21, 241:3,
241:4, 241:5, 242:4,
243:22, 243:23,
252:21, 252:23
**JUROR** [1168] - 20:14,
20:17, 20:21, 20:25,
21:8, 21:13, 21:17,
21:21, 21:24, 22:2,
22:7, 22:9, 22:11,
22:13, 22:15, 22:18,
22:21, 22:25, 23:3,
23:7, 23:13, 23:18,
23:25, 24:5, 24:14,
24:17, 24:22, 25:4,
25:8, 25:12, 25:21,
25:24, 26:9, 26:15,
26:24, 27:2, 27:18,
27:21, 28:1, 28:4,
28:8, 28:12, 28:17,
28:21, 28:23, 29:2,
29:6, 29:11, 29:14,
29:18, 29:20, 29:22,
30:2, 30:6, 30:11,
30:15, 30:21, 30:23,
31:2, 31:6, 31:9,
31:12, 31:15, 31:18,
31:22, 32:2, 32:4,
32:7, 32:11, 32:16,
32:22, 33:2, 33:10,
33:13, 33:16, 33:21,
33:24, 34:3, 34:8,
34:12, 34:15, 34:17,
34:20, 34:23, 34:25,
35:4, 35:11, 35:18,
35:23, 37:18, 37:21,
37:25, 38:3, 38:12,

38:16, 38:20, 38:23,
39:5, 39:11, 39:14,
39:16, 39:18, 39:23,
40:1, 40:5, 40:12,
40:16, 40:18, 40:22,
41:6, 41:10, 41:13,
41:23, 42:17, 42:20,
42:25, 43:7, 43:10,
43:16, 43:21, 43:23,
44:6, 44:10, 44:18,
45:13, 45:16, 45:19,
45:21, 45:24, 46:1,
46:3, 46:5, 46:8,
46:11, 46:15, 46:20,
46:25, 47:3, 47:10,
47:17, 47:19, 47:23,
48:3, 48:6, 48:9,
48:14, 48:18, 48:20,
49:3, 49:8, 49:10,
49:15, 49:18, 49:20,
50:1, 50:4, 50:7,
50:10, 50:17, 50:21,
50:24, 51:2, 51:5,
51:7, 51:10, 51:14,
51:17, 51:21, 51:23,
52:3, 52:7, 52:10,
52:13, 52:22, 52:24,
53:2, 53:8, 53:14,
53:18, 53:20, 53:23,
54:3, 54:6, 54:9,
54:15, 54:22, 54:24,
55:1, 55:4, 55:10,
55:13, 55:15, 55:21,
56:9, 56:13, 56:22,
57:1, 57:3, 57:7,
57:12, 57:17, 57:19,
57:24, 58:2, 58:8,
60:9, 60:12, 60:17,
60:22, 60:25, 61:5,
61:10, 61:16, 61:20,
61:23, 62:2, 62:4,
62:9, 62:13, 62:17,
62:24, 63:3, 63:8,
63:12, 63:21, 64:1,
64:5, 64:9, 64:12,
64:14, 64:19, 64:21,
64:24, 65:7, 65:9,
65:15, 65:21, 65:24,
66:3, 66:8, 66:11,
66:14, 66:20, 66:24,
67:1, 67:3, 67:11,
67:13, 68:2, 68:10,
68:15, 68:19, 68:21,
70:11, 70:14, 70:19,
70:25, 71:2, 71:5,
71:7, 71:20, 71:24,
72:2, 72:6, 72:9,
72:14, 72:19, 72:23,
73:1, 73:4, 73:8,
73:12, 73:14, 73:16,
73:20, 74:3, 74:7,

74:12, 74:19, 74:23,
75:6, 75:9, 75:13,
75:16, 75:20, 75:24,
76:4, 76:6, 76:9,
76:12, 76:17, 76:20,
76:22, 76:25, 77:3,
77:12, 77:18, 77:21,
77:23, 78:1, 78:7,
78:17, 78:23, 79:3,
79:5, 79:8, 79:15,
80:1, 80:5, 80:7,
80:12, 80:15, 80:18,
80:23, 81:2, 81:4,
83:20, 83:22, 83:25,
84:4, 84:8, 84:14,
84:19, 85:1, 85:9,
85:13, 85:16, 85:19,
85:22, 86:1, 86:7,
86:15, 86:19, 86:22,
86:24, 87:2, 87:4,
87:8, 87:10, 87:13,
87:18, 88:3, 88:5,
88:9, 88:12, 88:14,
88:17, 88:21, 89:3,
89:13, 89:15, 89:23,
90:9, 90:19, 90:24,
91:2, 91:9, 91:14,
91:23, 91:25, 92:4,
92:6, 92:12, 92:18,
92:21, 93:4, 93:13,
93:18, 93:22, 93:25,
94:2, 94:12, 94:16,
95:4, 95:7, 95:11,
95:18, 95:22, 96:6,
96:8, 96:12, 96:23,
97:6, 97:12, 97:17,
97:20, 97:22, 98:4,
98:6, 98:12, 98:15,
98:20, 98:23, 98:25,
99:4, 99:7, 99:11,
99:16, 99:20, 99:24,
100:1, 100:6,
100:12, 100:19,
100:24, 102:17,
102:20, 102:25,
103:15, 103:20,
104:4, 105:6, 105:9,
105:13, 105:17,
105:20, 105:23,
106:1, 106:3, 106:6,
106:9, 106:12,
106:16, 106:25,
107:4, 107:8,
107:17, 107:21,
107:24, 108:3,
108:8, 108:11,
108:14, 108:21,
108:23, 109:1,
109:3, 109:5,
109:11, 109:14,
109:17, 109:20,

109:24, 110:2,
110:4, 110:8,
110:12, 110:17,
110:19, 110:23,
111:1, 111:6,
111:11, 111:13,
111:18, 111:21,
111:25, 112:7,
112:13, 112:16,
112:25, 113:7,
113:11, 113:14,
113:17, 113:20,
113:24, 114:1,
114:3, 114:5,
114:11, 114:14,
114:18, 114:24,
115:5, 115:17,
115:22, 116:1,
116:4, 116:8,
116:13, 116:16,
116:18, 116:21,
116:25, 117:14,
117:23, 118:2,
118:4, 118:17,
119:1, 119:3,
119:14, 119:17,
119:21, 119:25,
120:5, 120:10,
120:15, 120:19,
120:22, 121:1,
121:4, 121:8,
121:11, 121:14,
121:16, 121:18,
121:21, 122:1,
122:4, 122:8,
122:13, 122:21,
123:2, 123:5,
123:10, 123:17,
123:21, 123:24,
124:3, 124:7,
124:12, 124:15,
124:18, 124:24,
125:3, 125:9,
125:12, 125:17,
125:23, 126:14,
126:18, 126:24,
127:1, 127:5,
127:13, 127:22,
127:25, 128:5,
128:7, 128:10,
128:15, 128:23,
129:2, 129:7,
129:11, 129:15,
129:18, 129:25,
130:4, 130:9,
130:12, 130:15,
130:19, 130:22,
131:5, 131:10,
131:12, 131:15,
131:17, 131:23,
132:1, 132:11,

133:2, 133:5,
133:10, 133:16,
133:18, 133:20,
133:25, 134:4,
134:7, 134:10,
134:15, 134:23,
135:5, 135:9,
135:15, 135:17,
135:22, 136:4,
136:9, 136:12,
136:14, 136:18,
136:20, 136:23,
136:25, 137:3,
137:6, 137:9,
137:13, 137:16,
137:21, 137:23,
138:2, 138:5, 138:9,
138:13, 138:18,
138:23, 139:2,
139:4, 139:6,
139:11, 139:14,
139:18, 139:20,
139:25, 140:4,
140:7, 140:10,
140:13, 140:15,
140:20, 140:24,
141:3, 141:7,
141:14, 141:19,
141:24, 142:2,
142:6, 142:10,
142:12, 142:15,
142:18, 142:21,
142:25, 143:6,
143:19, 143:22,
144:3, 144:7,
144:10, 144:15,
144:19, 145:2,
145:5, 145:9,
145:12, 145:14,
145:17, 145:20,
145:24, 146:5,
146:10, 146:13,
146:16, 146:20,
146:23, 147:9,
147:13, 147:16,
147:21, 147:24,
148:3, 148:9,
148:14, 148:17,
148:22, 148:24,
149:5, 149:7,
149:11, 149:16,
149:21, 149:24,
150:2, 150:9,
150:12, 150:17,
150:21, 151:2,
151:6, 151:10,
151:13, 151:16,
151:20, 151:24,
152:6, 152:11,
152:14, 152:19,
152:24, 153:4,

153:9, 153:12,
153:20, 153:24,
154:4, 154:7,
154:12, 154:18,
154:23, 155:2,
155:7, 155:10,
155:14, 155:18,
155:22, 156:1,
156:5, 156:11,
156:15, 156:20,
157:2, 157:9,
157:13, 157:19,
157:25, 158:4,
158:10, 158:18,
160:4, 160:7,
160:10, 160:12,
160:19, 161:4,
161:7, 161:11,
161:15, 161:18,
161:25, 162:2,
162:4, 162:8,
162:12, 162:16,
162:23, 163:4,
163:10, 163:14,
163:21, 163:25,
164:3, 164:6, 164:8,
164:13, 164:21,
164:23, 164:25,
165:4, 165:7,
165:13, 165:17,
165:20, 166:1,
166:3, 166:6,
166:10, 166:12,
166:19, 166:21,
167:1, 167:6,
167:11, 167:18,
167:20, 167:22,
168:5, 168:8,
168:13, 168:18,
168:20, 168:22,
169:1, 169:3, 169:7,
169:11, 169:16,
169:20, 169:23,
170:2, 170:6, 170:9,
170:11, 170:15,
170:19, 170:23,
171:3, 171:9,
171:13, 171:17,
171:20, 171:23,
172:6, 172:8,
172:11, 172:14,
172:21, 172:24,
173:2, 173:5, 173:9,
173:19, 173:25,
174:9, 174:11,
174:15, 174:17,
174:20, 174:24,
175:8, 175:11,
175:16, 175:21,
176:2, 176:7,
176:10, 176:12,

176:15, 176:18,
176:21, 177:4,
177:10, 177:12,
177:16, 177:20,
177:23, 177:25,
178:2, 178:8,
178:12, 178:15,
178:18, 178:21,
178:24, 179:3,
179:5, 179:9,
179:16, 179:23,
180:3, 180:9,
180:11, 180:13,
180:19, 180:24,
181:3, 181:9,
181:11, 181:17,
181:19, 181:21,
182:1, 182:4, 182:9,
182:15, 182:18,
182:24, 183:5,
183:8, 183:13,
183:17, 184:4,
184:11, 184:25,
185:5, 185:10,
185:14, 186:22,
186:25, 187:2,
187:12, 187:19,
187:24, 188:5,
188:9, 188:12,
188:17, 188:20,
189:2, 189:4,
189:17, 189:20,
190:2, 190:6, 190:9,
190:14, 190:18,
190:22, 191:1,
191:6, 191:8,
191:15, 191:18,
191:23, 192:3,
192:9, 192:13,
192:15, 192:18,
192:22, 192:25,
193:4, 193:12,
193:19, 193:24,
194:10, 194:16,
194:18, 194:20,
195:3, 195:8,
195:10, 195:18,
195:21, 196:3,
196:8, 196:11,
196:15, 196:18,
196:20, 197:4,
197:10, 197:15,
197:22, 197:25,
198:4, 198:7,
198:10, 198:17,
198:20, 199:1,
199:6, 199:9,
199:12, 199:15,
199:18, 199:23,
200:1, 200:11,
200:17, 200:21,

201:1, 201:5, 201:9,
201:13, 201:16,
201:18, 201:20,
201:24, 202:3,
202:5, 202:10,
202:12, 202:15,
202:20, 202:24,
203:4, 203:7,
203:10, 203:14,
203:18, 203:21,
203:25, 204:3,
204:6, 204:11,
204:14, 204:18,
204:22, 205:2,
205:6, 205:13,
205:16, 205:21,
205:25, 206:8,
206:11, 206:20,
206:23, 207:13,
207:17, 207:21,
208:3, 208:8,
208:10, 208:14,
208:20, 209:15,
209:18, 209:24,
210:5, 210:11,
210:17, 210:21,
210:24, 211:5,
211:13, 212:5,
212:10, 212:15,
212:21, 213:1,
213:12, 213:17,
213:21, 214:6,
214:12, 214:23,
215:4, 215:7,
215:11, 215:15,
215:20, 215:23,
216:2, 216:10,
216:21, 217:1,
217:14, 218:7,
218:11, 219:17,
219:20, 219:24,
220:1, 220:7,
220:14, 220:24,
221:5, 221:10,
221:13, 221:16,
221:20, 221:24,
222:2, 222:9,
222:14, 222:17,
222:22, 223:4,
223:9, 223:17,
224:4, 224:8,
224:11, 224:17,
225:2, 225:10,
225:14, 225:22,
226:3, 226:8,
226:17, 226:19,
227:3, 227:6,
227:15, 227:17,
229:7, 229:10,
229:15, 229:18,
229:21, 229:23,

230:1, 230:6,
230:11, 230:16,
230:18, 231:1,
231:4, 231:11,
231:17, 231:21,
231:23, 232:1,
232:3, 232:7,
232:12, 232:23,
233:4, 233:7,
233:12, 233:14,
233:19, 233:25,
234:7, 234:12,
234:17, 234:20,
235:3, 235:5, 235:8,
235:12, 235:14,
235:17, 235:21,
236:1, 236:4, 236:9,
236:15, 236:19,
236:24, 237:5,
237:9, 237:12,
237:16, 237:20,
238:3, 239:4, 239:7,
239:11, 239:16,
239:20, 239:23,
240:1, 240:5, 240:8,
240:20, 241:6,
241:11, 241:17,
241:21, 241:23,
242:3, 244:5, 244:8,
244:10, 244:13,
244:15, 244:17,
244:19, 244:22,
244:25, 245:4,
245:10, 245:18,
245:21, 245:24,
246:3, 246:13,
246:17, 246:23,
247:2, 247:5, 247:7,
247:19, 247:22,
248:3, 248:9,
248:11, 248:14,
248:19, 248:23,
249:1, 249:6,
249:13, 249:17,
250:3, 250:8,
250:11, 250:16,
250:18, 250:22,
250:25, 251:3,
251:5, 251:14,
251:24, 252:10,
252:13, 252:20

**juror** [61] - 6:19, 6:20,
11:25, 15:10, 17:4,
20:6, 35:6, 36:21,
36:24, 37:6, 42:5,
45:21, 56:14, 56:17,
56:25, 61:7, 67:5,
69:14, 80:11, 80:21,
81:24, 82:9, 99:12,
99:22, 100:4,
100:13, 101:18,

103:25, 104:25,
118:23, 119:12,
132:19, 143:13,
156:24, 167:2,
187:2, 187:5,
196:25, 198:24,
206:5, 211:1,
211:17, 218:4,
218:22, 219:2,
219:4, 228:16,
228:18, 231:8,
238:15, 244:1,
244:11, 249:25,
253:13, 253:17,
253:19, 254:7,
254:11

**juror's** [1] - 58:25

**jurors** [21] - 3:11,
3:17, 5:11, 5:12,
5:15, 7:1, 7:17, 12:9,
12:10, 13:4, 14:24,
15:1, 15:2, 19:24,
20:2, 117:1, 160:20,
198:23, 228:15,
242:13

**JURY** [1] - 7:3

**jury** [84] - 3:9, 4:9,
4:17, 4:22, 6:6, 7:2,
7:7, 8:5, 12:1, 12:22,
14:1, 14:4, 15:3,
15:5, 18:14, 20:2,
20:9, 36:14, 36:25,
45:18, 46:13, 56:24,
57:16, 61:8, 61:9,
61:24, 71:4, 85:21,
86:18, 86:21,
105:25, 106:4,
106:10, 106:14,
111:23, 116:15,
116:20, 117:17,
119:19, 120:18,
121:2, 121:19,
126:15, 126:20,
134:5, 137:4, 160:9,
160:14, 167:12,
186:24, 192:17,
192:20, 192:23,
193:2, 193:9, 194:8,
198:3, 198:18,
204:25, 210:15,
210:18, 210:22,
210:25, 211:10,
211:20, 211:21,
215:18, 216:7,
216:11, 217:15,
217:17, 217:18,
220:2, 220:3,
220:16, 227:21,
243:4, 243:6, 244:7,
244:10, 244:23,
250:15, 250:23

**jury's** [1] - 15:6
**Justice** [6] - 10:21, 199:19, 234:23, 235:25, 236:8, 238:8
**justice** [8] - 7:9, 23:5, 46:17, 71:17, 110:25, 111:3, 211:3, 245:2

