1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

2  _____

3  United States of America,    ) Criminal Action
                             ) No. 1:21-cr-00687-RC

4                Plaintiff,   )
                             ) **Jury Trial**

5  vs.                       )
                             )

6  David Charles Rhine,     ) Washington, D.C.
                             ) **April 19, 2023**

7                Defendant.   ) Time:  2:30 p.m.
  _____

8

                    **Transcript of Jury Trial**

9                        **Held Before**
      **The Honorable Rudolph Contreras**

10           **United States District Judge**

11

             A P P E A R A N C E S

12

For the Government:    **Francesco Valentini**

13                      DEPARTMENT OF JUSTICE
                    950 Pennsylvania Avenue, Northwest

14                      Washington, D.C. 20530

15                      **Kelly E. Moran**
                    UNITED STATES ATTORNEY'S OFFICE

16                      FOR THE DISTRICT OF COLUMBIA
                    601 D Street, Northwest

17                      Washington, D.C. 20579

18  For the Defendant:     **Rebecca C. Fish**
                    FEDERAL PUBLIC DEFENDER

19                      1331 Broadway, Suite 400
                    Tacoma, Washington 98402

20  _____

21  Stenographic Official Court Reporter:
                    Nancy J. Meyer

22                      Registered Diplomate Reporter
                    Certified Realtime Reporter

23                      333 Constitution Avenue, Northwest
                    Washington, D.C. 20001

24                      202-354-3118

25

1                        **I N D E X**

2                                                      PAGE:

3       **Opening Statements:**

4            By Mr. Valentini................................. 17
             By Ms. Fish..................................... 23

5

6

7       **Witnesses:**

        Thomas Loyd
8            Direct Examination By Mr. Valentini.............. 33

9

10      **Exhibits Admitted:**

11           Government Exhibit 100 113.2, and 114............ 66
             Government Exhibit 101........................... 66
12           Government Exhibit 102........................... 66
             Government Exhibit 103........................... 66
13           Government Exhibit 104........................... 66
             Government Exhibit 105........................... 66
14           Government Exhibit 106........................... 66
             Government Exhibit 107........................... 66
15           Government Exhibit 108........................... 66
             Government Exhibit 109........................... 66
16           Government Exhibit 110........................... 66
             Government Exhibit 111........................... 66
17           Government Exhibit 113.2......................... 66
             Government Exhibit 114........................... 66
18           Government Exhibit 403........................... 61
             Government Exhibit 407........................... 59
19           Government Exhibit 408........................... 60
             Government Exhibit 500........................... 40
20           Government Exhibit 501........................... 51
             Government Exhibit 505........................... 42
21           Government Exhibit 507........................... 44
             Government Exhibit 508........................... 45
22           Government Exhibit 509........................... 47
             Government Exhibit 600........................... 36

23

24

25

P R O C E E D I N G S

(REPORTER'S NOTE: Earlier proceedings were heard and not transcribed in the above-entitled matter, as they were not requested to be transcribed.)

(Proceedings held in the presence of the jury venire.)

THE COURTROOM DEPUTY: Okay, everybody. If I call your number, you've been selected as our juror. And I would ask that you please step forward into this box, and I will point you to the seat that you will be taking.

Juror No. 0451. Ma'am, you can have the first seat, first row, please, on this end.

In the seat you'll find an envelope with a pad, pencil, and a juror badge and my business card in there. Okay?

Juror No. 2005. Sir, you can have the second seat.

Juror No. 1512. Ma'am, you'll be in the third seat. Okay?

Juror No. 1690. Sir, you're going to take the fourth seat. Okay?

Juror No. 1854. Ma'am, you'll take the fifth seat.

Juror No. 0156. You'll be in the sixth seat.

Juror No. 1448. You'll take the last seat, please, ma'am.

Juror No. 0436. You can take the second row, first seat.

1           Juror No. 1944.

2           Juror No. 0710.

3           Juror No. 2179.

4           Juror No. 2029.

5           Juror No. 2165.

6      And last, but certainly not least, Juror No. 0819.

7           THE COURT:  Let's swear them in.  And we'll dismiss

8   them.

9           THE COURTROOM DEPUTY:  Can the panel please raise

10   your right hand and stand up, please.

11           (Oath administered to the jury panel.)

12           THE COLLECTIVE JURY:  I do.

13           THE COURTROOM DEPUTY:  Thank you.

14           THE COURT:  All right.  And for the rest of you,

15   thank you for your service.  As I said at the very beginning,

16   it's an integral part of the process; and without your

17   voluntary participation, it simply would not work.  So I

18   greatly appreciate you coming down here and participating in

19   the process.  It took a little bit longer than expected, but

20   thank you for doing that.

21           THE COURTROOM DEPUTY:  Everyone, please continue to

22   call the 1-800 number.  You may be needed until this Friday.

23   Okay?  Thanks so much.

24           THE COURT:  Thank you.

25           For those of you who have been selected, your commitment

1    to your public service and your civic duty is even greater, and

2    I appreciate it.  I know this takes time out of everyone's busy

3    work life and family life.  So I appreciate greatly you being

4    here and participating in this process.  The system just

5    wouldn't work without the willing participation of citizens

6    like you.  So it's greatly appreciated.

7        All right.  So we're going to start with some

8    preliminary instructions for you.  So before we begin the

9    trial, I want to explain to you some of the legal rules that

10    will be important in this trial.  I want to emphasize that

11    these remarks are not meant to be a substitute for the detailed

12    instructions that I will give at the end of the trial, right

13    before you start your deliberations.

14        These preliminary instructions are intended to give you

15    a sense of what will be going on in the courtroom and what your

16    responsibility as jurors will be.

17        So let me start with telling you about note-taking.  So

18    when you took your seat, you probably noticed that each of you

19    had a notebook and pencil waiting for you, and that is because

20    I permit jurors to take notes during trial, if they wish.

21    Whether you take notes or not is entirely up to you.  Many

22    people find that taking notes helps them remember testimony and

23    evidence.  Others find it distracts them from listening to the

24    witnesses.

25        You will be permitted to take your notebooks back with

1    you, back into the jury room, during deliberations.  And you

2    should remember, however, that your notes are only an aid to

3    your memory.  They are not evidence in the case, and they

4    should not replace your own memory of the evidence.

5         Those jurors who do not take notes should rely on their

6    own memory of the evidence and should not be influenced by

7    another juror's notes.  Other than during your deliberations,

8    the notebooks will remain locked in the courtroom during your

9    recesses and overnight.  You will not be able to take the

10   notebooks with you as you come and go, and you will not be

11   permitted to take them home with you overnight.

12        At the end of the trial, when you come back to the

13   courtroom to deliver your verdict, your notebooks will be

14   collected and the pages torn out and destroyed.  No one,

15   including myself, will ever look at any notes you have taken.

16   So you may feel free to write whatever you wish in the

17   notebook.

18        You have probably noticed that there are 14 of you

19   sitting in the jury box.  Only 12 of you will retire to

20   deliberate in this matter.  Before any of you even entered the

21   courtroom, we randomly selected the alternate seats.  I will

22   not disclose who the alternate jurors are until the end of my

23   final instructions, just before you begin your deliberations,

24   as any seat might turn out to be an alternate seat.  It is

25   important that each of you think of yourself as regular jurors

1    during this trial and that all of you give this case your

2    fullest and most serious attention.

3          Now, let me explain briefly some of the procedures we

4    will follow and some of the rules of law that will be important

5    in this case.  This is a criminal case that began when the

6    United States filed a criminal information.  The defendant in

7    this case, Charles [sic] David Rhine, is charged in an

8    information with four crimes related to his alleged conduct in

9    and near the United States Capitol Building on January 6th,

10   2021.

11         Count 1 charges Mr. Rhine with entering and remaining in

12   a restricted building.

13         Count 2 charges Mr. Rhine with disorderly and disruptive

14   conduct in a restricted building.

15         Count 3 charges Mr. Rhine with disorderly conduct in a

16   Capitol Building.

17         And Count 4 charges Mr. Rhine with parading,

18   demonstrating, or picketing in a Capitol Building.

19         Mr. Rhine has pleaded not guilty to all the charges.

20         You should understand clearly that the information that

21   I just summarized is not evidence.  A criminal information is

22   just a formal way of charging a person with a crime in order to

23   bring the defendant to trial.  You must not think of the

24   information as any evidence of the guilt of Mr. Rhine or draw

25   any conclusion about his guilt just because an information has

1    been filed against him.

2        At the end of the trial, you will have to decide whether

3    or not the evidence presented has convinced you beyond a

4    reasonable doubt that Mr. Rhine committed the offenses which --

5    with which he has been charged.

6        Mr. Rhine has been charged with four counts relating to

7    his alleged conduct on January 6th, 2021.  For each count, the

8    government must prove beyond a reasonable doubt each of the

9    elements of the offense charged.  These elements will be

10   explained to you in more detail at the end of the trial.

11       Every defendant in a criminal case is presumed to be

12   innocent.  This presumption of innocence remains with the

13   defendant throughout the trial unless and until he is proven

14   guilty beyond a reasonable doubt.  The burden is on the

15   government to prove the defendant's guilty -- to prove the

16   defendant guilty beyond a reasonable doubt, and that burden of

17   proof never shifts throughout the trial.  The law does not

18   require a defendant to prove his innocence or to produce any

19   evidence.

20       If you find that the government has proven beyond a

21   reasonable doubt every element of a particular offense with

22   which -- with which Mr. Rhine is charged, it is your duty to

23   find him guilty of that charge of offense.

24       On the other hand, if you find that the government has

25   failed to prove any element of a particular offense beyond a

1    reasonable doubt, you must find Mr. Rhine not guilty of that

2    offense.

3            As I explain how the trial will proceed, I will refer to

4    the government and to the defense or the defendant.  When I

5    mention the government, I am referring to trial attorney

6    Francesco Valentini and Assistant United States Attorney

7    Kelly Moran who represent the United States of America.

8            When I mention the defendant or the defense, I'm

9    referring to either the defendant, Mr. David Charles Rhine, or

10   his attorney, Rebecca Fish.

11           As the first step in this trial, the government and the

12   defense will have an opportunity to make opening statements.

13   The defense may make an opening statement immediately after the

14   government's opening statement or may wait until the beginning

15   of the defense's case or may choose not to make an opening

16   statement at all.  You should understand that the opening

17   statements are not evidence.  They are only intended to help

18   you understand the evidence that the lawyers expect will be

19   introduced.

20           After the opening statement or statements, the

21   government will put on what is called its case in chief.  This

22   means the government will call witnesses to the witness stand

23   and ask them questions.  This is called direct examination.

24   When the government is finished, the defense may ask questions.

25   This is called cross-examination.  When the defense is

1    finished, the government may have brief redirect examination.

2        After the government presents its evidence, the defense

3    may present evidence, but it is not required to do so.  The law

4    does not require a defendant to prove his innocence or to

5    produce any evidence.  If the defense does put on evidence, the

6    defense will call witnesses to the stand and ask questions on

7    direct examination, the government will cross-examine, and the

8    defense may have brief redirect examination.

9        When the defense is finished, the government may offer a

10   rebuttal case, which could operate along the same lines as its

11   case in chief.

12       At the end of all the evidence, I will instruct you once

13   more on the rules of law that you are to apply in your

14   deliberations when you retire to consider your verdict in this

15   case.

16       Then each side will have a chance to present closing

17   arguments in support of its case.  The statements of the

18   lawyers in their closing arguments, just as in their questions

19   and in their opening statements, are not evidence in the case.

20   They are intended only to help you understand the evidence and

21   what each side claims the evidence shows.

22       Finally, at the end of the closing arguments, I will

23   have a few additional instructions for you before you begin

24   your deliberations.

25       I want to briefly describe my responsibilities as the

1     judge and your responsibilities as the jury.  My responsibility

2     is conducted -- is to conduct this trial in an orderly, fair,

3     and efficient manner; to rule on legal questions that come up

4     in the course of the trial; and to instruct you about the law

5     that applies to this case.

6          It is your sworn duty as jurors to accept and apply the

7     law as I state it to you.  Your responsibility as jurors is to

8     determine the facts in the case.  You, and only you, are the

9     judges of the facts.  You alone determine the weight, the

10    effect, and the value of the evidence, as well as the

11    credibility or believability of the witnesses.

12         You must consider and weigh the testimony of all

13    witnesses who appear before you.  You alone must decide the

14    extent to which you believe any witness.  You must be -- you

15    must pay very careful attention to the testimony of all of the

16    witnesses because you will not have any transcripts or

17    summaries of the testimony available to you during your

18    deliberations.  You will have to rely entirely on your memory

19    and your notes, if you choose to take any.

20         During this trial, I may rule on motions and objections

21    by the lawyers, make comments to lawyers, question the

22    witnesses, and instruct you on the law.  You should not take

23    any of my statements or actions as any indication of my opinion

24    about how you should decide the facts.

25         If you think that somehow I have expressed or even

1    hinted at any opinion as to the facts in this case, you should

2    disregard it.  The verdict in this case is your sole and

3    exclusive responsibility.

4         You may -- you may consider only the evidence properly

5    admitted in this case.  That evidence includes the sworn

6    testimony of witnesses and the exhibits admitted into evidence.

7    Sometimes a lawyer's question suggests the existence of a fact,

8    but the lawyer's question alone is not evidence.  If the

9    evidence includes anything other than testimony and exhibits, I

10   will instruct you about these other types of evidence when they

11   are admitted during the trial.

12        During the trial, if the Court or a lawyer makes

13   statements or asks a question that refers to evidence that you

14   remember differently, you should rely on your own memory of the

15   evidence during your deliberations.

16        The lawyers may object when the other side asks a

17   question, makes an argument, or offers evidence that the

18   objecting lawyer believes is not properly admissible.  You must

19   not hold such objections against the lawyer who makes them or

20   the party he or she represents.  It is the lawyer's

21   responsibility to object to evidence that they believe is not

22   admissible.

23        If I sustain an objection to a question asked by a

24   lawyer, the question must be withdrawn, and you must not guess

25   or speculate what the answer to the question would have been.

1    If a question is asked and answered and I then rule that the

2    answer should be stricken from the record, you must disregard

3    both the question and the answer in your deliberations.  You

4    should follow this same rule if any of the exhibits are

5    stricken.

6         You are not permitted to discuss this case with anyone

7    until the case is submitted to you for your decision at the end

8    of my final instructions.  This means that until the case is

9    submitted to you, you may not talk about it, even with your

10   fellow jurors.  This is because we don't want you making

11   decisions until you've heard all the evidence and the

12   instructions of law.  In addition, you may not talk about the

13   case with anyone else.

14        It should go without saying that you also may not write

15   about the case electronically through any blog, posting, or

16   other communication, including social networking sites, such as

17   Facebook and Twitter, until you have delivered your verdict and

18   the case is over.  This is because you must decide this case

19   based on what happens here in the courtroom, not on what

20   someone may or may not tell you outside the courtroom.

21        I'm sure that when we take our next recess, you will

22   call home or work and tell them you have been selected for a

23   jury.  They will, undoubtedly, ask what kind of case you're

24   sitting on.  You may tell them it is a criminal case but

25   nothing else.  Now, when the case is over, you may discuss any

1    part of it with anyone you wish, but until then, you may not do

2    so.

3         Although it's a natural human tendency to talk with

4    people whom you may come in contact with, you must not talk to

5    any of the parties, their attorneys, or any witnesses in this

6    case during the time you serve on this jury.  If you encounter

7    anyone connected with the case outside of the courtroom, you

8    should avoid having any conversation with them, overhearing

9    their conversation, or having any contact with them at all.

10         For example, if you find yourself in a courthouse

11    corridor, elevator, or any other location where your case is

12    being discussed by attorneys, parties, witnesses, or anyone

13    else, you should immediately leave the area to avoid hearing

14    such discussions.  If you do overhear a discussion about the

15    case, you should report that to me as soon as you can.

16         Finally, if you see any of the attorneys or witnesses

17    involved in the case and they turn and walk away from you, they

18    are not being rude.  They are merely following my instructions

19    that I gave to them.

20         It is very unlikely, but if someone tries to talk to you

21    about the case, you should refuse to do so and immediately let

22    me know by telling the clerk or the marshal.  Don't tell the

23    other jurors.  Just let me know, and I'll bring you in to

24    discuss it.

25         Between now and when you are discharged from jury duty,

1    you must not provide to or receive from anyone, including

2    friends, co-workers, and family members, any information about

3    your jury service.  You may tell those who need to know where

4    you are that you have been picked for a jury and how long the

5    case may take.  However, you must not give anyone any

6    information about the case itself or the people involved in the

7    case.

8          You must also warn people not to try to say anything to

9    you or to write to you about your jury service or the case.

10    This includes face-to-face, telephone, or computer -- or

11    computer communications.  In this age of electronic

12    communication, I want to stress that you must not use

13    electronic devices or computers to talk about this case,

14    including tweeting, texting, blogging, emailing, posting

15    information on a website or chat room, or any other means at

16    all.  Do not send or accept messages, including email and text

17    messages, about your jury service.  You must not disclose your

18    thoughts about your jury service or ask for advice on how to

19    decide any case.

20          You must decide the facts based on the evidence

21    presented in court and according to the legal principles about

22    which I will instruct you.

23          You are not permitted during the course of the trial to

24    conduct any independent investigation or research about the

25    case.  That means, for example, you cannot use the internet to

1    do research about the facts or the law or the people involved

2    in the case.  Research includes something even as simple or

3    seemingly harmless as using the internet to look up a legal

4    term or view a satellite photo of the scene of the alleged

5    crime.

6         I want to explain the reasons why you should not conduct

7    your own investigation.  All parties have a right to have the

8    case decided only on evidence and legal rules that they know

9    about and that they have a chance to respond to.  Relying on

10   information you get outside this courtroom is unfair because

11   the parties would not have a chance to refute, correct, or

12   explain it.  Unfortunately, information that we get over the

13   internet or from other sources may be incomplete or misleading

14   or just plain wrong.

15        It is up to you to decide whether to credit any

16   evidence presented in court, and only the evidence presented

17   in court may be considered.  If evidence or legal information

18   has not been presented in court, you cannot rely on it.

19   Moreover, if any of you do your own research about the facts or

20   the law, this may result in different jurors basing their

21   decisions on different information.  Each juror must make his

22   or her decision based on the same evidence and under the same

23   rules.

24        In some cases there may be reports in the newspaper or

25   on the radio, internet, or television concerning the case while

 1    the trial is ongoing.  If there should be such media coverage

 2    in this case, you may be tempted to read, listen to, or watch

 3    it.  You must not read, listen to, or watch such reports

 4    because you must not decide this case solely -- I'm sorry --

 5    because you must decide this case solely on the evidence

 6    presented in this courtroom.  If any publicity about this trial

 7    inadvertently comes to your attention during trial, do not

 8    discuss it with other jurors or anyone else.  Just let me or my

 9    law clerk know as soon after it happens as you can and I will

10    then briefly discuss it with you.

11         After I submit the case to you, you may discuss it only

12    when I instruct you to do so and only in the jury room and only

13    in the presence of all of your fellow jurors.  It is important

14    that you keep an open mind and not decide any issue in the case

15    until after I submit the entire case to you with my final

16    instructions.

17         Mr. Valentini, are you ready for your opening?

18            MR. VALENTINI:  Yes, Your Honor.  Thank you.

19         Ms. Johnson, may I please ask to switch the system to

20    the government's table.

21         Thank you.

22         Ladies and gentlemen of the jury, my name is Francesco

23    Valentini.  I'm one of the prosecutors in this case.

24         On January 6th, 2021, Congress convened at the

25    United States Capitol, only a few blocks from this courthouse,

1    to do what the law required it to do; to certify the Electoral

2    College vote; to certify the results of the 2020 Presidential

3    Election.  That certification, it happens every four years.

4    It's a solemn moment in our democracy.  The whole Congress

5    meets together in both the House and the Senate in one Joint

6    Session, and the Vice President of the United States must

7    preside over that proceeding.

8            As you will hear in this trial, preparations were made

9    before January 6th, including security preparations.  The

10   restricted area was -- was put in place by the Capitol Police,

11   the United States Secret Service around the Capitol.  Not just

12   around the Capitol Building, but also including a good portion

13   of the Capitol Grounds around it.  Barricades, including bike

14   racks, were set up along that restricted area.  And no member

15   of the public was allowed into that restricted area.

16           With that in place, January 6th, 2021, was going to

17   be -- was supposed to be just another solemn but uneventful

18   chapter in our nation's history of peaceful transition of power

19   from one administration to the next.

20           Except January 6th was anything but peaceful.  It became

21   the day that an angry mob descended upon the Capitol, breached

22   the restricted area, entered the Capitol Building, and laid

23   siege to the House Chamber and the Senate Chamber.  The

24   defendant in this case, Mr. Rhine, joined that mob.  And the

25   defendant in this case, Mr. Rhine, participated -- participated

1    in each of the things that you just heard.

2              MS. FISH:  Objection, Your Honor.  Inflammatory.

3              THE COURT:  In- --

4              MS. FISH:  Inflammatory, Your Honor.

5              THE COURT:  I think you overstated because you

6    referred to violence and the like, and he didn't participate in

7    that.

8              MR. VALENTINI:  I didn't suggest any violence.

9              THE COURT:  Okay.  Go ahead.

10             MR. VALENTINI:  You will hear that the defendant,

11   Mr. Rhine, joined the mob, and -- and he did cross into the

12   restricted area, he did enter the Capitol, and he did get to

13   the threshold of the House Chamber, and did so only minutes

14   after seeing other rioters being tear-gassed for trying to

15   enter the building.

16        The defendant in this case paraded around the House of

17   the Capitol, and then he went into the private office of the

18   appropriations committee of the House.  Mr. Rhine did all of

19   these things until he was met by the Capitol Police with

20   weapons drawn.  Then he was handcuffed.  He was taken back

21   downstairs to the second floor, and he was ordered to leave the

22   building.

23        Let there be no mistake about it.  At each step,

24   Mr. Rhine knew what he was doing and knew why he was doing it.

25   Overwhelming evidence --

1          MS. FISH:  Objection, Your Honor.

2          THE COURT:  Go ahead.  You can go on.

3          MR. VALENTINI:  -- including video evidence,

4    photographic evidence, and witness testimony will leave no

5    doubt about that.  In fact, the words of -- the very words of

6    the defendant on that day as he stood outside the

7    Capitol Building established that.

8          (An audio-visual recording was played.)

9          MR. VALENTINI:  So what did Mr. Rhine do exactly to

10   take it back and to "Stop the Steal"?  Capitol Police

11   surveillance footage will show that at 2:20 p.m. the defendant

12   walked right along the barricades on the Capitol's east side

13   across from the House toward the place -- towards the place

14   where other rioters had breached the perimeter.

15        He too then entered the restricted area.  He crossed the

16   plaza.  And throughout the day, the defendant carried a large

17   blue flag with white stars.  It is known as the Navy Jack.

18   Look for that flag as you follow the evidence in this case.

19        Within 3 minutes, Mr. Rhine had reached the east portico

20   on the House side.  Again, you will see all of this on

21   surveillance video.  That location -- it's right around there,

22   right around that portico, that Mr. Rhine gave the interview

23   that you just heard.

24        Only feet away, there is a door to the House you will

25   hear witnesses refer to as the upper House door.  It leads

1    right to the threshold of the House Chamber.  Fortunately, when

2    Mr. Rhine got there, to the House portico, around 2:24 p.m. on

3    January 6th, the upper House door was locked down.

4    Fortunately, because at that point the House was still in

5    session inside.  So rioters could not get in.

6         But that changed at 2:41:55 p.m. when other rioters

7    opened that door from the inside.  Rhine seized the opportunity

8    to get into the building.  He marches in less than 30 seconds

9    after it was breached.  On his way in, he parades, carrying a

10   large blue flag and rattling cowbells.  Once inside, within

11   seconds, Mr. Rhine zeros in on the nearest door into the

12   House Chamber; the very place and very time when Congress is

13   supposed to certify the election that Mr. Rhine thought had

14   been stolen.

15        In fact, right around the time Mr. Rhine gets to the

16   threshold of the House Chamber at 2:42, Capitol Police is still

17   evacuating people on the other side of that chamber.  But,

18   fortunately, that too -- that door too is locked.  And to his

19   credit, I suppose, Mr. Rhine does not want to damage that door,

20   but neither does Mr. Rhine want to leave the building.

21        Instead, he looks for another way.  He goes up to the

22   third floor, to the House gallery.  And, now, on that day,

23   because of COVID and because of social distancing and because

24   the Joint Session includes both the House and the Senate, the

25   House gallery was used to host members of the House.  Those

1       members of the House were still sheltering in place inside the

2       House gallery at that point.

3               But Mr. Rhine fails to enter the House gallery at the

4       entry point.  He parades some more; and then he enters the

5       office, a congressional office, that belongs to the House

6       appropriation committee.

7                       (A video recording was played.)

8               MR. VALENTINI:  Moments later, Capitol Police

9       officers order Mr. Rhine and several other rioters in that area

10      to the ground.  They do so with their guns drawn, only feet

11      away from the House gallery where the House of Representatives

12      were just being evacuated.  Then an officer, Officer Abbott,

13      handcuffs him.  He leads him downstairs, and he orders him to

14      leave the building.

15              For his actions on January 6th, 2021, Mr. Rhine is

16      charged with four offenses:

17              Knowingly entering or remaining in a restricted building

18      or grounds without lawful authority.

19              Count 2, knowingly engaging in disorderly or disruptive

20      conduct in a restricted building or grounds.

21              Three, willfully and knowingly engaging in disorderly or

22      disruptive conduct in a Capitol Building or Grounds.

23              Four, willfully -- willfully and knowingly parading,

24      demonstrating, or picketing in any of the Capitol buildings.

25              These are the four charges you will be asked to

1    consider.

2         Mr. Rhine committed each of these offenses.  After you

3    hear the evidence in this trial, my co-counsel, Ms. Moran, will

4    ask you to find Mr. Rhine guilty on all counts.

5         Thank you.

6         MS. FISH:  Good afternoon, everyone.

7         Don't damage.  This is a sacred place.  We're not

8    trespassing.  This is our building.  Do not damage this

9    building.  That is what Mr. Rhine said at the Capitol on

10   January 6th, 2021.

11        Mr. Rhine's own words tell you what he understood was

12   happening and what he intended.  He did not want to damage,

13   disrupt, or disturb Congress or the Capitol Building.  He did

14   not intend to break the law, and he did not know that the area

15   where he walked was restricted.  Mr. Rhine is not guilty.

16        I want to back up a little bit.  You may be surprised

17   during this trial about what you're going to see in evidence,

18   and, really, you may be surprised by what you do not see

19   because you are not going to see people fighting with police

20   officers.  You are not going to see people breaking windows.

21   You are not going to see people ripping up or -- or throwing

22   property through the air.  And I'm not going to claim that

23   those things never happened.  But you are not going to see them

24   during this trial because on January 6th, Mr. Rhine did not see

25   those things.

1    You may recall, and as the prosecutor discussed, leading

2    up to January 6th, former President Trump had complained about

3    the results of the 2020 election.  He claimed that certain

4    vote tallies were fraudulent and the results were wrong.  And

5    in the months that followed, multiple rallies were held to

6    support the former President and his claims that the election

7    was stolen.

8    Some of those were held at the Capitol on the east lawn,

9    on the east side of the Capitol Building, and you'll hear from

10   law enforcement that those previous rallies were large but

11   generally peaceful and respectful of law enforcement.

12   And as January 6th approached, the date set for Congress

13   to formally certify that election, multiple members of Congress

14   announced their plan to formally object to the certification.

15   And what do I mean by that?  I mean that they intended during

16   congressional proceedings to raise objections.  And these

17   objections would require debate.  It was expected that that

18   hearing that day would last several hours, possibly into the

19   next day, due to these objections.  And it was publicized that

20   if these members of Congress were successful at gathering more

21   support, they might formally stop the certification of the

22   election or require certain vote tallies to be sent back to the

23   state.  And rallies were organized on January 6th to support

24   these members of Congress who announced their plans to object.

25   And you will hear that both law enforcement and

1      Mr. Rhine expected this rally to be like the last one:  large,

2      peaceful, respectful of law enforcement.

3          The Capitol Police did have bike racks up that day, but

4      they'd been there a long time.  You'll hear that shortly after

5      the beginning of the COVID-19 pandemic, Capitol Police set up

6      bike racks on the east side of the Capitol between the patio

7      and the lawn, and I want to talk a little bit more about that

8      space.

9          You-all are likely very familiar with it, but on the

10     east side of the Capitol Building, there's a large, paved patio

11     and a large grassy area.  And that grassy area has two --

12     primarily two large ovals; one to the north, one to the south.

13     They're sometimes called the north egg and the south egg.  And

14     between them is a paved pathway, and that goes east from the

15     patio and out to the street, away from the building.

16         Midway up that paved pathway, you'll see there's a

17     couple towers that go about one story up from the ground.

