1

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

2

_____

3    United States of America,          ) Criminal Action
                                        ) No. 1:21-cr-00687-RC
4                     Plaintiff,         )
                                        ) **Jury Trial**
5    vs.                                )
                                        )
6    David Charles Rhine,               ) Washington, D.C.
                                        ) **April 20, 2023**
7                     Defendant.        ) Time:  10:00 a.m.

8    _____

**Transcript of <u>Jury Trial</u>**
9                       **Held Before
          The Honorable Rudolph Contreras**
10            **United States District Judge**

11

                 A P P E A R A N C E S
12

13   For the Government:     **Francesco Valentini**
                             DEPARTMENT OF JUSTICE
14                           950 Pennsylvania Avenue, Northwest
                             Washington, D.C. 20530

15                           **Kelly E. Moran**
                             UNITED STATES ATTORNEY'S OFFICE
16                           FOR THE DISTRICT OF COLUMBIA
                             601 D Street, Northwest
17                           Washington, D.C. 20579

18   For the Defendant:      **Rebecca C. Fish**
                             FEDERAL PUBLIC DEFENDER
19                           1331 Broadway, Suite 400
                             Tacoma, Washington 98402

20   _____

21   Stenographic Official Court Reporter:
                             Nancy J. Meyer
22                           Registered Diplomate Reporter
                             Certified Realtime Reporter
23                           333 Constitution Avenue, Northwest
                             Washington, D.C. 20001
24                           202-354-3118

25

1                          **I N D E X**

2                                                      PAGE:

3    **Witnesses:**

4    Thomas Loyd
          Direct Examination, Cont., By Mr. Valentini...... 113
5         Cross-Examination By Ms. Fish..................... 179
          Redirect Examination By Mr. Valentini............ 253
6    Elizabeth Glavey
          Direct Examination By Ms. Moran.................. 258
7         Cross-Examination By Ms. Fish.................... 275
          Redirect Examination By Ms. Moran............... 286
8    Jeffrey Abbott
          Direct Examination By Mr. Valentini.............. 288
9


10   **Exhibits Admitted:**

11        Government Exhibit 100A........................... 114
12        Government Exhibit 101A........................... 114
          Government Exhibit 102A........................... 114
13        Government Exhibit 103A........................... 114
          Government Exhibit 104A........................... 114
14        Government Exhibit 105A........................... 114
          Government Exhibit 106A........................... 114
15        Government Exhibit 107A........................... 114
          Government Exhibit 110A........................... 114
16        Government Exhibit 112............................ 113
          Government Exhibit 113.1.......................... 113
17        Government Exhibit 115.1.......................... 129
          Government Exhibit 115.2.......................... 131
18        Government Exhibit 115A........................... 179
          Government Exhibit 116............................ 146
19        Government Exhibit 117............................ 145
          Government Exhibit 119............................ 176
20        Government Exhibit 120............................ 177
          Government Exhibit 130............................ 219
21        Government Exhibit 300............................ 264
          Government Exhibit 301............................ 264
22        Government Exhibit 302............................ 178

23        Defendant Exhibit 101-B........................... 235
24        Defendant Exhibit 101-C........................... 235
          Defendant Exhibit 101-D........................... 235
25        Defendant Exhibit 102-B........................... 237
          Defendant Exhibit 102-C........................... 237

1                    **I N D E X** (continued)

2                                                        PAGE:

     **Exhibits Admitted**: (continued)
3

        Defendant Exhibit 102-D........................... 237
4        Defendant Exhibit 110-B........................... 241
        Defendant Exhibit 110-C........................... 241
5        Defendant Exhibit 110-D........................... 241
        Defendant Exhibit 112-B........................... 208
6        Defendant Exhibit 112-C........................... 208
        Defendant Exhibit 112-D........................... 209
7        Defendant Exhibit 112-E........................... 210
        Defendant Exhibit 128............................. 193
8        Defendant Exhibit 130-A........................... 221
        Defendant Exhibit 130-B........................... 223
9        Defendant Exhibit 130-C........................... 224
        Defendant Exhibit 131............................. 196
10        Defendant Exhibit 131-A........................... 212
        Defendant Exhibit 131-B........................... 213
11        Defendant Exhibit 131-C........................... 215
        Defendant Exhibit 131-D........................... 217
12        Defendant Exhibit 131-E........................... 218
        Defendant Exhibit 152............................. 181

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                      P R O C E E D I N G S

2              (Proceedings held out of the presence of the jury.)

3              COURTROOM:  Are we ready to bring in the jury?

4              MS. FISH:  Yes, Your Honor.

5              MR. VALENTINI:  Yes, Your Honor.

6              THE COURT:  All right.  Let's do that.

7         I don't know any -- what any of the potential witnesses

8    look like.  So I need the -- folks' help in ensuring that

9    there's no rule-against-witnesses issue.

10             MR. VALENTINI:  None of the government witnesses are

11   here.  Thank you.

12             THE COURT:  Okay.

13             MS. FISH:  Similar.  I'm not concerned, Your Honor.

14   Thank you.

15             MR. VALENTINI:  Would it be permissible if

16   Inspector Loyd takes the witness stand?

17             THE COURT:  Sure.

18             (REPORTER'S NOTE:  Thomas Loyd enters.)

19             (Proceedings held in the presence of the jury.)

20             THE COURT:  Welcome back.

21        We're going to continue with the direct examination of

22   Inspector Loyd.  Inspector Loyd, I'll remind you that you're

23   still under oath.

24             THE WITNESS:  Yes, Your Honor.

25   ///
```

```
1                    DIRECT EXAMINATION, continuing

2   BY MR. VALENTINI:

3   Q.  Good morning, Inspector Loyd.

4   A.  Good morning.

5   Q.  Yesterday when we left off, you were testifying, if you

6   recall, about surveillance video from the Capitol Police

7   surveillance system.

8   A.  Yes.

9   Q.  Let me start with two additional video exhibits.  The

10  exhibits marked -- have been marked as Government Exhibits 112

11  and 113.1.

12          Inspector Loyd, do you remember seeing, reviewing those

13  two video exhibits before testifying today?

14  A.  Yes.

15  Q.  And are those fair and accurate representations of the

16  events depicted in those exhibits?

17  A.  Yes.

18          MR. VALENTINI:  The government moves for the

19  admission of Exhibits 112 and 113.1.

20          MS. FISH:  Renewing my earlier objection, Your Honor.

21          THE COURT:  I'm sorry?

22          MS. FISH:  Renewing my objection the Court ruled on

23  yesterday.

24          THE COURT:  Overruled as explained yesterday.

25          (Government Exhibit 112 and 113.1 admitted into
```

```
 1           evidence.)
 2                MR. VALENTINI:  I would also at this point like to
 3           move into evidence certain still images derived from the video
 4           exhibits that have been admitted into evidence.  So I would
 5           like to move into evidence Exhibit 100A, 101A, 102A, 103A,
 6           104A, 105A, 106A, 107A, and 110A.
 7                MS. FISH:  No objection, Your Honor.
 8                THE COURT:  Okay.  Subject to the objection to the
 9           video from which they're derived?
10                MS. FISH:  No objection to these -- or these videos,
11           Your Honor.
12                THE COURT:  All right.  They're admitted.
13                (Government Exhibit 100A, 101A, 102A, 103A, 104A,
14           105A, 106A, 107A, and 110A admitted into evidence.)
15           BY MR. VALENTINI:
16           Q.  Let me pull up a video exhibit, 112, which --
17                MR. VALENTINI:  Ms. Johnson, is the system switched
18           to the government?
19                THE COURTROOM DEPUTY:  Yes.
20              Which exhibit?
21                MR. VALENTINI:  112.  Is the system switched to the
22           table here?
23                THE COURTROOM DEPUTY:  The table or the laptop?
24                MR. VALENTINI:  The laptop.  Thank you.  I apologize
25           for the confusion.
```

```
1              THE COURTROOM DEPUTY:  No problem.

2    BY MR. VALENTINI:

3    Q.  Inspector Loyd, what is the time stamp at this point at the

4    beginning of Exhibit 112?

5    A.  1:45 p.m. on January 6th.

6    Q.  And could you please orient the jury as to what they are

7    seeing in this exhibit at this point.

8              UNIDENTIFIED JUROR:  We can't see it.  There it is.

9    A.  Yes.  That is a view from, I believe, the top of the dome

10   looking down upon the east square of the U.S. Capitol.

11   BY MR. VALENTINI:

12   Q.  I am going to play the first 45 seconds of this exhibit.

13             (A video recording was played.)

14   BY MR. VALENTINI:

15   Q.  I have stopped this exhibit around run time 45 seconds.

16             Inspector Loyd, what is the time stamp at this point?

17   A.  1:45 p.m. on January 6th.

18   Q.  And, first, as a technical matter, is there someone, a

19   human being, with the Capitol Police that orients and directs

20   the cameras?

21   A.  Yes.  If you see the camera moving, that's usually done by

22   people in headquarters.

23   Q.  And in the last few seconds of this exhibit that we just

24   played, did you see officers converge to the area that is now

25   within the frame at run time 46 seconds into the exhibit?
```

1    A.  Yes.

2    Q.  Do you have an understanding based on your participation in

3    the response on January 6th of what was happening at this point

4    on the east front?

5    A.  Yes.  It appears that the protesters were breaking through

6    the bike rack right there.

7    Q.  I'm going to skip 13 minutes ahead and play from run time

8    13 minutes and 45 seconds into the exhibit.

9         So what is the time stamp at this point in the exhibit,

10   Inspector Loyd?

11   A.  1:58 p.m. on January 6th, 2021.

12   Q.  And I'm going to play approximately 40 seconds of the

13   exhibit at this point.  And before I do that, the view -- the

14   camera view at this point has not changed since the camera view

15   that we're looking at just in the previous segment?

16   A.  No.

17              (A video recording was played.)

18   BY MR. VALENTINI:

19   Q.  I've paused the exhibit at 1:59:29 p.m.

20        Inspector Loyd, could you describe for the jury what

21   just happened in this segment of the exhibit.

22   A.  Yes.  This is on the east plaza, on the east front of the

23   U.S. Capitol, and the fence line was breached at that point.

24   Q.  And this is, perhaps, obvious but did the Capitol Police

25   open up the barriers to allow the rioters in at this point?

1    A.   No.

2    Q.   The rioters forced their way into those barricades?

3    A.   Yes.

4    Q.   And what is the time stamp at this point?

5    A.   1:59 p.m. on January 6th, 2021.

6    Q.   And if you -- could you approximate for -- or estimate for

7    the jury how far the area at the point of this breach it is

8    from the outside?

9    A.   From the House egg, approximately 50 yards.

10   Q.   You're approximating to the outside edge of the House egg

11   towards the -- towards the plaza?

12   A.   Yes.

13           MR. VALENTINI:  If you could stop publishing for a

14   second.  Thank you.

15   BY MR. VALENTINI:

16   Q.   I'm going to pull up Exhibit 110.

17           THE COURTROOM DEPUTY:  Which is in evidence.

18           MR. VALENTINI:  Admitted into evidence.

19           THE COURTROOM DEPUTY:  Are we publishing?

20           MR. VALENTINI:  Yes, we may publish.

21   BY MR. VALENTINI:

22   Q.   What area within the Capitol Grounds does this camera view

23   capture?

24   A.   The camera is shooting from the House egg at the House

25   steps.

118

```
 1   Q.  And what is the -- do you see a set of barricades in the

 2   foreground?

 3   A.  Yes.  I see bike rack towards the bottom.

 4   Q.  And would this bike rack be on the edge of the House egg?

 5   A.  Yes.

 6   Q.  And can you please circle the -- the door that you have

 7   referred to before as the upper House door for the jury.

 8   A.  That's the upper House door.

 9   Q.  And as for the line of bike racks that you just referenced,

10   do those bike racks -- did those bike racks mark the restricted

11   area on January 6th?

12   A.  Yes.

13   Q.  What is the time stamp at this point in the exhibit,

14   Inspector Loyd?

15   A.  2:14 p.m. on January 6th, 2021.

16   Q.  And do you see a line of police officers in this frame?

17   A.  Yes.

18   Q.  Could you please circle them for the jury.

19   A.  Line of police officers.

20   Q.  Are those Capitol Police officers?

21   A.  Yes.

22   Q.  Are they approximately halfway up the House steps?

23   A.  Yes.

24   Q.  And do they stand in a line?

25   A.  I'm sorry?
```

1    Q.  Do they stand in a line?

2    A.  Yes.

3    Q.  And could you explain to the jury what is the purpose of

4    having a line of police officers on the Capitol steps.

5    A.  At this particular point, they're trying to prevent people

6    from going all the way to the top of the portico.

7    Q.  And looking at the time stamp at this point, what is this

8    point in the time?

9    A.  2:14 p.m. on January 6th, 2021.

10    Q.  So this is about -- this is after the breach on the east

11    plaza that you just testified about?

12    A.  Yes, approximately 15 minutes after.

13    Q.  So 15 minutes after the breach, police officers were still

14    forming a line on the House steps to prevent the rioters from

15    approaching the House steps?

16    A.  Yes.

17    Q.  And is that consistent with your recollection?

18    A.  Yes.

19              MS. FISH:  Objection, Your Honor.  Foundation.

20              THE COURT:  Do you want to lay a foundation?

21    BY MR. VALENTINI:

22    Q.  Were you aware of the developments of -- on -- of the

23    Capitol Police response on January 6th?

24    A.  Yes.  Most of the day, because we were outnumbered and

25    overwhelmed, whenever there was a breach, there was always

1    retreat, and that continued the entire day.  So there were

2    several temporary police lines set up throughout the day.

3    Q.  Let's continue playing this exhibit until time stamp 2:21

4    p.m.

5              (A video recording was played.)

6    BY MR. VALENTINI:

7    Q.  Let me skip to 2:12 p.m. and play from there.

8              (A video recording was played.)

9    BY MR. VALENTINI:

10   Q.  And at run time 7 minutes into the exhibit, what is the

11   time stamp, Inspector Loyd?

12   A.  2:21 p.m. on January 6th, 2021.

13   Q.  I have paused this exhibit about 5 seconds into -- after --

14   at 2:21:05.

15             Inspector Loyd, do you see a gentleman at the bottom of

16   the exhibit?

17   A.  Yes.

18   Q.  And does that gentleman -- is that gentleman carrying a

19   large blue flag with white stars?

20   A.  Yes.

21   Q.  What else is the gentleman wearing?

22   A.  Appears to be a red baseball cap and a backpack on his

23   back.

24   Q.  How about the jacket?  Is he wearing a jacket?

25   A.  Yes.  Dark blue or black.

```
1    Q.  Does he appear to have a hood on?

2    A.  I'm sorry?

3    Q.  Does it appear to be a hooded jacket?

4    A.  Yes.

5    Q.  And at this point in the exhibit at 2:21:05, is the

6    gentleman on the nearside of the barricades or -- or in --

7    inside the restricted area?

8    A.  He -- he's on the outside of the restricted area.

9    Q.  And based on your knowledge of the Capitol complex, which

10   direction was the -- this -- the gentleman with the blue flag

11   and the white stars moving in the last 5 seconds since he

12   appeared in the exhibit?

13   A.  South.

14   Q.  That would be towards the location of the breach?

15   A.  No.  The location of the breach would have been behind him.

16   That's to the north of this location.  He is backpedaling.  So

17   he's backpedaling north towards the breach.

18   Q.  Okay.  I was asking -- just for clarity, I was asking from

19   the moment the -- this individual entered the frame until the

20   time we stopped the exhibit, was he walking towards the --

21   the -- in the direction of the breach?

22   A.  Can you replay the film.

23   Q.  Absolutely.

24            (A video recording was played.)

25   A.  Okay.  He's walking north towards the breach.  He turned
```

1    his back temporarily to face south, though.  He is -- he is

2    walking north.

3    BY MR. VALENTINI:

4    Q.  And we'll continue playing the exhibit until 2:21:13.  I

5    have now stopped the exhibit at 2:21:13.

6         And does -- the gentleman with the large blue flag with

7    white stars, does he appear to have moved out of the camera

8    view?

9    A.  Yes.  He -- he walked south.

10   Q.  Back in the direction from which he came?

11   A.  Correct.

12   Q.  We'll continue playing the exhibit until 2:21:30.

13              (A video recording was played.)

14   BY MR. VALENTINI:

15   Q.  Does the same gentleman with the large blue flag and white

16   stars reappear in the exhibit?

17   A.  Yes.

18   Q.  And what direction is he coming from at this point?

19   A.  He's coming from the south, walking north.

20   Q.  Let me zoom in.  Okay.  Now I'll zoom out.  I will now

21   continue playing this exhibit until 2:21:37.

22              (A video recording was played.)

23   BY MR. VALENTINI:

24   Q.  Inspector Loyd, could you tell -- could you explain what

25   you've seen in this exhibit?

1    A.  Yes.  The gentleman you were referring to earlier walked

2    north out of the camera view.

3    Q.  Which -- it's north, the direction, where the east plaza

4    had been breached minutes earlier?

5    A.  Yes.

6    Q.  I'll now continue playing this exhibit until 2:21:25.

7              (A video recording was played.)

8    BY MR. VALENTINI:

9    Q.  I've paused the exhibit at time stamp 2:22:25, which is run

10   time 8 minutes and 25 seconds into the exhibit.

11             Inspector Loyd, are you able to see a gentleman with a

12   large blue flag and white stars at this point in the exhibit?

13   A.  Yes.

14   Q.  Could you please circle the individual.

15   A.  There you go.

16   Q.  Thank you.

17             I am going to clear the mark and zoom in to that area of

18   the exhibit.

19             Aside from the large blue flag with white stars, are you

20   able to see any- -- anything distinctive about the individual

21   carrying that flag?

22   A.  Wearing, appears to be, a red hat and wearing a dark blue

23   or black jacket.

24   Q.  And do those hat and that jacket match the appearance of

25   the hat and jacket that was worn by the individual that we saw

1    at the previous point in this exhibit?

2    A.  Yes.

3    Q.  I'm going to continue playing this exhibit for the next

4    several seconds.

5                    (A video recording was played.)

6    BY MR. VALENTINI:

7    Q.  I've now stopped playing the exhibit at time stamp 2:23

8    p.m.

9          And just to be clear, since -- from the moment that the

10   individual with the large blue flag and white stars appeared at

11   the bottom of the House steps, was that within the restricted

12   area that was set up for January 6th?

13   A.  Yes.

14   Q.  And the time stamp 2:23 p.m. on -- in this exhibit, where

15   has -- the gentleman with the large blue flag and white stars

16   located?

17   A.  He has reached the top portion of the House steps.

18   Q.  Is there an area of the east front that's known as the

19   portico?

20   A.  Yes.

21   Q.  Is -- are there different porticos on the east front of

22   the -- of the Capitol?

23   A.  Yes.

24   Q.  And could you -- is one of those porticos known as the

25   House portico?

```
1    A.  Yes.

2    Q.  And is that area visible in this exhibit?

3    A.  Yes.

4    Q.  Could you tell the jury which area that is.

5    A.  Yes.  This whole area at the top of the steps is considered

6    the House portico.

7    Q.  Do you also see where you refer to as -- as the upper House

8    door at this point in the exhibit?

9    A.  Yes.

10   Q.  Could you please circle it for the jury.

11   A.  Upper House door.

12   Q.  I'm going to continue playing the exhibit.  I'm going to

13   zoom in further, and I'm going to ask you to pay attention to

14   the movement of the gentleman who's carrying the large blue

15   flag with white stars.

16              (A video recording was played.)

17   BY MR. VALENTINI:

18   Q.  I have stopped the exhibit at 9 minutes and 59 seconds into

19   the exhibit, about 2:23 p.m.  What do you see the gentleman

20   with the large blue flag and white stars do at this point in

21   the exhibit?

22   A.  He's walking at the top of the House steps.

23   Q.  Do you see if he has -- his right arm is raised?

24   A.  Yes.

25   Q.  What does he appear to be doing?
```

```
 1    A.  He appears to be filming with a cell phone.

 2              MS. FISH:  Objection, Your Honor.  Speculation.

 3              THE COURT:  Overruled.

 4              (A video recording was played.)

 5    BY MR. VALENTINI:

 6    Q.  I have paused this exhibit at 12 minutes and 16 seconds

 7    into the exhibit, which corresponds to 2:26:17 p.m.

 8         Do you see the gentleman in the red hat and the large

 9    blue flag next to the railing on the House portico?

10    A.  Yes.

11    Q.  Do you see another person in a blue or gray coat facing

12    towards the gentleman in the large blue flag?

13    A.  Yes.

14    Q.  What, if anything, does that person appear to be holding?

15    A.  It appears to be a camera.

16    Q.  Do several of the rioters who participated in the events of

17    January 6th carry recording equipment?

18    A.  Yes.

19              MS. FISH:  Objection.  Relevance.

20              THE COURT:  You -- overruled.

21    BY MR. VALENTINI:

22    Q.  For the next portion of the segment -- of this exhibit, I

23    would ask you to pay attention where the gentleman with the

24    blue hat -- with the blue flag and the other individual you

25    have identified go.
```

```
 1                    (A video recording was played.)
 2      BY MR. VALENTINI:
 3      Q.  I have stopped playing this exhibit at 13 minutes and
 4      11 seconds into the exhibit.
 5           At this point, are you still able to see the blue flag
 6      with white stars?
 7      A.  Yes.  Just barely.
 8      Q.  Are you able to see the silhouette of the individual who is
 9      holding that flag?
10      A.  Just barely.
11      Q.  Which direction has that individual moved since -- in this
12      last segment of the exhibit that we just played?
13      A.  Moved closer towards the base of the building.
14      Q.  You can still see the large white -- large blue flag with
15      white stars is still there?
16      A.  Yes.
17      Q.  If I can ask you -- the time stamp at this point is
18      2:27 p.m.?
19      A.  Yes.
20      Q.  And just by -- just for context, do you know what was
21      happening in the House Chamber at this point?
22      A.  At the House Chamber at this point, I'm pretty sure they
23      were locked down, sheltering in place.
24      Q.  Is it possible proceedings were still going on?
25                    MS. FISH:  Objection, Your Honor.  Leading.
```

```
1              THE COURT:  You can -- you can answer, but that was
2    sort of leading.
3    A.  Yeah, it's possible.  It's -- that time period was right at
4    the point where everything stopped and they locked down.  So
5    it's right around that -- that time point.
6    BY MR. VALENTINI:
7    Q.  Let's pull up a different exhibit, which is not in
8    evidence.  I'm going to pull up Government Exhibit 115.1.
9              Inspector Loyd, before you came to testify -- well,
10   first of all, can you see Exhibit 115.1 on your screen?
11   A.  Yes.
12   Q.  Before you came to testify, did you -- is this a video?
13   What kind of exhibit is it?
14   A.  It's a homemade video.
15   Q.  Before you came to testify, did you have an opportunity to
16   review the video that's been marked as Exhibit 115.1?
17   A.  Yes.
18   Q.  And did you compare the events that are captured, that are
19   reflected, in Exhibit 115.1 with the surveillance camera from
20   the Capitol Police system?
21   A.  Yes.
22   Q.  And were you able to determine when and on what day the
23   events reflected in Exhibit 115.1 happened?
24   A.  Yes.  January 6th.
25   Q.  Approximately what time?  Were you able to determine by
```

1    comparing the -- what's -- what was -- what's captured on

2    Capitol Police surveillance video with the exhibit?

3    A.  Yes.  Approximately 2:27 in the afternoon.

4    Q.  And were you able to determine where -- where the events

5    that are recorded in Exhibit 115.1 took place?

6    A.  Yes.  At the top of the House steps on the House portico.

7            MR. VALENTINI:  Your Honor, the government moves to

8    admit 115.1 into evidence.

9            MS. FISH:  Your Honor, I would renew my previous

10    objections.

11            THE COURT:  It's overruled as previously.

12            MR. VALENTINI:  Permission to publish the exhibit.

13            (Government Exhibit 115.1 admitted into evidence.)

14    BY MR. VALENTINI:

15    Q.  So now that the exhibit is published, let's compare the

16    individual who is captured -- depicted in Exhibit 115.1 with

17    the individual that we have been tracing in the Capitol Police

18    surveillance video.  Does the individual in 115.1 carry --

19    appear to be carrying a large blue flag?

20    A.  Yes.

21    Q.  Does he appear to be wearing a red hat?

22    A.  Yes.

23    Q.  Does he appear to be wearing a hooded dark-colored jacket?

24    A.  Yes.

25    Q.  Do you see a strap of -- of a backpack on his shoulder?

```
1    A.  Yes.

2    Q.  I'm going to play Exhibit 115.1.

3              (An audio-visual recording was played.)

4    BY MR. VALENTINI:

5    Q.  Inspector Loyd, on January 6th at about 2:42 p.m., was it

6    challenging times on the Capitol steps?

7    A.  Yes.

8              MS. FISH:  Objection.  Relevance.

9              THE COURT:  Overruled.

10   BY MR. VALENTINI:

11   Q.  And, Inspector Loyd, did you hear in this exhibit a

12   reference to individuals being pepper-sprayed?

13   A.  Yes.

14   Q.  And did the Capitol Police, in fact, use pepper spray on

15   January 6th?

16   A.  Yes.

17   Q.  What purpose did they use it for?

18   A.  For defense and to hold the crowd back that was pushing

19   against our perimeters.

20   Q.  Was pepper spray also used to keep people out of the

21   Capitol Building?

22   A.  Yes.

23             MR. VALENTINI:  If I can stop publishing to the jury,

24   I would pull up another exhibit, which is also not into

25   evidence.
```

1    BY MR. VALENTINI:

2    Q.  Inspector Loyd, I've pulled up what has been marked as

3    Exhibit 115.2.  Before coming to testify -- coming here to

4    testify today, did you have an opportunity to review the --

5    Exhibit 115.2?

6    A.  Yes.

7    Q.  And did you have -- did you compare the events depicted in

8    Exhibit 115.2 to the events depicted in Capitol Police

9    surveillance video?

10   A.  Yes.

11   Q.  And were you able to determine when the events depicted in

12   Exhibit 115.2 took place?

13   A.  Yes, took place at the top of the House steps in the area

14   of the House portico.

15          MR. VALENTINI:  The government moves to admit

16   Exhibit 115.2 into evidence.

17          MS. FISH:  Your Honor, I would renew my earlier

18   objection.

19          THE COURT:  Overruled for the same reasons.

20          (Government Exhibit 115.2 admitted into evidence.)

21   BY MR. VALENTINI:

22   Q.  And now that the exhibit is published to the jury, could

23   you, once again, orient the jury as to what area -- what area

24   they're seeing in this -- in this frame of the exhibit?

25   A.  Yes.  This is at the top of the House steps on the House

1    portico on the east side of the building.

2              (An audio-visual recording was played.)

3    BY MR. VALENTINI:

4    Q.  Inspector Loyd, I will pull up --

5              MR. VALENTINI:  We can stop publishing, please.

6    Thank you.

7    BY MR. VALENTINI:

8    Q.  -- Exhibit -- Government Exhibit 101, which is already in

9    evidence.

10             MR. VALENTINI:  If we could please resume publishing.

11   Thank you.

12        Thank you, Ms. Johnson.

13   BY MR. VALENTINI:

14   Q.  And could you please help the jury understand what area of

15   the Capitol complex they're seeing in Exhibit 101.

16   A.  Yes.  This is a view from atop of the upper House door.

17   Q.  So let me pull up Exhibit 500, which is also already in

18   evidence.  Let me zoom in on the House side.  Could you please

19   highlight for the jury where the upper House door is located.

20   A.  Yes.  These are the steps that go up to the upper House

21   door, and the upper House door is the circle right there.

22   Q.  Let me switch back to Exhibit 101.

23        Inspector Loyd, how far is this frame depicted in

24   Exhibit 101 from the events that were recorded and depicted in

25   Exhibit 115.1 and 115.2?

```
1    A.  Just a few feet.

2    Q.  I'm going to skip approximately 6 minutes into this

3    exhibit.  What -- we're now looking -- we're now about

4    6 minutes and 3 seconds into this exhibit.

5            What is the time stamp at this point, Inspector Loyd?

6    A.  2:40 p.m. on January 6th, 2021.

7    Q.  And I'm going to play this exhibit for about a minute and

8    47 seconds.

9            (A video recording was played.)

10   BY MR. VALENTINI:

11   Q.  I have stopped the exhibit at time stamp 2:41:50.

12           Inspector Loyd, over the last minute and 47 seconds of

13   this exhibit, did you see several individuals try to go up to

14   the upper House door?

15   A.  Yes.

16   Q.  Do you see some trying to enter?

17           MS. FISH:  Objection.  Speculation.

18           THE COURT:  You can answer.

19   A.  They approached the door, what appeared to be attempting to

20   enter.

21   BY MR. VALENTINI:

22   Q.  Did you see any of them not return back into the camera

23   view?

24   A.  No, they've returned.

25   Q.  And what -- was the upper House door at this point open?
```

134

```
1    A.   No.

2    Q.   Was it locked?

3    A.   Yes.

4    Q.   And based on your understanding of the Capitol security

5    camera, what would need to take place for that door to be

6    opened?

7    A.   Somebody from the inside -- if they don't have a key,

8    somebody from the inside would have to push on the fire door,

9    the little bar there.  And after the fire door bar is pressed,

10   eventually the door will open on its own.

11   Q.   When -- if the door is opened that way, from the inside,

12   when it's locked, would any alarm go off?

13   A.   Yes.

14   Q.   Would that be a -- would that alarm make a sound?

15   A.   Yes, a local alarm.  Yes, it would have a sound.

16   Q.   Could you describe that sound for the jury.

17   A.   Just a high-pitched squeal.

18   Q.   I'm going to pull up a video that's been marked as

19   Government Exhibit 102, which is also in evidence.

20        If you could, please, orient the jury and tell them what

21   they're seeing.

22   A.   Yes.  That is the inside of the -- of the upper House door.

23   Q.   Same door we're looking at from the outside, just from the

24   inside?

25   A.   Yes.
```

1    Q.  Let me skip to -- let me play this exhibit until we get to

2    2:41:50.

3                 (A video recording was played.)

4    BY MR. VALENTINI:

5    Q.  I have stopped -- paused this exhibit at 2:41:50.

6                 Inspector Loyd, did you see a gentleman right outside

7    the glass door of the upper House door, just the last few

8    seconds of the exhibit before I paused?

9    A.  Yes.

10   Q.  What did he appear to be doing?

11   A.  Nonverbal communication with somebody on the inside.

12   Q.  Let's switch back to exhibit -- and I am actually going to

13   continue playing this exhibit.

14                And if you could stop me when you see some individuals

15   try to open this door from the inside.

16                 (A video recording was played.)

17   A.  Yes.  Individuals opened the door from the inside.

18   BY MR. VALENTINI:

19   Q.  And what is the time stamp at this point in the exhibit?

20   A.  2:41 p.m. on January 6th, 2021.

21   Q.  And just to be clear, these individuals were successful in

22   opening the door from the inside?

23   A.  Yes.

24   Q.  And just for the record, again, the time stamp at this

25   point this door is opened from the inside at 2:41:58 p.m.?

1    A.  Yes.

2    Q.  Let's switch back now to Exhibit 101.  I'm going to jump

3    straight to 2- -- where we left off at 2:41:50.

4         This is still the outside of the upper House door?

5    A.  Yes.

6         (A video recording was played.)

7    BY MR. VALENTINI:

8    Q.  I've stopped it -- I've paused this exhibit at 2:41:59 p.m.

9         Before you testified that the door was opened from the

10   inside at 2:41:58 p.m.?

11   A.  Yes.

12   Q.  What do you see happen in this frame of Exhibit 101?

13   A.  The door is being opened up and people are entering.

14   Q.  I'm sorry.  Could you repeat the last piece of your

15   testimony.

16   A.  Yes.  The door was opened up from the inside and people

17   starting to enter from the outside.

18         (A video recording was played.)

19   BY MR. VALENTINI:

20   Q.  Now I'm going to go back slightly to the moment immediately

21   after the door was opened from the inside.  Could you please

22   say if you see anyone in the crowd outside the upper House door

23   beckoning people forward.

24   A.  Can you repeat the question.

25   Q.  If you could see anyone beckoning or signaling to other

1  people to move forward.

2  A.  Yes.

3           (A video recording was played.)

4  BY MR. VALENTINI:

5  Q.  I'm sorry.  Did you say yes?

6  A.  Yes.  The first gentleman and also this gentleman right

7  here.

8  Q.  And the time stamp here is?

9  A.  2:42 p.m. on January 6th, 2021.

10  Q.  And just to be a little more precise, it's 2:42:10 p.m.?

11  A.  Yes.  2:14 and 10 seconds, yes.

12  Q.  So at the latest, by 2:42 and 10 seconds in the afternoon

13  of January 6th, the door -- the upper House door had been

14  opened and rioters who were flowing in were signaling to other

15  rioters to move forward?

16           MS. FISH:  Objection, Your Honor.  Asked and

17  answered.  Leading.

18           THE COURT:  You can answer.

19  A.  Yes.

20  BY MR. VALENTINI:

21  Q.  Let's switch to Exhibit 110, which is also in evidence.

22           And this, again, Inspector Loyd, is the view of the same

23  upper House door, just from a different angle?

24  A.  Yes, a view from the House egg.

25  Q.  And let me jump to 2:41:58 where we left off, around the

1    time we were considering the previous exhibit.  And we'll zoom

2    in for clarity on the area -- first on the terrace and then on

3    the upper House door.

4                    (A video recording was played.)

5    BY MR. VALENTINI:

6    Q.  At this point in the exhibit, at 2:41:57, are you able to

7    see a large blue flag with white stars?

8    A.  Yes.

9    Q.  Where is it located?

10   A.  Blue flag with white stars.

11   Q.  And how far is that location from the upper House door?

12   A.  Probably 10 to 15 feet.

13   Q.  So within hearing distance?

14   A.  Yes.

15   Q.  I'm going to resume playing the exhibit for the next few

16   seconds.

17        And I'm going to ask you to let me know if you see the

18   blue flag and the person carrying the blue flag move away from

19   the terrace in a different direction.

20                    (A video recording was played.)

21   A.  Yes, moved towards the upper House door.

22   BY MR. VALENTINI:

23   Q.  And now the time frame is?

24   A.  2:42 and 8 seconds p.m.

25   Q.  Is that approximately the same time -- is that -- how --

1   how does that compare in time with the time when the upper

2   House door was breached from the inside?

3   A.  Yes, just prior.

4   Q.  Excuse me.  Could you speak into the microphone, please.

5   A.  Yeah, just prior.

6   Q.  Let me go back now to Exhibit 101.  And I'm going to,

7   again, jump forward to around the same time we were looking at

8   in the other exhibit.

9        I'm going to ask you to please let us know if you see a

10  gentleman with a large blue flag come into this camera view.

11          (A video recording was played.)

12  A.  Yes, just now.

13  BY MR. VALENTINI:

14  Q.  And what is the time stamp at this point?

15  A.  2:42 p.m. -- 2:42 and 17 seconds.

16  Q.  And before you testified that the upper House door was

17  breached for the first time from the inside at what time?

18  A.  Approximately 2:42, somewhere in that area.

19  Q.  Was it 2:41:58?

20  A.  That sounds familiar, yes.

21  Q.  And what is the time stamp now?

22  A.  Now, it's 2:42 and 17 seconds.

23  Q.  So approximately 20 seconds later?

24  A.  Yes.

25  Q.  Let me play the remainder of the exhibit.

140

```
 1                   (A video recording was played.)
 2    BY MR. VALENTINI:
 3    Q.  Let me pull down Exhibit 1.1 and pull up -- again,
 4    Exhibit 1.2 and continue playing about where we left off at
 5    2:42:05 p.m.
 6                   THE COURTROOM DEPUTY:  Mr. Valentini, you said 1.1.
 7                   MR. VALENTINI:  This is Exhibit 102.
 8                   THE COURTROOM DEPUTY:  102.  Okay.
 9                   (A video recording was played.)
10    BY MR. VALENTINI:
11    Q.  And, again, let us know if you see a man carrying a large
12    blue flag with white stars come into this camera view.
13                   (A video recording was played.)
14    A.  Yes, he's coming in now.
15    BY MR. VALENTINI:
16    Q.  And before you testified that when these doors are open
17    for -- from the inside, when they're locked, an alarm will
18    start sounding.
19    A.  Yes.  An alarm would sound, a local alarm.
20    Q.  And how long would the alarm continue to sound for?
21    A.  Until it's reset by a police officer.
22    Q.  And these doors were breached about -- less than a minute
23    before this frame when the gentleman with the large blue flag
24    enters the building?
25    A.  Yes.
```

```
 1    Q.  What does the gentleman with the large blue flag appear to

 2    be holding in his left hand?

 3    A.  Cowbells.

 4    Q.  I'm going to ask you to pay attention to what happens to

 5    those cowbells.

 6              (A video recording was played.)

 7    BY MR. VALENTINI:

 8    Q.  Do you see what the gentleman with the blue flag did with

 9    those cowbells?

10    A.  Yeah.  He lifted them up to shake them.

11    Q.  Let me pull up Exhibit 100, which is already in evidence.

12              So could you orient the jury as to what they're seeing.

13    A.  Yes.  This is a view from the inside of the upper House

14    door looking at the main door that would go into the House

15    Chamber.

16    Q.  Do you see a door in the background?

17    A.  Yes.

18    Q.  And could you please circle it for the jury.

19    A.  (Witness complying.)

20    Q.  Do you know where that door leads to?

21    A.  The House Chamber.

22    Q.  Is there anything distinctive about that door based on your

23    familiarity with the Capitol Building?

24    A.  The artwork of the handle, the black artwork, and you also

25    have the artwork to the right of it.
```

1    Q.  Now I'm going to skip forward about a minute and 50 seconds

2    into the exhibit to 2:51:50.

3         Again, could you please let us know if you see a man

4    with a large blue flag with white stars come into the picture.

5              (A video recording was played.)

6    A.  Yes, he just entered.

7    BY MR. VALENTINI:

8    Q.  Which direction is he entering from?

9    A.  He's entering in from the east, walking west.

10   Q.  Is that consistent with the video exhibit that you

11   testified about before?

12   A.  Yes.

13   Q.  Is he holding cowbells?

14   A.  Yes.

15   Q.  What is he doing?

16   A.  Shaking them.

17             MS. FISH:  Objection, Your Honor.  Best evidence

18   speculation.

19             THE COURT:  You can answer.  Overruled.

20             (A video recording was played.)

21   BY MR. VALENTINI:

22   Q.  I've paused the exhibit at 2:42:47 p.m.

23        Did you -- well, did you see the gentleman with the blue

24   flag disappear from the camera view at this point?

25   A.  Yes.  He walked south.

1    Q.  I'd like to continue playing the exhibit.

2         I'd like to ask you to let us know if you see the

3    distinctive large blue flag appear in the camera view.

4              (A video recording was played.)

5    A.  It has appeared.

6    BY MR. VALENTINI:

7    Q.  At this point -- and for the record, I've -- for the

8    record, time stamp 2:43:42?

9    A.  P.m., yes.

10   Q.  And do you see a crowd of people amassing outside that door

11   that you just identified?

12   A.  Yes.

13   Q.  The man with the large blue flag appeared to be part of

14   that crowd?

15             MS. FISH:  Objection, Your Honor.  Speculation.

16             THE COURT:  Hold on one second.

17         You can answer.

18   A.  Yes.

19             (A video recording was played.)

20   BY MR. VALENTINI:

21   Q.  I stopped -- I paused the exhibit at 2:44:34 p.m.

22         Is -- at this point is the gentleman with the large blue

23   flag still within the camera view?

24   A.  Yes.

25   Q.  Still within the vicinity of the door that you identified?

1    A.  Yes.

2    Q.  And that door is the door that leads to the House Chamber?

3    A.  Yes.

4          MR. VALENTINI:  I'm going to take down this exhibit.

5    And please stop publishing for a moment.

6          I'm going to pull up what has been marked as Government

7    Exhibit 117.

8    BY MR. VALENTINI:

9    Q.  Inspector Loyd, I have pulled up Exhibit 117.  Before

10   coming to testify, did you have an opportunity to review a

11   video that has been marked as Exhibit 117?

12   A.  Yes.

13   Q.  Did you have an opportunity to compare it to the

14   Capitol Police surveillance footage inside the

15   Capitol Building?

16   A.  Yes.

17   Q.  Were you able to determine what area is depicted in

18   Exhibit 117?

19   A.  Yeah.  It's in the area of the upper House door;

20   specifically, the inner door that leads into the House Chamber.

21   Q.  And were you able to determine at approximately what time

22   these events occurred?

23   A.  Yes.  Approximately the same time we -- on the previous

24   video.

25          MR. VALENTINI:  Your Honor, the government moves for

1    the admission of Exhibit 117 into evidence.

2              MS. FISH:  Your Honor, I would renew my previous

3    objection.

4              THE COURT:  It's admitted.

5              (Government Exhibit 117 admitted into evidence.)

6    BY MR. VALENTINI:

7    Q.  Inspector Loyd, do you see a large door in the background

8    of this exhibit at -- at the beginning of the video?

9    A.  Yes.

10   Q.  Is that the same door that you identified before in the

11   background of Exhibit 100?

12   A.  Yes.

13   Q.  I'm going to -- and, again, where does the door lead to?

14   A.  The House Chamber.

15   Q.  Approximately how far would one have to walk from that door

16   to reach the House Chamber once that door is open?

17   A.  Once you open it, the first step in is the House Chamber.

18   Q.  I'm going to play the exhibit.

19         I'm going to ask you, as you review the exhibit, to look

20   for a man with -- the man we've been tracing through the

21   building.

22              (An audio-visual recording was played.)

23              MR. VALENTINI:  At this point, if we could please

24   stop publishing, Ms. Johnson.  Thank you.

25         I'm going to pull up what has been marked as Government

1    Exhibit 116, which is also not in evidence.

2              (An audio-visual recording was played.)

3    BY MR. VALENTINI:

4    Q.  Inspector Loyd, I've pulled up what has been marked as

5    Government Exhibit 116.  Before testifying today, did you have

6    an opportunity to review the video that's been marked as

7    Exhibit 116?

8    A.  Yes.

9    Q.  And, again, were you able to compare it to Capitol Police

10   footage to compare where and when it took place?

11   A.  Yes.

12   Q.  And what did you determine?

13   A.  It's in the area of the upper House door, which leads up to

14   the interior door that goes into the House Chamber.

15             MR. VALENTINI:  The government moves for the

16   admission of Exhibit 116 into evidence.

17             MS. FISH:  Your Honor, I renew my previous objection.

18             THE COURT:  It's admitted for the previous reasons

19   stated.

20             (Government Exhibit 116 admitted into evidence.)

21             (An audio-visual recording was played.)

22   BY MR. VALENTINI:

23   Q.  Inspector Loyd, did you see a gentleman with a large blue

24   flag in the -- appear in Exhibit 116?

25   A.  Yes.

1    Q.  And was he in the vicinity of the door that you identified

2    as leading to the House Chamber?

3    A.  Yes.

4    Q.  And what -- did you also see other rioters in that area?

5    A.  Yes.

6    Q.  What were those other rioters doing at that point?

7    A.  Some of them were kicking the door.

8    Q.  And what did you -- did you -- what, if anything, did you

9    hear the gentleman in the large blue flag say?

10   A.  He was telling them to refrain from hitting the door.  It

11   was a sacred place.

12   Q.  I'm going to pull up what --

13            MR. VALENTINI:  We can stop publishing, please.

14   BY MR. VALENTINI:

15   Q.  -- what has been marked as Exhibit 103.

16            THE COURTROOM DEPUTY:  Mr. Valentini, you said 103?

17            MR. VALENTINI:  Yes.  Which is already in evidence.

18   BY MR. VALENTINI:

19   Q.  Inspector Loyd, are you -- are you able to identify --

20   identify the area that is depicted in -- well, first of all, is

21   Exhibit 103 from Capitol Police surveillance footage?

22   A.  Yes.

23   Q.  Are you able to determine which area of the

24   Capitol Building it depicts?

25   A.  Yes.  It's on the third floor around the House galleries.

1    Q.  I'm going to pull up Exhibit 509, which also is in

2    evidence.  And I've zoomed in on the House side of the third

3    floor of the Capitol Building.

4         Could you please identify for the jury where, generally,

5    the image depicted in Exhibit 103 is.

6    A.  Yes.  This is the area of the camera, and it was looking

7    down south of that hallway.

8    Q.  Thank you.

9         And could you also identify for the jury where the House

10   gallery is.

11   A.  The House gallery is on the third floor.  It looks down

12   upon the main House Floor.

13   Q.  On the map that is now on the screen, how would one go from

14   the hallway depicted in Exhibit 103 to the House gallery?

15   A.  You would have to take either an elevator or walk one

16   flight up from the second floor to the third floor.

17   Q.  So is what we have now on Exhibit 509 the second floor or

18   the third floor?

19   A.  This is the third floor.

20   Q.  So the House gallery is on the third floor; right?

21   A.  On -- that particular day, the House gallery was the second

22   and third floor.  We had members of Congress on both floors

23   because of social distancing.  Pre-COVID and after COVID, the

24   third floor is for the public, the galleries, the public

25   viewing area.

1    Q.  Were there members of Congress on the third-floor gallery

2    on January 6th, 2021?

3    A.  Yes.

4    Q.  And were there any members of Congress -- and if you --

5    looking back to Exhibit 103, I believe you testified there's a

6    hallway on the outside of the House gallery on the third floor.

7    A.  Yes.

8    Q.  And so how would one go from this hallway to accessing the

9    House gallery on the third floor?

10   A.  If this is the third floor, around the galleries, there's

11   several doors every so -- so many feet.  And you can take

12   any -- any one of those doors to enter into the House gallery.

13   These doors you see -- the doors on the east side go down this

14   hallway to the very end.  There's multiple doors that anybody

15   can enter to get into the gallery section.

16   Q.  So there's several doors on the right-hand side -- side

17   where you've marked on -- on the screen?

18   A.  Yes.

19   Q.  And on the other side of those doors, for a time, until the

20   House gallery was evacuated, members of Congress were attending

21   the proceedings?

22   A.  Yes.

23   Q.  I'm going to play Exhibit 103 starting at 2:46:48.  So

24   about 1 minute and 48 seconds into the exhibit.

25              (A video recording was played.)

1    BY MR. VALENTINI:

2    Q.  Do you see a man with a large blue flag with white stars

3    appear in the frame at that point?

4    A.  Yes.

5    Q.  Could you please circle him for the jury.

6    A.  The gentleman with the blue flag.

7    Q.  The time stamp -- could you also identify the time stamp

8    for the jury, please.

9    A.  2:46 and 56 seconds p.m. on January 6th, 2021.

10   Q.  Do you have an understanding of the status of the

11   evacuation of the third-floor gallery at this point, at 2:46,

12   approximately, on January 6th?

13   A.  Yes.  It -- it could either -- I'm not -- I don't remember

14   all the exact times, but it's in the general time frame where

15   the third floor was being evacuated.

16   Q.  I'm going to replay the last few seconds of the exhibit

17   starting at 2:46:59.

18        Do you see the gentleman with the large blue flag make a

19   turn?

20   A.  Yes.

21   Q.  Which direction did he take?

22   A.  He's heading towards the west side of the building.

23   Q.  So let me pull up Exhibit 509, which is already in

24   evidence.

25        Could you please mark for the jury on Exhibit 509 the

1    direction in which the gentleman with the large blue flag

2    turned at 1:46:59 [sic].

3    A.  Yep.  Heading west, down the hallway.

4    Q.  I'm now going to switch to Exhibit 104.  This is also in

5    evidence.

6          And, again, could you please orient the jury.  What

7    hallway are we looking at in Exhibit 104 at this point?

8    A.  Yes.  That is the hallway on the third floor.  It's on the

9    north side of the House gallery section.

10   Q.  Is that the same hallway that you just marked on the screen

11   in the previous exhibit?

12   A.  Yes.

13   Q.  Do you see a gentleman carrying a large blue flag in the

14   exhibit?  I think it's a little dark, but.

15   A.  Yes.

16   Q.  Which direction is that gentleman traveling?

17   A.  He's headed west.

18   Q.  Could you please circle the gentleman.

19   A.  (Witness complying.)

20   Q.  Inspector Loyd, to the left of the gentleman that you've

21   just circled, do you see a door?

22   A.  Yes.

23   Q.  And do you know where that door leads to?

24   A.  Yes.  That door leads into the House gallery section, which

25   was part of the House Chamber on January 6th.

```
1    Q.  And at 2:47:02 p.m., is it your understanding that the
2    House gallery was still being evacuated?
3    A.  Yes.
4               (A video recording was played.)
5    BY MR. VALENTINI:
6    Q.  I'm going to zoom in for clarity.
7               Inspector Loyd, do you have an understanding whether the
8    doors to the House gallery itself were locked at this point?
9    A.  Yes.
10   Q.  Do you know why they were locked?
11   A.  They were sheltering in place.
12   Q.  Why were members of Congress sheltering in place at this
13   point?
14              MS. FISH:  Objection.  Asked and answered repeatedly.
15              THE COURT:  You can answer.
16   A.  The House of Representatives were sheltering in place in
17   the House Chamber because of the security threat both inside
18   and outside the building.
19              (A video recording was played.)
20   BY MR. VALENTINI:
21   Q.  Was the gentleman in the large blue flag successful in
22   opening that door?
23   A.  No.
24   Q.  And this -- the last few seconds of the exhibit that we
25   just played -- and we're now looking at time stamp 2:47:16 --
```

LOYD - DIRECT

```
 1    which direction is the gentleman with the large blue flag
 2    traveling in?
 3    A.   West.
 4    Q.   I'm going to pull down this exhibit and pull up Government
 5    Exhibit 105, which is already in evidence.
 6          Inspector Loyd, once again, could you please orient the
 7    jury as to what they're seeing in this exhibit?
 8    A.   Yes.  That's the same hallway we just saw but from the west
 9    side of the hallway.
10    Q.   If we can do this quickly then.  Could you please identify
11    the hallway in Exhibit 509.
12    A.   (Witness complying.)
13    Q.   Thank you.
14          So if this is the same hallway, if the gentleman with
15    the large blue flag was previously walking west, which
16    direction -- would you expect to see him appear in this
17    frame --
18    A.   Yes.
19    Q.   -- around the same time?
20    A.   We'll see him towards the top of the picture there.
21          (A video recording was played.)
22    BY MR. VALENTINI:
23    Q.   I paused this Exhibit 105 at 2:47:34 p.m.
24          Are you able to see the gentleman with the large blue
25    flag, in fact, appear in this camera view?
```

```
1    A.  Yes.

2    Q.  Could you please circle him for the jury.

3    A.  (Witness complying.)

4    Q.  Is he, in fact, continuing to travel west -- in the west

5    direction?

6    A.  Yes.

7    Q.  I've now paused the exhibit at 2:47:47 p.m.

8         Did you see the gentleman in the large blue flag make --

9    take a turn as he was walking westward?

10   A.  Yes.

11   Q.  And where is he looking out?

12   A.  He's looking out a window that has a view of the West Front

13   of the Capitol.

14   Q.  And based on your experience on January 6th, do you have an

15   understanding of what was happening on the West Front of the

16   Capitol at about 2:47 p.m.?

17   A.  Yes.  It was completely overrun by protesters.

18   Q.  So anything obstructing the view from this window to the

19   West Front of the Capitol?

20   A.  It's not a direct view.  It's on an angle, but you can get

21   a good glimpse of the West Front from that angle.

22              (A video recording was played.)

23   BY MR. VALENTINI:

24   Q.  I've now paused the exhibit at 2:48:03 p.m.

25         Is the gentleman with the large blue flag still visible
```

LOYD - DIRECT

1    at this point in the exhibit?

2    A.  No.

3    Q.  In which direction has he disappeared from the camera view?

4    A.  He's west of that particular camera view.

5    Q.  At this point I'd like to -- I'll pull up a different

6    exhibit, which is 111.

7            Once again, Inspector Loyd, I'm going to ask you to

8    orient the jury as to what they're seeing in Exhibit 111.

9    A.  Yes.  This is the west side of the House gallery on the

10   west side of the building on the third floor.

11   Q.  So, again, without getting into specifics of the location

12   of the cameras, could you identify the general view -- camera

13   view in Exhibit 111?

14   A.  It's the hallway there circled in green.

15   Q.  Thank you.

16           Right where this hallway meets the hallway we were

17   previously looking at in a different exhibit, is there an

18   office?

19   A.  Yes.

20   Q.  Do you know what's the designation on that office?

21   A.  Appears to say appropriations at the top.

22   Q.  Could you please circle it for the jury.

23   A.  (Witness complying.)

24   Q.  Are the offices of House committees open to the public?

25   A.  Some of them are.

 1    Q.  Were they open on January 6th, 2021?

 2    A.  No.

 3    Q.  In fact, the whole building was not open to the public?

 4    A.  No, it was not.

 5    Q.  The whole restricted area was not open to the public?

 6    A.  No.

 7    Q.  And looking at time stamp now, we're looking at 2:47:53?

 8    A.  Yes.

 9    Q.  Is that -- is that around the same time as the -- as we

10    were looking at in the previous exhibit, 105?

11    A.  Yes.

12    Q.  I've paused the exhibit at 2:48:06.

13         Inspector Loyd, do you see a glimpse of what looks like

14    a red hat at the bottom of the frame?

15    A.  Yes.

16    Q.  A glimpse of what looks like a flagpole?

17    A.  Yes.

18    Q.  A glimpse of what looks like a large blue flag?

19    A.  Yes.

20              (A video recording was played.)

21    BY MR. VALENTINI:

22    Q.  Which direction is the individual carrying that flag

23    traveling?

24    A.  West.

25    Q.  Towards or away from the House appropriations committee?

```
 1    A.  Towards.

 2               (A video recording was played.)

 3    BY MR. VALENTINI:

 4    Q.  I've paused the exhibit again at 2:48:44.

 5          Do you see a flag?

 6    A.  Yes.  Flagpole, yes.

 7    Q.  Do you see a gentleman wearing a dark-colored hooded

 8    jacket?

 9    A.  Yes.

10    Q.  Carrying the flag?

11    A.  Yes.

12    Q.  We've now paused the exhibit at 2:48:48 p.m.  Does that

13    gentleman also appear to be carrying white cowbells?

14    A.  Yes.

15    Q.  In his left hand?

16    A.  Yes.

17               (A video recording was played.)

18    BY MR. VALENTINI:

19    Q.  I've now paused the exhibit at 2:48:55 p.m.

20          What does the gentleman carrying the cowbells and the

21    large blue flag with white stars appear to be doing?

22    A.  Could you repeat.  I missed that part.

23               (A video recording was played.)

24    A.  Appears to open the door to go towards the appropriations

25    room.
```

```
 1                    (A video recording was played.)
 2    BY MR. VALENTINI:
 3    Q.  Inspector Loyd, do you see two Capitol Police officers in
 4    the background of this exhibit at 2:49:16 p.m.?
 5    A.  Yeah.  I actually see three, if you include myself.
 6    Q.  That was going to be my next question.  Can you circle
 7    yourself in this picture.
 8    A.  (Witness complying.)
 9    Q.  Could you please tell the jury what you were doing on
10    the third-floor gallery at this point at approximately
11    2:49:16 p.m.
12    A.  Evacuating the members of the House who were all on the
13    third floor.
14    Q.  Could you estimate how far is the location where you are
15    standing at this point in the exhibit at 2:49:16 p.m. from the
16    House appropriations committee that we just saw?
17    A.  About 10 feet.
18                    (A video recording was played.)
19               MR. VALENTINI:  If we could please stop publishing
20    for a moment, please.  Thank you.
21               THE COURT:  Mr. Valentini, how much longer do you
22    expect to be with this witness?
23               MR. VALENTINI:  Probably a half hour.
24               THE COURT:  Okay.  So is now a logical place to take
25    a break?
```

1           MR. VALENTINI:  It is a logical place for a break.

2           THE COURT:  We're going to take a ten-minute break.

3    This will be our morning break.

4           (Recess taken.)

5           (Proceedings held out of the presence of the jury.)

6           THE COURT:  All right.  Are we ready to bring the

7    jury back in?

8           MS. FISH:  Yes, Your Honor.

9           THE COURT:  Okay.

10          (Proceedings held in the presence of the jury.)

11          THE COURT:  All right.  Welcome back.

12      We'll continue with the direct examination of Inspector

13   Loyd.

14   BY MR. VALENTINI:

15   Q.  Welcome back.

16   A.  Yes.

17   Q.  I'd like to pull up Exhibit 105 again.

18          If you recall, Mr. Loyd, we left Exhibit 105 at

19   approximately 2:48 p.m.  Do you recall that?

20   A.  Yes.

21   Q.  When the gentleman with the large blue flag was exiting the

22   camera view in the forefront of the exhibit?

23   A.  Yes.

24   Q.  I'm going to continue playing the exhibit and would ask

25   that you please let me know if you see the gentleman with the

1    large blue flag reappear in the camera view.

2              (A video recording was played.)

3    BY MR. VALENTINI:

4    Q.  At this point at 2:48:43, are you seeing the gentleman with

5    the large blue flag reappear in this camera view?

6    A.  No.

7    Q.  But did you see some individuals who were walking at a fast

8    pace down this hallway?

9              MS. FISH:  Objection, Your Honor.  Relevance.  403.

10             THE COURT:  You can answer.

11   A.  Yes.

12   BY MR. VALENTINI:

13   Q.  And were you in the general area of this location at that

14   point?

15   A.  Yes.  I was around the corner.

16   Q.  Do you have an understanding of why the individuals were

17   walking at a fast pace?

18             MS. FISH:  Objection, Your Honor.  Speculation.

19   Foundation.

20             THE COURT:  You can answer, to the extent you know.

21   A.  At this point we were evacuating the House members from the

22   third floor and some officers had their guns out.

23   BY MR. VALENTINI:

24   Q.  Again, if you could please let me know if you see the

25   gentleman with the large blue flag appear within camera view.

```
 1                    (A video recording was played.)

 2     BY MR. VALENTINI:

 3     Q.  I've paused the exhibit at 2:49:12.

 4          At this point have you seen the gentleman with the large

 5     blue flag appear within camera view?

 6     A.  No.

 7     Q.  Do you see a law enforcement officer at the very end of the

 8     background of the exhibit?

 9     A.  Yes.

10     Q.  Does that gentleman appear to be in a cover position?

11     A.  He's in a -- we call a field stance, like he's confronting

12     somebody.

13     Q.  Does he appear to have a weapon drawn?

14     A.  Yes.

15     Q.  Do you see a gentleman with a large blue flag come into the

16     camera view?

17     A.  Yes.

18     Q.  The time stamp now is?

19     A.  2:49 p.m. and 28 seconds.

20     Q.  And what direction is the gentleman with the large blue

21     flag traveling in?

22     A.  Traveling east now.

23                    (A video recording was played.)

24     BY MR. VALENTINI:

25     Q.  I've paused the exhibit at 2:49:37.
```

1       Do you see the gentleman with the large blue flag change

2  direction or stop?

3  A.  Yes.

4  Q.  Around the same time, did you see the officer at the

5  very -- in the very end of the background of this exhibit

6  signal something?

7  A.  Yes.  He appears to be communicating with them.

8  Q.  To be clear, that's the officer that had the weapon drawn?

9  A.  Yes.

10       (A video recording was played.)

11  BY MR. VALENTINI:

12  Q.  I've now paused the exhibit at 2:49 and 47 seconds.  Could

13  you describe where the -- for the jury what you see the

14  individuals in the hallway do at this point.

15  A.  They begin lying on the floor.

16       (A video recording was played.)

17  BY MR. VALENTINI:

18  Q.  I've paused the exhibit at 2:51:05 p.m.  Do you see any

19  additional law enforcement officers appear in the -- in the far

20  end of the exhibit?

21  A.  Yes.

22  Q.  Are the events that are depicted in this last segment of

23  the exhibit consistent with an attempt to secure the area?

24  A.  Yes.

25  Q.  And from your experience on January 6th, do you know what

1    the purpose of securing the area at that particular point was?

2    A.  Yes.  To assist me evacuating the members of Congress from

3    the third floor.

4    Q.  I've paused the exhibit at 2:53:10 p.m.  What appears to be

5    happening that involves the gentleman who was carrying the

6    large blue flag?

7    A.  It appears he's being taken into custody by a

8    Capitol Police officer.

9    Q.  Is it possible he's being searched?

10   A.  Yes.

11              (A video recording was played.)

12   BY MR. VALENTINI:

13   Q.  Do you recognize the officer who's searching the gentleman

14   with the large blue flag?

15   A.  I recognize his face.  I can't remember his name.

16              (A video recording was played.)

17   BY MR. VALENTINI:

18   Q.  I've paused the exhibit at 2:55:06 p.m.

19              Inspector Loyd, do you see a group of law enforcement

20   officers who are walking down the hall at this point?

21   A.  Yes.

22   Q.  Are they Capitol Police officers?

23   A.  There's some Capitol Police.  The ones in the green are

24   from an outside agency.

25   Q.  Do you have an understanding of what that particular group

1    of officers were doing at that time?

2               MS. FISH:  Objection.  401, 403.

3               THE COURT:  You can answer.

4    A.  They were there to assist to secure the third floor so we

5    could safely evacuate the members.

6               (A video recording was played.)

7    BY MR. VALENTINI:

8    Q.  I've paused the exhibit at 2:57:10 a.m.

9               With respect to the man with the large blue flag, what

10   appears to be happening?

11   A.  He appears to be taken into custody.

12   Q.  Handcuffed?

13   A.  Yes.

14               (A video recording was played.)

15   BY MR. VALENTINI:

16   Q.  I've paused the exhibit at 23:75:50.  Did you see the

17   gentleman who previously had a large blue flag walk in a

18   certain direction in this hallway?

19   A.  Yeah, heading east.

20   Q.  Was he followed by a Capitol Police officer?

21   A.  Yes.

22   Q.  Same Capitol Police officer that had previously been

23   handcuffing him?

24   A.  Yes.

25   Q.  I'm going to pull up Exhibit 106, which is already in

1    evidence.

2         Inspector Loyd, I'm going to ask you, once again, to

3    please orient the jury to what we see on this exhibit.

4    A.  Yes.  This is a hallway that is north of the hallway we

5    just saw leading away from the House galleries.

6    Q.  I'm going to pull up Exhibit 509.  I'm going to ask you to

7    please mark the general area where this hallway is located on

8    the third floor of the Capitol Building.

9    A.  This is the general area of -- it's not working.

10        That's the general area of the hallway.

11   Q.  Somewhere in between the House gallery and the Rotunda?

12   A.  Yes.

13   Q.  Let's go back to Exhibit 106.  And I'm going to skip

14   forward about 30 seconds.

15        Could you please let me know if you see a gentleman walk

16   by that matches the description of the gentleman we've been

17   tracking today.

18             (A video recording was played.)

19   A.  Yes.

20   BY MR. VALENTINI:

21   Q.  Could you please circle him for the jury.

22   A.  (Witness complying.)

23   Q.  I'm going to switch to Exhibit 107, which is also already

24   in evidence.

25        Inspector Loyd, what area of the Capitol is depicted in

```
1         Exhibit 107?
2         A.  This is the stairwell that leads -- actually goes from the
3         third floor all the way down to the first floor, depending on
4         how far you take it.
5         Q.  So switching back to Exhibit 509, which is the map of the
6         third floor of the Capitol, could you please mark the area of
7         the staircase for the jury.
8         A.  The stairwell is in that area.
9         Q.  Could you please take a moment to mark the path of travel
10        that the gentleman -- well, no.  Let's switch back to
11        Exhibit 107 first.
12            Let me play the exhibit, and please let me know if you
13        see an individual that matches the description of the gentleman
14        who was carrying a large blue flag.
15                (A video recording was played.)
16        A.  Yes, going down the stairs now.
17        BY MR. VALENTINI:
18        Q.  And, again, could you please circle him for the jury.
19        A.  (Witness complying.)
20        Q.  And this is at time mark three -- 3 o'clock and
21        24 seconds?
22        A.  Yes.
23        Q.  Is he being followed by a Capitol Police officer?
24        A.  Yes.
25                (A video recording was played.)
```

```
 1    BY MR. VALENTINI:
 2    Q.  I've paused the exhibit at 3 o'clock and 34 seconds.
 3          The gentleman who was previously carrying the blue flag
 4    was traveling downstairs, not upstairs?
 5    A.  Correct.
 6    Q.  I've now stopped the exhibit at 3 o'clock and 46 seconds.
 7          Do you see any other individuals traveling down the same
 8    staircase?
 9    A.  Yes.
10    Q.  Do you see a large blue flag with white stars?
11    A.  Yes.
12    Q.  Does it appear to be the same flag that was previously
13    being carried by the individual that we've been following in
14    your testimony?
15    A.  Yes.
16    Q.  Switching back to Exhibit 509, could you please mark on the
17    screen for the jury the path of travel of the gentleman we've
18    been following from the House gallery to the stairs.
19    A.  We start off at the House gallery, going down the
20    hallway, and eventually to the stairs area.  They go down one
21    level.
22    Q.  And you said those stairs lead -- if one gets up those
23    stairs to the second floor, what general area of the Capitol
24    does one arrive at?
25    A.  When you get to the second floor, that stairwell leads you
```

1    to the main Rotunda door on the second floor.

2    Q.  I would like -- we'll pull up what has been marked as

3    Exhibit 108.

4        Again, Inspector Loyd, could you please tell the jury

5    what they're seeing.

6    A.  Yes.  This is a view -- the main -- the camera is on top of

7    the main Rotunda door pointed inwards.  The inner door with all

8    the people is, actually, the Rotunda itself.

9    Q.  And do you see a set of stairs on the left-hand side of the

10   frame?

11   A.  Yes.

12   Q.  Are those the same -- are those the same stairs that were

13   captured -- that are captured in Exhibit 107?

14   A.  Yes.

15   Q.  I'm now going to play the exhibit.

16       If you could please let us know if you see the gentleman

17   that we've been following today in this exhibit.

18            (A video recording was played.)

19   A.  Yes.

20   BY MR. VALENTINI:

21   Q.  Would you please circle him for the jury.

22   A.  (Witness complying.)

23   Q.  What is the time stamp at this point?

24   A.  3:00 p.m. and 50 seconds.

25   Q.  Is that about a minute after the time stamp in Exhibit 107

```
1    we were looking at?
2    A.  Yes.
3    Q.  Is that consistent with your understanding of how long it
4    takes to travel from the location in Exhibit 107 to the
5    location in Exhibit 108?
6    A.  Yes.
7              (A video recording was played.)
8    BY MR. VALENTINI:
9    Q.  Just going to ask you to follow and pay attention to what
10   the gentleman in -- now the red hat and followed by the -- the
11   Capitol Police officer is doing.
12             (A video recording was played.)
13   BY MR. VALENTINI:
14   Q.  Do you see -- I've paused the exhibit at 3:01:49.
15        Do you see the gentleman in this exhibit?
16   A.  Yes.
17   Q.  Could you please circle him.
18   A.  (Witness complying.)
19   Q.  I'm going to continue playing.
20             (A video recording was played.)
21   BY MR. VALENTINI:
22   Q.  I've paused the exhibit at 3:02:28 -- 3:02 p.m. and
23   28 seconds.
24        At this point in the exhibit, do you see the officer
25   who's previously with this gentleman leave the area?
```

```
1    A.  Yes.

2    Q.  Where does he go?

3    A.  He goes back up the stairs.

4    Q.  And where is the gentleman whom we've been following

5    located at this point?

6    A.  Still on the second floor.

7    Q.  He's still --

8                    (A video recording was played.)

9    BY MR. VALENTINI:

10   Q.  And at -- I paused the exhibit at 3:02:57.

11             At this point does it appear that the gentleman with the

12   red hat, previously with the large blue flag, is still

13   handcuffed?

14   A.  Yes.  He appears handcuffed, but it appears he has people

15   attempting to get them off.

16                    (A video recording was played.)

17   BY MR. VALENTINI:

18   Q.  And just to say the obvious, the people you just

19   referenced, those are not -- those are other rioters?

20   A.  Yes.

21   Q.  I've paused the exhibit at 3:03:46.

22             Does it appear that the gentleman in the red hat is now

23   without handcuffs?

24   A.  Correct.

25                    (A video recording was played.)
```

1    BY MR. VALENTINI:

2    Q.  I've paused the exhibit at 3:04:35.

3          Could you describe what you've seen happen since the

4    last time we stopped the exhibit?

5    A.  Yes.  The gentleman with the red hat we've been

6    following picked up his backpack and his blue flag with white

7    stars.

8    Q.  And which direction is he traveling now?

9    A.  East towards the Rotunda door.

10   Q.  That's the door that gets out to the outside of the

11   building?

12   A.  Yes.

13          (A video recording was played.)

14   BY MR. VALENTINI:

15   Q.  I'm going to pull down Exhibit 109 and pull up -- pull down

16   Exhibit 108 -- I'm sorry -- and pull up Exhibit 109, which is

17   also in evidence.

18          Inspector Loyd, could you tell the jury what they're

19   seeing?

20   A.  You're facing the upper Rotunda door that leads to the

21   outside of the building.

22   Q.  And what is the time stamp at this point?

23   A.  3:04 p.m.

24   Q.  Could you please let me know if you see the gentleman

25   who -- with the large blue flag appear in this camera view.

```
1                    (A video recording was played.)

2     A.  Yes.

3     BY MR. VALENTINI:

4     Q.  Could you please circle him for the jury.

5     A.  (Witness complying.)

6     Q.  Inspector Loyd, this is just the same side of events

7     depicted in -- that were depicted in Exhibit 108, just from a

8     different angle?

9     A.  Yes.

10                   (A video recording was played.)

11    BY MR. VALENTINI:

12    Q.  Inspector Loyd, towards the end of the exhibit, did the

13    gentleman with the red hat appear to be leaving the

14    Capitol Building?

15    A.  Yes.

16    Q.  I'm going to pull up exhibit --

17              MR. VALENTINI:  Brief indulgence.

18    BY MR. VALENTINI:

19    Q.  I'm going to pull up Exhibit 113.2, which is already in

20    evidence.

21         Could you please tell the jury what they're seeing in

22    Exhibit 113.2.

23    A.  They're seeing the center of the Rotunda steps on the east

24    front of the Capitol.

25    Q.  What's the time stamp at this point?
```

```
1   A.  3 o'clock and 1 second p.m. on January 6th.
2   Q.  Could you please compare what the jury is seeing in this
3   exhibit to the Rotunda door that you just referenced when
4   discussing the previous exhibit.
5   A.  Yes.  You're seeing the outside of the Rotunda door that's
6   in the middle of the frame.
7   Q.  Could you please circle the Rotunda door.
8   A.  (Witness complying.)
9   Q.  So anyone who's coming out through the Rotunda door would
10  appear through those doors?
11  A.  Yes.
12  Q.  I'd like to fast-forward to 3:06 and 43 seconds.  I'm going
13  to zoom in for clarity.  I'm going to focus on the Rotunda door
14  area of the steps.
15      I'm going to ask you, Inspector Loyd, to please let me
16  know if you see a gentleman with a large blue flag in the
17  general area outside the Rotunda door.
18          (A video recording was played.)
19  A.  Yes.
20  BY MR. VALENTINI:
21  Q.  Could you please circle --
22  A.  (Witness complying.)
23  Q.  -- the flag.
24      Thank you.
25      I'm going to ask you to just pay attention to the
```

174

```
1    movement of the gentleman -- or the individual carrying the

2    large blue flag.

3                   (A video recording was played.)

4    BY MR. VALENTINI:

5    Q.  Which direction is the gentleman with the large blue flag

6    traveling at this point in the exhibit?

7    A.  East.

8    Q.  That would be down the center steps?

9    A.  Yeah, down the stairs heading east.

10                  (A video recording was played.)

11   BY MR. VALENTINI:

12   Q.  I've paused the exhibit at 3:08:29.

13        Has the gentleman with the large blue flag exited the

14   camera view at this point?

15   A.  Yes.

16   Q.  Which direction is he traveling?

17   A.  He was traveling south.

18   Q.  Would that be towards the House or the Senate?

19   A.  The House.

20              MR. VALENTINI:  Ms. Johnson, if we can please stop

21   publishing for a second.  Thank you.

22   BY MR. VALENTINI:

23   Q.  I'm going to pull up what is -- what has been marked as

24   Exhibit 119.

25        Inspector Loyd, did you see the photograph that's been
```

1    marked as Exhibit 119 before coming here to testify today?

2    A.  Yes.

3    Q.  Is this a still shot from Capitol Police surveillance

4    video?

5    A.  No.

6    Q.  Were you able to determine based -- did you compare the

7    image in Exhibit 118 to Capitol Police surveillance video?

8    A.  Yes.

9    Q.  Were you able to determine where it was taken?

10   A.  Yes.

11   Q.  And when it was taken?

12   A.  Yes.

13   Q.  And what is that?

14   A.  January 6th, 2021.

15   Q.  And where is that?

16   A.  It's on the main Rotunda stairs on the east front of the

17   Capitol.

18   Q.  And is that about the same time as the exhibit we just

19   reviewed?

20   A.  Yes.

21             MR. VALENTINI:  The government moves for admission of

22   Exhibit 119.

23             MS. FISH:  Your Honor, I renew my previous objection.

24             THE COURT:  Overruled for the same reasons stated

25   previously.

```
1              (Government Exhibit 119 admitted into evidence.)

2     BY MR. VALENTINI:

3     Q.  Inspector Loyd, could you please circle the gentleman with

4     the large blue flag for the jury.

5     A.  (Witness complying.)

6     Q.  And based on your comparison of this still image and the

7     Capitol Police surveillance video, this image was taken

8     approximately at the time when this gentleman was walking down

9     the steps?

10    A.  Yes.

11             MR. VALENTINI:  If you could please stop publishing

12    for a second.  Thank you.

13    BY MR. VALENTINI:

14    Q.  I've pulled up what's been marked as Government

15    Exhibit 120, which is not yet in evidence.

16             Inspector Loyd, did you have the opportunity to review

17    this photograph prior to testifying today?

18    A.  Yes.

19    Q.  And did you have -- did you compare it to Capitol Police

20    surveillance video?

21    A.  Yes.

22    Q.  And were you able to determine when and where this

23    photograph was taken?

24    A.  Yes.

25    Q.  What -- when was it taken?
```

1    A.  On January 6th, 2021.

2    Q.  Were you able to determine the time line a little bit more

3    precisely based on other Capitol Police surveillance video?

4    A.  Yes.

5    Q.  What time was this video taken?

6    A.  Around 3 o'clock in the afternoon.

7    Q.  And where was it taken, again?

8    A.  On the east front center Rotunda steps.

9         MR. VALENTINI:  Your Honor, the government moves for

10   the admission of Exhibit 120 into evidence.

11        MS. FISH:  Your Honor, I would renew my previous

12   objection.

13        THE COURT:  What number was that again?

14        MR. VALENTINI:  120.

15        THE COURT:  It's admitted for the same reasons

16   previously stated.

17        (Government Exhibit 120 admitted into evidence.)

18   BY MR. VALENTINI:

19   Q.  Inspector Loyd, did you see a gentleman with a large blue

20   flag we've been tracing -- that we've been following today in

21   this Exhibit 120?

22   A.  Yes.

23   Q.  And could you please circle him for the jury.

24   A.  (Witness complying.)

25        MR. VALENTINI:  Ms. Johnson, if you can please stop

1    publishing for a second.  Thank you.

2    BY MR. VALENTINI:

3    Q.  I'm going to pull up what has been marked as Government

4    Exhibit 302.

5        Inspector Loyd, is this -- can you see Exhibit 302 on

6    your screen?

7    A.  Yes.

8    Q.  Is this from Capitol Police surveillance video?

9    A.  Yes.

10        MR. VALENTINI:  Government moves for the admission of

11   302 into evidence.

12        MS. FISH:  No objection, Your Honor.

13        THE COURT:  It's admitted.

14        (Government Exhibit 302 admitted into evidence.)

15   BY MR. VALENTINI:

16   Q.  Inspector Loyd, I'm also going to --

17        MR. VALENTINI:  If we can stop publishing, please.

18   Thank you.

19   BY MR. VALENTINI:

20   Q.  I'm also going to ask you to look at what has been marked

21   as Exhibit 115A, which is a collection of photographs.

22        Inspector Loyd, do you recognize what these photographs

23   are?

24   A.  Yes.

25   Q.  What are they?

1    A.  Photographs from January 6th.

2    Q.  Are these still images from Exhibit 115.1 and -- and/or

3    115.2?

4    A.  Yes.

5            MR. VALENTINI:  Your Honor, the government moves for

6    the admission of 115A into evidence.

7            MS. FISH:  And, Your Honor, I'd object, just on my

8    previous objection to the video.

9            THE COURT:  It's overruled for the same previous

10   reasons stated.

11           (Government Exhibit 115A admitted into evidence.)

12           MR. VALENTINI:  If we could publish.  Thank you.

13       Brief indulgence.

14   BY MR. VALENTINI:

15   Q.  Thank you, Inspector Loyd.

16           MR. VALENTINI:  The government has no further

17   questions at this point.

18           THE COURT:  Thank you.

19                       CROSS-EXAMINATION

20   BY MS. FISH:

21   Q.  Good morning -- or, actually, I think, good afternoon.

22   A.  Good afternoon.

23   Q.  Inspector Loyd --

24           MS. FISH:  And I just want to make sure we're

25   connected on the defense table.

```
 1    BY MS. FISH:

 2    Q.  Now, you testified today about a man you traced with a blue

 3    flag with white stars; correct?

 4    A.  Yes.

 5    Q.  I'm going to call that the unique blue flag to save us all

 6    the -- the breath.

 7         You never met that man?

 8    A.  No.

 9    Q.  You never encountered him personally on January 6th?

10    A.  No.

11    Q.  You're simply testifying from your review of the videos?

12    A.  Yes.

13    Q.  And it's fair to say you know the Capitol Building

14    extremely well?

15    A.  Yes.

16    Q.  You've been stationed there for over four years?

17    A.  Yes.

18    Q.  And your job is to protect the building?

19    A.  Yes.

20    Q.  And I want to talk a little bit about that compilation

21    video that we saw, the Government's G114.  And I'd like to

22    bring up a map to help us talk about that.

23    A.  Okay.

24    Q.  And I'm going to show you what's been marked as

25    Exhibit D152, and it's blown up.  So I'm going to show that.
```

```
1                 MS. FISH:  Your Honor, may I approach?

2                 THE COURT:  You may.

3                 MS. FISH:  Thank you.

4       BY MS. FISH:

5       Q.  Inspector Loyd, do you recognize what I'm showing you?

6       A.  Yes.

7       Q.  And is that a --

8                 THE COURT:  Ms. Fish, do you want the easel?

9                 MS. FISH:  It hasn't been admitted yet.  So I don't

10      know if the Court would prefer I show the jury.

11                THE COURT:  Go ahead.

12      BY MS. FISH:

13      Q.  Is that an aerial map of the U.S. Capitol Building?

14      A.  Yes.

15      Q.  And is it fair and accurate?

16      A.  Yes.

17                MS. FISH:  Move to admit.

18                THE COURT:  Any objection?

19                MR. VALENTINI:  May I have an opportunity to review

20      it?

21           No objection.

22                THE COURT:  It's admitted.

23           And you can set it up on the easel.  Thank you.

24                (Defendant Exhibit 152 admitted into evidence.)

25                MS. FISH:  Can all the jurors see?  No?
```

```
 1              Wonderful.
 2    BY MS. FISH:
 3    Q.  So I'd like to pull up on the screen previously admitted
 4    G114.  That was the government's compilation video.
 5              And, Inspector Loyd, if I may approach, I'm going to
 6    hand you a very exciting red pen.
 7    A.  Okay.
 8              MR. VALENTINI:  Your Honor, may I sit in the gallery
 9    so I may have an opportunity to see what's marked?
10              THE COURT:  You may.
11    BY MS. FISH:
12    Q.  Now, before we get into the compilation video, you've
13    watched that video several times?
14    A.  Yes.
15    Q.  You're familiar with what it depicts?
16    A.  Yes.
17    Q.  And that unique blue flag is not in that video?
18    A.  No.
19    Q.  So I'd like to pull up about 1 minute 15 seconds run time
20    of G114.
21              MS. FISH:  And can we please play briefly and pause.
22              (A video recording was played.)
23    BY MS. FISH:
24    Q.  Now, this, you said, was on the west side of the
25    Capitol Building?
```

```
 1    A.  Yes.

 2    Q.  Could you, please, with the --

 3             THE COURTROOM DEPUTY:  Ms. Fish, I'm sorry to

 4    interrupt.  G114 is referring to Government's Exhibit 114?

 5             MS. FISH:  Yes, I apologize.

 6    BY MS. FISH:

 7    Q.  Inspector Loyd, if you would please indulge me.  If you

 8    could take that red pen and write G114 in the area that we're

 9    looking at on the video screen.

10    A.  (Witness complying.)

11    Q.  And that is on the west side of the building; correct?

12    A.  Yes.

13    Q.  And the Peace Circle -- you also spoke about the

14    Peace Circle.  With that red pen, could you please write Peace

15    in the area where the Peace Circle is?

16    A.  That's not on this.

17    Q.  Oh, that's not on this.  I apologize.

18             MS. FISH:  And now if we could move in G114 up to

19    about 1 minute 50 seconds run time.

20             And press play, please.  And pause.

21    BY MS. FISH:

22    Q.  Inspector Loyd, this is an area on the east side of the

23    building; correct?

24    A.  Correct.

25    Q.  And it's in that center pathway?
```

1    A.  Correct.

2    Q.  It's near the elevators that go to the visitors center?

3    A.  Yes.

4    Q.  On this map, would you please circle that area, just that

5    area between the elevator towers.

6    A.  (Witness complying.)

7           MS. FISH:  And I'd like to go next to -- and we

8    also -- I'd like to go next to 2 minutes 26 seconds run time of

9    G114 and to press play, please.  And pause.

10   BY MS. FISH:

11   Q.  And, Inspector Loyd, this is the Rotunda steps; correct?

12   A.  Yes.

13   Q.  Now, looking at that map on the east side of the Capitol,

14   there's three separate stairways?

15   A.  Yes.

16   Q.  There's the Rotunda stairs in the middle?

17   A.  Yes.

18   Q.  There's the center stairs to the north?

19   A.  Yes.

20   Q.  And the north is the top of that map?

21   A.  Yes.

22   Q.  And then there's the House stairs to the south?

23   A.  Correct.

24   Q.  At the bottom of that map?

25   A.  Yes.

1    Q.  Would you please write Rotunda stairs or Rotunda, RS, near

2    the Rotunda stairs that we're seeing right now.

3    A.  (Witness complying.)

4    Q.  Thank you.

5            MS. FISH:  And if we could please advance to

6    3 minutes 7 seconds run time.  And press play.  And pause.

7    BY MS. FISH:

8    Q.  Now, Inspector Loyd, you testified that this was the breach

9    of the building, the first one; is that correct?

10   A.  Yes.  To the interior, yes.

11   Q.  And that was the Senate wing doors?

12   A.  Yes.

13   Q.  And those are on the west side of the building; correct?

14   A.  Yes.

15   Q.  Towards the north end of the building?

16   A.  Yes.

17   Q.  And when we're speaking about the Capitol Building, the

18   Senate Chamber is towards the north?

19   A.  Yes.

20   Q.  And the House towards the south?

21   A.  Yes.

22   Q.  So rooms or hallways that have Senate in the name tend to

23   be in the north half of the building?

24   A.  Yes.

25   Q.  And with House in the name, in the south?

```
 1    A.  Yes.

 2    Q.  Would you please, if you don't mind, on this map write G114

 3    where these Senate wing doors are.

 4    A.  (Witness complying.)

 5          MS. FISH:  And if we could please advance to

 6    5 minutes 5 seconds run time on G114.

 7    BY MS. FISH:

 8    Q.  And what we're seeing here are the Senate carriage

 9    entrance?

10    A.  Yes.

11    Q.  So that's at the north end of the building?

12    A.  Yes.

13    Q.  And it's actually underneath those Senate stairs?

14    A.  Correct.

15    Q.  Could you please, again, put maybe SCE for Senate carriage

16    entrance where that is.

17    A.  (Witness complying.)

18          MS. FISH:  And if we could skip ahead to 10 minutes

19    5 seconds run time.  And we can pause.

20    BY MS. FISH:

21    Q.  And you testified that this is the hallway outside the

22    Senate gallery; correct?

23    A.  Yes.

24    Q.  So that's at the north end of the building?

25    A.  Yes.
```

```
 1    Q.  Could you put a little line in the general area in the

 2    hallway where that is on the map.

 3    A.  (Witness complying.)

 4    Q.  And I believe you stated -- I just want to make sure I

 5    understood that -- that's on the third floor of the building;

 6    is that correct?

 7    A.  Yes.

 8              MS. FISH:  And if we could please move ahead to

 9    10 minutes 36 seconds run time on G114.

10    BY MS. FISH:

11    Q.  And now this, you indicated, was the parliamentarian's

12    door?

13    A.  Yes.  It's the emergency exit right next to the

14    parliamentarian's office, yes.

15    Q.  And this is the footage we're going to see someone in a

16    panda hat; correct?

17    A.  Correct.

18    Q.  Or panda head, I should say, more than a hat.

19    A.  Correct.

20    Q.  And this is at the north end of the building?

21    A.  Yes.

22    Q.  And on the west side of the building?

23    A.  Yes.

24    Q.  On the first floor; correct?

25    A.  Yes.
```

 1    Q.  Would you please make a little line or mark where that is.

 2    A.  (Witness complying.)

 3    Q.  Thank you.

 4         MS. FISH:  And we can take down G114.

 5         Can we please pull up Government's Exhibit G508.

 6    BY MS. FISH:

 7    Q.  I also want to talk with you about the Capitol Building a

 8    little more.  You said this on direct examination, but it's a

 9    little over 750 feet long?

10    A.  Sounds about right, yes.

11    Q.  Up to 350 feet wide?

12    A.  Yes.

13    Q.  Has over 500 rooms?

14    A.  Yes.

15    Q.  And when we're looking at that floor plan, the dark -- the

16    grayer black lines, those are walls; correct?

17    A.  Yes.

18    Q.  And the Capitol is made of solid materials --

19    A.  Yes.

20    Q.  -- correct?

21         So if one was standing in -- I didn't mean to mark it.

22         If on your screen, if you don't mind marking where I

23    accidentally just marked the area that's to the northeast

24    hallway just outside the House gallery -- or House Chamber.  If

25    you can make a little X.

1    A.  You want the northeast hallway outside the House Chamber?

2    Q.  Yes.  The corner, kind of, to the northeast.

3    A.  (Witness complying.)

4    Q.  Now, if a person was standing there, they would not be able

5    to see the Senate Chamber; correct?

6    A.  No.

7    Q.  Or the Rotunda?

8    A.  No.

9    Q.  Or the north end of the building.

10   A.  No.

11   Q.  There's several walls in between?

12   A.  Yes.

13   Q.  And, similarly, the floors are made of solid materials?

14   A.  Yes.

15   Q.  A person standing on the second floor cannot see the third

16   floor?

17   A.  No.

18   Q.  Or the first floor?

19   A.  No.

20   Q.  And, now, on this map that we have here, we've marked a lot

21   of locations that were shown in Exhibit G114.  None of those

22   are the House door that we've been talking about?

23   A.  No.

24   Q.  The Rotunda door is a separate location?

25   A.  Correct.

```
1    Q.  And I also want to talk a little bit about the east --

2    southeast or the House egg that we've been talking about a bit.

3    That's a large grassy area; correct?

4    A.  Yes.

5    Q.  And the size of the lawn on the east side of the Capitol is

6    actually farther north to south than the building itself?

7    A.  Yes.

8    Q.  So, you know, the building's at least 750 feet long.  The

9    lawn is maybe a thousand, 900?

10   A.  Sounds fair.

11   Q.  And the south egg curves from not quite the center --

12   from -- from away south of the center down to the very south

13   end of that lawn?

14   A.  Correct.

15   Q.  So it's maybe 400 feet?

16   A.  Sounds fair.

17   Q.  North to south?

18   A.  Sounds fair.

19   Q.  And I want to talk a little bit about how the Capitol

20   normally works.

21   A.  Uh-huh.

22   Q.  Typically, members of the public are allowed to visit the

23   Capitol?

24   A.  Yes.

25              MR. VALENTINI:  Objection.  Can we clarify the time
```

```
 1   frame.
 2              MS. FISH:  Sure.  That's fine.
 3   BY MS. FISH:
 4   Q.  Prior to the COVID-19 pandemic or currently, members of the
 5   public are allowed to visit the Capitol?
 6   A.  Yes.
 7   Q.  This could be tourists?
 8   A.  Yes.
 9   Q.  People who want to see the building?
10   A.  Yes.
11   Q.  Students?
12   A.  Yes.
13   Q.  People who are guests of members of Congress?
14   A.  Yes.
15   Q.  Or guests of their staff?
16   A.  Yes.
17   Q.  Protesters?
18   A.  Yes.
19   Q.  And both the House and Senate have these chambers that
20   you've spoken about?
21   A.  Correct.
22   Q.  And above each chamber is a gallery?
23   A.  Yes.
24   Q.  And, typically, the gallery is where members of the public
25   can watch congressional proceedings?
```

1    A.  Typically, yes.

2    Q.  And I'd like to show you what's been marked but not yet

3    admitted as Defense Exhibit D128.

4         MS. FISH:  And if we could show just Inspector Loyd

5    and counsel.

6    BY MS. FISH:

7    Q.  Now, Inspector Loyd, do you recognize this as

8    Capitol Police surveillance footage?

9    A.  Yes.

10   Q.  And it's depicting that southeast or the House lawn that --

11   or egg we've been talking about?

12   A.  Yes, the House egg.

13   Q.  And it's facing east away from the building --

14   A.  Yes.

15   Q.  -- is that correct?

16        And is this a fair and accurate depiction?

17   A.  Of January 6th, yes.

18   Q.  And -- thank you.

19        And that date and time stamp that you see on this video?

20   A.  Yes.

21   Q.  Can you please read that.

22   A.  Yes.  January 6, 2021, at 1:06:52 p.m.

23        MS. FISH:  Move to admit.

24        MR. VALENTINI:  No objection, Your Honor.

25        THE COURT:  It's admitted.

```
1              (Defendant Exhibit 128 admitted into evidence.)

2              MS. FISH:  And move to publish.

3         So publishing Exhibit D128 for the jury to see.  If we

4    could please press play.

5              (A video recording was played.)

6              MS. FISH:  I believe if we advance to -- to run time

7    1 minute and 49 seconds.  And pause.

8    BY MS. FISH:

9    Q.  Do you see the man with the unique blue flag?

10   A.  Yes.

11   Q.  Would you please circle him on your screen.

12   A.  (Witness complying.)

13   Q.  And thank you.

14         And he's -- is he on the left-hand side of the screen?

15   A.  Yes.

16   Q.  And I know this camera is kind of facing a different angle

17   than what we've seen before.  Is he coming from the north to

18   the south?

19   A.  Yes.

20   Q.  And let's press play.

21             (A video recording was played.)

22   BY MS. FISH:

23   Q.  And which direction is the man with the unique blue flag

24   moving?

25   A.  South.
```

1    Q.  And what is the time stamp, approximately?

2    A.  1:08, 1:09, January 6th, 2021.

3    Q.  Thank you.

4         MS. FISH:  And we can press pause.

5    BY MS. FISH:

6    Q.  And I want to talk about what else we see in this video.

7    There's a stage; correct?

8    A.  Yes.

9    Q.  And it's raised a few feet off the ground?

10   A.  Yes.

11   Q.  There's a keyboard on top of that stage?

12   A.  Yes.

13   Q.  There are speakers?  And when I say speakers, there's

14   electronic sound amplification speakers?

15   A.  Yes.

16   Q.  There are also people on the stage?

17   A.  Yes.

18   Q.  And people around the stage?

19   A.  Yes.

20   Q.  And there were protests that were approved to take place on

21   that House egg, that southeast egg, that day; correct?

22   A.  I believe so, yes.

23   Q.  Thank you.

24        And I'd like to now pull up what has been previously

25   marked but not yet admitted as Exhibit D131.

1          MS. FISH:  If we could just show Inspector Loyd and

2     counsel.  If we can play for a moment.

3               (A video recording was played.)

4          MS. FISH:  And pause.

5     BY MS. FISH:

6     Q.  Inspector Loyd, is this U.S. Capitol surveillance footage?

7     A.  Yes.

8     Q.  What is the date and time stamp?

9     A.  January 6th, 2021, 1:40 and 01 seconds p.m.

10    Q.  And this depicts the plaza on the east side of the Capitol?

11    A.  Yes.

12    Q.  As well as the south part of that southeast or House egg?

13    A.  It -- you see the west part of the House egg.  That's the

14    west part of the House egg.

15    Q.  And it's fair to say this is a view from the south of the

16    building?

17    A.  Yes.

18    Q.  And so you see kind of the outer edge of that southeast

19    egg?

20    A.  Yes.

21    Q.  And is this a fair and accurate depiction?

22    A.  Yes.

23              MS. FISH:  Move to admit.

24              MR. VALENTINI:  No objection.

25              THE COURT:  It's admitted.

1          (Defendant Exhibit 131 admitted into evidence.)

2          MS. FISH:  And if we could please publish this

3     exhibit to the jury.  And let's press play.

4     BY MS. FISH:

5     Q.  Now, Inspector Loyd, do you see the unique blue flag we've

6     spoken about on the southeast egg?

7     A.  Yes.

8          MS. FISH:  And could we pause.  And -- I apologize.

9     Let's back up a couple seconds.  And play.  We can play.  And

10    pause, please.

11    BY MS. FISH:

12    Q.  And could you circle where you see that egg -- or I

13    apologize -- that unique blue flag?

14    A.  That appears to be it there.

15    Q.  Thank you.

16          And looking at Exhibit D512, which is this map that we

17    have here, could you please take the red marker and circle the

18    general area where that flag is.

19    A.  The general area here.

20    Q.  And I'd like us to move forward to about -- so referring

21    back to your testimony this morning, you testified about

22    Government Exhibits G112 and G113.1 that showed people in that

23    center paved pathway.  I believe you've marked -- it was also

24    on G114?

25    A.  Yes.

1    Q.  And you testified about 1:45 p.m. it looked like there were

2    some struggles between people and police officers with those

3    bike racks?

4    A.  Yes.

5    Q.  So I'd like to move on D131, which we're looking at now.

6    Pull up -- or I apologize.  Prior to doing that, I'd like to

7    pull up defense exhibits --

8              THE COURT:  Ms. Fish?

9              MS. FISH:  Yes.  I apologize.

10             THE COURT:  Any time within the next five minutes

11   is -- that's most logical for you, if we could break for lunch.

12             MS. FISH:  We can break now, Your Honor, and that's

13   fine.

14             THE COURT:  I don't want to break your stride.

15             MS. FISH:  No, that's fine, Your Honor.  I think now

16   is as good a time.

17             THE COURT:  Okay.  We're going to break for lunch.

18   So please come back at 2:00.

19             (Proceedings held out of the presence of the jury.)

20             THE COURT:  All right.  We're going -- we'll break

21   for lunch.

22        Inspector Loyd, please do not discuss your testimony

23   with anyone over the period of lunch.

24             THE WITNESS:  Yes, Your Honor.

25             THE COURT:  See you at 2:00.

```
1                    (Recess taken.)

2                    (Proceedings held out of the presence of the jury.)

3                    THE COURT:  All right.  Are we ready to bring the

4      jury in?

5                    MS. FISH:  Yes, Your Honor.

6                    THE COURT:  Can you get the witness.

7                    (Proceedings held in the presence of the jury.)

8                    THE COURT:  All right.  Welcome back.

9           We'll continue with the cross-examination of

10     Inspector Loyd.

11                   MS. FISH:  Thank you, Your Honor.

12     BY MS. FISH:

13     Q.  Good afternoon, Inspector Loyd.

14     A.  Good afternoon.

15     Q.  Before we dive back into the videos, I wanted to talk with

16     you a little bit more about the Capitol and your work in

17     general.

18          So I want to talk about those bike rack barriers that

19     we've been talking about.  You testified that the bike racks

20     were set up on the east side between the paved patio and the

21     lawn; is that correct?

22     A.  Yes.

23     Q.  And they followed the -- the Senate or the north egg, that

24     boundary, and then --

25     A.  Yes.  They went along the -- the paved portion of the --
```

1    yeah, along the Senate egg, yes.

2    Q.  Along the Senate egg.  And then they crossed that paved

3    pathway?

4    A.  Yes, in the area of the north barricade.

5    Q.  Right around the -- or I apologize.  I'm talking about a

6    slightly different paved pathway.

7        If -- the bike racks go from tracing the north egg going

8    south between the patio and the lawn; is that correct?

9    A.  Yeah.  They follow the natural flow of the eggs along the

10   plaza.

11   Q.  And the place where they cross that pathway that goes

12   between the two eggs --

13   A.  Uh-huh.

14   Q.  -- is right near those elevators to the visitors center;

15   correct?

16   A.  Yes.

17   Q.  On the west side of those elevators; correct?

18   A.  Yes.

19   Q.  And those were actually put up many months before

20   January 6th?

21   A.  Yes.

22   Q.  They were put up because of the COVID-19 pandemic?

23   A.  No.  The bike rack on the east side along the east plaza

24   were put up in the summer of 2020 for the Black Lives Matter

25   protest.

```
1    Q.  All right.  So they were put up in June -- probably about

2    June -- May or June --

3    A.  Yes.

4    Q.  -- of 2020?

5    A.  Yep.

6    Q.  And they were there on that east side?

7    A.  Yes.

8    Q.  In the place we discussed?

9    A.  Yes.

10   Q.  And they were in the same place on January 6th on the east

11   side?

12   A.  Yes.

13   Q.  And it was the Capitol Police who set those up; correct?

14   A.  Yes.

15   Q.  And you decided where to set those up?

16   A.  Yes.

17   Q.  And that was based on your own agency's regulations?

18   A.  Yes.

19   Q.  And you spoke a bit about how on January 6th you were

20   prepared for Vice President Pence to move back and forth from

21   the House and Senate chambers; is that correct?

22   A.  Yes.

23   Q.  And that was because some members of Congress had announced

24   that they planned to formally object to the certification of

25   the election?
```

1    A.  Yes.

2    Q.  And you were advised that each time there was an objection,

3    the two bodies of Congress would have to each go to their own

4    Senate Chamber to debate it?

5    A.  Yes.

6    Q.  And you were advised before January 6th that this could

7    mean the hearing would last hours?

8    A.  Days.

9    Q.  Days.  Into the next day?

10   A.  Yes.

11   Q.  And we discussed this previously, but there were some

12   rallies that were approved to occur on January 6th?

13   A.  Yes.

14   Q.  Including on that east lawn?

15   A.  Yes.

16   Q.  And those rallies were intended to support these members of

17   Congress who were making these objections?

18   A.  I'm unsure what -- what the individual demonstrations were

19   for.

20   Q.  Some of them were -- were for that reason?

21   A.  Possible.  I'm not -- I'm not aware of what any of them

22   were about.

23   Q.  You understood that they were rallies kind of supporting

24   Vice President -- then-President Trump's position?

25   A.  I'm sure there were some.  I'm just not familiar with them.

1    Q.  Sure.  And you also spoke a bit about how you escorted

2    Vice President Pence into the building that day.

3    A.  Yes.

4    Q.  Now, Vice President Pence arrived with his own

5    Secret Service detail?

6    A.  Yes.

7    Q.  So there were multiple Secret Service agents who were with

8    Vice President Pence?

9    A.  Yes.

10   Q.  And remained with him throughout the day?

11   A.  Yes.

12   Q.  And Vice President Pence had visited the Capitol before?

13   A.  Yes.

14   Q.  He visited regularly?

15   A.  Yes.  Prior to the COVID, it was weekly.

16   Q.  He was visiting weekly?

17   A.  Yes.

18   Q.  In sort of normal circumstances.

19         And he actually has an office at the Capitol Building?

20   A.  Yes.

21   Q.  And that's in the north end of the building?

22   A.  Yes.

23   Q.  And leading up to January 6th, there were other rallies

24   that were held to support former President Trump?

25   A.  Yes.

1    Q.  In the months between November 2020 and January 2021?

2    A.  Yes.

3    Q.  And you patrolled or worked at some of those rallies?

4    A.  Yes.

5    Q.  And one was the, I think, Million MAGA March?

6    A.  Yes.

7    Q.  In December of 2020?

8    A.  Yes.

9    Q.  And there was another one that month as well?

10   A.  Yes.  I remember two MAGA rallies in late two thousand --

11   yes, late 2020.

12   Q.  It's been a long time.  I lose track as well.

13   A.  Yes.

14   Q.  And those were very large rallies?

15   A.  Yes.

16   Q.  They were generally peaceful, though?

17   A.  Yes.

18   Q.  And there were -- the people who attended were generally

19   respectful of your officers?

20   A.  Yes.

21   Q.  And you've been a Capitol Police officer for decades; is

22   that correct?

23   A.  Yes.

24   Q.  And there are frequently rallies or demonstrations at the

25   Capitol Building?

1    A.  Yes.

2    Q.  And sometimes these occur on the grounds?

3    A.  Yes.

4    Q.  Occasionally in a building?

5    A.  Yes.  The -- if they're inside the building, that's

6    unauthorized.  So we would have to deal with that.

7    Q.  Okay.

8    A.  Yes.

9    Q.  And, you know, knowing that there were some approved

10   protests on January 6th, you anticipated that these would be

11   similar to the ones the month previously?

12   A.  Correct.

13   Q.  You anticipated that they would be very large?

14   A.  Yes.

15   Q.  You anticipated, though, they would be generally peaceful?

16   A.  Yes.

17   Q.  And that the people who attended would be respectful of

18   your officers?

19   A.  Yes.

20   Q.  I'd like to now return to our videos.  So if you'll indulge

21   me with tracing that unique blue flag a few more times.

22   A.  Okay.

23        MS. FISH:  Can we please pull up G110, which has been

24   previously admitted.  So we can publish at approximately

25   7 minutes 28 seconds run time, and it will be time-stamped

 1    2:21:28 p.m.  And if we can press play.

 2              MR. VALENTINI:  I don't think it's being displayed on

 3    the screen.

 4              THE COURTROOM DEPUTY:  I have it on.  The jury's

 5    video is on.  I don't know.

 6              MS. FISH:  I apologize.  There we go.

 7          And if we could please press play.

 8          Can everyone see the video?  Great.

 9              (A video recording was played.)

10              MS. FISH:  And pause.

11    BY MS. FISH:

12    Q.  And is that the unique blue flag we've been speaking about

13    that you see in the corner of this video?

14    A.  Yes.

15              THE COURT:  Hold on one second, Ms. Fish.

16              UNIDENTIFIED JUROR:  Is it possible to step out for a

17    second.  I'm feeling nauseous.

18              THE COURT:  Let's take a five-minute break.

19              (Recess taken.)

20              THE COURT:  All right.  Welcome back from the

21    afternoon break.  We'll continue with the cross-examination of

22    Inspector Loyd, and we'll go to 5:30.

23              MS. FISH:  Thank you, Your Honor.

24    BY MS. FISH:

25    Q.  Good afternoon, Inspector Loyd.

```
1    A.  Good afternoon.

2    Q.  I'm -- I'd like to pick up where we left off a moment ago.

3              MS. FISH:  If we could please pull up Government's

4    Exhibit G110 at run time 7 minutes 28 seconds, which is

5    time-stamped 2:21:28 p.m.  And if we could please press play.

6              (A video recording was played.)

7              MS. FISH:  And pause.

8    BY MS. FISH:

9    Q.  Inspector Loyd, do you see the gentleman with the unique

10   blue flag we've been talking about?

11   A.  Yes.

12   Q.  And is he in the, kind of, bottom left-hand of the screen?

13   A.  Yes.

14   Q.  Now, he's not wearing a gas mask; correct?

15   A.  No.

16   Q.  He's not carrying a large plastic shield?

17   A.  No.

18   Q.  Or a large chain or anything like that?

19   A.  No.

20   Q.  He's got the large blue flag?

21   A.  Yes.

22   Q.  Maybe a backpack?

23   A.  Yes.

24   Q.  What looks like maybe a folding camping chair?

25   A.  Yes.
```

1   Q.  He's wearing a coat with a hood?

2   A.  Yes.

3   Q.  And a baseball cap?

4   A.  Yes.

5   Q.  Now, you should have a handy binder that says Defense

6   Exhibits on it.  Earlier today when Mr. Valentini was

7   questioning you, you indicated that there was some tension in

8   the center pathway around 1:45 p.m.?

9   A.  Yes.

10  Q.  And just to refresh our memory, that's the paved portion by

11  the elevators to the visitors center?

12  A.  Yes.

13  Q.  If you would, please, turn in your binder there to what are

14  marked D112-B and D112-C.  So first D112 -- yes -- B.

15      And is that a still from Government's Exhibit G112, the

16  video that we watched of that center pathway?

17  A.  Yes, it is.

18  Q.  And the time stamp is 1:45:45 p.m.

19      And does that fairly and accurately depict what we saw

20  on the video?

21  A.  Yes.

22          MS. FISH:  Move to admit D112-B.

23          THE COURTROOM DEPUTY:  Did you say B, as in boy?

24          MS. FISH:  B, as in boy.

25          MR. VALENTINI:  No objection.

208

```
1              THE COURT:  It's admitted.
2              (Defendant Exhibit 112-B admitted into evidence.)
3              MS. FISH:  And if we could please publish this to the
4    jury.
5    BY MS. FISH:
6    Q.  So, again, this is at 1:45 p.m.?
7    A.  Yes.
8    Q.  And if you could flip now to what's been marked D112-C, the
9    next tab.
10             And is this another still from 1:45:49 p.m.?
11   A.  Yes.
12   Q.  And is it fair and accurate?
13   A.  Yes.
14             MS. FISH:  Move to admit.
15             MR. VALENTINI:  No objection.
16             THE COURT:  It's admitted.
17             (Defendant Exhibit 112-C admitted into evidence.)
18             MS. FISH:  And could we please pull that one up for
19   the jury now, D112-C, as in Charlie.  Thank you.
20   BY MS. FISH:
21   Q.  And these two stills, they show that tension we discussed
22   at 1:45 p.m.; is that correct?
23   A.  Yes.
24   Q.  Now, I'd like you to flip one more for me to D112-D, as in
25   dog.  I should have picked better exhibit names.  I apologize.
```

209

1    A.  You said D, 112?

2    Q.  D, as in dog.  So just the next tab.

3    A.  Got it.

4    Q.  Now, earlier today with Mr. Valentini, you explained that

5    it was at about 1:59 p.m. that in that area by the visitor

6    elevators, protesters actually moved the barriers away and

7    moved forward into the patio; is that correct?

8    A.  Yes.

9    Q.  And that was 1:59 p.m.?

10   A.  Yes.

11   Q.  Now, D112-D, as in dog, is that a still from Government's

12   Exhibit G112, the video we watched this morning?

13   A.  Yes, it is.

14   Q.  And is it at 1:59:14 p.m.?

15   A.  Yes.

16   Q.  And is that fair and accurate?

17   A.  Yes.

18           MS. FISH:  Move to admit D112-D, as in dog.

19           MR. VALENTINI:  No objection.

20           THE COURT:  It's admitted.

21           (Defendant Exhibit 112-D admitted into evidence.)

22           MS. FISH:  And if we could please pull this up for

23   the jury.

24   BY MS. FISH:

25   Q.  And this is, again, looking at that center pathway by the

1    visitor elevators; is that correct?

2    A.  Yes.

3    Q.  Where on the -- the map exhibit you drew, I think, G114.

4    A.  Actually, I drew a circle.

5    Q.  You drew a circle in that area?

6    A.  Yeah.

7    Q.  And that is where people moved barriers away to move into

8    the patio?

9    A.  Yes.

10   Q.  At 1:59 p.m.?

11   A.  Yep.

12   Q.  And if you could flip one more to D112-E, as in elephant,

13   now.  And is that a still from 1:59:41 p.m. from the same

14   video?

15   A.  Yes.

16   Q.  Is it fair and accurate?

17   A.  Yes.

18          MS. FISH:  Move to admit D112-E, as in elephant.

19          MR. VALENTINI:  No objection.

20          THE COURT:  It's admitted.

21          (Defendant Exhibit 112-E admitted into evidence.)

22          MS. FISH:  And could we please pull that one up for

23   the jury.

24   BY MS. FISH:

25   Q.  And in this still at 1:59:31 p.m., there are civilians or

1    protesters moving into that patio; is that correct?

2    A.  Yes.

3    Q.  Moving towards the building?

4    A.  Yes.

5    Q.  And you've reviewed Government's G112, the video that these

6    come from, pretty thoroughly?

7    A.  Yes.

8    Q.  And looking at these stills now, you've looked at them

9    carefully?

10   A.  Yes.

11   Q.  There's no unique blue flag in these?

12   A.  Not that I see, no.

13   Q.  Nor on that video?

14   A.  No.

15   Q.  I'd like to return now to the video exhibit you and I

16   talked about today, which is D131.

17            MS. FISH:  If we could pull that up, please.  And if

18   we could please bring it up to 5 minutes and 41 seconds time,

19   which is 1:45:45 p.m., or close to that.  Yeah, that's -- and

20   could we press play.

21            (A video recording was played.)

22   BY MS. FISH:

23   Q.  And, Inspector Loyd, please tell me if you see the unique

24   blue flag off to the right in the -- in that House egg.

25   A.  Yes.

1          MS. FISH:  Pause.  Could we pause please.

2     BY MS. FISH:

3     Q.  Could you please circle that on your screen.  Thank you.

4     A.  Blue flag.

5     Q.  Perfect.  Thank you so much.

6          Now, in your -- your binder in front of you, would you

7     please turn to Tab D131-A, as in apple.

8          And is that a still from the video we just watched?

9     A.  Yes.

10    Q.  And the time stamp is 1:45:45 p.m.?

11    A.  Yes.

12          MS. FISH:  I move to admit.

13          MR. VALENTINI:  No objection.

14          THE COURT:  It's admitted.

15          (Defendant Exhibit 131-A admitted into evidence.)

16          MS. FISH:  And could we please bring up the still

17    photo onto the screen.

18    BY MS. FISH:

19    Q.  Looking here at what is -- what we're now looking at, that

20    still photo, D131-A, could you please circle the unique blue

21    flag, where you saw it.

22    A.  (Witness complying.)

23    Q.  Thank you.

24          And if you could turn to the next tab, D131-B.  And is

25    that also a still from the video we just watched?

```
 1    A.  Yes.

 2    Q.  Is it fair and accurate?

 3    A.  Yes.

 4            MS. FISH:  Move to admit.

 5            MR. VALENTINI:  No objection.

 6            THE COURT:  It's admitted.

 7            (Defendant Exhibit 131-B admitted into evidence.)

 8            MS. FISH:  And could we now bring that one up for the

 9    jury to see.

10    BY MS. FISH:

11    Q.  So this is from that same view where we're seeing the -- we

12    see the House egg on the right; is that correct?

13    A.  Yes.

14    Q.  And, again, the House egg, that's the south egg on that

15    east lawn?

16    A.  Yes.

17    Q.  And we can see some of the patio?

18    A.  Yes.

19    Q.  And would you please circle on D131-B where you see that

20    unique blue flag.

21    A.  (Witness complying.)

22    Q.  And that is on the -- in that House egg?

23    A.  Correct.

24    Q.  Towards the outer edge?

25    A.  Yes.
```

1    Q.  Thank you.

2         And would you please turn to the next exhibit, which is

3    D131-C, as in Charlie.

4              MS. FISH:  And, actually, could we please pull up

5    Defense Exhibit 131, the video.

6              MS. COHN:  131?

7              MS. FISH:  131.  Thank you.  And if we could please

8    advance the video to --

9              THE COURTROOM DEPUTY:  D131?

10             MS. FISH:  Correct.  Yes.

11        If we can advance the video to 19 minutes and 10 seconds

12   run time.  That's great.  And press play.

13             (A video recording was played.)

14   BY MS. FISH:

15   Q.  And the time stamp we're seeing on the video now is 1:59

16   and 6 -- 7 seconds; is that correct?

17   A.  Yes.

18             MS. FISH:  We can keep playing, please.

19             (A video recording was played.)

20   BY MS. FISH:

21   Q.  And would you please circle the unique blue flag on this

22   video.

23   A.  (Witness complying.)

24   Q.  Thank you.

25             MS. FISH:  And we can press stop now.

```
1     BY MS. FISH:

2     Q.  So now looking at the exhibit in your binder, D131-C, as in

3     Charlie, is that a still from the video we just watched?

4     A.  Yes.

5     Q.  And is it fair and accurate?

6     A.  Yes.

7              MS. FISH:  Move to admit.

8              MR. VALENTINI:  No objection.

9              THE COURT:  It's admitted.

10             (Defendant Exhibit 131-C admitted into evidence.)

11             MS. FISH:  And could we please pull this still up for

12    the jury, D131-C, as in Charlie.

13    BY MS. FISH:

14    Q.  And looking at the still photo, could you please circle the

15    unique blue flag.

16    A.  (Witness complying.)

17    Q.  So, again, that's on the House egg?

18    A.  Yes.

19    Q.  Towards the outer edge?

20    A.  Yes.

21    Q.  And the time stamp is 1:59:14 p.m.?

22    A.  Correct.

23    Q.  And if you could turn one more for me, and this one's a

24    little fun.

25             MS. FISH:  And, Ms. Cohn, could we please pull up the
```

1   video again, D131.  And if we could keep playing from the

2   previous spot, or from about 19 minutes, 28 or 29 seconds.

3   Yes, that's great.

4              (A video recording was played.)

5   BY MS. FISH:

6   Q.  Now, on the video --

7              MS. FISH:  And you can pause there.

8   BY MS. FISH:

9   Q.  On the video we saw some streaks a moment ago?

10  A.  Yes.

11  Q.  Is that just a technical glitch?

12  A.  Yes.  It happens with multiple cameras.

13  Q.  But it's not that the video is the wrong file; it's just a

14  glitch in the camera?

15  A.  No, it's just a glitch.

16  Q.  And it's not manipulated; just a glitch?

17  A.  No.

18  Q.  And I'd like you to look now at D131-D, the paper exhibit

19  in front of you.  Is that a still of the video we just watched?

20  A.  Yes.

21  Q.  And is it fair and accurate?

22  A.  Yes.

23              MS. FISH:  Move to admit.

24              MR. VALENTINI:  No objection.

25              THE COURT:  It's admitted.

```
1              (Defendant Exhibit 131-D admitted into evidence.)
2              MS. FISH:  And could we now bring up this paper
3     exhibit, D131-D, for the jury.
4     BY MS. FISH:
5     Q.  And, Inspector Loyd, would you please circle the unique
6     blue flag on this still.
7     A.  (Witness complying.)
8     Q.  Thank you.
9              And that's still on that House egg?
10    A.  Yes.
11    Q.  On the outer portion?
12    A.  Yes.
13    Q.  And it's 1:59:31 p.m.?
14    A.  Yes.
15    Q.  And I'll show you one -- one more at this time, which is
16    the next exhibit, D131-E, as in elephant.  And is that also a
17    still from the video we just watched?
18    A.  Yes.
19    Q.  But this one doesn't have the streaks on it; is that
20    correct?
21    A.  Correct.
22    Q.  And is that fair and accurate?
23    A.  Yes.
24              MS. FISH:  Move to admit.
25              MR. VALENTINI:  No objection.
```

```
 1              THE COURT:  It's admitted.
 2              (Defendant Exhibit 131-E admitted into evidence.)
 3              MS. FISH:  And could we now bring up D131-E.
 4    BY MS. FISH:
 5    Q.  And looking at this still, could you please circle the
 6    unique blue flag.
 7    A.  (Witness complying.)
 8    Q.  And, again, that's still on that House egg?
 9    A.  Yes.
10    Q.  Thank you.
11         I'd now like to pull up a new exhibit that has not yet
12    been admitted, which is the video, D130.
13              MS. FISH:  If we can show that just to Inspector Loyd
14    and counsel.
15    BY MS. FISH:
16    Q.  Inspector Loyd, the video you're looking at, does that
17    appear to be Capitol Police surveillance video?
18    A.  Yes.
19    Q.  And what is the date and time stamp?
20    A.  1:40 p.m. on January 6th, 2021.
21    Q.  And this video, does it depict the east plaza and in the
22    distance the -- the eggs, but from a greater distance than the
23    one we just watched?
24    A.  Yes.  This is a view from the south side.
25    Q.  And is this fair and accurate?
```

```
1     A.  Yes.

2              MS. FISH:  Move to admit.

3              MR. VALENTINI:  No objection.

4              THE COURT:  It's admitted.

5              (Government Exhibit 130 admitted into evidence.)

6              MS. FISH:  And could we now play this for the -- the

7     jury.

8              (A video recording was played.)

9     BY MS. FISH:

10    Q.  And, Inspector Loyd, watching this video, do you see that

11    unique blue flag?

12    A.  Yes.

13    Q.  Could you please circle that.

14    A.  (Witness complying.)

15    Q.  Thank you.

16             MS. FISH:  And we can pause.

17             And could we now advance to about 1:45 p.m.  So that

18    will be about 5 minutes and 40 or 45 seconds run time.  That's

19    fine.  And we can play.

20             (A video recording was played.)

21    BY MS. FISH:

22    Q.  And, Inspector Loyd, do you see the unique blue flag?

23    A.  Yeah, I believe so.  Yes.  There you go.

24    Q.  Thank you.

25             MS. FISH:  And we can pause.
```

220

```
1    BY MS. FISH:
2    Q.  And the place you circled is, kind of, just to the left --
3    to the left of maybe a lamppost or something in the foreground?
4    A.  Yeah.  It's actually a post that holds cameras.
5    Q.  Ah, okay.  To a structure in the foreground.
6         And if you could flip in your binder, you're going to
7    have to go back a bit -- I apologize -- to what's been tabbed
8    as Exhibit D130-A.
9         And just for clarity, Inspector Loyd, on that last video
10   we also saw a brief streaky movement; is that correct?
11   A.  I'm sorry?
12   Q.  On that last video, we also saw a brief glitch?
13   A.  Yes.
14   Q.  And that's normal?
15   A.  That's normal.
16   Q.  It's not manipulated?
17   A.  No.
18   Q.  And looking in your binder at Exhibit D130-A, you'll have
19   to go back a little bit.  I apologize.
20   A.  Got it.
21   Q.  Is that a still from the video we just watched?
22   A.  Yes.
23   Q.  And is it fair and accurate?
24   A.  Yes.
25           MS. FISH:  Move to admit.
```

```
 1                 MR. VALENTINI:  No objection.
 2                 THE COURT:  It's admitted.
 3                 (Defendant Exhibit 130-A admitted into evidence.)
 4                 MS. FISH:  And could we now bring up Exhibit D130-A
 5       for the jury.
 6       BY MS. FISH:
 7       Q.  Now, the time stamp on this still is 1:45:45 p.m.; correct?
 8       A.  Yes.
 9       Q.  And would you please circle the unique blue flag.
10       A.  (Witness complying.)
11       Q.  Thank you.
12                 And so that -- again, it's in the background, but it's
13       kind of just to the left of a greenish structure in the
14       foreground?
15       A.  Yes.
16       Q.  And would you flip now to D130-B.
17                 MS. FISH:  And in the meantime, Ms. Cohn, could we
18       bring the Video Exhibit 130 back.  And could we please advance
19       to about 19 minutes, 10 seconds run time.  And could we please
20       play.
21                 (A video recording was played.)
22       BY MS. FISH:
23       Q.  So we're looking at that D130 video again.
24       A.  Which -- which picture are we looking for again?
25       Q.  Oh, I apologize.
```

```
 1                    MS. FISH:  Let's press pause.

 2     BY MS. FISH:

 3     Q.  Just the next one in your line, D130-B.  Ms. Cohn is

 4     playing the video on your screen.

 5     A.  Okay.

 6     Q.  Sorry for making you look at two places.

 7                    MS. FISH:  So if we could press play again on the

 8     video.

 9                    (A video recording was played.)

10     BY MS. FISH:

11     Q.  Do you see that unique blue flag?

12     A.  Yes.

13                    MS. FISH:  And could we pause.

14     BY MS. FISH:

15     Q.  And would you please circle that unique blue flag.

16     A.  (Witness complying.)

17     Q.  It's roughly the same position as in the last clip we

18     played?

19     A.  Yes.

20     Q.  Thank you.

21          And if you could look at D130-B in your binder.  Is that

22     a still from the video we just watched?

23     A.  Yes.

24     Q.  And is it fair and accurate?

25     A.  Yes.
```

```
 1                   MS. FISH:  Move to admit.

 2                   MR. VALENTINI:  No objection.

 3                   THE COURT:  It's admitted.

 4                   (Defendant Exhibit 130-B admitted into evidence.)

 5                   MS. FISH:  And could we please bring up D130-B for

 6       the jury.

 7       BY MS. FISH:

 8       Q.  And the time stamp on this still is 1:59:14 p.m.; is that

 9       correct?

10       A.  Yes.

11       Q.  And would you please circle the unique blue flag in this

12       video.

13       A.  (Witness complying.)

14       Q.  It's in that same position on the same -- House egg?

15       A.  Yes.

16       Q.  Towards the outer edge?

17       A.  Yes.

18       Q.  And if you could flip one more to what's been marked

19       D130-C, as in Charlie.  And that's also a still from the video

20       we just watched?

21       A.  Yes.

22       Q.  And it's fair and accurate?

23       A.  Yes.

24                   MS. FISH:  Move to admit.

25                   MR. VALENTINI:  No objection.
```

```
1                    THE COURT:  It's admitted.

2                    (Defendant Exhibit 130-C admitted into evidence.)

3                    MS. FISH:  And let's pull up D130-C for the jury.

4        BY MS. FISH:

5        Q.  And the time stamp on this still is 1:59:31 p.m.?

6        A.  Yes.

7        Q.  And would you please circle the unique blue flag on this

8        still.

9        A.  (Witness complying.)

10       Q.  And, again, that's at about the same position?

11       A.  Yes.

12       Q.  Thank you.

13                    MS. FISH:  And we can take that one down.

14       BY MS. FISH:

15       Q.  So I want to turn back to Government's Exhibit D110 [sic],

16       which is the video of the southeast stairs.

17                    MS. FISH:  And if we could press play, please.

18                    (A video recording was played.)

19       BY MS. FISH:

20       Q.  We can see -- you discussed the line of police officers

21       this morning?

22       A.  Yes.

23       Q.  There are also a number of people who appear to be

24       civilians?

25       A.  Correct.
```

1    Q.  That are -- that are --

2              MS. FISH:  This can play for the jury as well.  It's

3    previously admitted.  There we go.

4    BY MS. FISH:

5    Q.  There are also a number of people who appear to be

6    civilians?

7    A.  Yes.

8    Q.  And they're walking in the patio there?

9    A.  Yes.

10   Q.  Maybe two- or three-dozen people?

11   A.  Yes.

12   Q.  They're not running?

13   A.  No.

14   Q.  There are no, at least, visible fights?

15   A.  No.

16   Q.  People are standing?

17   A.  Yes.

18   Q.  Walking?

19   A.  Yes.

20             MS. FISH:  And if we could advance to about 4 minutes

21   ahead to about 4 minutes run time at about 2:18 p.m.

22   BY MS. FISH:

23   Q.  And at this point there are some civilians who have moved

24   close to that police line?

25   A.  Yes.

1    Q.  It appears they might be conversing with the police?

2    A.  Yes.

3            MS. FISH:  And if we could advance to about

4    6 minutes 30 seconds run time, which is 2:20 p.m. and

5    30 seconds.

6            (A video recording was played.)

7    BY MS. FISH:

8    Q.  At this point there's a man carrying a very large

9    double flag who's walking up the stairway; is that correct?

10   A.  Yes.

11   Q.  And a few other people walking up the stairway?

12   A.  Yes.

13   Q.  And the people who are walking up the stairs appear to be

14   civilians?

15   A.  Yes.

16   Q.  They're not wearing uniforms?

17   A.  No.

18   Q.  Some have flags?

19   A.  Yes.

20   Q.  And there are police officers in this video, though;

21   correct?

22   A.  Yes.

23   Q.  Those are the folks in either -- all dark uniforms?

24   A.  Correct.  Some have the visibility vest, the green

25   visibility vest.

1   Q.  Yes.  Or have the, kind of, yellowish visibility vest?

2   A.  Yes.

3   Q.  And those officers are kind of in the middle of the

4   stairway?

5   A.  Correct.

6   Q.  And they remain in the middle of the stairway?

7   A.  Yes.

8            MS. FISH:  And -- and we can pause at that point.

9   BY MS. FISH:

10  Q.  And you discussed this morning that the man with the

11  unique blue flag, he walked up the stairs at about 2:21 p.m.?

12  A.  Yes.

13  Q.  And went up to the terrace at the top of those stairs?

14  A.  Correct.

15  Q.  And I want to talk a little bit more about that terrace.

16           MS. FISH:  So if we could pull up, briefly,

17  Government's Exhibit G508.

18  BY MS. FISH:

19  Q.  And so this -- this second-floor plan shows the east

20  towards the bottom; is that correct?

21  A.  Yes.

22  Q.  So it's not north on top.  It's west on top?

23  A.  Correct.

24  Q.  And looking at the stairway on -- whoops -- on the left of

25  the screen, that would be the southeast stairway; is that

1    correct?

2    A.  I'm sorry.  Could you repeat it.

3    Q.  So on the, kind of, left and bottom of the screen --

4    A.  Yes.

5    Q.  -- there's -- there's a drawing that appears to depict a

6    stairway?

7    A.  Yes.

8    Q.  Is that the southeast stairway we were looking at in the

9    last video?

10    A.  The House stairs.

11    Q.  The House stairs?

12    A.  Yes.

13    Q.  Sorry.  I'm using my cardinal directions here.

14           And there's a number of small, kind of, square decals on

15    there.  Those represent columns; correct?

16    A.  Yes.  At the top of the steps, yes.

17    Q.  So in the last video we saw some very large columns that go

18    up at the top of steps?

19    A.  Yes.

20    Q.  And there's actually two rows of columns on that terrace at

21    the top?

22    A.  Yes.

23    Q.  And all of the area enclosed by that -- those columns is

24    covered?

25    A.  Yes.

1    Q.  So there's, you know, a bit of space and then the first row

2    of columns?

3    A.  Yes.

4    Q.  And then there's a bit more space and the second row of

5    columns?

6    A.  Yes.

7    Q.  And that whole area is covered?

8    A.  Yes.

9    Q.  With a roof of some sort?

10   A.  Yes.

11   Q.  Now, on either side of the stairway we see two small

12   rectangles that come out next to the stairway?

13   A.  Correct.

14   Q.  Those are also part of the terrace; correct?

15   A.  Yes.

16   Q.  And that part of the terrace is not covered?

17   A.  Correct.

18   Q.  It's not enclosed by columns?

19   A.  Correct.

20   Q.  It's enclosed by just a shorter railing?

21   A.  Yes.

22   Q.  And each of these, kind of, sections of the terrace, is at

23   least 10 feet wide?

24   A.  Approximately.

25   Q.  All right.  And the terrace is also fairly long --

```
1    A.  Yes.

2    Q.  -- north to south?  Maybe a hundred feet?

3    A.  I'd say that's a fair assessment.

4    Q.  And the door to the interior is at the very center?

5    A.  Yes.

6    Q.  At the very inner part next to the building?

7    A.  Yes.

8    Q.  And anything going to the east would be farther away from

9    the building?

10   A.  Yes.

11   Q.  And I want to return to the interview that you discussed

12   this morning.  So you noted that you reviewed the video of the

13   man with the blue flag speaking into a microphone and compared

14   it to some of the surveillance video.

15   A.  Yes.

16   Q.  But you were not on that southeast -- or the House terrace

17   that day?

18   A.  No.

19   Q.  You did not personally witness that?

20   A.  No.

21   Q.  You know the building very well?

22   A.  Yes.

23   Q.  And you compared, you know, what you saw on one video to

24   the other?

25   A.  Yes.
```

1  Q.  But you do not know who took that video?

2  A.  No.

3  Q.  You do not know why they took it?

4  A.  No.

5  Q.  You do not know what equipment they used?

6  A.  No.

7  Q.  You do not know what questions they asked?

8  A.  No.

9  Q.  You do not know what portions they might have edited out?

10  A.  No.

11  Q.  I think there was some music we could hear in the video.

12  You do not know if that was playing in real life?

13  A.  No.

14        MS. FISH:  And if we could go back to Exhibit G110,

15  the video.

16  BY MS. FISH:

17  Q.  You also explained this morning that you believed based on

18  your comparison that that interview was done around 2:27,

19  2:28 p.m.?

20  A.  Yes.

21        MS. FISH:  So I'd like to pull G110 up to just after

22  that interview.  If we could pull it up to about 13 minutes

23  54 seconds run time, which is 2:27:54 p.m.  And let's play it

24  for a couple of seconds.

25            (A video recording was played.)

1    BY MS. FISH:

2    Q.  And I'll direct your attention to the top of the stairs.

3            MS. FISH:  And we can pause.

4    BY MS. FISH:

5    Q.  Now, during that interview, the government drew your

6    attention to a man who passed behind the man with the blue flag

7    who indicated he had been pepper-sprayed?

8    A.  Yes.

9    Q.  That man was wearing some distinctive pants?

10   A.  Yes.

11   Q.  I think they were American-flag pants?

12   A.  Yes.

13   Q.  Where one leg was white, and one was -- or one leg was

14   light -- white and red and one was dark blue?

15   A.  That sounds correct.

16   Q.  Do you see the pants of that -- the unique pants of that

17   man towards the top left of the stairway?

18   A.  Yes.

19   Q.  Would you please circle that.

20   A.  (Witness complying.)

21   Q.  And that's towards the top of the stairway and towards the

22   south edge of the stairway?

23   A.  Yes.

24           MS. FISH:  And if we could please press play.

25           (A video recording was played.)

LOYD - CROSS

```
1    BY MS. FISH:

2    Q.  So it looks like that man is maybe walking away or in

3    different directions?

4    A.  Yes.

5    Q.  And I'd like you to keep watching the top of the stairway

6    here.

7                   (A video recording was played.)

8    BY MS. FISH:

9    Q.  Now, emerging from the top of the stairway, please let me

10   know if you see anyone who appears to be a Capitol Police

11   officer walking down the stairs.

12   A.  Yes.

13                   MS. FISH:  And could we pause, please.

14   BY MS. FISH:

15   Q.  Do you see maybe a couple Capitol Police officers walking

16   down the stairs?

17   A.  I saw this one walk down.

18   Q.  All right.  And I'm going -- so you've circled a gentleman

19   who's towards the south edge of the stairs moving down?

20   A.  Yes.

21   Q.  And I'm going to press clear.

22                   And please let me know if you see another officer.

23                   Is there another officer behind him in a visibility

24   vest?

25   A.  Yes.
```

1    Q.  And, actually, a third officer behind that officer?

2    A.  Yes.

3    Q.  And are they all walking down the stairs?

4    A.  Yes.

5    Q.  And we'll keep playing.  And please let me know if you see

6    other officers who appear to be officers walking down the

7    stairs.

8              (A video recording was played.)

9    BY MS. FISH:

10   Q.  And looking again at the south edge of the stairs, do you

11   see more people who appear to be Capitol Police officers?

12   A.  Yes.

13   Q.  How many?

14   A.  Three.  Two or three.

15   Q.  Two or three more?

16   A.  Yeah.

17   Q.  And are they also walking down the stairs?

18   A.  Yes.

19   Q.  Thank you.

20         MS. FISH:  And we can stop the video there.

21   BY MS. FISH:

22   Q.  And this morning you testified that the door that, you

23   know, actually goes into the building from that House terrace

24   was opened at 2:41 p.m.?

25   A.  Yes.

1    Q.  So I'd like -- in your handy-dandy notebook, if you could

2    flip back towards the beginning to D101-B.  And, actually,

3    while you're at it, let's look at D101-B, as in boy; C, as in

4    Charlie; and D, as in dog.

5         Do all three of those appear to be stills from the

6    Government's Video G101 that we watched this morning?

7    A.  Yes.

8    Q.  And are they fair and accurate?

9    A.  Yes.

10             MS. FISH:  Move to admit.

11             MR. VALENTINI:  No objection.

12             THE COURT:  It's admitted.

13             (Defendant Exhibit 101-B, 101-C, 101-D admitted into

14   evidence.)

15             MS. FISH:  And let's first pull up the still D101-B,

16   as in boy.

17   BY MS. FISH:

18   Q.  Now, Inspector Loyd, this is a view from directly above the

19   door to the building on that House terrace; correct?

20   A.  Yes.

21   Q.  And the time stamp is 2:41:58 p.m.?

22   A.  Yes.

23   Q.  And can you see in the bottom left of the screen any part

24   of the door opening in that still.

25   A.  Not at that point, no.

1    Q.  Not at that point.

2         Do you see a gentleman whose hand appears to be on the

3    door or reaching forward?

4    A.  Yes.

5    Q.  And he's, kind of, towards the bottom left of the screen?

6    A.  Yes.

7    Q.  And let's flip now on --

8         MS. FISH:  Let's show the jury as well the next

9    still, which is D101-C, as in Charlie.

10   BY MS. FISH:

11   Q.  And do you see the door opened in this still?

12   A.  Yes.

13   Q.  And the time stamp on this is 2:41:59 p.m.?

14   A.  Yes.

15   Q.  Would you please circle the door that you see.

16   A.  That's the top of the door.

17   Q.  Okay.  So the top of the door and -- you see at the bottom

18   left of this still?

19   A.  Yes.

20   Q.  And it's pretty much parallel to the wall there?

21   A.  Yes.

22   Q.  Meaning it's fully opened?

23   A.  Yes.

24   Q.  And let's move one more to D101-D, as in dog.  And the time

25   stamp on this still is 2:42 p.m.; correct?

1    A.   Correct.

2    Q.   And do you see the door in this still?

3    A.   Yes.

4    Q.   Would you circle it for me, please.

5    A.   Top of the door.

6    Q.   So the top of the door is on the bottom left of the

7    screen?

8    A.   Yes.

9    Q.   And it's fully opened?

10   A.   Yes.

11   Q.   And I'd like you to now look at the next few items in your

12   binder, which are D102-B, an in boy; D102-C, as in Charlie; and

13   D102-D, as in dog.  And these -- are these stills from

14   Government's Exhibit G102, which was the video of the interior

15   of that door?

16   A.   Yes.

17   Q.   And are they fair and accurate?

18   A.   Yes.

19             MS. FISH:  Move to admit.

20             MR. VALENTINI:  No objection.

21             THE COURT:  This is admitted.

22             (Defendant Exhibit 102-B, 102-C, and 102-D admitted

23   into evidence.)

24             MS. FISH:  And may we pull up first D102-B for the

25   jury.

```
1    BY MS. FISH:

2    Q.  And, Inspector Loyd, the time stamp on this is 2:41:58

3    p.m.; correct?

4    A.  Yes.

5    Q.  And we can see the inside of that same door?

6    A.  Yes.

7    Q.  And can you see if any daylight is coming in on the floor

8    from that door?

9    A.  If there's any daylight?

10   Q.  Coming in.

11   A.  There's daylight from the windows.

12   Q.  From the windows?

13   A.  Yes.

14   Q.  Does the door on the left appear to be at an angle?  If

15   it's hard to see, that's fine.

16   A.  Yeah, it's tough to see at that point.

17   Q.  That's fine.  Let's move on to the next one, which is

18   D102-C, as in Charlie.  And this is the same view of the

19   interior of that door?

20   A.  Yes.

21   Q.  And the time stamp is 2:41:59 p.m.?

22   A.  Yes.

23   Q.  And is that door open at this point?

24   A.  Yes.

25   Q.  And let's talk a little bit more about that.  That door is
```

1    a double door; correct?

2    A.  Correct.

3    Q.  So there's a door to the south and to the north?

4    A.  Correct.

5    Q.  On the right and the left?

6    A.  Yes.

7    Q.  And only one of those doors is open?

8    A.  Yes.

9    Q.  That would be the door on the left in this picture?

10   A.  Yes.

11   Q.  And to the north in real life?

12   A.  Yes.

13   Q.  And in this picture, that door is fully open?

14   A.  Yes.

15          MS. FISH:  And let's move one more, and let's show

16   the jury D102-D.

17   BY MS. FISH:

18   Q.  And the time stamp on that still is 2:42 p.m.?

19   A.  Yes.

20   Q.  And we're looking at the same door?

21   A.  Yes.

22   Q.  And it's fully open?

23   A.  Yes.

24   Q.  And, again, it's just that left door that's open?

25   A.  Yes.

1    Q.  The north door?

2    A.  Yes.

3    Q.  The other part of the double door remains closed?

4    A.  Correct.

5    Q.  I also want to talk a little bit about this picture.

6    There's something that looks like a metal detector in the

7    picture?

8    A.  Yes.

9    Q.  That is off to the right of this photo?

10   A.  Yes.

11   Q.  It's in front of the south door?

12   A.  Yes.

13   Q.  The door that's closed?

14   A.  Yes.

15   Q.  All right.  And I'd like to now pull up Government's

16   Exhibit G110.

17        And rather than kind of playing the whole video, if you

18   don't mind turning in your binder to Exhibits D110-B, -C, and

19   -D, which should be next in line.

20        THE COURTROOM DEPUTY:  These are all government

21   exhibits; right?

22        MS. FISH:  These stills are defense exhibits.  So

23   these are defense exhibits.  They're from the government's

24   video exhibit, which was 10- -- 110.

25   ///

```
1    BY MS. FISH:

2    Q.  And, Inspector Loyd, do these stills appear to be from

3    Government's Video Exhibit G110?

4    A.  Yes.

5    Q.  And the time stamps are 2:41:58 p.m. through 2:42 p.m.?

6    A.  Yes.

7    Q.  And are they fair and accurate?

8    A.  Yes.

9            MS. FISH:  Move to admit.

10           MR. VALENTINI:  No objection.

11           THE COURT:  They're admitted.

12           (Defendant Exhibit 110-B, 110-C, and 110-D admitted

13   into evidence.)

14           MS. FISH:  So let's bring up on the screen for the

15   jurors first Defense Exhibit D110-B, as in boy, which is a

16   still.

17   BY MS. FISH:

18   Q.  So the time stamp on this is 2:41:58 p.m.?

19   A.  Yes.

20   Q.  And do you see the unique blue flag in this still on that

21   southeast terrace?

22   A.  Yes.

23   Q.  Would you please circle that on your screen.

24   A.  (Witness complying.)

25   Q.  All right.  And so the place where that flag is, that's on
```

LOYD - CROSS

 1    the uncovered portion of the terrace; correct?

 2    A.  Correct.

 3    Q.  So that's the part that comes east on the south side of the

 4    stairs?

 5    A.  Yes.

 6    Q.  Away from the building?

 7    A.  Yes.

 8    Q.  And would you please flip to the next --

 9            MS. FISH:  And let's, actually, show the jury the

10    next exhibit, which is D110-C.

11    BY MS. FISH:

12    Q.  And it might even be easier on your screen.  It should be

13    the same one.

14            And that time stamp is 2:41:59 p.m.?

15    A.  Yes.

16    Q.  And do you see the unique blue flag?

17    A.  Yes.

18    Q.  Would you please circle that.

19    A.  (Witness complying.)

20    Q.  And so that's, basically, in the same position as the last

21    photo?

22    A.  Yes.

23    Q.  And let's do one more.  Let's pull up Exhibit D110-D, as in

24    dog.  And, again, that should be on your screen.

25            And the time stamp on that is 2:42 p.m.; correct?

```
 1    A.  Yes.

 2    Q.  And do you see that unique blue flag?

 3    A.  Yes.

 4    Q.  Would you please circle it.

 5    A.  (Witness complying.)

 6    Q.  And that's in about the same position as the last one?

 7    A.  Yes.

 8    Q.  On that outer uncovered terrace?

 9    A.  Yes.

10         MS. FISH:  All right.  And if we could return,

11    please, to Government's G101, which is a video exhibit.  And if

12    we could move up to run time 8 minutes 11 seconds, more or

13    less.  Yeah.  If we could press play.

14         (A video recording was played.)

15    BY MS. FISH:

16    Q.  So, again, this is the view right above the exterior of

17    that door on the House terrace?

18    A.  Yes.

19    Q.  And people are walking inside the open door?

20    A.  Yes.

21    Q.  And you see the man with the unique blue flag walk through?

22    A.  Yes.

23    Q.  And multiple other people walk through as well?

24    A.  Yes.

25    Q.  They're walking in one or two at a time?
```

```
 1    A.  Yes.
 2              MS. FISH:  And could we please press pause.
 3         And if we could please pull up Government's Exhibit G102
 4    and advance to 1 minute 5 seconds run time.
 5    BY MS. FISH:
 6    Q.  And, again, this video is showing the interior of that same
 7    door?
 8    A.  Yes.
 9              MS. FISH:  And could we please press play.
10              (A video recording was played.)
11    BY MS. FISH:
12    Q.  So, again, we see people walking through?
13    A.  Yes.
14    Q.  There's a man with a suit in a mask?
15    A.  Yes.
16    Q.  A man with an American flag?
17    A.  Yes.
18    Q.  The man with the double flag?
19    A.  Yes.
20    Q.  People in masks?
21    A.  Yes.
22    Q.  People in hats?
23    A.  Yes.
24    Q.  And that unique blue flag?
25    A.  Yes.
```

245

```
 1              MS. FISH:  Could we please press pause.
 2    BY MS. FISH:
 3    Q.  People are walking about one by one?
 4    A.  Yes.
 5    Q.  No one was running?
 6    A.  No.
 7              MS. FISH:  And I'd like to now pull up the video
 8    Government's Exhibit G111.  I'm skipping ahead so we don't
 9    retread stuff we've already covered as much as possible.
10         So just to orient us, could you please press play for a
11    moment.
12              (A video recording was played.)
13              MS. FISH:  And pause.
14    BY MS. FISH:
15    Q.  This is that hallway you spoke about on the north side of
16    the House Chamber or House gallery; is that correct?
17    A.  Yes.
18    Q.  So it's on the third floor?
19    A.  Yes.
20    Q.  Outside the gallery?
21    A.  Yes.
22    Q.  And just so that we're remembering, the gallery is the
23    place where ordinarily members of the public would watch
24    congressional hearings?
25    A.  Yes.
```

```
1    Q.  But that day it was just legislators?

2    A.  Yes.

3    Q.  And I'd like to -- the government asked you to read a small

4    wooden sign in the upper right-hand corner before.  Do you see

5    another sign to the left of that on the wall?

6    A.  Exit.

7    Q.  So there's an exit sign?

8    A.  Yes.

9    Q.  And it's actually lit up in red; correct?

10   A.  Yes.

11           MS. FISH:  And I'd like to bring up to about

12   50 seconds run time and press play, please.

13   BY MS. FISH:

14   Q.  And drawing your attention to the area in front of the man

15   with the unique blue flag.

16           (A video recording was played.)

17           MS. FISH:  Please press pause.

18   BY MS. FISH:

19   Q.  Did you see someone who looks like a Capitol Police officer

20   walk into that hallway?

21   A.  Yes.

22   Q.  Would you please circle him.

23   A.  There is the police.

24   Q.  And you could tell he was Capitol Police because of his

25   uniform?
```

1    A.  Yeah, I saw the patch.

2    Q.  He had the patch on the left side?

3    A.  Yes.

4             MS. FISH:  And could we back up and -- just maybe

5    5 seconds or 10 seconds and play that again.

6             (A video recording was played.)

7             MS. FISH:  And please pause.

8    BY MS. FISH:

9    Q.  And that officer appeared to turn and maybe give a

10   direction?

11   A.  Yes.

12   Q.  And, now, you testified before that this was a time when

13   you were trying to evacuate legislators out the west side of

14   the building?

15   A.  Yes.

16   Q.  So other officers were trying to help you clear that space?

17   A.  Yes.

18   Q.  Would it make sense that the officer told folks to leave

19   that space?

20   A.  Yes.

21   Q.  Thank you.

22            MS. FISH:  And would you please press play.

23            (A video recording was played.)

24   BY MS. FISH:

25   Q.  And you see after that officer passes the man with the

1    unique blue flag, walks back where he came from?

2    A.  Yes.

3              MS. FISH:  And we can pause there.

4    BY MS. FISH:

5    Q.  And we discussed the time that the -- the man with the

6    unique blue flag walked through the door was about 2:42 and

7    some seconds --

8    A.  Yes.

9    Q.  -- p.m.?

10             And what we just watched, the time stamp is 2:48 p.m.

11   and 50-something seconds?

12   A.  Yes.

13   Q.  About 7 minutes later?

14   A.  Yes.

15   Q.  And shortly after that, you noted that there were other

16   police who actually had that man stop and get on the ground and

17   escorted him out?

18   A.  Yes.

19   Q.  So I'd like to skip ahead to Government's Exhibit G113.2,

20   which is the video of the Rotunda stairs.

21             And just so that we're not losing ourselves in space,

22   this is not the same stairway that the man with the unique blue

23   flag walked in; correct?

24   A.  Correct.

25   Q.  This is --

```
1     A.  It's different.

2     Q.  This is a stairway in the center of the east side?

3     A.  Yes.

4     Q.  It's a larger stairway?

5     A.  Yes.

6              MS. FISH:  And if we could please advance to about

7     7 minutes 5 seconds run time.  And play.

8              (A video recording was played.)

9     BY MS. FISH:

10    Q.  And this is 3:07 p.m.  Is that the time stamp you see?

11    A.  Yes.

12    Q.  And this is about the time that -- do you see that unique

13    blue flag?

14    A.  Yes.

15             MS. FISH:  Could you press play, please.

16             (A video recording was played.)

17    BY MS. FISH:

18    Q.  Would you circle that, please.

19    A.  (Witness complying.)

20    Q.  And so that's kind of towards the top of the stairway at

21    this point?

22    A.  Yes.

23    Q.  All right.

24             MS. FISH:  And please -- please press play.

25             (A video recording was played.)
```

```
1    BY MS. FISH:

2    Q.  And I want to talk about the stairway right now.  Would you

3    estimate there are hundreds of people there?

4    A.  I'm sorry?

5    Q.  Would you estimate there are hundreds of people on that

6    stairway and terrace?

7    A.  On the actual stairway, yes, hundreds.

8    Q.  Hundreds?

9    A.  Yes.

10   Q.  There's not a clear-cut pathway down?

11   A.  No.

12   Q.  And you spoke about this earlier.  The man with the unique

13   blue flag continuously moves down that stairway; correct?

14   A.  Yes.

15   Q.  He doesn't go back up?

16   A.  No.

17   Q.  He doesn't, you know, take a route back to the inside of

18   the building?

19   A.  No.

20   Q.  He goes down the stairway?

21   A.  Yes.

22   Q.  Thank you.

23          MS. FISH:  And we can press pause.

24   BY MS. FISH:

25   Q.  And the government showed you a photograph or two of the
```

```
1    flag that you said you thought were on that stairway?

2    A.  Yes.

3    Q.  You don't know who took those photos?

4    A.  No.

5    Q.  Those were not part of Capitol Police surveillance?

6    A.  No.

7    Q.  Your officers don't go around taking cell phone photos of

8    people?

9    A.  No.

10   Q.  You don't know why they took them, whoever took those

11   photos?

12   A.  Yeah, I don't know.

13   Q.  You don't know what angle?

14   A.  No.

15           MS. FISH:  And we can take this video down.

16   BY MS. FISH:

17   Q.  You've reviewed multiple Capitol surveillance videos from

18   January 6th?

19   A.  Yes.

20   Q.  And the ones we've showed today are the ones where you saw

21   the unique blue flag?

22   A.  Yes.

23   Q.  You didn't see another flag that looked like that?

24   A.  No.

25   Q.  You've seen Trump flags?
```

```
 1     A.   Yes.

 2     Q.   American flags?

 3     A.   Yes.

 4     Q.   But no other flag that was all blue with white stars?

 5     A.   No.

 6     Q.   And in the videos we've watched, at no point did that man

 7     with the unique flag physically fight another person?

 8     A.   No.

 9     Q.   Or push another person?

10     A.   No.

11     Q.   At no point did he deface property?

12     A.   No.

13     Q.   Or damage property?

14     A.   No.

15     Q.   Or throw anything?

16     A.   No.

17     Q.   And until that video in the hallway where we saw the

18     officer turn towards him, there's nowhere that a police officer

19     appears to speak to that man?

20     A.   I'm sorry.  Repeat that.

21     Q.   Until that hallway that -- where we saw the Capitol Police

22     officer with the patch turn towards him --

23     A.   Yes.

24     Q.   -- there's nowhere that a police officer appears to speak

25     to that man; correct?
```

```
1    A.  Yes.

2    Q.  Thank you, Inspector Loyd.

3           MR. VALENTINI:  Ms. Johnson, can we please switch to

4    the laptop.  Thank you.

5                    REDIRECT EXAMINATION

6    BY MR. VALENTINI:

7    Q.  Good afternoon, Inspector Loyd.

8    A.  Good afternoon.

9    Q.  Earlier today Ms. Fish asked you just a few minutes ago

10   some questions about the security procedures when the Capitol

11   was open to visitors.  Do you remember those?

12   A.  Yes.  Yes.

13   Q.  She asked you how the House gallery was used to host

14   visitors when it was open to visitors?

15   A.  Yes.

16   Q.  Now, at that time when the Capitol was open to visitors,

17   what was the procedure for visitors to enter the

18   Capitol Building?

19   A.  To enter the Capitol Building, to get to the galleries, you

20   have to go through a magnetometer and be screened for weapons.

21   Q.  And even before a visitor could get to the gallery area,

22   where would a visitor have to go through to get to the gallery

23   area?

24   A.  You first walk through the Capitol visitors center, and you

25   follow to a line and eventually into the Capitol Building up to
```

1    the third floor to the gallery.

2    Q.  And this is, again, when the Capitol -- the U.S. Capitol

3    was open to visitors, at all?

4    A.  Yes.

5    Q.  And would visitors be screened at the visitors center?

6    A.  Yes.

7    Q.  Would they have to go through a magnetometer there?

8    A.  Yes.

9    Q.  Were they allowed to bring weapons into the Capitol?

10   A.  No.

11   Q.  And, again, this is when the U.S. Capitol was at all open

12   to visitors?

13   A.  Yes.

14   Q.  Was the -- was the U.S. Capitol open to visitors after

15   approximately March 2020?

16   A.  No.

17   Q.  Was it open to visitors on January 6th, 2021?

18   A.  No.

19   Q.  No part of the Capitol Building was?

20   A.  No.

21   Q.  And you were also asked about some rallies that had been

22   approved for January 6th.  Do you remember that?

23   A.  Yes.

24   Q.  Were those rallies approved for an area within the

25   Capitol Grounds?

1    A.  Yes.

2    Q.  Were any of those rallies approved for an area within the

3    restricted perimeter in Exhibit 501?

4    A.  No.

5    Q.  That's because no visitors were permitted -- no visitors at

6    all were permitted within that perimeter; is that correct?

7    A.  Correct.

8    Q.  Let me show you Exhibit 110.  I'm going to fast-forward to

9    approximately 2:20:35.

10        Do you remember a few minutes ago Ms. Fish asked you

11   some questions about this point in time -- this exhibit at this

12   point in time?

13   A.  Yes.

14   Q.  She asked you about Capitol Police officers on the steps?

15   A.  Yes.

16   Q.  She asked you about some members of the crowd who had

17   gotten past the police officers on the steps?

18   A.  Yes.

19   Q.  Were the police officers on the steps at this point

20   outnumbered by the crowd?

21   A.  Yes.

22   Q.  Had the crowd taken over the steps on the midsection of the

23   Capitol?

24   A.  Yes.

25   Q.  Were the police -- had the police line functionally

1    collapsed by this time?

2    A.  Yes.

3    Q.  I'm going to pull up Government Exhibit 111.

4         Inspector Loyd, you were asked some questions before

5    about an exit sign that's affixed next to the door to the House

6    appropriations committee office.  Do you remember those

7    questions?

8    A.  Yes.

9    Q.  Does that sign have an arrow pointing in a certain

10   direction next to the exit writing?

11   A.  Yes.

12   Q.  Which direction is it pointing to?

13   A.  It's pointing south.

14   Q.  Would that be left or right?

15   A.  It's to the left of the exit letters.

16   Q.  And could you mark on the screen which direction the arrow

17   is pointing to.

18   A.  (Witness complying.)

19   Q.  Let me fast-forward the exhibit.

20              (A video recording was played.)

21              MR. VALENTINI:  I'm going to start playing the video

22   at 2:48:36 p.m.

23              (A video recording was played.)

24   BY MR. VALENTINI:

25   Q.  Do you see the gentleman with the large blue flag at this

```
1    point in the exit?

2    A.  Yes.

3    Q.  Which direction is he facing?

4    A.  He's facing south.

5              (A video recording was played.)

6    BY MR. VALENTINI:

7    Q.  Do you -- I stopped the exhibit at 2:48:52 p.m.

8         Do you see the gentleman with the large blue flag?

9    A.  Yes.

10   Q.  Has the gentleman gone in a southern direction?

11   A.  I'm sorry?

12   Q.  Has he moved to the south?

13   A.  He actually came a bit north up against that white door.

14   Q.  So he went in the opposite direction of the arrow next to

15   the exit sign?

16   A.  Yes.

17              (A video recording was played.)

18              MR. VALENTINI:  I'll continue playing the exhibit.

19              (A video recording was played.)

20   BY MR. VALENTINI:

21   Q.  Where does he appear to be going next?

22   A.  He appears to be opening the white door.

23   Q.  And that's the white door to the House appropriations

24   committee office?

25   A.  Yes.
```

258

```
 1    Q.  Thank you.
 2              MR. VALENTINI:  I have no further questions.
 3              MS. FISH:  No recross, Your Honor.
 4              THE COURT:  All right.  Thank you, Inspector.
 5              THE WITNESS:  Thank you, Your Honor.
 6              THE COURT:  You're excused.
 7              (Witness excused.)
 8              MR. VALENTINI:  The government will call Special
 9    Agent Elizabeth Glavey.
10              THE COURTROOM DEPUTY:  Counsel, are you done with
11    this?
12              MS. FISH:  Sure.  Thank you.
13              THE WITNESS:  Good afternoon.
14              THE COURTROOM DEPUTY:  Raise your right hand.
15              (Oath administered.)
16              THE WITNESS:  I swear.
17              THE COURTROOM DEPUTY:  Thank you.
18                        DIRECT EXAMINATION
19    BY MS. MORAN
20    Q.  Good afternoon, Special Agent Glavey.
21    A.  Good afternoon, ma'am.
22    Q.  Could you please introduce yourself to the jury.
23    A.  I'm Elizabeth Glavey with the United States Secret Service.
24    Q.  And how long have you worked for the Secret Service?
25    A.  Almost 14 years now.
```

```
 1    Q.  What is the mission of the Secret Service?

 2    A.  It's a dual-mission agency.  We do protection and

 3    investigations.

 4    Q.  What types of investigations does the Secret Service

 5    conduct?

 6    A.  Financial crimes and protective intelligence.

 7    Q.  And I think that Hollywood has given us a glimpse into the

 8    protective element of your mission.  Can you explain for the

 9    jury what your protective mission is.

10    A.  We protect the President, Vice President, their immediate

11    families, and foreign heads of state that visit the

12    United States.

13    Q.  And in which branch of government does the Secret Service

14    sit?

15    A.  The Executive Branch.

16              THE COURT:  Can I stop you for a moment.  Can we

17    do -- do we need this exhibit on the pedestal?  I think

18    Ms. Moran disappears behind it.

19              MS. MORAN:  I appreciate that.  I didn't even notice.

20    BY MS. MORAN:

21    Q.  Special Agent Glavey, does the Secret Service belong to an

22    agency within the Executive Branch?

23    A.  Yes.

24    Q.  What is that?

25    A.  The Department of Homeland Security.
```

GLAVEY - DIRECT

1    Q.  What is your current position at the Secret Service?

2    A.  My current position is I'm an instructor at our training

3    facility.

4    Q.  And who do you train at the training facility?

5    A.  I train our new hires.

6    Q.  And what do you teach?

7    A.  I teach them how to do protection.

8    Q.  Briefly, what does that entail?

9    A.  So I teach them how to do shift work, how to work around

10   one of our protectees, the different movements that are

11   involved, and then how to do security advances.

12   Q.  How long have you been an instructor?

13   A.  Over a year now.

14   Q.  Were you with the Secret Service on January 6th, 2021?

15   A.  Yes, I was.

16   Q.  And what was your position at that time?

17   A.  I was an agent on the Vice President's detail.

18   Q.  And how long had you been on the Vice President's detail?

19   A.  At that time, three years.

20   Q.  What were your responsibilities on that detail?

21   A.  I worked as a shift agent, which is kind of like the

22   bodyguard for a protectee.  And then I would do the security

23   advances.

24   Q.  And to be clear, the Vice President at that time was

25   Michael Pence?

1    A.  Correct.

2    Q.  Thank you.

3         I'm turning your attention to January 6th, 2021.  Did

4    you prepare security on that date?

5    A.  I did.

6    Q.  Were you assigned to work in conjunction with the

7    United States Capitol Police to create a security plan for

8    Vice President Pence on that day?

9    A.  Yes.

10   Q.  And why did you need to work with the United States

11   Capitol Police on that date?

12   A.  The Capitol Police are responsible for the security plan at

13   the Capitol, so we adopt their security plan, but we work in

14   conjunction with them.  So it would be upon me to provide them

15   the information that they needed so that they could do their

16   job as well as work with us.

17   Q.  And when were you given the assignment that might -- that

18   Vice President Pence would be traveling to the Capitol?

19   A.  So I was given the assignment the evening of the 4th.

20   Q.  And when did you begin preparing for that assignment?

21   A.  The 5th.

22   Q.  What goes into preparing for the security plan from your

23   perspective as a Secret Service agent?

24   A.  So for the security plan, it pretty much is already in

25   place.  What I have to do is provide the information to my

1    liaison counterpart for her to be able to complete the head of

2    state notification and just provide the details of who would be

3    attending for the visit that day.

4    Q.  I think we all just learned a lot of new terms.  Let's

5    break it now.  Who is the liaison agent?

6    A.  So for our agency, we have a liaison division.  It's agents

7    that are based out of the Capitol.  It enables us to have

8    agents that are knowledgeable with the policy and procedures at

9    the Capitol because we can go there on short notice.  So it

10   doesn't always afford us the opportunity to devise a security

11   plan.  So they know the plan that's in place, and they can

12   enact the procedures for us to have a visit on short notice.

13   Q.  And do you recall who the liaison you worked with for

14   January 6th was?

15   A.  Yes, Lanelle Hawa.

16          MS. MORAN:  At this time I'm going to bring up

17   Exhibit 300, which is not yet admitted into evidence.  Could we

18   please show it to the witness and the Court and to counsel.

19   BY MS. MORAN:

20   Q.  Are you seeing it, Agent Glavey?

21   A.  Yes.

22   Q.  And do you recognize this exhibit?

23   A.  I do.

24   Q.  How do you recognize it?

25   A.  It's an email that I received from my liaison counterpart.

1    Q.  And what was the date you were sent that email?

2    A.  Tuesday, January 5th, 2021.

3             MS. MORAN:  I would like to bring up Exhibit 301 at

4    this time, which is also not in evidence.

5    BY MS. MORAN:

6    Q.  Are you seeing it now, Agent Glavey?

7    A.  Yes.

8    Q.  And do you recognize this exhibit?

9    A.  Yes.  That's the Head of State Worksheet.

10   Q.  And what is the Head of State Worksheet?

11   A.  It provides the information regarding the visit of the head

12   of state -- in this case it was the Vice President -- and just

13   details the information regarding the motorcade vehicles, the

14   points of contact, and the itinerary.

15   Q.  Who provided the information that was used to create this

16   document?

17   A.  I provided the information for most of it.

18   Q.  And is one generated every time, for example, the

19   Vice President travels to the Capitol?

20   A.  When possible, yes.

21   Q.  And so it's done in the regular course of your business?

22   A.  It's done regularly, yes.

23   Q.  And who prepared this with the information that you

24   provided?

25   A.  My liaison counterpart, Lanelle Hawa.

```
 1              MS. MORAN:  Your Honor, I would like to offer
 2    Exhibits 300 and 301 into evidence.
 3              MS. FISH:  No objection.
 4              THE COURT:  They're admitted.
 5              (Government Exhibit 300 and 301 admitted into
 6    evidence.)
 7              MS. MORAN:  Thank you.
 8    BY MS. MORAN:
 9    Q.  Agent Glavey, just to begin at a general level, can you
10    read the subject line of the email, Exhibit 301 -- oh, sorry.
11              MS. MORAN:  Can we just show her the email,
12    Exhibit 301 [sic] -- actually, withdrawn.  Let's strike that.
13    BY MS. MORAN:
14    Q.  You received an email from Agent Hawa -- you received an
15    email from Agent Hawa.  Was this an attachment?
16    A.  It was.
17    Q.  And can you work from the bottom -- I see it says it's a
18    Head of State Worksheet.  You've explained what that is.  I'm
19    directing your attention to the date of the visit.  What is the
20    date?
21    A.  January 6th, 2021.
22    Q.  And I'm directing your attention to the field of visitors'
23    full names.  Could you read those names.
24    A.  Vice President Michael Pence, Mrs. Pence, and Charlotte
25    Pence.
```

1    Q.  The next field, "(Tail) Car Rendezvous Location," what is

2    listed there?

3    A.  The Naval Observatory.

4    Q.  And what is meant by the "(Tail) Car Rendezvous Location"?

5    A.  It's where the vehicles would meet up in order to do the

6    motorcade to the Capitol.

7    Q.  And what does "VPD Lead Agent" mean?

8    A.  It meant that I was the lead agent for the visit, the lead

9    point of contact for the Vice President's detail.

10   Q.  And who would receive this document?

11   A.  The Secret Service personnel that needed to have the

12   information for the visit that day, as well as the

13   Capitol Police that were working.

14   Q.  I'm directing your attention to the second half of the

15   page.  It says, "Itinerary."  Can you help us understand,

16   perhaps, by going through the columns what this itinerary

17   generally says?

18   A.  Sure.  It -- the first column provides the arrival time.

19   So you would see it was expected for the Vice President to

20   arrive at 12:30, and the location would have been the Senate

21   carriage entrance.  He arrived via MC, which stands for

22   motorcade.  And he would be greeted by the sergeant of arms.

23   And his destination would have been to S-214, which is the

24   office.  And we expected him to hold in the office until it was

25   time for him to depart the office and make the movement to the

1    House side to begin the certification of the vote.

2    Q.  During this point in the itinerary, who would be

3    responsible for the Vice President, Mrs. Pence, and Charlotte

4    Pence's security?

5    A.  The Secret Service.

6    Q.  Why does the Vice President -- you mentioned that the

7    Vice President traveled in a motorcade.  Why does -- sorry.

8    Technical difficulty.  What else is new?

9         Why does the Vice President travel in a motorcade?

10   A.  It's for his safety.

11   Q.  And do you know what side of the Capitol Building the

12   motorcade arrived on on January 6th?

13   A.  The east side.

14   Q.  Would that motorcade remain until the Vice President

15   departed after the certification of the electoral votes?

16   A.  It would remain on the Capitol Grounds.  It would relocate

17   from the Senate carriage entrance to what I refer to as the

18   plaza.

19   Q.  Were the locations listed in this itinerary the only places

20   that the Vice President was intended to travel on January 6th

21   within the Capitol?

22   A.  Yes.

23   Q.  Okay.  Agent Glavey --

24        MS. MORAN:  I think we can take this down.  Thank you

25   very much.

1    BY MS. MORAN:

2    Q.  I'm going to turn your attention to your own experience on

3    January 6th, 2021.  When did you begin your workday?

4    A.  I started my workday at approximately 8 o'clock at the

5    Naval Observatory.

6    Q.  Why the Naval Observatory?

7    A.  It was the Vice President's residence.

8    Q.  At approximately what time did there come a time when you

9    and the Vice President traveled to the Capitol?

10   A.  I did not travel with the Vice President.  I went to the

11   Capitol around 10 o'clock and met up with my liaison

12   counterpart, and the Vice President traveled separately around

13   12:00.

14   Q.  Great.  What time -- excuse me.  What did you do when you

15   arrived?

16   A.  When I arrived at the Capitol, I met up with my liaison

17   counterpart, and we proceeded with our walk-throughs and going

18   over the formal procedures that would take place for the

19   procession of going back and forth between the House and Senate

20   and then went over our emergency action plans.

21   Q.  So that emergency action plan would be a contingency if

22   anything went wrong?

23   A.  Yes.

24   Q.  You testified, I believe, before I cut you off, that the

25   Vice President arrived at around noon on January 6th, 2021, to

1    the Capitol?

2    A.  Shortly after noon, yep.

3    Q.  And where did he first arrive at the Capitol?

4    A.  The Senate carriage entrance.

5    Q.  Upon his arrival, what did you do?

6    A.  Upon his arrival, I met with the supervisors and the shift

7    agents that would be going into the Capitol, and I distributed

8    the visitors' passes that they were required to have.

9    Q.  And were you with the Vice President at that time?

10   A.  Yes.

11   Q.  And his family?

12   A.  Yes.

13   Q.  To your knowledge, on January 6th, 2021, was the Capitol

14   open to the public?

15   A.  No.

16   Q.  After entering the Capitol and distributing the passes,

17   what did you do next?

18   A.  We then proceeded to the second floor and the

19   Vice President went to his office.

20   Q.  And on what side of the building was that?

21   A.  The Senate side.

22   Q.  And you were with the Vice President at that time?

23   A.  Yes.  Outside his office.

24   Q.  After accompanying the Vice President -- is that fair to

25   say that you accompanied him to his office?  Did you have a

1    sense of where he went next?

2    A.  Yes.  He went through the House -- the Senate Chamber and

3    proceeded to the House Chamber.

4    Q.  And did you travel with him?

5    A.  Yes.

6    Q.  And did there come a time when Vice President Pence

7    traveled to the House side?

8    A.  Yes.

9    Q.  And did -- at some point in the proceedings, to your

10   knowledge, did the House adjourn?

11   A.  Yes.

12   Q.  And at that point, what did the Vice President do?

13   A.  We proceeded back to the Senate side, and they delivered --

14   deliberated inside the Senate Chamber.

15   Q.  And as they were deliberating inside the Senate Chamber,

16   were you with him?

17   A.  I was not with him inside the chamber.  Only the

18   supervisors are allowed inside the chambers.  I was outside the

19   chamber.  But then at one point I was instructed by a

20   supervisor to walk our relocation route.

21   Q.  When the President [sic] was in the chamber, were you aware

22   of anything unusual happening at the Capitol?

23   A.  Yes.

24   Q.  And can you briefly describe what you were aware of.

25   A.  I was aware that crowds were making their way towards the

1   Capitol that were much larger than your typical small group of

2   protesters that would be outside the Capitol Grounds.

3   Q.  So taking us through the next couple of minutes, what did

4   you do after learning that information?

5   A.  So, again, like I referred to before, I was instructed by

6   our supervisors -- I was informed that our motorcade was in the

7   process of relocating, and I was requested to walk our

8   relocation route.  So I walked the route to ensure that I knew

9   the route without any hesitation and was able to check it to

10  make sure that there were no issues on the route.

11  Q.  To your knowledge, was it part of the plan to relocate the

12  motorcade?

13  A.  Not to where we did, no.

14  Q.  And to your knowledge, why was the motorcade relocated?

15  A.  We --

16  Q.  Was it because of the crowd?

17  A.  We needed it to be accessible.

18  Q.  Did there come a time when you saw the crowd in question?

19  A.  Yes.

20  Q.  And what was the first time that you saw the crowd?

21  A.  When I was walking back towards where the Vice President

22  was, I was making my way up the stairs back to the first floor,

23  and I heard glass smash.  And shortly after I saw the public

24  entering the building and proceeding down the hallway.

25  Q.  Can you describe for the jury the things that you -- was it

271

1    loud?  What was the volume like?

2    A.  It was loud.  You could hear, you know, just yelling.  You

3    couldn't decipher anything that was being said.  The officers

4    were -- there were officers on the other side of the wall that

5    I was that were trying to hold the protesters back.  But as far

6    as anything verbalized, it was just general noise.

7    Q.  I'm -- I'm attempting not to ask you too many details

8    because I'm sure they're sensitive.  But you referenced your --

9    your route for the Vice President in the case he needed to be

10   relocated.  Was that route inside or outside of the Capitol

11   Building?

12   A.  It was inside the Capitol.

13   Q.  And at some point was a decision made to relocate the

14   Vice President?

15   A.  Yes.

16   Q.  And that was not part of the original itinerary I saw, to

17   my recollection.

18   A.  No.

19   Q.  To your understanding, why was the decision made?

20   A.  The decision was made -- it was no longer safe.  At one

21   point I advised the supervisors that the protesters were on the

22   second floor and that was the floor that the Vice President was

23   on; so for his safety, he needed to be relocated.

24   Q.  And were you on the second floor when you learned that the

25   protesters had made their way to the second floor?

1   A.  No.  I was on the first floor.

2   Q.  Did you come into contact with the protesters?

3   A.  No.

4   Q.  Let me rephrase the question.  At their closest, how close

5   were you to the individuals who had entered the Capitol?

6   A.  I was in close proximity.  The Vice President was -- he was

7   secure.  He didn't see any of the protesters.

8   Q.  Were you concerned that the Vice President was in danger?

9   A.  Yes.

10  Q.  Were you with the Vice President when he was relocated?

11  A.  Yes.

12  Q.  And, briefly, I'm going to pull up one last exhibit,

13  Exhibit 302, which is already in evidence.

14       Agent Glavey, have you watched this video before?

15  A.  Yes.

16  Q.  And you testified that the Vice President was one floor

17  above you.  Were you in this stairwell at the time?

18  A.  I was at the bottom of that stairwell.

19  Q.  And where was the Vice President?

20  A.  He was inside, behind the doors you see in the video clip

21  there.  He was either in his office or in the lobby area right

22  there.

23       MS. MORAN:  We're going to play the clip to 14

24  seconds, please.

25       (A video recording was played.)

```
 1                    MS. MORAN:  And we can pause here.  Thank you.
 2              We're paused at time mark 2:26:02 p.m.
 3    BY MS. MORAN:
 4    Q.  Agent Glavey, do you recognize the individuals in this
 5    frame?
 6    A.  Yes, I do.
 7    Q.  And do you recognize the Vice President, Michael Pence?
 8    A.  Yes, I do.
 9    Q.  You should be able to mark with a circle.  Would you mind
10    marking with a circle where the Vice President is located.
11    A.  (Witness complying.)
12    Q.  And then do you recognize any other Secret Service
13    protectees in this frame?
14    A.  I do.
15    Q.  And can you identify them, just by the articles of clothing
16    they're wearing, perhaps.
17    A.  Yes.  The individual directly in front of the
18    Vice President, it looks like plaid, is his daughter, Charlotte
19    Pence.  And in front of her is the Second Lady, Karen Pence.
20    Q.  After this video takes place temporally, where does the
21    Vice President go?
22    A.  To our relocation area within the Capitol.
23    Q.  And were you with him?
24    A.  Yes.
25    Q.  And approximately how long was he in that relocation area?
```

GLAVEY - DIRECT

```
1    A.   Several hours.

2    Q.   And when he left after several hours, where did he go?

3    A.   The certification resumed.  We eventually made our way back

4    to the House Chamber.

5    Q.   Do you recall approximately what time he left the

6    relocation area when the certification resumed?

7    A.   I believe it was around 8 o'clock.

8    Q.   And do you recall about what time the certification process

9    ended?

10   A.   Between 3:00, 4:00 a.m. in the morning on the 7th.

11   Q.   And were you still in the Capitol that whole time?

12   A.   Yes.

13   Q.   And was the Vice President still in the Capitol that whole

14   time?

15   A.   Yes.

16   Q.   From the time that the Vice President arrived at the

17   Capitol until the time that the certification ended, he never

18   left the Capitol?

19   A.   Correct.

20   Q.   And is part of your job assessing when danger might befall

21   one of your protectees?

22   A.   Yes.

23   Q.   And prior to January 6th, had you ever assessed there was a

24   danger present at the Vice President's location?

25   A.   I -- I -- never.
```

```
1    Q.  Sorry.

2    A.  Yeah.

3    Q.  Let me rephrase.

4        By your estimate, was the danger that was posed to the

5    Vice President on that date a level that was unusual to your

6    experience?

7    A.  Yes.

8    Q.  Was it the highest level that you've experienced?

9            MS. FISH:  Objection.  403.

10   A.  To my experience.

11           THE COURT:  You can answer.

12   A.  In my experience, it was.

13           MS. MORAN:  I have no further questions for this

14   witness.

15       Thank you, Agent.

16           THE WITNESS:  Thank you.

17                    CROSS-EXAMINATION

18   BY MS. FISH:

19   Q.  Good afternoon.

20   A.  Good afternoon.

21   Q.  How are you doing?

22   A.  Doing well.  How are you?

23   Q.  Good.  Good.  I hope you're holding in there.

24       I want to ask you a few more questions about how you

25   prepare for the Vice President -- or in the past prepared for
```

1    the Vice President to move around.

2    A.  At the Capitol or in general?

3    Q.  In general.

4    A.  Okay.

5    Q.  So you were on the Vice President's detail for about

6    four years?

7    A.  Yes.

8    Q.  And you've kind of planned and prepared for him to go to

9    many different places during that time?

10    A.  Correct.

11    Q.  And that was when the Vice President was Vice President

12    Mike Pence?

13    A.  Yes.

14    Q.  Thus, I'm using the him pronoun instead of a her?

15    A.  Yep.

16    Q.  And when the Vice President is at their home or workplace,

17    you don't have to plan a security event advance; is that

18    correct?

19    A.  You don't have to plan a security advance.  There's still

20    always going to be plans in place.

21    Q.  Right.  There are plans in place, but you don't have to do

22    this --

23    A.  Permanent plans in place, yes.

24    Q.  Right.  You don't have to plan a particular advance for

25    those -- those locations?

```
1    A.  Correct.

2    Q.  When the Vice President visits somewhere else, that's when

3    you do a detailed security plan?

4    A.  Yes.

5    Q.  Like if the Vice President needs to get a haircut and go to

6    a barbershop, say?

7    A.  Yes.

8    Q.  You would have to plan a security advance?

9    A.  Yes.

10   Q.  And, typically, when the Vice President visits a location

11   like a barbershop, you'd set up a security perimeter?  The

12   Secret Service would.

13   A.  Yes.  I can honestly say that's probably not a very good --

14   Q.  I'll give a better example.

15   A.  Yeah.

16   Q.  So let's say that the Vice President --

17   A.  A rally.

18   Q.  Sure.  Sure.  The Vice President is set to speak at an

19   event at a convention center --

20   A.  Correct.  Yes.

21   Q.  -- in Baltimore.  You would -- the Secret Service would

22   designate a security perimeter?

23   A.  Yes.

24   Q.  And there would be Secret Service agents who would decide

25   where that perimeter was?
```

```
1    A.  Yes.

2    Q.  And who would staff it?

3    A.  We would staff it with probably -- in conjunction with

4    local law enforcement in marked vehicles.

5    Q.  In collaboration with other law enforcement?

6    A.  Correct.

7    Q.  But you, the Secret Service, would decide where it would

8    be?

9    A.  What the boundaries should be, yes.

10   Q.  And sometimes the Vice President visits very large

11   locations like convention centers?

12   A.  Yes.

13   Q.  That may take up multiple city blocks?

14   A.  Yes.

15   Q.  And so your Secret Service perimeter might be smaller than

16   the entire building?

17   A.  Yes.

18   Q.  Just a corner of the building, for example?

19   A.  Correct.

20   Q.  And back when you were on Vice President Pence's detail, he

21   went to the Capitol Building pretty regularly?

22   A.  Yes, he did go frequently.

23   Q.  Maybe once a week?

24   A.  Not that frequently.

25   Q.  Prior to COVID, I should say, he went fairly frequently?
```

1    A.  Yeah.

2    Q.  He actually has an office at the Capitol Building?

3    A.  He does.

4    Q.  You indicated that that's on the north side?

5    A.  Yes.

6    Q.  And, actually, on the far north end of the building?

7    A.  Yes.

8    Q.  So towards the far north edge?

9    A.  Yeah.

10   Q.  Sorry.  Just so the court reporter can --

11   A.  Yes.

12   Q.  Thank you.

13        And the Vice President is president of the Senate?

14   A.  Correct.

15   Q.  So he has official business he has to do at the

16   Capitol Building?

17   A.  Yes.

18   Q.  Or now she does?

19   A.  Yes.

20   Q.  And you said that, essentially, the Capitol Police would

21   plan the security plan and you would adopt it?

22   A.  Yes.  So they have a standard plan in place, and we adopt

23   that security plan, unless it's an interessee, like the

24   inauguration; then we would take part.

25   Q.  And that's actually a decision made by the management of

```
 1    the Secret Service?

 2    A.  Yes.

 3    Q.  Not by you?

 4    A.  Not by me.

 5    Q.  So you're not part of those conversations?

 6    A.  No.

 7    Q.  You don't actually know how those decisions get made?

 8    A.  No.

 9    Q.  You just know typically you don't have to make the detailed

10    plan for the Capitol when the Vice President goes there?

11    A.  Correct.  That's what our liaison division is there for.

12    Q.  And I want to talk about what you expected before

13    January 6th.

14    A.  Sure.

15    Q.  So we looked at the head of state notification that you

16    helped -- helped contribute to?

17    A.  Yes.

18    Q.  And there were a lot of TBDs?

19    A.  Yes.

20    Q.  That's for to be decided?

21    A.  To be determined, yep.

22    Q.  Or to be determined.

23    A.  Yep.

24    Q.  Because you knew that that day, the Vice President duties

25    might be a little unpredictable?
```

1    A.  Yes.

2    Q.  Several members of Congress had announced their plans to

3    formally object to the election certification?

4    A.  Correct.

5    Q.  And you understood that every time one of these members of

6    Congress objected, the Senate and House would have to split

7    back into their separate chambers?

8    A.  Yes.

9    Q.  And the Vice President would have to go back from the House

10   to the Senate?

11   A.  Yes.

12   Q.  Possibly back to the House?

13   A.  Yes.

14   Q.  Possibly back to the Senate?

15   A.  Yes.

16   Q.  And on and on?

17   A.  And on and on.

18   Q.  And you expected that this could last hours?

19   A.  Yes.

20   Q.  Even into the next day?

21   A.  We fully expected it to go into the next day.

22   Q.  Because there were multiple members of Congress who had

23   announced this plan?

24   A.  That's correct.

25   Q.  And their objections would be done during that

GLAVEY - CROSS

1    congressional hearing?

2    A.  Yes.

3    Q.  As part of Congress's official business?

4    A.  Yes.

5    Q.  And you were also aware that there were rallies planned for

6    January 6th?

7    A.  I knew that there was at least one rally.

8    Q.  And you were aware that former President Donald Trump had

9    tweeted there was a potential for vote tallies to be sent back

10   to states for further investigation?

11   A.  I don't recall.  I know there was a lot of tweets out

12   there.  I think that's the right term, tweets.

13   Q.  You'd seen things publicized about what these members of

14   Congress hoped to achieve?

15   A.  Yes.

16   Q.  That they hoped to prevent the certification of the

17   election?

18   A.  Yes.

19   Q.  Possibly send vote tallies back for further investigation?

20   A.  Yes.

21   Q.  And on January 6th, you did not decide where a security

22   perimeter would be set up around the Capitol Building?

23   A.  No.

24   Q.  That was the Capitol Police?

25   A.  Correct.

1    Q.  And I want to just speak briefly from the video we watched

2    so that people understand who they saw in the video.

3    A.  Yes.

4    Q.  When agents like yourself are on duty as shift agents

5    or lead agents, you typically wear, like, business suits;

6    correct?

7    A.  Correct.

8    Q.  Not a police uniform?

9    A.  No.

10   Q.  But more -- something more similar to what you're wearing

11   today?

12   A.  Yes.

13   Q.  So a dark blazer?

14   A.  Yep.  A business suit and we -- we wear our pin --

15   Q.  And a pin on the lapel?

16   A.  -- that designates our agency.

17   Q.  And -- one moment.

18        And on January 6th, you indicated that you met the

19   Vice President when he arrived at the Capitol Building?

20   A.  Yes.

21   Q.  And there were some supervisors and shift agents who were

22   with him?

23   A.  Yes.  That -- some stayed in the vehicles.  But the

24   supervisors and shift agents that were entering the building, I

25   gave them the visitors' passes that also designated them as law

1    enforcement.

2    Q.  And several of them joined Vice President Pence in the

3    building?

4    A.  That's correct.

5    Q.  And yourself and these other Secret Service agents stayed

6    in his area throughout the day?

7    A.  Yes.

8    Q.  Either at a, you know, doorway to a room he was in?  Is

9    that a yes?

10   A.  Yes.

11   Q.  I apologize.  They need the verbal yes for the record.

12        Or, actually, just by his side?

13   A.  Yes.

14   Q.  And you -- if there was an area that you expected him to go

15   to, like crossing from the Senate to the House, one of --

16   either you or another agent would walk that area first?

17   A.  We wouldn't walk in advance.  We would lead the procession,

18   but we were with the actual procession.  We weren't 2 minutes

19   ahead in advance.

20   Q.  Thank you.  I phrased that poorly.  You would walk in front

21   of the Vice President?

22   A.  Yes.

23   Q.  He would walk behind you?

24   A.  Yes.  We would have them in front and back.

25   Q.  And behind?

285

```
1    A.  Correct.

2    Q.  And more agents behind?

3    A.  Yep.

4    Q.  All right.  And you never met Mr. Rhine?

5    A.  Mr. Rhine?

6    Q.  You don't know who that is?

7    A.  No, I don't know, ma'am.

8    Q.  You were asked to testify today by the prosecutors?

9    A.  Yes.

10   Q.  But you do not know who Mr. Rhine is?

11   A.  No.

12   Q.  You never encountered him on January 6th?

13   A.  No.

14   Q.  And I think this likely goes without saying, but I just

15   want to confirm that, you know, you indicated there was a

16   relocation route that you took with Vice President Pence at one

17   point?

18   A.  Yes.

19   Q.  You did not make that public --

20   A.  No.

21   Q.  -- correct?

22        You did not announce, hey, we're going to move the

23   Vice President to this new location?

24   A.  No.

25   Q.  So that would not be something that the public was aware
```

1    of?

2    A.  No.

3    Q.  Probably not even all of the Capitol Police?

4    A.  Yeah, that I can't advise.  I would -- I would say I'm sure

5    there's some that don't know.

6    Q.  Certainly.  And certainly the location was not something

7    that was publicized?

8    A.  No.

9    Q.  Thank you, Agent Glavey.

10   A.  Thank you.

11            MS. MORAN:  Very brief redirect, Your Honor.

12                      REDIRECT EXAMINATION

13   BY MS. MORAN

14   Q.  Special Agent Glavey, as part of your duties to protect the

15   Vice President, do you restrict the individuals who come near

16   him?

17   A.  Yes.

18   Q.  Do you restrict the individuals who come near all of your

19   Secret Service protectees?

20   A.  Yes.

21   Q.  And was part of your security plan with the Capitol Police

22   that they would establish a restricted perimeter around the

23   Capitol?

24   A.  Yes.

25   Q.  And is it fair to say that you deferred to the

1    Capitol Police just how to establish and fortify that

2    perimeter?

3    A.  Yes.

4    Q.  We discussed at length Vice President Pence's visit to the

5    Capitol on January 6th.  To your knowledge, did he go back to

6    the Capitol on January 7th?

7    A.  After we departed?

8    Q.  Yes.  Which is to say, did he regularly, on a day-to-day

9    basis, attend meetings at the Capitol?

10    A.  No, not on a day-to-day basis.

11    Q.  And if my recollection is correct of your testimony, it

12    wasn't even weekly?

13    A.  Correct.

14    Q.  And to confirm, once the certification was completed, the

15    Vice President left and went back to the Naval Observatory?

16    A.  That's correct.

17    Q.  And where does he -- where is his day office?  Where does

18    he normally report to work?

19    A.  The White House.

20    Q.  Thank you, Special Agent Glavey.  I have no more questions.

21    A.  Thank you.

22         THE COURT:  Thank you.  You're excused.

23         (Witness excused.)

24         MR. VALENTINI:  The government calls Officer Jeffrey

25    Abbott.

```
 1              THE COURTROOM DEPUTY:  Good afternoon, sir.  Please

 2    raise your right hand.

 3              (Oath administered.)

 4              THE WITNESS:  Yes.

 5              THE COURT:  Good afternoon.

 6              THE WITNESS:  Good afternoon.

 7                        DIRECT EXAMINATION

 8    BY MR. VALENTINI:

 9    Q.  Good afternoon, Officer Abbott.

10    A.  Good afternoon.

11    Q.  In a loud and clear voice, could you please state and spell

12    your name for the record.

13    A.  My name is Jeffrey Daniel Abbott, J-e-f-f-r-e-y D-a-n-i-e-l

14    A-b-b-o-t-t.

15    Q.  What do you do for a living?

16    A.  I'm a police officer with the United States Capitol Police.

17    Q.  How long have you been a police officer with the

18    Capitol Police?

19    A.  About 18 and a half years.

20    Q.  And what is your title?

21    A.  Private first class.

22    Q.  Are you assigned to a specific section within the

23    Capitol Police?

24    A.  Yes.  The House.

25    Q.  And is the House a division or a section?
```

```
 1    A.  It's -- the House is a division.  The section is to do

 2    day-to-day work.

 3    Q.  What is the charge of the House division?

 4    A.  Protect Congress, mainly to the House side, congressional

 5    buildings, and members and staff.

 6    Q.  Do you mostly work in the Capitol Building or in other

 7    office -- office spaces within the Capitol complex?

 8    A.  Other office buildings where the members' offices are

 9    outside the Capitol Building.

10    Q.  But you're also familiar with the U.S. Capitol Building

11    itself?

12    A.  Yes.

13    Q.  And are you also generally familiar more specifically with

14    the third floor of the Capitol Building?

15    A.  Yes, I'm familiar with it.

16    Q.  Do you know if there's an area there that is referred to as

17    the House gallery?

18    A.  Yes.

19    Q.  And are you generally familiar with the hallways that

20    connect the House gallery to the Rotunda of the Capitol?

21    A.  Yes.

22    Q.  Do you know your way around there?

23    A.  Yes.

24    Q.  Fast-forward to January 6th, 2021.  Were you on duty that

25    day, Officer Abbott?
```

1    A.  Yes.

2    Q.  At what time did you report for work, if you recall?

3    A.  7:00 a.m.

4    Q.  And where did you report for duty on January 6th?

5    A.  The House division had a detail at the Rayburn building.

6    Q.  And at the start of the day, did you know what your

7    responsibilities were going to be on January 6th?

8    A.  Yes.

9    Q.  What were they going to be?

10   A.  Screening at a garage entrance into the office buildings.

11   Q.  That was not within the Capitol Building itself?

12   A.  No.

13   Q.  And is that where you went when you started your shift?

14   A.  Yes, that particular post in the Rayburn building.

15   Q.  Your plan at the beginning of the day was to spend your

16   entire shift carrying out your responsibilities at that

17   location?

18   A.  Yes.

19   Q.  But at some point something happened that caused you to

20   leave your post?

21   A.  Yes.

22   Q.  What happened?

23   A.  There was a general lockdown of the -- campus-wide.  And at

24   that point I responded up to our detail office.

25   Q.  When you say -- you mentioned a detail office.  What is a

1    detail -- what is a detail office for the Capitol Police?

2    A.  Each division has a different -- almost like a

3    headquarters, and the House side has one main area like that.

4    Q.  And what happened once you got to the detail office?

5    A.  When I got there, I saw the supervisor sergeant and asked

6    where they needed us to go.

7    Q.  Were you using the radio -- well, does the Capitol Police

8    have a radio system?

9    A.  Yes.

10   Q.  Do you normally rely on radio communications?

11   A.  Yes.

12   Q.  Did you rely on radio communications in that instance?

13   A.  Yes.  The -- the initial lockdown, yes.

14   Q.  How about the dispatch from the detail office, was it done

15   over the radio or was it done in person?

16   A.  In person.

17   Q.  Was the radio system overwhelmed at that point?

18   A.  I would say so, yes.

19   Q.  And what assignment did you receive once you got to the

20   detail office?

21   A.  I was told to head to the Cannon subway.

22   Q.  Could you describe for the jury, who is not as familiar

23   with the Capitol complex as you are, what the Cannon subway is.

24   A.  It's a tunnel that runs from the House office buildings

25   into the Capitol.  So it's an underground tunnel they call the

1    subway.

2    Q.  And it leads to the Capitol Building?

3    A.  Yes.  It connects the House congressional buildings into

4    the U.S. Capitol Building.

5    Q.  When you say you reported to the Cannon building, do you

6    mean you reported -- to which end of the Cannon tunnel -- to

7    which end of the tunnel did you report to?

8    A.  The House side of the Cannon tunnel.  The side that was

9    actually in the Cannon office building.  Not the Capitol, the

10   other side.

11   Q.  Okay.  Did there come a time you made your way from the

12   Cannon building to the -- to the -- to the Capitol Building

13   itself?

14   A.  Yes.

15   Q.  And why did you do that?

16   A.  At that point, went over there with some other officers,

17   and we entered in through the Capitol visitors center.

18   Q.  And what did you -- what did you see once you got to the

19   visitors center?

20   A.  Once we got to the visitors center, we ran into some --

21   group of people, protesters, rioters.  Basically, there was

22   some arguments, some shouting, and then we began to detain

23   individuals.

24   Q.  So were you involved in detaining individuals at the --

25   once you got to the visitors center?

```
1    A.  Yes.

2    Q.  Around what time did you get to the visitors center?

3    A.  I believe around 2:00 p.m.

4    Q.  And how long did you -- if you recall, how long, more or

5    less, if you could estimate, did you spend at the visitors

6    center?

7    A.  Maybe 15 to 20 minutes.

8    Q.  And at some point you -- did you leave the visitors center

9    to go somewhere else?

10   A.  Yeah.  I had helped detain two individuals, and the crowd

11   of people began to move back.  There's a stairway that runs

12   from the Capitol Rotunda into the visitors center.  They went

13   back up into that stairway.  We basically followed them back up

14   to the Capitol Building.

15   Q.  Okay.  So you were advancing the police line?

16   A.  Yes.

17   Q.  And in doing so, did you eventually make it to the Rotunda

18   or to the -- to another area of the Capitol?

19   A.  Yes.  Yeah.  Basically, went up a staircase and ended up

20   there outside the Rotunda.  It's kind of like an antechamber

21   before you get into the Rotunda.

22   Q.  And what did you -- what did you do once you got there?

23   A.  Once I got there, I basically -- there was a lot of chaos,

24   a lot of people.  The only thing I remember within the few

25   minutes is they -- there was another officer, told they had
```

1    shots fired up in the galleries.

2    Q.  You say shots fired up in the gallery?

3    A.  Yes.

4    Q.  What did you understand galleries to mean?

5    A.  The chambers around the House Chamber.  Basically, it's a

6    place where people sit to watch the proceedings of the House.

7    Q.  What, if anything, did you do in response to that -- to the

8    piece of information that you received about shots in the

9    gallery?

10   A.  Joined a group of officers and began heading up to the

11   galleries.

12   Q.  And you said a group of officers?

13   A.  Yes.

14   Q.  How large a group of officers would you estimate?

15   A.  Maybe five.

16   Q.  And how long did you take -- did it take you, if you

17   recall, to go from the Rotunda area to the House gallery?

18   A.  Not long.  A couple minutes.

19   Q.  I'm going to pull up -- I'm going to pull up what's been

20   marked as Government Exhibit 103, which is already in evidence,

21   and I'm going to fast-forward to 2:46:55, run time 1:55 in the

22   exhibit.

23          (A video recording was played.)

24   BY MR. VALENTINI:

25   Q.  I've paused the exhibit at 2:46:57, and I'm going to circle

1    an individual.

2         Officer Abbott, on January 6th around the -- in the

3    general House -- House gallery area, did you come into contact

4    with an individual that -- similar in appearance to the

5    individual I've circled?

6    A.  Yes.

7         MR. VALENTINI:  Your Honor, may we approach for a

8    second?

9         THE COURT:  Sure.

10        (Bench conference on the record.)

11        MR. VALENTINI:  I'm happy to continue this

12   examination.  I'm going to launch into where the defendant was

13   detained in the gallery, which is a good portion of the

14   examination of this witness.  So if Your Honor is inclined to

15   break for the day, this would be a logical place.  Of course,

16   I'm happy to continue.

17        THE COURT:  How long do you think you'll have with

18   this witness?

19        MR. VALENTINI:  Another 25 -- 20 minutes.

20        THE COURT:  Okay.  All right.  We'll break.

21        (Proceedings held in open court.)

22        THE COURT:  All right.  Given that it's 5:30, this

23   seems to be a logical place to break because the next video is

24   going to be longer.  We'll break, and we'll come back tomorrow

25   at the same time, at 10:00 a.m.

1          If you can recall my instructions previously, please

2     don't discuss the case with anybody and don't do any

3     independent research.  And have a good evening.

4          (Proceedings held out of the presence of the jury.)

5          THE COURT:  All right.  Officer Abbott, you are

6     excused.  Please do not discuss your testimony with anyone

7     until we come back tomorrow at 10:00 a.m.

8          THE WITNESS:  Yes, Your Honor.

9          THE COURT:  All right.  Give me a preview of

10    tomorrow.

11         MR. VALENTINI:  We're going to conclude the

12    examination of Officer Abbott, and we are going to call our

13    next witness, who is the case agent, FBI Task Force Officer

14    Marty Trevino.  After that, we are hoping to rest.

15         THE COURT:  Okay.  And how long do you think the FBI

16    agent's testimony will go?

17         MR. VALENTINI:  I can't imagine it will be more than

18    an hour, probably less.

19         THE COURT:  Okay.

20         MS. FISH:  And, Your Honor, potentially --

21         THE COURT REPORTER:  That's not on.

22         MS. FISH:  I apologize.  I need to learn.  In my

23    district it's only off when you touch it.  So I'm really having

24    to retrain my muscle memory.

25         In the interest of conserving the jury's time, I'd

297

1    previewed this to the Court [sic], but I -- there's an

2    objection I would make to some evidence to be admitted, I

3    believe, through Officer Trevino.  And I'm wondering if the

4    Court might want to handle this -- up since -- now, and I can

5    do a brief re-raise tomorrow if --

6          THE COURT:  Okay.  The -- how long do you think it

7    will take?

8          MS. FISH:  I can provide -- I brought the relevant

9    case law.  Essentially, Your Honor, the government seeks to

10   introduce a Cellebrite extraction, materials from it and the

11   report, as well as Google location data, as I understand,

12   through Officer Trevino.  He's not qualified as an expert for

13   either thing.  They've provided a certification by a different

14   person to -- to support their desire to bring in the

15   Cellebrite, which I believe violates *Bullcoming* and its

16   progeny.  And I have a Virginia -- District of Virginia case

17   that so held with respect to a Cellebrite certification of this

18   nature.  I can provide copies to the Court and counsel in the

19   interest of saving time.

20         THE COURT:  Sure.  That would be helpful.

21         MR. VALENTINI:  Your Honor, to be clear, we do not

22   intend to introduce any Google geolocation evidence.  So that

23   is moot.

24         As for what defense counsel refers to as Cellebrite

25   extraction, what we are planning to introduce are certain

1    pictures that were derived from the phone.  We do not plan to

2    introduce a Cellebrite extraction report into evidence.  So

3    that too is moot.

4         MS. FISH:  Well, Your Honor, the idea of the pictures

5    come from the phone comes from the Cellebrite.  So I don't know

6    that it's -- I disagree it's new.  I suppose, you know, to the

7    extent that he's -- he's proposing it as authentically from the

8    phone.

9         THE COURT:  All right.  I'll take a -- I'll take a

10   look at the cases and --

11        MS. FISH:  And I also -- I don't know if the Court --

12   I did bring *Bullcoming* and *Melendez*, the two Supreme Court

13   cases, on this issue.  I'm imagining the Court does not need

14   those, but if the Court wants, I have a copy of those, as well

15   as the District of Virginia case.

16        THE COURT:  Well, I generally follow the Supreme

17   Court.  Are they dispositive or do -- or is the Virginia case

18   closer to the facts here?

19        MS. FISH:  The Virginia case, essentially, applies

20   those two Supreme Court cases, which those were in the context

21   of, for example, a blood alcohol certification.  And the

22   Virginia case, which is *United States v. Hajbeh*, H-a-j-b-e-h,

23   565 F. Supp. 3d 773 from 2021 applies *Bullcoming* and

24   *Melendez-Diaz* to Cellebrite.

25        THE COURT:  You can just hand it to my law clerk.

1        All right.  And what are the -- the photos that came

2   from the phone?  Which are the photos that came from the phone?

3            MR. VALENTINI:  They're pictures that the defendant

4   took on January 6th as he stood -- well, some of them on the

5   House egg, some other locations.  Most significant ones are the

6   ones that the defendant took as he stood on the House egg

7   behind the barricades looking at the Capitol.

8            THE COURT:  Can you put them up now so I can see what

9   we're talking about.

10           MR. VALENTINI:  And to be clear, we're not intending

11   to introduce any evidence of metadata of the pictures.  We're

12   not intending to make a point that somehow the extraction was

13   complete.  There's nothing testimonial of that nature.

14       I'm going to ask my paralegal to do that with the

15   computer.  I'm going to need more help.

16           MS. FISH:  I have the paper copies here I can hand

17   up.

18           THE COURT:  They're in your notebook or --

19           MS. FISH:  The government provided me a notebook of

20   the exhibits.

21           THE COURT:  I'll -- I can wait a couple minutes.

22           MR. VALENTINI:  And they are also in the binder you

23   have.

24           THE COURT:  Which is the binder?  The thick one?

25           MR. VALENTINI:  The thick one, yes.

```
1               THE COURT:  What number is it?

2               MR. VALENTINI:  202.

3               MS. FISH:  And, additionally, in the interest of

4   conserving time, you know, my bigger issue is with the latter

5   of the exhibits that the government is trying to introduce

6   here, which are the ones that appear to be taken at sundown or

7   as the sky is darkening.

8               THE COURT:  Although the objection applies equally to

9   all of them; right?

10              MS. FISH:  Correct, Your Honor.

11              THE COURT:  So they -- it's either all or nothing?

12              MS. FISH:  Correct.  Correct, Your Honor.  I just --

13  you know, to focus, if we can.

14              THE COURT:  So you said what?  202 through what?

15              MR. VALENTINI:  210, Your Honor.

16              THE COURT:  202 through 210.

17              MR. VALENTINI:  And the certification, to the extent

18  the Court wishes to rely on that for authentication purposes,

19  that would be 211.

20              THE COURT:  All right.  So come 15 minutes early

21  tomorrow at 9:45.  And to the extent I have any questions, I'll

22  ask them then.

23              MR. VALENTINI:  Thank you, Your Honor.

24              MS. FISH:  Thank you, Your Honor.

25              THE COURT:  Anything else we need to resolve today?
```

```
1              MS. FISH:  I don't believe so, Your Honor.
2              MR. VALENTINI:  Not from the government.
3              THE COURT:  Ms. Fish, you haven't made any decisions
4     yet about --
5              MS. FISH:  I have moved my own flight, Your Honor.
6     I'm hoping my -- my teammates can still go home tomorrow night,
7     but if not, we -- you know, we'll do what the Court's schedule
8     is.
9              THE COURT:  I'm sorry.  I didn't understand.
10             MS. FISH:  Was your question about our -- our ability
11    to leave or about witnesses?
12             THE COURT:  About witnesses and what the day would
13    look like.  I'm not forcing you to tell me, but if you've made
14    decisions already, I'm --
15             MS. FISH:  I don't have a -- you know, I don't
16    anticipate we'll have additional witnesses.  But, obviously, if
17    we need to call rebuttal to one of these two witnesses, we
18    would do that.
19             THE COURT:  Okay.  So I guess my more pointed
20    question is the under-seal motion you filed, that is moot?
21             MS. FISH:  Correct, Your Honor.
22             THE COURT:  Okay.  Perfect.
23          All right.  That'll save me some time this evening.
24          Thank you.  Have a good night.
25             MS. FISH:  Thank you, Your Honor.
```

302

1            THE COURT:  You're excused.  9:45 tomorrow.

2          (Proceedings were concluded at 5:40 p.m.)

1        <u>CERTIFICATE OF STENOGRAPHIC OFFICIAL COURT REPORTER</u>

2

3            I, Nancy J. Meyer, Registered Diplomate Reporter,

4    Certified Realtime Reporter, do hereby certify that the above

5    and foregoing constitutes a true and accurate transcript of my

6    stenograph notes and is a full, true, and complete transcript

7    of the proceedings to the best of my ability.

8

9                    Dated this 17th day of July, 2023.

10

11                    /s/ Nancy J. Meyer
                      Nancy J. Meyer
12                    Official Court Reporter
                      Registered Diplomate Reporter
13                    Certified Realtime Reporter
                      333 Constitution Avenue Northwest
14                    Washington, D.C. 20001

15

16

17

18

19

20

21

22

23

24

25

**0**

**01** [1] - 195:9

**1**

**1** [6] - 149:24, 173:1, 182:19, 183:19, 193:7, 244:4
**1.1** [2] - 140:3, 140:6
**1.2** [1] - 140:4
**10** [12] - 137:11, 137:12, 138:12, 158:17, 186:18, 187:9, 214:11, 221:19, 229:23, 240:24, 247:5, 267:11
**100** [2] - 141:11, 145:11
**100A** [2] - 114:5, 114:13
**101** [7] - 132:8, 132:15, 132:22, 132:24, 136:2, 136:12, 139:6
**101-B** [1] - 235:13
**101-C** [1] - 235:13
**101-D** [1] - 235:13
**101A** [2] - 114:5, 114:13
**102** [3] - 134:19, 140:7, 140:8
**102-B** [1] - 237:22
**102-C** [1] - 237:22
**102-D** [1] - 237:22
**102-D**........................
   [1] - 111:3
**102A** [2] - 114:5, 114:13
**103** [8] - 147:15, 147:16, 147:21, 148:5, 148:14, 149:5, 149:23, 294:20
**103A** [2] - 114:5, 114:13
**104** [2] - 151:4, 151:7
**104A** [2] - 114:6, 114:13
**105** [5] - 153:5, 153:23, 156:10, 159:17, 159:18
**105A** [2] - 114:6, 114:14
**106** [2] - 164:25, 165:13
**106A** [2] - 114:6, 114:14
**107** [6] - 165:23,

166:1, 166:11, 168:13, 168:25, 169:4
**107A** [2] - 114:6, 114:14
**108** [4] - 168:3, 169:5, 171:16, 172:7
**109** [2] - 171:15, 171:16
**10:00** [2] - 295:25, 296:7
**11** [2] - 127:4, 243:12
**110** [4] - 117:16, 137:21, 240:24, 255:8
**110-B** [1] - 241:12
**110-B**........................
   [1] - 111:4
**110-C** [1] - 241:12
**110-C**........................
   [1] - 111:4
**110-D** [1] - 241:12
**110-D**........................
   [1] - 111:5
**110A** [2] - 114:6, 114:14
**111** [4] - 155:6, 155:8, 155:13, 256:3
**112** [7] - 113:10, 113:19, 113:25, 114:16, 114:21, 115:4, 209:1
**112-B** [1] - 208:2
**112-B**........................
   [1] - 111:5
**112-C** [1] - 208:17
**112-C**........................
   [1] - 111:6
**112-D** [1] - 209:21
**112-D**........................
   [1] - 111:6
**112-E** [1] - 210:21
**112-E**........................
   [1] - 111:7
**113.1** [3] - 113:11, 113:19, 113:25
**113.2** [2] - 172:19, 172:22
**114** [1] - 183:4
**115.1** [13] - 128:8, 128:10, 128:16, 128:19, 128:23, 129:5, 129:8, 129:13, 129:16, 129:18, 130:2, 132:25, 179:2
**115.2** [8] - 131:3, 131:5, 131:8, 131:12, 131:16, 131:20, 132:25,

179:3
**115A** [3] - 178:21, 179:6, 179:11
**116** [6] - 146:1, 146:5, 146:7, 146:16, 146:20, 146:24
**117** [6] - 144:7, 144:9, 144:11, 144:18, 145:1, 145:5
**118** [1] - 175:7
**119** [4] - 174:24, 175:1, 175:22, 176:1
**12** [1] - 126:6
**120** [5] - 176:15, 177:10, 177:14, 177:17, 177:21
**128** [1] - 193:1
**128**............................
   [1] - 111:7
**12:00** [1] - 267:13
**12:30** [1] - 265:20
**13** [4] - 116:7, 116:8, 127:3, 231:22
**130** [2] - 219:5, 221:18
**130-A** [1] - 221:3
**130-A**........................
   [1] - 111:8
**130-B** [1] - 223:4
**130-B**........................
   [1] - 111:8
**130-C** [1] - 224:2
**130-C**........................
   [1] - 111:9
**131** [4] - 196:1, 214:5, 214:6, 214:7
**131-A** [1] - 212:15
**131-A**........................
   [1] - 111:10
**131-B** [1] - 213:7
**131-B**........................
   [1] - 111:10
**131-C** [1] - 215:10
**131-C**........................
   [1] - 111:11
**131-D** [1] - 217:1
**131-D**........................
   [1] - 111:11
**131-E** [1] - 218:2
**131-E**........................
   [1] - 111:12
**131**............................
   [1] - 111:9
**14** [2] - 258:25, 272:23
**15** [6] - 119:12, 119:13, 138:12, 182:19, 293:7, 300:20
**152** [1] - 181:24
**152**............................
   [1] - 111:12

**16** [1] - 126:6
**17** [2] - 139:15, 139:22
**18** [1] - 288:19
**181** [1] - 111:12
**19** [3] - 214:11, 216:2, 221:19
**193** [1] - 111:7
**196** [1] - 111:9
**1:06:52** [1] - 192:22
**1:08** [1] - 194:2
**1:09** [1] - 194:2
**1:40** [2] - 195:9, 218:20
**1:45** [7] - 115:5, 115:17, 197:1, 207:8, 208:6, 208:22, 219:17
**1:45:45** [4] - 207:18, 211:19, 212:10, 221:7
**1:45:49** [1] - 208:10
**1:46:59** [1] - 151:2
**1:55** [1] - 294:21
**1:58** [1] - 116:11
**1:59** [5] - 117:5, 209:5, 209:9, 210:10, 214:15
**1:59:14** [3] - 209:14, 215:21, 223:8
**1:59:29** [1] - 116:19
**1:59:31** [3] - 210:25, 217:13, 224:5
**1:59:41** [1] - 210:13

**2**

**2** [3] - 136:3, 184:8, 284:18
**20** [3] - 139:23, 293:7, 295:19
**202** [3] - 300:2, 300:14, 300:16
**2020** [6] - 199:24, 200:4, 203:1, 203:7, 203:11, 254:15
**2021** [28] - 116:11, 117:5, 118:15, 119:9, 120:12, 133:6, 135:20, 137:9, 149:2, 150:9, 156:1, 175:14, 177:1, 192:22, 194:2, 195:9, 203:1, 218:20, 254:17, 260:14, 261:3, 263:2, 264:21, 267:3, 267:25, 268:13, 289:24, 298:23
**208** [2] - 111:5, 111:6

**209** [1] - 111:6
**210** [3] - 111:7, 300:15, 300:16
**211** [1] - 300:19
**212** [1] - 111:10
**213** [1] - 111:10
**215** [1] - 111:11
**217** [1] - 111:11
**218** [1] - 111:12
**221** [1] - 111:8
**223** [1] - 111:8
**224** [1] - 111:9
**237** [1] - 111:3
**23:75:50** [1] - 164:16
**24** [1] - 166:21
**241** [3] - 111:4, 111:4, 111:5
**25** [2] - 123:10, 295:19
**26** [1] - 184:8
**28** [5] - 161:19, 169:23, 204:25, 206:4, 216:2
**29** [1] - 216:2
**2:00** [3] - 197:18, 197:25, 293:3
**2:12** [1] - 120:7
**2:14** [3] - 118:15, 119:9, 137:11
**2:18** [1] - 225:21
**2:20** [1] - 226:4
**2:20:35** [1] - 255:9
**2:21** [3] - 120:3, 120:12, 227:11
**2:21:05** [2] - 120:14, 121:5
**2:21:13** [2] - 122:4, 122:5
**2:21:25** [1] - 123:6
**2:21:28** [2] - 205:1, 206:5
**2:21:30** [1] - 122:12
**2:21:37** [1] - 122:21
**2:22:25** [1] - 123:9
**2:23** [3] - 124:7, 124:14, 125:19
**2:26:02** [1] - 273:2
**2:26:17** [1] - 126:7
**2:27** [3] - 127:18, 129:3, 231:18
**2:27:54** [1] - 231:23
**2:28** [1] - 231:19
**2:40** [1] - 133:6
**2:41** [3] - 135:20, 234:24
**2:41:50** [4] - 133:11, 135:2, 135:5, 136:3
**2:41:57** [1] - 138:6
**2:41:58** [8] - 135:25, 136:10, 137:25,

139:19, 235:21,
238:2, 241:5, 241:18
**2:41:59** [4] - 136:8,
236:13, 238:21,
242:14
**2:42** [13] - 130:5,
137:9, 137:12,
138:24, 139:15,
139:18, 139:22,
236:25, 239:18,
241:5, 242:25, 248:6
**2:42:05** [1] - 140:5
**2:42:10** [1] - 137:10
**2:42:47** [1] - 142:22
**2:43:42** [1] - 143:8
**2:44:34** [1] - 143:21
**2:46** [2] - 150:9,
150:11
**2:46:48** [1] - 149:23
**2:46:55** [1] - 294:21
**2:46:57** [1] - 294:25
**2:46:59** [1] - 150:17
**2:47** [1] - 154:16
**2:47:02** [1] - 152:1
**2:47:16** [1] - 152:25
**2:47:34** [1] - 153:23
**2:47:47** [1] - 154:7
**2:47:53** [1] - 156:7
**2:48** [2] - 159:19,
248:10
**2:48:03** [1] - 154:24
**2:48:06** [1] - 156:12
**2:48:36** [1] - 256:22
**2:48:43** [1] - 160:4
**2:48:44** [1] - 157:4
**2:48:48** [1] - 157:12
**2:48:52** [1] - 257:7
**2:48:55** [1] - 157:19
**2:49** [2] - 161:19,
162:12
**2:49:12** [1] - 161:3
**2:49:16** [3] - 158:4,
158:11, 158:15
**2:49:37** [1] - 161:25
**2:51:05** [1] - 162:18
**2:51:50** [1] - 142:2
**2:53:10** [1] - 163:4
**2:55:06** [1] - 163:18
**2:57:10** [1] - 164:8

**3**

**3** [7] - 133:4, 166:20,
167:2, 167:6, 173:1,
177:6, 185:6
**30** [3] - 165:14, 226:4,
226:5
**300** [3] - 262:17,
264:2, 264:5
**301** [5] - 263:3, 264:2,

264:5, 264:10,
264:12
**302** [5] - 178:4, 178:5,
178:11, 178:14,
272:13
**34** [1] - 167:2
**350** [1] - 188:11
**36** [1] - 187:9
**3:00** [2] - 168:24,
274:10
**3:01:49** [1] - 169:14
**3:02** [1] - 169:22
**3:02:28** [1] - 169:22
**3:02:57** [1] - 170:10
**3:03:46** [1] - 170:21
**3:04** [1] - 171:23
**3:04:35** [1] - 171:2
**3:06** [1] - 173:12
**3:07** [1] - 249:10
**3:08:29** [1] - 174:12
**3d** [1] - 298:23

**4**

**4** [2] - 225:20, 225:21
**40** [2] - 116:12, 219:18
**400** [1] - 190:15
**401** [1] - 164:2
**403** [3] - 160:9, 164:2,
275:9
**41** [1] - 211:18
**43** [1] - 173:12
**45** [4] - 115:12,
115:15, 116:8,
219:18
**46** [2] - 115:25, 167:6
**47** [3] - 133:8, 133:12,
162:12
**48** [1] - 149:24
**49** [1] - 193:7
**4:00** [1] - 274:10
**4th** [1] - 261:19

**5**

**5** [10] - 120:13, 121:11,
186:6, 186:19,
211:18, 219:18,
244:4, 247:5, 249:7
**50** [5] - 117:9, 142:1,
168:24, 183:19,
246:12
**50-something** [1] -
248:11
**500** [2] - 132:17,
188:13
**501** [1] - 255:3
**509** [8] - 148:1,
148:17, 150:23,
150:25, 153:11,

165:6, 166:5, 167:16
**54** [1] - 231:23
**56** [1] - 150:9
**565** [1] - 298:23
**59** [1] - 125:18
**5:30** [2] - 205:22,
295:22
**5:40** [1] - 302:2
**5th** [2] - 261:21, 263:2

**6**

**6** [5] - 133:2, 133:4,
192:22, 214:16,
226:4
**6th** [66] - 115:5,
115:17, 116:3,
116:11, 117:5,
118:11, 118:15,
119:9, 119:23,
120:12, 124:12,
126:17, 128:24,
130:5, 130:15,
133:6, 135:20,
137:9, 137:13,
149:2, 150:9,
150:12, 151:25,
154:14, 156:1,
162:25, 173:1,
175:14, 177:1,
179:1, 180:9,
192:17, 194:2,
195:9, 199:20,
200:10, 200:19,
201:6, 201:12,
202:23, 204:10,
218:20, 251:18,
254:17, 254:22,
260:14, 261:3,
262:14, 264:21,
266:12, 266:20,
267:3, 267:25,
268:13, 274:23,
280:13, 282:6,
282:21, 283:18,
285:12, 287:5,
289:24, 290:4,
290:7, 295:2, 299:4

**7**

**7** [7] - 120:10, 185:6,
204:25, 206:4,
214:16, 248:13,
249:7
**750** [2] - 188:9, 190:8
**773** [1] - 298:23
**7:00** [1] - 290:3
**7th** [2] - 274:10, 287:6

**8**

**8** [5] - 123:10, 138:24,
243:12, 267:4, 274:7

**9**

**9** [1] - 125:18
**900** [1] - 190:9
**9:45** [2] - 300:21,
302:1

**A**

**A-b-b-o-t-t** [1] - 288:14
**a.m** [5] - 164:8,
274:10, 290:3,
295:25, 296:7
**Abbott** [7] - 287:25,
288:9, 288:13,
289:25, 295:2,
296:5, 296:12
**ability** [1] - 301:10
**able** [23] - 123:11,
123:20, 127:5,
127:8, 128:22,
128:25, 129:4,
131:11, 138:6,
144:17, 144:21,
146:9, 147:19,
147:23, 153:24,
175:6, 175:9,
176:22, 177:2,
189:4, 262:1, 270:9,
273:9
**absolutely** [1] -
121:23
**accessible** [1] -
270:17
**accessing** [1] - 149:8
**accidentally** [1] -
188:23
**accompanied** [1] -
268:25
**accompanying** [1] -
268:24
**accurate** [18] - 113:15,
181:15, 192:16,
195:21, 208:12,
209:16, 210:16,
213:2, 215:5,
216:21, 217:22,
218:25, 220:23,
222:24, 223:22,
235:8, 237:17, 241:7
**accurately** [1] -
207:19
**achieve** [1] - 282:14
**action** [2] - 267:20,
267:21
**actual** [2] - 250:7,

284:18
**additional** [3] - 113:9,
162:19, 301:16
**additionally** [1] -
300:3
**adjourn** [1] - 269:10
**administered** [2] -
258:15, 288:3
**admission** [7] -
113:19, 145:1,
146:16, 175:21,
177:10, 178:10,
179:6
**admit** [21] - 129:8,
131:15, 181:17,
192:23, 195:23,
207:22, 208:14,
209:18, 210:18,
212:12, 213:4,
215:7, 216:23,
217:24, 219:2,
220:25, 223:1,
223:24, 235:10,
237:19, 241:9
**admitted** [66] - 113:25,
114:4, 114:12,
114:14, 117:18,
129:13, 131:20,
145:4, 145:5,
146:18, 146:20,
176:1, 177:15,
177:17, 178:13,
178:14, 179:11,
181:9, 181:22,
181:24, 182:3,
192:3, 192:25,
193:1, 194:25,
195:25, 196:1,
204:24, 208:1,
208:2, 208:16,
208:17, 209:20,
209:21, 210:20,
210:21, 212:14,
212:15, 213:6,
213:7, 215:9,
215:10, 216:25,
217:1, 218:1, 218:2,
218:12, 219:4,
219:5, 221:2, 221:3,
223:3, 223:4, 224:1,
224:2, 225:3,
235:12, 235:13,
237:21, 237:22,
241:11, 241:12,
262:17, 264:4,
264:5, 297:2
**Admitted** [1] - 111:2
**adopt** [3] - 261:13,
279:21, 279:22
**advance** [17] - 185:5,

186:5, 193:6, 214:8,
214:11, 219:17,
221:18, 225:20,
226:3, 244:4, 249:6,
276:17, 276:19,
276:24, 277:8,
284:17, 284:19
**advances** [2] - 260:11,
260:23
**advancing** [1] -
293:15
**advise** - 286:4
**advised** [3] - 201:2,
201:6, 271:21
**aerial** [1] - 181:13
**affixed** [1] - 256:5
**afford** [1] - 262:10
**afternoon** [22] - 129:3,
137:12, 177:6,
179:21, 179:22,
198:13, 198:14,
205:21, 205:25,
206:1, 253:7, 253:8,
258:13, 258:20,
258:21, 275:19,
275:20, 288:1,
288:5, 288:6, 288:9,
288:10
**agency** [5] - 163:24,
259:2, 259:22,
262:6, 283:16
**agency's** [1] - 200:17
**agent** [7] - 260:17,
260:21, 261:23,
262:5, 265:8,
284:16, 296:13
**Agent** [16] - 258:9,
258:20, 259:21,
262:20, 263:6,
264:9, 264:14,
264:15, 265:7,
266:23, 272:14,
273:4, 275:15,
286:9, 286:14,
287:20
**agent's** [1] - 296:16
**agents** [12] - 202:7,
262:6, 262:8, 268:7,
277:24, 283:4,
283:5, 283:21,
283:24, 284:5, 285:2
**ago** [4] - 206:2, 216:9,
253:9, 255:10
**ahead** [8] - 116:7,
181:11, 186:18,
187:8, 225:21,
245:8, 248:19,
284:19
**alarm** [7] - 134:12,
134:14, 134:15,

140:17, 140:19,
140:20
**alcohol** [1] - 298:21
**allow** [1] - 116:25
**allowed** [4] - 190:22,
191:5, 254:9, 269:18
**almost** [2] - 258:25,
291:2
**amassing** [1] - 143:10
**American** [3] - 232:11,
244:16, 252:2
**American-flag** [1] -
232:11
**amplification** [1] -
194:14
**angle** [7] - 137:23,
154:20, 154:21,
172:8, 193:16,
238:14, 251:13
**announce** [1] - 285:22
**announced** [3] -
200:23, 281:2,
281:23
**answer** [10] - 128:1,
133:18, 137:18,
142:19, 143:17,
152:15, 160:10,
160:20, 164:3,
275:11
**answered** [2] -
137:17, 152:14
**antechamber** [1] -
293:20
**anticipate** [1] - 301:16
**anticipated** [3] -
204:10, 204:13,
204:15
**apologize** [15] -
114:24, 183:5,
183:17, 196:8,
196:13, 197:6,
197:9, 199:5, 205:6,
208:25, 220:7,
220:19, 221:25,
241:11, 296:22
**appear** [39] - 121:1,
121:3, 122:7,
125:25, 126:14,
129:19, 129:21,
129:23, 135:10,
141:1, 143:3,
146:24, 150:3,
153:16, 153:25,
157:13, 157:21,
160:25, 161:5,
161:10, 161:13,
162:19, 167:12,
170:11, 170:22,
171:25, 172:13,
173:10, 218:17,

224:23, 225:5,
226:13, 234:6,
234:11, 235:5,
238:14, 241:2,
257:21, 300:6
**appearance** [2] -
123:24, 295:4
**appeared** [6] - 121:12,
124:10, 133:19,
143:5, 143:13, 247:9
**apple** [1] - 212:7
**applies** [3] - 298:19,
298:23, 300:8
**appreciate** [1] -
259:19
**approach** [3] - 181:1,
182:5, 295:7
**approached** [1] -
133:19
**approaching** [1] -
119:15
**appropriations** [6] -
155:21, 156:25,
157:24, 158:16,
256:6, 257:23
**approved** [6] - 194:20,
201:12, 204:9,
254:22, 254:24,
255:2
**approximate** [1] -
117:6
**approximating** [1] -
117:10
**area** [73] - 115:24,
117:7, 117:22,
118:11, 121:7,
121:8, 123:17,
124:12, 124:18,
125:2, 125:4, 125:5,
131:13, 131:23,
132:14, 138:2,
139:18, 144:17,
144:19, 146:13,
147:4, 147:20,
147:23, 148:6,
148:25, 156:5,
160:13, 162:23,
163:1, 165:7, 165:9,
165:10, 165:25,
166:6, 166:8,
167:20, 167:23,
169:25, 173:14,
173:17, 183:8,
183:15, 183:22,
184:4, 184:5, 187:1,
188:23, 190:3,
196:18, 196:19,
199:4, 209:5, 210:5,
228:23, 229:7,
246:14, 253:21,

253:23, 254:24,
255:2, 272:21,
273:22, 273:25,
274:6, 284:6,
284:14, 284:16,
289:16, 291:3,
293:18, 294:17,
295:3
**arguments** [1] -
292:22
**arm** [1] - 125:23
**arms** [1] - 265:22
**arrival** [2] - 265:18,
268:5, 268:6
**arrive** [3] - 167:24,
265:20, 268:3
**arrived** [8] - 202:4,
265:21, 266:12,
267:15, 267:16,
267:25, 274:16,
283:19
**arrow** [2] - 256:9,
256:16, 257:14
**articles** [1] - 273:15
**artwork** [3] - 141:24,
141:25
**aside** [1] - 123:19
**assessed** [1] - 274:23
**assessing** [1] - 274:20
**assessment** [1] -
230:3
**assigned** [2] - 261:6,
288:22
**assignment** [4] -
261:17, 261:19,
261:20, 291:19
**assist** [2] - 163:2,
164:4
**atop** [1] - 132:16
**attachment** [1] -
264:15
**attempt** [1] - 162:23
**attempting** [3] -
133:19, 170:15,
271:7
**attend** [1] - 287:9
**attended** [2] - 203:18,
204:17
**attending** [2] - 149:20,
262:3
**attention** [13] -
125:13, 126:23,
141:4, 169:9,
173:25, 232:2,
232:6, 246:14,
261:3, 264:19,
264:22, 265:14,
267:2
**audio** [5] - 130:3,
132:2, 145:22,

146:2, 146:21
**audio-visual** [5] -
130:3, 132:2,
145:22, 146:2,
146:21
**authentically** [1] -
298:7
**authentication** [1] -
300:18
**aware** [8] - 119:22,
201:21, 269:21,
269:24, 269:25,
282:5, 282:8, 285:25

## B

**background** [7] -
141:16, 145:7,
145:11, 158:4,
161:8, 162:5, 221:12
**backpack** [4] - 120:22,
129:25, 171:6,
206:22
**backpedaling** [2] -
121:16, 121:17
**Baltimore** [1] - 277:21
**bar** [2] - 134:9
**barbershop** [2] -
277:6, 277:11
**barely** [2] - 127:7,
127:10
**barricade** [1] - 199:4
**barricades** [4] - 117:2,
118:1, 121:6, 299:7
**barriers** [5] - 116:25,
198:18, 209:6, 210:7
**base** [1] - 127:13
**baseball** [2] - 120:22,
207:3
**based** [11] - 116:2,
121:9, 134:4,
141:22, 154:14,
175:6, 176:6, 177:3,
200:17, 231:17,
262:7
**basis** [2] - 287:9,
287:10
**beckoning** [2] -
136:23, 136:25
**befall** [1] - 274:20
**began** [3] - 292:22,
293:11, 294:10
**begin** [5] - 162:15,
261:20, 264:9,
266:1, 267:3
**beginning** [4] - 115:4,
145:8, 235:2, 290:15
**behind** [10] - 121:15,
232:6, 233:23,
234:1, 259:18,

272:20, 284:23, 284:25, 285:2, 299:7
**belong** [1] - 259:21
**Bench** [1] - 295:10
**best** [1] - 142:17
**better** [2] - 208:25, 277:14
**between** [10] - 165:11, 184:5, 189:11, 197:2, 198:20, 199:8, 199:12, 203:1, 267:19, 274:10
**bigger** [1] - 300:4
**bike** [11] - 116:6, 118:3, 118:4, 118:9, 118:10, 197:3, 198:18, 198:19, 199:7, 199:23
**binder** [11] - 207:5, 207:13, 212:6, 215:2, 220:6, 220:18, 222:21, 237:12, 240:18, 299:22, 299:24
**bit** [16] - 177:2, 180:20, 190:1, 190:2, 190:19, 198:16, 200:19, 202:1, 220:7, 220:19, 227:15, 229:1, 229:4, 238:25, 240:5, 257:13
**black** [4] - 120:25, 123:23, 141:24, 188:16
**Black** [1] - 199:24
**blazer** [1] - 283:13
**blocks** [1] - 278:13
**blood** [1] - 298:21
**blown** [1] - 180:25
**blue** [119] - 120:19, 120:25, 121:10, 122:6, 122:15, 123:12, 123:19, 123:22, 124:10, 124:15, 125:14, 125:20, 126:9, 126:11, 126:12, 126:24, 127:5, 127:14, 129:19, 138:7, 138:10, 138:18, 139:10, 140:12, 140:23, 141:1, 141:8, 142:4, 142:23, 143:3, 143:13, 143:22, 146:23, 147:9, 150:2, 150:6,

150:18, 151:1, 151:13, 152:21, 153:1, 153:15, 153:24, 154:8, 154:25, 156:18, 157:21, 159:21, 160:1, 160:5, 160:25, 161:5, 161:15, 161:20, 162:1, 163:6, 163:14, 164:9, 164:17, 166:14, 167:3, 167:10, 170:12, 171:6, 171:25, 173:16, 174:2, 174:5, 174:13, 176:4, 177:19, 180:2, 180:5, 182:17, 193:9, 193:23, 196:5, 196:13, 204:21, 205:12, 206:10, 206:20, 211:11, 211:24, 212:4, 212:20, 213:20, 214:21, 215:15, 217:6, 218:6, 219:11, 219:22, 221:9, 222:11, 222:15, 223:11, 224:7, 227:11, 230:13, 232:6, 232:14, 241:20, 242:16, 243:2, 243:21, 244:24, 246:15, 248:1, 248:6, 248:22, 249:13, 250:13, 251:21, 252:4, 256:25, 257:8
**bodies** [1] - 201:3
**bodyguard** [1] - 260:22
**bottom** [14] - 118:3, 120:15, 124:11, 156:14, 184:24, 206:12, 227:20, 228:3, 235:23, 236:5, 236:17, 237:6, 264:17, 272:18
**boundaries** [1] - 278:9
**boundary** [1] - 198:24
**boy** [6] - 207:23, 207:24, 235:3, 235:16, 237:12, 241:15
**branch** [1] - 259:13
**Branch** [2] - 259:15, 259:22

**breach** [10] - 117:7, 119:10, 119:13, 119:25, 121:14, 121:15, 121:17, 121:21, 121:25, 185:8
**breached** [5] - 116:23, 123:4, 139:2, 139:17, 140:22
**break** [16] - 158:25, 159:1, 159:2, 159:3, 197:11, 197:12, 197:14, 197:17, 197:20, 205:18, 205:21, 262:5, 295:15, 295:20, 295:23, 295:24
**breaking** [1] - 116:5
**breath** [1] - 180:6
**brief** [6] - 172:17, 179:13, 220:10, 220:12, 286:11, 297:5
**briefly** [6] - 182:21, 227:16, 260:8, 269:24, 272:12, 283:1
**bring** [19] - 112:3, 159:6, 180:22, 198:3, 211:18, 212:16, 213:8, 217:2, 218:3, 221:4, 221:18, 223:5, 241:14, 246:11, 254:9, 262:16, 263:3, 297:14, 298:12
**brought** [1] - 297:8
**building** [52] - 127:13, 132:1, 140:24, 145:21, 150:22, 152:18, 155:10, 156:3, 171:11, 171:21, 180:18, 183:11, 183:23, 185:9, 185:13, 185:15, 185:23, 186:11, 186:24, 187:5, 187:20, 187:22, 189:9, 190:6, 191:9, 192:13, 195:16, 202:2, 202:21, 204:4, 204:5, 211:3, 230:6, 230:9, 230:21, 234:23, 235:19, 242:6, 247:14, 250:18, 268:20, 270:24, 278:16, 278:18,

279:6, 283:24, 284:3, 290:5, 290:14, 292:5, 292:9, 292:12
**Building** [34] - 130:21, 141:23, 144:15, 147:24, 148:3, 165:8, 172:14, 180:13, 181:13, 182:25, 185:17, 188:7, 202:19, 203:25, 253:18, 253:19, 253:25, 254:19, 266:11, 271:11, 278:21, 279:2, 279:16, 282:22, 283:19, 289:6, 289:9, 289:10, 289:14, 290:11, 292:2, 292:4, 292:12, 293:14
**building's** [1] - 190:8
**buildings** [5] - 289:5, 289:8, 290:10, 291:24, 292:3
**Bullcoming** [3] - 297:15, 298:12, 298:23
**business** [5] - 263:21, 279:15, 282:3, 283:5, 283:14

## C

**camera** [32] - 115:21, 116:14, 117:22, 117:24, 122:7, 123:2, 126:15, 128:19, 133:22, 134:5, 139:10, 140:12, 142:24, 143:3, 143:23, 148:6, 153:25, 155:3, 155:4, 155:12, 159:22, 160:1, 160:5, 160:25, 161:5, 161:16, 168:6, 171:25, 174:14, 193:16, 216:14
**cameras** [4] - 115:20, 155:12, 216:12, 220:4
**camping** [1] - 206:24
**campus** [1] - 290:23
**campus-wide** [1] - 290:23
**Cannon** [7] - 291:21, 291:23, 292:5, 292:6, 292:8, 292:9,

292:12
**cannot** [1] - 189:15
**cap** [2] - 120:22, 207:3
**Capitol** [166] - 113:6, 115:10, 115:19, 116:23, 116:24, 117:22, 118:20, 119:4, 119:23, 121:9, 124:22, 128:20, 129:2, 129:17, 130:6, 130:14, 130:21, 131:8, 132:15, 134:4, 141:23, 144:14, 144:15, 146:9, 147:21, 147:24, 148:3, 154:13, 154:16, 154:19, 158:3, 163:8, 163:22, 163:23, 164:20, 164:22, 165:8, 165:25, 166:6, 166:23, 167:23, 169:11, 172:14, 172:24, 175:3, 175:7, 175:17, 176:7, 176:19, 177:3, 178:8, 180:13, 181:13, 182:25, 184:13, 185:17, 188:7, 188:18, 190:5, 190:19, 190:23, 191:5, 192:8, 195:6, 195:10, 198:16, 200:13, 202:12, 202:19, 203:21, 203:25, 218:17, 233:10, 233:15, 234:11, 246:19, 246:24, 251:5, 251:17, 252:21, 253:10, 253:16, 253:18, 253:19, 253:24, 253:25, 254:2, 254:9, 254:11, 254:14, 254:19, 254:25, 255:14, 255:23, 261:7, 261:11, 261:12, 261:13, 261:18, 262:7, 262:9, 263:19, 265:6, 265:13, 266:11, 266:16, 266:21, 267:9, 267:11, 267:16, 268:1, 268:3, 268:7, 268:13, 268:16, 269:22, 270:1,

270:2, 271:10, 271:12, 272:5, 273:22, 274:11, 274:13, 274:17, 274:18, 276:2, 278:21, 279:2, 279:16, 279:20, 280:10, 282:22, 282:24, 283:19, 286:3, 286:21, 286:23, 287:1, 287:5, 287:6, 287:9, 288:16, 288:18, 288:23, 289:6, 289:7, 289:9, 289:10, 289:14, 289:20, 290:11, 291:1, 291:7, 291:23, 291:25, 292:2, 292:4, 292:9, 292:12, 292:17, 293:12, 293:14, 293:18, 299:7
**capture** [1] - 117:23
**captured** [5] - 128:18, 129:1, 129:16, 168:13
**Car** [2] - 265:1, 265:4
**cardinal** [1] - 228:13
**carefully** [1] - 211:9
**carriage** [5] - 186:8, 186:15, 265:21, 266:17, 268:4
**carried** [1] - 167:13
**carry** [2] - 126:17, 129:18
**carrying** [18] - 120:18, 123:21, 125:14, 129:19, 138:18, 140:11, 151:13, 156:22, 157:10, 157:13, 157:20, 163:5, 166:14, 167:3, 174:1, 206:16, 226:8, 290:16
**case** [10] - 263:12, 271:9, 296:2, 296:13, 297:9, 297:16, 298:15, 298:17, 298:19, 298:22
**cases** [3] - 298:10, 298:13, 298:20
**caused** [1] - 290:19
**cell** [2] - 126:1, 251:7
**Cellebrite** [7] - 297:10, 297:15, 297:17, 297:24, 298:2, 298:5, 298:24

**center** [27] - 172:23, 174:8, 177:8, 183:25, 184:2, 184:18, 190:11, 190:12, 196:23, 199:14, 207:8, 207:11, 207:16, 209:25, 230:4, 249:2, 253:24, 254:5, 277:19, 292:17, 292:19, 292:20, 292:25, 293:2, 293:6, 293:8, 293:12
**centers** [1] - 278:11
**certain** [4] - 114:3, 164:18, 256:9, 297:25
**certainly** [2] - 286:6
**certification** [14] - 200:24, 266:1, 266:15, 274:3, 274:6, 274:8, 274:17, 281:3, 282:16, 287:14, 297:13, 297:17, 298:21, 300:17
**chain** [1] - 206:18
**chair** [1] - 206:24
**challenging** [1] - 130:6
**chamber** [4] - 191:22, 269:17, 269:19, 269:21
**Chamber** [25] - 127:21, 127:22, 141:15, 141:21, 144:2, 144:20, 145:14, 145:16, 145:17, 146:14, 147:2, 151:25, 152:17, 185:18, 188:24, 189:1, 189:5, 201:4, 245:16, 269:2, 269:3, 269:14, 269:15, 274:4, 294:5
**chambers** [5] - 191:19, 200:21, 269:18, 281:7, 294:5
**change** [1] - 162:1
**changed** [1] - 116:14
**chaos** [1] - 293:23
**charge** [1] - 289:3
**Charlie** [9] - 208:19, 214:3, 215:3, 215:12, 223:19, 235:4, 236:9, 237:12, 238:18
**Charlotte** [3] - 264:24,

266:3, 273:18
**check** [1] - 270:9
**Circle** [3] - 183:13, 183:14, 183:15
**circle** [49] - 118:6, 118:18, 123:14, 125:10, 132:21, 141:18, 150:5, 151:18, 154:2, 155:22, 158:6, 165:21, 166:18, 168:21, 169:17, 172:4, 173:7, 173:21, 176:3, 177:23, 184:4, 193:11, 196:12, 196:17, 210:4, 210:5, 212:3, 212:20, 213:19, 214:21, 215:14, 217:5, 218:5, 219:13, 221:9, 222:15, 223:11, 224:7, 232:19, 236:15, 237:4, 241:23, 242:18, 243:4, 246:22, 249:18, 273:9, 273:10, 294:25
**circled** [5] - 151:21, 155:14, 220:2, 233:18, 295:5
**circumstances** [1] - 202:18
**city** [1] - 278:13
**civilians** [5] - 210:25, 224:24, 225:6, 225:23, 226:14
**clarify** [1] - 190:25
**clarity** [5] - 121:18, 138:2, 152:6, 173:13, 220:9
**class** [1] - 288:21
**clear** [11] - 123:17, 124:9, 135:21, 162:8, 233:21, 247:16, 250:10, 260:24, 288:11, 297:21, 299:10
**clear-cut** [1] - 250:10
**clerk** [1] - 298:25
**clip** [3] - 222:17, 272:20, 272:23
**close** [4] - 211:19, 225:24, 272:4, 272:6
**closed** [2] - 240:3, 240:13
**closer** [2] - 127:13, 298:18
**closest** [1] - 272:4

**clothing** [1] - 273:15
**coat** [2] - 126:11, 207:1
**COHN** [1] - 214:6
**Cohn** [3] - 215:25, 221:17, 222:3
**collaboration** [1] - 278:5
**collapsed** [1] - 256:1
**collection** [1] - 178:21
**colored** [2] - 129:23, 157:7
**column** [1] - 265:18
**columns** [8] - 228:15, 228:17, 228:20, 228:23, 229:2, 229:5, 229:18, 265:16
**coming** [11] - 122:18, 122:19, 131:3, 140:14, 144:10, 173:9, 175:1, 193:17, 238:7, 238:10
**committee** [4] - 156:25, 158:16, 256:6, 257:24
**committees** [1] - 155:24
**communicating** [1] - 162:7
**communication** [1] - 135:11
**communications** [2] - 291:10, 291:12
**compare** [10] - 128:18, 129:15, 131:7, 139:1, 144:13, 146:9, 146:10, 173:2, 175:6, 176:19
**compared** [2] - 230:13, 230:23
**comparing** [1] - 129:1
**comparison** [2] - 176:6, 231:18
**compilation** [3] - 180:20, 182:4, 182:12
**complete** [2] - 262:1, 299:13
**completed** [1] - 287:14
**completely** [1] - 154:17
**complex** [4] - 121:9, 132:15, 289:7, 291:23
**complying** [42] - 141:19, 151:19, 153:12, 154:3,

155:23, 158:8, 165:22, 166:19, 168:22, 169:18, 172:5, 173:8, 173:22, 176:5, 177:24, 183:10, 184:6, 185:3, 186:4, 186:17, 187:3, 188:2, 189:3, 193:12, 212:22, 213:21, 214:23, 215:16, 217:7, 218:7, 219:14, 221:10, 222:16, 223:13, 224:9, 232:20, 241:24, 242:19, 243:5, 249:19, 256:18, 273:11
**computer** [1] - 299:15
**concerned** [2] - 112:13, 272:8
**conclude** [1] - 296:11
**concluded** [1] - 302:2
**conduct** [1] - 259:5
**conference** [1] - 295:10
**confirm** [2] - 285:15, 287:14
**confronting** [1] - 161:11
**confusion** [1] - 114:25
**Congress** [15] - 148:22, 149:1, 149:4, 149:20, 152:12, 163:2, 191:13, 200:23, 201:3, 201:17, 281:2, 281:6, 281:22, 282:14, 289:4
**Congress's** [1] - 282:3
**congressional** [5] - 191:25, 245:24, 282:1, 289:4, 292:3
**conjunction** [3] - 261:6, 261:14, 278:3
**connect** [1] - 289:20
**connected** [1] - 179:25
**connects** [1] - 292:3
**conserving** [2] - 296:25, 300:4
**considered** [1] - 125:5
**considering** [1] - 138:1
**consistent** [4] - 119:17, 142:10, 162:23, 169:3
**contact** [4] - 263:14,

265:9, 272:2, 295:3
**context** [2] - 127:20, 298:20
**contingency** [1] - 267:21
**continue** [20] - 112:21, 120:3, 122:4, 122:12, 122:21, 123:6, 124:3, 125:12, 135:13, 140:4, 140:20, 143:1, 159:12, 159:24, 169:19, 198:9, 205:21, 257:18, 295:11, 295:16
**continued** [3] - 111:1, 111:2, 120:1
**continuing** [2] - 113:1, 154:4
**continuously** [1] - 250:13
**contribute** [1] - 280:16
**convention** [2] - 277:19, 278:11
**converge** [1] - 115:24
**conversations** [1] - 280:5
**conversing** [1] - 226:1
**copies** [2] - 297:18, 299:16
**copy** [1] - 298:14
**corner** [5] - 160:15, 189:2, 205:13, 246:4, 278:18
**correct** [111] - 122:11, 167:5, 170:24, 180:3, 183:11, 183:23, 183:24, 184:1, 184:11, 184:23, 185:9, 185:13, 186:14, 186:22, 187:6, 187:16, 187:17, 187:19, 187:24, 188:16, 188:20, 189:5, 189:25, 190:3, 190:14, 191:21, 192:15, 194:7, 194:21, 198:21, 199:8, 199:15, 199:17, 200:13, 200:21, 203:22, 204:12, 206:14, 208:22, 209:7, 210:1, 211:1, 213:12, 213:23, 214:10, 214:16, 215:22, 217:20,

217:21, 220:10, 221:7, 223:9, 224:25, 226:9, 226:21, 226:24, 227:5, 227:14, 227:20, 227:23, 228:1, 228:15, 229:13, 229:14, 229:17, 229:19, 232:15, 235:19, 236:25, 237:1, 238:3, 239:1, 239:2, 239:4, 240:4, 242:1, 242:2, 242:25, 245:16, 246:9, 248:23, 248:24, 250:13, 252:25, 255:6, 255:7, 261:1, 274:19, 276:10, 276:18, 277:1, 277:20, 278:6, 278:19, 279:14, 280:11, 281:4, 281:24, 282:25, 283:6, 283:7, 284:4, 285:1, 285:21, 287:11, 287:13, 287:16, 300:10, 300:12, 301:21
**corresponds** [1] - 126:7
**counsel** [7] - 192:5, 195:2, 218:14, 258:10, 262:18, 297:18, 297:24
**counterpart** [5] - 262:1, 262:25, 263:25, 267:12, 267:17
**couple** [6] - 196:9, 231:24, 233:15, 270:3, 294:18, 299:21
**course** [2] - 263:21, 295:15
**Court** [13] - 113:22, 181:10, 262:18, 297:1, 297:4, 297:18, 298:11, 298:12, 298:13, 298:14, 298:17, 298:20, 300:18
**court** [2] - 279:10, 295:21
**COURT** [111] - 112:6, 112:12, 112:17, 112:20, 113:21, 113:24, 114:8, 114:12, 119:20, 126:3, 126:20,

128:1, 129:11, 130:9, 131:19, 133:18, 137:18, 142:19, 143:16, 145:4, 146:18, 152:15, 158:21, 158:24, 159:2, 159:6, 159:9, 159:11, 160:10, 160:20, 164:3, 175:24, 177:13, 177:15, 178:13, 179:9, 179:18, 181:2, 181:8, 181:11, 181:18, 181:22, 182:10, 192:25, 195:25, 197:8, 197:10, 197:14, 197:17, 197:20, 197:25, 198:3, 198:6, 198:8, 205:15, 205:18, 205:20, 208:1, 208:16, 209:20, 210:20, 212:14, 213:6, 215:9, 216:25, 218:1, 219:4, 221:2, 223:3, 224:1, 235:12, 237:21, 241:11, 258:4, 258:6, 259:16, 264:4, 275:11, 287:22, 288:5, 295:9, 295:17, 295:20, 295:22, 296:5, 296:9, 296:15, 296:19, 296:21, 297:6, 297:20, 298:9, 298:16, 298:25, 299:8, 299:18, 299:21, 299:24, 300:1, 300:8, 300:11, 300:14, 300:16, 300:20, 300:25, 301:3, 301:9, 301:12, 301:19, 301:22, 302:1
**Court's** [1] - 301:7
**COURTROOM** [18] - 112:3, 114:19, 114:23, 115:1, 117:17, 117:19, 140:6, 140:8, 147:16, 183:3, 205:4, 207:23, 214:9, 240:20, 258:10, 258:14, 258:17, 288:1
**cover** [1] - 161:10

**covered** [4] - 228:24, 229:7, 229:16, 245:9
**COVID** [4] - 148:23, 202:15, 278:25
**COVID-19** [2] - 191:4, 199:22
**cowbells** [6] - 141:3, 141:5, 141:9, 142:13, 157:13, 157:20
**create** [2] - 261:7, 263:15
**crimes** [1] - 259:6
**CROSS** [2] - 179:19, 275:17
**cross** [3] - 198:9, 199:11, 205:21
**CROSS-EXAMINATION** [2] - 179:19, 275:17
**cross-examination** [2] - 198:9, 205:21
**crossed** [1] - 199:2
**crossing** [1] - 284:15
**crowd** [11] - 130:18, 136:22, 143:10, 143:14, 255:16, 255:20, 255:22, 270:16, 270:18, 270:20, 293:10
**crowds** [1] - 269:25
**current** [2] - 260:1, 260:2
**curves** [1] - 190:11
**custody** [2] - 163:7, 164:11
**cut** [2] - 250:10, 267:24

# D

**D101-B** [3] - 235:2, 235:3, 235:15
**D101-C** [1] - 236:9
**D101-D** [1] - 236:24
**D102-B** [2] - 237:12, 237:24
**D102-C** [2] - 237:12, 238:18
**D102-D** [2] - 237:13, 239:16
**D110** [1] - 224:15
**D110-B** [2] - 240:18, 241:15
**D110-C** [1] - 242:10
**D110-D** [1] - 242:23
**D112** [1] - 207:14
**D112-B** [2] - 207:14, 207:22
**D112-C** [3] - 207:14,

208:8, 208:19
**D112-D** [3] - 208:24, 209:11, 209:18
**D112-E** [2] - 210:12, 210:18
**D128** [2] - 192:3, 193:3
**D130** [2] - 218:12, 221:23
**D130-A** [3] - 220:8, 220:18, 221:4
**D130-B** [4] - 221:16, 222:3, 222:21, 223:5
**D130-C** [2] - 223:19, 224:3
**D131** [5] - 194:25, 197:5, 211:16, 214:9, 216:1
**D131-A** [2] - 212:7, 212:20
**D131-B** [2] - 212:24, 213:19
**D131-C** [3] - 214:3, 215:2, 215:12
**D131-D** [2] - 216:18, 217:3
**D131-E** [2] - 217:16, 218:3
**D152** [1] - 180:25
**D512** [1] - 196:16
**damage** [1] - 252:13
**dandy** [1] - 235:1
**danger** [4] - 272:8, 274:20, 274:24, 275:4
**Daniel** [1] - 288:13
**DANIEL** [1] - 288:13
**dark** [9] - 120:25, 123:22, 129:23, 151:14, 157:7, 188:15, 226:23, 232:14, 283:13
**dark-colored** [2] - 129:23, 157:7
**darkening** [1] - 300:7
**data** [1] - 297:11
**date** [9] - 192:19, 195:8, 218:19, 261:4, 261:11, 263:1, 264:19, 264:20, 275:5
**daughter** [1] - 273:18
**day-to-day** [1] - 287:8, 287:10, 289:2
**daylight** [3] - 238:7, 238:9, 238:11
**days** [2] - 201:8, 201:9
**deal** [1] - 204:6
**debate** [1] - 201:4
**decades** [1] - 203:21
**decals** [1] - 228:14

**December** [1] - 203:7
**decide** [3] - 277:24, 278:7, 282:21
**decided** [2] - 200:15, 280:20
**decipher** [1] - 271:3
**decision** [4] - 271:13, 271:19, 271:20, 279:25
**decisions** [3] - 280:7, 301:3, 301:14
**deface** [1] - 252:11
**Defendant** [37] - 111:3, 111:4, 111:4, 111:5, 111:5, 111:6, 111:6, 111:7, 111:7, 111:8, 111:8, 111:9, 111:9, 111:10, 111:10, 111:11, 111:11, 111:12, 111:12, 181:24, 193:1, 196:1, 208:2, 208:17, 209:21, 210:21, 212:15, 213:7, 215:10, 217:1, 218:2, 221:3, 223:4, 224:2, 235:13, 237:22, 241:12
**defendant** [3] - 295:12, 299:3, 299:6
**defense** [6] - 130:18, 179:25, 197:7, 240:22, 240:23, 297:24
**Defense** [4] - 192:3, 207:5, 214:5, 241:15
**deferred** [1] - 286:25
**deliberated** [1] - 269:14
**deliberating** [1] - 269:15
**delivered** [1] - 269:13
**demonstrations** [2] - 201:18, 203:24
**depart** [1] - 265:25
**departed** [2] - 266:15, 287:7
**Department** [1] - 259:25
**depict** [3] - 207:19, 218:21, 228:5
**depicted** [15] - 113:16, 129:16, 131:7, 131:8, 131:11, 132:23, 132:24, 144:17, 147:20, 148:5, 148:14, 162:22, 165:25, 172:7

**depicting** [1] - 192:10
**depiction** [2] - 192:16, 195:21
**depicts** [3] - 147:24, 182:15, 195:10
**DEPUTY** [17] - 114:19, 114:23, 115:1, 117:17, 117:19, 140:6, 140:8, 147:16, 183:3, 205:4, 207:23, 214:9, 240:20, 258:10, 258:14, 258:17, 288:1
**derived** [3] - 114:3, 114:9, 298:1
**describe** [7] - 116:20, 134:16, 162:13, 171:3, 269:24, 270:25, 291:22
**description** [2] - 165:16, 166:13
**designate** [1] - 277:22
**designated** [1] - 283:25
**designates** [1] - 283:16
**designation** [1] - 155:20
**desire** [1] - 297:14
**destination** [1] - 265:23
**detail** [15] - 202:5, 260:17, 260:18, 260:20, 265:9, 276:5, 278:20, 290:5, 290:24, 290:25, 291:1, 291:4, 291:14, 291:20
**detailed** [2] - 277:3, 280:9
**details** [3] - 262:2, 263:13, 271:7
**detain** [2] - 292:22, 293:10
**detained** [1] - 295:13
**detaining** [1] - 292:24
**detector** [1] - 240:6
**determine** [12] - 128:22, 128:25, 129:4, 131:11, 144:17, 144:21, 146:12, 147:23, 175:6, 175:9, 176:22, 177:2
**determined** [2] - 280:21, 280:22
**developments** [1] - 119:22

**devise** [1] - 262:10
**Diaz** [1] - 298:24
**different** [15] - 124:21, 128:7, 137:23, 138:19, 155:5, 155:17, 172:8, 193:16, 199:6, 233:3, 249:1, 260:10, 276:9, 291:2, 297:13
**difficulty** [1] - 266:8
**direct** [5] - 112:21, 154:20, 159:12, 188:8, 232:2
**DIRECT** [3] - 113:1, 258:18, 288:7
**directing** [3] - 264:19, 264:22, 265:14
**direction** [30] - 121:10, 121:21, 122:10, 122:18, 123:3, 127:11, 138:19, 142:8, 150:21, 151:1, 151:16, 153:1, 153:16, 154:5, 155:3, 156:22, 161:20, 162:2, 164:18, 171:8, 174:5, 174:16, 193:23, 247:10, 256:10, 256:12, 256:16, 257:3, 257:10, 257:14
**directions** [2] - 228:13, 233:3
**directly** [2] - 235:18, 273:17
**directs** [1] - 115:19
**disagree** [1] - 298:6
**disappear** [1] - 142:24
**disappeared** [1] - 155:3
**disappears** [1] - 259:18
**discuss** [3] - 197:22, 296:2, 296:6
**discussed** [8] - 200:8, 201:11, 208:21, 224:20, 227:10, 230:11, 248:5, 287:4
**discussing** [1] - 173:4
**dispatch** [1] - 291:14
**displayed** [1] - 205:2
**dispositive** [1] - 298:17
**distance** [3] - 138:13, 218:22
**distancing** [1] - 148:23

**distinctive** [4] - 123:20, 141:22, 143:3, 232:9
**distributed** [1] - 268:7
**distributing** [1] - 268:16
**district** [1] - 296:23
**District** [2] - 297:16, 298:15
**dive** [1] - 198:15
**division** [7] - 262:6, 280:11, 288:25, 289:1, 289:3, 290:5, 291:2
**document** [2] - 263:16, 265:10
**dog** [8] - 208:25, 209:2, 209:11, 209:18, 235:4, 236:24, 237:13, 242:24
**dome** [1] - 115:9
**Donald** [1] - 282:8
**done** [8] - 115:21, 231:18, 258:10, 263:21, 263:22, 281:25, 291:14, 291:15
**door** [117] - 118:6, 118:7, 118:8, 125:8, 125:11, 132:16, 132:19, 132:21, 133:14, 133:19, 133:25, 134:5, 134:8, 134:9, 134:10, 134:11, 134:22, 134:23, 135:7, 135:15, 135:17, 135:22, 135:25, 136:4, 136:9, 136:13, 136:16, 136:21, 136:22, 137:13, 137:23, 138:3, 138:11, 138:21, 139:2, 139:16, 141:14, 141:16, 141:20, 141:22, 143:10, 143:25, 144:2, 144:19, 144:20, 145:7, 145:10, 145:13, 145:15, 145:16, 146:13, 146:14, 147:1, 147:7, 147:10, 151:21, 151:23, 151:24, 152:22, 157:24, 168:1, 168:7, 171:9, 171:10, 171:20,

173:3, 173:5, 173:7, 173:9, 173:13, 173:17, 187:12, 189:22, 189:24, 230:4, 234:22, 235:19, 235:24, 236:3, 236:11, 236:15, 236:16, 236:17, 237:2, 237:5, 237:6, 237:15, 238:5, 238:8, 238:14, 238:19, 238:23, 238:25, 239:1, 239:3, 239:9, 239:13, 239:20, 239:24, 240:1, 240:3, 240:11, 240:13, 243:17, 243:19, 244:7, 248:6, 256:5, 257:13, 257:22, 257:23
**doors** [15] - 140:16, 140:22, 149:11, 149:12, 149:13, 149:14, 149:16, 149:19, 152:8, 173:10, 185:11, 186:3, 239:7, 272:20
**doorway** [1] - 284:8
**double** [4] - 226:9, 239:1, 240:3, 244:18
**down** [38] - 115:10, 127:23, 128:4, 140:3, 144:4, 148:7, 148:11, 149:13, 151:3, 153:4, 160:8, 163:20, 166:3, 166:16, 167:7, 167:19, 167:20, 171:15, 174:8, 174:9, 176:8, 188:4, 190:12, 224:13, 233:11, 233:16, 233:17, 233:19, 234:3, 234:6, 234:17, 250:10, 250:13, 250:20, 251:15, 266:24, 270:24
**downstairs** [1] - 167:4
**dozen** [1] - 225:10
**drawing** [2] - 228:5, 246:14
**drawn** [2] - 161:13, 162:8
**drew** [4] - 210:3, 210:4, 210:5, 232:5
**dual** [1] - 259:2

**dual-mission** [1] - 259:2
**during** [4] - 232:5, 266:2, 276:9, 281:25
**duties** [2] - 280:24, 286:14
**duty** [3] - 283:4, 289:24, 290:4

## E

**early** [1] - 300:20
**easel** [2] - 181:8, 181:23
**easier** [1] - 242:12
**east** [38] - 115:10, 116:4, 116:22, 119:10, 123:3, 124:18, 124:21, 132:1, 142:9, 149:13, 161:22, 164:19, 171:9, 172:23, 174:7, 174:9, 175:16, 177:8, 183:22, 184:13, 190:1, 190:5, 192:13, 195:10, 198:20, 199:23, 200:6, 200:10, 201:14, 213:15, 218:21, 227:19, 230:8, 242:3, 249:2, 266:13
**edge** [10] - 117:10, 118:4, 195:18, 213:24, 215:19, 223:16, 232:22, 233:19, 234:10, 279:8
**edited** [1] - 231:9
**egg** [32] - 117:9, 117:10, 117:24, 118:4, 137:24, 190:2, 190:11, 192:11, 192:12, 194:21, 195:12, 195:13, 195:14, 195:19, 196:6, 196:12, 198:23, 199:1, 199:2, 199:7, 211:24, 213:12, 213:14, 213:22, 215:17, 217:9, 218:8, 223:14, 299:5, 299:6
**eggs** [3] - 199:9, 199:12, 218:22
**either** [9] - 148:15, 150:13, 226:23, 229:11, 272:21, 284:8, 284:16,

297:13, 300:11
**election** [3] - 200:25, 281:3, 282:17
**electoral** [1] - 266:15
**electronic** [1] - 194:14
**element** [2] - 259:8
**elephant** [3] - 210:12, 210:18, 217:16
**elevator** [2] - 148:15, 184:5
**elevators** [6] - 184:2, 199:14, 199:17, 207:11, 209:6, 210:1
**Elizabeth** [2] - 258:9, 258:23
**email** [6] - 262:25, 263:1, 264:10, 264:11, 264:14, 264:15
**emergency** [3] - 187:13, 267:20, 267:21
**emerging** [1] - 233:9
**enables** [1] - 262:7
**enact** [1] - 262:12
**enclosed** [3] - 228:23, 229:18, 229:20
**encountered** [2] - 180:9, 285:12
**end** [15] - 149:14, 161:7, 162:5, 162:20, 172:12, 185:15, 186:11, 186:24, 187:20, 189:9, 190:13, 202:21, 279:6, 292:6, 292:7
**ended** [3] - 274:9, 274:17, 293:19
**enforcement** [6] - 161:7, 162:19, 163:19, 278:4, 278:5, 284:1
**ensure** [1] - 270:8
**ensuring** [1] - 112:8
**entail** [1] - 260:8
**enter** [7] - 133:16, 133:20, 136:17, 149:12, 149:15, 253:17, 253:19
**entered** [4] - 121:19, 142:6, 272:5, 292:17
**entering** [6] - 136:13, 142:8, 142:9, 268:16, 270:24, 283:24
**enters** [2] - 112:18, 140:24
**entire** [3] - 120:1, 278:16, 290:16

**entrance** [6] - 186:9, 186:16, 265:21, 266:17, 268:4, 290:10
**equally** [1] - 300:8
**equipment** [2] - 126:17, 231:5
**escorted** [2] - 202:1, 248:17
**essentially** [3] - 279:20, 297:9, 298:19
**establish** [2] - 286:22, 287:1
**estimate** [7] - 117:6, 158:14, 250:3, 250:5, 275:4, 293:5, 294:14
**evacuate** [2] - 164:5, 247:13
**evacuated** [3] - 149:20, 150:15, 152:2
**evacuating** [3] - 158:12, 160:21, 163:2
**evacuation** [1] - 150:11
**evening** [3] - 261:19, 296:3, 301:23
**event** [2] - 276:17, 277:19
**events** [12] - 113:16, 126:16, 128:18, 128:23, 129:4, 131:7, 131:8, 131:11, 132:24, 144:22, 162:22, 172:6
**eventually** [5] - 134:10, 167:20, 253:25, 274:3, 293:17
**evidence** [70] - 114:1, 114:3, 114:4, 114:5, 114:14, 117:17, 117:18, 128:8, 129:8, 129:13, 130:25, 131:16, 131:20, 132:9, 132:18, 134:19, 137:21, 141:11, 142:17, 145:1, 145:5, 146:1, 146:16, 146:20, 147:17, 148:2, 150:24, 151:5, 153:5, 165:1, 165:24, 171:17, 172:20, 176:1,

176:15, 177:10, 177:17, 178:11, 178:14, 179:6, 179:11, 181:24, 193:1, 196:1, 208:2, 208:17, 209:21, 210:21, 212:15, 213:7, 215:10, 217:1, 218:2, 219:5, 221:3, 223:4, 224:2, 235:14, 237:23, 241:13, 262:17, 263:4, 264:2, 264:6, 272:13, 294:20, 297:2, 297:22, 298:2, 299:11
**exact** [1] - 150:14
**examination** [8] - 112:21, 159:12, 188:8, 198:9, 205:21, 295:12, 295:14, 296:12
**EXAMINATION** [7] - 113:1, 179:19, 253:5, 258:18, 275:17, 286:12, 288:7
**example** [4] - 263:18, 277:14, 278:18, 298:21
**exciting** [1] - 182:6
**excuse** [2] - 139:4, 267:14
**excused** [6] - 258:6, 258:7, 287:22, 287:23, 296:6, 302:1
**Executive** [2] - 259:15, 259:22
**exhibit** [159] - 114:16, 114:20, 115:7, 115:12, 115:15, 115:23, 115:25, 116:8, 116:9, 116:13, 116:19, 116:21, 118:13, 120:3, 120:10, 120:13, 120:16, 121:5, 121:12, 121:20, 122:4, 122:5, 122:12, 122:16, 122:21, 122:25, 123:6, 123:9, 123:10, 123:12, 123:18, 124:1, 124:3, 124:7, 124:14, 125:2, 125:8, 125:12, 125:18, 125:19, 125:21, 126:6, 126:7, 126:22,

127:3, 127:4, 127:12, 128:7, 128:13, 129:2, 129:12, 129:15, 130:11, 130:24, 131:22, 131:24, 133:3, 133:4, 133:7, 133:11, 133:13, 135:1, 135:5, 135:8, 135:12, 135:13, 135:19, 136:8, 138:1, 138:6, 138:15, 139:8, 139:25, 142:2, 142:10, 142:22, 143:1, 143:21, 144:4, 145:8, 145:18, 145:19, 149:24, 150:16, 151:11, 151:14, 152:24, 153:4, 153:7, 154:7, 154:24, 155:1, 155:6, 155:17, 156:10, 156:12, 157:4, 157:12, 157:19, 158:4, 158:15, 159:22, 159:24, 161:3, 161:8, 161:25, 162:5, 162:12, 162:18, 162:20, 162:23, 163:4, 163:18, 164:8, 164:16, 165:3, 166:12, 167:2, 167:6, 168:15, 168:17, 169:14, 169:15, 169:22, 169:24, 170:10, 170:21, 171:2, 171:4, 172:12, 172:16, 173:3, 173:4, 174:6, 174:12, 175:18, 196:3, 208:25, 210:3, 211:15, 214:2, 215:2, 216:18, 217:3, 217:16, 218:11, 240:24, 242:10, 243:11, 255:11, 256:19, 257:7, 257:18, 259:17, 262:22, 263:8, 272:12, 294:22, 294:25
**Exhibit** [177] - 111:3, 111:4, 111:4, 111:5, 111:5, 111:6, 111:6, 111:7, 111:7, 111:8,

111:8, 111:9, 111:9,
111:10, 111:10,
111:11, 111:11,
111:12, 111:12,
113:25, 114:5,
114:13, 115:4,
117:16, 128:8,
128:10, 128:16,
128:19, 128:23,
129:5, 129:13,
129:16, 130:2,
131:3, 131:5, 131:8,
131:12, 131:16,
131:20, 132:8,
132:15, 132:17,
132:22, 132:24,
132:25, 134:19,
136:2, 136:12,
137:21, 139:6,
140:3, 140:4, 140:7,
141:11, 144:7,
144:9, 144:11,
144:18, 145:1,
145:5, 145:11,
146:1, 146:5, 146:7,
146:16, 146:20,
146:24, 147:15,
147:21, 148:1,
148:5, 148:14,
148:17, 149:5,
149:23, 150:23,
150:25, 151:4,
151:7, 153:5,
153:11, 153:23,
155:8, 155:13,
159:17, 159:18,
164:25, 165:6,
165:13, 165:23,
166:1, 166:5,
166:11, 167:16,
168:3, 168:13,
168:25, 169:4,
169:5, 171:15,
171:16, 172:7,
172:19, 172:22,
174:24, 175:1,
175:7, 175:22,
176:1, 176:15,
177:10, 177:17,
177:21, 178:4,
178:5, 178:14,
178:21, 179:2,
179:11, 180:25,
181:24, 183:4,
188:5, 189:21,
192:3, 193:1, 193:3,
194:25, 196:1,
196:16, 206:4,
207:15, 208:2,
208:17, 209:12,
209:21, 210:21,

212:15, 213:7,
214:5, 215:10,
217:1, 218:2, 219:5,
220:8, 220:18,
221:3, 221:4,
221:18, 223:4,
224:2, 224:15,
227:17, 231:14,
235:13, 237:14,
237:22, 240:16,
241:3, 241:12,
241:15, 242:23,
244:3, 245:8,
248:19, 255:3,
255:8, 256:3,
262:17, 263:3,
264:5, 264:10,
264:12, 272:13,
294:20
**exhibits** [11] - 113:9,
113:10, 113:13,
113:16, 114:4,
197:7, 240:21,
240:22, 240:23,
299:20, 300:5
**Exhibits** [7] - 111:2,
113:10, 113:19,
196:22, 207:6,
240:18, 264:2
**exit** [8] - 187:13,
246:6, 246:7, 256:5,
256:10, 256:15,
257:1, 257:15
**exited** [1] - 174:13
**exiting** [1] - 159:21
**expect** [2] - 153:16,
158:22
**expected** [6] - 265:19,
265:24, 280:12,
281:18, 281:21,
284:14
**experience** [6] -
154:14, 162:25,
267:2, 275:6,
275:10, 275:12
**experienced** [1] -
275:8
**expert** [1] - 297:12
**explain** [3] - 119:3,
122:24, 259:8
**explained** [4] -
113:24, 209:4,
231:17, 264:18
**extent** [4] - 160:20,
298:7, 300:17,
300:21
**exterior** [1] - 243:16
**extraction** [4] -
297:10, 297:25,
298:2, 299:12

**extremely** [1] - 180:14

**F**

**face** [2] - 122:1,
163:15
**facility** [2] - 260:3,
260:4
**facing** [6] - 126:11,
171:20, 192:13,
193:16, 257:3, 257:4
**fact** [4] - 130:14,
153:25, 154:4, 156:3
**facts** [1] - 298:18
**fair** [26] - 113:15,
180:13, 181:15,
190:10, 190:16,
190:18, 192:16,
195:15, 195:21,
208:12, 209:16,
210:16, 213:2,
215:5, 216:21,
217:22, 218:25,
220:23, 222:24,
223:22, 230:3,
235:8, 237:17,
241:7, 268:24,
286:25
**fairly** [3] - 207:19,
229:25, 278:25
**familiar** [8] - 139:20,
182:15, 201:25,
289:10, 289:13,
289:15, 289:19,
291:22
**familiarity** [1] - 141:23
**families** [1] - 259:11
**family** [1] - 268:11
**far** [10] - 117:7,
132:23, 138:11,
145:15, 158:14,
162:19, 166:4,
271:5, 279:6, 279:8
**fast** [7] - 160:7,
160:17, 173:12,
255:8, 256:19,
289:24, 294:21
**fast-forward** [5] -
173:12, 255:8,
256:19, 289:24,
294:21
**FBI** [2] - 296:13,
296:15
**feet** [11] - 133:1,
138:12, 149:11,
158:17, 188:9,
188:11, 190:8,
190:15, 194:9,
229:23, 230:2
**fence** [1] - 116:23

**few** [14] - 115:23,
133:1, 135:7,
138:15, 150:16,
152:24, 194:9,
204:21, 226:11,
237:11, 253:9,
255:10, 275:24,
293:24
**field** [3] - 161:11,
264:22, 265:1
**fight** [1] - 252:7
**fights** [1] - 225:14
**file** [1] - 216:13
**filed** [1] - 301:20
**film** [1] - 121:22
**filming** [1] - 126:1
**financial** [1] - 259:6
**fine** [6] - 191:2,
197:13, 197:15,
219:19, 238:15,
238:17
**fire** [2] - 134:8, 134:9
**fired** [2] - 294:1, 294:2
**first** [26] - 115:12,
115:18, 128:10,
137:6, 138:2,
139:17, 145:17,
147:20, 166:3,
166:11, 185:9,
187:24, 189:18,
207:14, 229:1,
235:15, 237:24,
241:15, 253:24,
265:18, 268:3,
270:20, 270:22,
272:1, 284:16,
288:21
**Fish** [4] - 181:8, 183:3,
197:8, 205:15
**FISH** [262] - 112:4,
112:13, 113:20,
113:22, 114:7,
114:10, 119:19,
126:2, 126:19,
127:25, 129:9,
130:8, 131:17,
133:17, 137:16,
142:17, 143:15,
145:2, 146:17,
152:14, 159:8,
160:9, 160:18,
164:2, 175:23,
177:11, 178:12,
179:7, 179:20,
179:24, 180:1,
181:1, 181:3, 181:4,
181:9, 181:12,
181:17, 181:25,
182:2, 182:11,
182:21, 182:23,

183:5, 183:6,
183:18, 183:21,
184:7, 184:10,
185:5, 185:7, 186:5,
186:7, 186:18,
186:20, 187:8,
187:10, 188:4,
188:6, 191:2, 191:3,
192:4, 192:6,
192:23, 193:2,
193:6, 193:8,
193:22, 194:4,
194:5, 195:1, 195:4,
195:5, 195:23,
196:2, 196:4, 196:8,
197:2, 197:9,
197:12, 197:15,
198:5, 198:11,
198:12, 204:23,
205:6, 205:10,
205:11, 205:23,
205:24, 206:3,
206:7, 206:8,
207:22, 207:24,
208:3, 208:5,
208:14, 208:18,
208:20, 209:18,
209:22, 209:24,
210:18, 210:22,
210:24, 211:17,
211:22, 212:1,
212:2, 212:12,
212:16, 212:18,
213:4, 213:8,
213:10, 214:4,
214:7, 214:10,
214:14, 214:18,
214:20, 214:25,
215:1, 215:7,
215:11, 215:13,
215:25, 216:5,
216:7, 216:8,
216:23, 217:2,
217:4, 217:24,
218:3, 218:4,
218:13, 218:15,
219:2, 219:6, 219:9,
219:16, 219:21,
219:25, 220:1,
220:25, 221:4,
221:6, 221:17,
221:22, 222:1,
222:2, 222:7,
222:10, 222:13,
222:14, 223:1,
223:5, 223:7,
223:24, 224:3,
224:4, 224:13,
224:14, 224:17,
224:19, 225:2,
225:4, 225:20,

225:22, 226:3,
226:7, 227:8, 227:9,
227:16, 227:18,
231:14, 231:16,
231:21, 232:1,
232:3, 232:4,
232:24, 233:1,
233:8, 233:13,
233:14, 234:9,
234:20, 234:21,
235:10, 235:15,
235:17, 236:8,
236:10, 237:19,
237:24, 238:1,
239:15, 239:17,
240:22, 241:1,
241:9, 241:14,
241:17, 242:9,
242:11, 243:10,
243:15, 244:2,
244:5, 244:9,
244:11, 245:1,
245:2, 245:7,
245:13, 245:14,
246:11, 246:13,
246:17, 246:18,
247:4, 247:7, 247:8,
247:22, 247:24,
248:3, 248:4, 249:6,
249:9, 249:15,
249:17, 249:24,
250:1, 250:23,
250:24, 251:15,
251:16, 258:3,
258:12, 264:3,
275:9, 275:18,
296:20, 296:22,
297:8, 298:4,
298:11, 298:19,
299:16, 299:19,
300:3, 300:10,
300:12, 300:24,
301:1, 301:5,
301:10, 301:15,
301:21, 301:25
**fish** [3] - 253:9,
255:10, 301:3
**five** [3] - 197:10,
205:18, 294:15
**five-minute** [1] -
205:18
**flag** [130] - 120:19,
121:10, 122:6,
122:15, 123:12,
123:19, 123:21,
124:10, 124:15,
125:15, 125:20,
126:9, 126:12,
126:24, 127:5,
127:9, 127:14,
129:19, 138:7,

138:10, 138:18,
139:10, 140:12,
140:23, 141:1,
141:8, 142:4,
142:24, 143:3,
143:13, 143:23,
146:24, 147:9,
150:2, 150:6,
150:18, 151:1,
151:13, 152:21,
153:1, 153:15,
153:25, 154:8,
154:25, 156:18,
156:22, 157:5,
157:10, 157:21,
159:21, 160:1,
160:5, 160:25,
161:5, 161:15,
161:21, 162:1,
163:6, 163:14,
164:9, 164:17,
166:14, 167:3,
167:10, 167:12,
170:12, 171:6,
171:25, 173:16,
173:23, 174:2,
174:5, 174:13,
176:4, 177:20,
180:3, 180:5,
182:17, 193:9,
193:23, 196:5,
196:13, 196:18,
204:21, 205:12,
206:10, 206:20,
211:11, 211:24,
212:4, 212:21,
213:20, 214:21,
215:15, 217:6,
218:6, 219:11,
219:22, 221:9,
222:11, 222:15,
223:11, 224:7,
226:9, 227:11,
230:13, 232:6,
232:11, 241:20,
241:25, 242:16,
243:2, 243:21,
244:16, 244:18,
244:24, 246:15,
248:1, 248:6,
248:23, 249:13,
250:13, 251:1,
251:21, 251:23,
252:4, 252:7,
256:25, 257:8
**flagpole** [2] - 156:16,
157:6
**flags** [3] - 226:18,
251:25, 252:2
**flight** [2] - 148:16,
301:5

**flip** [9] - 208:8, 208:24,
210:12, 220:6,
221:16, 223:18,
235:2, 236:7, 242:8
**floor** [52] - 147:25,
148:3, 148:11,
148:16, 148:17,
148:18, 148:19,
148:20, 148:22,
148:24, 149:1,
149:6, 149:9,
149:10, 150:11,
150:15, 151:8,
155:10, 158:10,
158:13, 160:22,
162:15, 163:3,
164:4, 165:8, 166:3,
166:6, 167:23,
167:25, 168:1,
170:6, 187:5,
187:24, 188:15,
189:15, 189:16,
189:18, 227:19,
238:7, 245:18,
254:1, 268:18,
270:22, 271:22,
271:24, 271:25,
272:1, 272:16,
289:14
**Floor** [1] - 148:12
**floors** [2] - 148:22,
189:13
**flow** [1] - 199:9
**flowing** [1] - 137:14
**focus** [2] - 173:13,
300:13
**folding** [1] - 206:24
**folks** [2] - 226:23,
247:18
**folks'** [1] - 112:8
**follow** [4] - 169:9,
199:9, 253:25,
298:16
**followed** [5] - 164:20,
166:23, 169:10,
198:23, 293:13
**following** [6] - 167:13,
167:18, 168:17,
170:4, 171:6, 177:20
**footage** [6] - 144:14,
146:10, 147:21,
187:15, 192:8, 195:6
**Force** [1] - 296:13
**forced** [1] - 117:2
**forcing** [1] - 301:13
**forefront** [1] - 159:22
**foreground** [4] -
118:2, 220:3, 220:5,
221:14
**foreign** [1] - 259:11

**formal** [1] - 267:18
**formally** [2] - 200:24,
281:3
**former** [2] - 202:24,
282:8
**forming** [1] - 119:14
**forth** [2] - 200:20,
267:19
**fortify** [1] - 287:1
**forward** [14] - 136:23,
137:1, 137:15,
139:7, 142:1,
165:14, 173:12,
196:20, 209:7,
236:3, 255:8,
256:19, 289:24,
294:21
**foundation** [3] -
119:19, 119:20,
160:19
**four** [2] - 180:16,
276:6
**frame** [17] - 115:25,
118:16, 121:19,
131:24, 132:23,
136:12, 138:23,
140:23, 150:3,
150:14, 153:17,
156:14, 168:10,
173:6, 191:1, 273:5,
273:13
**frequently** [4] -
203:24, 278:22,
278:24, 278:25
**Front** [4] - 154:12,
154:15, 154:19,
154:21
**front** [15] - 116:4,
116:22, 124:18,
124:21, 172:24,
175:16, 177:8,
212:6, 216:19,
240:11, 246:14,
273:17, 273:19,
284:20, 284:24
**full** [1] - 264:23
**fully** [5] - 236:22,
237:9, 239:13,
239:22, 281:21
**fun** [1] - 215:24
**functionally** [1] -
255:25

# G

**G101** [2] - 235:6,
243:11
**G102** [2] - 237:14,
244:3
**G110** [6] - 204:23,

206:4, 231:14,
231:21, 240:16,
241:3
**G111** [1] - 245:8
**G112** [4] - 196:22,
207:15, 209:12,
211:5
**G113.1** [1] - 196:22
**G113.2** [1] - 248:19
**G114** [14] - 180:21,
182:4, 182:20,
183:4, 183:8,
183:18, 184:9,
186:2, 186:6, 187:9,
188:4, 189:21,
196:24, 210:3
**G508** [2] - 188:5,
227:17
**galleries** [8] - 147:25,
148:24, 149:10,
165:5, 253:19,
294:1, 294:4, 294:11
**gallery** [40] - 148:10,
148:11, 148:14,
148:20, 148:21,
149:1, 149:6, 149:9,
149:12, 149:15,
149:20, 150:11,
151:9, 151:24,
152:2, 152:8, 155:9,
158:10, 165:11,
167:18, 167:19,
182:8, 186:22,
188:24, 191:22,
191:24, 245:16,
245:20, 245:22,
253:13, 253:21,
253:22, 254:1,
289:17, 289:20,
294:2, 294:9,
294:17, 295:3,
295:13
**garage** [1] - 290:10
**gas** [1] - 206:14
**general** [18] - 150:14,
155:12, 160:13,
165:7, 165:9,
165:10, 167:23,
173:17, 187:1,
196:18, 196:19,
198:17, 264:9,
271:6, 276:2, 276:3,
290:23, 295:3
**generally** [8] - 148:4,
203:16, 203:18,
204:15, 265:17,
289:13, 289:19,
298:16
**generated** [1] - 263:18
**gentleman** [84] -

314

120:15, 120:18,
120:21, 121:6,
121:10, 122:6,
122:15, 123:1,
123:11, 124:15,
125:14, 125:19,
126:8, 126:12,
126:23, 135:6,
137:6, 139:10,
140:23, 141:1,
141:8, 142:23,
143:22, 146:23,
147:9, 150:6,
150:18, 151:1,
151:13, 151:16,
151:18, 151:20,
152:21, 153:1,
153:14, 153:24,
154:8, 154:25,
157:7, 157:13,
157:20, 159:21,
159:25, 160:4,
160:25, 161:4,
161:10, 161:15,
161:20, 162:1,
163:5, 163:13,
164:17, 165:15,
165:16, 166:10,
166:13, 167:3,
167:17, 168:16,
169:10, 169:15,
169:25, 170:4,
170:11, 170:22,
171:5, 171:24,
172:13, 173:16,
174:1, 174:5,
174:13, 176:3,
176:8, 177:19,
206:9, 233:18,
236:2, 256:25,
257:8, 257:10
**geolocation** [1] -
297:22
**given** [4] - 259:7,
261:17, 261:19,
295:22
**glass** [2] - 135:7,
270:23
**Glavey** [13] - 258:9,
258:20, 258:23,
259:21, 262:20,
263:6, 264:9,
266:23, 272:14,
273:4, 286:9,
286:14, 287:20
**glimpse** [5] - 154:21,
156:13, 156:16,
156:18, 259:7
**glitch** [5] - 216:11,
216:14, 216:15,

216:16, 220:12
**Google** [2] - 297:11,
297:22
**Government** [25] -
113:10, 113:25,
114:13, 128:8,
129:13, 131:20,
132:8, 134:19,
144:6, 145:5,
145:25, 146:5,
146:20, 153:4,
176:1, 176:14,
177:17, 178:3,
178:14, 179:11,
196:22, 219:5,
256:3, 264:5, 294:20
**government** [23] -
112:10, 113:18,
114:18, 129:7,
131:15, 144:25,
146:15, 175:21,
177:9, 178:10,
179:5, 179:16,
232:5, 240:20,
246:3, 250:25,
258:8, 259:13,
287:24, 297:9,
299:19, 300:5, 301:2
**Government's** [17] -
180:21, 183:4,
188:5, 206:3,
207:15, 209:11,
211:5, 224:15,
227:17, 235:6,
237:14, 240:15,
241:3, 243:11,
244:3, 245:8, 248:19
**government's** [2] -
182:4, 240:23
**grassy** [1] - 190:3
**gray** [1] - 126:11
**grayer** [1] - 188:16
**great** [4] - 205:8,
214:12, 216:3,
267:14
**greater** [1] - 218:22
**green** [3] - 155:14,
163:23, 226:24
**greenish** [1] - 221:13
**greeted** [1] - 265:22
**ground** [2] - 194:9,
248:16
**Grounds** [4] - 117:22,
254:25, 266:16,
270:2
**grounds** [1] - 204:2
**group** [7] - 163:19,
163:25, 270:1,
292:21, 294:10,
294:12, 294:14

**guess** [1] - 301:19
**guests** [2] - 191:13,
191:15
**guns** [1] - 160:22

# H

**haircut** [1] - 277:5
**Hajbeh** [1] - 298:22
**HAJBEH** [1] - 298:22
**half** [4] - 158:23,
185:23, 265:14,
288:19
**halfway** [1] - 118:22
**hall** [1] - 163:20
**hallway** [33] - 148:7,
148:14, 149:6,
149:8, 149:14,
151:3, 151:7, 151:8,
151:10, 153:8,
153:9, 153:11,
153:14, 155:14,
155:16, 160:8,
162:14, 164:18,
165:4, 165:7,
165:10, 167:20,
186:21, 187:2,
188:24, 189:1,
245:15, 246:20,
252:17, 252:21,
270:24
**hallways** [2] - 185:22,
289:19
**hand** [13] - 141:2,
149:16, 157:15,
168:9, 182:6,
193:14, 206:12,
236:2, 246:4,
258:14, 288:2,
289:25, 299:16
**handcuffed** [3] -
164:12, 170:13,
170:14
**handcuffing** [1] -
164:23
**handcuffs** [1] - 170:23
**handle** [2] - 141:24,
297:4
**handy** [2] - 207:5,
235:1
**handy-dandy** [1] -
235:1
**happy** [2] - 295:11,
295:16
**hard** [1] - 238:15
**hat** [14] - 123:22,
123:24, 123:25,
126:8, 126:24,
129:21, 156:14,
169:10, 170:12,

170:22, 171:5,
172:13, 187:16,
187:18
**hats** [1] - 244:22
**Hawa** [4] - 262:15,
263:25, 264:14,
264:15
**head** [5] - 187:18,
262:1, 263:11,
280:15, 291:21
**Head** [3] - 263:9,
263:10, 264:18
**headed** [1] - 151:17
**heading** [5] - 150:22,
151:3, 164:19,
174:9, 294:10
**headquarters** [2] -
115:22, 291:3
**heads** [1] - 259:11
**hear** [4] - 130:11,
147:9, 231:11, 271:2
**heard** [1] - 270:23
**hearing** [3] - 138:13,
201:7, 282:1
**hearings** [1] - 245:24
**held** [11] - 112:2,
112:19, 159:5,
159:10, 197:19,
198:2, 198:7,
202:24, 295:21,
296:4, 297:17
**help** [6] - 112:8,
132:14, 180:22,
247:16, 265:15,
299:15
**helped** [3] - 280:16,
293:10
**helpful** [1] - 297:20
**hesitation** [1] - 270:9
**high** [1] - 134:17
**high-pitched** [1] -
134:17
**highest** [1] - 275:8
**highlight** [1] - 132:19
**hires** [1] - 260:5
**hitting** [1] - 147:10
**hold** [5] - 130:18,
143:16, 205:15,
265:24, 271:5
**holding** [5] - 126:14,
127:9, 141:2,
142:13, 275:23
**holds** [1] - 220:4
**Hollywood** [1] - 259:7
**home** [2] - 276:16,
301:6
**Homeland** [1] - 259:25
**homemade** [1] -
128:14
**honestly** [1] - 277:13

170:22, 171:5,
172:13, 187:16,
187:18
**Honor** [57] - 112:4,
112:5, 112:13,
112:24, 113:20,
114:7, 114:11,
119:19, 126:2,
127:25, 129:7,
129:9, 131:17,
137:16, 142:17,
143:15, 144:25,
145:2, 146:17,
159:8, 160:9,
160:18, 175:23,
177:9, 177:11,
178:12, 179:5,
179:7, 181:1, 182:8,
192:24, 197:12,
197:15, 197:24,
198:5, 198:11,
205:23, 258:3,
258:5, 264:1,
286:11, 295:7,
295:14, 296:8,
296:20, 297:9,
297:21, 298:4,
300:10, 300:12,
300:15, 300:23,
300:24, 301:1,
301:5, 301:21,
301:25
**hood** [2] - 121:1,
207:1
**hooded** [3] - 121:3,
129:23, 157:7
**hope** [1] - 275:23
**hoped** [2] - 282:14,
282:16
**hoping** [2] - 296:14,
301:6
**host** [1] - 253:13
**hour** [2] - 158:23,
296:18
**hours** [4] - 201:7,
274:1, 274:2, 281:18
**House** [154] - 117:9,
117:10, 117:24,
118:4, 118:7, 118:8,
118:22, 119:14,
119:15, 124:11,
124:17, 124:25,
125:6, 125:7,
125:11, 125:22,
126:9, 127:21,
127:22, 129:6,
131:13, 131:14,
131:25, 132:16,
132:18, 132:19,
132:20, 132:21,
133:14, 133:25,
134:22, 135:7,
136:4, 136:22,

137:13, 137:23,
137:24, 138:3,
138:11, 138:21,
139:2, 139:16,
141:13, 141:14,
141:21, 144:2,
144:19, 144:20,
145:14, 145:16,
145:17, 146:13,
146:14, 147:2,
147:25, 148:2,
148:9, 148:11,
148:12, 148:14,
148:20, 148:21,
149:6, 149:9,
149:12, 149:20,
151:9, 151:24,
151:25, 152:2,
152:8, 152:16,
152:17, 155:9,
155:24, 156:25,
158:12, 158:16,
160:21, 165:5,
165:11, 167:18,
167:19, 174:18,
174:19, 184:22,
185:20, 185:25,
188:24, 189:1,
189:22, 190:2,
191:19, 192:10,
192:12, 194:21,
195:12, 195:13,
195:14, 200:21,
211:24, 213:12,
213:14, 213:22,
215:17, 217:9,
218:8, 223:14,
228:10, 228:11,
230:16, 234:23,
235:19, 243:17,
245:16, 253:13,
256:5, 257:23,
266:1, 267:19,
269:2, 269:3, 269:7,
269:10, 274:4,
281:6, 281:9,
281:12, 284:15,
287:19, 288:24,
288:25, 289:1,
289:3, 289:4,
289:17, 289:20,
290:5, 291:3,
291:24, 292:3,
292:8, 294:5, 294:6,
294:17, 295:3,
299:5, 299:6
**human** [1] - 115:19
**hundred** [1] - 230:2
**hundreds** [4] - 250:3,
250:5, 250:7, 250:8

**I**

**idea** [1] - 298:4
**identified** [5] - 126:25,
143:11, 143:25,
145:10, 147:1
**identify** [8] - 147:19,
147:20, 148:4,
148:9, 150:7,
153:10, 155:12,
273:15
**image** [4] - 148:5,
175:7, 176:6, 176:7
**images** [2] - 114:3,
179:2
**imagine** [1] - 296:17
**imagining** [1] - 298:13
**immediate** [1] -
259:10
**immediately** [1] -
136:20
**inauguration** [1] -
279:24
**inclined** [1] - 295:14
**include** [1] - 158:5
**including** [1] - 201:14
**independent** [1] -
296:3
**indicated** [6] - 187:11,
207:7, 232:7, 279:4,
283:18, 285:15
**individual** [20] -
121:19, 123:14,
123:20, 123:25,
124:10, 126:24,
127:8, 127:11,
129:16, 129:17,
129:18, 156:22,
166:13, 167:13,
174:1, 201:18,
273:17, 295:1,
295:4, 295:5
**individuals** [16] -
130:12, 133:13,
135:14, 135:17,
135:21, 160:7,
160:16, 162:14,
167:7, 272:5, 273:4,
286:15, 286:18,
292:23, 292:24,
293:10
**indulge** [2] - 183:7,
204:20
**indulgence** [2] -
172:17, 179:13
**information** [10] -
261:15, 261:25,
263:11, 263:13,
263:15, 263:17,
263:23, 265:12,

270:4, 294:8
**informed** [1] - 270:6
**initial** [1] - 291:13
**inner** [3] - 144:20,
168:7, 230:6
**inside** [31] - 121:7,
134:7, 134:8,
134:11, 134:22,
134:24, 135:11,
135:15, 135:17,
135:22, 135:25,
136:10, 136:16,
136:21, 139:2,
139:17, 140:17,
141:13, 144:14,
152:17, 204:5,
238:5, 243:19,
250:17, 269:14,
269:15, 269:17,
269:18, 271:10,
271:12, 272:20
**Inspector** [84] -
112:16, 112:22,
113:3, 113:12,
115:3, 115:16,
116:10, 116:20,
118:14, 120:11,
120:15, 122:24,
123:11, 128:9,
130:5, 130:11,
131:2, 132:4,
132:23, 133:5,
133:12, 135:6,
137:22, 144:9,
145:7, 146:4,
146:23, 147:19,
151:20, 152:7,
153:6, 155:7,
156:13, 158:3,
159:12, 163:19,
165:2, 165:25,
168:4, 171:18,
172:6, 172:12,
173:15, 174:25,
176:3, 176:16,
177:19, 178:5,
178:16, 178:22,
179:15, 179:23,
181:5, 182:5, 183:7,
183:22, 184:11,
185:8, 192:4, 192:7,
195:1, 195:6, 196:5,
197:22, 198:10,
198:13, 205:22,
205:25, 206:9,
211:23, 217:5,
218:13, 218:16,
219:10, 219:22,
220:9, 235:18,
238:2, 241:2, 253:2,

253:7, 256:4, 258:4
**instance** [1] - 291:12
**instead** [1] - 276:14
**instructed** [2] -
269:19, 270:5
**instructions** [1] -
296:1
**instructor** [2] - 260:2,
260:12
**intelligence** [1] -
259:6
**intend** [1] - 297:22
**intended** [2] - 201:16,
266:20
**intending** [2] - 299:10,
299:12
**interessee** [1] -
279:23
**interest** [3] - 296:25,
297:19, 300:3
**interior** [6] - 146:14,
185:10, 230:4,
237:14, 238:19,
244:6
**interrupt** [1] - 183:4
**interview** [4] - 230:11,
231:18, 231:22,
232:5
**introduce** [7] - 258:22,
297:10, 297:22,
297:25, 298:2,
299:11, 300:5
**investigation** [2] -
282:10, 282:19
**investigations** [2] -
259:3, 259:4
**involved** [2] - 260:11,
292:24
**involves** [1] - 163:5
**inwards** [1] - 168:7
**issue** [3] - 112:9,
298:13, 300:4
**issues** [1] - 270:10
**items** [1] - 237:11
**itinerary** [5] - 263:14,
265:16, 266:2,
266:19, 271:16
**Itinerary** [1] - 265:15
**itself** [6] - 152:8,
168:8, 190:6,
289:11, 290:11,
292:13

**J**

**jacket** [8] - 120:24,
121:3, 123:23,
123:24, 123:25,
129:23, 157:8
**January** [70] - 115:5,

115:17, 116:3,
116:11, 117:5,
118:11, 118:15,
119:9, 119:23,
120:12, 124:12,
126:17, 128:24,
130:5, 130:15,
133:6, 135:20,
137:9, 137:13,
149:2, 150:9,
150:12, 151:25,
154:14, 156:1,
162:25, 173:1,
175:14, 177:1,
179:1, 180:9,
192:17, 192:22,
194:2, 195:9,
199:20, 200:10,
200:19, 201:6,
201:12, 202:23,
203:1, 204:10,
218:20, 251:18,
254:17, 254:22,
260:14, 261:3,
262:14, 263:2,
264:21, 266:12,
266:20, 267:3,
267:25, 268:13,
274:23, 280:13,
282:6, 282:21,
283:18, 285:12,
287:5, 287:6,
289:24, 290:4,
290:7, 295:2, 299:4
**Jeffrey** [2] - 287:24,
288:13
**JEFFREY** [1] - 288:13
**job** [3] - 180:18,
261:16, 274:20
**Johnson** [6] - 114:17,
132:12, 145:24,
174:20, 177:25,
253:3
**joined** [2] - 284:2,
294:10
**jump** [3] - 136:2,
137:25, 139:7
**June** [3] - 200:1, 200:2
**JUROR** [2] - 115:8,
205:16
**jurors** [2] - 181:25,
241:15
**jury** [76] - 112:2,
112:3, 112:19,
115:6, 116:20,
117:7, 118:7,
118:18, 119:3,
125:4, 125:10,
130:23, 131:22,
131:23, 132:14,

132:19, 134:16,
134:20, 141:12,
141:18, 148:4,
148:9, 150:5, 150:8,
150:25, 151:6,
153:7, 154:2, 155:8,
155:22, 158:9,
159:5, 159:7,
159:10, 162:13,
165:3, 165:21,
166:7, 166:18,
167:17, 168:4,
168:21, 171:18,
172:4, 172:21,
173:2, 176:4,
177:23, 181:10,
193:3, 196:3,
197:19, 198:2,
198:4, 198:7, 208:4,
208:19, 209:23,
210:23, 213:9,
215:12, 217:3,
219:7, 221:5, 223:6,
224:3, 225:2, 236:8,
237:25, 239:16,
242:9, 258:22,
259:9, 270:25,
291:22, 296:4
**jury's** [2] - 205:4,
296:25

# K

**Karen** [1] - 273:19
**keep** [5] - 130:20,
214:18, 216:1,
233:5, 234:5
**key** [1] - 134:7
**keyboard** [1] - 194:11
**kicking** [1] - 147:7
**kind** [19] - 128:13,
189:2, 193:16,
195:18, 201:23,
206:12, 220:2,
221:13, 227:1,
227:3, 228:3,
228:14, 229:22,
236:5, 240:17,
249:20, 260:21,
276:8, 293:20
**knowing** [1] - 204:9
**knowledge** [6] -
121:9, 268:13,
269:10, 270:11,
270:14, 287:5
**knowledgeable** [1] -
262:8
**known** [2] - 124:18,
124:24

# L

**Lady** [1] - 273:19
**lamppost** [1] - 220:3
**Lanelle** [2] - 262:15,
263:25
**lapel** [1] - 283:15
**laptop** [3] - 114:23,
114:24, 253:4
**large** [72] - 120:19,
122:6, 122:15,
123:12, 123:19,
124:10, 124:15,
125:14, 125:20,
126:8, 126:12,
127:14, 129:19,
138:7, 139:10,
140:11, 140:23,
141:1, 142:4, 143:3,
143:13, 143:22,
145:7, 146:23,
147:9, 150:2,
150:18, 151:1,
151:13, 152:21,
153:1, 153:15,
153:24, 154:8,
154:25, 156:18,
157:21, 159:21,
160:1, 160:5,
160:25, 161:4,
161:15, 161:20,
162:1, 163:6,
163:14, 164:9,
164:17, 166:14,
167:10, 170:12,
171:25, 173:16,
174:2, 174:5,
174:13, 176:4,
177:19, 190:3,
203:14, 204:13,
206:16, 206:18,
206:20, 226:8,
228:17, 256:25,
257:8, 278:10,
294:14
**larger** [2] - 249:4,
270:1
**last** [20] - 115:23,
121:11, 127:12,
133:12, 135:7,
136:14, 150:16,
152:24, 162:22,
171:4, 201:7, 220:9,
220:12, 222:17,
228:9, 228:17,
242:20, 243:6,
272:12, 281:18
**late** [2] - 203:10,
203:11
**latest** [1] - 137:12

**latter** [1] - 300:4
**launch** [1] - 295:12
**law** [8] - 161:7,
162:19, 163:19,
278:4, 278:5,
283:25, 297:9,
298:25
**lawn** [8] - 190:5,
190:9, 190:13,
192:10, 198:21,
199:8, 201:14,
213:15
**lay** [1] - 119:20
**lead** [6] - 145:13,
167:22, 265:8,
283:5, 284:17
**Lead** [1] - 265:7
**leading** [6] - 127:25,
128:2, 137:17,
147:2, 165:5, 202:23
**leads** [10] - 141:20,
144:2, 144:20,
146:13, 151:23,
151:24, 166:2,
167:25, 171:20,
292:2
**learn** [1] - 296:22
**learned** [2] - 262:4,
271:24
**learning** [1] - 270:4
**least** [4] - 190:8,
225:14, 229:23,
282:7
**leave** [5] - 169:25,
247:18, 290:20,
293:8, 301:11
**leaving** [1] - 172:13
**left** [34] - 113:5, 136:3,
137:25, 140:4,
141:2, 151:20,
157:15, 159:18,
168:9, 193:14,
206:2, 206:12,
220:2, 220:3,
221:13, 227:24,
228:3, 232:17,
235:23, 236:5,
236:18, 237:6,
238:14, 239:5,
239:9, 239:24,
246:5, 247:2,
256:14, 256:15,
274:2, 274:5,
274:18, 287:15
**left-hand** [3] - 168:9,
193:14, 206:12
**leg** [2] - 232:13
**legislators** [2] - 246:1,
247:13
**length** [1] - 287:4

**less** [4] - 140:22,
243:13, 293:5,
296:18
**letters** [1] - 256:15
**level** [4] - 167:21,
264:9, 275:5, 275:8
**liaison** [9] - 262:1,
262:5, 262:6,
262:13, 262:25,
263:25, 267:11,
267:16, 280:11
**life** [2] - 231:12,
239:11
**lifted** [1] - 141:10
**light** [1] - 232:14
**likely** [1] - 285:14
**line** [19] - 116:23,
118:9, 118:16,
118:19, 118:24,
119:1, 119:4,
119:14, 177:2,
187:1, 188:1, 222:3,
224:20, 225:24,
240:19, 253:25,
255:25, 264:10,
293:15
**lines** [2] - 120:2,
188:16
**listed** [2] - 265:2,
266:19
**lit** [1] - 246:9
**Lives** [1] - 199:24
**living** [1] - 288:15
**lobby** [1] - 272:21
**local** [3] - 134:15,
140:19, 278:4
**located** [6] - 124:16,
132:19, 138:9,
165:7, 170:5, 273:10
**Location** [2] - 265:1,
265:4
**location** [17] - 121:14,
121:15, 121:16,
138:11, 155:11,
158:14, 160:13,
169:4, 169:5,
189:24, 265:20,
274:24, 277:10,
285:23, 286:6,
290:17, 297:11
**locations** [5] - 189:21,
266:19, 276:25,
278:11, 299:5
**lockdown** [2] -
290:23, 291:13
**locked** [7] - 127:23,
128:4, 134:2,
134:12, 140:17,
152:8, 152:10
**logical** [5] - 158:24,

159:1, 197:11,
295:15, 295:23
**look** [10] - 112:8,
145:19, 178:20,
216:18, 222:6,
222:21, 235:3,
237:11, 298:10,
301:13
**looked** [4] - 197:1,
211:8, 251:23,
280:15
**looking** [39] - 115:10,
116:15, 119:7,
133:3, 134:23,
139:7, 141:14,
148:6, 149:5, 151:7,
152:25, 154:11,
154:12, 155:17,
156:7, 156:10,
169:1, 183:9,
184:13, 188:15,
196:16, 197:5,
209:25, 211:8,
212:19, 215:2,
215:14, 218:5,
218:16, 220:18,
221:23, 221:24,
227:24, 228:8,
234:10, 239:20,
299:7
**looks** [9] - 148:11,
156:13, 156:16,
156:18, 206:24,
233:2, 240:6,
246:19, 273:18
**lose** [1] - 203:12
**losing** [1] - 248:21
**loud** [3] - 271:1,
271:2, 288:11
**Loyd** [85] - 112:16,
112:18, 112:22,
113:3, 113:12,
115:3, 115:16,
116:10, 116:20,
118:14, 120:11,
120:15, 122:24,
123:11, 128:9,
130:5, 130:11,
131:2, 132:4,
132:23, 133:5,
133:12, 135:6,
137:22, 144:9,
145:7, 146:4,
146:23, 147:19,
151:20, 152:7,
153:6, 155:7,
156:13, 158:3,
159:13, 159:18,
163:19, 165:2,
165:25, 168:4,

171:18, 172:6, 172:12, 173:15, 174:25, 176:3, 176:16, 177:19, 178:5, 178:16, 178:22, 179:15, 179:23, 181:5, 182:5, 183:7, 183:22, 184:11, 185:8, 192:4, 192:7, 195:1, 195:6, 196:5, 197:22, 198:10, 198:13, 205:22, 205:25, 206:9, 211:23, 217:5, 218:13, 218:16, 219:10, 219:22, 220:9, 235:18, 238:2, 241:2, 253:2, 253:7, 256:4
**lunch** [4] - 197:11, 197:17, 197:21, 197:23
**lying** [1] - 162:15

## M

**ma'am** [2] - 258:21, 285:7
**MAGA** [2] - 203:5, 203:10
**magnetometer** [2] - 253:20, 254:7
**main** [7] - 141:14, 148:12, 168:1, 168:6, 168:7, 175:16, 291:3
**man** [32] - 140:11, 142:3, 143:13, 145:20, 150:2, 164:9, 180:2, 180:7, 193:9, 193:23, 226:8, 227:10, 230:13, 232:6, 232:9, 232:17, 233:2, 243:21, 244:14, 244:16, 244:18, 246:14, 247:25, 248:5, 248:16, 248:22, 250:12, 252:6, 252:19, 252:25
**management** [1] - 279:25
**manipulated** [2] - 216:16, 220:16
**map** [13] - 148:13, 166:5, 180:22, 181:13, 184:4, 184:13, 184:20, 184:24, 186:2,

187:2, 189:20, 196:16, 210:3
**March** [2] - 203:5, 254:15
**mark** [13] - 118:10, 123:17, 150:25, 165:7, 166:6, 166:9, 166:20, 167:16, 188:1, 188:21, 256:16, 273:2, 273:9
**marked** [31] - 113:10, 128:16, 131:2, 134:18, 144:6, 144:11, 145:25, 146:4, 146:6, 147:15, 149:17, 151:10, 168:2, 174:23, 175:1, 176:14, 178:3, 178:20, 180:24, 182:9, 188:23, 189:20, 192:2, 194:25, 196:23, 207:14, 208:8, 223:18, 278:4, 294:20
**marker** [1] - 196:17
**marking** [2] - 188:22, 273:10
**Marty** [1] - 296:14
**mask** [2] - 206:14, 244:14
**masks** [1] - 244:20
**match** [1] - 123:24
**matches** [2] - 165:16, 166:13
**materials** [3] - 188:18, 189:13, 297:10
**Matter** [1] - 199:24
**matter** [1] - 115:18
**MC** [1] - 265:21
**mean** [5] - 188:21, 201:7, 265:7, 292:6, 294:4
**meaning** [1] - 236:22
**meant** [2] - 265:4, 265:8
**meantime** [1] - 221:17
**meet** [1] - 265:5
**meetings** [1] - 287:9
**meets** [1] - 155:16
**Melendez** [2] - 298:12, 298:24
**Melendez-Diaz** [1] - 298:24
**members** [22] - 148:22, 149:1, 149:4, 149:20, 152:12, 158:12, 160:21, 163:2,

164:5, 190:22, 191:4, 191:13, 191:24, 200:23, 201:16, 245:23, 255:16, 281:2, 281:5, 281:22, 282:13, 289:5
**members'** [1] - 289:8
**memory** [1] - 207:10, 296:24
**mentioned** [2] - 266:6, 290:25
**met** [6] - 180:7, 267:11, 267:16, 268:6, 283:18, 285:4
**metadata** [1] - 299:11
**metal** [1] - 240:6
**Michael** [3] - 260:25, 264:24, 273:7
**microphone** [2] - 139:4, 230:13
**middle** [4] - 173:6, 184:16, 227:3, 227:6
**midsection** [1] - 255:22
**might** [8] - 226:1, 231:9, 242:12, 261:17, 274:20, 278:15, 280:25, 297:4
**Mike** [1] - 276:12
**Million** [1] - 203:5
**mind** [4] - 186:2, 188:22, 240:18, 273:9
**minute** [12] - 133:7, 133:12, 140:22, 142:1, 149:24, 159:2, 168:25, 182:19, 183:19, 193:7, 205:18, 244:4
**minutes** [42] - 116:7, 116:8, 119:12, 119:13, 120:10, 123:4, 123:10, 125:18, 126:6, 127:3, 133:2, 133:4, 184:8, 185:6, 186:6, 186:18, 187:9, 197:10, 204:25, 206:4, 211:18, 219:18, 221:19, 225:20, 225:21, 226:4, 231:22, 243:12, 248:13, 249:7, 253:9, 255:10, 270:3, 284:18, 293:7, 293:25, 294:18,

295:19, 299:21, 300:20
**missed** [1] - 157:22
**mission** [4] - 259:1, 259:2, 259:8, 259:9
**moment** [12] - 121:19, 124:9, 136:20, 144:5, 158:20, 166:9, 195:2, 206:2, 216:9, 245:11, 259:16, 283:17
**month** [2] - 203:9, 204:11
**months** [2] - 199:19, 203:1
**moot** [2] - 297:23, 298:3, 301:20
**MORAN** [20] - 258:19, 259:19, 259:20, 262:16, 262:19, 263:3, 263:5, 264:1, 264:7, 264:8, 264:11, 264:13, 266:24, 267:1, 272:23, 273:1, 273:3, 275:13, 286:11, 286:13
**Moran** [1] - 259:18
**morning** [13] - 113:3, 113:4, 159:3, 179:21, 196:21, 209:12, 224:21, 227:10, 230:12, 231:17, 234:22, 235:6, 274:10
**most** [4] - 119:24, 197:11, 263:17, 299:5
**mostly** [1] - 289:6
**motion** [1] - 301:20
**motorcade** [10] - 263:13, 265:6, 265:22, 266:7, 266:9, 266:12, 266:14, 270:6, 270:12, 270:14
**move** [38] - 114:3, 114:5, 137:1, 137:15, 138:18, 181:17, 183:18, 187:8, 192:23, 193:2, 195:23, 196:20, 197:5, 200:20, 207:22, 208:14, 209:18, 210:7, 210:18, 212:12, 213:4, 215:7, 216:23, 217:24, 219:2, 220:25, 223:1,

223:24, 235:10, 236:24, 237:19, 238:17, 239:15, 241:9, 243:12, 276:1, 285:22, 293:11
**moved** [10] - 122:7, 127:11, 127:13, 138:21, 209:6, 209:7, 210:7, 225:23, 257:12, 301:5
**movement** [4] - 125:14, 174:1, 220:10, 265:25
**movements** [1] - 260:10
**moves** [10] - 113:18, 129:7, 131:15, 144:25, 146:15, 175:21, 177:9, 178:10, 179:5, 250:13
**moving** [6] - 115:21, 121:11, 193:24, 211:1, 211:3, 233:19
**multiple** [7] - 149:14, 202:7, 216:12, 243:23, 251:17, 278:13, 281:22
**muscle** [1] - 296:24
**music** [1] - 231:11

## N

**name** [5] - 163:15, 185:22, 185:25, 288:12, 288:13
**names** [3] - 208:25, 264:23
**natural** [1] - 199:9
**nature** [2] - 297:18, 299:13
**nauseous** [1] - 205:17
**Naval** [5] - 265:3, 267:5, 267:6, 287:15
**near** [5] - 184:2, 185:1, 199:14, 286:15, 286:18
**nearside** [1] - 121:6
**need** [10] - 112:8, 134:5, 259:17, 261:10, 284:11, 296:22, 298:13, 299:15, 300:25, 301:17
**needed** [6] - 261:15, 265:11, 270:17, 271:9, 271:23, 291:6
**needs** [1] - 277:5

**never** [6] - 180:7, 180:9, 274:17, 274:25, 285:4, 285:12
**new** [6] - 218:11, 260:5, 262:4, 266:8, 285:23, 298:6
**next** [36] - 124:3, 126:9, 126:22, 138:15, 158:6, 184:7, 184:8, 187:13, 197:10, 201:9, 208:9, 209:2, 212:24, 214:2, 229:12, 230:6, 236:8, 237:11, 238:17, 240:19, 242:8, 242:10, 256:5, 256:10, 257:14, 257:21, 265:1, 268:17, 269:1, 270:3, 281:20, 281:21, 295:23, 296:13
**night** [2] - 301:6, 301:24
**noise** [1] - 271:6
**none** [2] - 112:10, 189:21
**nonverbal** [1] - 135:11
**noon** [2] - 267:25, 268:2
**normal** [3] - 202:18, 220:14, 220:15
**normally** [3] - 190:20, 287:18, 291:10
**north** [35] - 121:16, 121:17, 121:25, 122:2, 122:19, 123:2, 123:3, 151:9, 165:4, 184:18, 184:20, 185:15, 185:18, 185:23, 186:11, 186:24, 187:20, 189:9, 190:6, 190:17, 193:17, 198:23, 199:4, 199:7, 202:21, 227:22, 230:2, 239:3, 239:11, 240:1, 245:15, 257:13, 279:4, 279:6, 279:8
**northeast** [3] - 188:23, 189:1, 189:2
**NOTE** [1] - 112:18
**notebook** [3] - 235:1, 299:18, 299:19
**noted** [2] - 230:12,

248:15
**nothing** [2] - 299:13, 300:11
**notice** [3] - 259:19, 262:9, 262:12
**notification** [2] - 262:2, 280:15
**November** [1] - 203:1
**nowhere** [2] - 252:18, 252:24
**number** [5] - 177:13, 224:23, 225:5, 228:14, 300:1

**O**

**o'clock** [8] - 166:20, 167:2, 167:6, 173:1, 177:6, 267:4, 267:11, 274:7
**Oath** [2] - 258:15, 288:3
**oath** [1] - 112:23
**object** [3] - 179:7, 200:24, 281:3
**objected** [1] - 281:6
**objection** [51] - 113:20, 113:22, 114:7, 114:8, 114:10, 119:19, 126:2, 126:19, 127:25, 130:8, 131:18, 133:17, 137:16, 142:17, 143:15, 145:3, 146:17, 152:14, 160:9, 160:18, 164:2, 175:23, 177:12, 178:12, 179:8, 181:18, 181:21, 190:25, 192:24, 195:24, 201:2, 207:25, 208:15, 209:19, 210:19, 212:13, 213:5, 215:8, 216:24, 217:25, 219:3, 221:1, 223:2, 223:25, 235:11, 237:20, 241:10, 264:3, 275:9, 297:2, 300:8
**objections** [3] - 129:10, 201:17, 281:25
**Observatory** [4] - 265:3, 267:5, 267:6, 287:15
**obstructing** [1] - 154:18
**obvious** [2] - 116:24,

170:18
**obviously** [1] - 301:16
**occasionally** [1] - 204:4
**occur** [2] - 201:12, 204:2
**occurred** [1] - 144:22
**offer** [1] - 264:1
**office** [27] - 155:18, 155:20, 187:14, 202:19, 256:6, 257:24, 265:24, 265:25, 268:19, 268:23, 268:25, 272:21, 279:2, 287:17, 289:7, 289:8, 290:10, 290:24, 290:25, 291:1, 291:4, 291:14, 291:20, 291:24, 292:9
**officer** [28] - 140:21, 161:7, 162:4, 162:8, 163:8, 163:13, 164:20, 164:22, 166:23, 169:11, 169:24, 203:21, 233:11, 233:22, 233:23, 234:1, 246:19, 247:9, 247:18, 247:25, 252:18, 252:22, 252:24, 288:16, 288:17, 293:25
**Officer** [9] - 287:24, 288:9, 289:25, 295:2, 296:5, 296:12, 296:13, 297:3, 297:12
**officers** [33] - 115:24, 118:16, 118:19, 118:20, 119:4, 119:13, 158:3, 160:22, 162:19, 163:20, 163:22, 164:1, 197:2, 203:19, 204:18, 224:20, 226:20, 227:3, 233:15, 234:6, 234:11, 247:16, 251:7, 255:14, 255:17, 255:19, 271:3, 271:4, 292:16, 294:10, 294:12, 294:14
**offices** [2] - 155:24, 289:8
**official** [2] - 279:15, 282:3

**once** [15] - 131:23, 145:16, 145:17, 153:6, 155:7, 165:2, 278:23, 287:14, 291:4, 291:19, 292:18, 292:20, 292:25, 293:22, 293:23
**one** [61] - 124:24, 143:16, 145:15, 148:13, 148:15, 149:8, 149:12, 167:20, 167:22, 167:24, 185:9, 188:21, 203:5, 203:9, 205:15, 208:18, 208:24, 210:12, 210:22, 213:8, 215:23, 217:15, 217:19, 218:23, 222:3, 223:18, 224:13, 230:23, 232:13, 232:14, 233:17, 236:24, 238:17, 239:7, 239:15, 242:13, 242:23, 243:6, 243:25, 245:3, 245:5, 260:10, 263:18, 269:19, 271:20, 272:12, 272:16, 274:21, 281:5, 282:7, 283:17, 284:15, 285:16, 291:3, 299:24, 299:25, 301:17
**one's** [1] - 215:23
**ones** [7] - 163:23, 204:11, 251:20, 299:5, 299:6, 300:6
**open** [27] - 116:25, 133:25, 134:10, 135:15, 140:16, 145:16, 145:17, 155:24, 156:1, 156:3, 156:5, 157:24, 238:23, 239:7, 239:13, 239:22, 239:24, 243:19, 253:11, 253:14, 253:16, 254:3, 254:11, 254:14, 254:17, 268:14, 295:21
**opened** [13] - 134:6, 134:11, 135:17, 135:25, 136:9, 136:13, 136:16, 136:21, 137:14,

234:24, 236:11, 236:22, 237:9
**opening** [4] - 135:22, 152:22, 235:24, 257:22
**opportunity** [9] - 128:15, 131:4, 144:10, 144:13, 146:6, 176:16, 181:19, 182:9, 262:10
**opposite** [1] - 257:14
**order** [1] - 265:5
**ordinarily** [1] - 245:23
**orient** [9] - 115:6, 131:23, 134:20, 141:12, 151:6, 153:6, 155:8, 165:3, 245:10
**orients** [1] - 115:19
**original** [1] - 271:16
**ourselves** [1] - 248:21
**outer** [6] - 195:18, 213:24, 215:19, 217:11, 223:16, 243:8
**outnumbered** [2] - 119:24, 255:20
**outside** [26] - 117:8, 117:10, 121:8, 134:23, 135:6, 136:4, 136:17, 136:22, 143:10, 149:6, 152:18, 163:24, 171:10, 171:21, 173:5, 173:17, 186:21, 188:24, 189:1, 245:20, 268:23, 269:18, 270:2, 271:10, 289:9, 293:20
**overruled** [9] - 113:24, 126:3, 126:20, 129:11, 130:9, 131:19, 142:19, 175:24, 179:9
**overrun** [1] - 154:17
**overwhelmed** [2] - 119:25, 291:17
**own** [6] - 134:10, 200:17, 201:3, 202:4, 287:2, 301:5

**P**

**p.m** [99] - 115:5, 115:17, 116:11, 116:19, 117:5, 118:15, 119:9,

319

120:4, 120:7,
120:12, 124:8,
124:14, 125:19,
126:7, 127:18,
130:5, 133:6,
135:20, 135:25,
136:8, 136:10,
137:9, 137:10,
138:24, 139:15,
140:5, 142:22,
143:9, 143:21,
150:9, 152:1,
153:23, 154:7,
154:16, 154:24,
157:12, 157:19,
158:4, 158:11,
158:15, 159:19,
161:19, 162:18,
163:4, 163:18,
168:24, 169:22,
171:23, 173:1,
192:22, 195:9,
197:1, 205:1, 206:5,
207:8, 207:18,
208:6, 208:10,
208:22, 209:5,
209:9, 209:14,
210:10, 210:13,
210:25, 211:19,
212:10, 215:21,
217:13, 218:20,
219:17, 221:7,
223:8, 224:5,
225:21, 226:4,
227:11, 231:19,
231:23, 234:24,
235:21, 236:13,
236:25, 238:3,
238:21, 239:18,
241:5, 241:18,
242:14, 242:25,
248:9, 248:10,
249:10, 256:22,
257:7, 273:2, 293:3,
302:2
**pace** [2] - 160:8,
160:17
**page** [1] - 265:15
**PAGE** [1] - 111:2
**panda** [2] - 187:16,
187:18
**pandemic** [2] - 191:4,
199:22
**pants** [4] - 232:9,
232:11, 232:16
**paper** [3] - 216:18,
217:2, 299:16
**paralegal** [1] - 299:14
**parallel** [1] - 236:20
**parliamentarian's** [2]

- 187:11, 187:14
**part** [22] - 143:13,
151:25, 157:22,
195:12, 195:13,
195:14, 229:14,
229:16, 230:6,
235:23, 240:3,
242:3, 251:5,
254:19, 270:11,
271:16, 274:20,
279:24, 280:5,
282:3, 286:14,
286:21
**participated** [1] -
126:16
**participation** [1] -
116:2
**particular** [7] - 119:5,
148:21, 154:4,
163:1, 163:25,
276:24, 290:14
**passed** [1] - 232:6
**passes** [4] - 247:25,
268:8, 268:16,
283:25
**past** [2] - 255:17,
275:25
**patch** [3] - 247:1,
247:2, 252:22
**path** [2] - 166:9,
167:17
**pathway** [9] - 183:25,
196:23, 199:3,
199:6, 199:11,
207:8, 207:16,
209:25, 250:10
**patio** [7] - 198:20,
199:8, 209:7, 210:8,
211:1, 213:17, 225:8
**patrolled** [1] - 203:3
**pause** [30] - 182:21,
183:20, 184:9,
185:6, 186:19,
193:7, 194:4, 195:4,
196:8, 196:10,
205:10, 206:7,
212:1, 216:7,
219:16, 219:25,
222:1, 222:13,
227:8, 232:3,
233:13, 244:2,
245:1, 245:13,
246:17, 247:7,
248:3, 250:23, 273:1
**paused** [33] - 116:19,
120:13, 123:9,
126:6, 135:5, 135:8,
136:8, 142:22,
143:21, 153:23,
154:7, 154:24,

156:12, 157:4,
157:12, 157:19,
161:3, 161:25,
162:12, 162:18,
163:4, 163:18,
164:8, 164:16,
167:2, 169:14,
169:22, 170:10,
170:21, 171:2,
174:12, 273:2,
294:25
**paved** [6] - 196:23,
198:20, 198:25,
199:2, 199:6, 207:10
**pay** [5] - 125:13,
126:23, 141:4,
169:9, 173:25
**Peace** [4] - 183:13,
183:14, 183:15
**peaceful** [2] - 203:16,
204:15
**pedestal** [1] - 259:17
**pen** [3] - 182:6, 183:8,
183:14
**Pence** [19] - 200:20,
202:2, 202:4, 202:8,
202:12, 260:25,
261:8, 261:18,
264:24, 264:25,
266:3, 269:6, 273:7,
273:19, 276:12,
284:2, 285:16
**Pence's** [3] - 266:4,
278:20, 287:4
**people** [41] - 115:22,
119:5, 130:20,
136:13, 136:16,
136:23, 137:1,
143:10, 168:8,
170:14, 170:18,
191:9, 191:13,
194:16, 194:18,
196:22, 197:2,
203:18, 204:17,
210:7, 224:23,
225:5, 225:10,
225:16, 226:11,
226:13, 234:11,
243:19, 243:23,
244:12, 244:20,
244:22, 245:3,
250:3, 250:5, 251:8,
283:2, 292:21,
293:11, 293:24,
294:6
**pepper** [4] - 130:12,
130:14, 130:20,
232:7
**pepper-sprayed** [2] -
130:12, 232:7

**perfect** [2] - 212:5,
301:22
**perhaps** [3] - 116:24,
265:16, 273:16
**perimeter** [9] - 255:3,
255:6, 277:11,
277:22, 277:25,
278:15, 282:22,
286:22, 287:2
**perimeters** [1] -
130:19
**period** [2] - 128:3,
197:23
**permanent** [1] -
276:23
**permissible** [1] -
112:15
**permission** [1] -
129:12
**permitted** [2] - 255:5,
255:6
**person** [10] - 126:11,
126:14, 138:18,
189:4, 189:15,
252:7, 252:9,
291:15, 291:16,
297:14
**personally** [2] - 180:9,
230:19
**personnel** [1] - 265:11
**perspective** [1] -
261:23
**phone** [7] - 126:1,
251:7, 298:1, 298:5,
298:8, 299:2
**photo** [5] - 212:17,
212:20, 215:14,
240:9, 242:21
**photograph** [4] -
174:25, 176:17,
176:23, 250:25
**photographs** [3] -
178:21, 178:22,
179:1
**photos** [5] - 251:3,
251:7, 251:11,
299:1, 299:2
**phrased** [1] - 284:20
**physically** [1] - 252:7
**pick** [1] - 206:2
**picked** [2] - 171:6,
208:25
**picture** [8] - 142:4,
153:20, 158:7,
221:24, 239:9,
239:13, 240:5, 240:7
**pictures** [4] - 298:1,
298:4, 299:3, 299:11
**piece** [2] - 136:14,
294:8

**pin** [2] - 283:14,
283:15
**pitched** [1] - 134:17
**place** [30] - 127:23,
129:5, 131:12,
131:13, 134:5,
146:10, 147:11,
152:11, 152:12,
152:16, 158:24,
159:1, 194:20,
199:11, 200:8,
200:10, 220:2,
241:25, 245:23,
261:25, 262:11,
267:18, 273:20,
276:20, 276:21,
276:23, 279:22,
294:6, 295:15,
295:23
**places** [3] - 222:6,
266:19, 276:9
**plaid** [1] - 273:18
**plan** [25] - 188:15,
227:19, 261:7,
261:12, 261:13,
261:22, 261:24,
262:11, 267:21,
270:11, 276:17,
276:19, 276:24,
277:3, 277:8,
279:21, 279:22,
279:23, 280:10,
281:23, 286:21,
290:15, 298:1
**planned** [3] - 200:24,
276:8, 282:5
**planning** [1] - 297:25
**plans** [5] - 267:20,
276:20, 276:21,
276:23, 281:2
**plastic** [1] - 206:16
**play** [45] - 115:12,
116:7, 116:12,
120:7, 130:2, 133:7,
135:1, 139:25,
145:18, 149:23,
166:12, 168:15,
182:21, 183:20,
184:9, 185:6, 193:4,
193:20, 195:2,
196:3, 196:9, 205:1,
205:7, 206:5,
211:20, 214:12,
219:6, 219:19,
221:20, 222:7,
224:17, 225:2,
231:23, 232:24,
243:13, 244:9,
245:10, 246:12,
247:5, 247:22,

249:7, 249:15,
249:24, 272:23
**played** [110] - 115:13,
115:24, 116:17,
120:5, 120:8,
121:24, 122:13,
122:22, 123:7,
124:5, 125:16,
126:4, 127:1,
127:12, 130:3,
132:2, 133:9, 135:3,
135:16, 136:6,
136:18, 137:3,
138:4, 138:20,
139:11, 140:1,
140:9, 140:13,
141:6, 142:5,
142:20, 143:4,
143:19, 145:22,
146:2, 146:21,
149:25, 152:4,
152:19, 152:25,
153:21, 154:22,
156:20, 157:2,
157:17, 157:23,
158:1, 158:18,
160:2, 161:1,
161:23, 162:10,
162:16, 163:11,
163:16, 164:6,
164:14, 165:18,
166:15, 166:25,
168:18, 169:7,
169:12, 169:20,
170:8, 170:16,
170:25, 171:13,
172:1, 172:10,
173:18, 174:3,
174:10, 182:22,
193:5, 193:21,
195:3, 205:9, 206:6,
211:21, 214:13,
214:19, 216:4,
219:8, 219:20,
221:21, 222:9,
222:18, 224:18,
226:6, 231:25,
232:25, 233:7,
234:8, 243:14,
244:10, 245:12,
246:16, 247:6,
247:23, 249:8,
249:16, 249:25,
256:20, 256:23,
257:5, 257:17,
257:19, 272:25,
294:23
**playing** [23] - 120:3,
122:4, 122:12,
122:21, 123:6,
124:3, 124:7,

125:12, 127:3,
135:13, 138:15,
140:4, 143:1,
159:24, 169:19,
214:18, 216:1,
222:4, 231:12,
234:5, 240:17,
256:21, 257:18
**plaza** [9] - 116:22,
117:11, 119:11,
123:3, 195:10,
199:10, 199:23,
218:21, 266:18
**point** [92] - 114:2,
115:3, 115:7,
115:16, 116:3,
116:9, 116:13,
116:14, 116:23,
116:25, 117:4,
117:7, 118:13,
119:5, 119:7, 119:8,
121:5, 122:18,
123:12, 124:1,
125:8, 125:20,
127:5, 127:17,
127:21, 127:22,
128:4, 128:5, 133:5,
133:25, 135:19,
135:25, 138:6,
139:14, 142:24,
143:7, 143:22,
145:23, 147:6,
150:3, 150:11,
151:7, 152:8,
152:13, 155:1,
155:5, 158:10,
158:15, 160:4,
160:14, 160:21,
161:4, 162:14,
163:1, 163:20,
168:23, 169:24,
170:5, 170:11,
171:22, 172:25,
174:6, 174:14,
179:17, 225:23,
226:8, 227:8,
235:25, 236:1,
238:16, 238:23,
249:21, 252:6,
252:11, 255:11,
255:12, 255:19,
257:1, 265:9, 266:2,
269:9, 269:12,
269:19, 271:13,
271:21, 285:17,
290:19, 290:24,
291:17, 292:16,
293:8, 299:12
**pointed** [2] - 168:7,
301:19
**pointing** [4] - 256:9,

256:12, 256:13,
256:17
**points** [1] - 263:14
**police** [23] - 118:16,
118:19, 119:4,
119:13, 120:2,
140:21, 197:2,
224:20, 225:24,
226:1, 226:20,
246:23, 248:16,
252:18, 252:24,
255:17, 255:19,
255:25, 283:8,
288:16, 288:17,
293:15
**Police** [53] - 113:6,
115:19, 116:24,
118:20, 119:23,
128:20, 129:2,
129:17, 130:14,
131:8, 144:14,
146:9, 147:21,
158:3, 163:8,
163:22, 163:23,
164:20, 164:22,
166:23, 169:11,
175:3, 175:7, 176:7,
176:19, 177:3,
178:8, 192:8,
200:13, 203:21,
218:17, 233:10,
233:15, 234:11,
246:19, 246:24,
251:5, 252:21,
255:14, 261:7,
261:11, 261:12,
265:13, 279:20,
282:24, 286:3,
286:21, 287:1,
288:16, 288:18,
288:23, 291:1, 291:7
**policy** [1] - 262:8
**poorly** [1] - 284:20
**portico** [8] - 119:6,
124:19, 124:25,
125:6, 126:9, 129:6,
131:14, 132:1
**porticos** [2] - 124:21,
124:24
**portion** [7] - 124:17,
126:22, 198:25,
207:10, 217:11,
242:1, 295:13
**portions** [1] - 231:9
**posed** [1] - 275:4
**position** [10] - 161:10,
201:24, 222:17,
223:14, 224:10,
242:20, 243:6,
260:1, 260:2, 260:16

**possible** [7] - 127:24,
128:3, 163:9,
201:21, 205:16,
245:9, 263:20
**possibly** [3] - 281:12,
281:14, 282:19
**post** [3] - 220:4,
290:14, 290:20
**potential** [2] - 112:7,
282:9
**potentially** [1] -
296:20
**pre** [1] - 148:23
**pre-COVID** [1] -
148:23
**precise** [1] - 137:10
**precisely** [1] - 177:3
**prefer** [1] - 181:10
**prepare** [2] - 261:4,
275:25
**prepared** [4] - 200:20,
263:23, 275:25,
276:8
**preparing** [2] -
261:20, 261:22
**presence** [8] - 112:2,
112:19, 159:5,
159:10, 197:19,
198:2, 198:7, 296:4
**present** [1] - 274:24
**president** [1] - 279:13
**President** [75] -
200:20, 201:24,
202:2, 202:4, 202:8,
202:12, 202:24,
259:10, 260:24,
261:8, 261:18,
263:12, 263:19,
264:24, 265:19,
266:3, 266:6, 266:7,
266:9, 266:14,
266:20, 267:9,
267:10, 267:12,
267:25, 268:9,
268:19, 268:22,
268:24, 269:6,
269:12, 269:21,
270:21, 271:9,
271:14, 271:22,
272:6, 272:8,
272:10, 272:16,
272:19, 273:7,
273:10, 273:18,
273:21, 274:13,
274:16, 275:5,
275:25, 276:1,
276:11, 276:16,
277:2, 277:5,
277:10, 277:16,
277:18, 278:10,

278:20, 279:13,
280:10, 280:24,
281:9, 282:8,
283:19, 284:2,
284:21, 285:16,
285:23, 286:15,
287:4, 287:15
**President's** [6] -
260:17, 260:18,
265:9, 267:7,
274:24, 276:5
**press** [29] - 183:20,
184:9, 185:6, 193:4,
193:20, 194:4,
196:3, 205:1, 205:7,
206:5, 211:20,
214:12, 214:25,
222:1, 222:7,
224:17, 232:24,
233:21, 243:13,
244:2, 244:9, 245:1,
245:10, 246:12,
246:17, 247:22,
249:15, 249:24,
250:23
**pressed** [1] - 134:9
**pretty** [5] - 127:22,
211:6, 236:20,
261:24, 278:21
**prevent** [3] - 119:5,
119:14, 282:16
**preview** [1] - 296:9
**previewed** [1] - 297:1
**previous** [16] - 116:15,
124:1, 129:9, 138:1,
144:23, 145:2,
146:17, 146:18,
151:11, 156:10,
173:4, 175:23,
177:11, 179:8,
179:9, 216:2
**previously** [18] -
129:11, 153:15,
155:17, 164:17,
164:22, 167:3,
167:12, 169:25,
170:12, 175:25,
177:16, 182:3,
194:24, 201:11,
204:11, 204:24,
225:3, 296:1
**private** [1] - 288:21
**problem** [1] - 115:1
**procedure** [1] - 253:17
**procedures** [4] -
253:10, 262:8,
262:12, 267:18
**proceeded** [4] -
267:17, 268:18,
269:3, 269:13

proceeding [1] - 270:24
Proceedings [10] - 112:2, 112:19, 159:5, 159:10, 197:19, 198:2, 198:7, 295:21, 296:4, 302:2
proceedings [5] - 127:24, 149:21, 191:25, 269:9, 294:6
process [2] - 270:7, 274:8
procession [3] - 267:19, 284:17, 284:18
progeny [1] - 297:16
pronoun [1] - 276:14
property [2] - 252:11, 252:13
proposing [1] - 298:7
prosecutors [1] - 285:8
protect [4] - 180:18, 259:10, 286:14, 289:4
protectee [1] - 260:22
protectees [4] - 260:10, 273:13, 274:21, 286:19
protection [2] - 259:2, 260:7
protective [3] - 259:6, 259:8, 259:9
protest [1] - 199:25
protesters [12] - 116:5, 154:17, 191:17, 209:6, 211:1, 270:2, 271:5, 271:21, 271:25, 272:2, 272:7, 292:21
protests [2] - 194:20, 204:10
provide [5] - 261:14, 261:25, 262:2, 297:8, 297:18
provided [5] - 263:15, 263:17, 263:24, 297:13, 299:19
provides [2] - 263:11, 265:18
proximity [1] - 272:6
public [13] - 148:24, 155:24, 156:3, 156:5, 190:22, 191:5, 191:24, 245:23, 268:14, 270:23, 285:19, 285:25
publicized [2] -

282:13, 286:7
publish [7] - 117:20, 129:12, 179:12, 193:2, 196:2, 204:24, 208:3
published [2] - 129:15, 131:22
publishing [14] - 117:13, 117:19, 130:23, 132:5, 132:10, 144:5, 145:24, 147:13, 158:19, 174:21, 176:11, 178:1, 178:17, 193:3
pull [61] - 114:16, 117:16, 128:7, 128:8, 130:24, 132:4, 132:17, 134:18, 140:3, 141:11, 144:6, 145:25, 147:12, 148:1, 150:23, 153:4, 155:5, 159:17, 164:25, 165:6, 168:2, 171:15, 171:16, 172:16, 172:19, 174:23, 178:3, 182:3, 182:19, 188:5, 194:24, 197:6, 197:7, 204:23, 206:3, 208:18, 209:22, 210:22, 211:17, 214:4, 215:11, 215:25, 218:11, 224:3, 227:16, 231:21, 231:22, 235:15, 237:24, 240:15, 242:23, 244:3, 245:7, 256:3, 272:12, 294:19
pulled [4] - 131:2, 144:9, 146:4, 176:14
purpose [3] - 119:3, 130:17, 163:1
purposes [1] - 300:18
push [2] - 134:8, 252:9
pushing [1] - 130:18

Q

qualified [1] - 297:12
questioning [1] - 207:7
questions [11] - 179:17, 231:7, 253:10, 255:11, 256:4, 256:7, 258:2,

275:13, 275:24, 287:20, 300:21
quickly [1] - 153:10
quite [1] - 190:11

R

rack [5] - 116:6, 118:3, 118:4, 198:18, 199:23
racks [6] - 118:9, 118:10, 197:3, 198:19, 199:7
radio [6] - 291:7, 291:8, 291:10, 291:12, 291:15, 291:17
railing [2] - 126:9, 229:20
raise [3] - 258:14, 288:2, 297:5
raised [2] - 125:23, 194:9
rallies [12] - 201:12, 201:16, 201:23, 202:23, 203:3, 203:10, 203:14, 203:24, 254:21, 254:24, 255:2, 282:5
rally [2] - 277:17, 282:7
ran [1] - 292:20
rather [1] - 240:17
Rayburn [2] - 290:5, 290:14
re [1] - 297:5
re-raise [1] - 297:5
reach [1] - 145:16
reached [1] - 124:17
reaching [1] - 236:3
read [4] - 192:21, 246:3, 264:10, 264:23
ready [3] - 112:3, 159:6, 198:3
real [2] - 231:12, 239:11
really [1] - 296:23
reappear [3] - 122:16, 160:1, 160:5
reason [1] - 201:20
reasons [5] - 131:19, 146:18, 175:24, 177:15, 179:10
rebuttal [1] - 301:17
receive [2] - 265:10, 291:19
received [4] - 262:25, 264:14, 294:8
Recess [3] - 159:4,

198:1, 205:19
recognize [11] - 163:13, 163:15, 178:22, 181:5, 192:7, 262:22, 262:24, 263:8, 273:4, 273:7, 273:12
recollection [3] - 119:17, 271:17, 287:11
record [6] - 135:24, 143:7, 143:8, 284:11, 288:12, 295:10
recorded [2] - 129:5, 132:24
recording [107] - 115:13, 116:17, 120:5, 120:8, 121:24, 122:13, 122:22, 123:7, 124:5, 125:16, 126:4, 126:17, 127:1, 130:3, 132:2, 133:9, 135:3, 135:16, 136:6, 136:18, 137:3, 138:4, 138:20, 139:11, 140:1, 140:9, 140:13, 141:6, 142:5, 142:20, 143:4, 143:19, 145:22, 146:2, 146:21, 149:25, 152:4, 152:19, 153:21, 154:22, 156:20, 157:2, 157:17, 157:23, 158:1, 158:18, 160:2, 161:1, 161:23, 162:10, 162:16, 163:11, 163:16, 164:6, 164:14, 165:18, 166:15, 166:25, 168:18, 169:7, 169:12, 169:20, 170:8, 170:16, 170:25, 171:13, 172:1, 172:10, 173:18, 174:3, 174:10, 182:22, 193:5, 193:21, 195:3, 205:9, 206:6, 211:21, 214:13, 214:19, 216:4, 219:8, 219:20, 221:21, 222:9, 224:18, 226:6,

231:25, 232:25, 233:7, 234:8, 243:14, 244:10, 245:12, 246:16, 247:6, 247:23, 249:8, 249:16, 249:25, 256:20, 256:23, 257:5, 257:17, 257:19, 272:25, 294:23
recross [1] - 258:3
rectangles [1] - 229:12
red [16] - 120:22, 123:22, 126:8, 129:21, 156:14, 169:10, 170:12, 170:22, 171:5, 172:13, 182:6, 183:8, 183:14, 196:17, 232:14, 246:9
redirect [1] - 286:11
REDIRECT [2] - 253:5, 286:12
refer [2] - 125:7, 266:17
reference [1] - 130:12
referenced [4] - 118:9, 170:19, 173:3, 271:8
referred [3] - 118:7, 270:5, 289:16
referring [3] - 123:1, 183:4, 196:20
refers [1] - 297:24
reflected [2] - 128:19, 128:23
refrain [1] - 147:10
refresh [1] - 207:10
regarding [2] - 263:11, 263:13
regular [1] - 263:21
regularly [4] - 202:14, 263:22, 278:21, 287:8
regulations [1] - 200:17
relevance [3] - 126:19, 130:8, 160:9
relevant [1] - 297:8
relocate [3] - 266:16, 270:11, 271:13
relocated [4] - 270:14, 271:10, 271:23, 272:10
relocating [1] - 270:7
relocation [6] - 269:20, 270:8, 273:22, 273:25, 274:6, 285:16

**rely** [3] - 291:10, 291:12, 300:18
**remain** [4] - 227:6, 266:14, 266:16
**remainder** [1] - 139:25
**remained** [1] - 202:10
**remains** [1] - 240:3
**remember** [9] - 113:12, 150:13, 163:15, 203:10, 253:11, 254:22, 255:10, 256:6, 293:24
**remembering** [1] - 245:22
**remind** [1] - 112:22
**Rendezvous** [2] - 265:1, 266:13
**renew** [6] - 129:9, 131:17, 145:2, 146:17, 175:23, 177:11
**renewing** [2] - 113:20, 113:22
**repeat** [5] - 136:14, 136:24, 157:22, 228:2, 252:20
**repeatedly** [1] - 152:14
**rephrase** [2] - 272:4, 275:3
**replay** [2] - 121:22, 150:16
**report** [6] - 287:18, 290:2, 290:4, 292:7, 297:11, 298:2
**reported** [2] - 292:5, 292:6
**reporter** [1] - 279:10
**REPORTER** [1] - 296:21
**REPORTER'S** [1] - 112:18
**represent** [1] - 228:15
**representations** [1] - 113:15
**Representatives** [1] - 152:16
**requested** [1] - 270:7
**required** [1] - 268:8
**research** [1] - 296:3
**reset** [1] - 140:21
**residence** [1] - 267:7
**resolve** [1] - 300:25
**respect** [2] - 164:9, 297:17
**respectful** [2] - 203:19, 204:17
**responded** [1] - 290:24

**response** [3] - 116:3, 119:23, 294:7
**responsibilities** [3] - 260:20, 290:7, 290:16
**responsible** [2] - 261:12, 266:3
**rest** [1] - 296:14
**restrict** [2] - 286:15, 286:18
**restricted** [7] - 118:10, 121:7, 121:8, 124:11, 156:5, 255:3, 286:22
**resume** [2] - 132:10, 138:15
**resumed** [2] - 274:3, 274:6
**retrain** [1] - 296:24
**retread** [1] - 245:9
**retreat** [1] - 120:1
**return** [5] - 133:22, 204:20, 211:15, 230:11, 243:10
**returned** [1] - 133:24
**review** [8] - 128:16, 131:4, 144:10, 145:19, 146:6, 176:16, 180:11, 181:19
**reviewed** [4] - 175:19, 211:5, 230:12, 251:17
**reviewing** [1] - 113:12
**Rhine** [3] - 285:4, 285:5, 285:10
**right-hand** [2] - 149:16, 246:4
**rioters** [10] - 116:25, 117:2, 119:14, 126:16, 137:14, 137:15, 147:4, 147:6, 170:19, 292:21
**roof** [1] - 229:9
**room** [2] - 157:25, 284:8
**rooms** [2] - 185:22, 188:13
**Rotunda** [29] - 165:11, 168:1, 168:7, 168:8, 171:9, 171:20, 172:23, 173:3, 173:5, 173:7, 173:9, 173:13, 173:17, 175:16, 177:8, 184:11, 184:16, 185:1, 185:2, 189:7, 189:24, 248:20, 289:20, 293:12,

293:17, 293:20, 293:21, 294:17
**roughly** [1] - 222:17
**route** [9] - 250:17, 269:20, 270:8, 270:9, 270:10, 271:9, 271:10, 285:16
**row** [2] - 229:1, 229:4
**rows** [1] - 228:20
**RS** [1] - 185:1
**rule** [1] - 112:9
**rule-against-witnesses** [1] - 112:9
**ruled** [1] - 113:22
**run** [26] - 115:15, 115:25, 116:7, 120:10, 123:9, 182:19, 183:19, 184:8, 185:6, 186:6, 186:19, 187:9, 193:6, 204:25, 206:4, 214:12, 219:18, 221:19, 225:21, 226:4, 231:23, 243:12, 244:4, 246:12, 249:7, 294:21
**running** [2] - 225:12, 245:5
**runs** [2] - 291:24, 293:11

# S

**S-214** [1] - 265:23
**sacred** [1] - 147:11
**safe** [1] - 271:20
**safely** [1] - 164:5
**safety** [2] - 266:10, 271:23
**save** [2] - 180:5, 301:23
**saving** [1] - 297:19
**saw** [23] - 123:25, 153:8, 158:16, 165:5, 180:21, 207:19, 212:21, 216:9, 220:10, 220:12, 228:17, 230:23, 233:17, 247:1, 251:20, 252:17, 252:21, 270:18, 270:20, 270:23, 271:16, 283:2, 291:5
**SCE** [1] - 186:15
**schedule** [1] - 301:7
**screen** [26] - 128:10, 148:13, 149:17,

151:10, 167:17, 178:6, 182:3, 183:9, 188:22, 193:11, 193:14, 205:3, 206:12, 212:3, 212:17, 222:4, 227:25, 228:3, 235:23, 236:5, 237:7, 241:14, 241:23, 242:12, 242:24, 256:16
**screened** [2] - 253:20, 254:5
**screening** [1] - 290:10
**seal** [1] - 301:20
**searched** [1] - 163:9
**searching** [1] - 163:13
**second** [24] - 117:14, 143:16, 148:16, 148:17, 148:21, 167:23, 167:25, 168:1, 170:6, 173:1, 174:21, 176:12, 178:1, 189:15, 205:15, 205:17, 227:19, 229:4, 265:14, 268:18, 271:22, 271:24, 271:25, 295:8
**Second** [1] - 273:19
**second-floor** [1] - 227:19
**seconds** [69] - 115:12, 115:15, 115:23, 115:25, 116:8, 116:12, 120:13, 121:11, 123:10, 124:4, 125:18, 126:6, 127:4, 133:4, 133:8, 133:12, 135:8, 137:11, 137:12, 138:16, 138:24, 139:15, 139:22, 139:23, 142:1, 149:24, 150:9, 150:16, 152:24, 161:19, 162:12, 165:14, 166:21, 167:2, 167:6, 168:24, 169:23, 173:12, 182:19, 183:19, 184:8, 185:6, 186:6, 186:19, 187:9, 193:7, 195:9, 196:9, 204:25, 206:4, 211:18, 214:11, 214:16, 216:2, 219:18, 221:19, 226:4, 226:5,

231:23, 231:24, 243:12, 244:4, 246:12, 247:5, 248:7, 248:11, 249:7, 272:24
**Secret** [22] - 202:5, 202:7, 258:23, 258:24, 259:1, 259:4, 259:13, 259:21, 260:1, 260:14, 261:23, 265:11, 266:5, 273:12, 277:12, 277:21, 277:24, 278:7, 278:15, 280:1, 284:5, 286:19
**section** [6] - 149:15, 151:9, 151:24, 288:22, 288:25, 289:1
**sections** [1] - 229:22
**secure** [3] - 162:23, 164:4, 272:7
**securing** [1] - 163:1
**security** [23] - 134:4, 152:17, 253:10, 260:11, 260:22, 261:4, 261:7, 261:12, 261:13, 261:22, 261:24, 262:10, 266:4, 276:17, 276:19, 277:3, 277:8, 277:11, 277:22, 279:21, 279:23, 282:21, 286:21
**Security** [1] - 259:25
**see** [144] - 115:8, 115:21, 115:24, 118:1, 118:3, 118:16, 120:15, 123:11, 123:20, 125:7, 125:19, 125:23, 126:8, 126:11, 127:5, 127:8, 127:14, 128:10, 129:25, 133:13, 133:16, 133:22, 135:6, 135:14, 136:12, 136:22, 136:25, 138:7, 138:17, 139:9, 140:11, 141:8, 141:16, 142:3, 142:23, 143:2, 143:10, 145:7, 146:23, 147:4, 149:13, 150:2, 150:18, 151:13, 151:21,

323

153:16, 153:20,
153:24, 154:8,
156:13, 157:5,
157:7, 158:3, 158:5,
159:25, 160:7,
160:24, 161:7,
161:15, 162:1,
162:4, 162:13,
162:18, 163:19,
164:16, 165:3,
165:15, 166:13,
167:7, 167:10,
168:9, 168:16,
169:14, 169:15,
169:24, 171:24,
173:16, 174:25,
177:19, 178:5,
181:25, 182:9,
187:15, 189:5,
189:15, 191:9,
192:19, 193:3,
193:9, 194:6,
195:13, 195:18,
196:5, 196:12,
197:25, 205:8,
205:13, 206:9,
211:12, 211:23,
213:9, 213:12,
213:17, 213:19,
219:10, 219:22,
222:11, 224:20,
229:11, 232:16,
233:10, 233:15,
233:22, 234:5,
234:11, 235:23,
236:2, 236:11,
236:15, 236:17,
237:2, 238:5, 238:7,
238:15, 238:16,
241:20, 242:16,
243:2, 243:21,
244:12, 246:4,
246:19, 247:25,
249:10, 249:12,
251:23, 256:25,
257:8, 264:17,
265:19, 272:7,
272:20, 292:18,
299:8
**seeing** [21] - 113:12,
115:7, 131:24,
132:15, 134:21,
141:12, 153:7,
155:8, 160:4, 168:5,
171:19, 172:21,
172:23, 173:2,
173:5, 185:2, 186:8,
213:11, 214:15,
262:20, 263:6
**seeks** [1] - 297:9
**segment** [5] - 116:15,

116:21, 126:22,
127:12, 162:22
**Senate** [30] - 174:18,
185:11, 185:18,
185:22, 186:3,
186:8, 186:13,
186:15, 186:22,
189:5, 191:19,
198:23, 199:1,
199:2, 200:21,
201:4, 265:20,
266:17, 267:19,
268:4, 268:21,
269:2, 269:13,
269:14, 269:15,
279:13, 281:6,
281:10, 281:14,
284:15
**send** [1] - 282:19
**sense** [2] - 247:18,
269:1
**sensitive** [1] - 271:8
**sent** [2] - 263:1, 282:9
**separate** [3] - 184:14,
189:24, 281:7
**separately** [1] -
267:12
**sergeant** [2] - 265:22,
291:5
**Service** [22] - 202:5,
202:7, 258:23,
258:24, 259:1,
259:4, 259:13,
259:21, 260:1,
260:14, 261:23,
265:11, 266:5,
273:12, 277:12,
277:21, 277:24,
278:7, 278:15,
280:1, 284:5, 286:19
**set** [11] - 118:1, 120:2,
124:12, 168:9,
181:23, 198:20,
200:13, 200:15,
277:11, 277:18,
282:22
**several** [12] - 120:2,
124:4, 126:16,
133:13, 149:11,
149:16, 182:13,
189:11, 274:1,
274:2, 281:2, 284:2
**shake** [1] - 141:10
**shaking** [1] - 142:16
**sheltering** [4] -
127:23, 152:11,
152:12, 152:16
**shield** [1] - 206:16
**shift** [8] - 260:9,
260:21, 268:6,

283:4, 283:21,
283:24, 290:13,
290:16
**shooting** [1] - 117:24
**short** [2] - 262:9,
262:12
**shorter** [1] - 229:20
**shortly** [3] - 248:15,
268:2, 270:23
**shot** [1] - 175:3
**shots** [3] - 294:1,
294:2, 294:8
**shoulder** [1] - 129:25
**shouting** [1] - 292:22
**show** [15] - 180:24,
180:25, 181:10,
192:2, 192:4, 195:1,
208:21, 217:15,
218:13, 236:8,
239:15, 242:9,
255:8, 262:18,
264:11
**showed** [3] - 196:22,
250:25, 251:20
**showing** [2] - 181:5,
244:6
**shown** [1] - 189:21
**shows** [1] - 227:19
**sic** [4] - 224:15,
264:12, 269:21,
297:1
**sic]** [1] - 151:2
**side** [50] - 132:1,
132:18, 148:2,
149:13, 149:16,
149:19, 150:22,
151:9, 153:9, 155:9,
155:10, 168:9,
172:6, 182:24,
183:11, 183:22,
184:13, 185:13,
187:22, 190:5,
193:14, 195:10,
198:20, 199:17,
199:23, 200:6,
200:11, 218:24,
229:11, 242:3,
245:15, 247:2,
247:13, 249:2,
266:1, 266:11,
266:13, 268:20,
268:21, 269:7,
269:13, 271:4,
279:4, 284:12,
289:4, 291:3, 292:8,
292:10
**sign** [6] - 246:4, 246:5,
246:7, 256:5, 256:9,
257:15
**signal** [1] - 162:6

**signaling** [2] - 136:25,
137:14
**significant** [1] - 299:5
**silhouette** [1] - 127:8
**similar** [4] - 112:13,
204:11, 283:10,
295:4
**similarly** [1] - 189:13
**simply** [1] - 180:11
**sit** [3] - 182:8, 259:14,
294:6
**size** [1] - 190:5
**skip** [6] - 116:7, 120:7,
133:2, 135:1, 142:1,
165:13, 186:18,
248:19
**skipping** [1] - 245:8
**sky** [1] - 300:7
**slightly** [2] - 136:20,
199:6
**small** [4] - 228:14,
229:11, 246:3, 270:1
**smaller** [1] - 278:15
**smash** [1] - 270:23
**social** [1] - 148:23
**solid** [2] - 188:18,
189:13
**someone** [3] - 115:18,
187:15, 246:19
**sometimes** [2] -
204:2, 278:10
**somewhere** [4] -
139:18, 165:11,
277:2, 293:9
**sorry** [19] - 113:21,
118:25, 121:2,
136:14, 137:5,
171:16, 183:3,
220:11, 222:6,
228:2, 228:13,
250:4, 252:20,
257:11, 264:10,
266:7, 275:1,
279:10, 301:9
**sort** [3] - 128:2,
202:18, 229:9
**sound** [6] - 134:14,
134:15, 134:16,
140:19, 140:20,
194:14
**sounding** [1] - 140:18
**sounds** [6] - 139:20,
188:10, 190:10,
190:16, 190:18,
232:15
**south** [32] - 121:13,
122:1, 122:9,
122:19, 142:25,
148:7, 174:17,
184:22, 185:20,

185:25, 190:6,
190:11, 190:12,
190:17, 193:18,
193:25, 195:12,
195:15, 199:8,
213:14, 218:24,
230:2, 232:22,
233:19, 234:10,
239:3, 240:11,
242:3, 256:13,
257:4, 257:12
**southeast** [11] - 190:2,
192:10, 194:21,
195:12, 195:18,
196:6, 224:16,
227:25, 228:8,
230:16, 241:21
**southern** [1] - 257:10
**space** [5] - 229:1,
229:4, 247:16,
247:19, 248:21
**spaces** [1] - 289:7
**speakers** [3] - 194:13,
194:14
**speaking** [3] - 185:17,
205:12, 230:13
**Special** [5] - 258:8,
258:20, 259:21,
286:14, 287:20
**specific** [1] - 288:22
**specifically** [2] -
144:20, 289:13
**specifics** [1] - 155:11
**speculation** [5] -
126:2, 133:17,
142:18, 143:15,
160:18
**spell** [1] - 288:11
**spend** [2] - 290:15,
293:5
**split** [1] - 281:6
**spoken** [2] - 191:20,
196:6
**spot** [1] - 216:2
**spray** [2] - 130:14,
130:20
**sprayed** [2] - 130:12,
232:7
**square** [2] - 115:10,
228:14
**squeal** [1] - 134:17
**staff** [4] - 191:15,
278:2, 278:3, 289:5
**stage** [4] - 194:7,
194:11, 194:16,
194:18
**staircase** [3] - 166:7,
167:8, 293:19
**stairs** [33] - 166:16,
167:18, 167:20,

167:22, 167:23,
168:9, 168:12,
170:3, 174:9,
175:16, 184:16,
184:18, 184:22,
185:1, 185:2,
186:13, 224:16,
226:13, 227:11,
227:13, 228:10,
228:11, 232:2,
233:11, 233:16,
233:19, 234:3,
234:7, 234:10,
234:17, 242:4,
248:20, 270:22
**stairway** [27] - 226:9,
226:11, 227:4,
227:6, 227:24,
227:25, 228:6,
228:8, 229:11,
229:12, 232:17,
232:21, 232:22,
233:5, 233:9,
248:22, 249:2,
249:4, 249:20,
250:2, 250:6, 250:7,
250:13, 250:20,
251:1, 293:11,
293:13
**stairways** [1] - 184:14
**stairwell** [5] - 166:2,
166:8, 167:25,
272:17, 272:18
**stamp** [51] - 115:3,
115:16, 116:9,
117:4, 118:13,
119:7, 120:3,
120:11, 123:9,
124:7, 124:14,
127:17, 133:5,
133:11, 135:19,
135:24, 137:8,
139:14, 139:21,
143:8, 150:7,
152:25, 156:7,
161:18, 168:23,
168:25, 171:22,
172:25, 192:19,
194:1, 195:8,
207:18, 212:10,
214:15, 215:21,
218:19, 221:7,
223:8, 224:5,
235:21, 236:13,
236:25, 238:2,
238:21, 239:18,
241:18, 242:14,
242:25, 248:10,
249:10
**stamped** [2] - 204:25,

206:5
**stamps** [1] - 241:5
**stance** [1] - 161:11
**stand** [3] - 112:16,
118:24, 119:1
**standard** [1] - 279:22
**standing** [5] - 158:15,
188:21, 189:4,
189:15, 225:16
**stands** [1] - 265:21
**stars** [22] - 120:19,
121:11, 122:7,
122:16, 123:12,
123:19, 124:10,
124:15, 125:15,
125:20, 127:6,
127:15, 138:7,
138:10, 140:12,
142:4, 150:2,
157:21, 167:10,
171:7, 180:3, 252:4
**start** [5] - 113:9,
140:18, 167:19,
256:21, 290:6
**started** [2] - 267:4,
290:13
**starting** [3] - 136:17,
149:23, 150:17
**state** [5] - 259:11,
262:2, 263:12,
280:15, 288:11
**State** [3] - 263:9,
263:10, 264:18
**states** [1] - 282:10
**States** [6] - 258:23,
259:12, 261:7,
261:10, 288:16,
298:22
**stationed** [1] - 180:16
**status** [1] - 150:10
**stayed** [2] - 283:23,
284:5
**step** [2] - 145:17,
205:16
**steps** [26] - 117:25,
118:22, 119:4,
119:14, 119:15,
124:11, 124:17,
125:5, 125:22,
129:6, 130:6,
131:13, 131:25,
132:20, 172:23,
173:14, 174:8,
176:9, 177:8,
184:11, 228:16,
228:18, 255:14,
255:17, 255:19,
255:22
**still** [57] - 112:23,
114:3, 119:13,

127:5, 127:14,
127:15, 127:24,
136:4, 143:23,
143:25, 152:2,
154:25, 170:6,
170:7, 170:12,
175:3, 176:6, 179:2,
207:15, 208:10,
209:11, 210:13,
210:25, 212:8,
212:16, 212:20,
212:25, 215:3,
215:11, 215:14,
216:19, 217:6,
217:9, 217:17,
218:5, 218:8,
220:21, 221:7,
222:22, 223:8,
223:19, 224:5,
224:8, 235:15,
235:24, 236:9,
236:11, 236:18,
236:25, 237:2,
239:18, 241:16,
241:20, 274:11,
274:13, 276:19,
301:6
**stills** [6] - 208:21,
211:8, 235:5,
237:13, 240:22,
241:2
**stood** [2] - 299:4,
299:6
**stop** [17] - 117:13,
130:23, 132:5,
135:14, 144:5,
145:24, 147:13,
158:19, 162:2,
174:20, 176:11,
177:25, 178:17,
214:25, 234:20,
248:16, 259:16
**stopped** [14] - 115:15,
121:20, 122:5,
124:7, 125:18,
127:3, 128:4,
133:11, 135:5,
136:8, 143:21,
167:6, 171:4, 257:7
**straight** [1] - 136:3
**strap** [1] - 129:25
**streaks** [2] - 216:9,
217:19
**streaky** [1] - 220:10
**stride** [1] - 197:14
**strike** [1] - 264:12
**structure** [2] - 220:5,
221:13
**struggles** [1] - 197:2
**students** [1] - 191:11

**stuff** [1] - 245:9
**subject** [2] - 114:8,
264:10
**subway** [3] - 291:21,
291:23, 292:1
**successful** [2] -
135:21, 152:21
**suit** [2] - 244:14,
283:14
**suits** [1] - 283:5
**summer** [1] - 199:24
**sundown** [1] - 300:6
**supervisor** [2] -
269:20, 291:5
**supervisors** [6] -
268:6, 269:18,
270:6, 271:21,
283:21, 283:24
**Supp** [1] - 298:23
**support** [3] - 201:16,
202:24, 297:14
**supporting** [1] -
201:23
**suppose** [1] - 298:6
**Supreme** [3] - 298:12,
298:16, 298:20
**surveillance** [20] -
113:6, 113:7,
128:19, 129:2,
129:18, 131:9,
144:14, 147:21,
175:3, 175:7, 176:7,
176:20, 177:3,
178:8, 192:8, 195:6,
218:17, 230:14,
251:5, 251:17
**swear** [1] - 258:16
**switch** [8] - 132:22,
135:12, 136:2,
137:21, 151:4,
165:23, 166:10,
253:3
**switched** [2] - 114:17,
114:21
**switching** [2] - 166:5,
167:16
**system** [6] - 113:7,
114:17, 114:21,
128:20, 291:8,
291:17

# T

**tab** [3] - 208:9, 209:2,
212:24
**Tab** [1] - 212:7
**tabbed** [1] - 220:7
**table** [3] - 114:22,
114:23, 179:25
**Tail** [2] - 265:1, 265:4

**tallies** [2] - 282:9,
282:19
**Task** [1] - 296:13
**TBDs** [1] - 280:18
**teach** [3] - 260:6,
260:7, 260:9
**teammates** [1] - 301:6
**technical** [3] - 115:18,
216:11, 266:8
**temporally** [1] -
273:20
**temporarily** [1] - 122:1
**temporary** [1] - 120:2
**ten** [1] - 159:2
**ten-minute** [1] - 159:2
**tend** [1] - 185:22
**tension** [2] - 207:7,
208:21
**term** [1] - 282:12
**terms** [1] - 262:4
**terrace** [17] - 138:2,
138:19, 227:13,
227:15, 228:20,
229:14, 229:16,
229:22, 229:25,
230:16, 234:23,
235:19, 241:21,
242:1, 243:8,
243:17, 250:6
**testified** [16] - 119:11,
136:9, 139:16,
140:16, 142:11,
149:5, 180:2, 185:8,
186:21, 196:21,
197:1, 198:19,
234:22, 247:12,
267:24, 272:16
**testify** [8] - 128:9,
128:12, 128:15,
131:3, 131:4,
144:10, 175:1, 285:8
**testifying** [5] - 113:5,
113:13, 146:5,
176:17, 180:11
**testimonial** [1] -
299:13
**testimony** [7] -
136:15, 167:14,
196:21, 197:22,
287:11, 296:6,
296:16
**that'll** [1] - 301:23
**then-President** [1] -
201:24
**they've** [2] - 133:24,
297:13
**thick** [2] - 299:24,
299:25
**third** [31] - 147:25,
148:2, 148:11,

148:16, 148:18, 148:19, 148:20, 148:22, 148:24, 149:1, 149:6, 149:9, 149:10, 150:11, 150:15, 151:8, 155:10, 158:10, 158:13, 160:22, 163:3, 164:4, 165:8, 166:3, 166:6, 187:5, 189:15, 234:1, 245:18, 254:1, 289:14

**third-floor** [3] - 149:1, 150:11, 158:10

**Thomas** [1] - 112:18

**thoroughly** [1] - 211:6

**thousand** [2] - 190:9, 203:10

**threat** [1] - 152:17

**three** [9] - 158:5, 166:20, 184:14, 225:10, 234:14, 234:15, 235:5, 260:19

**three-dozen** [1] - 225:10

**throughout** [3] - 120:2, 202:10, 284:6

**throughs** [1] - 267:17

**throw** [1] - 252:15

**time-stamped** [2] - 204:25, 206:5

**title** [1] - 288:20

**today** [17] - 113:13, 131:4, 146:5, 165:17, 168:17, 175:1, 176:17, 177:20, 180:2, 207:6, 209:4, 211:16, 251:20, 253:9, 283:11, 285:8, 300:25

**tomorrow** [7] - 295:24, 296:7, 296:10, 297:5, 300:21, 301:6, 302:1

**took** [12] - 129:5, 131:12, 131:13, 146:10, 231:1, 231:3, 251:3, 251:10, 285:16, 299:4, 299:6

**top** [29] - 115:9, 119:6, 124:17, 125:5, 125:22, 129:6, 131:13, 131:25, 153:20, 155:21, 168:6, 184:20, 194:11, 227:13,

227:22, 228:16, 228:18, 228:21, 232:2, 232:17, 232:21, 233:5, 233:9, 236:16, 236:17, 237:5, 237:6, 249:20

**touch** [1] - 296:23

**tough** [1] - 238:16

**tourists** [1] - 191:7

**towards** [38] - 117:11, 118:3, 121:14, 121:17, 121:20, 121:25, 126:12, 127:13, 138:21, 150:22, 153:20, 156:25, 157:1, 157:24, 171:9, 172:12, 174:18, 185:15, 185:18, 185:20, 211:3, 213:24, 215:19, 223:16, 227:20, 232:17, 232:21, 233:19, 235:2, 236:5, 249:20, 252:18, 252:22, 269:25, 270:21, 279:8

**towers** [1] - 184:5

**traced** [1] - 180:2

**tracing** [5] - 129:17, 145:20, 177:20, 199:7, 204:21

**track** [1] - 203:12

**tracking** [1] - 165:17

**train** [2] - 260:4, 260:5

**training** [2] - 260:2, 260:4

**travel** [8] - 154:4, 166:9, 167:17, 169:4, 266:9, 266:20, 267:10, 269:4

**traveled** [4] - 266:7, 267:9, 267:12, 269:7

**traveling** [12] - 151:16, 153:2, 156:23, 161:21, 161:22, 167:4, 167:7, 171:8, 174:6, 174:16, 174:17, 261:18

**travels** [1] - 263:19

**Trevino** [3] - 296:14, 297:3, 297:12

**Trump** [3] - 202:24, 251:25, 282:8

**Trump's** [1] - 201:24

**try** [2] - 133:13, 135:15

**trying** [6] - 119:5,

133:16, 247:13, 247:16, 271:5, 300:5

**Tuesday** [1] - 263:2

**tunnel** [5] - 291:24, 291:25, 292:6, 292:7, 292:8

**turn** [12] - 150:19, 154:9, 207:13, 212:7, 212:24, 214:2, 215:23, 224:15, 247:9, 252:18, 252:22, 267:2

**turned** [2] - 121:25, 151:2

**turning** [2] - 240:18, 261:3

**tweeted** [1] - 282:9

**tweets** [2] - 282:11, 282:12

**two** [20] - 113:9, 113:13, 158:3, 199:12, 201:3, 203:10, 208:21, 222:6, 225:10, 228:20, 229:11, 234:14, 234:15, 243:25, 250:25, 293:10, 298:12, 298:20, 301:17

**types** [1] - 259:4

**typical** [1] - 270:1

**typically** [6] - 190:22, 191:24, 192:1, 277:10, 280:9, 283:5

## U

**U.S** [9] - 115:10, 116:23, 181:13, 195:6, 254:2, 254:11, 254:14, 289:10, 292:4

**unauthorized** [1] - 204:6

**uncovered** [2] - 242:1, 243:8

**under** [2] - 112:23, 301:20

**under-seal** [1] - 301:20

**underground** [1] - 291:25

**underneath** [1] - 186:13

**understood** [3] - 187:5, 201:23, 281:5

**UNIDENTIFIED** [2] - 115:8, 205:16

**uniform** [2] - 246:25,

283:8

**uniforms** [2] - 226:16, 226:23

**unique** [39] - 180:5, 182:17, 193:9, 193:23, 196:5, 196:13, 204:21, 205:12, 206:9, 211:11, 211:23, 212:20, 213:20, 214:21, 215:15, 217:5, 218:6, 219:11, 219:22, 221:9, 222:11, 222:15, 223:11, 224:7, 227:11, 232:16, 241:20, 242:16, 243:2, 243:21, 244:24, 246:15, 248:1, 248:6, 248:22, 249:12, 250:12, 251:21, 252:7

**United** [6] - 258:23, 259:12, 261:7, 261:10, 288:16, 298:22

**unless** [1] - 279:23

**unpredictable** [1] - 280:25

**unsure** [1] - 201:18

**unusual** [2] - 269:22, 275:5

**up** [131] - 114:16, 116:25, 117:16, 118:22, 120:2, 124:12, 128:7, 128:8, 130:24, 131:2, 132:4, 132:17, 132:20, 133:13, 134:18, 136:13, 136:16, 140:3, 141:10, 141:11, 144:6, 144:9, 145:25, 146:4, 146:13, 147:12, 148:1, 148:16, 150:23, 153:4, 155:5, 159:17, 164:25, 165:6, 167:22, 168:2, 170:3, 171:6, 171:15, 171:16, 172:16, 172:19, 174:23, 176:14, 178:3, 180:22, 180:25, 181:23, 182:3, 182:19, 183:18, 188:5, 188:11, 194:24,

196:9, 197:6, 197:7, 198:20, 199:19, 199:22, 199:24, 200:1, 200:13, 200:15, 202:23, 204:23, 206:2, 206:3, 208:18, 209:22, 210:22, 211:17, 211:18, 212:16, 213:8, 214:4, 215:11, 215:25, 217:2, 218:3, 218:11, 221:4, 223:5, 224:3, 226:9, 226:11, 226:13, 227:11, 227:13, 227:16, 228:18, 231:21, 231:22, 235:15, 237:24, 240:15, 241:14, 242:23, 243:12, 244:3, 245:7, 246:9, 246:11, 247:4, 250:15, 253:25, 256:3, 257:13, 262:16, 263:3, 265:5, 267:11, 267:16, 270:22, 272:12, 277:11, 278:13, 282:22, 290:24, 293:13, 293:19, 294:1, 294:2, 294:10, 294:19, 297:4, 299:8, 299:17

**upper** [26] - 118:7, 118:8, 125:7, 125:11, 132:16, 132:19, 132:20, 132:21, 133:14, 133:25, 134:22, 135:7, 136:4, 136:22, 137:13, 137:23, 138:3, 138:11, 138:21, 139:1, 139:16, 141:13, 144:19, 146:13, 171:20, 246:4

**upstairs** [1] - 167:4

## V

**Valentini** [5] - 140:6, 147:16, 158:21, 207:6, 209:4

**VALENTINI** [188] - 112:5, 112:10, 112:15, 113:2, 113:18, 114:2,

114:15, 114:17,
114:21, 114:24,
115:2, 115:11,
115:14, 116:18,
117:13, 117:15,
117:18, 117:20,
117:21, 119:21,
120:6, 120:9, 122:3,
122:14, 122:23,
123:8, 124:6,
125:17, 126:5,
126:21, 127:2,
128:6, 129:7,
129:12, 129:14,
130:4, 130:10,
130:23, 131:1,
131:15, 131:21,
132:3, 132:5, 132:7,
132:10, 132:13,
133:10, 133:21,
135:4, 135:18,
136:7, 136:19,
137:4, 137:20,
138:5, 138:22,
139:13, 140:2,
140:7, 140:10,
140:15, 141:7,
142:7, 142:21,
143:6, 143:20,
144:4, 144:8,
144:25, 145:6,
145:23, 146:3,
146:15, 146:22,
147:13, 147:14,
147:17, 147:18,
150:1, 152:5,
152:20, 153:22,
154:23, 156:21,
157:3, 157:18,
158:2, 158:19,
158:23, 159:1,
159:14, 160:3,
160:12, 160:23,
161:2, 161:24,
162:11, 162:17,
163:12, 163:17,
164:7, 164:15,
165:20, 166:17,
167:1, 168:20,
169:8, 169:13,
169:21, 170:9,
170:17, 171:1,
171:14, 172:3,
172:11, 172:17,
172:18, 173:20,
174:4, 174:11,
174:20, 174:22,
175:21, 176:2,
176:11, 176:13,
177:9, 177:14,
177:18, 177:25,

178:2, 178:10,
178:15, 178:17,
178:19, 179:5,
179:12, 179:14,
179:16, 181:19,
182:8, 190:25,
192:24, 195:24,
205:2, 207:25,
208:15, 209:19,
210:19, 212:13,
213:5, 215:8,
216:24, 217:25,
219:3, 221:1, 223:2,
223:25, 235:11,
237:20, 241:10,
253:3, 253:6,
256:21, 256:24,
257:6, 257:18,
257:20, 258:2,
258:8, 287:24,
288:8, 294:24,
295:7, 295:11,
295:19, 296:11,
296:17, 297:21,
299:3, 299:10,
299:22, 299:25,
300:2, 300:15,
300:17, 300:23,
301:2
**vehicles** [4] - 263:13,
265:5, 278:4, 283:23
**verbal** [1] - 284:11
**verbalized** [1] - 271:6
**vest** [4] - 226:24,
226:25, 227:1,
233:24
**via** [1] - 265:21
**Vice** [76] - 200:20,
201:24, 202:2,
202:4, 202:8,
202:12, 259:10,
260:17, 260:18,
260:24, 261:8,
261:18, 263:12,
263:19, 264:24,
265:9, 265:19,
266:3, 266:6, 266:7,
266:9, 266:14,
266:20, 267:7,
267:9, 267:10,
267:12, 267:25,
268:9, 268:19,
268:22, 268:24,
269:6, 269:12,
270:21, 271:9,
271:14, 271:22,
272:6, 272:8,
272:10, 272:16,
272:19, 273:7,
273:10, 273:18,

273:21, 274:13,
274:16, 274:24,
275:5, 275:25,
276:1, 276:5,
276:11, 276:16,
277:2, 277:5,
277:10, 277:16,
277:18, 278:10,
278:20, 279:13,
280:10, 280:24,
281:9, 283:19,
284:2, 284:21,
285:16, 285:23,
286:15, 287:4,
287:15
**vicinity** [2] - 143:25,
147:1
**Video** [3] - 221:18,
235:6, 241:3
**video** [200] - 113:6,
113:9, 113:13,
114:3, 114:9,
114:16, 115:13,
116:17, 120:5,
120:8, 121:24,
122:13, 122:22,
123:7, 124:5,
125:16, 126:4,
127:1, 128:12,
128:14, 128:16,
129:2, 129:18,
131:9, 133:9,
134:18, 135:3,
135:16, 136:6,
136:18, 137:3,
138:4, 138:20,
139:11, 140:1,
140:9, 140:13,
141:6, 142:5,
142:10, 142:20,
143:4, 143:19,
144:11, 144:24,
145:8, 146:6,
149:25, 152:4,
152:19, 153:21,
154:22, 156:20,
157:2, 157:17,
157:23, 158:1,
158:18, 160:2,
161:1, 161:23,
162:10, 162:16,
163:11, 163:16,
164:6, 164:14,
165:18, 166:15,
166:25, 168:18,
169:7, 169:12,
169:20, 170:8,
170:16, 170:25,
171:13, 172:1,
172:10, 173:18,
174:3, 174:10,

175:4, 175:7, 176:7,
176:20, 177:3,
177:5, 178:8, 179:8,
180:21, 182:4,
182:12, 182:13,
182:17, 182:22,
183:9, 192:19,
193:5, 193:21,
194:6, 195:3, 205:5,
205:8, 205:9,
205:13, 206:6,
207:16, 207:20,
209:12, 210:14,
211:5, 211:13,
211:15, 211:21,
212:8, 212:25,
214:5, 214:8,
214:11, 214:13,
214:15, 214:19,
214:22, 215:3,
216:1, 216:4, 216:6,
216:9, 216:13,
216:19, 217:17,
218:12, 218:16,
218:17, 218:21,
219:8, 219:10,
219:20, 220:9,
220:12, 220:21,
221:21, 221:23,
222:4, 222:8, 222:9,
222:22, 223:12,
223:19, 224:16,
224:18, 226:6,
226:20, 228:9,
228:17, 230:12,
230:14, 230:23,
231:1, 231:11,
231:15, 231:25,
232:25, 233:7,
234:8, 234:20,
237:14, 240:17,
240:24, 243:11,
243:14, 244:6,
244:10, 245:7,
245:12, 246:16,
247:6, 247:23,
248:20, 249:8,
249:16, 249:25,
251:15, 252:17,
256:20, 256:21,
256:23, 257:5,
257:17, 257:19,
272:14, 272:20,
272:25, 273:20,
283:1, 283:2,
294:23, 295:23
**videos** [6] - 114:10,
180:11, 198:15,
204:20, 251:17,
252:6
**view** [40] - 115:9,

116:13, 116:14,
117:22, 122:8,
123:2, 132:16,
133:23, 137:22,
137:24, 139:10,
140:12, 141:13,
142:24, 143:3,
143:23, 153:25,
154:12, 154:18,
154:20, 155:3,
155:4, 155:12,
155:13, 159:22,
160:1, 160:5,
160:25, 161:5,
161:16, 168:6,
171:25, 174:14,
195:15, 213:11,
218:24, 235:18,
238:18, 243:16
**viewing** [1] - 148:25
**violates** [1] - 297:15
**Virginia** [6] - 297:16,
298:15, 298:17,
298:19, 298:22
**visibility** [4] - 226:24,
226:25, 227:1,
233:23
**visible** [3] - 125:2,
154:25, 225:14
**visit** [10] - 190:22,
191:5, 259:11,
262:3, 262:12,
263:11, 264:19,
265:8, 265:12, 287:4
**visited** [2] - 202:12,
202:14
**visiting** [1] - 202:16
**visitor** [4] - 209:5,
210:1, 253:21,
253:22
**visitors** [25] - 184:2,
199:14, 207:11,
253:11, 253:14,
253:16, 253:17,
253:24, 254:3,
254:5, 254:12,
254:14, 254:17,
255:5, 292:17,
292:19, 292:20,
292:25, 293:2,
293:5, 293:8, 293:12
**visitors'** [3] - 264:22,
268:8, 283:25
**visits** [3] - 277:2,
277:10, 278:10
**visual** [5] - 130:3,
132:2, 145:22,
146:2, 146:21
**voice** [1] - 288:11
**volume** [1] - 271:1

**vote** [3] - 266:1, 282:9, 282:19
**votes** [1] - 266:15
**VPD** [1] - 265:7

## W

**wait** [1] - 299:21
**walk** [16] - 145:15, 148:15, 164:17, 165:15, 233:17, 243:21, 243:23, 246:20, 253:24, 267:17, 269:20, 270:7, 284:16, 284:17, 284:20, 284:23
**walk-throughs** [1] - 267:17
**walked** [7] - 122:9, 123:1, 142:25, 227:11, 248:6, 248:23, 270:8
**walking** [28] - 121:20, 121:25, 122:2, 122:19, 125:22, 142:9, 153:15, 154:9, 160:7, 160:17, 163:20, 176:8, 225:8, 225:18, 226:9, 226:11, 226:13, 233:2, 233:11, 233:15, 234:3, 234:6, 234:17, 243:19, 243:25, 244:12, 245:3, 270:21
**walks** [1] - 248:1
**wall** [3] - 236:20, 246:5, 271:4
**walls** [2] - 188:16, 189:11
**wants** [1] - 298:14
**watch** [3] - 191:25, 245:23, 294:6
**watched** [17] - 182:13, 207:16, 209:12, 212:8, 212:25, 215:3, 216:19, 217:17, 218:23, 220:21, 222:22, 223:20, 235:6, 248:10, 252:6, 272:14, 283:1
**watching** [2] - 219:10, 233:5
**weapon** [2] - 161:13, 162:8
**weapons** [2] - 253:20,

254:9
**wear** [2] - 283:5, 283:14
**wearing** [13] - 120:21, 120:24, 123:22, 129:21, 129:23, 157:7, 206:14, 207:1, 226:16, 232:9, 273:16, 283:10
**week** [1] - 278:23
**weekly** [3] - 202:15, 202:16, 287:12
**welcome** [5] - 112:20, 159:11, 159:15, 198:8, 205:20
**West** [4] - 154:12, 154:15, 154:19, 154:21
**west** [22] - 142:9, 150:22, 151:3, 151:17, 153:3, 153:8, 153:15, 154:4, 155:4, 155:9, 155:10, 156:24, 182:24, 183:11, 185:13, 187:22, 195:13, 195:14, 199:17, 227:22, 247:13
**westward** [1] - 154:9
**White** [1] - 287:19
**white** [29] - 120:19, 121:11, 122:7, 122:15, 123:12, 123:19, 124:10, 124:15, 125:15, 125:20, 127:6, 127:14, 127:15, 138:7, 138:10, 140:12, 142:4, 150:2, 157:13, 157:21, 167:10, 171:6, 180:3, 232:13, 232:14, 252:4, 257:13, 257:22, 257:23
**whole** [7] - 125:5, 156:3, 156:5, 229:7, 240:17, 274:11, 274:13
**whoops** [1] - 227:24
**wide** [3] - 188:11, 229:23, 290:23
**window** [2] - 154:12, 154:18
**windows** [2] - 238:11, 238:12
**wing** [2] - 185:11, 186:3

**wishes** [1] - 300:18
**withdrawn** [1] - 264:12
**witness** [9] - 112:16, 158:22, 198:6, 230:19, 262:18, 275:14, 295:14, 295:18, 296:13
**Witness** [44] - 141:19, 151:19, 153:12, 154:3, 155:23, 158:8, 165:22, 166:19, 168:22, 169:18, 172:5, 173:8, 173:22, 176:5, 177:24, 183:10, 184:6, 185:3, 186:4, 186:17, 187:3, 188:2, 189:3, 193:12, 212:22, 213:21, 214:23, 215:16, 217:7, 218:7, 219:14, 221:10, 222:16, 223:13, 224:9, 232:20, 241:24, 242:19, 243:5, 249:19, 256:18, 258:7, 273:11, 287:23
**WITNESS** [9] - 112:24, 197:24, 258:5, 258:13, 258:16, 275:16, 288:4, 288:6, 296:8
**witnesses** [7] - 112:7, 112:9, 112:10, 301:11, 301:12, 301:16, 301:17
**wonderful** [1] - 182:1
**wondering** [1] - 297:3
**wooden** [1] - 246:4
**workday** [2] - 267:3, 267:4
**workplace** [1] - 276:16
**works** [1] - 190:20
**Worksheet** [3] - 263:9, 263:10, 264:18
**worn** [1] - 123:25
**write** [4] - 183:8, 183:14, 185:1, 186:2
**writing** [1] - 256:10

## Y

**yards** [1] - 117:9
**year** [1] - 260:13
**years** [5] - 180:16,

258:25, 260:19, 276:6, 288:19
**yelling** [1] - 271:2
**yellowish** [1] - 227:1
**yesterday** [3] - 113:5, 113:23, 113:24
**yourself** [4] - 158:7, 258:22, 283:4, 284:5

## Z

**zoomed** [1] - 148:2