# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 1:21-cr-687 (RC) |
| : | |
| DAVID CHARLES RHINE, : | |
| : | |
| Defendant. : | |

## ORDER

Upon consideration of the government's motion for an extension of time, it is hereby ORDERED that the motion is GRANTED.

It is further ORDERED that the government shall file its response to the defendant's motion for bond pending appeal (ECF No. 124) by January 29, 2024.

Date:

_____
THE HONORABLE RUDOLPH CONTRERAS
UNITED STATES DISTRICT JUDGE