UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 21-CR-687 (FYP) |
| Plaintiff, | ) ) | |
| v. | ) ) | NOTICE OF WITHDRAWAL OF COUNSEL |
| DAVID CHARLES RHINE, | ) ) | |
| Defendant. | ) ) | |

NOTICE IS HEREBY GIVEN that Assistant Federal Public Defender Joanna Martin withdraws as counsel for Mr. Rhine. Undersigned counsel confirms that Mr. Rhine remains represented by the Federal Public Defender for the Western District of Washington and Assistant Federal Public Defender Rebecca Fish and requests that notice of all filings be served only upon the remaining attorney.

DATED this 29th day of January, 2024.

Respectfully submitted,

s/ *Rebecca Fish* (current)
Assistant Federal Public Defender
Attorney for David Charles Rhine

**s**/ *Joanna Martin* (withdrawing)
Assistant Federal Public Defender

NOTICE OF WITHDRAWAL
(*United States v. Rhine*, 21-CR-687) - 1