# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 21-687 (RC) |
| | : | |
| DAVID CHARLES RHINE, | : | Re Document No.:   124 |
| | : | |
| Defendant. | : | |

# ORDER

### DENYING DEFENDANT'S MOTION FOR BOND PENDING APPEAL

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Defendant's Motion for Bond Pending Appeal (ECF No. 124) is **DENIED**.

**SO ORDERED**.


Dated: February 21, 2024                                RUDOLPH CONTRERAS
                                                        United States District Judge