UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 21-CR-0687 (RC) |
| Plaintiff, | |
| v. | MR. RHINE'S MOTION TO CORRECT/REMOVE CONDITION OF SUPERVISED RELEASE |
| DAVID CHARLES RHINE, | |
| Defendant. | |

Mr. Rhine respectfully moves this Court to correct and remove a condition of supervised release, which appears to have been entered as a simple clerical error. Namely, Mr. Rhine asks this Court to remove the DNA testing condition of supervised release, imposed as mandatory condition number 5. *See* Dkt. 120 at 4. Undersigned counsel has consulted both U.S. Probation and the government. Probation, through Officer Sherry Baker, does not oppose the request. The government, through Assistant U.S. Attorney Francesco Valentini, does not oppose the request to the extent the checking of the DNA collection condition in the judgment was a clerical error and the Court did not intend to impose the condition. However, if the Court intended to impose the condition, the government opposes Mr. Rhine's request.

The DNA collection condition is to be imposed for felony convictions and convictions of certain other crimes not relevant here. *See* 34 U.S.C. § 40702(d) (listing qualifying federal offenses); U.S.S.G. § 5D1.3(a)(8) (providing for imposition of the condition if DNA collection is authorized under § 40702). Mr. Rhine was convicted only of misdemeanor offenses that are not the basis for DNA collection under the

| | |
|---|---|
| MOTION TO CORRECT/REMOVE CONDITION OF SUPERVISED RELEASE<br>(*United States v. Rhine*, 21-CR-687 (RC)) - 1 | **FEDERAL PUBLIC DEFENDER**<br>1331 Broadway, Suite 400<br>Tacoma, WA 98402<br>(253) 593-6710 |

1 statute or guideline. No mention of the DNA collection condition was made during the
2 sentencing hearing, *see generally* Dkt. 132, and the Court did not specially impose the
3 condition verbally during that hearing, *see id*. at 31–33. Nor was the condition
4 recommended in the Pre-Sentence Report (PSR). *See* Dkt. 112 at 18–19. As such, the
5 inclusion of the condition on the written judgment appears to be a minor clerical error.

6     Mr. Rhine respectfully asks this Court to correct the error and remove the DNA
7 collection condition. Probation has indicated the best format for making this correction
8 would be an Amended Judgment that simply unchecks the box next to the DNA
9 collection condition. Mr. Rhine asks the Court to issue such an Amended Judgment.

10     DATED this 26th day of June 2024.

11                 Respectfully submitted,

12
13     *s/ Rebecca Fish*
    WA State Bar Number: 57488
14     Assistant Federal Public Defender
    1331 Broadway, Suite 400
15     Tacoma, WA 98402
    Phone: (253) 593-6710
16     Email: Becky_Fish@fd.org

17     Attorney for David Rhine

18
19
20
21
22
23
24
25
26

MOTION TO CORRECT/REMOVE CONDITION OF SUPERVISED RELEASE
(*United States v. Rhine*, 21-CR-687 (RC)) - 2

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710