UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 21-CR-687 (RC) |
| Plaintiff, | |
| v. | (PROPOSED) ORDER GRANTING MR. RHINE'S MOTION TO CORRECT/REMOVE CONDITION OF SUPERVISED RELEASE |
| DAVID CHARLES RHINE, | |
| Defendant. | |

Based upon Mr. Rhine's Motion to Correct and Remove a Condition of Supervised Release it is hereby:

ORDERED that the condition to be removed will be reflected in an amended judgment.

DONE this ___ day of _____ 2024

_____
JUDGE RUDOLPH CONTRERAS
UNITED STATES DISTRICT COURT

Presented by:

*s/ Rebecca Fish*
Assistant Federal Public Defender
Attorney for David Rhine

---

ORDER GRANTING MOTION TO CORRECT/REMOVE CONDITION OF SUPERVISED RELEASE
(*United States v. Rhine*; CR21-687) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710