## K

**Kaiser** [1] - 88:5
**keep** [12] - 39:17, 47:4, 47:12, 74:14, 79:2, 87:23, 112:20, 129:19, 214:7, 218:4, 219:3, 254:7
**keeping** [2] - 47:6, 47:25
**Kelly** [1] - 10:5
**kept** [5] - 79:23, 96:12, 97:1, 161:20, 203:1
**kids** [2] - 68:11, 125:5
**kind** [79] - 18:11, 19:9, 23:16, 24:2, 29:8, 44:12, 44:13, 46:4, 49:20, 52:15, 52:17, 53:7, 53:16, 54:4, 56:1, 59:6, 65:3, 66:5, 71:25, 77:7, 77:14, 79:22, 86:6, 90:2, 93:9, 94:17, 95:2, 96:1, 96:4, 103:9, 106:8, 114:20, 120:3, 122:5, 123:20, 124:23, 125:4, 128:17, 128:19, 130:24, 134:24, 138:3, 140:16, 144:23, 153:2, 154:16, 154:24, 155:9, 164:24, 188:2, 190:23, 193:8, 195:23, 196:13, 199:21, 202:1, 202:8, 204:12, 206:12, 210:20, 213:15, 216:20, 219:1, 224:9, 224:15, 224:22, 224:24, 225:24, 226:15, 230:19, 231:25, 232:2, 234:3, 234:8, 245:24, 246:5, 248:3, 248:5
**kinds** [2] - 113:22, 246:16
**King** [1] - 211:18
**knocked** [1] - 25:14

**knowing** [4] - 17:4, 101:13, 105:11, 252:2
**knowledge** [9] - 21:5, 31:9, 32:12, 73:16, 74:7, 107:14, 115:2, 125:19, 202:11
**known** [1] - 186:4
**knows** [5] - 10:14, 11:22, 36:7, 36:9, 36:12

## L

**lack** [3] - 115:1, 222:22, 224:25
**lady** [1] - 86:13
**laid** [1] - 178:3
**landscaping** [2] - 195:10, 196:22
**lap** [1] - 56:4
**large** [3] - 78:18, 79:23, 234:21
**largely** [1] - 202:19
**last** [9] - 6:24, 18:11, 60:19, 119:25, 137:1, 217:23, 220:2, 223:6, 244:1
**lasted** [1] - 187:5
**late** [1] - 88:21
**law** [115] - 12:5, 12:14, 12:16, 13:8, 15:3, 15:4, 15:5, 15:25, 16:2, 16:4, 16:11, 16:21, 16:24, 17:9, 18:16, 21:16, 26:22, 28:1, 28:2, 28:11, 37:10, 50:13, 51:18, 51:22, 54:10, 54:20, 55:3, 55:12, 56:19, 58:15, 59:6, 67:8, 69:24, 72:5, 72:13, 88:20, 89:11, 89:18, 92:15, 92:22, 92:25, 93:1, 93:16, 93:21, 94:14, 95:1, 97:8, 99:14, 100:17, 101:3, 101:10, 101:12, 102:8, 108:7, 108:9, 110:6, 110:7, 118:24, 126:12, 128:3, 128:6, 128:8, 134:21, 135:6, 137:21, 138:1, 142:9, 143:3, 143:4, 148:21, 149:14, 149:20, 153:1, 153:2, 153:7, 157:1, 158:23, 159:1, 159:25, 161:4,

161:5, 161:8, 161:9, 165:21, 165:25, 169:3, 169:4, 169:12, 169:13, 169:14, 169:21, 170:20, 170:21, 174:7, 175:23, 178:16, 179:8, 179:15, 182:14, 186:4, 196:10, 196:13, 199:5, 199:16, 200:9, 200:13, 200:14, 200:20, 218:7, 231:20, 231:25, 232:6, 232:8, 250:10
**law-related** [1] - 170:20
**laws** [1] - 200:2
**lawyer** [1] - 169:4
**lawyers** [3] - 72:8, 165:24
**lead** [1] - 143:3
**learn** [6] - 95:9, 137:7, 163:8, 202:7, 220:13, 246:20
**learned** [8] - 93:23, 100:9, 118:21, 131:19, 144:17, 163:18, 222:21, 228:25
**learning** [2] - 21:4, 18:19
**least** [9] - 6:3, 6:24, 29:12, 58:13, 59:10, 63:13, 205:23, 219:6, 236:21
**leave** [1] - 205:3
**led** [1] - 118:11
**left** [34] - 27:8, 35:25, 41:25, 44:1, 44:21, 58:9, 68:22, 81:5, 100:25, 104:9, 117:19, 119:6, 127:14, 132:14, 136:5, 143:11, 158:19, 167:23, 176:24, 184:22, 185:17, 194:21, 197:5, 205:1, 207:1, 218:12, 227:18, 230:7, 231:12, 238:4, 240:21, 242:4, 252:21, 255:10
**leg** [1] - 135:20
**legal** [19] - 13:6, 13:7, 15:8, 27:24, 39:3, 71:23, 113:6, 128:2, 137:20, 161:2,

168:25, 169:9, 196:7, 196:8, 196:10, 199:4, 209:13, 231:20, 232:16
**legislation** [1] - 200:5
**legislative** [3] - 199:23, 199:24, 199:25
**lenders** [1] - 75:25
**less** [1] - 88:9
**lesser** [3] - 14:4, 71:15
**level** [2] - 58:16, 122:6
**liaise** [1] - 55:24
**liaison** [1] - 127:5
**licenses** [1] - 196:23
**life** [12] - 65:13, 114:21, 156:18, 159:24, 160:23, 167:15, 177:25, 184:17, 212:17, 224:10, 253:1, 253:2
**light** [2] - 59:8, 59:25
**likely** [11] - 34:19, 36:9, 36:14, 89:20, 98:13, 144:9, 175:25, 184:20, 204:16, 228:7, 248:24
**limited** [2] - 59:25, 60:1
**line** [2] - 93:17, 222:25
**lines** [1] - 3:5
**lining** [1] - 25:17
**list** [1] - 9:24
**listen** [7] - 29:11, 30:18, 33:20, 35:19, 54:10, 238:22, 246:11
**listened** [8] - 32:19, 107:13, 120:15, 124:5, 172:21, 173:1, 182:19, 191:13
**listening** [2] - 15:15, 65:2
**literal** [1] - 59:12
**litigation** [10] - 28:7, 28:8, 232:1, 232:2, 232:4, 234:15, 234:23, 234:25, 237:16, 237:18
**live** [33] - 21:20, 28:18, 38:3, 39:10, 39:21, 74:17, 122:1, 124:18, 124:19, 131:3, 148:2, 148:3, 151:9, 152:1, 181:10, 181:11, 203:5, 215:19,

215:23, 220:25, 222:17, 222:18, 224:2, 224:3, 224:4, 224:5, 228:3, 230:20, 234:10, 245:13, 248:7, 248:10
**lived** [3] - 121:9, 130:22, 160:13
**lives** [9] - 7:11, 13:9, 28:15, 63:14, 66:18, 72:17, 98:7, 98:9, 138:21
**living** [6] - 21:1, 74:25, 122:23, 156:21, 232:25, 233:20
**loan** [1] - 202:25
**lobbied** [1] - 74:5
**lobbyist** [5] - 73:21, 76:3, 76:5, 80:14, 81:11
**local** [3] - 16:2, 170:3, 201:25
**logistical** [1] - 82:17
**look** [13] - 8:5, 12:3, 12:8, 87:21, 87:23, 120:7, 159:8, 167:12, 170:22, 184:12, 188:1, 224:20, 255:2
**looked** [6] - 26:3, 38:6, 38:14, 77:14, 112:20, 220:2
**looking** [2] - 26:2, 84:1, 102:12
**looks** [1] - 84:2
**lose** [1] - 176:23
**loss** [2] - 93:8, 98:7, 98:9
**lost** [3] - 65:12, 66:18, 66:21
**loved** [1] - 181:25
**low** [1] - 215:5
**low-income** [1] - 215:5
**Loyd** [1] - 11:11
**lunch** [5] - 83:5, 104:6, 104:7, 104:15, 198:21
**luring** [1] - 212:12

## M

**ma'am** [4] - 6:17, 14:25, 248:9, 248:11
**main** [1] - 117:1
**majority** [15] - 34:10, 36:7, 54:1, 66:9, 69:5, 79:13, 125:22, 125:25, 155:5,

165:15, 182:22,
214:10, 214:14,
214:16, 225:20
**male** [1] - 109:24
**malicious** [1] - 238:14
**Mall** [3] - 158:3, 158:5,
158:8
**man** [4] - 62:9, 106:6,
197:17, 198:10
**manage** [2] - 114:20,
195:14
**Management** [1] -
114:17
**management** [1] -
215:8
**manager** [1] - 134:7
**manner** [1] - 225:5
**march** [1] - 254:16
**marched** [1] - 253:6
**marching** [2] - 251:14,
252:6
**mark** [41] - 9:22, 9:24,
10:17, 10:22, 11:6,
11:23, 12:2, 12:7,
12:10, 12:18, 12:24,
13:4, 13:8, 13:10,
13:14, 13:18, 13:21,
13:24, 14:8, 14:17,
14:22, 15:8, 15:21,
15:25, 16:11, 16:16,
16:19, 17:6, 17:11,
17:15, 17:20, 18:1,
18:5, 18:9, 18:18,
90:18, 90:25, 91:4,
91:21, 91:22
**markets** [2] - 201:25,
202:4
**Marlboro** [1] - 108:16
**marriage** [1] - 109:8
**married** [2] - 169:5,
186:16
**marshal** [2] - 21:18,
21:19
**Marshall** [1] - 48:4
**Marshals** [4] - 108:15,
108:17, 109:13,
109:22
**Marty** [1] - 11:14
**Maryland** [2] - 109:13,
160:13
**mask** [1] - 25:13
**masks** [1] - 42:12
**Mass** [1] - 138:24
**matter** [5] - 36:12,
41:21, 56:16, 59:18,
133:11
**matters** [4] - 28:11,
127:2, 138:1, 174:23
**mean** [67] - 24:21,
32:22, 33:2, 33:8,

34:3, 47:3, 48:16,
48:25, 53:24, 54:9,
55:4, 65:15, 65:21,
74:23, 75:13, 78:7,
78:20, 84:20, 98:15,
101:11, 103:3,
119:21, 122:1,
122:2, 124:7,
124:18, 124:19,
124:24, 125:3,
125:12, 125:17,
125:18, 126:14,
126:15, 130:4,
134:1, 144:15,
147:24, 147:25,
148:9, 149:16,
150:2, 152:21,
153:12, 156:5,
157:13, 165:7,
176:2, 181:3, 182:2,
184:25, 191:20,
192:10, 195:19,
196:25, 216:5,
220:24, 223:9,
223:17, 226:3,
226:10, 226:19,
240:8, 251:13,
252:8, 254:10
**meaning** [3] - 22:16,
149:25, 199:25
**means** [3] - 133:12,
190:10, 250:4
**meant** [1] - 165:15
**media** [60] - 15:11,
15:13, 15:18, 30:17,
30:20, 32:18, 37:6,
37:8, 38:25, 47:11,
47:19, 47:20, 48:11,
48:15, 51:12, 52:17,
55:20, 58:16, 62:23,
64:7, 82:12, 84:24,
91:2, 96:9, 96:10,
107:9, 107:25,
124:2, 126:7,
126:10, 129:4,
129:13, 129:14,
130:7, 147:6,
153:16, 159:15,
162:20, 173:7,
180:22, 182:19,
188:23, 189:14,
191:12, 208:19,
209:10, 211:25,
218:15, 219:11,
224:13, 227:12,
228:2, 232:20,
232:21, 233:2,
233:5, 242:10,
246:10, 246:16,
252:24

**medical** [3] - 190:21,
240:15
**medication** [1] -
12:22, 43:22, 44:4
**meet** [1] - 92:19
**meeting** [6] - 144:21,
144:24, 144:25,
145:13, 152:3,
195:23
**meetings** [1] - 62:5
**Mega** [1] - 236:10
**member** [28] - 10:19,
12:1, 13:5, 16:9,
22:4, 27:23, 31:1,
31:24, 59:16, 71:23,
74:1, 105:17,
108:22, 111:8,
128:2, 135:6,
135:18, 137:19,
148:20, 161:2,
168:24, 174:6,
176:4, 196:6, 199:4,
200:20, 200:24,
231:19
**members** [25] - 15:23,
16:13, 16:17, 50:12,
73:22, 76:1, 76:8,
76:15, 77:9, 89:4,
94:21, 95:12, 95:15,
108:8, 110:6,
110:14, 130:18,
142:9, 185:20,
186:12, 191:2,
197:12, 200:14,
212:18, 235:10
**memorable** [1] -
180:25
**memory** [1] - 228:12
**mens** [2] - 253:4,
254:15
**mentally** [1] - 64:9
**mention** [3] - 24:18,
92:22, 130:17
**mentioned** [29] -
24:19, 25:6, 25:10,
35:6, 40:19, 41:16,
57:9, 66:16, 80:13,
124:10, 132:2,
153:17, 180:7,
180:25, 181:6,
183:10, 184:1,
185:7, 204:24,
205:1, 222:12,
224:2, 224:13,
224:24, 225:7,
226:24, 234:9,
234:14, 251:20
**mentor** [1] - 148:24,
149:9, 152:17
**Mercy** [1] - 217:2

**merely** [1] - 37:6
**message** [1] - 58:14
**messages** [1] - 55:23
**met** [1] - 103:10
**metro** [1] - 43:16
**Metro** [1] - 101:14
**Metropolitan** [10] -
88:22, 89:1, 92:16,
93:11, 97:14, 99:5,
101:21, 115:20,
116:2
**Michael** [1] - 10:12
**microphone** [2] - 4:6,
198:6
**mid** [1] - 205:1
**mid-trial** [1] - 205:1
**might** [34] - 24:9, 44:8,
59:12, 63:16, 64:15,
76:15, 77:10, 84:2,
84:6, 90:13, 90:22,
92:15, 94:15, 94:16,
94:22, 95:2, 95:9,
102:23, 122:22,
133:8, 134:7,
134:22, 172:25,
184:20, 201:10,
205:4, 220:3, 227:1,
227:21, 230:14,
239:10, 252:12,
254:23
**mile** [2] - 88:10, 224:5
**miles** [1] - 88:9
**military** [1] - 239:12
**mind** [20] - 59:22,
74:21, 77:15, 96:19,
117:18, 139:13,
154:8, 173:4,
203:20, 206:7,
208:21, 216:8,
216:22, 218:4,
219:3, 228:17,
232:13, 250:2,
254:8, 254:9
**minded** [2] - 187:12,
246:14
**minds** [1] - 24:14
**mine** [1] - 152:20
**minimally** [1] - 141:3
**minute** [4] - 58:23,
82:14, 83:8, 140:17
**minutes** [4] - 3:10,
185:7, 216:4, 216:16
**mis** [1] - 115:1
**misdemeanor** [3] -
4:2, 4:10, 60:2
**mishearing** [1] - 24:19
**mission** [1] - 234:19
**mistake** [1] - 207:24
**misunderstood** [2] -
118:3, 210:17

**mitzvah** [2] - 60:15,
60:16
**mom** [4] - 63:14,
64:15, 64:18, 69:18
**moment** [5] - 35:1,
96:3, 113:12, 143:8,
232:4
**moments** [1] - 248:4
**Monday** [2] - 168:13,
168:15
**Montgomery** [2] -
210:18, 215:18
**month** [1] - 115:7
**months** [3] - 160:14,
160:15, 230:22
**monuments** [1] -
178:14
**moral** [1] - 18:17
**Moran** [1] - 10:5
**Morin** [2] - 86:2, 87:22
**morning** [46] - 7:5,
10:3, 10:7, 10:9,
11:2, 20:13, 23:12,
25:3, 25:4, 27:17,
27:18, 29:7, 32:15,
32:16, 33:20, 34:24,
34:25, 37:17, 42:16,
42:17, 45:12, 45:13,
50:23, 50:24, 56:8,
56:9, 60:8, 60:9,
64:4, 64:5, 67:2,
67:3, 70:10, 70:11,
75:18, 147:17,
151:13, 151:14,
156:15, 156:17,
157:5, 157:7, 157:8,
157:25, 158:2
**mornings** [2] - 29:12,
29:15
**most** [29] - 17:25,
18:3, 20:22, 24:12,
40:25, 41:8, 41:11,
52:20, 62:17, 69:7,
71:11, 76:1, 91:20,
112:10, 114:8,
114:11, 123:24,
130:13, 179:19,
189:20, 189:21,
193:17, 202:15,
204:2, 215:7,
216:22, 220:9,
224:21, 248:21
**mostly** [8] - 47:10,
53:11, 55:5, 103:12,
113:24, 125:4,
131:16, 138:13
**mother** [2] - 136:20,
201:21
**motion** [16] - 37:3,
58:21, 58:24, 69:14,