18     Those are elevators that go down to the visitors center, which

19     sits underground under that east lawn.

20         And way back, months previously, in 2020 Capitol Police

21     set up bike racks that traced the curve of that north egg,

22     crossed that paved pathway right in front of the elevator

23     towers, and then traced the curve of the south egg.  Prior to

24     January 6th, Capitol Police did not change those bike racks on

25     the east side.  They put no special signage.  They expected a

1    large but peaceful rally that would be respectful of law

2    enforcement.  They approved permits for people to rally on that

3    east lawn.

4          And Mr. Rhine also expected a peaceful rally.  You will

5    see that he did not bring an armored vest.  He did not bring a

6    gas mask.  He did not bring a shield or chains.  He did not

7    bring riot gear.  He was wearing normal clothing, a hat.  He

8    did have cowbells, and he had that large flag.

9          And I want to talk about that large flag.  You're going

10   to spend a lot of time looking at this unique blue flag.  It's

11   all blue, kind of a medium blue, with big white stars.  And at

12   times this trial might feel a little bit like a real life

13   *Where's Waldo* book because you will see witnesses tracing

14   that unique blue flag through videos and photos.  And when

15   you have a chance to look through the evidence yourself,

16   you too can trace that unique blue flag through videos and

17   photos.  And I ask you to do that because doing that you will

18   see where Mr. Rhine was, what he could see, and what he could

19   not see.

20         And why does it matter what he could or couldn't see?

21   Well, you will see that Mr. Rhine was alone.  He's not walking

22   with any group, not even a single other person.  He was not

23   coordinating.  He had only his own observations.

24         And the government has spoken about things that happened

25   that Mr. Rhine never saw.  They'll talk about breaches on the

1    west side of the building, on the north side of the building,

2    on that paved pathway.  But those places don't matter.  To see

3    what matters, look for that unique blue flag.  And following

4    that unique blue flag, you will see that early in the

5    afternoon, Mr. Rhine goes to stand at the south edge of that

6    south egg on the east side of the building, all the way to the

7    south.

8        He's very close to one of the approved, authorized

9    protests.  And they've set up a stage.  It's raised a few feet

10   off the ground.  There's a keyboard, some sound equipment, a

11   lot of people in the area.  And they're all to the north of

12   Mr. Rhine.  He could not see that paved pathway.  His view was

13   blocked.  And there's no way he could see the west side of the

14   building or the north side of the building.

15       It goes without saying that the Capitol Building is

16   enormous.  I think it's 287 feet tall, has over 500 rooms,

17   750 feet long, 350 feet wide.  No person could see the opposite

18   side of the building from where Mr. Rhine was standing.

19       And he spends a long time in that spot.  You can watch

20   that unique blue flag flapping in the wind at the south edge of

21   that southeast egg.  What did Mr. Rhine actually see from that

22   place?  Well, he can see the southeast stairs directly in front

23   of him.  He can see a little bit of the patio, but there's a

24   lot of cars.  He can't see the whole paved patio; and he can

25   see, you know, the upper parts of the east side of the building

1    farther to the north, but it gets more and more distant.

2         And what he sees for 20 minutes is people; protesters

3    wearing flags, clothes -- obviously, civilians -- walking into

4    that patio unimpeded.  There are lots of police officers in

5    this patio, and they're watching this.  They're monitoring the

6    situation, but they're not directing people to leave.  They're

7    not stopping people from entering.  In fact, at times it looks

8    like they're conversing with the protesters.  And Mr. Rhine

9    watches this for 20 minutes as 1, 2, 10, 20, 30, more and more

10   people file into that patio.

11        And then a number of protesters walk up those southeast

12   stairs.  Again, there are numerous police officers on these

13   stairs.  You'll be able to tell them by their uniforms.  But

14   they do not stop people from walking up the stairs.  They watch

15   them walk up, and they continue to monitor and patrol.

16        And a little after 2:21 p.m., you'll see Mr. Rhine, with

17   that unique blue flag, for the first time walk north, and he

18   walks north to see what's happening.  And to the north, there

19   are no bike racks when he walks there between the lawn and the

20   patio, and he walks into the patio.  You'll see that when he

21   goes to walk up those southeast stairs, he passes no signs.

22   Again, there are still police officers in the area.  No one

23   approaches him.  No one motions for him to leave.

24        And he goes to the top of that southeast terrace.  I

25   think the government called it a portico.  I'm not as familiar

1    with that word, but I use terrace.  And he's there for another

2    20 minutes, and while on that southeast terrace, you'll see

3    that he stands, he meanders, he admires the architecture and

4    the grounds.

5         And, yes, he gives a form of an interview.  He speaks

6    into a microphone on camera.  And the government didn't play

7    the full footage they have.  But during that time, he recites

8    what he's observing.  He shares his hopes, and he expresses his

9    political beliefs.  He recites what he's observing, a peaceful

10   protest where police have allowed protesters up to the

11   building.  And he does note there's a man behind him who

12   appears to have been pepper-sprayed.

13        He shared his hopes that the protest will remain

14   peaceful, that he can witness this important moment in history.

15   And, yes, he expresses his political beliefs.  He's tired of

16   lying and cheating.  He's there to "Stop the Steal."  Now, you

17   may or may not agree with his political beliefs, but his

18   political beliefs are not on trial.  They are not illegal.

19        And after that, Mr. Rhine, you'll see from that unique

20   blue flag, remains on that southeast terrace.  But after that,

21   you'll see that several police officers leave that terrace.

22   One, two, three, four, five, six.

23        And at about 2:41 p.m., you'll be able to trace that

24   southeast -- that unique blue flag to the outer part of the

25   terrace.  So this terrace is quite large.  I think it's about a

1    hundred feet long, and most of it is covered.  And there are

2    very large columns you can see that surround the covered

3    portion of the terrace.  There's a small door into the building

4    in the center, inner center, and there's a wide staircase going

5    down to the patio in the center.

6         On either side of the wide staircase, there are two baby

7    terraces that stick out to the east away from the building.

8    Those are uncovered.  And at 2:41 p.m., you'll see that unique

9    blue flag on the uncovered outer terrace to the south of the

10   stairway.  From there, you can look out and see the grounds,

11   the landscaping, the other important buildings in the area.

12        But what Mr. Rhine did not see was the door open.  He

13   did not see who opened the door or how.  Instead, he saw people

14   beginning to move toward the door.  They were not running.

15   There was no crush.  There was no surge.  They're moving toward

16   the door, and he followed.  And you'll see when he walks

17   through the door, he does so in an orderly fashion.  He's

18   walking slowly, and he's almost single-file behind others.  And

19   once inside the building, again, he stands, he meanders, he

20   admires the decor.

21        And the government referred to this door to the House

22   Chamber.  Now, Mr. Rhine made no attempt to enter that door.

23   To the contrary.  The one time Mr. Rhine saw other people

24   behaving badly, he intervenes to stop.  Hey, hey, hey.  Don't

25   break the doorway.  Don't damage.  This is a sacred place.  Do

1    not damage this building.  Mr. Rhine told others, don't do

2    that.  That's not okay.

3           And Mr. Rhine continues to stand, to meander, to admire.

4    He's in the building for about 7 minutes before he encounters

5    any law enforcement.  And the minute he does, he is obedient

6    and respectful.  When an officer tells him to turn around, get

7    out of here, he does so.  When an officer tells him to stop, he

8    does so.  When an officer tells him to get down on the ground,

9    he does so.

10          And you'll hear from Capitol Police Officer Jeffrey

11   Abbott, who spent quite a while with Mr. Rhine, that he was

12   entirely respectful and compliant.  Officer Abbott escorted

13   Mr. Rhine and others out to a door to exit the building.  And

14   Mr. Rhine's hands were restrained behind his back.  He was in a

15   somewhat awkward position.  He couldn't carry his own

16   belongings.  He couldn't use a railing.

17          And Officer Abbott tells him, ask one of these other

18   people to cut those, get your stuff, and leave the building.

19   And Mr. Rhine does exactly that.

20          Officer Abbott leaves to deal with more important

21   things.  And even though Officer Abbott has left, still

22   Mr. Rhine deliberately and persistently follows his direction.

23   He has someone cut his hands free, he picks up his belongings,

24   and he leaves the building.

25          And you will see that when he leaves, Officer Abbott has

1    left him at a different stairway, the center stairs, and

2    they're much more crowded.  There are probably hundreds of

3    people on those stairs.  There's no clear pathway down.

4    Everyone else is standing there, staying there.  Yet Mr. Rhine

5    has heard Officer Abbott's instructions and is determined to

6    follow them.  He finds, deliberately and persistently, a

7    pathway down, out of the building, and away.

8        The government has charged Mr. Rhine with four crimes.

9    And to prove their charges they have to prove more than that he

10   was present.  They have to prove more than that other people

11   committed crimes, and they have to prove more than chaos,

12   misunderstanding, or mistake.

13       They have to show that Mr. Rhine intended to disrupt or

14   disturb the orderly conduct of Congress.  They have to show

15   that he knew and wanted to break the law, and they have to show

16   that he knew he was not allowed in the area where he walked.

17   They cannot do so.

18       Mr. Rhine -- you'll follow that unique blue flag, and

19   you'll see what he saw and what he did not see.  What he saw

20   looked like a peaceful protest where people were permitted to

21   go closer and closer and into the Capitol.

22       You'll also see Mr. Rhine's intent through his actions.

23   He never bangs on anything.  He never breaks anything.  He

24   never jostles or fights with anyone.  He stands, he meanders,

25   he admires.  And Mr. Rhine's own words will tell you what

1    his understanding of what was happening was and what his

2    intent was.  Do not damage this building.  We're not

3    trespassing.  This is our building.  Don't damage.  This is a

4    sacred place.

5            Mr. Rhine is not guilty.

6            THE COURT:  Thank you.

7        Mr. Valentini, call your first witness.

8            MR. VALENTINI:  The government calls Inspector Loyd.

9            THE COURTROOM DEPUTY:  Good afternoon, sir.  Please

10   raise your right hand.

11           (Oath administered.)

12           THE WITNESS:  I swear.

13           THE COURTROOM DEPUTY:  Thank you.

14           THE COURT:  Good afternoon.

15                        DIRECT EXAMINATION

16   BY MR. VALENTINI:

17   Q.  Good afternoon.

18   A.  Good afternoon, sir.

19   Q.  Could you -- in a clear and loud voice, could you please

20   state and spell your name for the record.

21   A.  Inspector Tom Loyd, L-o-y-d.

22   Q.  Inspector Loyd, what do you do for a living?

23   A.  I work for the U.S. Capitol Police.

24   Q.  And how long have you been working for the Capitol Police?

25   A.  Thirty-two years.

1   Q.  Congratulations.

2       And what's your title?

3   A.  Inspector.

4   Q.  And how high a rank is inspector within the Capitol Police

5   hierarchy?

6   A.  You have the officers out on the front lines.  They're

7   supervised by the sergeants.  The sergeants are supervised by

8   the lieutenants.  The lieutenants are supervised by the

9   captains.  And I supervise the captains and below.

10  Q.  How many police officers do you supervise?

11  A.  If you throw in the supervisors also, approximately 400.

12  Q.  And what is the overall mission of the Capitol Police?

13  A.  Protect Congress.

14  Q.  Organizationally, are there different divisions or sections

15  within the Capitol Police?

16  A.  Yes.

17  Q.  Can you list the sections.

18  A.  I'm part of the Uniformed Services Bureau.  Within the

19  Uniformed Services Bureau, there's four divisions.  I work at

20  the Capitol division.  I have a colleague who's in charge of

21  the House division, which is responsible for the House office

22  buildings; I have a colleague who is responsible for the

23  Library of Congress buildings; and I have a colleague who's

24  responsible for the Senate Office Buildings.

25  Q.  And what are the responsibilities of the Capitol section?

1    A.  The Capitol section, I'm responsible for the

2    Capitol Building itself, the Capitol visitors center, and the

3    Capitol Square that surrounds the buildings.

4    Q.  So are you -- based on your service of years and role, are

5    you closely familiar with the U.S. Capitol Building?

6    A.  Yes.

7    Q.  And are you also closely familiar with the Capitol Grounds?

8    A.  Yes.

9    Q.  What are the Capitol Grounds?

10   A.  The Capitol Grounds consist of the land around the

11   Capitol Building, as well as a couple dozen buildings on the

12   House and Senate side.

13   Q.  And is there a location within the Capitol complex called

14   Capitol Square?

15   A.  Yes.

16   Q.  What location -- what area is that?

17   A.  The Capitol Square directly surrounds the Capitol visitors

18   center and the Capitol Building itself.

19   Q.  Are you familiar with an area called the east plaza?

20   A.  Yes.

21   Q.  And what area is that?

22   A.  The east plaza is the paved roadway on the east side of the

23   Capitol Building.

24          MR. VALENTINI:  At this point I would ask Ms. Esene

25   to please pull up Exhibit No. 600, which is not in evidence.

1      THE COURTROOM DEPUTY:  Mr. Valentini, what is that

2    number again?

3      MR. VALENTINI:  600.

4    Your Honor, Exhibit 600 is a set of stipulations that

5    the parties have reached.  I move the -- the admission of

6    Exhibit 600 into evidence.

7      MS. FISH:  No objection.

8      THE COURT:  It's admitted.

9      (Government Exhibit 600 admitted into evidence.)

10      MR. VALENTINI:  If we may please publish Exhibit 600

11    to the jury.

12    Brief indulgence.

13    BY MR. VALENTINI:

14    Q.  Inspector Loyd --

15    A.  Yes.

16    Q.  -- could you please read the text after Stipulation No. 1

17    on the screen that is in front of you?

18    A.  "At the U.S. Capitol, the building itself has 540 rooms

19    covering 175,170 square feet of ground, roughly four acres.

20    The building is 751 feet long (roughly 228 meters) from north

21    to south and 350 feet (106 meters) at its widest point.  The

22    U.S.  Capitol Visitor Center is 580,000 square feet and is

23    located underground on the east side of the Capitol.  On the

24    west side of the Capitol Building is the West Front, which

25    includes [a] variety of open concrete spaces, a fountain

1    surrounded by a walkway, two broad staircases, and multiple

2    terraces at each floor.  On January 6, 2021, the inaugural

3    stage scaffolding was on the West Front of the

4    Capitol Building.  On the East Front are three staircases,

5    porticos on both the House and Senate side, and two large

6    skylights into the Visitor's Center surrounded by a concrete

7    parkway."

8    BY MR. VALENTINI:

9    Q.  And, Captain [sic] Loyd, does this description that you

10   just read correspond to your understanding of the Capitol

11   complex and building?

12   A.  Yes.

13        MR. VALENTINI:  At this point, if we could please

14   pull up what has been marked as Government 500.

15        Your Honor, may counsel approach the bench?

16        THE COURT:  I'm sorry?

17        MR. VALENTINI:  Could we approach the bench briefly?

18        THE COURT:  You may.

19        (Bench conference on the record.)

20        MR. VALENTINI:  I apologize.

21        We did plan on technology, and it's not working.  Given

22   the time, I think this can be resolved in a few minutes, but

23   rather than keep the jury here -- and this is a good time for a

24   break -- we would ask if the Court would consider the afternoon

25   break now.

1          THE COURT:  There's not questions you can ask him

2    that don't involve the technology?

3          MR. VALENTINI:  Well, the -- the foundational

4    questions really require maps and pictures to show the witness.

5    So if -- so it would be important to be able to do that with

6    the assistance of technology.

7          THE COURT:  All right.  I'll take the break.  But

8    we've wasted an awful lot of time already to get to this point.

9    So don't waste any more of my time.

10          MR. VALENTINI:  Of course.  I understand.

11          (Proceedings held in open court.)

12          THE COURT:  All right.  We need to work out some

13    technological issues so we're going to take our afternoon break

14    for 10 minutes.  So come back in 10 minutes, when Ms. Johnson

15    comes and gets you, and then we'll go until 5:30.

16              (Proceedings held out of the presence of the jury.)

17              (Recess taken.)

18          THE COURT:  Are we ready to resume?

19          MR. VALENTINI:  Yes, we're ready.  And I apologize

20    for the inconvenience and the technical difficulty.

21       I think you can take the witness chair.

22              (Proceedings held in the presence of the jury.)

23          THE COURT:  All right.  Welcome back.

24       We'll continue with the direct examination of

25    Inspector Loyd.

1    BY MR. VALENTINI:

2    Q.  Inspector Loyd --

3              MR. VALENTINI:  Ms. Esene, I think you can take that

4    down.  If you can publish.

5              THE COURTROOM DEPUTY:  It's not published at all.

6    BY MR. VALENTINI:

7    Q.  Let me -- let me pull up what has been marked as exhibit --

8    Government 500.

9              Inspector Loyd, do you recognize what you see on the

10   screen?  Inspector Loyd, Exhibit 500 is on the screen.  Do you

11   recognize what you see on the screen as Exhibit 500?

12   A.  Yes.  That's a picture of the U.S. Capitol Building.

13   Q.  Is it a picture or --

14             THE COURTROOM DEPUTY:  It's not on.  It's not in

15   evidence yet.

16   BY MR. VALENTINI:

17   Q.  Is it -- do you see a picture or aerial photograph?

18   A.  It's an aerial photograph.

19   Q.  And is Exhibit 500 an accurate representation of the

20   Capitol Building as it existed on January 6th, 2021?

21   A.  Yes.  It has the inauguration stage.

22             MR. VALENTINI:  The government moves to admit

23   Exhibit 500 into objection.

24             MS. FISH:  No objection.

25             THE COURT:  It's admitted.

```
 1                    (Government Exhibit 500 admitted into evidence.)
 2                    MR. VALENTINI:  You may go ahead and publish to the
 3       jury.
 4                    THE COURTROOM DEPUTY:  Does everyone have it on their
 5       screen?
 6       BY MR. VALENTINI:
 7       Q.  And, Inspector Loyd, if you could help orient the jury.
 8       What area is the area on the top side of the picture?
 9       A.  The top side is actually the north side, which contains the
10       Senate Chamber.
11       Q.  And how about the round -- do you see a round structure in
12       the building?
13       A.  Yes.  That's the Capitol Rotunda.
14       Q.  And you mentioned a second ago that the area in the top
15       part of the picture is the House -- is the House side of the
16       building?
17       A.  No, that's -- the top portion is the Senate.
18       Q.  Right.  The Senate side of the building.  And let's move on
19       to the bottom side of the picture.  What is the rectangular
20       structure at the bottom of Exhibit 500?
21       A.  That is the House Chamber.
22       Q.  And what is the function of the House Chamber?
23       A.  The House Chamber houses the U.S. House of Representatives
24       for their daily work.
25       Q.  And does the Capitol Building have multiple floors?
```

1    A.  Yes.

2    Q.  How many floors does it have?

3    A.  To include the basement and subbasement, approximately

4    six.

5    Q.  And what floor is the Rotunda that you just mentioned on?

6    A.  That's on the second floor.

7    Q.  And how about the Senate Chamber, what floor is that on?

8    A.  The second floor.

9    Q.  How about the House Chamber?

10   A.  Second floor.

11   Q.  And what lies -- is there a third floor on the House side?

12   A.  Yes.

13   Q.  What is -- what lies right above the House Chamber on the

14   third floor?

15   A.  You have the House galleries where the public is usually

16   seated to watch the proceedings.

17   Q.  Let me show you what has been marked as Exhibit 505.

18   Inspector Loyd, do you recognize the image that is depicted in

19   Exhibit 505?

20   A.  Yes.  That's a 3D picture of the U.S. Capitol Building with

21   the inauguration stage.

22   Q.  And does it accurately reflect how the Capitol Building

23   appeared on January 6th, 2021?

24   A.  Yes.

25          MR. VALENTINI:  The government moves to admit

1    Exhibit 505 into evidence.

2                MS. FISH:  Objection.  Foundation.  403.

3                THE COURT:  It's admitted.

4                (Government Exhibit 505 admitted into evidence.)

5    BY MR. VALENTINI:

6    Q.  Which side -- which side of the Capitol Building does

7    Exhibit 505 capture?

8    A.  This is a view from the West Front.

9    Q.  And could you please identify the House side of the

10   building.

11   A.  The House side -- the House Chamber is on the right of the

12   picture.

13   Q.  How about the Senate side?

14   A.  The Senate is on the left.

15   Q.  And the Rotunda?

16   A.  In the middle.

17   Q.  And where would the east plaza be in this rendering?

18   A.  The east plaza is at the top of the 3D image.

19   Q.  Let me show you what has been marked as Exhibit 507.

20               THE COURT:  Hold on a second, Mr. Valentini.

21           Do you want it on your screen?

22               THE WITNESS:  If it's possible.  I can see it on

23   hers.

24               THE COURT:  Yeah.  It's not on his screen.

25               THE WITNESS:  It's not my screen.

1          MR. VALENTINI:  I'm sorry.  I thought it was

2     published to every screen.

3          THE COURT:  I think his screen is just not turned on.

4     BY MR. VALENTINI:

5     Q.  All right.  So if we could, then, go back to Exhibit 505,

6     which is now in evidence.

7          And, Inspector Loyd, if you could please circle the

8     House side of the building for the jury.

9     A.  (Witness complying.)

10    Q.  Could you please circle the Rotunda for the jury.

11    A.  The Rotunda.

12    Q.  Thank you.

13         And do you know how to clear the markings from the

14    screen?

15    A.  No.  Do I touch the red X?

16    Q.  It should say clear at the bottom.

17    A.  Got it.  Thank you.

18    Q.  Thank you very much.

19         And let me --

20         MR. VALENTINI:  Ms. Esene, if we could please now

21    pull up what's been marked as Exhibit 507.

22    BY MR. VALENTINI:

23    Q.  Inspector Loyd, do you -- do you see Exhibit 507 on your

24    screen, first of all?

25    A.  Yes.

1  Q.  And do you recognize the image that is captured in

2  Exhibit 507?

3  A.  Yes.

4  Q.  And what is it?

5  A.  It's a blueprint of the U.S. Capitol Building, the first

6  floor.

7  Q.  And is Exhibit 507 a fair and accurate representation of

8  the layout of the first floor of the Capitol Building?

9  A.  Yes.

10         MR. VALENTINI:  The government moves to admit

11 Exhibit 507 into evidence.

12         MS. FISH:  No objection.

13         THE COURT:  It's admitted.

14         (Government Exhibit 507 admitted into evidence.)

15         MR. VALENTINI:  And, Ms. Esene, if we could please

16 pull up what has been marked as Exhibit 508.

17 BY MR. VALENTINI:

18 Q.  Inspector Loyd, do you recognize the image depicted in

19 Exhibit 508?

20 A.  Yes.

21 Q.  What is it?

22 A.  It's the blueprints of the second floor of the U.S. Capitol

23 Building.

24 Q.  Same question as before.  Is the exhibit -- is the image in

25 Exhibit 508 a fair and accurate representation of the layout of

 1    the second floor of the Capitol Building?

 2    A.  Yes.

 3             MR. VALENTINI:  The government moves to admit

 4    Exhibit 508 into evidence.

 5             MS. FISH:  No objection.

 6             THE COURT:  It's admitted.

 7             (Government Exhibit 508 admitted into evidence.)

 8    BY MR. VALENTINI:

 9    Q.  Inspector Loyd, could you please identify by circling the

10    Rotunda on this floor plan.

11    A.  Rotunda.

12    Q.  And you said before, the House Chamber is also on the

13    second floor of the Capitol Building?

14    A.  Yes.

15    Q.  Could you please identify that as well by circling it for

16    the jury, please.

17    A.  House Chamber.

18    Q.  And could you please do the same for the Senate Chamber.

19    A.  Senate Chamber.

20    Q.  Inspector Loyd, how long does it take to walk from the

21    Rotunda to the House Chamber on the second floor of the

22    Capitol?

23    A.  Just a couple of minutes.

24    Q.  And how long does it take to walk from the Rotunda to the

25    House Chamber on -- on the -- did I just ask you --

1    A.   From -- from the Rotunda to the House Chamber is a couple

2    minutes.

3    Q.   Okay.  How long does it take to walk from the Rotunda to

4    the Senate Chamber?

5    A.   About the same.  A couple minutes.

6    Q.   So how long does it take to walk to the House Chamber to

7    the Senate Chamber?

8    A.   Approximately 4 or 5 minutes.

9          MR. VALENTINI:  We can pull down the exhibit.

10   BY MR. VALENTINI:

11   Q.   And let me show you what has been marked as Exhibit 509.

12   Inspector Loyd, do you recognize the image that's depicted in

13   509?

14   A.   Yes.

15   Q.   What is it?

16   A.   That's the blueprints of a third floor of the U.S. Capitol

17   Building.

18   Q.   And, again, is that a fair and accurate representation of

19   what the third floor of the Capitol Building appeared --

20   appears?

21   A.   Yes.

22          MR. VALENTINI:  The government moves to admit

23   Government Exhibit 509 into evidence.

24          MS. FISH:  No objection.

25          THE COURT:  It's admitted.

```
 1                    (Government Exhibit 509 admitted into evidence.)

 2    BY MR. VALENTINI:

 3    Q.  Inspector Loyd, you said that the House gallery is located

 4    on the third floor of the Capitol Building?

 5    A.  Yes.

 6    Q.  Could you please identify the House gallery by circling it

 7    for the jury.

 8    A.  House gallery.

 9    Q.  And where is the House gallery vis-á-vis the House Chamber?

10    A.  It's inside the chamber but on the third floor.  The main

11    House floor is on the second floor.  The galleries are on the

12    third floor.

13    Q.  And how long does it take to walk from the second floor

14    House -- the second floor of the House Chamber to the House

15    gallery?

16    A.  A couple minutes.

17                    MR. VALENTINI:  We can stop publishing the exhibit.

18    BY MR. VALENTINI:

19    Q.  Inspector Loyd, let's talk a little bit about the security

20    procedures for visitors at the Capitol.  As an inspector for

21    the Capitol Police, are you familiar with the security

22    procedures and protocols for the Capitol Police?

23    A.  Yes.

24    Q.  And are you familiar with those procedures as they existed

25    on January 6th, 2021?
```

1    A.  Yes.

2    Q.  So let's think back to -- thinking back to a normal day

3    before -- strike that.

4         Did -- did the COVID pandemic change the security

5    procedures and access to the Capitol as it existed -- compared

6    to what existed before March 2020?

7    A.  Yes.

8    Q.  If you think back to a normal day before March of 2020,

9    what kind of security did a member of the public have to

10   undergo to enter the Capitol?

11   A.  Everybody has to walk through a magnetometer to make sure

12   there's nothing nefarious on their person, and if they have any

13   bags, they have to put their bags on the X-ray machine and

14   their bags are x-rayed to make sure there's nothing nefarious

15   in their bags.

16   Q.  And if you think back again to before March 2020, could you

17   tell the jury how visitors were processed -- members of the

18   public, how they were processed before they could access the

19   Capitol Building.

20   A.  Yes.  They would have to walk through a magnetometer to

21   make sure there's nothing nefarious on their person.  If they

22   have any bags, they would have to be x-rayed.

23   Q.  Could they -- again, thinking back before March of 2020,

24   could members of the public just go up to any door of the

25   Capitol Building and go through the magnetometer?

1    A.  No.  They had to report -- if they weren't an invited guest

2    or on official business, they had to walk in via the main

3    entrance of the Capitol visitors center.

4    Q.  And thinking back even before March 2020, were there any

5    items that were prohibited inside the Capitol Building?

6    A.  Yes.  Any knives, guns, pepper spray.  You're not allowed

7    to bring food or water in as a member of the public.

8    Q.  Are these restrictions on items within the Capitol Building

9    still in place today?

10   A.  Yes.

11   Q.  And fast-forward now to March 2020 -- to after March 2020

12   but before January 6th, 2021, were uninvited members of the

13   public allowed to visit the Capitol at that time?

14   A.  No.

15   Q.  How about invited members of the public, how could they get

16   access the Capitol?

17   A.  The only way you could have access -- you had to be an

18   invited guest or on official business, invited by a staff

19   member or member of Congress.

20   Q.  And what if you get one of those invitations?  How -- well,

21   I shouldn't say you.  What if a member of the public gets one

22   of those invitations, how would that member of the public then

23   be able to access the Capitol Building?

24   A.  During the COVID situation, they would have to report

25   either to the north or south door of the U.S. Capitol Building.

1    Q.  So, finally, let's focus on January 6th, 2021.  Was the

2    Capitol Building open to the public on that day?

3    A.  No.

4    Q.  Was a particular proceeding scheduled to take place at the

5    Capitol on -- on that day, if you know?

6    A.  Yes.

7    Q.  Was a restricted area put in place around the

8    Capitol Building as of January 6th?

9    A.  Yes.

10   Q.  Did that -- this restricted area include only the

11   Capitol Building or also areas around the Capitol Building

12   itself?