81:24, 82:8, 82:10, 101:18, 102:4, 102:5, 143:14, 159:21, 185:25, 228:19, 238:18, 253:13
**motions** [11] - 36:1, 58:10, 68:23, 81:8, 119:7, 127:15, 132:15, 167:24, 194:22, 207:2, 218:13
**motivations** [1] - 249:23
**motive** [1] - 238:14
**motives** [1] - 130:16
**Mount** [1] - 181:11
**mouth** [3] - 87:23, 184:9, 216:6
**move** [16] - 36:2, 42:1, 68:24, 81:9, 101:1, 134:25, 143:9, 143:12, 158:20, 177:6, 185:18, 218:14, 227:19, 238:5, 242:25, 252:22
**moved** [4] - 82:21, 149:5, 160:14, 215:20
**movements** [1] - 44:22
**moving** [2] - 7:12, 217:18
**MPD** [2] - 176:20, 177:3
**multiple** [2] - 69:1, 230:22
**multitude** [1] - 24:9
**murder** [4] - 86:8, 86:12, 106:9, 216:24
**must** [3] - 12:13, 15:2, 154:9

**N**

**name** [14] - 10:3, 10:9, 11:8, 75:22, 148:10, 163:13, 209:25, 210:1, 210:2, 219:8, 220:5, 223:18, 223:23
**names** [12] - 11:19, 85:5, 107:12, 184:16, 210:6, 219:6, 220:8, 223:18, 223:22, 228:9
**Nancy** [10] - 85:13, 96:14, 154:1, 163:5,

163:18, 164:14, 171:24, 172:9, 174:2, 181:1
**nation's** [2] - 77:5, 81:17
**National** [1] - 51:6
**nationalists** [3] - 17:23, 90:17, 91:18
**natural** [2] - 157:15, 237:4
**nature** [7] - 52:15, 53:15, 61:14, 142:19, 209:11, 237:7, 237:14
**naval** [3] - 149:24, 149:25, 152:9
**Navy** [1] - 149:21
**NBC** [1] - 85:1
**near** [9] - 8:15, 13:10, 28:15, 40:7, 72:17, 88:1, 131:4, 138:22, 224:2
**necessarily** [4] - 117:3, 118:13, 147:25, 228:24
**need** [8] - 7:21, 9:7, 18:23, 24:10, 59:6, 84:7, 98:17, 242:19
**needed** [4] - 4:15, 52:11, 175:1, 225:1
**needs** [2] - 56:4, 185:23
**negative** [7] - 14:7, 81:14, 106:23, 116:24, 117:19, 159:16, 165:23
**negatively** [8] - 71:19, 87:17, 111:4, 160:18, 187:10, 198:24, 211:4, 245:3
**neighbor** [3] - 150:14, 152:17
**neighborhood** [2] - 28:18, 103:9
**neighbors** [3] - 103:10, 149:2, 149:4
**nephew** [2] - 197:16, 201:1
**Netflix** [1] - 153:23
**never** [10] - 14:12, 31:20, 40:2, 98:18, 109:11, 112:2, 179:15, 210:15, 232:7
**new** [2] - 200:4, 200:6
**New** [3] - 70:18, 144:21, 148:25
**news** [140] - 11:6, 13:16, 13:20, 13:23, 15:16, 17:22, 20:19,

20:21, 21:1, 23:14, 23:16, 24:15, 24:23, 29:4, 29:6, 29:12, 29:13, 32:20, 33:19, 33:20, 34:14, 36:4, 37:23, 38:4, 39:9, 40:4, 46:23, 47:4, 47:7, 49:6, 49:11, 49:22, 52:14, 52:20, 53:5, 53:6, 55:11, 62:1, 65:5, 65:14, 74:9, 74:10, 74:15, 77:6, 79:2, 81:15, 81:20, 81:21, 84:17, 84:24, 85:14, 87:21, 90:16, 91:17, 96:3, 107:3, 107:8, 112:17, 113:16, 116:5, 121:24, 122:22, 123:11, 125:20, 128:12, 130:7, 130:25, 131:2, 131:14, 140:2, 140:19, 140:21, 141:17, 141:19, 141:22, 144:13, 144:22, 146:11, 146:12, 148:7, 154:12, 156:2, 156:3, 161:14, 161:21, 163:1, 164:2, 164:4, 171:1, 171:4, 171:7, 171:18, 173:22, 187:17, 187:19, 187:22, 187:25, 188:1, 188:15, 188:23, 192:7, 203:9, 203:13, 204:4, 204:6, 206:1, 207:15, 207:21, 207:22, 209:22, 213:16, 213:22, 213:25, 214:1, 214:4, 214:7, 214:8, 217:24, 218:17, 218:23, 218:25, 219:1, 220:21, 221:14, 222:10, 223:11, 223:15, 225:17, 232:20, 232:21, 233:1, 234:6, 245:6, 245:11, 245:14, 247:24, 251:21
**News** [3] - 85:1, 156:7, 213:24
**newspaper** [3] - 15:14, 84:18, 122:19
**newsworthy** [1] - 228:24

**next** [32] - 27:13, 34:19, 37:13, 42:5, 54:8, 54:14, 60:22, 61:2, 61:4, 66:13, 70:24, 73:17, 98:14, 104:25, 128:18, 132:19, 143:9, 144:4, 165:19, 168:13, 168:15, 204:16, 220:17, 229:16, 229:17, 231:4, 232:15, 238:21, 239:22, 240:3, 240:23, 248:25
**night** [3] - 50:3, 171:15, 255:17
**nobody** [5] - 179:23, 191:8, 191:9, 191:19
**none** [3] - 107:21, 148:12, 223:10
**nonprofit** [1] - 216:23
**noose** [1] - 164:9
**normal** [5] - 74:12, 74:15, 122:6, 122:23, 224:9
**normally** [4] - 29:21, 134:10, 158:2, 242:24
**North** [1] - 138:10
**NOTE** [55] - 20:11, 27:8, 27:14, 35:25, 37:15, 41:25, 42:14, 44:21, 45:10, 58:9, 60:6, 68:22, 70:8, 81:5, 83:17, 100:25, 102:15, 104:9, 105:3, 119:6, 119:11, 127:14, 127:19, 132:14, 132:24, 136:5, 136:6, 143:11, 143:16, 158:19, 160:2, 167:23, 168:2, 185:17, 186:18, 194:21, 194:25, 197:5, 197:6, 207:1, 207:8, 218:12, 219:14, 227:18, 229:3, 230:7, 231:12, 231:13, 238:4, 239:1, 240:21, 241:3, 242:4, 243:22, 252:21
**note** [42] - 9:12, 9:13, 9:22, 10:18, 10:22, 11:7, 11:24, 12:2, 12:7, 12:11, 12:19, 12:24, 13:4, 13:8,

13:11, 13:15, 13:18, 13:21, 13:25, 14:9, 14:17, 14:23, 15:9, 15:22, 16:1, 16:11, 16:16, 16:19, 17:6, 17:11, 17:16, 17:20, 18:1, 18:6, 18:10, 18:18, 19:15, 19:19, 62:19, 64:7, 68:25, 219:5
**noted** [3] - 58:23, 64:11, 123:19
**notes** [2] - 84:9, 85:17
**nother** [1] - 124:9
**nothing** [16] - 16:25, 44:2, 70:5, 78:11, 126:22, 146:5, 148:15, 150:22, 153:14, 154:7, 180:11, 182:12, 185:2, 228:24, 232:23, 232:25
**noticed** [2] - 66:16, 156:10, 224:24
**notions** [1] - 12:16
**November** [1] - 87:14
**novice** [1] - 180:14
**nuances** [1] - 102:12
**number** [13] - 3:17, 3:18, 5:11, 9:11, 9:12, 19:15, 80:24, 90:18, 98:7, 169:17, 175:23, 188:10, 238:22
**numbers** [1] - 174:21

**O**

**o'clock** [1] - 171:14
**Oath** [1] - 7:2
**object** [2] - 164:9, 243:19
**objection** [11] - 83:2, 103:24, 104:17, 136:2, 143:13, 230:5, 231:7, 240:16, 240:18, 241:25, 243:16
**objectionable** [1] - 4:25
**objections** [2] - 231:9, 243:15
**objective** [2] - 89:23, 149:17
**objectively** [1] - 159:8
**obtained** [1] - 8:11
**obtaining** [1] - 122:25
**obviously** [26] - 9:4, 20:22, 26:19, 31:19, 35:15, 41:18, 55:18,

62:11, 67:18, 70:6, 70:22, 101:14, 112:23, 126:8, 132:4, 147:1, 157:22, 173:14, 189:8, 209:6, 221:6, 228:20, 229:19, 243:7, 246:7, 254:12
**occasion** [1] - 152:21
**occasionally** [2] - 38:10, 223:11
**occur** [3] - 157:20, 251:17, 251:18
**occurred** [10] - 13:13, 78:6, 112:23, 127:6, 135:13, 161:19, 164:5, 208:12, 212:4, 232:24
**occurring** [1] - 144:20
**offense** [2] - 86:12, 117:12
**offenses** [3] - 8:14, 126:10, 218:6
**offer** [1] - 190:21
**offered** [1] - 253:7
**Office** [14] - 16:7, 105:16, 114:16, 169:18, 174:14, 174:19, 174:23, 175:14, 178:7, 178:19, 185:21, 197:14, 197:16, 197:20
**office** [26] - 13:8, 16:8, 59:16, 72:19, 72:21, 73:3, 73:4, 73:12, 96:14, 105:15, 114:24, 163:5, 163:11, 163:17, 163:18, 186:5, 190:21, 196:10, 197:14, 199:5, 221:12, 224:7, 230:23, 231:20, 234:19
**Officer** [7] - 11:13, 11:14, 208:22, 210:1, 212:12, 219:8
**officer** [33] - 14:2, 14:6, 46:6, 57:10, 57:21, 58:1, 65:11, 89:24, 90:6, 90:7, 94:2, 94:18, 95:1, 95:12, 95:18, 95:25, 101:4, 142:13, 143:4, 149:22, 149:23, 149:24, 149:25, 150:7, 152:9, 153:1, 158:24, 159:2,

176:21, 193:6, 212:17, 225:7
**officers** [39] - 55:6, 55:9, 65:10, 66:17, 67:17, 71:13, 78:22, 89:11, 89:12, 89:18, 89:21, 92:24, 93:21, 96:17, 97:15, 99:15, 101:3, 101:13, 101:14, 101:23, 101:25, 116:3, 146:24, 150:6, 153:3, 153:7, 154:16, 154:19, 158:24, 159:1, 174:3, 174:4, 175:24, 200:6, 247:9, 248:1
**offices** [9] - 10:16, 10:20, 16:7, 114:19, 115:12, 200:4, 202:9, 202:14, 255:10
**Offices** [2] - 10:17, 10:21
**often** [10] - 107:6, 107:8, 109:4, 109:5, 109:7, 109:15, 128:13, 145:22, 161:17, 187:21
**old** [1] - 180:15
**once** [4] - 9:4, 24:23, 109:17, 186:10
**one** [121] - 6:21, 16:22, 19:1, 20:3, 21:15, 25:10, 26:16, 27:13, 29:16, 29:23, 40:24, 42:5, 46:22, 50:19, 59:13, 59:15, 59:20, 61:23, 63:24, 68:4, 70:4, 71:4, 72:21, 77:15, 78:19, 79:10, 82:20, 84:16, 86:8, 88:19, 89:4, 89:7, 90:1, 90:16, 91:11, 92:2, 93:20, 94:11, 96:3, 98:7, 102:7, 103:5, 105:25, 108:6, 117:4, 120:23, 121:24, 123:19, 126:19, 132:21, 133:11, 134:11, 134:25, 135:19, 143:8, 143:9, 143:24, 144:13, 149:2, 149:4, 160:20, 160:25, 163:19, 168:10, 170:19, 171:25, 172:8,

175:17, 176:21, 179:21, 179:25, 183:18, 183:22, 183:23, 184:1, 184:17, 186:11, 186:16, 195:5, 196:11, 198:2, 198:10, 200:19, 201:3, 206:11, 208:21, 208:22, 210:2, 211:1, 211:17, 213:11, 215:1, 217:23, 218:24, 219:6, 222:17, 226:25, 230:13, 232:19, 236:24, 239:9, 239:16, 240:2, 240:23, 241:8, 241:9, 243:9, 243:16, 243:18, 244:7, 250:13, 250:19, 251:7, 253:21, 254:18, 254:19
**ones** [9] - 29:23, 30:8, 30:11, 49:24, 50:2, 63:9, 63:19, 93:13, 181:25
**ongoing** [3] - 101:22, 239:11, 239:23
**online** [1] - 107:10
**open** [11] - 19:13, 206:7, 216:8, 218:4, 218:8, 219:3, 228:17, 243:12, 246:14, 250:1, 254:7
**open-minded** [1] - 246:14
**opening** [2] - 242:25, 243:10
**operate** [1] - 230:21
**operation** [1] - 195:24
**operations** [1] - 190:15
**opinion** [2] - 150:3, 225:24
**opinionated** [1] - 94:8
**opinions** [4] - 13:3, 14:6, 17:13, 17:18
**OPM's** [1] - 115:3
**opponent** [1] - 238:8
**opportunity** [2] - 3:23, 253:8
**oppose** [5] - 37:1, 143:14, 159:21, 185:25, 238:18
**opposes** [7] - 36:17, 58:20, 69:13, 81:23, 101:17, 102:4,

253:12
**opposing** [1] - 255:14
**opposition** [1] - 45:6
**order** [1] - 149:8
**ordered** [1] - 251:25
**ordinary** [5] - 82:11, 143:5, 149:15, 176:1, 200:16
**organizations** [1] - 199:22
**otherwise** [3] - 17:8, 103:20, 145:8
**outcome** [2] - 17:18, 71:14
**outcomes** [1] - 69:7
**outlets** [1] - 144:22
**outside** [11] - 8:11, 16:3, 62:21, 112:19, 113:19, 124:21, 167:14, 198:11, 222:3, 233:16
**overhead** [2] - 181:7, 185:9
**overlap** [1] - 158:22
**overnight** [1] - 183:25
**oversight** [1] - 238:13
**overturn** [1] - 138:5
**own** [11] - 12:8, 13:3, 79:21, 94:17, 101:9, 123:21, 124:13, 152:25, 159:9, 212:17, 253:1

**P**

**p.m** [2] - 9:23, 255:18
**page** [1] - 4:1
**paid** [3] - 163:6, 196:1, 245:14
**pain** [1] - 168:21
**pandemic** [2] - 12:24, 68:11
**paper** [4] - 84:20, 84:21, 85:2, 255:6
**papers** [3] - 136:21, 137:8, 220:6
**par** [1] - 99:9
**parading** [2] - 9:1, 254:3
**paralegal** [12] - 10:6, 10:11, 13:7, 196:9, 199:6, 199:8, 199:11, 199:14, 199:21, 201:14, 201:17, 255:9
**paralegals** [1] - 206:12
**paramedics** [1] - 190:12
**Park** [2] - 178:12,

186:17
**park** [4] - 169:16, 174:13, 175:13, 181:13
**parks** [2] - 178:10, 178:13
**part** [36] - 7:8, 7:12, 23:5, 25:19, 43:17, 48:10, 48:11, 51:4, 51:8, 51:15, 51:25, 52:11, 52:23, 55:14, 56:10, 74:15, 80:16, 114:9, 118:14, 120:2, 131:19, 141:5, 154:6, 157:17, 165:9, 167:11, 173:1, 191:23, 194:8, 221:7, 234:9, 242:10, 251:19, 254:6
**partially** [2] - 138:25, 139:1
**participate** [1] - 176:17
**participated** [5] - 157:12, 166:16, 209:9, 214:23, 247:15
**participation** [1] - 7:10
**particular** [19] - 47:8, 84:18, 117:7, 118:20, 148:13, 159:21, 171:5, 214:12, 214:17, 220:12, 223:20, 228:13, 228:16, 228:24, 236:16, 236:17, 238:19, 246:12, 250:6
**particularized** [2] - 4:14, 82:6
**particularly** [11] - 19:11, 41:3, 44:24, 59:4, 70:2, 103:18, 114:20, 139:13, 183:5, 184:23, 228:17
**parties** [1] - 7:18
**parts** [2] - 30:9, 78:21
**pass** [4] - 17:10, 19:19, 93:16, 224:10
**passed** [3] - 92:23, 93:4, 225:8
**passive** [1] - 122:25
**past** [10] - 26:23, 61:8, 79:24, 103:10, 134:25, 158:4, 170:10, 192:17,