13   A.  We had an outer perimeter outside of the building.

14   Q.  Let me show you what has been marked as Exhibit 501.

15              THE COURTROOM DEPUTY:  Did you say 501?

16              MR. VALENTINI:  Yes.

17   BY MR. VALENTINI:

18   Q.  Inspector Loyd, do you see Exhibit 501 on your screen?

19   A.  Yes.

20              MR. VALENTINI:  This is not in evidence yet.

21   BY MR. VALENTINI:

22   Q.  Do you recognize the image that is depicted on Exhibit 501?

23   A.  Yes.

24   Q.  What is it?

25   A.  It's an outline -- the red outline of our outer perimeter

1  for January 6th.

2  Q.  And does the image on Exhibit 501 accurately describe the

3  perimeter and capture that perimeter as it existed on

4  January 6th, 2021.

5  A.  Yes.

6        MR. VALENTINI:  The government moves to admit

7  Exhibit 501 into evidence.

8        MS. FISH:  No objection.

9        THE COURT:  It's admitted.

10       (Government Exhibit 501 admitted into evidence.)

11  BY MR. VALENTINI:

12  Q.  So let me ask you the same question again now that the

13  exhibit is published and in evidence.  What does the map in

14  Exhibit 501 represent?

15  A.  The red outline is the outer perimeter for January 6th.

16  Q.  And what were the borders of that perimeter on the north

17  side?

18  A.  A bike rack.

19  Q.  Just geographically, where -- where --

20  A.  Geographically, on the north side, that would be

21  Constitution Avenue.

22  Q.  How about the south side?

23  A.  The south side would have been Independence Avenue.

24  Q.  How about the west side?

25  A.  The west side would have been First Street, Northeast and

1    Northwest.

2    Q.  And how about on the east side?

3    A.  The east side would have been the natural flow of the east

4    plaza.

5    Q.  What did the Capitol Police do to mark off this perimeter

6    so the public was aware of the existence of this perimeter?

7    A.  We had bike rack installed.

8    Q.  Did you have bike racks set up on every side of this

9    perimeter?

10   A.  Yes.

11   Q.  In the morning of January 6th -- well, first, could you

12   describe this bike rack.  How tall are they, more or less?

13   A.  Approximately waist level, around 4 feet.

14   Q.  Did the Capitol Police also endeavor to interlock some of

15   the bike racks?

16   A.  Some were interlocked.  Some were not.

17   Q.  And is that -- is using bike racks typical of what the

18   Capitol Police does to mark a restricted perimeter?

19   A.  Yes.

20   Q.  Were there any points along this perimeter where there were

21   gaps, say, like cars or -- to permit flow in and out of the

22   area?

23   A.  Yes.  The primary opening -- openings were the north and

24   south barricade to let vehicles in and to let staffers,

25   members, or invited guests to walk up to the building.

1    Q.  And could you please identify those openings by circling

2    them on the screen, please.

3    A.  That's the south side, the area of the south barricade

4    where there would have been an opening.  And the one on top is

5    the area of the north barricade.  There would have been an

6    opening there.

7    Q.  What steps did the Capitol Police take to ensure that

8    visitors -- that members of the public would not enter those

9    openings?

10   A.  We staffed -- we staffed the opening with police officers.

11   Q.  As of January 6th, 2021, what were your responsibilities

12   with the Capitol Police?

13   A.  I was responsible for the routine operations on

14   January 6th.

15   Q.  So you were on duty on January 6th itself?

16   A.  Yes.

17   Q.  At what time did you get to the -- you report for work on

18   that day?

19   A.  Approximately 7:30 in the morning.

20   Q.  And which -- which Capitol -- which building within the

21   Capitol complex did you report to that morning?

22   A.  The U.S. Capitol Building.

23   Q.  Did you see anything unusual as you arrived to work that

24   morning?

25   A.  I noticed that the bike rack on the west side of the

1    complex had been installed overnight.  That wasn't there on

2    January 5th.  That was installed late on January 5th into the

3    early morning of January 6th.

4         And also saw a lot of people starting to gather around

5    the outer perimeter.

6    Q.  But at that point you saw -- when you say people, you mean

7    members of the public?

8    A.  Yes.

9    Q.  And the members of the public that you saw in the morning

10   as you arrived to work, they were outside the restricted

11   perimeter?

12   A.  Yes.

13   Q.  As part -- as part of your duties on the morning of

14   January 6th, 2021, did you meet with the Secret Service?

15   A.  Yes.

16   Q.  Anyone in particular?

17   A.  Paul Wade.

18   Q.  What does Paul Wade do?

19   A.  Paul Wade, he is now retired.  But at the time he was the

20   lead Secret Service agent.  The Secret Service has a

21   five-person team assigned to the Capitol at all times.  And on

22   January 6th, he was the lead agent for those five agents.

23   Q.  And why did you meet with -- with -- you said special agent

24   or --

25   A.  I believe special agent, yeah.

 1    Q.   Special Agent Paul Wade?

 2    A.   Yes.

 3    Q.   Why did you meet with him?

 4    A.   Just to go over the arrival of the Vice President.

 5    Q.   And what time did you meet with Special Agent Paul Wade?

 6    A.   Between 9:30 and 10:00.

 7    Q.   And you said that the purpose of that meeting was to

 8    prepare for the arrival of the Vice President?

 9    A.   Yes.

10    Q.   Do you know if Special Agent Paul Wade was providing

11    protection to the -- to the Vice President that day?

12    A.   Yes.  His team was, yes.

13    Q.   So did there come a time when the Vice President did visit

14    the building that day?

15    A.   Yes.

16    Q.   Do you know what the purpose of the Vice President's visit

17    was on January 6th?

18    A.   He was part of the certification of the presidential ballot

19    process.

20    Q.   At this point, I would like to pull up Exhibit 600, which

21    is already in evidence, which is a stipulation between the

22    parties.

23         MR. VALENTINI:  If you could scroll down to

24    Stipulation No. 2 within that exhibit.  Could we zoom in a

25    little bit.

1    BY MR. VALENTINI:

2    Q.  Inspector Loyd, may I ask you to please read the text after

3    Stipulation No. 2, including the title, please.

4    A.  Yes.  "The Certification of the Electoral College Vote.

5         "On January 6, 2021, a joint session of the

6    United States Congress convened at the U.S. Capitol.  During

7    the joint session, elected members of the United States House

8    of Representatives and the United States Senate were meeting in

9    both the House and the Senate Chambers of the Capitol to

10   certify the vote count of the Electoral College of the 2020

11   Presidential Election, which had taken place on Tuesday,

12   November 3, 2020.

13        "On January 6, 2021, the House of Representatives began

14   its session at approximately 12:00 p.m., the Senate began its

15   session at approximately 12:30 p.m., and the two Houses met

16   together at approximately 1:00 p.m. in the House of

17   Representatives Chamber to begin the joint session.  Vice

18   President Mike Pence was in the Capitol building and presiding

19   over the joint session.  At approximately 1:15 p.m., the House

20   and Senate adjourned to their separate chambers for up to

21   two hours to resolve a particular objection.

22        "At approximately 2:12 p.m., Vice President Pence

23   evacuated the Senate chamber, and approximately one minute

24   later the senator who had become the presiding officer in

25   Vice President Pence's absence declared that the Senate would

1    stand in recess.  Senators evacuated the Senate Chamber.

2        "At approximately 2:15 p.m., Speaker Nancy Pelosi, who

3    was presiding over the House of Representatives, evacuated the

4    House Chamber, and approximately fifteen minutes later the

5    representative who had become the presiding officer in her

6    absence declared that the House would stand in recess.

7    Representatives evacuated the House Chamber.

8        "The joint session was suspended.

9        "The Senate and the House resumed meeting at

10   approximately 8:06 p.m. and 9:02 p.m., respectfully.

11   Congress's joint session continued until approximately

12   3:44 a.m. on January 7, 2021, when it completed the

13   certification of the Electoral College vote."

14       MR. VALENTINI:  Your Honor, at this time may I and

15   counsel briefly approach the bench?

16       THE COURT:  Sure.

17       (Bench conference on the record.)

18       MR. VALENTINI:  We would ask to give the jury an

19   instruction with our stipulations at this point.

20       THE COURT:  I'll give it at the end of the day.

21       (Proceedings held in open court.)

22   BY MR. VALENTINI:

23   Q.  Going back to your own day on January 6th, you testified

24   before that the Vice President at some point did arrive at the

25   Capitol Building on January 6th?

1    A.   Yes.

2    Q.   And at what time, approximately, did he arrive?

3    A.   Between 12:35 and 12:40.

4    Q.   How do you know that?

5    A.   I was there.

6    Q.   Why were you there?

7    A.   Just to make sure his arrival went smoothly.

8    Q.   When the Vice President arrived, was he, again, protected

9    by -- by Secret Service detail?

10   A.   Yes.

11   Q.   After the Vice President arrived at the Capitol, what did

12   you do next?

13   A.   I helped escort the entourage from the Senate door up to

14   the Senate Chamber.

15   Q.   Going into the afternoon of January 6th, what, if anything,

16   did you expect to have to do to support the Vice President and

17   his visit that day?

18   A.   I was -- the original plan was for me to stay with him and

19   his protective detail and help escort him from the

20   Senate Chamber to the House Chamber and back and forth as many

21   times as necessary.

22   Q.   And why did you expect there would be -- strike that.

23        You said as many times as necessary?

24   A.   Yes.

25   Q.   Did you expect there to be multiple relocations between the

1    House Chamber and the Senate Chamber on January 6th?

2    A.  Yes.  We were put on notice by the Congress in advance that

3    they expected formal objections to certain presidential ballots

4    that were cast and that when they -- the ballot is officially

5    objected to with the House and Senate member of Congress, that

6    triggers a process of debate where the House and Senate go back

7    to the respective chambers for debate and it's voted on and

8    they continue on.

9    Q.  Let me show you what has been marked as Exhibit 407.

10            MR. VALENTINI:  I'm going to ask Ms. Esene to briefly

11    scroll through the exhibit.

12    BY MR. VALENTINI:

13    Q.  Inspector Loyd, are you familiar with the content of

14    Exhibit 407?

15    A.  Yes, that's the narrative of what happened on January 6th

16    with the Congress.

17    Q.  Is it an excerpt of the Congressional Record?

18    A.  Yes, for the United States Senate.

19            MR. VALENTINI:  Government moves to admit Exhibit 407

20    into evidence.

21            MS. FISH:  No objection.

22            THE COURT:  It's admitted.

23            (Government Exhibit 407 admitted into evidence.)

24            MR. VALENTINI:  Let me ask Ms. Esene to pull up

25    Exhibit 408 for a second as well.

1          Are we still publishing?

2               THE COURTROOM DEPUTY:  This is 407?

3               MR. VALENTINI:  This is 408 now.

4          And, again, Ms. Esene, if we could please scroll very

5     briefly through Exhibit 408.

6     BY MR. VALENTINI:

7     Q.  Inspector Loyd, I'm going to ask you the same question as

8     before.  Before you were testifying before, did you have an

9     opportunity to review Exhibit 408?

10    A.  Yes.

11    Q.  And what is it?

12    A.  That's the Congressional Record for the House of

13    Representatives for January 6th, 2021?

14              MR. VALENTINI:  The government moves for the

15    admission of Exhibit 408.

16              MS. FISH:  No objection.

17              THE COURT:  It's admitted.

18              (Government Exhibit 408 admitted into evidence.)

19    BY MR. VALENTINI:

20    Q.  Inspector Loyd, do you know if the Senate Chamber has its

21    own camera recording system?

22    A.  Yes.

23    Q.  And do you know who operates it?

24    A.  I believe C-SPAN.

25    Q.  Not the Capitol Police?

```
 1    A.  No.
 2    Q.  And do you know if the House Chamber has its own video
 3    camera system?
 4    A.  Yes.  I believe C-SPAN also.
 5    Q.  Let me pull up what has been marked as Exhibit 403, which
 6    is the video.
 7         Do you see Exhibit 403 on your screen?
 8    A.  Yes.
 9    Q.  And before coming to court today, did you have an
10    opportunity to review Exhibit 403?
11    A.  Yes.
12    Q.  And what is it?
13    A.  It's a montage video.
14    Q.  Does it combine recordings from the House and the Senate
15    Chamber and the Congressional Record?
16    A.  Yes.
17              MR. VALENTINI:  The government moves for the
18    admission of Exhibit 403 as a summary exhibit.
19              MS. FISH:  No objection.
20              THE COURT:  It's admitted.
21              (Government Exhibit 403 admitted into evidence.)
22              MR. VALENTINI:  And, Ms. Esene, if we could skip
23    for -- from the beginning of the exhibit up until about run
24    time 51 seconds into the exhibit.
25              (An audio-visual recording was played.)
```

1          MR. VALENTINI:  Finish the statement of the senator,

2     please.

3              (An audio-visual recording was played.)

4          MR. VALENTINI:  Pause it now.

5     BY MR. VALENTINI:

6     Q.  Could you please explain, based on your understanding of

7     the proceedings on January 6th, what happened in the Senate at

8     approximately 12:51 p.m.

9     A.  Yes.  It was announced that the Senate was going to go in

10     recess as a body, travel to the House of Representatives to

11     start the process.

12     Q.  And do you remember what you were doing right around that

13     time, 12:51 p.m.?

14     A.  I was in the Ohio Clock area, which is right outside the

15     main Senate door, getting ready to escort this entourage from

16     the Senate Chamber down to the House Chamber.

17     Q.  And did there come a time shortly after that when something

18     memorable happened?

19     A.  Yes.

20     Q.  What happened?

21     A.  Just prior to this, I received a phone call from Assistant

22     Chief Thomas.

23          MS. FISH:  Your Honor, I -- I do have an objection to

24     this on 403 hearsay and the Court's previous ruling, the

25     anticipated testimony.  I'm happy to be heard at sidebar.

1          MR. VALENTINI:  This thing is not offered for the

2     truth of the matter asserted with respect to hearsay.  I'm also

3     happy to explain any -- any -- provide any further explanation

4     at sidebar.

5          THE COURT:  All right.  You can answer.  Go ahead.

6     A.  Just prior to this, I received a phone call from Assistant

7     Chief Thomas who told me that there was a lot of people headed

8     my way.  And he was referring to the large crowd on the other

9     end of the D.C. mall who was leaving the Trump event and

10    heading to the U.S. Capitol.

11         After I received that phone call, at 12:53 I heard a

12    radio call for a breach at Peace Circle on the West Front of

13    the Capitol.

14         MS. FISH:  And, Your Honor, I would renew my

15    objection.  He's speaking about the west side.

16         THE COURT:  It's overruled.  Go ahead.

17    BY MR. VALENTINI:

18    Q.  And what -- what did you do when you heard of the news of

19    the breach at the Peace Circle?

20    A.  I walked into Senator McConnell's office, who was the

21    majority leader at the time.  His office has a bird's-eye view

22    of the original breach.  So I went into his office, observed

23    the breach, which was very bad, and I made my way down to the

24    inauguration stage.

25    Q.  And just to be clear, this breach that you're referencing

1  was on the west side of the Capitol, not the east side of the

2  Capitol?

3  A.  Correct.

4  Q.  There would be no breach on the east side of the Capitol at

5  that point?

6  A.  Correct.

7  Q.  Let me take a little detour and talk a little bit about the

8  U.S. Capitol Police surveillance system.

9      MR. VALENTINI:  Before we do that, if we could pull

10  up Exhibit 600 again.  If we could please scroll down to the

11  portion of Exhibit 600 that is captioned Stipulation No. 3.

12  BY MR. VALENTINI:

13  Q.  Inspector Loyd, if I may ask you to please read Stipulation

14  No. 3.

15  A.  "United States Capitol Police Closed Circuit Video

16  Monitoring.

17      "The United States Capitol Police . . . operate and

18  maintain closed-circuit video monitoring and recording

19  equipment that captures locations inside and outside of the

20  U.S. Capitol building and on the Capitol grounds.  The video

21  recordings from this equipment contain fair and accurate

22  depictions of the events they depict.  The time and date stamps

23  on these video recordings are also accurate.  The video footage

24  is authentic in that it is what it purports to be."

25  Q.  Inspector Loyd, in preparation for your testimony today,

1    did you review footage from the Capitol Police surveillance

2    system from January 6th?

3    A.  Yes.

4    Q.  And based on your presence at the Capitol and your

5    knowledge of the Capitol surveillance system, did that footage

6    fairly and accurately -- and accurately represent the events as

7    they happened at the Capitol on January 6th?

8    A.  Yes.

9    Q.  Did you review, in particular, the videos that have been

10   marked as Exhibit 100 through 112, as well as the videos marked

11   as 113.1, 113.2, and 114?

12   A.  Yes.

13   Q.  And is this each -- are all of those videos from the

14   Capitol Police surveillance system?

15   A.  Yes.

16   Q.  Do they accurately and fairly depict events as they

17   happened on January 6th?

18   A.  Yes.

19             MR. VALENTINI:  The government moves to admit into

20   evidence Exhibits 100 to 112, as well as Exhibit 113.1 --

21   113.1, 113.2, and 114.

22             MS. FISH:  And, Your Honor, I do have objections to a

23   couple of these on grounds other than authenticity.  I'm happy

24   to be heard at sidebar or --

25             THE COURT:  Can we do these -- do you need to

1    introduce them right now, or can we do some other -- some less

2    objectionable stuff and do the objections when we -- after we

3    dismiss the jury for the day?

4            MR. VALENTINI:  May I confer with counsel very

5    briefly?

6            THE COURT:  Sure.

7            (REPORTER'S NOTE:  A sotto voce conference was held

8    between Mr. Valentini and Ms. Fish.)

9            MS. FISH:  Your Honor, for the sake of time, I'd --

10   I'll renew my previous objection to G114.  I understand the

11   Court may be able to rule on that one promptly.

12           THE COURT:  Is that the compilation video?

13           MR. VALENTINI:  Yes, I believe --

14           THE COURT:  I ruled that that can be admitted.

15   Overruled.

16           MR. VALENTINI:  So at this time the government will

17   move for the admission -- with apologies -- of Exhibit 100

18   through 111, 113.2, and 114.

19           MS. FISH:  And as to those, no further objections,

20   Your Honor.

21           THE COURT:  Okay.  They're admitted.

22           (Government Exhibit 100 through 111, 113.2, and 114

23   admitted into evidence.)

24           MR. VALENTINI:  If you could please pull up

25   Exhibit 114.

```
 1              Are we still publishing?
 2              THE COURTROOM DEPUTY:  Yes.
 3    BY MR. VALENTINI:
 4    Q.  Having seen the first frame of this exhibit,
 5    Inspector Loyd, are you able to tell the jury what it is?
 6    A.  Yes.  It's a montage of video from January 6th, 2021, from
 7    closed-circuit television video.
 8    Q.  And, approximately, how long is this montage?
 9    A.  12 minutes and 50 seconds.
10    Q.  Let me start playing the video.  As we play the video,
11    we'll ask you some questions.
12              (A video recording was played.)
13              MR. VALENTINI:  We can stop at 25 seconds into the
14    exhibit.
15    BY MR. VALENTINI:
16    Q.  Inspector Loyd, what is the time stamp at this point in the
17    exhibit?
18    A.  12:51 p.m.
19    Q.  And the run time of the video itself, for the record, is
20    24 seconds into the video?
21    A.  Yes.
22    Q.  Could you please orient the jury as to what they're seeing
23    in this frame.
24    A.  That's a view from Peace Circle on the west side of the
25    U.S. Capitol Building.
```

1          MR. VALENTINI:  If we could pull down this exhibit

2     for just one second and pull up Exhibit 501, which is already

3     in evidence.

4     BY MR. VALENTINI:

5     Q.  You referred a couple of times to an area called the

6     Peace Circle.  Could you please identify for the jury.

7     A.  Yes.  Drawing a circle at Peace Circle.  And the Peace

8     Monument is in the middle of that.

9     Q.  May I please ask you to erase the marking, if you recall

10    how to do it.

11          Thank you.

12          MR. VALENTINI:  And if we could go back to

13    Exhibit 114 and play it.  Yeah, we can start playing here until

14    about 30 seconds into the exhibit -- 36 seconds into the

15    exhibit.

16          (A video recording was played.)

17          MR. VALENTINI:  Can we actually continue playing the

18    exhibit at this point.

19          (A video recording was played.)

20          MR. VALENTINI:  You can stop the exhibit at this

21    time.

22          The run time, for the record, is 1 minute and 19 seconds

23    into the exhibit.

24    BY MR. VALENTINI:

25    Q.  Could you just, first, identify the time stamp at this

1    point.

2    A.  12:58 p.m.

3    Q.  And could you just orient the jury and explain what

4    happened in between the last time I asked you questions about

5    the Peace Circle and this point.

6    A.  Yes.  At Peace Circle, that was the first breach of our

7    outer perimeter that's at the bottom of the Pennsylvania Avenue

8    walkway.  Once the crowd breached that area, the entire

9    West Front of the Capitol perimeter collapsed and the crowd

10   made their way up to the base of the inauguration stage.  At

11   this frozen moment, this is the -- the lower west terrace where

12   the crowd is gathering.

13           MR. VALENTINI:  If we could now continue playing the

14   exhibit.

15           (A video recording was played.)

16           MR. VALENTINI:  If we could stop, pause the exhibit

17   at this point.  Actually, go about 3 or 4 seconds back.

18       I paused the exhibit at 1 minute and 49 seconds into the

19   exhibit.

20   BY MR. VALENTINI:

21   Q.  Inspector Loyd, could you please tell the jury what

22   portions of the Capitol complex you see at this point.

23   A.  Yeah.  This was a view of the east side of the building,

24   and you're looking at the east plaza.

25   Q.  And if you look at the bottom left corner at this point of

1   the exhibit, what is that area known as?

2   A.   The bottom left corner is the grassy area known as the

3   House egg.

4   Q.   How about the bottom right corner next to the writing that

5   says 1:59 p.m.?

6   A.   That would be the portion of the Senate egg.

7   Q.   And how -- how -- how is the area in between the House egg

8   and the Senate egg referred to?

9   A.   That would be the east plaza, also known as the east deck.

10  Q.   And could you mark the midpoint in between the House egg

11  and the Senate egg on the exhibit at this point.

12  A.   Yes.  That would be the middle between the two eggs.

13  Q.   And how far is that point that you just circled from the

14  House egg, approximately?

15  A.   To the center?

16  Q.   Yeah.  Yes, let's say to the center.

17  A.   From the center to the House egg is approximately 30 yards.

18  Q.   Let's -- if you can erase the markings.  Thank you.

19          MR. VALENTINI:  And if you could continue playing the

20  exhibit.

21          (A video recording was played.)

22          MR. VALENTINI:  We can pause the exhibit at this

23  point.

24  BY MR. VALENTINI:

25  Q.   Inspector Loyd, did you see some vehicles move in the

 1    background of the exhibit?

 2    A.  Yes.

 3    Q.  Where were they driving?  What area of the Capitol were

 4    they driving over?

 5    A.  That is the center portion of the east plaza.

 6    Q.  And based on your knowledge of the events of January 6th,

 7    could you explain what -- what -- what happened with those

 8    vehicles.

 9    A.  Yes.  That's the Vice President's motorcade evacuating the

10    east plaza.

11    Q.  What is the time at this point in the exhibit?

12    A.  1:59 p.m.

13            MR. VALENTINI:  Let's continue playing the exhibit

14    for 2 more seconds.

15            (A video recording was played.)

16            MR. VALENTINI:  We can stop it.

17    BY MR. VALENTINI:

18    Q.  What happened --

19            MR. VALENTINI:  For the record, I paused the

20    exhibit at run time 2 minutes and 15 seconds into the exhibit.

21    BY MR. VALENTINI:

22    Q.  Inspector Loyd, what did you see happen since the last time

23    we stopped this exhibit?

24    A.  The perimeter along the left plaza was breached by

25    protesters.

1    Q.  And how many -- how many members of that crowd breached

2    that perimeter at this point?

3    A.  At that point, a few dozen.

4    Q.  And how far is the point of that breach that you just saw

5    from the House egg?

6    A.  From the House egg, 30 or 40 yards.

7    Q.  And from -- that's to the -- more or less the -- the

8    closest point in the House egg?

9    A.  Yes.

10   Q.  How about the farthest point in the House egg?

11   A.  Farthest point on the House egg, at least a hundred yards.

12   Q.  Would it be no more than a hundred -- if you could give an

13   upper limit on how far you -- you estimate that to be.  No more

14   than a hundred -- 150 yards?

15   A.  Yes, no more.  Yeah.

16          MR. VALENTINI:  We can continue playing the exhibit.

17          (A video recording was played.)

18          MR. VALENTINI:  If we can stop at this point.

19       And, for the record, we have stopped playing the

20   exhibit 2 minutes and 28 seconds into the exhibit.

21   BY MR. VALENTINI:

22   Q.  Inspector Loyd, what is the time stamp at this point in the

23   exhibit?

24   A.  2:06 p.m.

25   Q.  And do you recall the last time you stopped the exhibit

1    what the time stamp was at that point?

2    A.  The last exhibit?

3    Q.  The last time we stopped this exhibit, the time of the

4    breach on the east side?

5    A.  1:59, I believe.

6    Q.  That's approximately 7 minutes?

7    A.  Yes.

8    Q.  Could you tell the jury what has happened -- what is --

9    what is -- what is reflected at this point in the exhibit.

10   A.  The protesters have made their way to the center Rotunda

11   steps.

12   Q.  And do you see along the staircase -- are any members of

13   that crowd on the stairs at this point?

14   A.  Yes.

15   Q.  Is there a point on the stairs past which there are no

16   protest- -- no members of that mob at that point?

17   A.  Yes.  At the very top, it's still open.

18   Q.  And do you see any officers of the Capitol Police?

19   A.  Yes.  At the very -- actually, in the middle and at the

20   very top.

21   Q.  And what are they doing at this point?

22   A.  They're -- they're retreating.

23   Q.  Based on your understanding of what happened on January 6th

24   where -- was -- were officers of the Capitol Police outnumbered

25   on the east side after the breach occurred?

```
 1                    MS. FISH:  Objection.  403.

 2                    THE COURT:  You can answer.

 3     A.  Yes, they were outnumbered.

 4     BY MR. VALENTINI:

 5     Q.  Did they have to retreat at multiple points?

 6     A.  Yes.

 7     Q.  Why is that?

 8     A.  The crowd was much larger than our resources.

 9                    MR. VALENTINI:  Okay.  Continue playing the exhibit

10     at this point.

11                    (A video recording was played.)

12                    MR. VALENTINI:  You can stop the exhibit.  Go back

13     25 seconds.

14     BY MR. VALENTINI:

15     Q.  How far is the -- do you see an upper terrace at the top of

16     the staircase?

17     A.  Yes.

18     Q.  And what is that referred to?

19     A.  That's the upper Rotunda terrace.

20     Q.  And if there's a line of sight, how far do you estimate

21     that -- the center, the midpoint, of that terrace to be from

22     the House egg?

23     A.  House egg -- from that viewpoint to the closest part of the

24     House egg, about 50 yards.

25     Q.  And how many people would you -- approximate, if you can --
```

1    do you see at this point in the exhibit at 2:06:24 p.m.?

2    A.  At least hundreds, possibly thousands.

3              MR. VALENTINI:  You can continue playing the exhibit.

4              (A video recording was played.)

5              MR. VALENTINI:  If you can pause the exhibit at this

6    point.

7         For the record, we stopped playing this exhibit at

8    3 minutes and 32 seconds into the exhibit.

9    BY MR. VALENTINI:

10   Q.  Did there come a time on January 6th when the

11   Capitol Building itself was breached?

12   A.  Yes.

13   Q.  Do you know where the first breach of the Capitol Building

14   happened?

15   A.  The Senate wing door area.

16   Q.  And looking at this frame at run time 3 minutes and

17   32 seconds into the exhibit, what area of the Capitol is

18   reflected in this frame?

19   A.  That's the inside of the Senate wing door area.

20   Q.  Is that where the first breach of the Capitol happened on

21   January 6th?

22   A.  Yes.

23              MR. VALENTINI:  You can continue playing the exhibit.

24              (A video recording was played.)

25              THE COURT:  So that Senate wing door is on what side

 1    of the building?

 2              THE WITNESS:  That's on the west side.

 3              (A video recording was played.)

 4              MR. VALENTINI:  Pause the exhibit at this point.

 5    BY MR. VALENTINI:

 6    Q.  Inspector Loyd, what --

 7              MR. VALENTINI:  I've paused the exhibit at about

 8    7 minutes and 26 seconds into the exhibit.

 9    BY MR. VALENTINI:

10    Q.  Could you tell the jury what you're seeing at this point in

11    the exhibit.

12    A.  That's a view from the top of the Capitol dome looking down

13    on the east plaza.

14    Q.  And could you please identify where the House egg is in

15    this exhibit.

16    A.  House egg is to the right.

17              MR. VALENTINI:  If we could erase the marking and

18    continue playing the exhibit.

19              (A video recording was played.)