207:4, 222:5
**patent** [1] - 128:3
**patents** [1] - 28:6
**patients** [4] - 230:19, 230:20, 230:24, 231:1
**patrol** [1] - 54:23
**pay** [3] - 162:17, 236:9, 236:11
**paychecks** [1] - 236:13
**paying** [2] - 161:21, 164:16
**payment** [1] - 115:7
**payroll** [2] - 133:12, 134:3
**pays** [1] - 236:12
**PD** [1] - 101:14
**peace** [1] - 159:14
**pedophile** [2] - 175:18, 175:19
**Pelosi** [2] - 85:13, 164:14
**Pelosi's** [8] - 96:14, 154:1, 163:5, 163:18, 171:24, 172:9, 174:2, 181:1
**pencils** [1] - 19:20
**pension** [1] - 115:7
**people** [145] - 8:2, 14:18, 20:22, 23:20, 23:21, 24:8, 24:9, 24:12, 26:18, 26:19, 32:22, 33:4, 34:10, 35:16, 36:8, 38:7, 40:7, 40:8, 40:22, 41:8, 41:11, 41:17, 41:18, 53:10, 54:1, 55:2, 59:12, 60:25, 65:12, 65:17, 66:9, 66:17, 67:18, 69:5, 74:4, 76:19, 76:21, 77:19, 78:19, 79:13, 79:17, 81:12, 91:4, 107:11, 111:15, 112:19, 112:20, 112:24, 113:16, 113:21, 114:2, 114:8, 115:15, 117:5, 120:24, 123:24, 123:25, 125:22, 125:24, 126:8, 129:19, 129:21, 130:14, 130:25, 132:4, 140:16, 141:20, 142:4, 146:23, 147:2, 148:10, 153:1, 154:20, 154:25, 155:5,

157:11, 157:17, 159:13, 163:6, 163:9, 163:18, 165:2, 165:15, 166:5, 166:12, 166:14, 166:24, 173:12, 173:15, 182:14, 182:22, 182:25, 183:1, 183:19, 184:14, 184:15, 184:16, 189:4, 189:7, 189:9, 189:21, 191:10, 196:21, 204:2, 205:4, 205:12, 205:23, 208:23, 209:2, 209:4, 209:7, 210:13, 212:12, 213:5, 214:10, 214:20, 216:23, 218:16, 222:4, 223:21, 223:24, 225:20, 227:21, 233:8, 234:6, 237:10, 246:3, 246:8, 247:10, 247:13, 247:25, 248:1, 248:4, 248:21, 249:4, 249:6, 249:11, 249:23, 251:10, 252:6, 252:12, 254:8
**people's** [3] - 24:14, 184:15, 192:5
**pepper** [1] - 19:9
**per** [2] - 4:2, 4:17
**perceived** [1] - 66:22
**percent** [2] - 196:16, 225:17
**peremptories** [7] - 3:25, 4:4, 4:8, 4:15, 4:18, 5:2, 5:14
**peremptory** [3] - 6:1, 7:20, 60:1
**perfect** [1] - 60:18
**performance** [1] - 70:20
**perhaps** [2] - 105:11, 134:8
**period** [3] - 145:10, 147:18, 179:17
**perk** [1] - 101:7
**Permanente** [1] - 88:6
**permit** [2] - 16:24, 196:22
**Persian** [1] - 152:15
**person** [38] - 17:10, 22:23, 25:12, 31:8, 31:19, 37:5, 57:14, 57:20, 82:3, 82:4,

82:7, 106:18, 108:19, 109:12, 109:16, 109:21, 117:4, 117:5, 120:9, 142:17, 143:3, 143:5, 149:15, 174:1, 175:19, 176:13, 181:1, 183:19, 184:18, 187:4, 187:7, 193:10, 194:1, 194:2, 205:1, 219:12, 238:21
**person's** [1] - 37:9
**personal** [23] - 15:24, 16:14, 16:18, 17:7, 17:12, 17:17, 23:23, 33:11, 53:16, 58:18, 77:23, 107:14, 108:6, 129:23, 135:23, 148:20, 151:8, 159:5, 159:23, 159:24, 164:20, 191:16, 204:9
**personally** [2] - 22:9, 159:10
**Personnel** [1] - 114:16
**personnel** [1] - 12:4
**persons** [1] - 111:20
**perspective** [1] - 24:5
**persuade** [1] - 211:1
**pertaining** [1] - 144:14
**pet** [1] - 123:22
**pet-sitting** [1] - 123:22
**petty** [2] - 210:21, 211:15
**philosophical** [2] - 17:8, 18:17
**phone** [2] - 128:16, 175:4, 186:8
**phones** [2] - 175:4, 180:8
**physical** [3] - 26:12, 226:5, 226:13
**physicality** [1] - 226:21
**physically** [4] - 183:23, 183:24, 195:15, 195:16
**pick** [2] - 5:7, 103:22
**picked** [2] - 60:19, 198:11
**picketing** [2] - 9:2, 254:3
**picking** [1] - 233:15
**picture** [2] - 205:11, 208:22
**pictures** [2] - 173:10, 208:21

**pieces** [1] - 123:11
**place** [26] - 13:17, 17:13, 20:20, 24:6, 24:7, 29:5, 37:24, 46:18, 46:23, 49:25, 50:3, 77:4, 79:19, 98:2, 102:11, 130:6, 140:2, 154:14, 154:21, 171:1, 187:17, 188:25, 207:16, 220:22, 227:10, 247:4
**places** [2] - 24:6, 157:23
**plan** [2] - 3:12, 243:3
**play** [2] - 32:23, 194:3
**played** [1] - 118:14
**pleaded** [1] - 9:9
**Pleasant** [1] - 181:11
**pled** [1] - 186:7
**plus** [4] - 4:17, 4:18, 215:13
**podcast** [1] - 15:15
**podcasts** [1] - 15:12
**point** [18] - 3:11, 9:4, 45:5, 45:7, 78:5, 78:24, 94:21, 101:21, 101:24, 117:13, 156:9, 170:19, 178:4, 186:14, 223:13, 226:9, 229:17, 232:14
**police** [54] - 14:2, 14:5, 14:7, 16:3, 25:19, 25:23, 26:7, 31:14, 33:8, 33:10, 35:15, 35:17, 46:6, 57:10, 57:25, 65:10, 65:11, 71:13, 78:22, 89:4, 89:11, 89:18, 89:24, 90:7, 92:24, 97:15, 101:23, 108:12, 108:20, 108:22, 115:21, 120:6, 135:18, 146:24, 150:7, 154:16, 154:18, 169:16, 174:3, 174:4, 174:13, 174:25, 175:13, 179:17, 180:5, 184:7, 184:24, 193:6, 222:5, 225:7, 247:8, 247:25, 248:17
**Police** [16] - 11:11, 11:13, 16:6, 65:13, 88:22, 89:1, 92:16, 93:11, 97:15, 99:5,

101:21, 116:3, 129:19, 178:12, 225:4
**political** [4] - 18:17, 189:22, 189:24, 216:6
**politics** [1] - 64:20
**porn** [1] - 186:8
**portfolio** [2] - 55:19, 56:3
**portrayed** [1] - 91:3
**posed** [1] - 18:12
**position** [3] - 13:7, 114:20, 174:24
**positions** [1] - 194:1
**positive** [10] - 14:7, 55:11, 59:8, 76:19, 81:11, 116:24, 117:19, 153:4, 232:10, 238:12
**positively** [12] - 58:14, 71:19, 87:17, 106:23, 111:4, 149:20, 160:17, 187:10, 198:24, 211:4, 211:5, 245:3
**possessed** [1] - 187:4
**possessing** [1] - 57:23
**possession** [1] - 192:21
**possible** [5] - 60:14, 69:11, 184:13, 252:10, 254:23
**possibly** [1] - 82:3
**post** [2] - 222:11, 237:21
**Post** [5] - 144:22, 145:23, 156:6, 207:22, 213:18
**post-trial** [1] - 237:21
**posted** [1] - 38:5
**posting** [3] - 15:18, 38:7, 40:22
**potential** [10] - 11:17, 12:9, 12:10, 19:24, 81:21, 101:18, 132:19, 219:2, 243:16, 252:1
**potentially** [6] - 70:16, 91:11, 213:10, 235:15, 240:14, 242:10
**PowerPoint** [1] - 243:14
**practically** [1] - 7:13
**practice** [6] - 71:25, 94:17, 196:14, 231:25, 232:6, 242:24

**practiced** [2] - 128:6, 232:7

**practicing** [3] - 169:10, 169:11, 178:17

**precedent** [1] - 98:16

**precisely** [1] - 219:4

**preclude** [1] - 37:8

**predecided** [1] - 254:19

**predicted** [1] - 236:20

**preference** [3] - 5:9, 5:17, 158:23

**prefers** [1] - 83:3

**prejudice** [6] - 4:10, 211:18, 211:19, 217:18, 217:20, 217:21

**prejudicing** [1] - 217:21

**preparing** [1] - 200:3

**presence** [3] - 6:6, 19:23, 20:9

**present** [24] - 13:24, 17:24, 17:25, 18:4, 24:12, 26:22, 34:10, 59:7, 70:24, 84:6, 91:19, 91:20, 102:23, 112:10, 141:17, 144:9, 148:8, 159:13, 163:2, 173:23, 195:15, 195:17, 209:23, 243:20

**presentation** [1] - 243:14

**presented** [45] - 8:11, 12:14, 18:15, 26:21, 30:18, 37:10, 39:2, 41:20, 50:20, 54:17, 56:16, 66:15, 67:7, 67:25, 69:24, 100:16, 102:13, 113:5, 118:24, 126:12, 129:6, 131:20, 132:10, 134:20, 139:24, 141:13, 144:1, 147:7, 151:1, 159:8, 162:22, 167:5, 167:13, 173:18, 182:19, 185:3, 185:13, 189:15, 193:25, 204:19, 217:13, 227:14, 246:11, 246:18, 247:18

**presents** [2] - 9:21, 9:23

**presidential** [2] -

17:19, 242:7

**presumed** [1] - 9:10

**pretrial** [1] - 237:21

**pretty** [30] - 23:25, 62:5, 64:17, 89:4, 137:3, 148:4, 148:25, 151:14, 159:5, 182:16, 191:20, 192:7, 193:13, 194:3, 204:20, 205:19, 205:23, 211:14, 213:19, 218:15, 224:14, 224:20, 245:22, 248:17, 248:20, 249:20, 249:21, 249:22, 252:25

**prevent** [10] - 80:10, 80:20, 102:12, 118:22, 131:19, 156:23, 167:9, 185:2, 185:11, 217:11

**prevented** [3] - 106:14, 152:7, 217:13

**previous** [4] - 45:18, 47:24, 48:1, 217:15

**previously** [7] - 5:6, 15:25, 16:10, 52:5, 68:7, 82:7, 148:20

**primarily** [3] - 101:2, 158:22, 175:3

**primary** [1] - 103:1

**principles** [1] - 15:3

**pro** [3] - 138:2, 138:3

**problem** [27] - 9:22, 9:24, 12:21, 42:6, 42:23, 43:20, 44:9, 61:4, 70:17, 70:24, 84:7, 84:9, 102:23, 133:9, 144:1, 144:9, 155:18, 168:11, 195:6, 206:21, 213:5, 217:2, 229:13, 230:14, 232:18, 239:10, 241:9

**Proceedings** [5] - 6:6, 19:13, 19:23, 20:9, 255:18

**process** [17] - 7:14, 8:4, 8:5, 23:5, 28:9, 43:25, 44:6, 46:17, 86:17, 112:5, 118:16, 130:5, 135:20, 161:20, 214:16, 253:22

**processes** [2] - 5:13,

32:10

**processing** [3] - 133:12, 134:3, 134:6

**professionals** [1] - 55:5

**profound** [1] - 218:16

**program** [2] - 115:12, 200:3

**progress** [1] - 82:23

**prohibit** [2] - 39:1, 189:14

**prohibited** [1] - 8:4

**prone** [1] - 24:8

**pronounce** [1] - 210:4

**proof** [3] - 14:10, 14:11, 254:6

**property** [7] - 28:6, 120:24, 137:23, 176:23, 183:11, 200:7, 226:5

**proposed** [3] - 11:8, 11:23, 19:2

**prosecuted** [3] - 120:8, 120:11, 179:1

**prosecution** [3] - 116:23, 117:7, 117:20

**prosecutor** [1] - 118:5

**prosecutors** [1] - 197:20

**prosecutors'** [1] - 16:6

**prospect** [1] - 211:18

**prospective** [3] - 7:17, 58:24, 253:13

**PROSPECTIVE** [1168] - 20:14, 20:17, 20:21, 20:25, 21:8, 21:13, 21:17, 21:21, 21:24, 22:2, 22:7, 22:9, 22:11, 22:13, 22:15, 22:18, 22:21, 22:25, 23:3, 23:7, 23:13, 23:18, 23:25, 24:5, 24:14, 24:17, 24:22, 25:4, 25:8, 25:12, 25:21, 25:24, 26:9, 26:15, 26:24, 27:2, 27:18, 27:21, 28:1, 28:4, 28:8, 28:12, 28:17, 28:21, 28:23, 29:2, 29:6, 29:11, 29:14, 29:18, 29:20, 29:22, 30:2, 30:6, 30:11, 30:15, 30:21, 30:23, 31:2, 31:6, 31:9, 31:12, 31:15, 31:18, 31:22, 32:2, 32:4, 32:7, 32:11, 32:16, 32:22,

33:2, 33:10, 33:13, 33:16, 33:21, 33:24, 34:3, 34:8, 34:12, 34:15, 34:17, 34:20, 34:23, 34:25, 35:4, 35:11, 35:18, 35:23, 37:18, 37:21, 37:25, 38:3, 38:12, 38:16, 38:20, 38:23, 39:5, 39:11, 39:14, 39:16, 39:18, 39:23, 40:1, 40:5, 40:12, 40:16, 40:18, 40:22, 41:6, 41:10, 41:13, 41:23, 42:17, 42:20, 42:25, 43:7, 43:10, 43:16, 43:21, 43:23, 44:6, 44:10, 44:18, 45:13, 45:16, 45:19, 45:21, 45:24, 46:1, 46:3, 46:5, 46:8, 46:11, 46:15, 46:20, 46:25, 47:3, 47:10, 47:17, 47:19, 47:23, 48:3, 48:6, 48:9, 48:14, 48:18, 48:20, 49:3, 49:8, 49:10, 49:15, 49:18, 49:20, 50:1, 50:4, 50:7, 50:10, 50:17, 50:21, 50:24, 51:2, 51:5, 51:7, 51:10, 51:14, 51:17, 51:21, 51:23, 52:3, 52:7, 52:10, 52:13, 52:22, 52:24, 53:2, 53:8, 53:14, 53:18, 53:20, 53:23, 54:3, 54:6, 54:9, 54:15, 54:22, 54:24, 55:1, 55:4, 55:10, 55:13, 55:15, 55:21, 56:9, 56:13, 56:22, 57:1, 57:3, 57:7, 57:12, 57:17, 57:19, 57:24, 58:2, 58:8, 60:9, 60:12, 60:17, 60:22, 60:25, 61:5, 61:10, 61:16, 61:20, 61:23, 62:2, 62:4, 62:9, 62:13, 62:17, 62:24, 63:3, 63:8, 63:12, 63:21, 64:1, 64:5, 64:9, 64:12, 64:14, 64:19, 64:21, 64:24, 65:7, 65:9, 65:15, 65:21, 65:24, 66:3, 66:8, 66:11, 66:14, 66:20, 66:24, 67:1, 67:3, 67:11, 67:13, 68:2, 68:10, 68:15, 68:19, 68:21, 70:11,

70:14, 70:19, 70:25, 71:2, 71:5, 71:7, 71:20, 71:24, 72:2, 72:6, 72:9, 72:14, 72:19, 72:23, 73:1, 73:4, 73:8, 73:12, 73:14, 73:16, 73:20, 74:3, 74:7, 74:12, 74:19, 74:23, 75:6, 75:9, 75:13, 75:16, 75:20, 75:24, 76:4, 76:6, 76:9, 76:12, 76:17, 76:20, 76:22, 76:25, 77:3, 77:12, 77:18, 77:21, 77:23, 78:1, 78:7, 78:17, 78:23, 79:3, 79:5, 79:8, 79:15, 80:1, 80:5, 80:7, 80:12, 80:15, 80:18, 80:23, 81:2, 81:4, 83:20, 83:22, 83:25, 84:4, 84:8, 84:14, 84:19, 85:1, 85:9, 85:13, 85:16, 85:19, 85:22, 86:1, 86:7, 86:15, 86:19, 86:22, 86:24, 87:2, 87:4, 87:8, 87:10, 87:13, 87:18, 88:3, 88:5, 88:9, 88:12, 88:14, 88:17, 88:21, 89:3, 89:13, 89:15, 89:23, 90:9, 90:19, 90:24, 91:2, 91:9, 91:14, 91:23, 91:25, 92:4, 92:6, 92:12, 92:18, 92:21, 93:4, 93:13, 93:18, 93:22, 93:25, 94:2, 94:12, 94:16, 95:4, 95:7, 95:11, 95:18, 95:22, 96:6, 96:8, 96:12, 96:23, 97:6, 97:12, 97:17, 97:20, 97:22, 98:4, 98:6, 98:12, 98:15, 98:20, 98:23, 98:25, 99:4, 99:7, 99:11, 99:16, 99:20, 99:24, 100:1, 100:6, 100:12, 100:19, 100:24, 102:17, 102:20, 102:25, 103:15, 103:20, 104:4, 105:6, 105:9, 105:13, 105:17, 105:20, 105:23, 106:1, 106:3, 106:6, 106:9, 106:12, 106:16, 106:25, 107:4, 107:8,