20              MR. VALENTINI:  Pause the exhibit at this point.

21        I've paused the exhibit at about 8 minutes and

22    11 seconds into the exhibit.

23    BY MR. VALENTINI:

24    Q.  Could you please orient the jury and explain what area of

25    the Capitol they're seeing.

1    A.  That -- where you see the crowd that's pushing forward

2    against the police officers, they're pushing towards the

3    House -- main door of the House Chamber.

4    Q.  So is the House main door on the left-hand side of the

5    frame at this point?

6    A.  Yes.  It's to the left of the crowd in the middle of the

7    frame.

8    Q.  So the hallways that we see, is the House Chamber -- does

9    it occupy the area to the left of that hallway?

10   A.  Yes.

11          MR. VALENTINI:  You can continue playing the exhibit.

12          (A video recording was played.)

13          MR. VALENTINI:  Let me pause the exhibit at this

14   point.

15   BY MR. VALENTINI:

16   Q.  Inspector Loyd, we have paused the exhibit at 9 minutes and

17   20 seconds into the exhibit.

18          Could you tell the jury what area and -- explain to the

19   jury what area of the Capitol they're seeing.

20   A.  You're seeing -- the portion in red is the upper House main

21   door that leads into the House Chamber.

22          MR. VALENTINI:  If we can continue playing the

23   exhibit.

24          (A video recording was played.)

25          MR. VALENTINI:  Stop the exhibit at this point.

1    BY MR. VALENTINI:

2    Q.  On the -- on the right-hand side of the screen, do you see

3    a door, Inspector Loyd?

4    A.  Yes.

5    Q.  Could you explain to the jury where that door is located.

6    A.  That door is at the top of the House steps, which is on

7    the east side of the Capitol.  And you come up the House steps,

8    and once you come up to the top of the House steps, you enter

9    the upper House main door to eventually enter the House

10   Chamber.

11           MR. VALENTINI:  So if we could -- if we could pull up

12   Exhibit 500 for a second.

13   BY MR. VALENTINI:

14   Q.  Could you please circle the area that you just referred to

15   as the House stairs.

16   A.  Yes.  This is the House steps on the east side of the

17   building.  And if you walk up to the -- walk up to the top of

18   the steps, that gets you to the House upper main door.

19   Q.  So the area circled is a view from the outside of the door

20   that was reflected at run time 9:24 in the exhibit that we're

21   just watching?

22   A.  Yes.

23           MR. VALENTINI:  If we could go back to that exhibit

24   then and continue playing --

25   ///

 1    BY MR. VALENTINI:

 2    Q.  If you can erase the mark, please.

 3        Go back to the exhibit about -- actually, before we

 4    continue playing, where does that door on the right -- so could

 5    you compare for the jury the two images that you see, the

 6    picture -- the frame on the left and the frame on the right.

 7    A.  Yes.  The frame on the left is, actually, above the door

 8    looking inward towards the House Chamber.  The frame on the

 9    right is a camera view looking from the House Chamber out to

10    the outer door.

11    Q.  So were -- how far is the upper House door to the House

12    Chamber?

13    A.  Approximately 10 to 15 yards.

14            MR. VALENTINI:  We may continue playing the exhibit.

15            (A video recording was played.)

16            MR. VALENTINI:  You can stop.

17        We've paused the exhibit again at 9 minutes and

18    33 seconds into the exhibit.

19    BY MR. VALENTINI:

20    Q.  Do you have an understanding of how the -- was the House --

21    the upper House door ever breached on January 6th?

22    A.  Yes.

23    Q.  Did you have an understanding of how that happened?

24    A.  Yes.  The protesters -- all the doors in the building are

25    fire doors.  The protesters pushed on the bar to activate the

1    fire door.  And depending on what door it is, anything --

2    anywhere from 15 to 30 seconds after that bar is pressed, the

3    door will automatically open.

4    Q.  But those would be individuals from the inside of the

5    building?

6    A.  Yes.

7    Q.  And is that set of events you just described what is

8    captured here at this point about 9 minutes and 33 seconds into

9    Exhibit 114?

10   A.  Yes.

11         MR. VALENTINI:  You can -- may continue playing the

12   exhibit.

13         (A video recording was played.)

14         MR. VALENTINI:  We can now take down the exhibit.

15   Thank you.

16   BY MR. VALENTINI:

17   Q.  Inspector Loyd, I want to go back to your own experience on

18   January 6th.  What did you do after you learned that the

19   rioters were on the West Front of the Capitol?

20         MS. FISH:  And, Your Honor, objection.  403.

21         THE COURT:  You can answer.

22   A.  Why -- I initially heard the first breach go over the radio

23   at 12:53.  I went into Senator McConnell's office because his

24   office had a bird's-eye view of the breach.  I saw the breach

25   was very bad, and then I made my way down to the inauguration

1    stage where the protesters were heading to.

2    BY MR. VALENTINI:

3    Q.  And you mentioned the inauguration stage.  What is the

4    inauguration stage?

5    A.  The inauguration stage is built on the west side of the

6    U.S. Capitol every four years to host the inauguration of the

7    U.S. President.

8    Q.  So what did you do once you got to the inauguration stage?

9    A.  I got to the stage.  The crowd who had breached that

10   Peace Circle and the west -- and the rest of the West Front,

11   they made their way up to a temporary black fence that was on

12   the lower west terrace.  They stopped there momentarily, but

13   eventually they breached that black fence.  And after they

14   breached that black fence, I called for the lockdown of the

15   building and additional resources.

16   Q.  What time did you call for the lockdown of the building, if

17   you recall?

18   A.  A little bit after 1:00.

19   Q.  And did there come a time when you left the west side of

20   the building and you went back inside the Capitol?

21   A.  Yes.

22   Q.  Where did you go?

23   A.  Around 2:10 in the afternoon, Assistant Chief Thomas called

24   me and ordered me to go to the East Front of the Capitol

25   because the East Front had been breached.  And so I followed

1    the order.  But when I made my way into the building, that's

2    when the calls came out that the protesters had breached the

3    building and they were headed to the Senate Chamber.  So I

4    diverted to the Senate Chamber because that's where the

5    senators and the Vice President were located.

6    Q.  And did there also come a time afterwards where you went to

7    a different part of the Capitol?

8    A.  Yes.  I was over at the Senate Chamber for about 10 to

9    15 minutes, and I was relieved by Deputy Chief Waldow, who came

10   in there to assist.  When he got there, I told him I was happy

11   with the lockdown of the Senate Chamber.  And I asked for

12   permission to leave that area and go check on the House

13   Chamber, and he honored my wish.

14   Q.  And what did you find -- did you get to the House Chamber?

15   A.  Yes.  When I initially got there, it was relatively quiet

16   because the protesters were still concentrated on the north

17   side of the building.

18   Q.  And what time, approximately, did you get there?

19   A.  Approximately 2:25, 2:30.

20   Q.  Did that relative quiet cease at some point?

21   A.  Yes.  It was quiet for a few minutes, but, eventually,

22   the -- the protesters from the north side of the building, they

23   were joined by protesters who had breached the main Rotunda

24   door, and they made their way down to the House main door.  And

25   I was there with about four other officers.

1    Q.  And how far is the -- the House main door is not an

2    outside door?  It doesn't get out to the outside of the door;

3    right?

4    A.  No.  It's the main entrance from the inside of the building

5    to the House Chamber.

6    Q.  And what did you do at that point?

7    A.  We set up a temporary police line.  There was about four or

8    five of us.  They -- the crowd eventually breached that line,

9    rushed the House main door.  And when -- the House main door

10   held.  It was not breached.  And then the crowd went to the

11   east, down the hallway, around to the east side of the

12   Speaker's Lobby.  And when they did that, I went to the west

13   side of the Speaker's Lobby.

14   Q.  At approximately what time was it the rioters went from the

15   House main door to the Speaker's Lobby?

16   A.  Approximately 12:40.

17   Q.  And --

18   A.  I'm sorry.  2:40.  2:40.

19   Q.  I should have caught that.

20        And what did you -- what did you do next?

21   A.  When the crowd went to the east side, I went to the west

22   side and noticed that the crowd, once they got to the east

23   side, they were trying to physically break into the Senate --

24   the Speaker's Lobby, which is at the rear of the House Chamber.

25   And so I grabbed a couple officers, and we ran the evacuation

1    route, down the stairwells over to the House buildings.  And

2    when we had a clear route, I went back to the west side of the

3    Speaker's Lobby.

4         My officers had barricaded both sides of the Speaker's

5    Lobby with furniture because the main doors are made of just

6    glass.  So I ordered my officers to unbarricade the west side

7    of the Speaker's Lobby.  I walked in on the House Floor and

8    announced to the House of Representatives that we were leaving.

9    Q.  And approximately what time was that?

10   A.  Around 12 -- 2:45.  2:45 p.m.

11        MR. VALENTINI:  And if we could please pull up

12   Exhibit 508, which is already in evidence.  If we could zoom in

13   a little bit, please, on the left-hand side of the picture.

14   BY MR. VALENTINI:

15   Q.  Inspector Loyd, could you please -- you mentioned the House

16   main door.  Could you please identify the House main door on

17   that map.

18   A.  House main -- got to go to the second floor.  There you go.

19   House main door is right there.

20   Q.  And you also testified that the crowd went from the House

21   main door to the Speaker's Lobby?

22   A.  Yes.

23   Q.  On the east side?

24   A.  Yes.  They went from the House main door east, made a left

25   and went south to the rear of the Speaker's Lobby, east side.

1    Q.  And could you show to the jury what you did on the west

2    side, on the House side?

3    A.  Yes.  When the crowd went to the east, I went to the west

4    and viewed from here that they were attempting to break in on

5    the east side.  So I grabbed a couple officers, did an

6    evacuation route, found that -- a clear evacuation route.  And

7    then from the west side, I ordered my team to unbarricade the

8    doors, walked on the House Floor and announced that we were

9    leaving and began to evacuate the House.

10   Q.  And before you -- you also testified a little bit about the

11   upper House door.

12   A.  Yes.

13   Q.  And could you circle on that map where the House main

14   door -- where the upper House door is located.

15   A.  Upper House door is right there.

16   Q.  You may have already testified to this.  What time,

17   approximately, did the evacuation of the House begin?

18   A.  Around 2:40 p.m.

19   Q.  What did you do on January 6th after you completed --

20   what -- by what time was the evacuation of the House complete?

21   A.  Sometime after 3:00 p.m.

22   Q.  Okay.  And what did you do -- when you say 3:00 p.m., do

23   you mean the evacuation -- I'm referring to the evacuation of

24   the second floor of the House.

25   A.  I evacuated the second floor of the House.  Once that was

1    complete -- on this particular day, we also had members of

2    Congress on the third floor in the galleries, which is usually

3    reserved for the public.  But because of the COVID restrictions

4    and social distancing, we had members on the third floor in the

5    galleries also.

6          So after I evacuated the main floor and the second floor

7    of all the members, I had to repeat the process and evacuate

8    all the members from the third floor in the galleries.

9    Q.  And at what point, if you recall, was the process of

10   evacuating the main floor of the House complete?

11   A.  Approximately 2:45, 2:50.

12   Q.  And then -- and then you went up to the third floor?

13   A.  Yes, and repeated the process on the third floor.

14   Q.  And at what point was the process of the House gallery

15   complete?

16   A.  Sometime -- a little bit after 3:00, estimating.

17   Q.  Inspector Loyd, what did you do after the House was

18   evacuated?

19   A.  I received another call from Assistant Chief Thomas to go

20   handle the shooting.  It turned out Ashli Babbitt was shot by

21   one of my personnel at the -- when she tried to leap in the

22   east side of the Speaker's Lobby.  So I was ordered to go

23   handle that crime scene.

24   Q.  And how long were you in the general lobby -- Speaker's

25   Lobby area?

1    A.  Fifteen to 20 minutes.  I had to coordinate with

2    Metropolitan Police.  The Metropolitan Police handles all

3    homicides and sexual assaults on Capitol Grounds.  So they were

4    the primary jurisdiction.

5         Once they got on the scene, I turned over the scene to

6    them.  And they began to process it.

7    Q.  And -- and where did you go after you left that area, the

8    Speaker's Lobby area?  Where did you go next?

9    A.  After -- after the crime scene?

10   Q.  Yeah.

11   A.  I attempted to go back to the main fight on the east -- I'm

12   sorry -- on the West Front of the Capitol.  The lower

13   Independence Avenue door goes on to the stage, also known as

14   the tunnel.  I got within 30 yards on the inside of the

15   building and got completely overwhelmed with pepper spray.

16            MS. FISH:  Objection, Your Honor.  403.

17            THE COURT:  Let's -- let's move on from that area.

18   BY MR. VALENTINI:

19   Q.  Moving on completely from that area, did there come a

20   time -- well, you testified before that the House was

21   evacuated.  Is it your understanding that the proceedings in

22   the House had to be suspended because of that?

23   A.  Yes.

24   Q.  Okay.  Let me go back at some point to exhibit -- if we

25   could clear the markings on the screen, please.

```
1              MR. VALENTINI:  Your Honor, may we approach?

2              THE COURT:  Sure.

3              (Bench conference on the record.)

4              MR. VALENTINI:  I see it's 5:25 now, and I'm about to

5     enter a new area of examination, which I think will take us

6     through a fairly lengthy video exhibit.  So I just wanted to

7     suggest, if the Court -- I understand if the Court is inclined;

8     otherwise, this may be a good time to break for the day.

9              THE COURT:  Do you have an objection?

10             MS. FISH:  I will defer to the Court.

11             THE COURT:  Okay.  All right.  We'll break.

12             (Proceedings held in open court.)

13             THE COURT:  All right.  We're going to break for the

14    day because the next video is lengthy as well, and it doesn't

15    make sense to get it started.

16             Let me give you one short instruction now before --

17    since it applies to what you've already seen.  So the -- the

18    government referred to a stipulation of the parties, and the

19    inspector read parts of it.  And what that is, the parties have

20    stipulated -- that is, agreed -- to certain facts, and that's

21    what's detailed in that document, which you will get at the

22    end.  And you should consider any stipulation of fact to be

23    undisputed evidence.  So the parties are in agreement that

24    those facts are -- are accurate and that you can rely upon

25    them.
```

1          So with that said, we'll resume again at 10:00.  Please,

2    as I instructed you, don't discuss the case with anybody and

3    don't do any research and don't look for any media on the case.

4          Okay.  Thank you.  Have a good evening.

5               (Proceedings held out of the presence of the jury.)

6               THE COURT:  All right.  Inspector Loyd, you're

7    excused.  Please do not discuss your testimony with anybody

8    over the course of the evening, and we're going to start up

9    tomorrow at 10:00 a.m.

10              THE WITNESS:  Yes, Your Honor.

11              THE COURT:  You're excused.

12              (REPORTER'S NOTE:  Inspector Loyd left.)

13              THE COURT:  All right.  Mr. Valentini, give me a

14   preview of what we're going to hear tomorrow.

15              MR. VALENTINI:  We expect to complete the examination

16   of Inspector Loyd in the morning.  After that, we expect to

17   call U.S. Secret Service -- well, after cross-examination and

18   potential redirect, we plan to call U.S. Secret Service

19   agent -- Special Agent Liz Glavey.  After that, we expect to

20   call U.S. Capitol Police Jeffrey Abbott.  And after that, our

21   last witness will be FBI Task Force Officer Marty Trevino,

22   who's at counsel table.

23          I'm optimistic that we'll be able to get through all of

24   the witnesses tomorrow.  Of course, it depends on the number

25   of --

```
1              THE COURT:  Obviously.

2              MR. VALENTINI:  -- unknowns.

3              THE COURT:  Okay.  All right.  Anything else we need

4     to resolve tonight before we break?

5              MR. VALENTINI:  Your Honor, there's one video exhibit

6     at this point, 113.1 --

7              MS. FISH:  And 112.

8              MR. VALENTINI:  -- and 112, that remain objected to,

9     and that's why I did not move them --

10             THE COURT:  I appreciate that.  What did you say the

11    numbers are again?

12             MR. VALENTINI:  112 and 113.1.

13             MS. FISH:  Your Honor.  And if I may, briefly.

14        These two exhibits depict, essentially, the Rotunda

15    stairs and the area directly east of them at a time when it's

16    established Mr. Rhine is on the south edge of that southeast

17    lawn behind a raised stage, a bunch of people.  So we

18    previously talked about, you know, the government, you know,

19    essentially, has argued that they think he could see that.

20        I don't think there's any basis to believe he could see

21    that, and officer -- or excuse me.  Inspector Loyd today said

22    the far end of that southeast egg would be up to 150 meters

23    away.  So I do think that they're misleading and confusing

24    under Rule 403, and I would ask that they be excluded.

25             THE COURT:  Okay.
```

1          MR. VALENTINI:  Your Honor, none of this goes to the

2     admissibility of the evidence.  Whether Mr. Rhine could see a

3     particular area from his location at that time is something

4     that is fodder for cross-examination or the closing argument.

5     It's not something that should preclude the -- the jury from

6     seeing what surveillance video was capturing.

7          THE COURT:  And what -- he said it was no more than a

8     150 yards or something?

9          MR. VALENTINI:  Yes.

10          THE COURT:  Okay.  I mean, that's -- most people

11     watch a football game from further away than that.

12          MS. FISH:  Certainly, Your Honor.  But there are

13     clear obstructions, undisputed obstructions, between where he

14     is and that space.

15     Over objection, the government's already been allowed to

16     introduce the compilation video which establishes that a

17     perimeter was breached.  So I don't think it's adding to the

18     evidence on that fact.  It would only go to knowledge, and I

19     think it's misleading on knowledge.

20          THE COURT:  Okay.  I'll overrule the objection.

21     That's subject for cross- -- vigorous cross-examination, which

22     I will allow.

23          MS. FISH:  And I have one logistical question, Your

24     Honor, a scheduling question.  Does the Court prefer to

25     instruct the jury prior to or after closing, just -- my team

1    has to plan travel, and I'm trying to --

2              THE COURT:  Do the parties have a preference?  I

3    don't have a general preference.  I usually just follow the --

4    the judge's book, which --

5              MS. FISH:  Your Honor, logistically, just for our

6    team, who does have to arrange travel cross-country, if the

7    Court is willing to instruct after closing, that would at least

8    allow Ms. Cohn and Mr. Stortini to return prior to me, if -- if

9    they get split into multiple days.

10             THE COURT:  Hold on a second before you make -- so I

11   normally charge the jury after closing.

12             MR. VALENTINI:  Of course, this is well within the

13   Court's discretion.  One thing from my own experience, I find

14   that the jury is better able to understand the arguments when

15   they already have a frame of what to look for from the legal

16   instructions.

17        So I -- my practice is to request that the jury be

18   instructed before closing because they can make more of the

19   closing.  It's more informative.

20             THE COURT:  Okay.  I'll accommodate the defense on

21   that so -- which is my normal practice --

22             MS. FISH:  Thank you, Your Honor.

23             THE COURT:  -- what's in the *Bench Book*, which is the

24   closing comes first and then the charge to the jury.

25        So if you want to -- we'll have the charging conference

 1    before then, before closings so that if you want to incorporate

 2    parts of the charge in your closings, you'll be able to do

 3    that.

 4                MR. VALENTINI:  Thank you, Your Honor.

 5                MS. FISH:  Thank you, Your Honor.

 6                THE COURT:  Anything else we need to resolve tonight?

 7                MS. FISH:  No, Your Honor.

 8                MR. VALENTINI:  No, Your Honor.

 9                THE COURT:  All right.  Thank you.  You're excused.

10                (Proceedings were concluded at 5:32 p.m.)

1          CERTIFICATE OF STENOGRAPHIC OFFICIAL COURT REPORTER

2

3          I, Nancy J. Meyer, Registered Diplomate Reporter,

4   Certified Realtime Reporter, do hereby certify that the above

5   and foregoing constitutes a true and accurate transcript of my

6   stenograph notes and is a full, true, and complete transcript

7   of the proceedings to the best of my ability.

8

9                    Dated this 17th day of July, 2023.

10

11                    /s/ Nancy J. Meyer
                      Nancy J. Meyer
12                    Official Court Reporter
                      Registered Diplomate Reporter
13                    Certified Realtime Reporter
                      333 Constitution Avenue Northwest
14                    Washington, D.C. 20001

15

16

17

18

19

20

21

22

23

24

25

**0**

**0156** [1] - 3:21
**0436** [1] - 3:24
**0451** [1] - 3:11
**0710** [1] - 4:2
**0819** [1] - 4:6

**1**

**1** [5] - 7:11, 28:9,
36:16, 68:22, 69:18
**1-800** [1] - 4:22
**10** [5] - 28:9, 38:14,
79:13, 82:8
**100** [4] - 65:10, 65:20,
66:17, 66:22
**106** [1] - 36:21
**10:00** [3] - 55:6, 89:1,
89:9
**11** [1] - 76:22
**111** [2] - 66:18, 66:22
**112** [5] - 65:10, 65:20,
90:7, 90:8, 90:12
**113.1** [5] - 65:11,
65:20, 65:21, 90:6,
90:12
**113.2** [4] - 65:11,
65:21, 66:18, 66:22
**114** [7] - 65:11, 65:21,
66:18, 66:22, 66:25,
68:13, 80:9
**12** [3] - 6:19, 67:9,
84:10
**12:00** [1] - 56:14
**12:30** [1] - 56:15
**12:35** [1] - 58:3
**12:40** [2] - 58:3, 83:16
**12:51** [3] - 62:8, 62:13,
67:18
**12:53** [2] - 63:11,
80:23
**12:58** [1] - 69:2
**14** [1] - 6:18
**1448** [1] - 3:22
**15** [4] - 71:20, 79:13,
80:2, 82:9
**150** [3] - 72:14, 90:22,
91:8
**1512** [1] - 3:16
**1690** [1] - 3:18
**175,170** [1] - 36:19
**1854** [1] - 3:20
**19** [1] - 68:22
**1944** [1] - 4:1
**1:00** [2] - 56:16, 81:18
**1:15** [1] - 56:19
**1:59** [3] - 70:5, 71:12,
73:5

**2**

**2** [8] - 7:13, 22:19,
28:9, 55:24, 56:3,
71:14, 71:20, 72:20
**20** [6] - 28:2, 28:9,
29:2, 77:17, 87:1
**2005** [1] - 3:15
**2020** [12] - 18:2, 24:3,
25:20, 48:6, 48:8,
48:16, 48:23, 49:4,
49:11, 56:10, 56:12
**2021** [20] - 7:10, 8:7,
17:24, 18:16, 22:15,
23:10, 37:2, 39:20,
41:23, 47:25, 49:12,
50:1, 51:4, 53:11,
54:14, 56:5, 56:13,
57:12, 60:13, 67:6
**2029** [1] - 4:4
**2165** [1] - 4:5
**2179** [1] - 4:3
**228** [1] - 36:20
**24** [1] - 67:20
**25** [2] - 67:13, 74:13
**26** [1] - 76:8
**28** [1] - 72:20
**287** [1] - 27:16
**2:06** [1] - 72:24
**2:06:24** [1] - 75:1
**2:10** [1] - 81:23
**2:12** [1] - 56:22
**2:15** [1] - 57:2
**2:20** [1] - 20:11
**2:21** [1] - 28:16
**2:24** [1] - 21:2
**2:25** [1] - 82:19
**2:30** [1] - 82:19
**2:40** [3] - 83:18, 85:18
**2:41** [2] - 29:23, 30:8
**2:41:55** [1] - 21:6
**2:42** [1] - 21:16
**2:45** [3] - 84:10, 86:11
**2:50** [1] - 86:11

**3**

**3** [8] - 7:15, 20:19,
56:12, 64:11, 64:14,
69:17, 75:8, 75:16
**30** [7] - 21:8, 28:9,
68:14, 70:17, 72:6,
80:2, 87:14
**32** [2] - 75:8, 75:17
**33** [2] - 79:18, 80:8
**350** [2] - 27:17, 36:21
**36** [1] - 68:14
**3:00** [3] - 85:21, 85:22,
86:16
**3:44** [1] - 57:12

**3D** [2] - 41:20, 42:18

**4**

**4** [4] - 7:17, 46:8,
52:13, 69:17
**40** [1] - 72:6
**400** [1] - 34:11
**403** [11] - 42:2, 61:5,
61:7, 61:10, 61:18,
61:21, 62:24, 74:1,
80:20, 87:16, 90:24
**407** [5] - 59:9, 59:14,
59:19, 59:23, 60:2
**408** [6] - 59:25, 60:3,
60:5, 60:9, 60:15,
60:18
**49** [1] - 69:18

**5**

**5** [1] - 46:8
**50** [2] - 67:9, 74:24
**500** [10] - 27:16, 37:14,
39:8, 39:10, 39:11,
39:19, 39:23, 40:1,
40:20, 78:12
**501** [9] - 50:14, 50:15,
50:18, 50:22, 51:2,
51:7, 51:10, 51:14,
68:2
**505** [6] - 41:17, 41:19,
42:1, 42:4, 42:7,
43:5
**507** [7] - 42:19, 43:21,
43:23, 44:2, 44:7,
44:11, 44:14
**508** [6] - 44:16, 44:19,
44:25, 45:4, 45:7,
84:12
**509** [4] - 46:11, 46:13,
46:23, 47:1
**51** [1] - 61:24
**540** [1] - 36:18
**580,000** [1] - 36:22
**5:25** [1] - 88:4
**5:30** [1] - 38:15
**5:32** [1] - 93:10
**5th** [2] - 54:2

**6**

**6** [3] - 37:2, 56:5,
56:13
**600** [9] - 35:25, 36:3,
36:4, 36:6, 36:9,
36:10, 55:20, 64:10,
64:11
**6th** [49] - 7:9, 8:7,
17:24, 18:9, 18:16,
18:20, 21:3, 22:15,
23:10, 23:24, 24:2,
24:12, 24:23, 25:24,
39:20, 41:23, 47:25,
49:12, 50:1, 50:8,
51:1, 51:4, 51:15,
52:11, 53:11, 53:14,
53:15, 54:3, 54:14,
54:22, 55:17, 57:23,
57:25, 58:15, 59:1,
59:15, 60:13, 62:7,
65:2, 65:7, 65:17,
67:6, 71:6, 73:23,
75:10, 75:21, 79:21,
80:18, 85:19

**7**

**7** [4] - 31:4, 57:12,
73:6, 76:8
**750** [1] - 27:17
**751** [1] - 36:20
**7:30** [1] - 53:19

**8**

**8** [1] - 76:21
**8:06** [1] - 57:10

**9**

**9** [3] - 77:16, 79:17,
80:8
**9:02** [1] - 57:10
**9:24** [1] - 78:20
**9:30** [1] - 55:6

**A**

**a.m** [2] - 57:12, 89:9
**Abbott** [8] - 22:12,
31:11, 31:12, 31:17,
31:20, 31:21, 31:25,
89:20
**Abbott's** [1] - 32:5
**able** [10] - 6:9, 28:13,
29:23, 38:5, 49:23,
66:11, 67:5, 89:23,
92:14, 93:2
**above-entitled** [1] -
3:3
**absence** [2] - 56:25,
57:6
**accept** [2] - 11:6,
15:16
**access** [5] - 48:5,
48:18, 49:16, 49:17,
49:23
**accommodate** [1] -
92:20
**according** [1] - 15:21
**accurate** [7] - 39:19,

44:7, 44:25, 46:18,
64:21, 64:23, 88:24
**accurately** [5] - 41:22,
51:2, 65:6, 65:16
**acres** [1] - 36:19
**actions** [3] - 11:23,
22:15, 32:22
**activate** [1] - 79:25
**adding** [1] - 91:17
**addition** [1] - 13:12
**additional** [2] - 10:23,
81:15
**adjourned** [1] - 56:20
**administered** [2] -
4:11, 33:11
**administration** [1] -
18:19
**admire** [1] - 31:3
**admires** [3] - 29:3,
30:20, 32:25
**admissibility** [1] -
91:2
**admissible** [2] -
12:18, 12:22
**admission** [4] - 36:5,
60:15, 61:18, 66:17
**admit** [8] - 39:22,
41:25, 44:10, 45:3,
46:22, 51:6, 59:19,
65:19
**admitted** [26] - 12:5,
12:6, 12:11, 36:8,
36:9, 39:25, 40:1,
42:3, 42:4, 44:13,
44:14, 45:6, 45:7,
46:25, 47:1, 51:9,
51:10, 59:22, 59:23,
60:17, 60:18, 61:20,
61:21, 66:14, 66:21,
66:23
**advance** [1] - 59:2
**advice** [1] - 15:18
**aerial** [2] - 39:17,
39:18
**afternoon** [10] - 23:6,
27:5, 33:9, 33:14,
33:17, 33:18, 37:24,
38:13, 58:15, 81:23
**afterwards** [1] - 82:6
**age** [1] - 15:11
**agent** [5] - 54:20,
54:22, 54:23, 54:25,
89:19
**Agent** [4] - 55:1, 55:5,
55:10, 89:19
**agents** [1] - 54:22
**ago** [1] - 40:14
**agree** [1] - 29:17
**agreed** [1] - 88:20
**agreement** [1] - 88:23