107:17, 107:21,
107:24, 108:3,
108:8, 108:11,
108:14, 108:21,
108:23, 109:1,
109:3, 109:5,
109:11, 109:14,
109:17, 109:20,
109:24, 110:2,
110:4, 110:8,
110:12, 110:17,
110:19, 110:23,
111:1, 111:6,
111:11, 111:13,
111:18, 111:21,
111:25, 112:7,
112:13, 112:16,
112:25, 113:7,
113:11, 113:14,
113:17, 113:20,
113:24, 114:1,
114:3, 114:5,
114:11, 114:14,
114:18, 114:24,
115:5, 115:17,
115:22, 116:1,
116:4, 116:8,
116:13, 116:16,
116:18, 116:21,
116:25, 117:14,
117:23, 118:2,
118:4, 118:17,
119:1, 119:3,
119:14, 119:17,
119:21, 119:25,
120:5, 120:10,
120:15, 120:19,
120:22, 121:1,
121:4, 121:8,
121:11, 121:14,
121:16, 121:18,
121:21, 122:1,
122:4, 122:8,
122:13, 122:21,
123:2, 123:5,
123:10, 123:17,
123:21, 123:24,
124:3, 124:7,
124:12, 124:15,
124:18, 124:24,
125:3, 125:9,
125:12, 125:17,
125:23, 126:14,
126:18, 126:24,
127:1, 127:5,
127:13, 127:22,
127:25, 128:5,
128:7, 128:10,
128:15, 128:23,
129:2, 129:7,
129:11, 129:15,

129:18, 129:25,
130:4, 130:9,
130:12, 130:15,
130:19, 130:22,
131:5, 131:10,
131:12, 131:15,
131:17, 131:23,
132:1, 132:11,
133:2, 133:5,
133:10, 133:16,
133:18, 133:20,
133:25, 134:4,
134:7, 134:10,
134:15, 134:23,
135:5, 135:9,
135:15, 135:17,
135:22, 136:4,
136:9, 136:12,
136:14, 136:18,
136:20, 136:23,
136:25, 137:3,
137:6, 137:9,
137:13, 137:16,
137:21, 137:23,
138:2, 138:5, 138:9,
138:13, 138:18,
138:23, 139:2,
139:4, 139:6,
139:11, 139:14,
139:18, 139:20,
139:25, 140:4,
140:7, 140:10,
140:13, 140:15,
140:20, 140:24,
141:3, 141:7,
141:14, 141:19,
141:24, 142:2,
142:6, 142:10,
142:12, 142:15,
142:18, 142:21,
142:25, 143:6,
143:19, 143:22,
144:3, 144:7,
144:10, 144:15,
144:19, 145:2,
145:5, 145:9,
145:12, 145:14,
145:17, 145:20,
145:24, 146:5,
146:10, 146:13,
146:16, 146:20,
146:23, 147:9,
147:13, 147:16,
147:21, 147:24,
148:3, 148:9,
148:14, 148:17,
148:22, 148:24,
149:5, 149:7,
149:11, 149:16,
149:21, 149:24,
150:2, 150:9,

150:12, 150:17,
150:21, 151:2,
151:6, 151:10,
151:13, 151:16,
151:20, 151:24,
152:6, 152:11,
152:14, 152:19,
152:24, 153:4,
153:9, 153:12,
153:20, 153:24,
154:4, 154:7,
154:12, 154:18,
154:23, 155:2,
155:7, 155:10,
155:14, 155:18,
155:22, 156:1,
156:5, 156:11,
156:15, 156:20,
157:2, 157:9,
157:13, 157:19,
157:25, 158:4,
158:10, 158:18,
160:4, 160:7,
160:10, 160:12,
160:19, 161:4,
161:7, 161:11,
161:15, 161:18,
161:25, 162:2,
162:4, 162:8,
162:12, 162:16,
162:23, 163:4,
163:10, 163:14,
163:21, 163:25,
164:3, 164:6, 164:8,
164:13, 164:21,
164:23, 164:25,
165:4, 165:7,
165:13, 165:17,
165:20, 166:1,
166:3, 166:6,
166:10, 166:12,
166:19, 166:21,
167:1, 167:6,
167:11, 167:18,
167:20, 167:22,
168:5, 168:8,
168:13, 168:18,
168:20, 168:22,
169:1, 169:3, 169:7,
169:11, 169:16,
169:20, 169:23,
170:2, 170:6, 170:9,
170:11, 170:15,
170:19, 170:23,
171:3, 171:9,
171:13, 171:17,
171:20, 171:23,
172:6, 172:8,
172:11, 172:14,
172:21, 172:24,
173:2, 173:5, 173:9,

173:19, 173:25,
174:9, 174:11,
174:15, 174:17,
174:20, 174:24,
175:8, 175:11,
175:16, 175:21,
176:2, 176:7,
176:10, 176:12,
176:15, 176:18,
176:21, 177:4,
177:10, 177:12,
177:16, 177:20,
177:23, 177:25,
178:2, 178:8,
178:12, 178:15,
178:18, 178:21,
178:24, 179:3,
179:5, 179:9,
179:16, 179:23,
180:3, 180:9,
180:11, 180:13,
180:19, 180:24,
181:3, 181:9,
181:11, 181:17,
181:19, 181:21,
182:1, 182:4, 182:9,
182:15, 182:18,
182:24, 183:5,
183:8, 183:13,
183:17, 184:4,
184:11, 184:25,
185:5, 185:10,
185:14, 186:22,
186:25, 187:2,
187:12, 187:19,
187:24, 188:5,
188:9, 188:12,
188:17, 188:20,
189:2, 189:4,
189:17, 189:20,
190:2, 190:6, 190:9,
190:14, 190:18,
190:22, 191:1,
191:6, 191:8,
191:15, 191:18,
191:23, 192:3,
192:9, 192:13,
192:15, 192:18,
192:22, 192:25,
193:4, 193:12,
193:19, 193:24,
194:10, 194:16,
194:18, 194:20,
195:3, 195:8,
195:10, 195:18,
195:21, 196:3,
196:8, 196:11,
196:15, 196:18,
196:20, 197:4,
197:10, 197:15,
197:22, 197:25,

198:4, 198:7,
198:10, 198:17,
198:20, 199:1,
199:6, 199:9,
199:12, 199:15,
199:18, 199:23,
200:1, 200:11,
200:17, 200:21,
201:1, 201:5, 201:9,
201:13, 201:16,
201:18, 201:20,
201:24, 202:3,
202:5, 202:10,
202:12, 202:15,
202:20, 202:24,
203:4, 203:7,
203:10, 203:14,
203:18, 203:21,
203:25, 204:3,
204:6, 204:11,
204:14, 204:18,
204:22, 205:2,
205:6, 205:13,
205:16, 205:21,
205:25, 206:8,
206:11, 206:20,
206:23, 207:13,
207:17, 207:21,
208:3, 208:8,
208:10, 208:14,
208:20, 209:15,
209:18, 209:24,
210:5, 210:11,
210:17, 210:21,
210:24, 211:5,
211:13, 212:5,
212:10, 212:15,
212:21, 213:1,
213:12, 213:17,
213:21, 214:6,
214:12, 214:23,
215:4, 215:7,
215:11, 215:15,
215:20, 215:23,
216:2, 216:10,
216:21, 217:1,
217:14, 218:7,
218:11, 219:17,
219:20, 219:24,
220:1, 220:7,
220:14, 220:24,
221:5, 221:10,
221:13, 221:16,
221:20, 221:24,
222:2, 222:9,
222:14, 222:17,
222:22, 223:4,
223:9, 223:17,
224:4, 224:8,
224:11, 224:17,
225:2, 225:10,

225:14, 225:22,
226:3, 226:8,
226:17, 226:19,
227:3, 227:6,
227:15, 227:17,
229:7, 229:10,
229:15, 229:18,
229:21, 229:23,
230:1, 230:6,
230:11, 230:16,
230:18, 231:1,
231:4, 231:11,
231:17, 231:21,
231:23, 232:1,
232:3, 232:7,
232:12, 232:23,
233:4, 233:7,
233:12, 233:14,
233:19, 233:25,
234:7, 234:12,
234:17, 234:20,
235:3, 235:5, 235:8,
235:12, 235:14,
235:17, 235:21,
236:1, 236:4, 236:9,
236:15, 236:19,
236:24, 237:5,
237:9, 237:12,
237:16, 237:20,
238:3, 239:4, 239:7,
239:11, 239:16,
239:20, 239:23,
240:1, 240:5, 240:8,
240:20, 241:6,
241:11, 241:17,
241:21, 241:23,
242:3, 244:5, 244:8,
244:10, 244:13,
244:15, 244:17,
244:19, 244:22,
244:25, 245:4,
245:10, 245:18,
245:21, 245:24,
246:3, 246:13,
246:17, 246:23,
247:2, 247:5, 247:7,
247:19, 247:22,
248:3, 248:9,
248:11, 248:14,
248:19, 248:23,
249:1, 249:6,
249:13, 249:17,
250:3, 250:8,
250:11, 250:16,
250:18, 250:22,
250:25, 251:3,
251:5, 251:14,
251:24, 252:10,
252:13, 252:20
**protection** [1] - 235:4
**protest** [11] - 34:11,

36:8, 41:9, 54:2,
66:10, 96:24,
166:15, 222:25,
226:4, 226:11,
226:15
**protesters** [3] - 33:8,
33:10, 96:13
**protesting** [4] - 90:22,
159:13, 225:23,
225:25
**protests** [3] - 79:23,
222:2, 226:20
**proud** [3] - 89:5, 90:6,
216:12
**prove** [1] - 14:15
**proved** [1] - 193:3
**proven** [1] - 210:12
**provide** [5] - 3:20,
7:24, 39:4, 209:13,
225:6
**provided** [1] - 9:13
**Public** [1] - 103:17
**public** [13] - 10:16,
10:20, 51:16, 52:14,
55:5, 56:4, 59:15,
100:9, 105:15,
105:19, 196:16,
197:13, 246:19
**publicity** [1] - 37:8
**pull** [2] - 8:2, 206:13
**punches** [1] - 183:20
**punishment** [2] -
16:24, 16:25
**purpose** [2] - 100:5,
252:15
**pursue** [2] - 176:22,
184:12
**push** [1] - 195:13
**pushed** [1] - 154:20
**pushing** [4] - 53:15,
247:8, 247:25,
248:17
**puts** [2] - 59:22,
188:21
**putting** [5] - 47:21,
48:12, 96:15,
118:11, 212:17

## Q

**qualification** [1] - 5:15
**qualified** [4] - 5:11,
5:13, 242:14, 254:10
**qualify** [1] - 4:20
**question's** [1] - 56:16
**questionnaire** [4] -
68:9, 190:4, 215:2,
234:15
**questions** [45] - 3:12,
3:13, 3:18, 3:23,

4:24, 7:16, 7:24,
7:25, 9:7, 9:11, 9:14,
9:15, 9:17, 18:12,
18:22, 19:14, 19:17,
23:9, 25:25, 35:13,
41:14, 55:17, 58:6,
99:2, 99:8, 100:21,
102:8, 116:15,
126:5, 127:8,
155:17, 158:13,
166:23, 183:10,
227:7, 232:11,
232:20, 235:18,
237:2, 237:24,
238:11, 238:22,
242:22, 249:19,
252:18
**quick** [2] - 67:4, 68:5
**quickly** [5] - 7:13,
190:3, 216:22,
243:10, 255:12
**quite** [4] - 36:3, 103:2,
159:15, 203:21

## R

**racial** [1] - 211:19
**racist** [3] - 17:23,
91:11, 91:18
**racists** [1] - 91:14
**rack** [1] - 198:11
**radio** [5] - 15:12,
15:15, 29:17,
107:13, 123:12
**raided** [3] - 138:25,
139:2, 139:3
**raised** [2] - 86:10,
243:16
**rallies** [1] - 79:23
**rally** [12] - 114:8,
130:14, 155:5,
165:15, 182:22,
204:2, 206:1,
214:10, 225:20,
248:21, 249:7,
251:10
**ran** [2] - 186:14,
186:16
**random** [3] - 129:22,
137:11, 140:21
**rather** [6] - 4:23, 4:24,
26:23, 30:19,
122:25, 157:17
**ratify** [1] - 166:7
**rating** [1] - 240:6
**rea** [2] - 253:4, 254:15
**reach** [12] - 46:13,
57:16, 106:10,
106:20, 115:11,
116:20, 121:3,

121:20, 198:19,
210:22, 244:23,
250:24
**reaching** [2] - 12:17,
106:14
**reaction** [20] - 23:24,
28:25, 33:12, 53:17,
95:17, 96:21,
101:25, 102:11,
113:22, 124:13,
129:24, 130:21,
164:20, 172:16,
181:2, 184:13,
185:8, 226:1, 226:4,
233:18
**reactions** [1] - 191:16
**read** [19] - 11:4, 24:14,
40:23, 40:24, 84:20,
122:19, 124:5,
136:16, 137:9,
137:15, 154:25,
156:1, 207:22,
213:18, 220:6,
220:7, 222:19
**reading** [9] - 13:1,
15:14, 15:17, 44:15,
85:2, 144:21, 156:5,
219:22, 228:4
**ready** [7] - 37:13,
83:14, 104:25,
159:22, 206:9,
243:20, 250:9
**real** [3] - 165:8, 217:2,
217:9
**realized** [1] - 86:5
**really** [46] - 61:1, 61:2,
62:6, 62:12, 64:25,
65:17, 69:6, 70:5,
77:12, 78:9, 78:11,
84:19, 86:11, 96:25,
97:10, 97:22, 117:4,
158:1, 160:24,
161:21, 165:7,
166:17, 179:18,
191:24, 192:11,
195:13, 195:22,
202:12, 210:11,
210:24, 211:6,
211:15, 212:16,
213:2, 213:3,
213:25, 217:17,
228:25, 233:1,
240:22, 240:25,
246:5
**rearrested** [1] - 205:9
**reason** [9] - 7:21,
18:13, 18:18, 50:16,
65:15, 133:21,
144:11, 185:23,

254:14
**reasonable** [2] -
14:11, 14:16
**reasons** [6] - 15:6,
24:9, 158:22, 238:6,
253:7, 253:8
**Rebecca** [1] - 10:10
**received** [8] - 13:6,
27:24, 137:20,
168:25, 196:7,
196:8, 199:4, 231:20
**receiving** [2] - 69:10,
228:10
**recent** [1] - 80:24
**recently** [4] - 25:7,
71:11, 192:19,
232:23
**Recess** [2] - 83:9,
104:23
**recognition** [1] -
184:14
**recognize** [4] - 12:6,
172:1, 184:16,
184:20
**recognizing** [1] -
94:10
**recollections** [2] -
208:18, 246:1
**record** [2] - 18:21,
92:8
**recorded** [1] - 213:24
**recordings** [1] - 32:24
**recovery** [2] - 43:24,
175:3
**referencing** [2] - 92:2,
216:20
**referred** [5] - 7:14,
7:20, 68:7, 186:6,
213:23
**reflected** [1] - 243:18
**regarding** [2] - 32:19,
101:2
**regardless** [1] - 35:21
**region** [1] - 21:18
**regroup** [1] - 98:8
**regular** [2] - 120:6,
171:3
**regularly** [2] - 47:4,
130:9
**reinforcement** [2] -
222:23, 225:6
**reinforcements** [1] -
225:4
**related** [4] - 13:20,
58:22, 73:9, 170:20
**relating** [3] - 8:14,
15:11, 56:11
**relations** [2] - 48:6,
52:9
**relationship** [11] -

64:17, 82:8, 89:19, 101:5, 101:22, 149:13, 149:19, 159:1, 175:24, 197:19, 238:8
**relationships** [10] - 76:14, 76:19, 80:17, 80:20, 81:11, 115:15, 153:1, 158:24, 202:14, 235:13
**release** [3] - 45:4, 104:5, 104:19
**released** [2] - 43:5, 43:8
**releasing** [4] - 45:7, 60:3, 82:24, 104:17
**relevant** [2] - 19:11, 159:6
**religious** [2] - 17:8, 18:17
**relive** [1] - 179:13
**rely** [2] - 67:7, 167:4
**remain** [1] - 19:21
**remaining** [1] - 8:17
**remains** [1] - 4:10
**remember** [58] - 9:17, 39:24, 40:8, 53:16, 53:19, 61:17, 62:10, 63:14, 63:22, 63:24, 64:24, 65:1, 65:8, 71:8, 71:13, 85:5, 92:25, 96:15, 96:19, 120:13, 120:22, 121:4, 121:12, 121:14, 121:19, 121:21, 125:2, 129:16, 129:23, 153:21, 163:13, 170:15, 172:1, 173:9, 173:11, 173:13, 173:25, 174:2, 174:3, 175:17, 182:10, 182:11, 184:14, 184:15, 184:16, 188:11, 193:1, 198:13, 208:4, 208:15, 209:1, 209:25, 210:1, 210:7, 213:12, 213:13, 233:8, 233:14
**remembers** [1] - 218:19
**remind** [1] - 253:20
**remotely** [1] - 73:5
**removed** [3] - 114:21, 114:25, 207:4
**render** [5] - 12:13,