**ahead** [5] - 19:9, 20:2, 40:2, 63:5, 63:16
**aid** [1] - 6:2
**air** [1] - 23:22
**alleged** [3] - 7:8, 8:7, 16:4
**allow** [2] - 91:22, 92:8
**allowed** [6] - 18:15, 29:10, 32:16, 49:6, 49:13, 91:15
**almost** [1] - 30:18
**alone** [4] - 11:9, 11:13, 12:8, 26:21
**alternate** [3] - 6:21, 6:22, 6:24
**America** [1] - 9:7
**angry** [1] - 18:21
**announced** [5] - 24:14, 24:24, 62:9, 84:8, 85:8
**answer** [6] - 12:25, 13:2, 13:3, 63:5, 74:2, 80:21
**answered** [1] - 13:1
**anticipated** [1] - 62:25
**apologies** [1] - 66:17
**apologize** [2] - 37:20, 38:19
**appear** [1] - 11:13
**appeared** [2] - 41:23, 46:19
**applies** [2] - 11:5, 88:17
**apply** [2] - 10:13, 11:6
**appreciate** [4] - 4:18, 5:2, 5:3, 90:10
**appreciated** [1] - 5:6
**approach** [4] - 37:15, 37:17, 57:15, 88:1
**approached** [1] - 24:12
**approaches** [1] - 28:23
**appropriation** [1] - 22:6
**appropriations** [1] - 19:18
**approved** [2] - 26:2, 27:8
**approximate** [1] - 74:25
**architecture** [1] - 29:3
**area** [51] - 14:13, 18:10, 18:14, 18:15, 18:22, 19:12, 20:15, 22:9, 23:14, 25:11, 27:11, 28:22, 30:11, 32:16, 35:16, 35:19, 35:21, 40:8, 40:14, 50:7, 50:10, 52:22,

53:3, 53:5, 62:14, 68:5, 69:8, 70:1, 70:2, 70:7, 71:3, 75:15, 75:17, 75:19, 76:24, 77:9, 77:18, 77:19, 78:14, 78:19, 82:12, 86:25, 87:7, 87:8, 87:17, 87:19, 88:5, 90:15, 91:3
**areas** [1] - 50:11
**argued** [1] - 90:19
**argument** [2] - 12:17, 91:4
**arguments** [4] - 10:17, 10:18, 10:22, 92:14
**armored** [1] - 26:5
**arrange** [1] - 92:6
**arrival** [3] - 55:4, 55:8, 58:7
**arrive** [2] - 57:24, 58:2
**arrived** [4] - 53:23, 54:10, 58:8, 58:11
**Ashli** [1] - 86:20
**assaults** [1] - 87:3
**asserted** [1] - 63:2
**assigned** [1] - 54:21
**assist** [1] - 82:10
**assistance** [1] - 38:6
**Assistant** [5] - 9:6, 62:21, 63:6, 81:23, 86:19
**attempt** [1] - 30:22
**attempted** [1] - 87:11
**attempting** [1] - 85:4
**attention** [3] - 7:2, 11:15, 17:7
**attorney** [2] - 9:5, 9:10
**Attorney** [1] - 9:6
**attorneys** [3] - 14:5, 14:12, 14:16
**audio** [3] - 20:8, 61:25, 62:3
**audio-visual** [3] - 20:8, 61:25, 62:3
**authentic** [1] - 64:24
**authenticity** [1] - 65:23
**authority** [1] - 22:18
**authorized** [1] - 27:8
**automatically** [1] - 80:3
**available** [1] - 11:17
**Avenue** [4] - 51:21, 51:23, 69:7, 87:13
**avoid** [2] - 14:8, 14:13
**aware** [1] - 52:6
**awful** [1] - 38:8
**awkward** [1] - 31:15

**B**

**Babbitt** [1] - 86:20
**baby** [1] - 30:6
**background** [1] - 71:1
**bad** [2] - 63:23, 80:25
**badge** [1] - 3:14
**badly** [1] - 30:24
**bags** [5] - 48:13, 48:14, 48:15, 48:22
**ballot** [2] - 55:18, 59:4
**ballots** [1] - 59:3
**bangs** [1] - 32:23
**bar** [2] - 79:25, 80:2
**barricade** [3] - 52:24, 53:3, 53:5
**barricaded** [1] - 84:4
**barricades** [2] - 18:13, 20:12
**base** [1] - 69:10
**based** [8] - 13:19, 15:20, 16:22, 35:4, 62:6, 65:4, 71:6, 73:23
**basement** [1] - 41:3
**basing** [1] - 16:20
**basis** [1] - 90:20
**became** [2] - 54:24, 57:5
**become** [2] - 56:24, 57:5
**began** [5] - 7:5, 56:13, 56:14, 85:9, 87:6
**begin** [5] - 5:8, 6:23, 10:23, 56:17, 85:17
**beginning** [5] - 4:15, 9:14, 25:5, 30:14, 61:23
**behaving** [1] - 30:24
**behind** [4] - 29:11, 30:18, 31:14, 90:17
**beliefs** [4] - 29:9, 29:15, 29:17, 29:18
**believability** [1] - 11:11
**believes** [1] - 12:18
**belongings** [2] - 31:16, 31:23
**belongs** [1] - 22:5
**below** [1] - 34:9
**bench** [3] - 37:15, 37:17, 57:15
**Bench** [4] - 37:19, 57:17, 88:3, 92:23
**better** [1] - 92:14
**between** [14] - 14:25, 25:6, 25:14, 28:19, 55:6, 55:21, 58:3, 58:25, 66:8, 69:4, 70:7, 70:10, 70:12, 91:13

**beyond** [6] - 8:3, 8:8, 8:14, 8:16, 8:20, 8:25
**big** [1] - 26:11
**bike** [13] - 18:13, 25:3, 25:6, 25:21, 25:24, 28:19, 51:18, 52:7, 52:8, 52:12, 52:15, 52:17, 53:25
**bird's** [2] - 63:21, 80:24
**bird's-eye** [2] - 63:21, 80:24
**bit** [12] - 4:19, 23:16, 25:7, 26:12, 27:23, 47:19, 55:25, 64:7, 81:18, 84:13, 85:10, 86:16
**black** [3] - 81:11, 81:13, 81:14
**blocked** [1] - 27:13
**blocks** [1] - 17:25
**blog** [1] - 13:15
**blogging** [1] - 15:14
**blue** [15] - 20:17, 21:10, 26:10, 26:11, 26:14, 26:16, 27:3, 27:4, 27:20, 28:17, 29:20, 29:24, 30:9, 32:18
**blueprint** [1] - 44:5
**blueprints** [2] - 44:22, 46:16
**body** [1] - 62:10
**Book** [1] - 92:23
**book** [2] - 26:13, 92:4
**borders** [1] - 51:16
**bottom** [7] - 40:19, 40:20, 43:16, 69:7, 69:25, 70:2, 70:4
**box** [2] - 3:9, 6:19
**breach** [15] - 63:12, 63:19, 63:22, 63:23, 63:25, 64:4, 69:6, 72:4, 73:4, 73:25, 75:13, 75:20, 80:22, 80:24
**breached** [17] - 18:21, 20:14, 21:9, 69:8, 71:24, 72:1, 75:11, 79:21, 81:9, 81:13, 81:14, 81:25, 82:2, 82:23, 83:8, 83:10, 91:17
**breaches** [1] - 26:25
**break** [13] - 23:14, 30:25, 32:15, 37:24, 37:25, 38:7, 38:13, 83:23, 85:4, 88:8, 88:11, 88:13, 90:4

**breaking** [1] - 23:20
**breaks** [1] - 32:23
**brief** [3] - 10:1, 10:8, 36:12
**briefly** [9] - 7:3, 10:25, 17:10, 37:17, 57:15, 59:10, 60:5, 66:5, 90:13
**bring** [7] - 7:23, 14:23, 26:5, 26:6, 26:7, 49:7
**broad** [1] - 37:1
**Building** [47] - 7:9, 7:16, 7:18, 18:12, 18:22, 20:7, 22:22, 23:13, 24:9, 25:10, 27:15, 35:2, 35:5, 35:11, 35:18, 35:23, 36:24, 37:4, 39:12, 39:20, 40:25, 41:20, 41:22, 42:6, 44:5, 44:8, 44:23, 45:1, 45:13, 46:17, 46:19, 47:4, 48:19, 48:25, 49:5, 49:8, 49:23, 49:25, 50:2, 50:8, 50:11, 53:22, 57:25, 67:25, 75:11, 75:13
**building** [59] - 7:12, 7:14, 19:15, 19:22, 21:8, 21:20, 22:14, 22:17, 22:20, 23:8, 23:9, 25:15, 27:1, 27:6, 27:14, 27:18, 27:25, 29:11, 30:3, 30:7, 30:19, 31:1, 31:4, 31:13, 31:18, 31:24, 32:7, 33:2, 33:3, 36:18, 36:20, 37:11, 40:12, 40:16, 40:18, 42:10, 43:8, 50:13, 52:25, 53:20, 55:14, 56:18, 64:20, 69:23, 76:1, 78:17, 79:24, 80:5, 81:15, 81:16, 81:20, 82:1, 82:3, 82:17, 82:22, 83:4, 87:15
**buildings** [7] - 22:24, 30:11, 34:22, 34:23, 35:3, 35:11, 84:1
**Buildings** [1] - 34:24
**built** [1] - 81:5
**bunch** [1] - 90:17
**burden** [2] - 8:14, 8:16
**Bureau** [2] - 34:18, 34:19
**business** [3] - 3:14, 49:2, 49:18
**busy** [1] - 5:2

# C

**C-SPAN** [2] - 60:24, 61:4
**camera** [4] - 29:6, 60:21, 61:3, 79:9
**cannot** [3] - 15:25, 16:18, 32:17
**Capitol** [147] - 7:9, 7:16, 7:18, 17:25, 18:10, 18:11, 18:12, 18:13, 18:21, 18:22, 19:12, 19:17, 19:19, 20:7, 20:10, 21:16, 22:8, 22:22, 22:24, 23:9, 23:13, 24:8, 24:9, 25:3, 25:5, 25:6, 25:10, 25:20, 25:24, 27:15, 31:10, 32:21, 33:23, 33:24, 34:4, 34:12, 34:15, 34:20, 34:25, 35:1, 35:2, 35:3, 35:5, 35:7, 35:9, 35:10, 35:11, 35:13, 35:14, 35:17, 35:18, 35:23, 36:18, 36:22, 36:23, 36:24, 37:4, 37:10, 39:12, 39:20, 40:13, 40:25, 41:20, 41:22, 42:6, 44:5, 44:8, 44:22, 45:1, 45:13, 45:22, 46:16, 46:19, 47:4, 47:20, 47:21, 47:22, 48:5, 48:10, 48:19, 48:25, 49:3, 49:5, 49:8, 49:13, 49:16, 49:23, 49:25, 50:2, 50:5, 50:8, 50:11, 52:5, 52:14, 52:18, 53:7, 53:12, 53:20, 53:21, 53:22, 54:21, 56:6, 56:9, 56:18, 57:25, 58:11, 60:25, 63:10, 63:13, 64:1, 64:2, 64:4, 64:8, 64:15, 64:17, 64:20, 65:1, 65:4, 65:5, 65:7, 65:14, 67:25, 69:9, 69:22, 71:3, 73:18, 73:24, 75:11, 75:13, 75:17, 75:20, 76:12, 76:25, 77:19, 78:7, 80:19, 81:6, 81:20, 81:24, 82:7, 87:3, 87:12, 89:20
**Capitol's** [1] - 20:12
**Captain** [1] - 37:9
**captains** [2] - 34:9
**captioned** [1] - 64:11
**capture** [2] - 42:7, 51:3
**captured** [2] - 44:1, 80:8
**captures** [1] - 64:19
**capturing** [1] - 91:6
**card** [1] - 3:14
**careful** [1] - 11:15
**carried** [1] - 20:16
**carry** [1] - 31:15
**carrying** [1] - 21:9
**cars** [2] - 27:24, 52:21
**case** [57] - 6:3, 7:1, 7:5, 7:7, 8:11, 9:15, 9:21, 10:10, 10:11, 10:15, 10:17, 10:19, 11:5, 11:8, 12:1, 12:2, 12:5, 13:6, 13:7, 13:8, 13:13, 13:15, 13:18, 13:23, 13:24, 13:25, 14:6, 14:7, 14:11, 14:15, 14:17, 14:21, 15:5, 15:6, 15:7, 15:9, 15:13, 15:19, 15:25, 16:2, 16:8, 16:25, 17:2, 17:4, 17:5, 17:11, 17:14, 17:15, 17:23, 18:24, 18:25, 19:16, 20:18, 89:2, 89:3
**cases** [1] - 16:24
**cast** [1] - 59:4
**caught** [1] - 83:19
**cease** [1] - 82:20
**Center** [2] - 36:22, 37:6
**center** [14] - 25:18, 30:4, 30:5, 32:1, 35:2, 35:18, 49:3, 70:15, 70:16, 70:17, 71:5, 73:10, 74:21
**certain** [4] - 24:3, 24:22, 59:3, 88:20
**certainly** [2] - 4:6, 91:12
**Certification** [1] - 56:4
**certification** [5] - 18:3, 24:14, 24:21, 55:18, 57:13
**certify** [5] - 18:1, 18:2, 21:13, 24:13, 56:10
**chains** [1] - 26:6
**chair** [1] - 38:21
**chamber** [3] - 21:17, 47:10, 56:23
**Chamber** [56] - 18:23, 19:13, 21:1, 21:12, 21:16, 30:22, 40:10, 40:21, 40:22, 40:23,
41:7, 41:9, 41:13, 42:11, 45:12, 45:17, 45:18, 45:19, 45:21, 45:25, 46:1, 46:4, 46:6, 46:7, 47:9, 47:14, 56:17, 57:1, 57:4, 57:7, 58:14, 58:20, 59:1, 60:20, 61:2, 61:15, 62:16, 77:3, 77:8, 77:21, 78:10, 79:8, 79:9, 79:12, 82:3, 82:4, 82:8, 82:11, 82:13, 82:14, 83:5, 83:24
**Chambers** [1] - 56:9
**chambers** [2] - 56:20, 59:7
**chance** [4] - 10:16, 16:9, 16:11, 26:15
**change** [2] - 25:24, 48:4
**changed** [1] - 21:6
**chaos** [1] - 32:11
**chapter** [1] - 18:18
**charge** [5] - 8:23, 34:20, 92:11, 92:24, 93:2
**charged** [7] - 7:7, 8:5, 8:6, 8:9, 8:22, 22:16, 32:8
**charges** [7] - 7:11, 7:13, 7:15, 7:17, 7:19, 22:25, 32:9
**charging** [2] - 7:22, 92:25
**Charles** [2] - 7:7, 9:9
**chat** [1] - 15:15
**cheating** [1] - 29:16
**check** [1] - 82:12
**chief** [2] - 9:21, 10:11
**Chief** [5] - 62:22, 63:7, 81:23, 82:9, 86:19
**choose** [2] - 9:15, 11:19
**circle** [5] - 43:7, 43:10, 68:7, 78:14, 85:13
**Circle** [8] - 63:12, 63:19, 67:24, 68:6, 68:7, 69:5, 69:6, 81:10
**circled** [2] - 70:13, 78:19
**circling** [4] - 45:9, 45:15, 47:6, 53:1
**Circuit** [1] - 64:15
**circuit** [2] - 64:18, 67:7
**citizens** [1] - 5:5
**civic** [1] - 5:1
**civilians** [1] - 28:3
**claim** [1] - 23:22
**claimed** [1] - 24:3
**claims** [2] - 10:21, 24:6
**clear** [9] - 32:3, 33:19, 43:13, 43:16, 63:25, 84:2, 85:6, 87:25, 91:13
**clearly** [1] - 7:20
**clerk** [2] - 14:22, 17:9
**Clock** [1] - 62:14
**close** [1] - 27:8
**Closed** [1] - 64:15
**closed** [2] - 64:18, 67:7
**closed-circuit** [2] - 64:18, 67:7
**closely** [2] - 35:5, 35:7
**closer** [2] - 32:21
**closest** [2] - 72:8, 74:23
**closing** [10] - 10:16, 10:18, 10:22, 91:4, 91:25, 92:7, 92:11, 92:18, 92:19, 92:24
**closings** [2] - 93:1, 93:2
**clothes** [1] - 28:3
**clothing** [1] - 26:7
**co** [2] - 15:2, 23:3
**co-counsel** [1] - 23:3
**co-workers** [1] - 15:2
**Cohn** [1] - 92:8
**collapsed** [1] - 69:9
**colleague** [3] - 34:20, 34:22, 34:23
**collected** [1] - 6:14
**COLLECTIVE** [1] - 4:12
**College** [4] - 18:2, 56:4, 56:10, 57:13
**columns** [1] - 30:2
**combine** [1] - 61:14
**coming** [2] - 4:18, 61:9
**comments** [1] - 11:21
**commitment** [1] - 4:25
**committed** [3] - 8:4, 23:2, 32:11
**committee** [2] - 19:18, 22:6
**communication** [2] - 13:16, 15:12
**communications** [1] - 15:11
**compare** [1] - 79:5
**compared** [1] - 48:5
**compilation** [2] - 66:12, 91:16
**complained** [1] - 24:2
**complete** [5] - 85:20, 86:1, 86:10, 86:15, 89:15
**completed** [2] - 57:12, 85:19
**completely** [2] - 87:15, 87:19
**complex** [5] - 35:13, 37:11, 53:21, 54:1, 69:22
**compliant** [1] - 31:12
**complying** [1] - 43:9
**computer** [2] - 15:10, 15:11
**computers** [1] - 15:13
**concentrated** [1] - 82:16
**concerning** [1] - 16:25
**concluded** [1] - 93:10
**conclusion** [1] - 7:25
**concrete** [2] - 36:25, 37:6
**conduct** [10] - 7:8, 7:14, 7:15, 8:7, 11:2, 15:24, 16:6, 22:20, 22:22, 32:14
**conducted** [1] - 11:2
**confer** [1] - 66:4
**conference** [5] - 37:19, 57:17, 66:7, 88:3, 92:25
**confusing** [1] - 90:23
**congratulations** [1] - 34:1
**Congress** [17] - 17:24, 18:4, 21:12, 23:13, 24:12, 24:13, 24:20, 24:24, 32:14, 34:13, 34:23, 49:19, 56:6, 59:2, 59:5, 59:16, 86:2
**Congress's** [1] - 57:11
**congressional** [2] - 22:5, 24:16
**Congressional** [3] - 59:17, 60:12, 61:15
**connected** [1] - 14:7
**consider** [6] - 10:14, 11:12, 12:4, 23:1, 37:24, 88:22
**considered** [1] - 16:17
**consist** [1] - 35:10
**Constitution** [1] - 51:21
**contact** [2] - 14:4, 14:9
**contain** [1] - 64:21
**contains** [1] - 40:9
**content** [1] - 59:13
**continue** [19] - 4:21,

28:15, 38:24, 59:8,
68:17, 69:13, 70:19,
71:13, 72:16, 74:9,
75:3, 75:23, 76:18,
77:11, 77:22, 78:24,
79:4, 79:14, 80:11
**continued** [1] - 57:11
**continues** [1] - 31:3
**contrary** [1] - 30:23
**convened** [2] - 17:24,
56:6
**conversation** [2] -
14:8, 14:9
**conversing** [1] - 28:8
**convinced** [1] - 8:3
**coordinate** [1] - 87:1
**coordinating** [1] -
26:23
**corner** [3] - 69:25,
70:2, 70:4
**correct** [3] - 16:11,
64:3, 64:6
**correspond** [1] -
37:10
**corridor** [1] - 14:11
**counsel** [5] - 23:3,
37:15, 57:15, 66:4,
89:22
**Count** [5] - 7:11, 7:13,
7:15, 7:17, 22:19
**count** [2] - 8:7, 56:10
**country** [1] - 92:6
**counts** [2] - 8:6, 23:4
**couple** [10] - 25:17,
35:11, 45:23, 46:1,
46:5, 47:16, 65:23,
68:5, 83:25, 85:5
**course** [6] - 11:4,
15:23, 38:10, 89:8,
89:24, 92:12
**COURT** [62] - 4:7,
4:14, 4:24, 19:3,
19:5, 19:9, 20:2,
33:6, 33:14, 36:8,
37:16, 37:18, 38:1,
38:7, 38:12, 38:18,
38:23, 39:25, 42:3,
42:20, 42:24, 43:3,
44:13, 45:6, 46:25,
51:9, 57:16, 57:20,
59:22, 60:17, 61:20,
63:5, 63:16, 65:25,
66:6, 66:12, 66:14,
66:21, 74:2, 75:25,
80:21, 87:17, 88:2,
88:9, 88:11, 88:13,
89:6, 89:11, 89:13,
90:1, 90:3, 90:10,
90:25, 91:7, 91:10,
91:20, 92:2, 92:10,

92:20, 92:23, 93:6,
93:9
**Court** [8] - 12:12,
37:24, 66:11, 88:7,
88:10, 91:24, 92:7
**court** [8] - 15:21,
16:16, 16:17, 16:18,
38:11, 57:21, 61:9,
88:12
**Court's** [2] - 62:24,
92:13
**courthouse** [2] -
14:10, 17:25
**courtroom** [9] - 5:15,
6:8, 6:13, 6:21,
13:19, 13:20, 14:7,
16:10, 17:6
**COURTROOM** [13] -
3:7, 4:9, 4:13, 4:21,
33:9, 33:13, 36:1,
39:5, 39:14, 40:4,
50:15, 60:2, 67:2
**coverage** [1] - 17:1
**covered** [2] - 30:1,
30:2
**covering** [1] - 36:19
**COVID** [4] - 21:23,
48:4, 49:24, 86:3
**COVID-19** [1] - 25:5
**cowbells** [2] - 21:10,
26:8
**credibility** [1] - 11:11
**credit** [2] - 16:15,
21:19
**crime** [4] - 7:22, 16:5,
86:23, 87:9
**crimes** [3] - 7:8, 32:8,
32:11
**criminal** [5] - 7:5, 7:6,
7:21, 8:11, 13:24
**cross** [8] - 9:25, 10:7,
19:11, 89:17, 91:4,
91:21, 92:6
**cross-country** [1] -
92:6
**cross-examination**
[3] - 9:25, 89:17, 91:4,
91:21
**cross-examine** [1] -
10:7
**crossed** [2] - 20:15,
25:22
**crowd** [16] - 63:8,
69:8, 69:9, 69:12,
72:1, 73:13, 74:8,
77:1, 77:6, 81:9,
83:8, 83:10, 83:21,
83:22, 84:20, 85:3
**crowded** [1] - 32:2
**crush** [1] - 30:15

**curve** [2] - 25:21,
25:23
**cut** [2] - 31:18, 31:23

## D

**D.C** [1] - 63:9
**daily** [1] - 40:24
**damage** [8] - 21:19,
23:7, 23:8, 23:12,
30:25, 31:1, 33:2,
33:3
**date** [2] - 24:12, 64:22
**David** [2] - 7:7, 9:9
**days** [1] - 92:9
**deal** [1] - 31:20
**debate** [3] - 24:17,
59:6, 59:7
**decide** [10] - 8:2,
11:13, 11:24, 13:18,
15:19, 15:20, 16:15,
17:4, 17:5, 17:14
**decided** [1] - 16:8
**decision** [2] - 13:7,
16:22
**decisions** [2] - 13:11,
16:21
**deck** [1] - 70:9
**declared** [2] - 56:25,
57:6
**decor** [1] - 30:20
**defendant** [17] - 7:6,
7:23, 8:11, 8:13,
8:16, 8:18, 9:4, 9:8,
9:9, 10:4, 18:24,
18:25, 19:10, 19:16,
20:6, 20:11, 20:16
**defendant's** [1] - 8:15
**defense** [12] - 9:4, 9:8,
9:12, 9:13, 9:24,
9:25, 10:2, 10:5,
10:6, 10:8, 10:9,
92:20
**defense's** [1] - 9:15
**defer** [1] - 88:10
**deliberate** [1] - 6:20
**deliberately** [2] -
31:22, 32:6
**deliberations** [9] -
5:13, 6:1, 6:7, 6:23,
10:14, 10:24, 11:18,
12:15, 13:3
**deliver** [1] - 6:13
**delivered** [1] - 13:17
**democracy** [1] - 18:4
**demonstrating** [2] -
7:18, 22:24
**depict** [3] - 64:22,
65:16, 90:14
**depicted** [4] - 41:18,

44:18, 46:12, 50:22
**depictions** [1] - 64:22
**Deputy** [1] - 82:9
**DEPUTY** [13] - 3:7,
4:9, 4:13, 4:21, 33:9,
33:13, 36:1, 39:5,
39:14, 40:4, 50:15,
60:2, 67:2
**descended** [1] - 18:21
**describe** [3] - 10:25,
51:2, 52:12
**described** [1] - 80:7
**description** [1] - 37:9
**destroyed** [1] - 6:14
**detail** [3] - 8:10, 58:9,
58:19
**detailed** [2] - 5:11,
88:21
**determine** [2] - 11:8,
11:9
**determined** [1] - 32:5
**detour** [1] - 64:7
**devices** [1] - 15:13
**different** [16] - 16:20,
16:21, 32:1, 34:14,
82:7
**differently** [1] - 12:14
**difficulty** [1] - 38:20
**DIRECT** [1] - 33:15
**direct** [3] - 9:23, 10:7,
38:24
**directing** [1] - 28:6
**direction** [1] - 31:22
**directly** [3] - 27:22,
35:17, 90:15
**discharged** [1] - 14:25
**disclose** [2] - 6:22,
15:17
**discretion** [1] - 92:13
**discuss** [8] - 13:6,
13:25, 14:24, 17:8,
17:10, 17:11, 89:2,
89:7
**discussed** [2] - 14:12,
24:1
**discussion** [1] - 14:14
**discussions** [1] -
14:14
**dismiss** [2] - 4:7, 66:3
**disorderly** [4] - 7:13,
7:15, 22:19, 22:21
**disregard** [2] - 12:2,
13:2
**disrupt** [2] - 23:13,
32:13
**disruptive** [3] - 7:13,
22:19, 22:22
**distancing** [2] - 21:23,
86:4
**distant** [1] - 28:1

**distracts** [1] - 5:23
**disturb** [2] - 23:13,
32:14
**diverted** [1] - 82:4
**division** [2] - 34:20,
34:21
**divisions** [2] - 34:14,
34:19
**document** [1] - 88:21
**dome** [1] - 76:12
**door** [58] - 20:24,
20:25, 21:3, 21:7,
21:11, 21:18, 21:19,
30:3, 30:12, 30:13,
30:14, 30:16, 30:17,
30:21, 30:22, 31:13,
48:24, 49:25, 58:13,
62:15, 75:15, 75:19,
75:25, 77:3, 77:4,
77:21, 78:3, 78:5,
78:6, 78:9, 78:18,
78:19, 79:4, 79:7,
79:10, 79:11, 79:21,
80:1, 80:3, 82:24,
83:1, 83:2, 83:9,
83:15, 84:16, 84:19,
84:21, 84:24, 85:11,
85:14, 85:15, 87:13
**doors** [4] - 79:24,
79:25, 84:5, 85:8
**doorway** [1] - 30:25
**doubt** [7] - 8:4, 8:8,
8:14, 8:16, 8:21, 9:1,
20:5
**down** [20] - 4:18, 21:3,
25:18, 30:5, 31:8,
32:3, 32:7, 39:4,
46:9, 55:23, 62:16,
63:23, 64:10, 68:1,
76:12, 80:14, 80:25,
82:24, 83:11, 84:1
**downstairs** [2] -
19:21, 22:13
**dozen** [2] - 35:11, 72:3
**draw** [1] - 7:24
**drawing** [1] - 68:7
**drawn** [2] - 19:20,
22:10
**driving** [2] - 71:3, 71:4
**due** [1] - 24:19
**during** [19] - 5:20, 6:1,
6:7, 6:8, 7:1, 11:17,
11:20, 12:11, 12:12,
12:15, 14:6, 15:23,
17:7, 23:17, 23:24,
24:15, 29:7, 49:24,
56:6
**duties** [1] - 54:13
**duty** [5] - 5:1, 8:22,
11:6, 14:25, 53:15