18:14, 134:19, 191:3, 250:7
**rendered** [1] - 37:5
**renew** [1] - 104:13
**repeat** [1] - 91:15
**repeated** [1] - 153:15
**rephrase** [1] - 190:18
**report** [3] - 180:1, 180:3, 238:12
**reported** [6] - 49:11, 145:22, 179:15, 179:16, 179:21, 184:2
**reporter** [1] - 12:4
**REPORTER** [1] - 4:6
**REPORTER'S** [55] - 20:11, 27:8, 27:14, 35:25, 37:15, 41:25, 42:14, 44:21, 45:10, 58:9, 60:6, 68:22, 70:8, 81:5, 83:17, 100:25, 102:15, 104:9, 105:3, 119:6, 119:11, 127:14, 127:19, 132:14, 132:24, 136:5, 136:6, 143:11, 143:16, 158:19, 160:2, 167:23, 168:2, 185:17, 186:18, 194:21, 194:25, 197:5, 197:6, 207:1, 207:8, 218:12, 219:14, 227:18, 229:3, 230:7, 231:12, 231:13, 238:4, 239:1, 240:21, 241:3, 242:4, 243:22, 252:21
**reporting** [1] - 144:23
**reports** [7] - 17:22, 90:16, 91:17, 206:1, 212:6, 212:9, 212:10
**represent** [2] - 10:4, 75:25
**Representatives** [6] - 30:3, 38:18, 85:10, 107:19, 123:8, 140:25
**represented** [1] - 105:18
**representing** [1] - 10:10
**request** [1] - 19:1
**required** [5] - 14:15, 99:14, 160:24, 254:6, 254:15
**requires** [1] - 250:10
**reschedule** [3] -

133:21, 240:2, 240:16
**rescheduled** [5] - 168:17, 229:25, 231:2, 239:19, 241:20
**research** [5] - 8:1, 8:3, 187:25, 228:21, 228:22
**researching** [1] - 227:21
**reservations** [2] - 15:20, 229:20
**reside** [1] - 21:18
**resident** [2] - 245:13, 251:24
**resolve** [1] - 242:19
**resolved** [1] - 243:10
**resonate** [1] - 100:3
**resources** [1] - 237:4
**respect** [23] - 7:19, 38:2, 56:24, 82:11, 94:18, 94:19, 95:3, 100:9, 106:24, 127:15, 132:15, 138:12, 141:11, 167:24, 174:7, 192:17, 193:15, 198:15, 218:13, 228:8, 228:14, 228:15, 236:16
**respectfully** [1] - 136:1
**respecting** [1] - 154:21
**respond** [3] - 84:7, 116:3, 190:21
**responded** [8] - 51:19, 51:22, 101:15, 108:24, 115:25, 142:23, 179:17, 225:5
**responding** [2] - 56:11, 214:13
**response** [10] - 9:12, 47:15, 69:20, 205:18, 216:11, 222:22, 224:25, 225:1, 235:23, 236:6
**responses** [2] - 101:2, 232:11
**responsibility** [4] - 206:6, 206:7, 216:8, 250:1
**responsible** [2] - 55:22, 214:22
**rest** [4] - 20:1, 20:4, 53:1, 104:14
**restitution** [1] - 17:5
**restricted** [3] - 8:18,

8:21, 254:1
**restroom** [3] - 81:6, 82:15, 83:12
**rests** [1] - 14:12
**result** [3] - 31:13, 157:10, 160:1
**resulted** [1] - 117:15
**retina** [1] - 43:24
**retire** [2] - 215:10, 215:11
**retired** [9] - 93:14, 174:15, 174:16, 175:7, 201:11, 201:16, 215:2, 215:3, 239:12
**retirees** [1] - 115:6
**retirement** [1] - 115:8
**retreated** [1] - 183:21
**return** [1] - 20:1
**returned** [1] - 17:6
**returning** [2] - 17:10, 37:9
**reverence** [1] - 158:25
**review** [2] - 237:14, 237:16
**Rhine** [38] - 8:14, 8:17, 8:20, 8:23, 9:1, 9:9, 10:10, 10:25, 11:5, 11:6, 13:20, 14:20, 18:8, 26:22, 35:20, 41:21, 67:20, 67:25, 84:16, 84:18, 113:1, 113:4, 126:9, 132:6, 132:9, 141:12, 147:3, 147:7, 163:17, 163:19, 189:10, 209:9, 219:23, 227:11, 227:13, 227:23, 247:14, 247:17
**Richmond** [1] - 232:15
**ride** [1] - 152:23
**ride-along** [1] - 152:23
**riot** [1] - 129:21, 154:19
**riots** [2] - 85:1, 252:1
**risk** [1] - 212:17
**robbed** [1] - 22:7
**robberies** [1] - 183:16
**robbery** [5] - 22:15, 71:9, 176:7, 179:14, 183:24
**Rock** [1] - 186:17
**Rodney** [1] - 211:18
**role** [7] - 47:18, 52:18, 59:5, 59:22, 152:10, 190:8, 228:18
**rollouts** [2] - 55:22, 55:25

**Rolodex** [1] - 153:23
**Rome** [1] - 28:5
**roof** [1] - 103:10
**room** [9] - 5:1, 6:21, 20:2, 36:14, 36:25, 114:22, 126:20, 208:23, 240:10
**rooms** [2] - 23:21, 189:6
**root** [1] - 168:14
**roughly** [3] - 170:13, 171:12, 188:11
**route** [1] - 158:9
**routes** [1] - 158:10
**routine** [1] - 159:11
**row** [1] - 19:20
**rows** [1] - 19:21
**rule** [1] - 15:5
**rules** [3] - 15:4, 15:6, 15:7
**ruling** [1] - 4:9
**run** [4] - 148:1, 151:11, 152:8, 156:13
**running** [2] - 68:16, 130:5
**runs** [1] - 216:22
**rural** [1] - 75:25

**S**

**sacred** [3] - 97:8, 98:2, 102:11
**sad** [14] - 65:25, 66:1, 69:8, 97:12, 114:5, 164:25, 165:9, 181:3, 181:4, 181:22, 248:14
**saddened** [2] - 192:1, 253:3
**sadly** [1] - 186:12
**sadness** [10] - 67:22, 77:24, 78:2, 97:11, 97:23, 98:11, 114:4, 125:1, 164:24
**safe** [1] - 77:23
**safety** [4] - 77:19, 81:13, 81:17, 212:17
**sane** [1] - 203:22
**sat** [2] - 120:1, 174:1
**satisfied** [1] - 26:6
**save** [1] - 42:8
**savings** [1] - 202:25
**saw** [52] - 20:25, 23:19, 32:20, 32:25, 33:2, 36:6, 38:4, 40:3, 40:12, 53:11, 74:22, 76:23, 91:3, 92:23, 93:5, 96:16, 112:17, 113:18,

114:16, 124:2, 129:13, 129:14, 129:20, 161:17, 171:22, 172:1, 172:9, 182:9, 184:19, 185:8, 190:3, 191:12, 209:22, 212:3, 212:8, 220:9, 220:17, 220:19, 222:10, 232:24, 233:5, 234:6, 234:15, 245:12, 246:2, 246:3, 246:4, 246:10, 247:9, 247:24

**scaling** [2] - 41:17, 182:10

**scared** [2] - 86:2, 87:22

**scary** [2] - 224:20, 228:6

**scenes** [2] - 40:8, 118:8

**schedule** [1] - 134:11

**scheduled** [3] - 168:15, 230:24, 241:12

**schedules** [1] - 230:21

**scheduling** [2] - 195:23, 230:22

**school** [2] - 43:1, 94:6

**Schools** [1] - 103:17

**Schumer** [1] - 164:14

**screaming** [1] - 53:9

**screen** [1] - 255:4

**scrolling** [1] - 41:1

**searching** [2] - 228:9, 228:10

**season** [1] - 103:4

**seat** [5] - 20:14, 27:16, 83:21, 171:25, 239:3

**seated** [3] - 10:25, 19:21, 19:25

**second** [2] - 179:25, 194:7

**secondly** [1] - 238:10

**Secret** [8] - 11:12, 16:5, 51:3, 52:1, 58:15, 149:3, 150:15, 159:2

**secretary** [2] - 13:7, 196:10

**section** [4] - 178:19, 178:21, 178:22, 178:23

**Security** [6] - 16:5, 47:16, 54:19, 126:21, 127:2, 127:3

**see** [65] - 5:18, 24:1, 33:8, 33:14, 33:22, 39:19, 40:19, 40:21, 41:1, 44:13, 53:7, 53:13, 62:11, 62:19, 64:10, 65:5, 68:15, 70:21, 74:19, 78:15, 78:21, 82:8, 82:23, 93:3, 95:1, 101:15, 109:4, 109:6, 109:9, 109:15, 109:25, 117:3, 129:13, 130:7, 131:23, 141:4, 141:6, 144:19, 145:22, 146:10, 146:18, 146:22, 154:13, 154:15, 164:5, 172:8, 181:13, 181:22, 182:9, 182:13, 188:20, 191:9, 191:18, 191:19, 193:7, 193:15, 193:21, 212:3, 212:6, 220:3, 220:11, 221:2, 230:19, 230:21, 243:14

**seeing** [39] - 23:24, 33:12, 39:20, 44:3, 44:9, 47:11, 77:14, 96:12, 96:20, 96:22, 124:4, 124:14, 131:2, 134:1, 153:6, 154:17, 164:20, 173:9, 174:1, 181:2, 181:7, 181:15, 182:10, 188:25, 189:3, 191:17, 191:20, 209:1, 212:20, 222:2, 222:3, 222:10, 223:20, 223:21, 224:14, 233:10, 233:13, 233:18, 248:16

**seek** [1] - 49:13

**seeking** [2] - 123:1, 214:8

**seem** [2] - 82:11, 205:6

**seize** [1] - 200:6

**selected** [22] - 12:12, 15:10, 35:6, 36:24, 56:14, 67:5, 80:10, 80:21, 99:12, 99:22, 100:13, 118:23, 119:24, 119:25, 120:18, 134:18, 156:24, 167:2,

206:5, 216:7, 218:4, 249:25

**selecting** [1] - 8:5

**selection** [2] - 220:3, 220:17

**self** [1] - 123:19

**self-employed** [1] - 123:19

**semi** [1] - 201:16

**semi-retired** [1] - 201:16

**Senate** [1] - 173:13

**senator** [1] - 115:10

**senators** [2] - 208:23, 212:12

**send** [1] - 200:4

**senior** [1] - 28:4

**sense** [16] - 4:19, 5:21, 24:10, 32:9, 94:23, 125:21, 139:16, 182:21, 203:23, 204:21, 205:19, 205:23, 213:25, 233:7, 234:1

**sensitive** [1] - 217:6

**sent** [4] - 120:9, 130:23, 136:20, 242:13

**sentence** [2] - 17:2, 17:5

**sentencing** [3] - 21:2, 24:20, 118:15

**sentimental** [1] - 90:3

**series** [2] - 7:16, 25:24

**serious** [1] - 225:8

**seriously** [2] - 205:7, 205:9

**serve** [9] - 37:6, 72:3, 87:16, 100:4, 111:22, 150:3, 204:25, 238:15, 254:10

**served** [21] - 11:25, 45:21, 56:24, 61:7, 61:9, 71:11, 71:12, 85:23, 88:21, 88:24, 90:3, 90:10, 92:22, 93:1, 94:21, 101:20, 158:24, 160:13, 198:7, 210:15, 250:14

**service** [19] - 45:18, 56:24, 71:4, 85:21, 93:17, 99:3, 105:19, 105:25, 116:15, 117:17, 119:20, 160:9, 186:24, 192:17, 194:9, 198:3, 211:10, 228:7, 244:7

**Service** [11] - 11:12, 16:5, 51:3, 58:15, 108:15, 108:17, 109:13, 109:22, 149:3, 150:15, 159:2

**Service's** [1] - 52:1

**serving** [8] - 12:22, 17:4, 85:22, 86:17, 93:10, 93:14, 153:1, 215:18

**session** [1] - 254:5

**set** [3] - 38:10, 159:7, 252:7

**setting** [2] - 214:13, 214:17

**several** [7] - 28:17, 65:12, 88:23, 111:15, 149:7, 213:10, 228:22

**sex** [5] - 86:7, 86:12, 175:19, 186:6

**share** [7] - 3:13, 11:19, 40:20, 55:11, 78:3, 89:8, 94:1

**shared** [4] - 11:20, 18:1, 91:21, 243:13

**sharing** [1] - 213:8

**sharpness** [2] - 44:3, 44:13

**Shaw** [1] - 224:4

**sheriff's** [1] - 16:3

**shields** [1] - 129:21

**shifting** [1] - 193:15

**shifts** [1] - 14:12

**shock** [3] - 26:11, 113:24, 139:18

**shocked** [3] - 40:1, 40:14, 53:18

**shocking** [2] - 33:14, 33:17

**short** [1] - 61:11

**shot** [3] - 210:6, 247:9, 248:1

**shots** [2] - 209:1, 209:3

**shoved** [1] - 154:20

**shoving** [1] - 182:15

**show** [4] - 152:22, 205:8, 229:21, 251:17

**showed** [4] - 38:6, 78:25, 155:5, 164:14

**showing** [3] - 40:7, 112:18, 209:11

**shown** [1] - 188:24

**shows** [1] - 96:9

**shut** [5] - 87:23, 139:7, 140:16, 145:9, 145:11

**sic** [4] - 21:2, 208:22,

210:3, 212:12

**sic]** [1] - 210:1

**sick** [1] - 201:21

**side** [9] - 3:22, 4:2, 4:17, 4:18, 28:9, 59:6, 90:1, 90:2, 217:10

**sides** [3] - 118:15, 144:23, 196:24

**sight** [2] - 12:21, 43:20

**significant** [4] - 36:6, 116:6, 180:8, 253:2

**silence** [1] - 14:21

**silver** [1] - 25:17

**similar** [8] - 100:8, 117:10, 148:6, 154:5, 162:25, 173:21, 209:21, 223:15

**simple** [2] - 210:25, 211:14

**simply** [3] - 7:10, 7:24, 14:5

**sincere** [1] - 36:11

**sister** [12] - 92:22, 92:25, 93:1, 93:16, 101:10, 169:4, 169:21, 170:21, 178:16, 179:8, 186:4

**sister-in-law** [11] - 92:22, 92:25, 93:1, 93:16, 101:10, 169:4, 169:21, 170:21, 178:16, 179:8, 186:4

**sit** [4] - 12:12, 18:14, 134:19, 198:24

**site** [2] - 177:5, 195:23

**sites** [1] - 15:18

**sitting** [5] - 44:11, 123:22, 163:11, 171:24, 181:1

**situation** [3] - 112:21, 135:23, 202:25

**situations** [2] - 210:13, 217:5

**six** [15] - 9:21, 42:22, 70:16, 84:6, 102:22, 133:8, 143:25, 168:10, 195:5, 195:13, 215:14, 229:12, 230:13, 239:9, 241:8

**six-day** [9] - 70:16, 84:6, 102:22, 143:25, 168:10, 195:5, 230:13, 239:9, 241:8

**Sixth** [1] - 138:24

**skills** [1] - 175:3
**sleep** [1] - 240:9
**slide** [2] - 243:10,
243:18
**slides** [1] - 243:17
**small** [1] - 86:12
**smartphones** [1] - 8:3
**smashed** [1] - 233:15
**smoke** [1] - 222:4
**social** [9] - 15:12,
15:18, 47:11, 47:19,
47:20, 48:11, 51:12,
52:17, 55:20
**society** [1] - 8:2
**sold** [1] - 215:20
**sole** [2] - 14:24, 15:2
**solely** [3] - 12:13,
37:9, 134:20
**someone** [14] - 13:12,
22:16, 28:15, 72:17,
73:18, 87:7, 90:8,
120:8, 129:22,
135:12, 138:21,
142:12, 214:19,
254:15
**someplace** [1] - 31:10
**sometimes** [9] - 5:12,
64:21, 88:1, 88:6,
158:11, 164:16,
164:17, 209:24,
223:10
**somewhat** [5] - 26:20,
59:22, 151:9,
157:15, 158:22
**somewhere** [4] -
208:13, 208:14,
221:19, 226:21
**son** [3] - 103:12,
152:20, 217:4
**sorry** [20] - 6:19,
10:17, 25:9, 26:14,
57:7, 60:16, 89:13,
89:14, 89:15, 90:3,
91:9, 92:6, 92:25,
93:7, 93:8, 155:15,
155:16, 178:20,
221:2, 250:19
**sort** [21] - 26:19,
41:17, 65:1, 67:18,
77:15, 78:10, 78:20,
106:13, 107:7,
146:19, 146:25,
150:22, 152:1,
212:12, 216:19,
217:10, 218:2,
222:3, 222:24,
237:15, 245:9
**sorts** [4] - 187:23,
207:19, 239:14,
247:6