# E

**early** [2] - 27:4, 54:3
**east** [47] - 20:12,
20:19, 24:8, 24:9,
25:6, 25:10, 25:14,
25:19, 25:25, 26:3,
27:6, 27:25, 30:7,
35:19, 35:22, 36:23,
42:17, 42:18, 52:2,
52:3, 64:1, 64:4,
69:23, 69:24, 70:9,
71:5, 71:10, 73:4,
73:25, 76:13, 78:7,
78:16, 83:11, 83:21,
83:22, 84:23, 84:24,
84:25, 85:3, 85:5,
86:22, 87:11, 90:15
**East** [3] - 37:4, 81:24,
81:25
**edge** [3] - 27:5, 27:20,
90:16
**effect** [1] - 11:10
**efficient** [1] - 11:3
**egg** [25] - 25:13,
25:21, 25:23, 27:6,
27:21, 70:3, 70:6,
70:7, 70:8, 70:10,
70:11, 70:14, 70:17,
72:5, 72:6, 72:8,
72:10, 72:11, 74:22,
74:23, 74:24, 76:14,
76:16, 90:22
**eggs** [1] - 70:12
**either** [3] - 9:9, 30:6,
49:25
**elected** [1] - 56:7
**Election** [2] - 18:3,
56:11
**election** [5] - 21:13,
24:3, 24:6, 24:13,
24:22
**Electoral** [4] - 18:1,
56:4, 56:10, 57:13
**electronic** [2] - 15:11,
15:13
**electronically** [1] -
13:15
**element** [2] - 8:21,
8:25
**elements** [2] - 8:9
**elevator** [2] - 14:11,
25:22
**elevators** [1] - 25:18
**email** [1] - 15:16
**emailing** [1] - 15:14
**emphasize** [1] - 5:10
**encounter** [1] - 14:6
**encounters** [1] - 31:4
**end** [13] - 3:12, 5:12,

6:12, 6:22, 8:2, 8:10,
10:12, 10:22, 13:7,
57:20, 63:9, 88:22,
90:22
**endeavor** [1] - 52:14
**enforcement** [6] -
24:10, 24:11, 24:25,
25:2, 26:2, 31:5
**engaging** [2] - 22:19,
22:21
**enormous** [1] - 27:16
**ensure** [1] - 53:7
**enter** [9] - 19:12,
19:15, 22:3, 30:22,
48:10, 53:8, 78:8,
78:9, 88:5
**entered** [3] - 6:20,
18:22, 20:15
**entering** [2] - 7:11,
22:17, 28:7
**enters** [1] - 22:4
**entire** [2] - 17:15, 69:8
**entirely** [3] - 5:21,
11:18, 31:12
**entitled** [1] - 3:3
**entourage** [2] - 58:13,
62:15
**entrance** [2] - 49:3,
83:4
**entry** [1] - 22:4
**envelope** [1] - 3:13
**equipment** [3] - 27:10,
64:19, 64:21
**erase** [4] - 68:9, 70:18,
76:17, 79:2
**escort** [3] - 58:13,
58:19, 62:15
**escorted** [1] - 31:12
**Esene** [8] - 35:24,
39:3, 43:20, 44:15,
59:10, 59:24, 60:4,
61:22
**essentially** [2] - 90:14,
90:19
**established** [2] - 20:7,
90:16
**establishes** [1] -
91:16
**estimate** [2] - 72:13,
74:20
**estimating** [1] - 86:16
**evacuate** [2] - 85:9,
86:7
**evacuated** [9] - 22:12,
56:23, 57:1, 57:3,
57:7, 85:25, 86:6,
86:18, 87:21
**evacuating** [3] -
21:17, 71:9, 86:10
**evacuation** [7] -

83:25, 85:6, 85:17,
85:20, 85:23
**evening** [2] - 89:4,
89:8
**event** [1] - 63:9
**events** [5] - 64:22,
65:6, 65:16, 71:6,
80:7
**eventually** [4] - 78:9,
81:13, 82:21, 83:8
**evidence** [74] - 5:23,
6:3, 6:4, 6:6, 7:21,
7:24, 8:3, 8:19, 9:17,
9:18, 10:2, 10:3,
10:5, 10:12, 10:19,
10:20, 10:21, 11:10,
12:4, 12:5, 12:6,
12:8, 12:9, 12:10,
12:13, 12:15, 12:17,
12:21, 13:11, 15:20,
16:8, 16:16, 16:17,
16:22, 17:5, 19:25,
20:3, 20:4, 20:18,
23:3, 23:17, 26:15,
35:25, 36:6, 36:9,
39:15, 40:1, 42:1,
42:4, 43:6, 44:11,
44:14, 45:4, 45:7,
46:23, 47:1, 50:20,
51:7, 51:10, 51:13,
55:21, 59:20, 59:23,
60:18, 61:21, 65:20,
66:23, 68:3, 84:12,
88:23, 91:2, 91:18
**exactly** [2] - 20:9,
31:19
**examination** [11] -
9:23, 9:25, 10:1,
10:7, 10:8, 38:24,
88:5, 89:15, 89:17,
91:4, 91:21
**EXAMINATION** [1] -
33:15
**examine** [1] - 10:7
**example** [2] - 14:10,
15:25
**except** [1] - 18:20
**excerpt** [1] - 59:17
**excluded** [1] - 90:24
**exclusive** [1] - 12:3
**excuse** [1] - 90:21
**excused** [3] - 89:7,
89:11, 93:9
**Exhibit** [66] - 35:25,
36:4, 36:6, 36:9,
36:10, 39:10, 39:11,
39:19, 39:23, 40:1,
40:20, 41:17, 41:19,
42:1, 42:4, 42:7,
42:19, 43:5, 43:21,

43:23, 44:2, 44:7,
44:11, 44:14, 44:16,
44:19, 44:25, 45:4,
45:7, 46:11, 46:23,
47:1, 50:14, 50:18,
50:22, 51:2, 51:7,
51:10, 51:14, 55:20,
59:9, 59:14, 59:19,
59:23, 59:25, 60:5,
60:9, 60:15, 60:18,
61:5, 61:7, 61:10,
61:18, 61:21, 64:10,
64:11, 65:10, 65:20,
66:17, 66:22, 66:25,
68:2, 68:13, 78:12,
80:9, 84:12
**exhibit** [76] - 39:7,
44:24, 46:9, 47:17,
51:13, 55:24, 59:11,
61:18, 61:23, 61:24,
67:4, 67:14, 67:17,
68:1, 68:14, 68:15,
68:18, 68:20, 68:23,
69:14, 69:16, 69:18,
69:19, 70:1, 70:11,
70:20, 70:22, 71:1,
71:11, 71:13, 71:20,
71:23, 72:16, 72:20,
72:23, 72:25, 73:2,
73:3, 73:9, 74:9,
74:12, 75:1, 75:3,
75:5, 75:7, 75:8,
75:17, 75:23, 76:4,
76:7, 76:8, 76:11,
76:15, 76:18, 76:20,
76:21, 76:22, 77:11,
77:13, 77:16, 77:17,
77:23, 77:25, 78:20,
78:23, 79:3, 79:14,
79:17, 79:18, 80:12,
80:14, 87:24, 88:6,
90:5
**exhibits** [4] - 12:6,
12:9, 13:4, 90:14
**Exhibits** [1] - 65:20
**existed** [5] - 39:20,
47:24, 48:5, 48:6,
51:3
**existence** [2] - 12:7,
52:6
**exit** [1] - 31:13
**expect** [7] - 9:18,
58:16, 58:22, 58:25,
89:15, 89:16, 89:19
**expected** [6] - 4:19,
24:17, 25:1, 25:25,
26:4, 59:3
**experience** [2] -
80:17, 92:13
**explain** [12] - 5:9, 7:3,

9:3, 16:6, 16:12,
62:6, 63:3, 69:3,
71:7, 76:24, 77:18,
78:5
**explained** [1] - 8:10
**explanation** [1] - 63:3
**expressed** [1] - 11:25
**expresses** [2] - 29:8,
29:15
**extent** [1] - 11:14
**eye** [2] - 63:21, 80:24

# F

**face** [2] - 15:10
**face-to-face** [1] -
15:10
**Facebook** [1] - 13:17
**fact** [6] - 12:7, 20:5,
21:15, 28:7, 88:22,
91:18
**facts** [9] - 11:8, 11:9,
11:24, 12:1, 15:20,
16:1, 16:19, 88:20,
88:24
**failed** [1] - 8:25
**fails** [1] - 22:3
**fair** [5] - 11:2, 44:7,
44:25, 46:18, 64:21
**fairly** [2] - 65:6, 65:16,
88:6
**familiar** [8] - 25:9,
28:25, 35:5, 35:7,
35:19, 47:21, 47:24,
59:13
**family** [2] - 5:3, 15:2
**far** [8] - 70:13, 72:4,
72:13, 74:15, 74:20,
79:11, 83:1, 90:22
**farthest** [2] - 72:10,
72:11
**fashion** [1] - 30:17
**fast** [1] - 49:11
**fast-forward** [1] -
49:11
**FBI** [1] - 89:21
**feet** [12] - 20:24,
22:10, 27:9, 27:16,
27:17, 30:1, 36:19,
36:20, 36:21, 36:22,
52:13
**fellow** [2] - 13:10,
17:13
**fence** [3] - 81:11,
81:13, 81:14
**few** [6] - 10:23, 17:25,
27:9, 37:22, 72:3,
82:21
**fifteen** [1] - 57:4, 87:1
**fifth** [1] - 3:20

**fight** [1] - 87:11
**fighting** [1] - 23:19
**fights** [1] - 32:24
**file** [2] - 28:10, 30:18
**filed** [2] - 7:6, 8:1
**final** [4] - 6:23, 13:8, 17:15
**finally** [3] - 10:22, 14:16, 50:1
**finish** [1] - 62:1
**finished** [3] - 9:24, 10:1, 10:9
**fire** [2] - 79:25, 80:1
**First** [1] - 51:25
**first** [17] - 3:11, 3:12, 3:24, 9:11, 28:17, 33:7, 43:24, 44:5, 44:8, 52:11, 67:4, 68:25, 69:6, 75:13, 75:20, 80:22, 92:24
**FISH** [31] - 19:2, 19:4, 20:1, 23:6, 36:7, 39:24, 42:2, 44:12, 45:5, 46:24, 51:8, 59:21, 60:16, 61:19, 62:23, 63:14, 65:22, 66:9, 66:19, 74:1, 80:20, 87:16, 88:10, 90:7, 90:13, 91:12, 91:23, 92:5, 92:22, 93:5, 93:7
**Fish** [2] - 9:10, 66:8
**five** [4] - 29:22, 54:21, 54:22, 83:8
**five-person** [1] - 54:21
**flag** [16] - 20:17, 20:18, 21:10, 26:8, 26:9, 26:10, 26:14, 26:16, 27:3, 27:4, 27:20, 28:17, 29:20, 29:24, 30:9, 32:18
**flags** [1] - 28:3
**flapping** [1] - 27:20
**floor** [37] - 19:21, 21:22, 37:2, 41:5, 41:6, 41:7, 41:8, 41:10, 41:11, 41:14, 44:6, 44:8, 44:22, 45:1, 45:10, 45:13, 45:21, 46:16, 46:19, 47:4, 47:10, 47:11, 47:12, 47:13, 47:14, 84:18, 85:24, 85:25, 86:2, 86:4, 86:6, 86:8, 86:10, 86:12, 86:13
**Floor** [2] - 84:7, 85:8
**floors** [2] - 40:25, 41:2
**flow** [2] - 52:3, 52:21
**focus** [1] - 50:1

**fodder** [1] - 91:4
**follow** [6] - 7:4, 13:4, 20:18, 32:6, 32:18, 92:3
**followed** [3] - 24:5, 30:16, 81:25
**following** [2] - 14:18, 27:3
**follows** [1] - 31:22
**food** [1] - 49:7
**footage** [5] - 20:11, 29:7, 64:23, 65:1, 65:5
**football** [1] - 91:11
**Force** [1] - 89:21
**form** [1] - 29:5
**formal** [2] - 7:22, 59:3
**formally** [3] - 24:13, 24:14, 24:21
**former** [2] - 24:2, 24:6
**forth** [1] - 58:20
**fortunately** [3] - 21:1, 21:4, 21:18
**forward** [2] - 3:9, 49:11, 77:1
**foundation** [1] - 42:2
**foundational** [1] - 38:3
**fountain** [1] - 36:25
**four** [12] - 7:8, 8:6, 18:3, 22:16, 22:25, 29:22, 32:8, 34:19, 36:19, 81:6, 82:25, 83:7
**Four** [1] - 22:23
**fourth** [1] - 3:18
**frame** [11] - 67:4, 67:23, 75:16, 75:18, 77:5, 77:7, 79:6, 79:7, 79:8, 92:15
**Francesco** [2] - 9:6, 17:22
**fraudulent** [1] - 24:4
**free** [2] - 6:16, 31:23
**Friday** [1] - 4:22
**friends** [1] - 15:2
**front** [4] - 25:22, 27:22, 34:6, 36:17
**Front** [11] - 36:24, 37:3, 37:4, 42:8, 63:12, 69:9, 80:19, 81:10, 81:24, 81:25, 87:12
**frozen** [1] - 69:11
**full** [1] - 29:7
**fullest** [1] - 7:2
**function** [1] - 40:22
**furniture** [1] - 84:5

**G**

**G114** [1] - 66:10
**galleries** [5] - 41:15, 47:11, 86:2, 86:5, 86:8
**gallery** [11] - 21:22, 21:25, 22:2, 22:3, 22:11, 47:3, 47:6, 47:8, 47:9, 47:15, 86:14
**game** [1] - 91:11
**gaps** [1] - 52:21
**gas** [1] - 26:6
**gassed** [1] - 19:14
**gather** [1] - 54:4
**gathering** [2] - 44:20, 69:12
**gear** [1] - 26:7
**general** [2] - 86:24, 92:3
**generally** [1] - 24:11
**gentlemen** [1] - 17:22
**geographically** [2] - 51:19, 51:20
**given** [1] - 37:21
**glass** [1] - 84:6
**Glavey** [1] - 89:19
**Government** [14] - 36:9, 37:14, 39:8, 40:1, 42:4, 44:14, 45:7, 46:23, 47:1, 51:10, 59:23, 60:18, 61:21, 66:22
**government** [33] - 8:8, 8:15, 8:20, 8:24, 9:4, 9:5, 9:11, 9:21, 9:22, 9:24, 10:1, 10:2, 10:7, 10:9, 26:24, 28:25, 29:6, 30:21, 32:8, 33:8, 39:22, 41:25, 44:10, 45:3, 46:22, 51:6, 59:19, 60:14, 61:17, 65:19, 66:16, 88:18, 90:18
**government's** [3] - 9:14, 17:20, 91:15
**grabbed** [2] - 83:25, 85:5
**grassy** [3] - 25:11, 70:2
**greater** [1] - 5:1
**greatly** [3] - 4:18, 5:3, 5:6
**ground** [5] - 22:10, 25:17, 27:10, 31:8, 36:19
**grounds** [6] - 22:18, 22:20, 29:4, 30:10, 64:20, 65:23

**Grounds** [6] - 18:13, 22:22, 35:7, 35:9, 35:10, 87:3
**group** [1] - 26:22
**guess** [1] - 12:24
**guest** [2] - 49:1, 49:18
**guests** [1] - 52:25
**guilt** [2] - 7:24, 7:25
**guilty** [9] - 7:19, 8:14, 8:15, 8:16, 8:23, 9:1, 23:4, 23:15, 33:5
**guns** [2] - 22:10, 49:6

**H**

**hallway** [2] - 77:9, 83:11
**hallways** [1] - 77:8
**hand** [6] - 4:10, 8:24, 33:10, 77:4, 78:2, 84:13
**handcuffed** [1] - 19:20
**handcuffs** [1] - 22:13
**handle** [2] - 86:20, 86:23
**handles** [1] - 87:2
**hands** [2] - 31:14, 31:23
**happy** [4] - 62:25, 63:3, 65:23, 82:10
**harmless** [1] - 16:3
**hat** [1] - 26:7
**headed** [2] - 63:7, 82:3
**heading** [2] - 63:10, 81:1
**hear** [9] - 18:8, 19:10, 20:25, 23:3, 24:9, 24:25, 25:4, 31:10, 89:14
**heard** [10] - 3:2, 13:11, 19:1, 20:23, 32:5, 62:25, 63:11, 63:18, 65:24, 80:22
**hearing** [2] - 14:13, 24:18
**hearsay** [2] - 62:24, 63:2
**held** [11] - 3:5, 24:5, 24:8, 38:11, 38:16, 38:22, 57:21, 66:7, 83:10, 88:12, 89:5
**help** [4] - 9:17, 10:20, 40:7, 58:19
**helped** [1] - 58:13
**helps** [1] - 5:22
**hierarchy** [1] - 34:5
**high** [1] - 34:4
**hinted** [1] - 12:1
**history** [2] - 18:18,

29:14
**hold** [3] - 12:19, 42:20, 92:10
**home** [2] - 6:11, 13:22
**homicides** [1] - 87:3
**Honor** [27] - 17:18, 19:2, 19:4, 20:1, 36:4, 37:15, 57:14, 62:23, 63:14, 65:22, 66:9, 66:20, 80:20, 87:16, 88:1, 89:10, 90:5, 90:13, 91:1, 91:12, 91:24, 92:5, 92:22, 93:4, 93:5, 93:7, 93:8
**honored** [1] - 82:13
**hopes** [2] - 29:8, 29:13
**host** [1] - 21:25, 81:6
**hours** [2] - 24:18, 56:21
**house** [1] - 76:16
**House** [16] - 18:5, 18:23, 19:13, 19:16, 19:18, 20:13, 20:20, 20:24, 20:25, 21:1, 21:2, 21:3, 21:4, 21:12, 21:16, 21:22, 21:24, 21:25, 22:1, 22:2, 22:3, 22:5, 22:11, 30:21, 34:21, 35:12, 37:5, 40:15, 40:21, 40:22, 40:23, 41:9, 41:11, 41:13, 41:15, 42:9, 42:11, 43:8, 45:12, 45:17, 45:21, 45:25, 46:1, 46:6, 47:3, 47:6, 47:8, 47:9, 47:11, 47:14, 56:7, 56:9, 56:13, 56:16, 56:19, 57:3, 57:4, 57:6, 57:7, 57:9, 58:20, 59:1, 59:5, 59:6, 60:12, 61:2, 61:14, 62:10, 62:16, 70:3, 70:7, 70:10, 70:14, 70:17, 72:5, 72:6, 72:8, 72:10, 72:11, 74:22, 74:23, 74:24, 76:14, 77:3, 77:4, 77:8, 77:20, 77:21, 78:6, 78:7, 78:8, 78:9, 78:15, 78:16, 78:18, 79:8, 79:9, 79:11, 79:20, 79:21, 82:12, 82:14, 82:24, 83:1, 83:5, 83:9, 83:15, 83:24, 84:1, 84:7, 84:8, 84:15,

84:16, 84:18, 84:19, 84:20, 84:24, 85:2, 85:8, 85:9, 85:11, 85:13, 85:14, 85:15, 85:17, 85:20, 85:24, 85:25, 86:10, 86:14, 86:17, 87:20, 87:22
**houses** [1] - 40:23
**Houses** [1] - 56:15
**human** [1] - 14:3
**hundred** [4] - 30:1, 72:11, 72:12, 72:14
**hundreds** [2] - 32:2, 75:2

**I**

**identify** [9] - 42:9, 45:9, 45:15, 47:6, 53:1, 68:6, 68:25, 76:14, 84:16
**illegal** [1] - 29:18
**image** [8] - 41:18, 42:18, 44:1, 44:18, 44:24, 46:12, 50:22, 51:2
**images** [1] - 79:5
**immediately** [3] - 9:13, 14:13, 14:21
**important** [8] - 5:10, 6:25, 7:4, 17:13, 29:14, 30:11, 31:20, 38:5
**inadvertently** [1] - 17:7
**inaugural** [1] - 37:2
**inauguration** [10] - 39:21, 41:21, 63:24, 69:10, 80:25, 81:3, 81:4, 81:5, 81:6, 81:8
**inclined** [1] - 88:7
**include** [2] - 41:3, 50:10
**includes** [6] - 12:5, 12:9, 15:10, 16:2, 21:24, 36:25
**including** [10] - 6:15, 13:16, 15:1, 15:14, 15:16, 18:9, 18:12, 18:13, 20:3, 56:3
**incomplete** [1] - 16:13
**inconvenience** [1] - 38:20
**incorporate** [1] - 93:1
**Independence** [2] - 51:23, 87:13
**independent** [1] - 15:24
**indication** [1] - 11:23

**individuals** [1] - 80:4
**indulgence** [1] - 36:12
**inflammatory** [2] - 19:2, 19:4
**influenced** [1] - 6:6
**information** [13] - 7:6, 7:8, 7:20, 7:21, 7:24, 7:25, 15:2, 15:6, 15:15, 16:10, 16:12, 16:17, 16:21
**informative** [1] - 92:19
**inner** [1] - 30:4
**innocence** [3] - 8:12, 8:18, 10:4
**innocent** [1] - 8:12
**inside** [13] - 21:5, 21:7, 21:10, 22:1, 30:19, 47:10, 49:5, 64:19, 75:19, 80:4, 81:20, 83:4, 87:14
**Inspector** [40] - 33:8, 33:22, 36:14, 38:25, 39:2, 39:9, 39:10, 40:7, 41:18, 43:7, 43:23, 44:18, 45:9, 45:20, 46:12, 47:3, 47:19, 50:18, 56:2, 59:13, 60:7, 60:20, 64:13, 64:25, 67:5, 67:16, 69:21, 70:25, 71:22, 72:22, 76:6, 77:16, 78:3, 80:17, 84:15, 86:17, 89:6, 89:12, 89:16, 90:21
**inspector** [5] - 33:21, 34:3, 34:4, 47:20, 88:19
**installed** [2] - 52:7, 54:1, 54:2
**instead** [2] - 21:21, 30:13
**instruct** [8] - 10:12, 11:4, 11:22, 12:10, 15:22, 17:12, 91:25, 92:7
**instructed** [2] - 89:2, 92:18
**instruction** [2] - 57:19, 88:16
**instructions** [1] - 5:8, 5:12, 5:14, 6:23, 10:23, 13:8, 13:12, 14:18, 17:16, 32:5, 92:16
**integral** [1] - 4:16
**intend** [1] - 23:14
**intended** [6] - 5:14, 9:17, 10:20, 23:12, 24:15, 32:13
**intent** [2] - 32:22, 33:2

**interlock** [1] - 52:14
**interlocked** [1] - 52:16
**internet** [4] - 15:25, 16:3, 16:13, 16:25
**intervenes** [1] - 30:24
**interview** [2] - 20:22, 29:5
**introduce** [2] - 66:1, 91:16
**introduced** [1] - 9:19
**investigation** [2] - 15:24, 16:7
**invitations** [2] - 49:20, 49:22
**invited** [5] - 49:1, 49:15, 49:18, 52:25
**involve** [1] - 38:2
**involved** [3] - 14:17, 15:6, 16:1
**inward** [1] - 79:8
**issue** [1] - 17:14
**issues** [1] - 38:13
**items** [2] - 49:5, 49:8
**itself** [8] - 15:6, 35:2, 35:18, 36:18, 50:12, 53:15, 67:19, 75:11

**J**

**Jack** [1] - 20:17
**January** [55] - 7:9, 8:7, 17:24, 18:9, 18:16, 18:20, 21:3, 22:15, 23:10, 23:24, 24:2, 24:12, 24:23, 25:24, 37:2, 39:20, 41:23, 47:25, 49:12, 50:1, 50:8, 51:1, 51:4, 51:15, 52:11, 53:11, 53:14, 53:15, 54:2, 54:3, 54:14, 54:22, 55:17, 56:5, 56:13, 57:12, 57:23, 57:25, 58:15, 59:1, 59:15, 60:13, 62:7, 65:2, 65:7, 65:17, 67:6, 71:6, 73:23, 75:10, 75:21, 79:21, 80:18, 85:19
**Jeffrey** [2] - 31:10, 89:20
**Johnson** [2] - 17:19, 38:14
**joined** [3] - 18:24, 19:11, 82:23
**Joint** [2] - 18:5, 21:24
**joint** [6] - 56:5, 56:7, 56:17, 56:19, 57:8, 57:11
**jostles** [1] - 32:24

**judge** [1] - 11:1
**judge's** [1] - 92:4
**judges** [1] - 11:9
**jurisdiction** [1] - 87:4
**juror** [3] - 3:8, 3:14, 16:21
**Juror** [14] - 3:11, 3:15, 3:16, 3:18, 3:20, 3:21, 3:22, 3:24, 4:1, 4:2, 4:3, 4:4, 4:5, 4:6
**juror's** [1] - 6:7
**jurors** [12] - 5:16, 5:20, 6:5, 6:22, 6:25, 11:6, 11:7, 13:10, 14:23, 16:20, 17:8, 17:13
**jury** [48] - 3:5, 4:11, 6:1, 6:19, 11:1, 13:23, 14:6, 14:25, 15:3, 15:4, 15:9, 15:17, 15:18, 17:12, 17:22, 36:11, 37:23, 38:16, 38:22, 40:3, 40:7, 43:8, 43:10, 45:16, 47:7, 48:17, 57:18, 66:3, 67:5, 67:22, 68:6, 69:3, 69:21, 73:8, 76:10, 76:24, 77:18, 77:19, 78:5, 79:5, 85:1, 89:5, 91:5, 91:25, 92:11, 92:14, 92:17, 92:24
**JURY** [1] - 4:12

**K**

**keep** [2] - 17:14, 37:23
**Kelly** [1] - 9:7
**keyboard** [1] - 27:10
**kind** [3] - 13:23, 26:11, 48:9
**knives** [1] - 49:6
**knowingly** [4] - 22:17, 22:19, 22:21, 22:23
**knowledge** [4] - 65:5, 71:6, 91:18, 91:19
**known** [5] - 20:17, 70:1, 70:2, 70:9, 87:13

**L**

**L-o-y-d** [1] - 33:21
**ladies** [1] - 17:22
**laid** [1] - 18:22
**land** [1] - 35:10
**landscaping** [1] - 30:11
**large** [14] - 20:16, 21:10, 24:10, 25:1,

25:10, 25:11, 25:12, 26:1, 26:8, 26:9, 29:25, 30:2, 37:5, 63:8
**larger** [1] - 74:8
**last** [10] - 3:22, 4:6, 24:18, 25:1, 69:4, 71:22, 72:25, 73:2, 73:3, 89:21
**late** [1] - 54:2
**law** [20] - 7:4, 8:17, 10:3, 10:13, 11:4, 11:7, 11:22, 13:12, 16:1, 16:20, 17:9, 18:1, 23:14, 24:10, 24:11, 24:25, 25:2, 26:1, 31:5, 32:15
**lawful** [1] - 22:18
**lawn** [6] - 24:8, 25:7, 25:19, 26:3, 28:19, 90:17
**lawyer** [4] - 12:12, 12:18, 12:19, 12:24
**lawyer's** [3] - 12:7, 12:8, 12:20
**lawyers** [5] - 9:18, 10:18, 11:21, 12:16
**layout** [2] - 44:8, 44:25
**lead** [2] - 54:20, 54:22
**leader** [1] - 63:21
**leading** [1] - 24:1
**leads** [3] - 20:25, 22:13, 77:21
**leap** [1] - 86:21
**learned** [1] - 80:18
**least** [4] - 4:6, 72:11, 75:2, 92:7
**leave** [10] - 14:13, 19:21, 20:4, 21:20, 22:14, 28:6, 28:23, 29:21, 31:18, 82:12
**leaves** [3] - 31:20, 31:24, 31:25
**leaving** [3] - 63:9, 84:8, 85:9
**left** [16] - 31:21, 32:1, 42:14, 69:25, 70:2, 71:24, 77:4, 77:6, 77:9, 79:6, 79:7, 81:19, 84:13, 84:24, 87:7, 89:12
**left-hand** [2] - 77:4, 84:13
**legal** [7] - 5:9, 11:3, 15:21, 16:3, 16:8, 16:17, 92:15
**lengthy** [2] - 88:6, 88:14
**less** [4] - 21:8, 52:12, 66:1, 72:7

**level** [1] - 52:13
**Library** [1] - 34:23
**lies** [2] - 41:11, 41:13
**lieutenants** [2] - 34:8
**life** [3] - 5:3, 26:12
**likely** [1] - 25:9
**limit** [1] - 72:13
**line** [3] - 74:20, 83:7, 83:8
**lines** [2] - 10:10, 34:6
**list** [1] - 34:17
**listen** [2] - 17:2, 17:3
**listening** [1] - 5:23
**living** [1] - 33:22
**Liz** [1] - 89:19
**Lobby** [12] - 83:12, 83:13, 83:15, 83:24, 84:3, 84:5, 84:7, 84:21, 84:25, 86:22, 86:25, 87:8
**lobby** [1] - 86:24
**located** [5] - 36:23, 47:3, 78:5, 82:5, 85:14
**location** [5] - 14:11, 20:21, 35:13, 35:16, 91:3
**locations** [1] - 64:19
**lockdown** [3] - 81:14, 81:16, 82:11
**locked** [3] - 6:8, 21:3, 21:18
**logistical** [1] - 91:23
**logistically** [1] - 92:5
**look** [9] - 6:15, 16:3, 20:18, 26:15, 27:3, 30:10, 69:25, 89:3, 92:15
**looked** [1] - 32:20
**looking** [6] - 26:10, 69:24, 75:16, 76:12, 79:8, 79:9
**looks** [2] - 21:21, 28:7
**loud** [1] - 33:19
**lower** [3] - 69:11, 81:12, 87:12
**Loyd** [42] - 33:8, 33:21, 33:22, 36:14, 37:9, 38:25, 39:2, 39:9, 39:10, 40:7, 41:18, 43:7, 43:23, 44:18, 45:9, 45:20, 46:12, 47:3, 47:19, 50:18, 56:2, 59:13, 60:7, 60:20, 64:13, 64:25, 67:5, 67:16, 69:21, 70:25, 71:22, 72:22, 76:6, 77:16, 78:3, 80:17, 84:15, 86:17, 89:6, 89:12,