**sought** [3] - 10:20,
214:4, 218:17
**sound** [1] - 70:2
**sounds** [5] - 5:4,
95:24, 122:24,
151:18, 152:5,
178:6, 213:9, 233:1,
240:13
**source** [1] - 235:16
**sources** [4] - 15:13,
156:2, 156:3
**South** [1] - 43:12
**space** [1] - 196:22
**spaces** [1] - 159:6
**speaking** [3] - 69:9,
211:10, 212:21
**special** [17] - 4:14,
9:21, 9:24, 12:20,
42:6, 42:23, 43:19,
102:23, 133:9,
144:1, 149:19,
168:11, 195:6,
229:13, 230:14,
239:10, 241:9
**specialist** [2] - 28:5,
137:24
**specific** [28] - 13:23,
55:19, 56:3, 63:23,
63:24, 77:15, 78:11,
79:10, 82:7, 124:21,
126:10, 138:11,
141:17, 144:4,
146:1, 146:5, 148:7,
153:17, 163:2,
173:23, 209:23,
220:11, 223:15,
223:24, 228:12,
234:5, 237:19
**specifically** [14] -
60:20, 64:24, 70:6,
84:23, 126:7, 132:2,
171:22, 171:24,
174:1, 178:6, 208:4,
212:21, 213:13,
220:15
**specifics** [2] - 57:8,
78:24
**speech** [1] - 33:3
**speed** [2] - 71:12,
145:25
**spend** [1] - 78:10
**spent** [3] - 79:9,
128:18, 186:4
**spiraled** [1] - 206:2
**spoken** [2] - 218:16,
225:12
**spouse** [1] - 128:3
**spray** [1] - 19:9
**Sputinick** [1] - 210:3
**Sputs** [1] - 210:3

**stabbed** [2] - 31:6,
111:14
**stacks** [1] - 231:2
**staff** [5] - 74:1, 76:10,
76:11, 76:15, 77:10
**stance** [2] - 189:22,
189:24
**stand** [5] - 7:1, 74:21,
95:13, 139:13,
187:13
**stand-up** [1] - 95:13
**standard** [3] - 36:21,
253:16
**standing** [1] - 222:6
**stands** [5] - 116:23,
117:18, 182:12,
222:20, 222:24
**start** [6] - 48:7, 82:20,
195:12, 206:15,
221:8, 242:17
**started** [6] - 131:2,
183:20, 200:2,
203:1, 221:23,
245:11
**starting** [1] - 171:7
**state** [4] - 12:2, 16:7,
141:20, 142:1
**statement** [3] - 112:1,
216:15, 227:24
**statements** [2] -
79:20, 243:13
**States** [12] - 8:15,
10:4, 10:5, 10:16,
10:21, 11:11, 11:12,
11:13, 105:15,
197:14, 197:16,
237:11
**Station** [1] - 72:20
**station** [3] - 29:21,
183:18, 183:21
**stations** [1] - 29:16
**stay** [4] - 145:25,
171:4, 221:6, 251:25
**staying** [2] - 12:21,
43:20
**stays** [1] - 96:19
**steal** [2] - 183:19,
183:20
**step** [1] - 27:5
**stepfather** [2] - 21:17,
21:20
**Stevenson** [2] -
216:25, 217:1
**stick** [2] - 4:16, 246:6
**sticks** [3] - 203:12,
203:19, 208:21
**still** [37] - 24:3, 24:16,
33:19, 33:22, 34:3,
43:25, 44:2, 65:16,
65:17, 66:1, 67:24,

69:10, 70:23, 77:10,
79:2, 83:11, 93:10,
93:14, 98:5, 98:11,
103:20, 104:16,
108:22, 130:2,
149:9, 153:10,
157:25, 172:1,
174:14, 178:1,
191:25, 199:10,
201:17, 202:11,
212:25, 226:8, 240:5
**stole** [2] - 22:16,
183:24
**stolen** [3] - 25:16,
180:4, 183:12
**stood** [5] - 117:8,
118:8, 140:4,
208:18, 208:25
**stop** [6] - 4:19, 4:20,
111:16, 166:6,
243:24, 245:20
**stopped** [4] - 161:21,
221:22, 245:24,
252:4
**stories** [5] - 15:15,
55:8, 55:24, 107:9,
222:11
**Stortini** [2] - 10:12,
83:12
**story** [6] - 66:21,
66:22, 145:23,
187:21, 188:2
**Street** [6] - 43:12,
72:22, 72:23, 148:3,
151:9, 156:6
**street** [2] - 45:25,
250:19
**streets** [1] - 40:7
**stressed** [1] - 125:5
**stretched** [2] - 179:18,
184:7
**strict** [1] - 14:13
**strictly** [1] - 106:17
**strike** [35] - 36:1, 36:2,
42:1, 45:2, 58:24,
59:1, 59:19, 59:24,
68:24, 69:14, 70:7,
81:9, 81:24, 82:8,
82:11, 101:1,
101:18, 102:4,
102:6, 102:14,
143:12, 143:15,
158:20, 159:21,
159:22, 185:18,
186:1, 186:2,
218:14, 227:19,
238:5, 238:18,
238:20, 252:22,
254:19
**strikes** [3] - 27:9,

59:25, 60:1
**striking** [3] - 36:18,
36:21, 37:2
**strong** [8] - 14:6,
17:12, 17:17, 19:4,
102:10, 157:13,
226:1, 242:6
**struck** [4] - 37:4,
101:16, 185:24,
186:12
**struggle** [2] - 58:3,
113:19
**struggles** [1] - 129:19
**struggling** [1] - 135:4
**stuck** [1] - 62:12
**student** [1] - 128:8
**study** [1] - 145:24
**stuff** [14] - 21:1, 23:19,
38:5, 38:7, 40:9,
44:15, 146:25,
180:15, 193:8,
213:14, 222:4,
222:6, 229:1, 240:10
**subject** [2] - 33:24,
36:12
**submitted** [1] - 117:2
**subsidized** [1] - 215:5
**substantive** [1] -
253:18
**successful** [1] -
118:10
**suggest** [1] - 9:19
**suit** [1] - 120:9
**suits** [1] - 237:10
**summons** [1] - 61:24
**Sunday** [1] - 179:10
**super** [2] - 221:6,
224:5
**Superior** [15] - 45:23,
57:2, 61:19, 85:25,
106:3, 106:4,
108:17, 116:17,
169:25, 170:3,
187:3, 198:8,
244:21, 244:22
**support** [6] - 190:14,
202:17, 237:17,
237:18, 237:20,
237:21
**supportive** [1] - 76:16
**suppose** [1] - 33:17
**supposed** [10] - 74:13,
87:21, 89:8, 94:8,
120:12, 131:22,
195:12, 206:3, 219:4
**surprise** [1] - 233:19
**surprised** [1] - 35:2
**surprising** [3] - 33:13,
36:20, 221:2
**suspect** [1] - 208:3

**suspected** [1] - 217:6
**suspects** [1] - 184:13
**swarm** [1] - 103:4
**swarming** [1] - 103:5
**sway** [1] - 210:9
**swayed** [3] - 209:16,
211:17, 211:18
**swept** [2] - 166:14,
166:15
**system** [11] - 7:9,
7:10, 71:17, 87:19,
110:25, 111:3,
120:6, 211:3, 211:6,
211:11, 245:2

**T**

**table** [4] - 10:4, 10:11,
10:25, 96:15
**Tallahassee** [1] -
72:11
**tank** [3] - 48:3, 48:5,
52:6
**Tanya** [3] - 44:20,
81:6, 83:10
**tapes** [1] - 213:23
**Task** [1] - 11:14
**taught** [1] - 180:17
**teacher** [1] - 68:10
**teaching** [1] - 68:12
**tear** [1] - 53:14
**techniques** [1] - 202:8
**television** [9] - 15:12,
29:16, 29:18, 38:10,
48:21, 48:23, 140:5,
162:7, 207:23
**ten** [7] - 82:14, 83:8,
106:7, 160:13,
174:21, 178:7,
215:13
**ten-minute** [2] - 82:14,
83:8
**ten-plus** [1] - 215:13
**tend** [7] - 90:6, 143:3,
149:14, 149:19,
150:1, 200:9, 200:15
**tendency** [1] - 159:24
**term** [3] - 26:25,
101:24, 236:5
**terms** [17] - 79:18,
79:19, 81:17, 82:24,
95:24, 152:16,
153:16, 159:10,
165:5, 178:5, 182:6,
202:6, 213:9,
226:23, 236:11,
251:9
**terrible** [2] - 65:22,
174:20
**terrified** [1] - 253:3

**terrifying** [1] - 248:3
**testified** [2] - 186:3,
193:7
**testify** [5] - 14:19,
14:20, 18:8, 18:9,
94:15
**testifying** [2] - 32:23,
95:2
**testimony** [26] - 14:2,
14:3, 14:5, 35:20,
36:5, 65:5, 67:16,
78:4, 78:6, 82:19,
90:7, 92:15, 93:21,
94:15, 99:9, 99:10,
99:14, 99:19, 101:3,
101:6, 124:5, 143:4,
150:8, 176:1, 212:3,
212:6
**Texas** [1] - 234:25
**texting** [1] - 130:18
**texts** [2] - 128:16,
130:21
**theft** [5] - 121:12,
198:10, 204:25,
210:21, 211:15
**themselves** [2] - 10:1,
218:25
**thereafter** [1] - 233:3
**therefore** [1] - 103:17
**they've** [1] - 204:12
**thin** [1] - 184:7
**thinking** [2] - 232:10,
243:3
**thinks** [1] - 69:11
**Thomas** [1] - 11:11
**thoughts** [1] - 13:3
**thousands** [14] -
26:19, 35:16, 41:18,
67:18, 112:23,
112:24, 132:4,
147:1, 173:14,
189:9, 209:7, 246:8,
247:13, 249:11
**threatened** [1] -
218:20
**three** [8] - 4:2, 4:16,
103:6, 158:22,
161:8, 175:8, 210:9,
220:15
**throughout** [1] -
120:16
**throw** [1] - 129:22
**throwing** [1] - 183:20
**thrown** [1] - 174:3
**Thursday** [7] - 70:18,
70:23, 232:14,
232:15, 239:16,
240:3
**timely** [1] - 225:5
**timing** [1] - 60:18

**tiny** [1] - 54:18
**title** [1] - 59:5
**today** [33] - 3:5, 7:6,
10:5, 10:11, 34:1,
36:24, 66:2, 66:4,
69:11, 69:20, 82:21,
82:25, 96:25, 98:5,
98:11, 101:20,
125:8, 155:9, 165:6,
167:9, 167:17,
183:4, 192:2,
195:12, 212:24,
218:17, 226:7,
228:11, 228:16,
231:2, 242:19,
248:13, 254:21
**together** [3] - 102:8,
206:13, 211:20
**toilet** [1] - 185:1
**tomorrow** [6] - 3:6,
82:20, 234:2,
242:17, 254:25,
255:11
**took** [24] - 13:17,
17:13, 20:20, 22:20,
29:4, 37:24, 46:18,
46:23, 49:25, 50:2,
79:19, 112:1,
137:16, 140:2,
157:17, 163:10,
171:1, 187:17,
188:25, 207:16,
210:25, 220:22,
227:10, 247:4
**tools** [3] - 176:25,
180:4, 183:25
**top** [1] - 154:8
**topic** [3] - 63:23,
63:24, 84:23
**topics** [1] - 63:24
**total** [1] - 4:19
**totality** [1] - 159:20
**touch** [2] - 56:1, 149:9
**touched** [1] - 153:18
**tough** [2] - 195:14,
195:22
**tourists** [2] - 209:3,
218:3
**towards** [1] - 157:11
**town** [2] - 61:1, 144:4
**track** [1] - 155:17
**tracking** [1] - 175:18
**tracks** [2] - 245:25,
252:4
**trade** [9] - 68:11,
71:24, 72:2, 73:21,
74:13, 75:22,
177:22, 177:24,
178:1
**trademarks** [1] - 28:6

**traffic** [3] - 16:15,
32:1, 110:16
**trafficking** [2] -
175:19, 186:6
**tragically** [1] - 89:6
**train** [1] - 200:6
**trained** [1] - 199:6
**training** [14] - 13:6,
27:24, 71:23, 128:3,
137:20, 161:3,
168:25, 169:4,
169:9, 196:7, 196:8,
199:4, 231:20,
232:16
**transportation** [1] -
43:14
**trauma** [1] - 212:23
**travel** [1] - 230:19
**treat** [5] - 92:15,
93:21, 94:14, 99:14,
99:17
**treated** [4] - 14:3,
31:16, 32:10, 110:25
**tremendous** [1] -
245:14
**Trevino** [1] - 11:15
**trial** [48] - 3:6, 11:10,
12:14, 14:2, 14:19,
17:1, 23:1, 31:20,
36:10, 56:15, 60:14,
61:12, 67:8, 70:16,
70:22, 84:6, 87:1,
87:4, 87:6, 100:16,
102:22, 102:23,
111:23, 120:1,
120:16, 134:20,
143:25, 168:10,
176:17, 186:9,
186:10, 195:5,
197:24, 201:4,
205:1, 206:18,
216:7, 217:13,
229:12, 230:13,
236:19, 237:21,
239:9, 241:8,
242:22, 243:19,
254:24
**trials** [1] - 71:17
**tried** [6] - 26:7,
155:24, 183:19,
183:20, 193:11,
228:23
**trip** [2] - 70:18, 229:25
**trouble** [3] - 13:1,
249:8, 251:11
**truck** [2] - 176:24,
183:24
**true** [1] - 225:17
**Trump** [1] - 33:3
**trusts** [1] - 72:11

**truth** [2] - 90:2, 208:20
**try** [9] - 9:21, 25:25,
42:12, 133:8,
134:11, 149:16,
171:4, 195:22
**trying** [16] - 24:22,
51:25, 55:23, 78:13,
78:19, 92:1, 98:8,
112:19, 112:20,
129:19, 145:25,
164:13, 173:12,
227:21, 237:17,
238:14
**Tuesday** [2] - 229:18,
229:19
**tune** [3] - 29:8, 52:16,
118:5
**turn** [5] - 59:8, 63:17,
115:11, 130:25,
207:23
**turned** [12] - 38:12,
40:5, 48:21, 61:13,
63:18, 122:14,
124:10, 131:1,
164:17, 222:18,
233:21, 251:21
**tussle** [1] - 112:18
**TV** [19] - 15:16, 38:4,
38:12, 39:15, 49:1,
62:5, 62:7, 74:5,
77:14, 78:18, 85:12,
122:4, 122:11,
124:10, 161:19,
221:18, 245:13,
245:20, 252:3
**tweeting** [1] - 15:17
**twenty** [1] - 198:17
**twenty-five** [1] -
198:17
**twice** [1] - 222:18
**two** [41] - 5:1, 5:2,
5:23, 6:1, 19:21,
42:7, 54:5, 60:17,
64:20, 71:7, 86:10,
92:21, 92:23, 94:21,
95:15, 102:6, 103:5,
103:7, 111:21,
128:19, 135:18,
152:14, 161:8,
177:7, 179:14,
183:19, 184:2,
184:18, 184:22,
185:20, 186:14,
195:12, 198:7,
209:4, 220:17,
224:21, 228:3,
229:23, 229:24,
238:11, 246:5
**type** [5] - 40:21, 115:3,
146:25, 244:12,

248:6
**types** [1] - 95:20
**typical** [2] - 4:4, 4:8
**typically** [7] - 9:23,
39:15, 40:23, 40:24,
40:25, 224:6, 224:8