89:16, 90:21
**lying** [1] - 29:16

### M

**ma'am** [4] - 3:11, 3:16, 3:20, 3:23
**machine** [1] - 48:13
**magnetometer** [3] - 48:11, 48:20, 48:25
**main** [26] - 47:10, 49:2, 62:15, 77:3, 77:4, 77:20, 78:9, 78:18, 82:23, 82:24, 83:1, 83:4, 83:9, 83:15, 84:5, 84:16, 84:18, 84:19, 84:21, 84:24, 85:13, 86:6, 86:10, 87:11
**maintain** [1] - 64:18
**majority** [1] - 63:21
**mall** [1] - 63:9
**man** [1] - 29:11
**manner** [1] - 11:3
**map** [3] - 51:13, 84:17, 85:13
**maps** [1] - 38:4
**March** [7] - 48:6, 48:8, 48:16, 48:23, 49:4, 49:11
**marches** [1] - 21:8
**mark** [4] - 52:5, 52:18, 70:10, 79:2
**marked** [12] - 37:14, 39:7, 41:17, 42:19, 43:21, 44:16, 46:11, 50:14, 59:9, 61:5, 65:10
**marking** [2] - 68:9, 76:17
**markings** [3] - 43:13, 70:18, 87:25
**marshal** [1] - 14:22
**Marty** [1] - 89:21
**mask** [1] - 26:6
**matter** [5] - 3:3, 6:20, 26:20, 27:2, 63:2
**matters** [1] - 27:3
**McConnell's** [2] - 63:20, 80:23
**mean** [5] - 24:15, 54:6, 85:23, 91:10
**meander** [1] - 31:3
**meanders** [3] - 29:3, 30:19, 32:24
**means** [4] - 9:22, 13:8, 15:15, 15:25
**meant** [1] - 5:11
**media** [2] - 17:1, 89:3
**medium** [1] - 26:11

**meet** [4] - 54:14, 54:23, 55:3, 55:5
**meeting** [3] - 55:7, 56:8, 57:9
**meets** [1] - 18:5
**member** [8] - 18:14, 48:9, 49:7, 49:19, 49:21, 49:22, 59:5
**members** [22] - 15:2, 21:25, 22:1, 24:13, 24:20, 24:24, 48:17, 48:24, 49:12, 49:15, 52:25, 53:8, 54:7, 54:9, 56:7, 72:1, 73:12, 73:16, 86:1, 86:4, 86:7, 86:8
**memorable** [1] - 62:18
**memory** [5] - 6:3, 6:4, 6:6, 11:18, 12:14
**mention** [2] - 9:5, 9:8
**mentioned** [4] - 40:14, 41:5, 81:3, 84:15
**merely** [1] - 14:18
**messages** [2] - 15:16, 15:17
**met** [2] - 19:19, 56:15
**meters** [3] - 36:20, 36:21, 90:22
**Metropolitan** [1] - 87:2
**microphone** [1] - 29:6
**middle** [5] - 42:16, 68:8, 70:12, 73:19, 77:6
**midpoint** [2] - 70:10, 74:21
**Midway** [1] - 25:16
**might** [3] - 6:24, 24:21, 26:12
**Mike** [1] - 56:18
**mind** [1] - 17:14
**minute** [4] - 31:5, 56:23, 68:22, 69:18
**minutes** [29] - 19:13, 20:19, 28:2, 28:9, 29:2, 31:4, 37:22, 38:14, 45:23, 46:2, 46:5, 46:8, 47:16, 57:4, 67:9, 71:20, 72:20, 73:6, 75:8, 75:16, 76:8, 76:21, 77:16, 79:17, 80:8, 82:9, 82:21, 87:1
**misleading** [3] - 16:13, 90:23, 91:19
**mission** [1] - 34:12
**mistake** [2] - 19:23, 32:12
**misunderstanding** [1] - 32:12

**mob** [4] - 18:21, 18:24, 19:11, 73:16
**moment** [3] - 18:4, 29:14, 69:11
**momentarily** [1] - 81:12
**moments** [1] - 22:8
**monitor** [1] - 28:15
**Monitoring** [1] - 64:16
**monitoring** [2] - 28:5, 64:18
**montage** [3] - 61:13, 67:6, 67:8
**months** [2] - 24:5, 25:20
**Monument** [1] - 68:8
**Moran** [2] - 9:7, 23:3
**moreover** [1] - 16:19
**morning** [8] - 52:11, 53:19, 53:21, 53:24, 54:3, 54:9, 54:13, 89:16
**most** [3] - 7:2, 30:1, 91:10
**motions** [2] - 11:20, 28:23
**motorcade** [1] - 71:9
**move** [7] - 30:14, 36:5, 40:18, 66:17, 70:25, 87:17, 90:9
**moves** [10] - 39:22, 41:25, 44:10, 45:3, 46:22, 51:6, 59:19, 60:14, 61:17, 65:19
**moving** [2] - 30:15, 87:19
**multiple** [7] - 24:5, 24:13, 37:1, 40:25, 58:25, 74:5, 92:9
**must** [24] - 7:23, 8:8, 9:1, 11:12, 11:13, 11:14, 11:15, 12:18, 12:24, 13:2, 13:18, 14:4, 15:1, 15:5, 15:8, 15:12, 15:17, 15:20, 16:21, 17:3, 17:4, 17:5, 18:6

### N

**name** [2] - 17:22, 33:20
**Nancy** [1] - 57:2
**narrative** [1] - 59:15
**nation's** [1] - 18:18
**natural** [2] - 14:3, 52:3
**Navy** [1] - 20:17
**near** [1] - 7:9
**nearest** [1] - 21:11
**necessary** [2] - 58:21,

58:23
**need** [5] - 15:3, 38:12, 65:25, 90:3, 93:6
**needed** [1] - 4:22
**nefarious** [3] - 48:12, 48:14, 48:21
**networking** [1] - 13:16
**never** [6] - 8:17, 23:23, 26:25, 32:23, 32:24
**new** [1] - 88:5
**news** [1] - 63:18
**newspaper** [1] - 16:24
**next** [8] - 13:21, 18:19, 24:19, 58:12, 70:4, 83:20, 87:8, 88:14
**none** [1] - 91:1
**normal** [4] - 26:7, 48:2, 48:8, 92:21
**normally** [1] - 92:11
**north** [19] - 25:12, 25:13, 25:21, 27:1, 27:11, 27:14, 28:1, 28:17, 28:18, 36:20, 40:9, 49:25, 51:16, 51:20, 52:23, 53:5, 82:16, 82:22
**Northeast** [1] - 51:25
**Northwest** [1] - 52:1
**note** [2] - 5:17, 29:11
**NOTE** [3] - 3:2, 66:7, 89:12
**note-taking** [1] - 5:17
**notebook** [2] - 5:19, 6:17
**notebooks** [4] - 5:25, 6:8, 6:10, 6:13
**notes** [8] - 5:20, 5:21, 5:22, 6:2, 6:5, 6:7, 6:15, 11:19
**nothing** [4] - 13:25, 48:12, 48:14, 48:21
**notice** [1] - 59:2
**noticed** [3] - 5:18, 6:18, 53:25, 83:22
**November** [1] - 56:12
**number** [5] - 3:8, 4:22, 28:11, 36:2, 89:24
**numbers** [1] - 90:11
**numerous** [1] - 28:12

### O

**Oath** [2] - 4:11, 33:11
**obedient** [1] - 31:5
**object** [4] - 12:16, 12:21, 24:14, 24:24
**objected** [2] - 59:5, 90:8
**objecting** [1] - 12:18
**objection** [24] - 12:23,

19:2, 20:1, 36:7, 39:23, 39:24, 42:2, 44:12, 45:5, 46:24, 51:8, 56:21, 59:21, 60:16, 61:19, 62:23, 63:15, 66:10, 74:1, 80:20, 87:16, 88:9, 91:15, 91:20
**objectionable** [1] - 66:2
**objections** [9] - 11:20, 12:19, 24:16, 24:17, 24:19, 59:3, 65:22, 66:2, 66:19
**observations** [1] - 26:23
**observed** [1] - 63:22
**observing** [2] - 29:8, 29:9
**obstructions** [2] - 91:13
**obviously** [2] - 28:3, 90:1
**occupy** [1] - 77:9
**occurred** [1] - 73:25
**offense** [5] - 8:9, 8:21, 8:23, 8:25, 9:2
**offenses** [3] - 8:4, 22:16, 23:2
**offer** [1] - 10:9
**offered** [1] - 63:1
**offers** [1] - 12:17
**Office** [1] - 34:24
**office** [9] - 19:17, 22:5, 34:21, 63:20, 63:21, 63:22, 80:23, 80:24
**officer** [7] - 22:12, 31:6, 31:7, 31:8, 56:24, 57:5, 90:21
**Officer** [9] - 22:12, 31:10, 31:12, 31:17, 31:20, 31:21, 31:25, 32:5, 89:21
**officers** [17] - 22:9, 23:20, 28:4, 28:12, 28:22, 29:21, 34:6, 34:10, 53:10, 73:18, 73:24, 77:2, 82:25, 83:25, 84:4, 84:6, 85:5
**official** [2] - 49:2, 49:18
**officially** [1] - 59:4
**Ohio** [1] - 62:14
**once** [9] - 10:12, 21:10, 30:19, 69:8, 78:8, 81:8, 83:22, 85:25, 87:5
**one** [25] - 6:14, 17:23,

18:5, 18:19, 25:1, 25:12, 25:17, 27:8, 28:22, 28:23, 29:22, 30:23, 31:17, 49:20, 49:21, 53:4, 56:23, 66:11, 68:2, 86:21, 88:16, 90:5, 91:23, 92:13
**ongoing** [1] - 17:1
**open** [9] - 17:14, 30:12, 36:25, 38:11, 50:2, 57:21, 73:17, 80:3, 88:12
**opened** [2] - 21:7, 30:13
**opening** [12] - 9:12, 9:13, 9:14, 9:15, 9:16, 9:20, 10:19, 17:17, 52:23, 53:4, 53:6, 53:10
**openings** [3] - 52:23, 53:1, 53:9
**operate** [2] - 10:10, 64:17
**operates** [1] - 60:23
**operations** [1] - 53:13
**opinion** [1] - 11:23, 12:1
**opportunity** [4] - 9:12, 21:7, 60:9, 61:10
**opposite** [1] - 27:17
**optimistic** [1] - 89:23
**order** [3] - 7:22, 22:9, 82:1
**ordered** [5] - 19:21, 81:24, 84:6, 85:7, 86:22
**orderly** [3] - 11:2, 30:17, 32:14
**orders** [1] - 22:13
**organizationally** [1] - 34:14
**organized** [1] - 24:23
**orient** [4] - 40:7, 67:22, 69:3, 76:24
**original** [2] - 58:18, 63:22
**otherwise** [1] - 88:8
**outer** [8] - 29:24, 30:9, 50:13, 50:25, 51:15, 54:5, 69:7, 79:10
**outline** [3] - 50:25, 51:15
**outnumbered** [2] - 73:24, 74:3
**outside** [11] - 13:20, 14:7, 16:10, 20:6, 50:13, 54:10, 62:14, 64:19, 78:19, 83:2
**ovals** [1] - 25:12

**overall** [1] - 34:12
**overhear** [1] - 14:14
**overhearing** [1] - 14:8
**overnight** [3] - 6:9, 6:11, 54:1
**overrule** [1] - 91:20
**overruled** [2] - 63:16, 66:15
**overstated** [1] - 19:5
**overwhelmed** [1] - 87:15
**overwhelming** [1] - 19:25
**own** [14] - 6:4, 6:6, 12:14, 16:7, 16:19, 23:11, 26:23, 31:15, 32:25, 57:23, 60:21, 61:2, 80:17, 92:13

## P

**p.m** [27] - 20:11, 21:2, 21:6, 28:16, 29:23, 30:8, 56:14, 56:15, 56:16, 56:19, 56:22, 57:2, 57:10, 62:8, 62:13, 67:18, 69:2, 70:5, 71:12, 72:24, 75:1, 84:10, 85:18, 85:21, 85:22, 93:10
**pad** [1] - 3:13
**pages** [1] - 6:14
**pandemic** [2] - 25:5, 48:4
**panel** [2] - 4:9, 4:11
**paraded** [1] - 19:16
**parades** [2] - 21:9, 22:4
**parading** [2] - 7:17, 22:23
**parkway** [1] - 37:7
**part** [10] - 4:16, 14:1, 29:24, 34:18, 40:15, 54:13, 55:18, 74:23, 82:7
**participate** [1] - 19:6
**participated** [2] - 18:25
**participating** [2] - 4:18, 5:4
**participation** [2] - 4:17, 5:5
**particular** [8] - 8:21, 8:25, 50:4, 54:16, 56:21, 65:9, 86:1, 91:3
**parties** [10] - 14:5, 14:12, 16:7, 16:11, 36:5, 55:22, 88:18, 88:19, 88:23, 92:2

**parts** [3] - 27:25, 88:19, 93:2
**party** [1] - 12:20
**passes** [1] - 28:21
**past** [1] - 73:15
**pathway** [7] - 25:14, 25:16, 25:22, 27:2, 27:12, 32:3, 32:7
**patio** [11] - 25:6, 25:10, 25:15, 27:23, 27:24, 28:4, 28:5, 28:10, 28:20, 30:5
**patrol** [1] - 28:15
**Paul** [6] - 54:17, 54:18, 54:19, 55:1, 55:5, 55:10
**pause** [2] - 62:4, 69:16, 70:22, 75:5, 76:4, 76:20, 77:13
**paused** [6] - 69:18, 71:19, 76:7, 76:21, 77:16, 79:17
**paved** [8] - 25:10, 25:14, 25:16, 25:22, 27:2, 27:12, 27:24, 35:22
**pay** [1] - 11:15
**Peace** [9] - 63:12, 63:19, 67:24, 68:6, 68:7, 69:5, 69:6, 81:10
**peaceful** [9] - 18:18, 18:20, 24:11, 25:2, 26:1, 26:4, 29:9, 29:14, 32:20
**Pelosi** [1] - 57:2
**Pence** [2] - 56:18, 56:22
**Pence's** [1] - 56:25
**pencil** [2] - 3:13, 5:19
**Pennsylvania** [1] - 69:7
**people** [28] - 5:22, 14:4, 15:6, 15:8, 16:1, 21:17, 23:19, 23:20, 23:21, 26:2, 27:11, 28:2, 28:6, 28:7, 28:10, 28:14, 30:13, 30:23, 31:18, 32:3, 32:10, 32:20, 54:4, 54:6, 63:7, 74:25, 90:17, 91:10
**pepper** [3] - 29:12, 49:6, 87:15
**pepper-sprayed** [1] - 29:12
**perimeter** [19] - 20:14, 50:13, 50:25, 51:3, 51:15, 51:16, 52:5, 52:6, 52:9, 52:18,

52:20, 54:5, 54:11, 69:7, 69:9, 71:24, 72:2, 91:17
**permission** [1] - 82:12
**permit** [2] - 5:20, 52:21
**permits** [1] - 26:2
**permitted** [5] - 5:25, 6:11, 13:6, 15:23, 32:20
**persistently** [2] - 31:22, 32:6
**person** [6] - 7:22, 26:22, 27:17, 48:12, 48:21, 54:21
**personnel** [1] - 86:21
**phone** [3] - 62:21, 63:6, 63:11
**photo** [1] - 16:4
**photograph** [2] - 39:17, 39:18
**photographic** [1] - 20:4
**photos** [2] - 26:14, 26:17
**physically** [1] - 83:23
**picked** [1] - 15:4
**picketing** [2] - 7:18, 22:24
**picks** [1] - 31:23
**picture** [10] - 39:12, 39:13, 39:17, 40:8, 40:15, 40:19, 41:20, 42:12, 79:6, 84:13
**pictures** [1] - 38:4
**place** [14] - 18:10, 18:16, 20:13, 21:12, 22:1, 23:7, 27:22, 30:25, 33:4, 49:9, 50:4, 50:7, 56:11
**places** [1] - 27:2
**plain** [1] - 16:14
**plan** [6] - 24:14, 37:21, 45:10, 58:18, 89:18, 92:1
**plans** [1] - 24:24
**play** [3] - 29:6, 67:10, 68:13
**played** [20] - 20:8, 22:7, 61:25, 62:3, 67:12, 68:16, 68:19, 69:15, 70:21, 71:15, 72:17, 74:11, 75:4, 75:24, 76:3, 76:19, 77:12, 77:24, 79:15, 80:13
**playing** [19] - 67:10, 68:13, 68:17, 69:13, 70:19, 71:13, 72:16, 72:19, 74:9, 75:3,

75:7, 75:23, 76:18, 77:11, 77:22, 78:24, 79:4, 79:14, 80:11
**plaza** [12] - 20:16, 35:19, 35:22, 42:17, 42:18, 52:4, 69:24, 70:9, 71:5, 71:10, 71:24, 76:13
**pleaded** [1] - 7:19
**point** [54] - 3:10, 21:4, 22:2, 22:4, 35:24, 36:21, 37:13, 38:8, 54:6, 55:20, 57:19, 57:24, 64:5, 67:16, 68:18, 69:1, 69:5, 69:17, 69:22, 69:25, 70:11, 70:13, 70:23, 71:11, 72:2, 72:3, 72:4, 72:8, 72:10, 72:11, 72:18, 72:22, 73:1, 73:9, 73:13, 73:15, 73:16, 73:21, 74:10, 75:1, 75:6, 76:4, 76:10, 76:20, 77:5, 77:14, 77:25, 80:8, 82:20, 83:6, 86:9, 86:14, 87:24, 90:6
**points** [2] - 52:20, 74:5
**police** [10] - 23:19, 28:4, 28:12, 28:22, 29:10, 29:21, 34:10, 53:10, 77:2, 83:7
**Police** [33] - 18:10, 19:19, 20:10, 21:16, 22:8, 25:3, 25:5, 25:20, 25:24, 31:10, 33:23, 33:24, 34:4, 34:12, 34:15, 47:21, 47:22, 52:5, 52:14, 52:18, 53:7, 53:12, 60:25, 64:8, 64:15, 64:17, 65:1, 65:14, 73:18, 73:24, 87:2, 89:20
**political** [4] - 29:9, 29:15, 29:17, 29:19
**portico** [4] - 20:19, 20:22, 21:2, 28:25
**porticos** [1] - 37:5
**portion** [7] - 18:12, 30:3, 40:17, 64:11, 70:6, 71:5, 77:20
**portions** [1] - 69:22
**position** [1] - 31:15
**possible** [1] - 42:22
**possibly** [2] - 24:18, 75:2
**posting** [2] - 13:15,

15:14
**potential** [1] - 89:18
**power** [1] - 18:18
**practice** [2] - 92:17, 92:21
**preclude** [1] - 91:5
**prefer** [1] - 91:24
**preference** [2] - 92:2, 92:3
**preliminary** [2] - 5:8, 5:14
**preparation** [1] - 64:25
**preparations** [2] - 18:8, 18:9
**prepare** [1] - 55:8
**presence** [6] - 3:5, 17:13, 38:16, 38:22, 65:4, 89:5
**present** [3] - 10:3, 10:16, 32:10
**presented** [6] - 8:3, 15:21, 16:16, 16:18, 17:6
**presents** [1] - 10:2
**preside** [1] - 18:7
**President** [16] - 18:6, 24:2, 24:6, 55:4, 55:8, 55:11, 55:13, 56:18, 56:22, 56:25, 57:24, 58:8, 58:11, 58:16, 81:7, 82:5
**President's** [2] - 55:16, 71:9
**Presidential** [2] - 18:2, 56:11
**presidential** [2] - 55:18, 59:3
**presiding** [4] - 56:18, 56:24, 57:3, 57:5
**pressed** [1] - 80:2
**presumed** [1] - 8:11
**presumption** [1] - 8:12
**preview** [1] - 89:14
**previous** [3] - 24:10, 62:24, 66:10
**previously** [2] - 25:20, 90:18
**primarily** [1] - 25:12
**primary** [2] - 52:23, 87:4
**principles** [1] - 15:21
**private** [1] - 19:17
**procedures** [5] - 7:3, 47:20, 47:22, 47:24, 48:5
**proceed** [1] - 9:3
**proceeding** [2] - 18:7, 50:4

**proceedings** [5] - 3:2, 24:16, 41:16, 62:7, 87:21
**Proceedings** [8] - 3:5, 38:11, 38:16, 38:22, 57:21, 88:12, 89:5, 93:10
**process** [11] - 4:16, 4:19, 5:4, 55:19, 59:6, 62:11, 86:7, 86:9, 86:13, 86:14, 87:6
**processed** [2] - 48:17, 48:18
**produce** [2] - 8:18, 10:5
**prohibited** [1] - 49:5
**promptly** [1] - 66:11
**proof** [1] - 8:17
**properly** [2] - 12:4, 12:18
**property** [1] - 23:22
**prosecutor** [1] - 24:1
**prosecutors** [1] - 17:23
**protect** [1] - 34:13
**protected** [1] - 58:8
**protection** [1] - 55:11
**protective** [1] - 58:19
**protest** [4] - 29:10, 29:13, 32:20, 73:16
**protesters** [13] - 28:2, 28:8, 28:11, 29:10, 71:25, 73:10, 79:24, 79:25, 81:1, 82:2, 82:16, 82:22, 82:23
**protests** [1] - 27:9
**protocols** [1] - 47:22
**prove** [10] - 8:8, 8:15, 8:18, 8:25, 10:4, 32:9, 32:10, 32:11
**proven** [2] - 8:13, 8:20
**provide** [2] - 15:1, 63:3
**providing** [1] - 55:10
**public** [17] - 5:1, 18:15, 41:15, 48:9, 48:18, 48:24, 49:7, 49:13, 49:15, 49:21, 49:22, 50:2, 52:6, 53:8, 54:7, 54:9, 86:3
**publicity** [1] - 17:6
**publicized** [1] - 24:19
**publish** [3] - 36:10, 39:4, 40:2
**published** [3] - 39:5, 43:2, 51:13
**publishing** [2] - 47:17, 60:1, 67:1

**pull** [15] - 35:25, 37:14, 39:7, 43:21, 44:16, 46:9, 55:20, 59:24, 61:5, 64:9, 66:24, 68:1, 68:2, 78:11, 84:11
**purports** [1] - 64:24
**purpose** [2] - 55:7, 55:16
**pushed** [1] - 79:25
**pushing** [2] - 77:1, 77:2

## Q

**questions** [9] - 9:23, 9:24, 10:6, 10:18, 11:3, 38:1, 38:4, 67:11, 69:4
**quiet** [3] - 82:15, 82:20, 82:21
**quite** [2] - 29:25, 31:11

## R

**rack** [4] - 51:18, 52:7, 52:12, 53:25
**racks** [9] - 18:14, 25:3, 25:6, 25:21, 25:24, 28:19, 52:8, 52:15, 52:17
**radio** [3] - 16:25, 63:12, 80:22
**railing** [1] - 31:16
**raise** [3] - 4:9, 24:16, 33:10
**raised** [2] - 27:9, 90:17
**rallies** [3] - 24:5, 24:10, 24:23
**rally** [4] - 25:1, 26:1, 26:2, 26:4
**ran** [1] - 83:25
**randomly** [1] - 6:21
**rank** [1] - 34:4
**rather** [1] - 37:23
**rattling** [1] - 21:10
**ray** [1] - 48:13
**rayed** [2] - 48:14, 48:22
**reached** [2] - 20:19, 36:5
**read** [7] - 17:2, 17:3, 36:16, 37:10, 56:2, 64:13, 88:19
**ready** [4] - 17:17, 38:18, 38:19, 62:15
**real** [1] - 26:12
**really** [2] - 23:18, 38:4

**rear** [2] - 83:24, 84:25
**reasonable** [6] - 8:4, 8:8, 8:14, 8:16, 8:21, 9:1
**reasons** [1] - 16:6
**Rebecca** [1] - 9:10
**rebuttal** [1] - 10:10
**receive** [1] - 15:1
**received** [4] - 62:21, 63:6, 63:11, 86:19
**Recess** [1] - 38:17
**recess** [4] - 13:21, 57:1, 57:6, 62:10
**recesses** [1] - 6:9
**recites** [2] - 29:7, 29:9
**recognize** [7] - 39:9, 39:11, 41:18, 44:1, 44:18, 46:12, 50:22
**record** [10] - 13:2, 33:20, 37:19, 57:17, 67:19, 68:22, 71:19, 72:19, 75:7, 88:3
**Record** [2] - 59:17, 60:12, 61:15
**recording** [22] - 20:8, 22:7, 60:21, 61:25, 62:3, 64:18, 67:12, 68:16, 68:19, 69:15, 70:21, 71:15, 72:17, 74:11, 75:4, 75:24, 76:3, 76:19, 77:12, 77:24, 79:15, 80:13
**recordings** [3] - 61:14, 64:21, 64:23
**rectangular** [1] - 40:19
**red** [4] - 43:15, 50:25, 51:15, 77:20
**redirect** [2] - 10:1, 10:8, 89:18
**refer** [2] - 9:3, 20:25
**referencing** [1] - 63:25
**referred** [7] - 19:6, 30:21, 68:5, 70:8, 74:18, 78:14, 88:18
**referring** [4] - 9:5, 9:9, 63:8, 85:23
**refers** [1] - 12:13
**reflect** [1] - 41:22
**reflected** [3] - 73:9, 75:18, 78:20
**refuse** [1] - 14:21
**refute** [1] - 16:11
**regular** [1] - 6:25
**related** [1] - 7:8
**relating** [1] - 8:6
**relative** [1] - 82:20
**relatively** [1] - 82:15
**relieved** [1] - 82:9
**relocations** [1] - 58:25
**rely** [5] - 6:5, 11:18,

12:14, 16:18, 88:24
**relying** [1] - 16:9
**remain** [3] - 6:8, 29:13, 90:8
**remaining** [2] - 7:11, 22:17
**remains** [2] - 8:12, 29:20
**remarks** [1] - 5:11
**remember** [4] - 5:22, 6:2, 12:14, 62:12
**rendering** [1] - 42:17
**renew** [2] - 63:14, 66:10
**repeat** [1] - 86:7
**repeated** [1] - 86:13
**replace** [1] - 6:4
**report** [5] - 14:15, 49:1, 49:24, 53:17, 53:21
**REPORTER'S** [3] - 3:2, 66:7, 89:12
**reports** [2] - 16:24, 17:3
**represent** [3] - 9:7, 51:14, 65:6
**representation** [4] - 39:19, 44:7, 44:25, 46:18
**representative** [1] - 57:5
**Representatives** [9] - 22:11, 40:23, 56:8, 56:13, 56:17, 57:3, 60:13, 62:10, 84:8
**representatives** [1] - 57:7
**represents** [1] - 12:20
**request** [1] - 92:17
**requested** [1] - 3:4
**require** [5] - 8:18, 10:4, 24:17, 24:22, 38:4
**required** [2] - 10:3, 18:1
**research** [5] - 15:24, 16:1, 16:2, 16:19, 89:3
**reserved** [1] - 86:3
**resolve** [3] - 56:21, 90:4, 93:6
**resolved** [1] - 37:22
**resources** [2] - 74:8, 81:15
**respect** [1] - 63:2
**respectful** [5] - 24:11, 25:2, 26:1, 31:6, 31:12
**respectfully** [1] - 57:10