## U

**U.S** [33] - 13:10, 13:14,
13:17, 13:24, 16:6,
16:7, 17:14, 21:18,
21:19, 28:15, 29:5,
37:24, 38:18, 48:6,
52:8, 72:17, 91:19,
123:7, 138:22,
141:18, 169:18,
174:14, 174:19,
174:23, 175:14,
178:7, 178:12,
178:19, 185:21,
197:20, 223:21,
225:3, 245:6
**U.S.C** [4] - 8:18, 8:22,
8:24, 9:3
**ultimately** [1] - 57:13
**umbrella** [2] - 51:4,
54:20
**unable** [1] - 12:18
**unanimous** [1] - 57:16
**unbelievable** [3] -
33:18, 34:4, 35:2
**uncle** [1] - 72:10
**unclear** [1] - 55:18
**uncomfortable** [2] -
12:23, 17:3
**uncommon** [1] - 82:1
**under** [8] - 51:4,
54:20, 56:2, 59:17,
113:5, 159:20,
238:18, 240:18
**undergo** [1] - 7:14
**understandable** [2] -
158:25, 217:9
**understood** [4] -
26:13, 115:24,
224:25, 250:20
**underway** [1] - 3:6
**unequivocal** [1] -
102:9
**unfair** [1] - 210:10
**unfavorable** [2] -
184:23
**unfold** [1] - 207:20
**unfolded** [4] - 171:8,
171:9, 187:22, 221:9
**unfortunately** [1] -
25:15
**unheard** [1] - 213:5
**unified** [1] - 213:7

**Union** [1] - 72:20
**unique** [1] - 238:19
**United** [12] - 8:15,
10:4, 10:5, 10:16,
10:21, 11:11, 11:12,
11:13, 105:15,
197:14, 197:16,
237:11
**unlawful** [1] - 253:24
**unlawfully** [2] - 227:4,
227:25
**unnecessary** [1] -
243:12
**unqualified** [1] - 37:5
**unreasonable** [1] -
59:4
**unrelated** [1] - 212:15
**up** [118] - 3:21, 5:14,
8:6, 18:19, 19:17,
23:9, 23:14, 24:13,
25:5, 25:16, 26:16,
32:17, 33:4, 38:6,
38:14, 39:8, 40:8,
40:20, 40:21, 44:15,
47:6, 47:12, 47:25,
50:25, 52:12, 52:20,
54:18, 64:6, 68:5,
69:6, 75:21, 77:4,
79:2, 90:13, 92:14,
95:13, 96:2, 96:3,
96:13, 101:7,
103:21, 103:22,
111:14, 113:12,
114:15, 115:19,
116:14, 118:19,
120:1, 121:7,
123:18, 124:1,
127:8, 129:12,
133:22, 145:25,
147:20, 148:25,
151:7, 152:5,
152:20, 155:5,
156:9, 157:4, 157:6,
157:18, 157:20,
158:12, 158:16,
160:21, 163:12,
164:1, 165:6,
166:14, 166:15,
166:22, 171:4,
175:2, 176:22,
177:17, 179:24,
180:15, 181:12,
182:10, 183:1,
183:9, 183:18,
186:13, 190:3,
192:1, 192:16,
198:11, 204:24,
205:8, 205:17,
211:9, 215:1, 216:3,
216:15, 220:3,

220:16, 223:11,
223:12, 226:7,
233:9, 233:16,
237:23, 240:9,
242:17, 243:7,
247:8, 247:23,
249:18, 251:17
**update** [1] - 200:5
**updates** [2] - 47:6,
47:11
**uplifting** [1] - 55:24
**Upper** [1] - 108:16
**upset** [4] - 122:15,
124:11, 130:3, 228:5
**upsetting** [1] - 130:1,
224:17, 226:8,
226:13
**uses** [1] - 180:18
**usual** [1] - 152:7

## V

**VA** [2] - 240:6, 240:16
**vacation** [4] - 63:13,
63:20, 68:8, 70:3
**vague** [1] - 233:7
**vaguely** [1] - 41:11
**Valentini** [12] - 4:12,
10:2, 10:4, 11:8,
18:19, 25:2, 36:16,
56:7, 116:11, 126:4,
249:15, 254:22
**VALENTINI** [199] - 3:4,
3:10, 3:16, 3:20,
3:24, 4:13, 5:9, 5:24,
6:3, 6:5, 10:3, 11:9,
18:24, 25:3, 25:5,
25:9, 25:18, 25:22,
26:6, 26:13, 27:10,
34:24, 35:1, 35:5,
35:13, 36:17, 41:14,
42:3, 42:12, 45:1,
45:9, 56:8, 56:10,
56:14, 56:23, 57:2,
57:5, 57:9, 57:15,
57:18, 57:22, 57:25,
58:5, 58:20, 67:2,
67:4, 67:12, 69:13,
80:4, 80:6, 80:8,
80:13, 80:16, 80:19,
81:1, 81:23, 82:16,
82:19, 83:6, 83:15,
98:24, 99:1, 99:5,
99:8, 99:12, 99:17,
99:21, 99:25, 100:2,
100:8, 100:13,
100:20, 101:17,
104:1, 104:12,
104:20, 105:1,
116:12, 116:14,
116:17, 116:19,

116:22, 117:9,
117:15, 117:25,
118:3, 118:16,
118:18, 119:2,
119:8, 126:5,
127:11, 127:17,
131:11, 131:13,
131:16, 131:18,
131:25, 132:17,
132:23, 136:2,
143:14, 147:10,
155:13, 155:15,
155:19, 155:23,
156:3, 156:8,
156:12, 156:17,
156:22, 157:3,
158:16, 159:19,
166:20, 166:22,
167:2, 167:7,
167:16, 167:19,
168:1, 183:7, 183:9,
183:14, 184:1,
184:5, 184:21,
185:2, 185:6,
185:11, 185:15,
185:25, 192:14,
192:16, 192:19,
192:23, 193:1,
193:9, 193:14,
193:20, 194:5,
194:11, 194:17,
194:24, 197:2,
205:15, 205:17,
205:22, 206:5,
206:9, 206:16,
206:21, 206:24,
207:7, 216:1, 216:3,
216:14, 216:25,
217:8, 217:22,
218:9, 218:22,
219:9, 227:7, 228:8,
230:3, 231:9,
235:20, 235:23,
236:2, 236:6,
236:13, 236:16,
236:22, 237:2,
238:1, 238:17,
240:18, 242:15,
243:11, 249:16,
249:18, 250:4,
250:9, 250:12,
250:17, 250:20,
250:23, 251:1,
251:4, 252:18,
253:12, 253:23,
255:4, 255:7, 255:9,
255:12, 255:15
**valid** [4] - 90:12,
90:13, 94:20, 194:13
**valuable** [1] - 76:14
**value** [1] - 224:19

**vandalism** [9] - 147:4,
189:12, 209:9,
227:9, 227:11,
227:12, 246:9,
247:15, 247:17
**varies** [1] - 158:10
**various** [9] - 55:22,
55:24, 56:2, 144:22,
148:11, 150:3,
154:18, 158:10,
178:13
**vehicle** [1] - 180:4
**VENIRE** [1] - 7:3
**venire** [5] - 3:14, 6:7,
7:2, 20:10, 186:12
**verdict** [25] - 12:13,
12:17, 17:6, 17:11,
18:14, 37:9, 46:14,
57:16, 57:18, 57:19,
106:10, 106:15,
106:20, 116:20,
121:3, 121:20,
134:19, 194:13,
198:19, 210:23,
244:24, 250:24,
251:2, 251:3
**victim** [9] - 16:18,
22:5, 25:6, 31:1,
31:2, 111:9, 176:5,
179:14, 200:25
**video** [8] - 13:19, 33:3,
33:4, 44:8, 132:3,
146:18, 223:22,
247:9
**videos** [19] - 23:16,
26:17, 26:18, 32:20,
32:24, 33:1, 35:15,
36:5, 36:19, 40:10,
41:17, 53:7, 67:15,
101:15, 107:22,
113:3, 141:6,
223:19, 247:4
**videotape** [1] - 117:2
**view** [6] - 46:18,
50:19, 71:18, 82:24,
149:19, 184:23
**viewing** [2] - 82:12,
132:8
**viewpoint** [1] - 106:19
**views** [5] - 17:24,
18:1, 91:19, 91:21,
253:13
**vigorously** [1] - 122:2
**violated** [1] - 102:11
**violation** [5] - 8:18,
8:21, 8:24, 9:2, 98:2
**violations** [3] - 16:16,
32:1, 110:16
**violence** [79] - 18:5,
36:6, 40:10, 40:13,

53:13, 65:6, 67:17, 78:6, 78:21, 90:19, 90:21, 91:3, 91:7, 92:3, 96:6, 96:7, 96:10, 107:23, 112:11, 112:12, 112:23, 113:2, 113:3, 114:9, 124:4, 124:5, 129:14, 132:3, 132:7, 141:6, 141:10, 141:11, 146:18, 147:2, 147:5, 153:6, 154:15, 159:15, 164:5, 173:8, 173:15, 173:16, 178:25, 182:6, 182:13, 188:25, 189:10, 189:11, 191:19, 209:8, 209:9, 209:11, 212:3, 212:7, 212:10, 212:11, 214:15, 214:20, 214:25, 218:1, 218:5, 218:19, 218:20, 222:7, 222:10, 225:8, 226:4, 226:21, 227:9, 227:11, 227:12, 233:10, 246:9, 247:4, 247:15, 247:16, 252:1

**violent** [4] - 96:11, 112:21, 114:9, 132:8
**virtual** [2] - 145:15, 145:16
**voice** [1] - 189:22
**voiced** [1] - 217:9
**voir** [2] - 3:21, 7:15
**voting** [1] - 18:7

## W

**wait** [1] - 20:1
**waiting** [1] - 111:15
**walk** [2] - 88:10, 186:16
**walked** [1] - 234:12
**walking** [2] - 123:21, 218:2
**Wall** [1] - 156:6
**wallet** [2] - 183:19, 183:20
**walls** [2] - 40:9, 41:17
**wandering** [1] - 209:3
**wants** [3] - 191:8, 191:9, 191:19
**warning** [1] - 241:1

**Washington** [13] - 39:22, 74:14, 74:25, 79:4, 79:24, 144:22, 156:6, 157:23, 185:9, 196:17, 203:5, 215:6, 248:8
**watch** [84] - 21:2, 21:6, 21:7, 21:8, 24:20, 24:24, 29:6, 29:13, 29:21, 29:23, 30:4, 30:8, 30:9, 30:11, 30:12, 33:19, 35:9, 37:1, 38:17, 38:19, 39:15, 49:17, 50:2, 50:5, 62:7, 62:19, 63:7, 64:8, 68:25, 69:1, 69:3, 74:17, 75:8, 85:12, 103:14, 107:8, 107:10, 107:20, 123:9, 123:10, 129:1, 141:1, 146:8, 146:14, 153:17, 153:18, 153:25, 154:3, 154:5, 154:10, 154:13, 155:20, 156:4, 156:6, 162:14, 171:7, 172:19, 187:19, 188:8, 188:15, 188:17, 193:25, 194:4, 207:21, 207:22, 207:24, 208:6, 208:8, 208:11, 208:15, 208:16, 213:10, 213:22, 221:9, 221:17, 223:10, 224:22, 233:1, 233:2, 245:20, 246:19, 246:25
**watched** [93] - 13:19, 21:3, 21:11, 23:15, 24:23, 29:25, 30:6, 30:14, 30:17, 32:18, 32:23, 34:7, 35:2, 36:3, 36:19, 38:1, 38:3, 38:8, 38:22, 39:9, 39:10, 39:12, 40:11, 48:16, 48:17, 50:9, 53:5, 53:6, 62:4, 62:16, 62:17, 63:1, 63:8, 63:19, 63:25, 64:7, 70:3, 75:5, 78:14, 78:15, 80:9, 85:7, 107:16, 108:1, 122:13, 123:4, 124:6, 126:8, 126:11, 128:14, 128:22, 140:23,

144:18, 145:6, 146:3, 153:16, 153:21, 154:12, 156:2, 161:20, 162:11, 171:18, 172:4, 180:22, 187:22, 188:4, 188:11, 188:12, 188:14, 188:15, 188:24, 191:13, 192:7, 193:17, 207:20, 208:2, 208:19, 212:1, 214:1, 218:17, 218:18, 221:14, 222:16, 223:2, 223:11, 224:13, 245:8, 245:19, 245:22, 246:22
**watching** [39] - 15:16, 24:20, 34:14, 35:14, 39:25, 40:8, 41:3, 47:5, 48:22, 48:24, 49:3, 53:8, 54:5, 63:14, 63:16, 64:13, 64:16, 65:1, 66:5, 69:17, 122:4, 122:11, 122:22, 140:5, 144:22, 151:22, 161:19, 187:24, 209:2, 212:19, 213:25, 221:20, 221:23, 223:19, 224:14, 224:16, 228:3, 232:24, 247:24
**ways** [3] - 150:4, 159:12, 200:6
**weapon** [6] - 46:9, 57:11, 57:20, 57:21, 57:23, 110:20
**weapons** [4] - 19:2, 19:5, 19:6, 19:7
**wearing** [1] - 233:9
**wedding** [1] - 230:1
**Wednesday** [2] - 133:18, 133:19
**week** [30] - 34:19, 54:8, 54:14, 60:19, 60:21, 60:22, 61:2, 61:4, 63:20, 66:13, 70:4, 70:17, 70:23, 70:24, 98:14, 103:11, 103:16, 103:18, 165:19, 204:17, 220:2, 229:16, 229:17, 230:25, 231:4, 239:22, 240:3, 248:25

**weeks** [8] - 60:17, 85:23, 128:19, 137:1, 220:17, 229:23, 229:24, 231:5
**weigh** [2] - 94:4, 218:20
**weight** [1] - 14:4
**welcome** [8] - 34:23, 67:1, 67:13, 81:2, 166:3, 167:20, 192:13, 194:18
**West** [1] - 131:6
**whatnot** [1] - 47:12
**whereas** [1] - 95:8
**White** [4] - 249:7, 249:8, 251:15, 252:6
**white** [3] - 17:23, 90:16, 91:18
**whole** [15] - 73:3, 73:4, 96:19, 161:20, 163:7, 177:25, 181:4, 188:15, 195:24, 196:20, 213:6, 222:18, 226:16, 234:4, 240:9
**wide** [4] - 144:21, 144:24, 145:5, 145:13
**widely** [1] - 49:11
**wild** [1] - 24:7
**willing** [2] - 7:9, 242:21
**willingness** [1] - 15:21
**window** [2] - 25:14, 164:9
**windows** [4] - 173:11, 182:11, 209:4, 233:15
**Winstar** [1] - 202:24
**wish** [1] - 76:21
**wishing** [1] - 125:13
**witness** [22] - 14:3, 14:5, 16:19, 22:5, 31:1, 40:10, 58:13, 82:21, 82:24, 104:14, 110:7, 110:10, 111:10, 111:13, 111:16, 111:23, 149:14, 176:6, 179:19, 196:25, 200:25
**witnessed** [1] - 252:23
**witnesses** [19] - 11:8, 11:10, 11:18, 11:23, 18:9, 58:13, 59:13, 59:15, 82:20, 87:5, 89:11, 89:17, 95:21, 99:19, 101:7, 101:12, 175:23,

200:14
**witnessing** [1] - 222:7
**woman** [2] - 210:5, 247:9
**word** [4] - 101:4, 101:25, 157:14, 212:6
**words** [4] - 44:14, 184:9, 216:5
**worker** [1] - 201:22
**workers** [5] - 59:12, 92:20, 139:9, 202:14, 202:15
**workers'** [1] - 139:12
**workings** [1] - 202:9
**works** [17] - 13:10, 28:15, 58:12, 58:14, 59:7, 72:10, 72:17, 108:11, 108:15, 108:16, 108:20, 109:12, 109:22, 110:2, 126:21, 138:21
**workwise** [1] - 245:20
**world** [3] - 24:7, 96:25, 124:25
**worried** [1] - 212:22
**worries** [1] - 217:4
**worry** [3] - 124:24, 125:5, 233:20
**worst** [1] - 69:6
**wow** [1] - 24:2
**wrestling** [2] - 148:24, 149:8
**write** [3] - 3:17, 84:9, 115:10
**writing** [2] - 13:1, 84:8
**written** [1] - 84:2
**wrongful** [2] - 138:5, 138:8
**wrongfully** [2] - 216:18, 217:6
**wrongly** [1] - 216:23
**wrote** [3] - 60:15, 84:16, 91:22

## Y

**year** [4] - 59:10, 109:17, 236:21, 249:9
**years** [44] - 34:16, 45:22, 54:5, 57:7, 61:9, 71:8, 71:11, 79:25, 80:24, 88:23, 92:23, 106:6, 106:7, 109:25, 110:21, 111:18, 120:20, 130:23, 149:2, 149:7, 152:11,

160:13, 169:17,
170:16, 174:21,
175:8, 178:7, 179:5,
186:4, 187:4,
192:20, 198:13,
198:17, 199:12,
199:13, 201:12,
201:14, 204:24,
210:18, 215:14,
223:6, 237:1, 239:13
**yesterday** [1] - 103:5
**York** [2] - 70:18,
144:21
**you-all** [2] - 44:13,
53:2
**young** [2] - 86:13,
197:17
**yourself** [7] - 49:1,
77:22, 86:11, 94:13,
181:24, 221:18,
234:11

§

**§** [1] - 9:3