**respective** [1] - 59:7
**respond** [1] - 16:9
**responsibilities** [4] - 10:25, 11:1, 34:25, 53:11
**responsibility** [5] - 5:16, 11:1, 11:7, 12:3, 12:21
**responsible** [5] - 34:21, 34:22, 34:24, 35:1, 53:13
**rest** [2] - 4:14, 81:10
**restrained** [1] - 31:14
**restricted** [15] - 7:12, 7:14, 18:10, 18:14, 18:15, 18:22, 19:12, 20:15, 22:17, 22:20, 23:15, 50:7, 50:10, 52:18, 54:10
**restrictions** [2] - 49:8, 86:3
**result** [1] - 16:20
**results** [3] - 18:2, 24:3, 24:4
**resume** [2] - 38:18, 89:1
**resumed** [1] - 57:9
**retire** [2] - 6:19, 10:14
**retired** [1] - 54:19
**retreat** [1] - 74:5
**retreating** [1] - 73:22
**return** [1] - 92:8
**review** [4] - 60:9, 61:10, 65:1, 65:9
**Rhine** [63] - 7:7, 7:11, 7:13, 7:15, 7:17, 7:19, 7:24, 8:4, 8:6, 8:22, 9:1, 9:9, 18:24, 18:25, 19:11, 19:18, 19:24, 20:9, 20:19, 20:22, 21:2, 21:7, 21:11, 21:13, 21:15, 21:19, 21:20, 22:3, 22:9, 22:15, 23:2, 23:4, 23:9, 23:15, 23:24, 25:1, 26:4, 26:18, 26:21, 26:25, 27:5, 27:12, 27:18, 27:21, 28:8, 28:16, 29:19, 30:12, 30:22, 30:23, 31:1, 31:3, 31:11, 31:13, 31:19, 31:22, 32:4, 32:8, 32:13, 32:18, 33:5, 90:16, 91:2
**Rhine's** [4] - 23:11, 31:14, 32:22, 32:25
**right-hand** [1] - 78:2
**riot** [1] - 26:7
**rioters** [7] - 19:14,

20:14, 21:5, 21:6, 22:9, 80:19, 83:14
**ripping** [1] - 23:21
**roadway** [1] - 35:22
**role** [1] - 35:4
**room** [3] - 6:1, 15:15, 17:12
**rooms** [2] - 27:16, 36:18
**Rotunda** [15] - 40:13, 41:5, 42:15, 43:10, 43:11, 45:10, 45:11, 45:21, 45:24, 46:1, 46:3, 73:10, 74:19, 82:23, 90:14
**roughly** [2] - 36:19, 36:20
**round** [2] - 40:11
**route** [4] - 84:1, 84:2, 85:6
**routine** [1] - 53:13
**row** [2] - 3:12, 3:24
**rude** [1] - 14:18
**Rule** [1] - 90:24
**rule** [5] - 11:3, 11:20, 13:1, 13:4, 66:11
**ruled** [1] - 66:14
**rules** [5] - 5:9, 7:4, 10:13, 16:8, 16:23
**ruling** [1] - 62:24
**run** [6] - 61:23, 67:19, 68:22, 71:20, 75:16, 78:20
**running** [1] - 30:14
**rushed** [1] - 83:9

---

**S**

**sacred** [3] - 23:7, 30:25, 33:4
**sake** [1] - 66:9
**satellite** [1] - 16:4
**saw** [10] - 26:25, 30:13, 30:23, 32:19, 54:4, 54:6, 54:9, 72:4, 80:24
**scaffolding** [1] - 37:3
**scene** [5] - 16:4, 86:23, 87:5, 87:9
**scheduled** [1] - 50:4
**scheduling** [1] - 91:24
**screen** [17] - 36:17, 39:10, 39:11, 40:5, 42:21, 42:24, 42:25, 43:2, 43:3, 43:14, 43:24, 50:18, 53:2, 61:7, 78:2, 87:25
**scroll** [4] - 55:23, 59:11, 60:4, 64:10
**seat** [13] - 3:10, 3:11,

3:13, 3:15, 3:16, 3:19, 3:20, 3:21, 3:22, 3:25, 5:18, 6:24
**seated** [1] - 41:16
**seats** [1] - 6:21
**second** [23] - 3:15, 3:24, 19:21, 40:14, 41:6, 41:8, 41:10, 42:20, 44:22, 45:1, 45:13, 45:21, 47:11, 47:13, 47:14, 59:25, 68:2, 78:12, 84:18, 85:24, 85:25, 86:6, 92:10
**seconds** [23] - 21:8, 21:11, 61:24, 67:9, 67:13, 67:20, 68:14, 68:22, 69:17, 69:18, 71:14, 71:20, 72:20, 74:13, 75:8, 75:17, 76:8, 76:22, 77:17, 79:18, 80:2, 80:8
**Secret** [7] - 18:11, 54:14, 54:20, 58:9, 89:17, 89:18
**section** [2] - 34:25, 35:1
**sections** [2] - 34:14, 34:17
**security** [5] - 18:9, 47:19, 47:21, 48:4, 48:9
**see** [67] - 14:16, 20:20, 23:17, 23:18, 23:19, 23:20, 23:21, 23:23, 23:24, 25:16, 26:5, 26:13, 26:18, 26:19, 26:20, 26:21, 27:2, 27:4, 27:12, 27:13, 27:17, 27:21, 27:22, 27:23, 27:24, 27:25, 28:16, 28:18, 28:20, 29:2, 29:19, 29:21, 30:2, 30:8, 30:10, 30:12, 30:13, 30:16, 31:25, 32:19, 32:22, 39:9, 39:11, 39:17, 40:11, 42:22, 43:23, 50:18, 53:23, 61:7, 69:22, 70:25, 71:22, 73:12, 73:18, 74:15, 75:1, 77:1, 77:8, 78:2, 79:5, 88:4, 90:19, 90:20, 91:2
**seeing** [7] - 19:14, 67:22, 76:10, 76:25, 77:19, 77:20, 91:6
**seemingly** [1] - 16:3
**sees** [1] - 28:2

**seized** [1] - 21:7
**selected** [4] - 3:8, 4:25, 6:21, 13:22
**Senate** [48] - 18:5, 18:23, 21:24, 34:24, 35:12, 37:5, 40:10, 40:17, 40:18, 41:7, 42:13, 42:14, 45:18, 45:19, 46:4, 46:7, 56:8, 56:9, 56:14, 56:20, 56:23, 56:25, 57:1, 57:9, 58:13, 58:14, 58:20, 59:1, 59:5, 59:6, 59:18, 60:20, 61:14, 62:7, 62:9, 62:15, 62:16, 70:6, 70:8, 70:11, 75:15, 75:19, 75:25, 82:3, 82:4, 82:8, 82:11, 83:23
**senator** [2] - 56:24, 62:1
**Senator** [2] - 63:20, 80:23
**senators** [2] - 57:1, 82:5
**send** [1] - 15:16
**sense** [2] - 5:15, 88:15
**sent** [1] - 24:22
**separate** [1] - 56:20
**sergeants** [2] - 34:7
**serious** [1] - 7:2
**serve** [1] - 14:6
**Service** [7] - 18:11, 54:14, 54:20, 58:9, 89:17, 89:18
**service** [7] - 4:15, 5:1, 15:3, 15:9, 15:17, 15:18, 35:4
**Services** [2] - 34:18, 34:19
**session** [9] - 21:5, 56:5, 56:7, 56:14, 56:15, 56:17, 56:19, 57:8, 57:11
**Session** [2] - 18:6, 21:24
**set** [9] - 18:14, 24:12, 25:5, 25:21, 27:9, 36:4, 52:8, 80:7, 83:7
**several** [3] - 22:9, 24:18, 29:21
**sexual** [1] - 87:3
**shared** [1] - 29:13
**shares** [1] - 29:8
**sheltering** [1] - 22:1
**shield** [1] - 26:6
**shifts** [1] - 8:17
**shooting** [1] - 86:20

**short** [1] - 88:16
**shortly** [2] - 25:4, 62:17
**shot** [1] - 86:20
**show** [11] - 20:11, 32:13, 32:14, 32:15, 38:4, 41:17, 42:19, 46:11, 50:14, 59:9, 85:1
**shows** [1] - 10:21
**sic** [2] - 7:7, 37:9
**side** [80] - 10:16, 10:21, 12:16, 20:12, 20:20, 21:17, 24:9, 25:6, 25:10, 25:25, 27:1, 27:6, 27:13, 27:14, 27:18, 27:25, 30:6, 35:12, 35:22, 36:23, 36:24, 37:5, 40:8, 40:9, 40:15, 40:18, 40:19, 41:11, 42:6, 42:9, 42:11, 42:13, 43:8, 51:17, 51:20, 51:22, 51:23, 51:24, 51:25, 52:2, 52:3, 52:8, 53:3, 53:25, 63:15, 64:1, 64:4, 67:24, 69:23, 73:4, 73:25, 75:25, 76:2, 77:4, 78:2, 78:7, 78:16, 81:5, 81:19, 82:17, 82:22, 83:11, 83:13, 83:21, 83:22, 83:23, 84:2, 84:6, 84:13, 84:23, 84:25, 85:2, 85:5, 85:7, 86:22
**sidebar** [3] - 62:25, 63:4, 65:24
**sides** [1] - 84:4
**siege** [1] - 18:23
**sight** [1] - 74:20
**signage** [1] - 25:25
**signs** [1] - 28:21
**simple** [1] - 16:2
**simply** [1] - 4:17
**single** [2] - 26:22, 30:18
**single-file** [1] - 30:18
**sites** [1] - 13:16
**sits** [1] - 25:19
**sitting** [2] - 6:19, 13:24
**situation** [2] - 28:6, 49:24
**six** [2] - 29:22, 41:4
**sixth** [1] - 3:21
**skip** [1] - 61:22
**skylights** [1] - 37:6
**slowly** [1] - 30:18

**small** [1] - 30:3
**smoothly** [1] - 58:7
**social** [3] - 13:16, 21:23, 86:4
**sole** [1] - 12:2
**solely** [2] - 17:4, 17:5
**solemn** [2] - 18:4, 18:17
**someone** [3] - 13:20, 14:20, 31:23
**sometime** [2] - 85:21, 86:16
**sometimes** [2] - 12:7, 25:13
**somewhat** [1] - 31:15
**soon** [2] - 14:15, 17:9
**sorry** [5] - 17:4, 37:16, 43:1, 83:18, 87:12
**sotto** [1] - 66:7
**sound** [1] - 27:10
**sources** [1] - 16:13
**south** [17] - 25:12, 25:13, 25:23, 27:5, 27:6, 27:7, 27:20, 30:9, 36:21, 49:25, 51:22, 51:23, 52:24, 53:3, 84:25, 90:16
**southeast** [10] - 27:21, 27:22, 28:11, 28:21, 28:24, 29:2, 29:20, 29:24, 90:16, 90:22
**space** [2] - 25:8, 91:14
**spaces** [1] - 36:25
**SPAN** [2] - 60:24, 61:4
**Speaker** [1] - 57:2
**Speaker's** [12] - 83:12, 83:13, 83:15, 83:24, 84:3, 84:4, 84:7, 84:21, 84:25, 86:22, 86:24, 87:8
**speaking** [1] - 63:15
**speaks** [1] - 29:5
**special** [3] - 25:25, 54:23, 54:25
**Special** [4] - 55:1, 55:5, 55:10, 89:19
**speculate** [1] - 12:25
**spell** [1] - 33:20
**spend** [1] - 26:10
**spends** [1] - 27:19
**spent** [1] - 31:11
**split** [1] - 92:9
**spoken** [1] - 26:24
**spot** [1] - 27:19
**spray** [2] - 49:6, 87:15
**sprayed** [1] - 29:12
**Square** [3] - 35:3, 35:14, 35:17
**square** [2] - 36:19, 36:22

**staff** [1] - 49:18
**staffed** [2] - 53:10
**staffers** [1] - 52:24
**stage** [14] - 27:9, 37:3, 39:21, 41:21, 63:24, 69:10, 81:1, 81:3, 81:4, 81:5, 81:8, 81:9, 87:13, 90:17
**staircase** [4] - 30:4, 30:6, 73:12, 74:16
**staircases** [2] - 37:1, 37:4
**stairs** [11] - 27:22, 28:12, 28:13, 28:14, 28:21, 32:1, 32:3, 73:13, 73:15, 78:15, 90:15
**stairway** [2] - 30:10, 32:1
**stairwells** [1] - 84:1
**stamp** [4] - 67:16, 68:25, 72:22, 73:1
**stamps** [1] - 64:22
**stand** [7] - 4:10, 9:22, 10:6, 27:5, 31:3, 57:1, 57:6
**standing** [2] - 27:18, 32:4
**stands** [3] - 29:3, 30:19, 32:24
**stars** [2] - 20:17, 26:11
**start** [7] - 5:7, 5:13, 5:17, 62:11, 67:10, 68:13, 89:8
**started** [1] - 88:15
**starting** [1] - 54:2
**state** [3] - 11:7, 24:23, 33:20
**statement** [5] - 9:13, 9:14, 9:16, 9:20, 62:1
**statements** [7] - 9:12, 9:17, 9:20, 10:17, 10:19, 11:23, 12:13
**States** [13] - 7:6, 7:9, 9:6, 9:7, 17:25, 18:6, 18:11, 56:6, 56:7, 56:8, 59:18, 64:15, 64:17
**stay** [1] - 58:18
**staying** [1] - 32:4
**Steal** [2] - 20:10, 29:16
**step** [3] - 3:9, 9:11, 19:23
**steps** [7] - 53:7, 73:11, 78:6, 78:7, 78:8, 78:16, 78:18
**stick** [1] - 30:7
**still** [10] - 21:4, 21:16,

22:1, 28:22, 31:21, 49:9, 60:1, 67:1, 73:17, 82:16
**stipulated** [1] - 88:20
**Stipulation** [5] - 36:16, 55:24, 56:3, 64:11, 64:13
**stipulation** [3] - 55:21, 88:18, 88:22
**stipulations** [2] - 36:4, 57:19
**stolen** [2] - 21:14, 24:7
**stood** [1] - 20:6
**stop** [13] - 24:21, 28:14, 30:24, 31:7, 47:17, 67:13, 68:20, 69:16, 71:16, 72:18, 74:12, 77:25, 79:16
**Stop** [2] - 20:10, 29:16
**stopped** [6] - 71:23, 72:19, 72:25, 73:3, 75:7, 81:12
**stopping** [1] - 28:7
**Stortini** [1] - 92:8
**story** [1] - 25:17
**Street** [1] - 51:25
**street** [1] - 25:15
**stress** [1] - 15:12
**stricken** [2] - 13:2, 13:5
**strike** [2] - 48:3, 58:22
**structure** [2] - 40:11, 40:20
**stuff** [2] - 31:18, 66:2
**subbasement** [1] - 41:3
**subject** [1] - 91:21
**submit** [2] - 17:11, 17:15
**submitted** [2] - 13:7, 13:9
**substitute** [1] - 5:11
**successful** [1] - 24:20
**suggest** [2] - 19:8, 88:7
**suggests** [1] - 12:7
**summaries** [1] - 11:17
**summarized** [1] - 7:21
**summary** [1] - 61:18
**supervise** [2] - 34:9, 34:10
**supervised** [3] - 34:7, 34:8
**supervisors** [1] - 34:11
**support** [5] - 10:17, 24:6, 24:21, 24:23, 58:16
**suppose** [1] - 21:19

**supposed** [2] - 18:17, 21:13
**surge** [1] - 30:15
**surprised** [2] - 23:16, 23:18
**surround** [1] - 30:2
**surrounded** [2] - 37:1, 37:6
**surrounds** [2] - 35:3, 35:17
**surveillance** [7] - 20:11, 20:21, 64:8, 65:1, 65:5, 65:14, 91:6
**suspended** [2] - 57:8, 87:22
**sustain** [1] - 12:23
**swear** [2] - 4:7, 33:12
**switch** [1] - 17:19
**sworn** [2] - 11:6, 12:5
**system** [8] - 5:4, 17:19, 60:21, 61:3, 64:8, 65:2, 65:5, 65:14

## T

**table** [2] - 17:20, 89:22
**tall** [2] - 27:16, 52:12
**tallies** [2] - 24:4, 24:22
**Task** [1] - 89:21
**team** [5] - 54:21, 55:12, 85:7, 91:25, 92:6
**tear** [1] - 19:14
**tear-gassed** [1] - 19:14
**technical** [1] - 38:20
**technological** [1] - 38:13
**technology** [3] - 37:21, 38:2, 38:6
**telephone** [1] - 15:10
**television** [2] - 16:25, 67:7
**temporary** [2] - 81:11, 83:7
**tempted** [1] - 17:2
**tendency** [1] - 14:3
**term** [1] - 16:4
**terrace** [14] - 28:24, 29:1, 29:2, 29:20, 29:21, 29:25, 30:3, 30:9, 69:11, 74:15, 74:19, 74:21, 81:12
**terraces** [2] - 30:7, 37:2
**testified** [5] - 57:23, 84:20, 85:10, 85:16, 87:20

**testifying** [1] - 60:8
**testimony** [10] - 5:22, 11:12, 11:15, 11:17, 12:6, 12:9, 20:4, 62:25, 64:25, 89:7
**text** [3] - 15:16, 36:16, 56:2
**texting** [1] - 15:14
**they've** [1] - 27:9
**thinking** [3] - 48:2, 48:23, 49:4
**third** [14] - 3:16, 21:22, 41:11, 41:14, 46:16, 46:19, 47:4, 47:10, 47:12, 86:2, 86:4, 86:8, 86:12, 86:13
**thirty** [1] - 33:25
**thirty-two** [1] - 33:25
**Thomas** [4] - 62:22, 63:7, 81:23, 86:19
**thoughts** [1] - 15:18
**thousands** [1] - 75:2
**three** [3] - 22:21, 29:22, 37:4
**threshold** [3] - 19:13, 21:1, 21:16
**throughout** [3] - 8:13, 8:17, 20:16
**throw** [1] - 34:11
**throwing** [1] - 23:21
**tired** [1] - 29:15
**title** [2] - 34:2, 56:3
**today** [4] - 49:9, 61:9, 64:25, 90:21
**together** [2] - 18:5, 56:16
**Tom** [1] - 33:21
**tomorrow** [3] - 89:9, 89:14, 89:24
**tonight** [2] - 90:4, 93:6
**took** [2] - 4:19, 5:18
**top** [14] - 28:24, 40:8, 40:9, 40:14, 40:17, 42:18, 53:4, 73:17, 73:20, 74:15, 76:12, 78:6, 78:8, 78:17
**torn** [1] - 6:14
**touch** [1] - 43:15
**toward** [3] - 20:13, 30:14, 30:15
**towards** [3] - 20:13, 77:2, 79:8
**towers** [2] - 25:17, 25:23
**trace** [2] - 26:16, 29:23
**traced** [2] - 25:21, 25:23
**tracing** [1] - 26:13
**transcribed** [2] - 3:3, 3:4

**transcripts** [1] - 11:16
**transition** [1] - 18:18
**travel** [3] - 62:10, 92:1, 92:6
**trespassing** [2] - 23:8, 33:3
**Trevino** [1] - 89:21
**trial** [29] - 5:9, 5:10, 5:12, 5:20, 6:12, 7:1, 7:23, 8:2, 8:10, 8:13, 8:17, 9:3, 9:5, 9:11, 11:2, 11:4, 11:20, 12:11, 12:12, 15:23, 17:1, 17:6, 17:7, 18:8, 23:3, 23:17, 23:24, 26:12, 29:18
**tried** [1] - 86:21
**tries** [1] - 14:20
**triggers** [1] - 59:6
**Trump** [2] - 24:2, 63:9
**truth** [1] - 63:2
**try** [1] - 15:8
**trying** [3] - 19:14, 83:23, 92:1
**Tuesday** [1] - 56:11
**tunnel** [1] - 87:14
**turn** [3] - 6:24, 14:17, 31:6
**turned** [3] - 43:3, 86:20, 87:5
**tweeting** [1] - 15:14
**Twitter** [1] - 13:17
**two** [12] - 25:11, 25:12, 29:22, 30:6, 33:25, 37:1, 37:5, 56:15, 56:21, 70:12, 79:5, 90:14
**types** [1] - 12:10
**typical** [1] - 52:17

**U**

**U.S** [22] - 33:23, 35:5, 36:18, 36:22, 39:12, 40:23, 41:20, 44:5, 44:22, 46:16, 49:25, 53:22, 56:6, 63:10, 64:8, 64:20, 67:25, 81:6, 81:7, 89:17, 89:18, 89:20
**unbarricade** [2] - 84:6, 85:7
**uncovered** [2] - 30:8, 30:9
**under** [3] - 16:22, 25:19, 90:24
**undergo** [1] - 48:10
**underground** [2] - 25:19, 36:23
**understood** [1] -

23:11
**undisputed** [2] - 88:23, 91:13
**undoubtedly** [1] - 13:23
**uneventful** [1] - 18:17
**unfair** [1] - 16:10
**unfortunately** [1] - 16:12
**Uniformed** [2] - 34:18, 34:19
**uniforms** [1] - 28:13
**unimpeded** [1] - 28:4
**uninvited** [1] - 49:12
**unique** [11] - 26:10, 26:14, 26:16, 27:3, 27:4, 27:20, 28:17, 29:19, 29:24, 30:8, 32:18
**United** [13] - 7:6, 7:9, 9:6, 9:7, 17:25, 18:6, 18:11, 56:6, 56:7, 56:8, 59:18, 64:15, 64:17
**unknowns** [1] - 90:2
**unless** [1] - 8:13
**unlikely** [1] - 14:20
**unusual** [1] - 53:23
**up** [51] - 4:10, 5:21, 11:3, 16:3, 16:15, 18:14, 21:21, 23:16, 23:21, 24:2, 25:3, 25:5, 25:16, 25:17, 25:21, 27:9, 28:11, 29:10, 31:23, 35:25, 37:14, 39:7, 43:21, 44:16, 48:24, 52:8, 52:25, 55:20, 56:20, 58:13, 59:24, 61:5, 61:23, 64:10, 66:24, 68:2, 69:10, 78:7, 78:8, 78:11, 78:17, 81:11, 83:7, 84:11, 86:12, 89:8, 90:22
**Upper** [1] - 85:15
**upper** [13] - 20:25, 21:3, 27:25, 72:13, 74:15, 74:19, 77:20, 78:9, 78:18, 79:11, 79:21, 85:11, 85:14

**V**

**VALENTINI** [146] - 17:18, 19:8, 19:10, 20:3, 20:9, 22:8, 33:8, 33:16, 35:24, 36:3, 36:10, 36:13, 37:8, 37:13, 37:17,

37:20, 38:3, 38:10, 38:19, 39:1, 39:3, 39:6, 39:16, 39:22, 40:2, 40:6, 41:25, 42:5, 43:1, 43:4, 43:20, 43:22, 44:10, 44:15, 44:17, 45:3, 45:8, 46:9, 46:10, 46:22, 47:2, 47:17, 47:18, 50:16, 50:17, 50:20, 50:21, 51:6, 51:11, 55:23, 56:1, 57:14, 57:18, 57:22, 59:10, 59:12, 59:19, 59:24, 60:3, 60:6, 60:14, 60:19, 61:17, 61:22, 62:1, 62:4, 62:5, 63:1, 63:17, 64:9, 64:12, 65:19, 66:4, 66:13, 66:16, 66:24, 67:3, 67:13, 67:15, 68:1, 68:4, 68:12, 68:17, 68:20, 68:24, 69:13, 69:16, 69:20, 70:19, 70:22, 70:24, 71:13, 71:16, 71:17, 71:19, 71:21, 72:16, 72:18, 72:21, 74:4, 74:9, 74:12, 74:14, 75:3, 75:5, 75:9, 75:23, 76:4, 76:5, 76:7, 76:9, 76:17, 76:20, 76:23, 77:11, 77:13, 77:15, 77:22, 77:25, 78:1, 78:11, 78:13, 78:23, 79:1, 79:14, 79:16, 79:19, 80:11, 80:14, 80:16, 81:2, 84:11, 84:14, 87:18, 88:1, 88:4, 89:15, 90:2, 90:5, 90:8, 90:12, 91:1, 91:9, 92:12, 93:4, 93:8
**Valentini** [8] - 9:6, 17:17, 17:23, 33:7, 36:1, 42:20, 66:8, 89:13
**value** [1] - 11:10
**variety** [1] - 36:25
**vehicles** [3] - 52:24, 70:25, 71:8
**venire** [1] - 3:6
**verdict** [4] - 6:13, 10:14, 12:2, 13:17
**vest** [1] - 26:5
**via** [1] - 49:2
**Vice** [15] - 18:6, 55:4, 55:8, 55:11, 55:13, 55:16, 56:17, 56:22,

56:25, 57:24, 58:8, 58:11, 58:16, 71:9, 82:5
**Video** [1] - 64:15
**video** [38] - 20:3, 20:21, 22:7, 61:2, 61:6, 61:13, 64:18, 64:20, 64:23, 66:12, 67:6, 67:7, 67:10, 67:12, 67:19, 67:20, 68:16, 68:19, 69:15, 70:21, 71:15, 72:17, 74:11, 75:4, 75:24, 76:3, 76:19, 77:12, 77:24, 79:15, 80:13, 88:6, 88:14, 90:5, 91:6, 91:16
**videos** [5] - 26:14, 26:16, 65:9, 65:10, 65:13
**view** [10] - 16:4, 27:12, 42:8, 63:21, 67:24, 69:23, 76:12, 78:19, 79:9, 80:24
**viewed** [1] - 85:4
**viewpoint** [1] - 74:23
**vigorous** [1] - 91:21
**violence** [2] - 19:6, 19:8
**vis-à-vis** [1] - 47:9
**visit** [4] - 49:13, 55:13, 55:16, 58:17
**Visitor** [1] - 36:22
**Visitor's** [1] - 37:6
**visitors** [7] - 25:18, 35:2, 35:17, 47:20, 48:17, 49:3, 53:8
**visual** [3] - 20:8, 61:25, 62:3
**voce** [1] - 66:7
**voice** [1] - 33:19
**voluntary** [1] - 4:17
**Vote** [1] - 56:4
**vote** [5] - 18:2, 24:4, 24:22, 56:10, 57:13
**voted** [1] - 59:7

**W**

**Wade** [6] - 54:17, 54:18, 54:19, 55:1, 55:5, 55:10
**waist** [1] - 52:13
**wait** [1] - 9:14
**waiting** [1] - 5:19
**Waldo** [1] - 26:13
**Waldow** [1] - 82:9
**walk** [16] - 14:17, 28:11, 28:15, 28:17, 28:21, 45:20, 45:24,

46:3, 46:6, 47:13, 48:11, 48:20, 49:2, 52:25, 78:17
**walked** [6] - 20:12, 23:15, 32:16, 63:20, 84:7, 85:8
**walking** [4] - 26:21, 28:3, 28:14, 30:18
**walks** [4] - 28:18, 28:19, 28:20, 30:16
**walkway** [2] - 37:1, 69:8
**warn** [1] - 15:8
**waste** [1] - 38:9
**wasted** [1] - 38:8
**watch** [6] - 17:2, 17:3, 27:19, 28:14, 41:16, 91:11
**watches** [1] - 28:9
**watching** [2] - 28:5, 78:21
**water** [1] - 49:7
**weapons** [1] - 19:20
**wearing** [2] - 26:7, 28:3
**website** [1] - 15:15
**weigh** [1] - 11:12
**weight** [1] - 11:9
**welcome** [1] - 38:23
**west** [22] - 27:1, 27:13, 36:24, 51:24, 51:25, 53:25, 63:15, 64:1, 67:24, 69:11, 76:2, 81:5, 81:10, 81:12, 81:19, 83:12, 83:21, 84:2, 84:6, 85:1, 85:3, 85:7
**West** [8] - 36:24, 37:3, 42:8, 63:12, 69:9, 80:19, 81:10, 87:12
**white** [2] - 20:17, 26:11
**whole** [2] - 18:4, 27:24
**wide** [3] - 27:17, 30:4, 30:6
**widest** [1] - 36:21
**willfully** [3] - 22:21, 22:23
**willing** [2] - 5:5, 92:7
**wind** [1] - 27:20
**windows** [1] - 23:20
**wing** [3] - 75:15, 75:19, 75:25
**wish** [4] - 5:20, 6:16, 14:1, 82:13
**withdrawn** [1] - 12:24
**witness** [8] - 9:22, 11:14, 20:4, 29:14, 33:7, 38:4, 38:21, 89:21

**WITNESS** [5] - 33:12, 42:22, 42:25, 76:2, 89:10
**Witness** [1] - 43:9
**witnesses** [14] - 5:24, 9:22, 10:6, 11:11, 11:13, 11:16, 11:22, 12:6, 14:5, 14:12, 14:16, 20:25, 26:13, 89:24
**word** [1] - 29:1
**words** [4] - 20:5, 23:11, 32:25
**workers** [1] - 15:2
**write** [3] - 6:16, 13:14, 15:9
**writing** [1] - 70:4

## X

**X-ray** [1] - 48:13
**x-rayed** [2] - 48:14, 48:22

## Y

**yards** [8] - 70:17, 72:6, 72:11, 72:14, 74:24, 79:13, 87:14, 91:8
**years** [4] - 18:3, 33:25, 35:4, 81:6
**you-all** [1] - 25:9
**yourself** [3] - 6:25, 14:10, 26:15

## Z

**zeros** [1] - 21:11